UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL FOR THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; and CITY & COUNTY OF SAN FRANCISCO, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND SECURITY; BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services; U.S. SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in her official capacity as Acting Commissioner of U.S. Social Security Administration, and UNITED STATES OF AMERICA, <br><br> *Defendants.* | No. 1:25-cv-10139 |

## PLAINTIFFS' MOTION FOR A PRELIMINARY
## INJUNCTION AND FOR EXPEDITED BRIEFING

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs hereby move this Court to preliminarily enjoin Defendants from implementing or enforcing the Executive Order entitled "Protecting the Meaning and Value of American Citizenship" issued on January 20, 2025, pending the resolution of this action on its merits. The grounds for this motion are set forth in Plaintiffs' accompanying memorandum of law in support of their motion.

Because the policy articulated in the Order will take effect for all children after February 19, 2025, Plaintiffs respectfully request that the Court expedite briefing on this motion and order the following briefing schedule, so that the motion may be heard and decided before February 19, 2025:

- Defendants' Opposition: due January 28, 2025
- Plaintiffs' Reply: due January 31, 2025

January 21, 2025                                                  Respectfully submitted.

**MATTHEW J. PLATKIN**                                 **ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF NEW JERSEY                ATTORNEY GENERAL OF MASSACHUSETTS

*/s/ Jeremy M. Feigenbaum*                             */s/ Gerard J. Cedrone*
Jeremy M. Feigenbaum *                                 Gerard J. Cedrone (BBO No. 699674)
  *Solicitor General*                           *Deputy State Solicitor*
Shankar Duraiswamy*                                    Jared B. Cohen (BBO No. 689217)
  *Deputy Solicitor General*                    *Assistant Attorney General*
Viviana M. Hanley*                                     Office of the Attorney General
Shefali Saxena*                                        One Ashburton Place, 20th Floor
Elizabeth R. Walsh*                                    Boston, MA 02108
  *Deputy Attorneys General*                  (617) 963-2282
Office of the Attorney General                         gerard.cedrone@mass.gov
25 Market Street                                       jared.b.cohen@mass.gov
Trenton, NJ 08625
(609) 376-3377                                         *Counsel for the Commonwealth of*
Jeremy.feigenbaum@njoag.gov                              *Massachusetts*

*Counsel for the State of New Jersey*

**ROB BONTA**                                          **PHIL WEISER**
  ATTORNEY GENERAL OF CALIFORNIA                ATTORNEY GENERAL OF COLORADO

*/s/ Denise Levey*                                     */s/ Shannon Stevenson*
Denise Levey*                                          Shannon Stevenson
  *Deputy Attorney General*                     *Solicitor General*
Michael Newman                                         Office of the Colorado Attorney General
  *Senior Assistant Attorney General*         1300 Broadway, #10
Marissa Malouff*                                       Denver, CO 80203
Irina Trasovan*                                        (720) 508-6000
  *Supervising Deputy Attorneys General*      Shannon.Stevenson@coag.gov
Lorraine López*
Delbert Tran*                                          *Counsel for the State of Colorado*
Annabelle Wilmott*
  *Deputy Attorneys General*
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
(213) 269-6269
Denise.Levey@doj.ca.gov

*Counsel for the State of California*

| | |
|---|---|
| **WILLIAM M. TONG**<br>  ATTORNEY GENERAL OF CONNECTICUT<br><br>/s/ *William M. Tong*<br>William M. Tong*<br>  *Attorney General*<br>Janelle Rose Medeiros*<br>  *Assistant Attorney General*<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860)-808-5020<br>Janelle.Medeiros@ct.gov<br><br>*Counsel for the State of Connecticut* | **KATHLEEN JENNINGS**<br>  ATTORNEY GENERAL OF DELAWARE<br><br>/s/ *Vanessa L. Kassab*<br>Vanessa L. Kassab*<br>  *Deputy Attorney General*<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Counsel for the State of Delaware* |
| **BRIAN L. SCHWALB**<br>  ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br><br>/s/ *Nicole S. Hill*<br>Nicole S. Hill*<br>  *Assistant Attorney General*<br>Public Advocacy Division<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br><br>*Counsel for the District of Columbia* | **ANNE E. LOPEZ**<br>  ATTORNEY GENERAL OF HAWAIʻI<br><br>/s/ *Kalikoʻonālani D. Fernandes*<br>  *Solicitor General*<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br><br>*Counsel for the State of Hawaiʻi* |

