UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | No. 1:25-cv-10139 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and upon consideration of Plaintiffs' Motion for a Preliminary Injunction, review of the papers filed in support thereof, and any oppositions filed thereto, this Court hereby **GRANTS** Plaintiffs' Motion for a Preliminary Injunction and hereby enjoins Defendants from implementing or enforcing the Executive Order entitled "Protecting the Meaning and Value of American Citizenship" ("the Executive Order") issued on January 20, 2025.

As grounds for this order, the Court finds that Plaintiffs are likely to succeed on the merits of their claims that the Executive Order is contrary to the Constitution and the laws of the United States and that agency actions taken pursuant to the Executive Order violate the Administrative Procedure Act; that the Executive Order is causing Plaintiffs ongoing and irreparable harm which is likely to continue if the order is not granted; and that the public interest and balance of harms weigh strongly in favor of granting preliminary injunctive relief.

This Order shall remain in effect unless and until modified by the Court.

2

SO ORDERED this ___ day of _____, 2025

By: _____
     United States District Judge