AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

|  |  |  |  |
|---|---|---|---|
| STATE OF NEW JERSEY, et al. | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:25-cv-10139 |
| DONALD J. TRUMP, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commonwealth of Massachusetts                                                                    .

Date:    01/21/2025

/s/ Jared B. Cohen
*Attorney's signature*

Jared B. Cohen (BBO No. 689217)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place
Boston, MA 02108

*Address*

jared.b.cohen@mass.gov
*E-mail address*

(617) 963-2833
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|