**TABLE OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Declaration of Sarah Adelman, Commissioner of New Jersey Department of Human Services |
| B | Declaration of Kathy Ehling, Assistant Commissioner for the Division of Educational Services in the New Jersey Department of Education |
| C | Declaration of Kaitlan Baston, Commissioner of the New Jersey Department of Health |
| D | Declaration of Laura Jamet, Assistant Commissioner of New Jersey Department of Children and Families |
| E | Declaration of Sharon C. Boyle, General Counsel of the Massachusetts Executive Office of Health and Human Services (EOHHS) |
| F | Declaration of Shelley Lapkoff, Senior Demographer at NDC |
| G | Declaration of Michael F. Rice, Superintendent of Public Instruction within the Michigan Department of Education (MDE) |
| H | Declaration of Kelly Sesti, Director for the Bureau of Administration within the Children's Services Administration (CSA) of the Michigan Department of Health and Human Services (MDHHS) |
| I | Declaration of Jeffrey Duncan, State Registrar and the Director of the Division of Vital Records and Health Statistics (VRHS) within the Michigan Department of Health and Human Services (MDHHS) |
| J | Declaration of Meghan Groen, Senior Deputy Director for Behavioral and Physical Health and Aging Services within the Michigan Department of Health and Human Services (MDHHS). |
| K | Declaration of Lindy Harrington, Assistant State Medicaid Director at the California Department of Health Care Services (DHCS) |
| L | Declaration of Rachel A. Heenan, Director of the Special Education Division at the California Department of Education (CDE) |
| M | Declaration of Rita Nguyen, Assistant Public Health Officer for the State of California at the California Department of Public Health (CDPH) |
| N | Declaration of Elizabeth Villamil-Cummings, New York State Registrar and the Director of the Bureau of Vital Records at the New York Department of Health (DOH) |
| O | Declaration of Gabrielle Armenia, Director of the Division of Eligibility and Marketplace Integration in the Office of Health Insurance Programs of the New York Department of Health (DOH) |
| P | Declaration of Jonathan Fanning, Director of Fiscal Management of the New York Department of Health (DOH) |
| Q | Declaration of Jennifer Avenia, Director of Immigration Practice for the Connecticut Department of Children and Families (DCF) |
| R | Declaration of Peter Hadler, Deputy Commissioner for the Connecticut Department of Social Services (DSS) |
| S | Declaration of Yvette Gauthier, State Registrar of Vital Records of the Connecticut Department of Public Health |

| T | Declaration of Tom Wong, Associate Professor at the University of California, San Diego (UCSD) |
|---|---|
| U | State Department's Foreign Affairs Manual |
| V | Declaration of Peri Weisberg, Principal Administrative Analyst in the Planning Unit of the City and County of San Francisco's Human Services Agency |
| W | Executive Order, "Protecting the Meaning and Value of American Citizenship," (Jan. 20, 2025) |
| X | Noah Webster, An American Dictionary of the English Language 635 (George & Charles Merriam 1860) (excerpt) |
| Y | 1 William Blackstone, *Commentaries on the Laws of England* 366 (6th ed., Co. of Booksellers, Dublin 1775) (excerpt) |
| Z | Cong. Globe, 39th Cong., 1st Sess. (excerpts) |