# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*

    Defendants.

Civil Action No.: 25-cv-10139

**DECLARATION OF SARAH ADELMAN**

I, Sarah Adelman, hereby declare:

1. I am the Commissioner of the New Jersey Department of Human Services ("DHS"). I have been employed as Commissioner since January 2021.

2. As Commissioner of DHS, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain certain impacts on the State of New Jersey's health insurance programs of an executive order titled "Protecting the Meaning and Value of American Citizenship," issued on January 20, 2025 (the "Executive Order"), which revokes birthright citizenship for children born after February 19, 2025 to (i) a mother who is

1

unlawfully present or who is lawfully present in the United States but on a temporary basis, and (ii) a father who is neither a citizen nor a lawful permanent resident.

<u>NJ FamilyCare and Eligibility Rules</u>

4. Within DHS, the Division of Medical Assistance and Health Services ("DMAHS"), administers several programs that enable qualifying New Jersey residents to access free or low-cost healthcare coverage. These are referred to as "NJ FamilyCare" programs.

5. NJ FamilyCare is publicly funded health insurance. It includes New Jersey's partially federally funded Medicaid program ("Federal-State Medicaid"), New Jersey's partially federally funded Children's Health Insurance Program ("CHIP"), and New Jersey's Cover All Kids Phase II initiative. As of December 2024, 1,673,856 New Jersey residents are enrolled in Federal-State Medicaid, of which 639,212 were children. An additional 161,577 children are enrolled in CHIP.

6. NJ FamilyCare provides comprehensive healthcare coverage for a wide range of services, including primary care, hospitalization, laboratory tests, x-rays, prescriptions, mental health care, dental care, preventive screenings, and more.

7. Health insurance provided through NJ FamilyCare, including programs that rely in part on federal funding and those funded entirely by the state, are generally administered through managed care organizations ("MCOs") that receive a monthly capitation payment from the State for each member enrolled in a particular MCO plan.

8. Eligibility for NJ FamilyCare health insurance programs, including eligibility for Federal-State Medicaid and CHIP, depends in part on age, immigration status, and household income.

9. In general, children under the age of 18 (i) meet the income eligibility requirement for Federal-State Medicaid in New Jersey if their household's modified adjusted gross income

("MAGI") is less than 147% of the federal poverty level ("FPL"), and (ii) meet the income eligibility requirement for CHIP in New Jersey if their household's MAGI is less than 355% of the FPL.

10. To be eligible for Federal-State Medicaid or CHIP, a child must also be a U.S. citizen or "lawfully residing," as that term is defined by federal law. "Lawfully residing" individuals are "lawfully present" and include qualified immigrants such as lawful permanent residents, asylees, refugees, and trafficking victims, as well as nonimmigrant visa holders and humanitarian status classes such as Temporary Protected Status and Special Immigrant Juvenile Status. Children who are not citizens or "lawfully residing" are commonly referred to as undocumented. This eligibility requirement is subject to certain narrowly-defined exceptions for some emergency services, which Federal-State Medicaid may cover for individuals who are neither citizens nor "lawfully residing" if they meet the Federal-State Medicaid income eligibility guidelines.

11. Pursuant to Cover All Kids Phase II, all New Jersey children under age 19 who meet the income eligibility requirements for Federal-State Medicaid or CHIP but are not U.S. citizens or "lawfully residing" are eligible for health insurance through NJ FamilyCare that is fully funded by the State.

12. New Jersey implemented Cover All Kids Phase II because access to healthcare, particularly to primary care, makes children and communities healthier, and it is a fiscally responsible investment in the future of New Jersey children.

13. The increased enrollment of children in NJ FamilyCare via Cover All Kids Phase II has had a positive impact on public health in the state. Children enrolled in NJ FamilyCare are more likely to receive preventative care services. This reduces the need for more intensive health

care treatments, including emergency care, as illnesses develop. It also reduces the financial burden on health care providers from providing care to uninsured individuals and ensures that families are not left with medical bills that they are unable to pay. In addition, sick children with health insurance coverage are more likely to see a health care provider and receive treatment, limiting the spread of infectious illnesses across the state.

