# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No.: 25-cv-10139<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DECLARATION OF KATHLEEN EHLING**

　　I, Kathleen Ehling, hereby declare:

1. I am the Assistant Commissioner for the Division of Educational Services within the New Jersey Department of Education ("NJDOE"), a position I have held since 2021. As Assistant Commissioner, I oversee the Offices of Special Education, including the Special Education Medicaid Initiative ("SEMI") program, Supplemental Educational Programs, Fiscal and Data Services, Student Support Services, Performance Management and the Marie H. Katzenbach School for the Deaf.  I am also responsible for overseeing implementation of the federal Every Student Succeeds Act, the federal Individuals with Disabilities Education Act ("IDEA"), the New Jersey Tiered Systems of Support, and the development and release of the annual School Performance Reports. Prior to holding this position, I served in various positions throughout my 20-year tenure with NJDOE including as the Director of the Office

1

of Fiscal and Data Services in which I oversaw the administration of over $4 billion in federal and state grant funds for NJDOE. Prior to this role, I served as the Manager of the Bureau of Governance and Fiscal Support, Office of Special Education Policy and Procedure within NJDOE. In this capacity, I oversaw the implementation of administrative policy for the office, including development of regulations, model individualized education programs ("IEPs"), and the Parental Rights in Special Education booklet. I also oversaw the dispute resolution system, the complaint investigation process, the approval and monitoring of approved private schools for students with disabilities and clinics and agencies, the SEMI program, and the IDEA Part B grant process. Prior to assuming the role of Manager, I worked as a Special Assistant to the Director of the Office of Special Education Programs, a Complaint Investigator, and a Mediator with the Office of Special Education.

2. As Assistant Commissioner, I have personal knowledge of the matters set forth below, or I have knowledge of the matters below based on my review of information, information provided by other state agencies, including the New Jersey Department of the Treasury, and information gathered by my staff.

3. I am providing this declaration to explain certain impacts on the State of New Jersey and its local education agencies of an executive order entitled "Protecting the Meaning and Value of American Citizenship" issued on January 20, 2025 (the "Executive Order"). The Executive Order revokes birthright citizenship for children born after February 19, 2025, to (i) a mother who is unlawfully present or who is lawfully present in the United States but on a temporary basis, and (ii) a father who is neither a citizen nor a lawful permanent resident.

<u>New Jersey Department of Education</u>

4. NJDOE's mission is to support schools, educators, and districts to ensure all of New Jersey's 1.4 million public school students have equitable access to high quality education and achieve academic excellence.

5. Pursuant to *Plyler v. Doe*, 457 U.S. 202 (1982), local education agencies ("LEAs") within the State serve all school-age children, regardless of their immigration status. An LEA is a public authority legally constituted by the State as an administrative agency to provide control of and direction for kindergarten through grade 12 public educational institutions.

6. Within NJDOE, the Division of Finance and Business Services administers federal and state funds to LEAs to support crucial education initiatives and provide essential services to students.

Special Education Medicaid Initiative

7. School-based health services ("SBHS") refer broadly to medical services provided to all students in a school setting, such as on-site school nurses, behavioral health counselors, and preventative health screenings for visual and auditory acuity.

8. All New Jersey LEAs are required to provide certain SBHS free of charge to all students, regardless of their immigration or insurance status.

9. In State Fiscal Year 2024, $2,466,759,247 of State funds were provided to LEAs for special education services. This is the total amount for special education categorical aid, extraordinary aid for special education costs, and the estimated portion of equalization aid that is calculated for special education costs.

10. Since 1988, Section 1903(c) of the Social Security Act has authorized the federal Medicaid program to reimburse LEAs for medically necessary SBHS provided to Medicaid-eligible students with disabilities ("special education SBHS") pursuant to the IDEA, 20 U.S.C. §

1400 et seq., provided the services were delineated in the student's individualized education program ("IEP") (or similar plan) and covered in the State plan for Medicaid. IDEA requires LEAs to develop an IEP for children found eligible for special education and related services. An IEP identifies certain special education and related services, and program modifications and supports, that the LEA will provide a child with a disability.