4

| | |
|---|---|
| **AARON M. FREY** <br> ATTORNEY GENERAL OF MAINE | **ANTHONY G. BROWN** <br> ATTORNEY GENERAL OF MARYLAND |

*/s/ Sean D. Magenis*
Sean D. Magenis
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Sean.d.magenis@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

*/s/ Toni L. Harris*
Toni L. Harris*
Stephanie Service*
Neil Giovanatti*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, Michigan 48909
(517) 335-7603
harrist19@michigan.gov
ServiceS3@michigan.gov
GiovanattiN@michigan.gov

*Counsel for Attorney General Dana Nessel on behalf of the People of Michigan*

*/s/ Jessica M. Finberg*
Jessica M. Finberg*
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jfinberg@oag.state.md.us
410-576-6921

*Counsel for the State of Maryland*

**KEITH ELLISON**
  ATTORNEY GENERAL OF MINNESOTA

*/s/ John C. Keller*
John C. Keller*
  *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

*/s/ Heidi Parry Stern*
Heidi Parry Stern*
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

*/s/ Zoe Levine*
Zoe Levine*
  *Special Counsel for Immigrant Justice*
28 Liberty Street
New York, NY 10005
zoe.levine@ag.ny.gov
(212) 416-8329

*Counsel for the State of New York*

**RAÚL TORREZ**
  ATTORNEY GENERAL OF NEW MEXICO

*/s/ James W. Grayson*
James W. Grayson*
  *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the State of New Mexico*

**JEFF JACKSON**
  ATTORNEY GENERAL OF NORTH CAROLINA

*/s/ Daniel P. Mosteller*
Daniel P. Mosteller*
  *Associate Deputy Attorney General*
Laura Howard
  *Chief Deputy Attorney General*
Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6026
dmosteller@ncdoj.gov

*Counsel for State of North Carolina*

6

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

*/s/ Katherine Connolly Sadeck*
Katherine Connolly Sadeck (MA Bar No. 681501)
  *Solicitor General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI  02903
Tel: (401) 274-4400, Ext. 2480
Fax: (401) 222-2995
ksadeck@riag.ri.gov

*Counsel for the State of Rhode Island*

**JOSHUA L. KAUL**
  ATTORNEY GENERAL OF WISCONSIN

*/s/ Gabe Johnson-Karp*
Gabe Johnson-Karp*
  *Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
johnsonkarpg@doj.state.wi.us

*Counsel for the State of Wisconsin*

**CHARITY R. CLARK**
  ATTORNEY GENERAL OF VERMONT

*/s/ Julio A. Thompson*
Julio A. Thompson*
  *Co-Director, Civil Rights Unit*
109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov

*Counsel for State of Vermont*

**DAVID CHIU***
  CITY ATTORNEY, CITY AND COUNTY OF SAN FRANCISCO

*/s/ David Chiu*
Yvonne R. Meré*
  *Chief Deputy City Attorney*
Sara J. Eisenberg*
  *Chief of Complex and Affirmative Litigation*
Mollie M. Lee*
  *Chief of Strategic Advocacy*
David S. Louk*
Molly J. Alarcon*
  *Deputy City Attorneys*
Fox Plaza
1390 Market Street, 6th Fl.
San Francisco, California 94102-5408
(415) 505-0844
David.Louk@sfcityatty.org

*Counsel for City and County of San Francisco*

*Application for pro hac vice admission forthcoming

**LOCAL RULE 7.1 CERTIFICATE**

I certify that on January 21, 2025, at 9:34 a.m., I contacted Diane Kelleher, Director, Federal Programs Branch, U.S. Department of Justice (diane.kelleher@usdoj.gov) and Rayford Farquhar, Chief, Defensive Litigation, Civil Division, U.S. Attorney's Office for the District of Massachusetts (rayford.farquhar@usdoj.gov) by email in an attempt to meet and confer regarding the foregoing request for relief. Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel, but are proceeding with this filing given the need for prompt relief, as set forth in the accompanying memorandum of law.

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone
  *Deputy State Solicitor*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of Massachusetts*