14. Having insurance coverage also makes it less likely that children will have to visit an emergency room to treat preventable illnesses because it is more likely that they will receive medical care before a treatable medical issue becomes an emergency. This reduces the resource strain and uncompensated care burden on hospitals.

Federal Funding

15. For children covered by the Federal-State Medicaid program, the federal government generally reimburses for 50 percent of New Jersey's health care expenditures. For children covered by CHIP, the federal government generally reimburses for 65 percent of New Jersey's health care expenditures.

16. By contrast, with the exception of certain limited emergency medical services that may be covered by Federal-State Medicaid, NJ FamilyCare coverage for undocumented children is fully funded by New Jersey, without any federal funding assistance.

17. Federal funding for NJ FamilyCare's Medicaid and CHIP programs is provided through an advance quarterly grant from the federal Centers on Medicare and Medicaid Services ("CMS") to the State of New Jersey, with a post-quarter reconciliation. This quarterly process begins with the State submitting to CMS a CMS-37 report, which estimates the reimbursable expenditures the State expects to make for the upcoming quarter, six weeks before the quarter begins. Those estimates are based on current enrollment figures. For the

January to March 2025 quarter, the State submitted the report on or about October 15, 2024. The next CMS-37 report is expected to be submitted in mid-February.

18. CMS then issues quarterly federal grants the week before the start of the quarter. During the quarter, the State draws down from this grant award what is needed to make weekly batch payments to partially fund its expenditures for Medicaid and CHIP. Within 30 days after the end of a quarter, the State sends to CMS a CMS-64 report, which reports all reimbursable expenditures for the quarter. If the initial federal grant was less than final reimbursable expenditures, CMS will typically transmit an additional reconciling grant four to five months after the end of the relevant quarter.

Healthcare Coverage for Newborns

19. All children born in the United States and residing in New Jersey whose family income is at or below 355% of the Federal Poverty Level are eligible for NJ FamilyCare.

20. Before the Executive Order, all children born in New Jersey were considered U.S. citizens. Thus, NJ FamilyCare coverage for newborns in New Jersey was partially funded by the State and partially funded by the federal government, either through Federal-State Medicaid or CHIP.

21. Most healthy newborns remain in the hospital for two or three days after delivery. During this time, they receive routine postnatal care, including a vitamin K injection, antibiotic eye ointment, screening tests (e.g., heel-prick blood test, hearing screening), and hepatitis B vaccination.

22. Additionally, the American Academy of Pediatrics recommends that newborns see a doctor or nurse for a "well-baby visit" six times before their first birthday, including within the first

3-5 days, the first month, the second month, the fourth month, the sixth month, and the ninth month after birth.

23. Within the first year of life, babies may also need to visit a doctor when they appear ill and may require testing or prescription medication.

24. Children ages 1-18 typically have a range of health care needs that require services from various health care providers. For example, children in New Jersey must receive certain immunizations prior to starting school, unless they have an exemption for medical or religious reasons.

Fiscal Impact of Revoking Birthright Citizenship

25. NJ FamilyCare currently pays $248.35 per member, per month (totaling $2,980.20 per year) for the vast majority of children enrolled in NJ FamilyCare health insurance programs. As noted above, the federal government generally covers 50 percent of these costs for children enrolled in Federal-State Medicaid and 65 percent for children enrolled in CHIP.

26. However, if a child were not eligible for Federal-State Medicaid or CHIP, New Jersey would not receive that federal assistance, and would cover the full cost of health insurance coverage for the newborn.

27. The Medical Emergency Payment Program ("MEPP") provides limited emergency Medicaid coverage that is partially federally-funded to adults ages 19 or older who meet income eligibility guidelines regardless of citizenship or immigration status. MEPP covers labor and delivery services for undocumented women giving birth in New Jersey, but does not cover post-delivery health care for their newborn children. Instead, those newborns have, until now, been eligible for Federal-State Medicaid because they meet the income eligibility guidelines and are U.S. citizens.