11. Currently, New Jersey's State plan for Medicaid provides coverage for certain special education SBHS, such as occupational or speech therapy, that are specified in a student's IEP.

12. The Medicaid reimbursement program for special education SBHS in New Jersey is called the Special Education Medicaid Initiative ("SEMI"), which is jointly operated by NJDOE and New Jersey's Departments of Human Services and Treasury.

13. New Jersey has contracted with a vendor for administrative support in managing SEMI and matching reimbursement claims to Medicaid-eligible students.

14. Approximately 408 LEAs in New Jersey were required under State law to participate in SEMI in State Fiscal year 2025 because they had more than 40 Medicaid-eligible classified students. LEAs with 40 or fewer Medicaid-eligible classified students may request a waiver from the executive county superintendent not to participate in SEMI. Approximately 185 such LEAs did not seek a waiver and therefore participated in SEMI in State Fiscal year 2025.

15. Under SEMI, over the course of a school year, LEAs receive interim reimbursement payments through a fee-for-service process for costs associated with providing special education SBHS to Medicaid-eligible students.

16. The federal reimbursement funds are split between the State Treasury and LEAs. In State Fiscal Year 2024, the federal government paid 50% of the costs submitted for interim reimbursement for special education SBHS. The State retained 65% of the federal reimbursement and passed on 35% of the federal reimbursement to the relevant LEA.

17. At the end of the fiscal year, New Jersey engages in a cost settlement process to verify that LEAs are accurately reimbursed for the costs of providing SBHS by comparing interim reimbursements with reported annual expenditures.

18. In State Fiscal Year 2024, New Jersey LEAs submitted interim fee-for-service reimbursement claims to the federal government for claims valued at $220,734,493, of which federal Medicaid reimbursed 50%, or $110,367,246.60. The State retained 65% of the federal reimbursement, a total of $71,755,196.95, and passed on the remaining 35%, a total of $38,612,049, to the LEAs. These sums reflect the pre-cost settlement interim dollar amount, as the cost settlement process has not been completed.

19. To be eligible for a partially federally-funded Medicaid program, a student must be a U.S. citizen, a "qualified non-citizen," or "lawfully present."

    a. Qualified non-citizens include lawful permanent residents, asylees, refugees, and trafficking victims, among others.

    b. Individuals who are lawfully present include those with humanitarian statuses (such Temporary Protected Status and Special Immigrant Juvenile Status) as well as asylum applicants, among others.

    c. Children who are neither "qualified non-citizens" nor "lawfully present" are commonly referred to as undocumented.

20. Thus, undocumented children are not eligible for partially federally-funded Medicaid. LEAs are still required to provide special education SBHS to undocumented children, but cannot receive federal reimbursement dollars for those services.

21. In 2024, New Jersey's SEMI vendor identified approximately 88,000 students with disabilities who were enrolled in partially federally-funded Medicaid in New Jersey.

22. Because of the Executive Order, students with disabilities who are born in the United States to two undocumented parents, or whose birthright citizenship will otherwise be revoked by the Executive Order, will lose eligibility for federally-funded Medicaid for which they otherwise would have qualified. LEAs will thus not receive any SEMI reimbursement funds for provision of SBHS to those students, increasing the State's net costs.

23. The Executive Order will also increase the population of undocumented children, some percentage of whom will very likely have disabilities that require SBHS and would be eligible for partially federally-funded Medicaid but for their immigration status. The costs of providing those services will be borne by the State and LEAs without any federal Medicaid reimbursement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January, 2025, in Trenton, New Jersey.

*Kathleen Ehling*

_____
Kathleen Ehling, Assistant Commissioner
Division of Educational Services, New
Jersey Department of Education