28. In each of the last three calendar years, there have been between 7,000 and 8,000 births per year to pregnant women whose labor and delivery was covered by MEPP. DHS has been advised of estimates indicating that approximately 58 percent of these children likely had a second parent who was undocumented. Thus, a reasonable approximation of the number of children born to undocumented parents who would have been eligible for Federal-State Medicaid but will not be due to the Executive Order—and instead will receive health insurance through New Jersey's state-funded health insurance program—is 4,060 to 4,640 children per year.  This is an underestimate to some degree because it does not include children who have one parent who is not undocumented but who nonetheless does not meet the immigration status requirements of the Executive Order to confer citizenship on their child born in the United States.

29. New Jersey spends close to $3,000 per member per year on children enrolled in Federal-State Medicaid, and the federal government covers 50 percent of these costs.  If between 4,060 and 4,640 children are enrolled in fully state-funded health insurance rather than Federal-State Medicaid in a given year because of the Executive Order, this will cost the State between approximately $6 to $7 million per year.  This estimate does not include the loss of federal funding that New Jersey would experience from children who are eligible for CHIP but not Federal-State Medicaid being shifted to fully state-funded health insurance.

<u>Eligibility Verification Process For Federally-Funded Medicaid and CHIP</u>

30. When a child is born to parents who lack private health insurance, the healthcare facility at which the child is born typically submits information to DHS for a determination of the child's eligibility for public health insurance through NJ FamilyCare.  The application is processed by either a state vendor or the county social services agency in the individual's

7

county of residence. Approximately half of all Medicaid enrollees are enrolled through the vendor and another half through the counties.

31. The vendor and counties utilize an eligibility verification system to determine whether the applicant is eligible for Federal-State Medicaid or CHIP, and if not, if they are eligible for fully state-funded health insurance. The vendor uses its own eligibility verification system, while the counties use a system designed by DHS. Both systems currently rely on the fact that a newborn was born in a New Jersey healthcare facility as proof of citizenship to qualify the newborn for Federal-State Medicaid or CHIP.

32. Because of the Executive Order, the state vendor and DHS will have to develop a new eligibility verification system to determine whether newborn children are eligible for Federal-State Medicaid or CHIP because they can no longer rely on the fact that a child was born in the United States to confirm citizenship status. Although some newborn children, pursuant to a federal regulation, may be deemed eligible for Federal-State Medicaid until the age of one because their mother was covered by MEPP, this does not ensure coverage for all newborn children who are otherwise eligible for Federal-State Medicaid or CHIP.

33. DHS and the state vendor would incur significant costs to re-design their eligibility verifications systems to address changes in citizenship rules for newborn children. The re-design would require significant planning to understand the new rules governing U.S. citizenship for newborn children born in the United States, to identify and determine the kinds of evidence that would suffice as proof of citizenship, and to modify the IT systems that are used to process applications and verify eligibility. The state vendor would almost certainly seek to pass on to the State any costs that it incurred.

34. In addition, DHS would incur significant costs to train staff, partners, and healthcare providers on the new eligibility system and procedures, and to revise existing guidance documents and manuals regarding eligibility rules and procedures. DHS currently relies on 1,471 county caseworkers and 173 vendor employees to handle eligibility determinations for NJ FamilyCare.

35. It will likely take in the range of six months to develop and implement a new eligibility system and undertake the necessary training to ensure that it can be deployed effectively.

36. Children residing in New Jersey are eligible for NJ FamilyCare health insurance programs, including the fully state-funded program regardless of where they were born. Children residing in New Jersey who moved into the state from other states, including neighboring states like Pennsylvania or New York, are frequently enrolled in NJ FamilyCare health insurance programs. Presently, the eligibility verification systems used by DHS's vendor and county agencies have no reason to track the state of birth of U.S.-born children who apply for NJ FamilyCare. If the rules governing birthright citizenship varied by state of birth, these eligibility verification systems will have to start tracking state of birth so that they can accurately determine whether a child is a citizen and therefore eligible for Federal-State Medicaid or CHIP, or whether they are not a citizen and thus only eligible for fully state-funded health insurance. This will further complicate the process of redesigning eligibility verification systems described above, requiring additional expenditure of DHS's time and resources.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January, 2025, in Trenton, New Jersey.

*Sarah Adelman*
_____
Sarah Adelman, Commissioner
New Jersey Department of Human Services