# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STATE OF NEW JERSEY, et al. | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD J. TRUMP, et al. | : | Civil Action No.: 25-cv-10139 |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**DECLARATION OF SHELLEY LAPKOFF**

I, Shelley Lapkoff, hereby declare:

1. I am a Senior Demographer at National Demographics Corporation (NDC), which I joined in 2023. Founded in 1979, NDC is a firm dedicated to providing research and analysis services on demographic, districting, and redistricting issues to a variety of governmental and non-governmental clients. At NDC, as I have for more than 30 years, I specialize in conducting demographic and political redistricting analyses. Within the field of demography, my area of expertise is applied demography, which includes the analysis of client and third-party data, such as Census Bureau counts and estimates, data from state, federal and local governments, and data from other research organizations.

2. Prior to joining NDC, I earned a Ph.D. in Demography in 1988 and an M.A. in Economics from the University of California, Berkeley in 1984. I received a B.A. with Honors in Economics from the University of Maryland, College Park, in 1976. While in graduate school, I founded my own demographic consulting firm, Lapkoff Demographic Research (LDR), in 1985, which provided consulting services and demographic analyses to government and non-governmental clients. In 1992, LDR subsequently became Lapkoff & Gobalet Demographic

1

Research, Inc. (LDGR). And just recently, in 2023, LDGR merged with NDC. Additionally, I have taught Applied Demography and presented seminars in the U.C. Berkeley Demography Department. I have also been active in the Population Association of America (PAA) and have been Chair of the PAA Committee on Applied Demography.

3. I served as one of the principals of LDGR from its inception until joining NDC. As President of LGDR and as a Senior Demographer with NDC, I have conducted and overseen many demographic research projects. As a consultant and practitioner of applied demographics, I help diverse types of clients. The work includes developing new methods (including mathematical models) to forecast population and housing occupancy; assembling and analyzing demographic data; evaluating demographic trends; preparing written reports on the findings; and making presentations on a variety of matters.

4. At LGDR and now NDC, I have worked with more than 20 school districts, including the large San Francisco and Oakland Unified School Districts, many cities, special districts, and county boards of supervisors. National-level clients have included non-profits (Girl Scouts of the United States, United Way Worldwide) and the U.S. Department of Justice. These projects have often used client and third-party data, such as Census Bureau American Community Survey data, data from state and federal government (especially birth data from the National Center for Health Statistics), and from research organizations like Pew Research Center.

5. I have worked with dozens of clients providing political redistricting services after the 1990, 2000, 2010, and 2020 decennial Censuses. These types of demographic and redistricting analyses have required expert use of Census data, including the American Community Survey, and Geographic Information Systems (GIS) software.

6. Over the years, I have served as an expert witness in several cases that involved demographic analyses, including cases regarding racial and disability discrimination, housing discrimination against households with children, evaluations of school desegregation plans, political redistricting that conforms to civil rights legislation and court decisions, and developer fee justifications for school districts, among others.

2

7.  Attached as **Exhibit 1** is a copy of my curriculum vitae listing my full experience, prior

    publications, and cases where I have submitted a declaration or participated as a consultant.

Scope of Work and Findings

8.  For purposes of determining the possible impact of a revocation of birthright citizenship, NDC

    was retained by the States of New Jersey and California to estimate the annual number of births

    to women who are unauthorized immigrants in New Jersey, California, and Massachusetts, as

    well as the entire United States, and if possible, the number of births in which both the mother

    and father were unauthorized immigrants. Under my direction and supervision, NDC prepared

    the analysis and report attached as **Exhibit 2,** which reflects NDC's estimate of the number of

    such births. The report details NDC's estimate, the methodology used, and the data sources

    and additional materials consulted and relied upon.

9.  As explained in our report, we estimate that in 2022, the last year for which complete data are

    available:

    a.  There were approximately 255,000 births to unauthorized mothers in the United

        States. That represents 31 percent of births to all foreign-born mothers and 7 percent

        of all births to United States residents. We further estimate that there were

        approximately 153,000 births in which both parents were unauthorized,

        representing 18 percent of births to all foreign-born mothers, and 4 percent of all

        births to United States residents.

    b.  There were approximately 7,800 births to unauthorized mothers in Massachusetts.

        That represents 33 percent of births to all foreign-born mothers and 11 percent of

        all births to Massachusetts residents. We further estimate that there were

        approximately 4,200 births in which both parents were unauthorized, representing

        18 percent of births to all foreign-born mothers, and 6 percent of all births to

        Massachusetts residents.

    c.  There were approximately 10,700 births to unauthorized mothers in New Jersey.

        That represents 28 percent of births to all foreign-born mothers and 10 percent of

3

all births to New Jersey residents. We further estimate that there were approximately 6,200 births in which both parents were unauthorized, representing 16 percent of births to all foreign-born mothers, and 6 percent of all births to New Jersey residents.

d.  There were approximately 40,200 births to unauthorized mothers in California. That represents 29 percent of births to all foreign-born mothers and 10 percent of all births to California residents. We further estimate that there were approximately 24,500 births in which both parents were unauthorized, representing 18 percent of births to all foreign-born mothers, and 6 percent of all births to California residents.

10. In conducting our analysis, we reviewed data from a variety of independent sources as well as official federal and state government databases in an effort to best estimate using reliable sources the number of births to unauthorized mothers and parents in New Jersey, Massachusetts, California, and the United States. Our methodology, data sources, and full analysis are explained further in our attached report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January, 2025, in Glendale, California.

*Shelley Lapkoff*

Shelley Lapkoff, Senior Demographer
National Demographics Corporation

# EXHIBIT 1

# Curriculum Vitae for Shelley Lapkoff

**Shelley Lapkoff, Ph.D.**
**Demographer**
National Demographics Corporation/Lapkoff & Gobalet Demographic Research, Inc.
SLapkoff@NDCResearch.com

Senior Demographer at National Demographics Corporation since 2023. President and Principal, Lapkoff & Gobalet Demographic Research, Inc., since 1992, and founder and owner of Lapkoff Demographic Research before that.  In 2023, National Demographics Corporation and Lapkoff & Gobalet Demographic Research, Inc. merged.

Lecturer, *University of California, Berkeley,* Demography Department, 1995 and 2001.

**Education and Honors**

Ph.D.    Demography, *University of California, Berkeley*, 1988

M.A.    Economics, *University of California, Berkeley*

A.B.    Economics, With Honors, *University of Maryland*

Guest Lecturer, Business School, University of California, Berkeley

NICHHD Training Grant, University of California, Berkeley, 1984-86

University of California Graduate Fellowship, 1982-84

**Professional Experience**

Dr. Lapkoff has provided demographic services to school districts since 1985.  In 1989 she founded Lapkoff Demographic Research, and since 1992 she has been the President and a Principal of Lapkoff & Gobalet Demographic Research, Inc.  In 2023, she became Senior Demographer at National Demographics Corporation.

She has provided consulting and research services to public K-12 school districts throughout the San Francisco Bay Area and California, as well as to community colleges, cities, voting jurisdictions, the Department of Housing and Urban Development, and the Department of Justice.  She has provided expert testimony in several court cases involving political redistricting, school desegregation, developer fee challenges, and housing discrimination.  Dr. Lapkoff is recognized as a national leader in the field of school district demography, and she is a past Chair of the Applied Demography Committee of the Population Association of America.

1

**Papers and Professional Presentations**

***Political Districting***

"Who Must Elect by District in California? A Demographer's Perspective on Methods for Assessing Racially Polarized Voting," with Shelley Lapkoff.  Chapter 18 in *Emerging Techniques in Applied Demography,* Hoque, M. Nazrul, Potter, Lloyd B. (Eds.), 2015.

"How much is enough and how much is too much?  Measuring Hispanic political strength for redistricting purposes," with Jeanne Gobalet, 2012 Population Association of America Annual Meeting.

"Voting Rights Act Issues in Political Redistricting," with Jeanne Gobalet, 1993 Population Association of America Annual Meeting.

Invited Speaker, "Demographers and the Legal System," International Conference on Applied Demography, Bowling Green University, 1992.

"Changing from At-large to District Election of Trustees in Two California Community College Districts: A Study of Contrasts," with Jeanne G. Gobalet, *Applied Demography*, August 1991.


***School and Child Demography***

"Who Attends Private Schools?" with Magali Barbieri and Jeanne Gobalet, 2014 Applied Demography Conference, San Antonio, TX.

"Measuring Variations in Private School Enrollment Rates Using ACS Estimates," with Magali Barbieri and Jeanne Gobalet, 2014 American Community Survey Users Conference, Washington, DC.

"Five Trends for Schools," Educational Leadership, March 2007, Volume 64, No. 6, Association for Supervision and Curriculum Development (with Rose Maria Li).

"Studies in Applied Demography," Session Organizer at the 2006 Population Association of America Annual Meeting.

"California's Changing Demographics: How New Population Trends Can Affect Your District," 2004 California School Boards Association Annual Meeting.

Panelist, "School Demography" session, 2004 Southern Demographic Association Annual Meeting.

"Where Have All the Children Gone?" Poster, 2004 Population Association of America Annual Meeting.

"Using Child-Adult Ratios for Estimating Census Tract Populations," 1996 Population Association of America Annual Meeting.

"How to Figure Kids," *American Demographics*, January 1994.

"Neighborhood Life Cycles," 1994 Population Association of America Annual Meeting.

"Enrollment Projections for School Districts," *Applied Demography*, Spring 1993.

"Projecting Births in a California School District," 1993 Population Association of America Annual Meeting.

"School District Demography," Session Organizer and Chair, 1994 Population Association of America Annual Meeting.

"School District Demography," Roundtable Luncheon Organizer, 1992 Population Association of America Annual Meeting.

"National Demographic Trends," presentation to the National Association of Business Economists, 1990.

"Demographic Trends and Long-range Enrollment Forecasting," presentation at the Redwood Leadership Institute, Sonoma County, California, 1990.

"Projections of Student Enrollment in the Pleasanton Unified School District," 1989 Population Association of America Annual Meeting.


***General Demography***

"Forecast of Emeritus Faculty/Staff Households on a University Campus," with Jeanne Gobalet, 2000 Population Association of America Annual Meeting.

"Communicating Results:  Practical Approaches Suited to Decision-Oriented Audiences," Panelist.  2000 Population Association of America Annual Meeting.

"Fiscal Impacts of Demographic Change: Focus on California," Session Organizer and Chair. 1995 Population Association of America Annual Meeting.

Discussant for "Evaluating the Accuracy of Population Estimates and Projections," 1992 Population Association of America Annual Meeting.

"Intergenerational Flows of Time and Goods: Consequences of Slowing Population Growth," with Ronald Lee, *Journal of Political Economy*, March 1988.

"A Research Note on Keyfitz' 'The Demographics of Unfunded Pension'," *European Journal of Population*, July 1991.

"Pay-as-you-go Retirement Systems in Nonstable Populations," Working Paper, U.C. Berkeley Demography Group, 1985.

"Assessing Long-run Migration Policy as a Solution to the Old Age Dependency Problem," paper presented at the 1985 Population Association of America Annual Meeting

# EXHIBIT 2

# Estimating Births to Unauthorized Immigrants in the United States, Massachusetts, New Jersey, and California

Prepared by National Demographics Corporation, January 19, 2025

## Executive Summary

National Demographics Corporation (NDC) was asked to estimate the annual number of births to women who are unauthorized immigrants, and if possible, the number of births in which both the mother and father were unauthorized immigrants. We were asked to do so for the United States, New Jersey, Massachusetts, and California. The body of the report discusses the methodology as it presents results for the United States. Tables in the body of the report are provided for each state in Appendices C, D and E.

For 2022, the year for which the most recent set of data is available, we estimate that:

For the United States

- There were approximately 255,000 births to unauthorized mothers, representing 31 percent of births to all foreign-born mothers and seven percent of all births in the United States.

- There were approximately 153,000 births in which both parents were unauthorized, representing 18 percent of births to all foreign-born mothers, and four percent of all births in the United States.

For Massachusetts

- There were approximately 7,800 births to unauthorized mothers, representing 33 percent of births to all foreign-born mothers and 11 percent of all births in Massachusetts.

- There were approximately 4,200 births in which both parents were unauthorized, representing 18 percent of births to all foreign-born mothers, and six percent of all births in Massachusetts.

For New Jersey

- There were approximately 10,700 births to unauthorized mothers, representing 28 percent of births to all foreign-born mothers and 10 percent of all births in New Jersey.

- There were approximately 6,200 births in which both parents were unauthorized, representing 16 percent of births to all foreign-born mothers, and six percent of all births in New Jersey.

For California

- There were approximately 40,200 births to unauthorized mothers, representing 29 percent of births to all foreign-born mothers and 10 percent of all births in California.

- There were approximately 24,500 births in which both parents were unauthorized, representing 18 percent of births to all foreign-born mothers, and six percent of all births in California.

While these estimates do not perfectly predict the number of unauthorized births in 2025, they currently provide the best approximation of the likely magnitude of unauthorized births in 2025.

The starting point for these estimates is a report by the Center for Immigration Studies (CIS) providing the number of births by state and mothers' nativity for the year 2014. We considered two factors to update the 2014 estimate: 1) The trend in births to all foreign-born mothers; and 2) The trend in the unauthorized total population.

For estimating the number of births in which *both* parents were unauthorized immigrants, we used survey results about married couples from the Migration Policy Institute (MPI).

Additionally, we used other sources to make alternative estimates to confirm the primary estimates provided.

## CIS-Estimated Births to Unauthorized Mothers in 2014

CIS estimated 297,073 births to unauthorized mothers in the United States in 2014, representing 7.5 percent of the nation's total births (Table 1).[1] To our knowledge, the CIS report is the only published estimate of the number of births to unauthorized immigrant mothers that includes birth counts for all 50 states, in addition to the national estimate.

Pew Research Center (Pew) estimated births to unauthorized immigrants for the entire United States, but not by state. Their analysis showed approximately 275,000 total births to unauthorized immigrants in the U.S. in 2014, representing about 7.0 percent of all births (Passel and Cohn, 2016).

---

[1] CIS defines "unauthorized" immigrants, based on the definition used by the Department of Homeland Security's Office of Immigration Statistics, as foreign-born non-citizens who are not legal residents of the United States. This includes persons who are beneficiaries of Temporary Protected Status (TPS), Deferred Action for Childhood Arrivals (DACA), or other forms of prosecutorial discretion, or who are residing in the United States while awaiting removal proceedings in immigration court. *See* Camarota, S., Ziegler, K., and Richwine, J. (2018). Births to Legal and Illegal Immigrants in the U.S.: A look at health insurance coverage among new mothers by legal status at the state and local level. Center for Immigration Studies;, note 2, pages 7 and 8. This definition does not include naturalized citizens, persons granted lawful permanent residence, persons granted asylum, persons admitted as refugees, and persons admitted as resident nonimmigrants (i.e., students and temporary workers, as opposed to tourists) who have unexpired authorized periods of admission. *See* Glossary, Office of Homeland Security Statistics, available at: https://ohss.dhs.gov/glossary.

**Table 1. Estimated U.S. Births, by Mother's Nativity, 2014 Mother's Nativity**

|  | Births | Percent |
|---|---|---|
| **Unauthorized Foreign-born** | 297,073 | 7.5% |
| **Authorized Foreign-born** | 493,509 | 12.4% |
| **Native Born** | 3,180,564 | 80.1% |
| **Total** | **3,971,146** | **100%** |

The methodology used by CIS is reasonable. Their 2014 estimates were based on data from the Census Bureau's 2012-2016 American Community Survey (ACS), for which 2014 is the middle year. The authors used a variation of the residual method to estimate the size of the unauthorized immigrant population from the ACS. This method of estimation is commonly used by researchers, including those at the Pew Research Center and the Center for Migration Studies (CMS). To determine which foreign-born ACS respondents may be unauthorized immigrants, CIS first eliminated those who are least likely to be unauthorized. The resulting subset of respondents was then weighted based on known characteristics of unauthorized immigrants (such as age, gender, region, and country of origin) as reported by the Department of Homeland Security (DHS).

## Updating the CIS Estimate for 2022

Since the publication of their 2014 estimates, CIS has not released subsequent estimates. Our calculations update those 2014 estimates using more recent data on births to foreign-born mothers and an analysis of the share of the foreign-born population that is unauthorized.

We considered multiple methodologies to estimate the number of births to unauthorized mothers for more recent years. We chose the methodology detailed below because it is the most reliable method based on the available data. Because CIS did not publish the specific fields and calculations used in their 2014 estimates, there is no way to reliably recreate their methodology with more recent ACS data without engaging in guesswork. We instead updated their data based on 2014 to 2022 population trends.

In this report, we build on the CIS 2014 birth count and consider two additional factors to estimate how the number of births changed over time:

1. **Change in the number of births to foreign-born mothers**. While data are not available on the number of births to unauthorized women, there are reliable data on the number of births to all foreign-born women. If the number of births to foreign-born mothers increased from 2014 to 2022, we would expect the number of births to unauthorized foreign-born mothers to also increase, all else equal.

2. **Change in the unauthorized share of the foreign-born population.** To evaluate whether the trend in the number of births to unauthorized mothers is expected to mirror the trend in the number of births to foreign-born mothers, we considered whether the total foreign-born

population increased or decreased to the same extent as the total unauthorized population. The simplest way to do so is to calculate the share of the foreign-born population that is unauthorized and how that share has changed over time.

Each of these factors is discussed in detail below.

Secondarily, we use two different methods to estimate the share of unauthorized mothers with unauthorized partners. These methods are also discussed below.

## Change in the Number of Births to Foreign-Born Mothers

While official data on the number of births to *unauthorized* foreign-born mothers are not available, data are readily available for *all* foreign-born mothers.  A standard U.S. birth certificate includes the birthplace of the mother.  The most reliable data on mothers' immigrant status is available from the National Center for Health Statistics (NCHS), which collects data from every state.  According to the NCHS data, between 2014 and 2022, the number of births to foreign-born women in the U.S. decreased by 4.5 percent. All else equal, we would expect births to unauthorized women to also decrease by 4.5 percent during that period.

**Table 2. Births to Foreign-Born Mothers in the U.S.**

| Year | NCHS Births to Foreign-Born |
|:---:|:---:|
| **2014** | 872,256 |
| **2022** | 832,728 |
| **Difference** | -39,528 |
| **Percent Change** | **-4.5%** |

## Change in the Unauthorized Share of the Foreign-Born Population

As shown in Table 2 above, the number of births to foreign-born mothers decreased by 4.5 percent over the nine-year period from 2014 to 2022.  Unauthorized mothers are a subset of all foreign-born mothers.  However, the unauthorized population may have a different birth trend than all foreign-born mothers.  To evaluate that possibility, we consider one additional factor.

As mentioned above, data are not available on the growth in the number of births to unauthorized mothers.  But estimates of the *total population* of the foreign-born and estimates of the unauthorized *total population* are readily available.  These data allow us to compare how similar the population trends are between the unauthorized population and the overall foreign-born population.

Table 3 shows how the foreign-born population changed between 2014 and 2022, while Table 4 shows how the unauthorized population changed during the same period.  As Table 3 shows, between 2014 and 2022, the foreign-born population grew by nearly 10 percent.

**Table 3. Estimates of the U.S. Foreign-Born Population**

|  | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| **Foreign-Born Total Population** | 42,194,354 | 46,182,177 | 9.5% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

Although the ACS does not directly estimate the *unauthorized* total population, three organizations provide estimates of that count—the Pew Research Center, the U.S. Department of Homeland Security (DHS), and the Center for Migration Studies (CMS). They estimate the unauthorized population changed by a rate between 0.2 and -4.1 percent from 2014 to 2022, as shown in Table 4. Averaging the three estimates yields an estimated -1.6 percent growth rate for the unauthorized population over that period.

**Table 4. Estimates of the U.S. Unauthorized Immigrant Population**

|  | 2014 | 2022 | Change |
|---|---|---|---|
| **DHS** | 11,460,000 | 10,990,000 | -4.1% |
| **Pew** | 11,100,000 | 11,000,000 | -0.9% |
| **CMS** | 10,912,300 | 10,939,004 | 0.2% |
| **Average of Change Estimates for 2014-2022** | | | **-1.6%** |

Sources: DHS estimates from Baker and Warren (2024), Pew estimates from Passel and Krogstad (2024), CMS estimates from CMS (2022) and Warren (2024)

Thus, the total foreign-born population grew by 9.5 percent while we estimate that the unauthorized population decreased in size by less than two percent. Since the unauthorized population has not grown while the overall foreign-born population increased in size, we assume that the number of births to unauthorized mothers changed at a lower rate than for all foreign-born mothers.

Using the same data from Tables 3 and 4, we calculate the unauthorized population as a share of the total foreign-born population. Detailed calculations are shown in Table 5. The percentage change in the unauthorized share of the foreign-born population is -10.1 percent, from 2014 to 2022. This percentage change, shown in column D, is used to generate a multiplier, shown in column E, to adjust our final estimate of births to unauthorized mothers in 2022.

**Table 5. Unauthorized Immigrant Population Compared to Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | (C) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | (E) Multiplier for Birth Estimates (1-D) |
|---|---|---|---|---|---|
| **DHS** | 27.2% | 23.8% | -3.4% | -12.4% | 87.6% |
| **Pew** | 26.3% | 23.8% | -2.5% | -9.5% | 90.5% |
| **CMS** | 25.9% | 23.7% | -2.2% | -8.4% | 91.6% |
| **Average** | **26.4%** | **23.8%** | **-2.7%** | **-10.1%** | **89.9%** |

## NDC's Estimate of Births to Unauthorized Mothers

Based on the above analysis, we make two updates to the CIS 2014 estimate of births to unauthorized mothers:

1. First, we adjust the number of births to reflect the change in the number of births to foreign-born mothers between 2014 and 2022.

2. Next, we adjust the number of births to reflect the change in the unauthorized share of the total foreign-born population from 2014 to 2022.

As shown in Table 6, we estimate 255,012 U.S. births to unauthorized mothers in 2022. This takes into account the overall change in births to foreign-born women between 2014 and 2022, as well as the change in the unauthorized population share during that period.

**Table 6. Calculating U.S. Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| **Estimate** | 297,073 | -4.5% | 89.9% | 255,012 |

Rounding 255,012 to reflect the imprecision in the data sources, we arrive at an estimate of 255,000 births to unauthorized mothers in 2022.

## Estimating Births to Two Unauthorized Parents

One question we were asked to investigate is how many births to unauthorized immigrant mothers are likely to also have *unauthorized immigrant fathers*. In general, there is much less information collected about fathers. Information about fathers is optional on many states' birth certificates. We

found no published estimates of births to unauthorized mothers that also report the father's legal status.

However, we found one source of data on married couples and their unauthorized status. The Migration Policy Institute (MPI, 2019) estimated that 60 percent of unauthorized individuals who are married have an unauthorized spouse.[2]  As that is the best available estimate, we calculate that 60 percent of children born to unauthorized mothers also have unauthorized fathers. The other 40% of the births to unauthorized mothers occur in mixed-status relationships, with an unauthorized mother and a legal resident or U.S. citizen father.

Available data on the marital status of women giving birth in the U.S. lend credence to this approach.  Using data from the ACS, we see that 70 percent of all women (native and foreign-born) who reported giving birth in 2022 were married.  Notably, an even higher percentage of foreign-born mothers (75 percent) are married. This supports the use of MPI's marriage data as a proxy for the immigration status of fathers when estimating births to unauthorized foreign-born mothers.

Using this approach, NDC estimates about 153,000 births in 2022 in which neither parent was an authorized immigrant or U.S. citizen, as shown in Table 7.

**Table 7. Calculating U.S. Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 255,012 | 60.0% | 153,007 |

Rounding 153,007 to reflect the imprecision in the data sources, we arrive at an estimate of 153,000 births with unauthorized mothers and unauthorized fathers in 2022.

## Alternative Authorized-Spouse Percentage

It is possible that couples with children differ from all married couples, or that unmarried mothers are even more likely to have an unauthorized spouse than married women. Extrapolating from a variety of secondary sources, NDC estimates that approximately 66 percent of births to unauthorized mothers may have an unauthorized father. See Appendix A for detailed calculations.

Using the 66 percent figure would increase the estimated number of births in which both parents were unauthorized immigrants to about 170,000 births annually.  This suggests that the 60 percent figure from the MPI survey, and the resulting estimate of 153,000 births to two unauthorized immigrants, is conservative.

---

[2] MPI's estimates are based on a methodology that imputes unauthorized status using U.S. Census Bureau 2015-19 American Community Survey (ACS) and 2008 Survey of Income and Program Participation (SIPP) data, weighted to 2019 unauthorized immigrant population estimates provided by Jennifer Van Hook of The Pennsylvania State University.

## Summary

NDC reviewed data from a variety of independent sources as well as official federal and state government databases in a search for counts of the unauthorized population and the number of births to unauthorized mothers each year. As described in detail above, our best estimate uses the following data sources:

- National Center for Health Statistics (NCHS) counts of births per year to foreign-born mothers;

- The United States Census Bureau American Community Survey (ACS) estimates of the foreign-born population;

- The Center for Immigration Studies (CIS) estimate of the number of births to unauthorized mothers in 2014;

- The Pew Research Center, Department of Homeland Security (DHS), and Center for Migration Studies (CMS) estimates of the total unauthorized population; and,

- Migration Policy Institute (MPI) estimates of the marital status of unauthorized immigrants.

Our best estimate from these data is that in 2022 there were approximately 255,000 babies born to unauthorized mothers in the United States, of whom at least 153,000 also have an unauthorized father.

## Individual States

We used the same methodology to provide information for individual states. Rather than repeating the discussion of methodology for each one, we simply include the corresponding tables and conclusion for each state in an attached appendix.  Appendix C provides tables for California; Appendix D provides tables for Massachusetts; and Appendix E provides tables for New Jersey.

# References

Baker, B. and Warren, R. (2024, April). *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2018 - January 2022*. Office of Homeland Security Statistics, U.S. Department of Homeland Security. https://ohss.dhs.gov/sites/default/files/2024-06/2024_0418_ohss_estimates-of-the-unauthorized-immigrant-population-residing-in-the-united-states-january-2018%25E2%2580%2593january-2022.pdf

Camarota, S., Ziegler, K., and Richwine, J. (2018). *Births to Legal and Illegal Immigrants in the U.S.: A look at health insurance coverage among new mothers by legal status at the state and local level*. Center for Immigration Studies. https://cis.org/Report/Births-Legal-and-Illegal-Immigrants-US

Center for Migration Studies (CMS). (2022). *Democratizing Data Initiative: Undocumented Immigrants in the United States, by State, Sex, and Year, 2010-2019* [Data set]. https://www.cmsny.org/data-undocumented-state-sex-2010-to-2019

Migration Policy Institute (MPI). (2019). *Profile of the Unauthorized Population: United States* [Data set]. https://www.migrationpolicy.org/data/unauthorized-immigrant-population/state/US

Migration Policy Institute (MPI). (2022). *State Immigration Data Profile: United States* [Data set]. https://www.migrationpolicy.org/data/state-profiles/state/demographics/US

Passel, J.S. and Cohn, D. (2016, October 26). *Number of babies born to unauthorized immigrants in U.S. continues to decline*. Pew Research Center. https://www.pewresearch.org/short-reads/2016/10/26/number-of-babies-born-to-unauthorized-immigrants-in-u-s-continues-to-decline/

Passel, J.S. and Krogstad, J.M. (2024, July 22). *What we know about unauthorized immigrants living in the U.S.* Pew Research Center. https://www.pewresearch.org/short-reads/2024/07/22/what-we-know-about-unauthorized-immigrants-living-in-the-us/

Warren, R. (2024). After a Decade of Decline, the US Undocumented Population Increased by 650,000 in 2022. *Journal on Migration and Human Security* 12(2): 85-95. https://doi.org/10.1177/23315024241226624

# Appendix A: Alternative Calculations of the Legal Status of Fathers

Some of the children born to unauthorized mothers have authorized fathers (either citizen or otherwise authorized). To our knowledge, no one has surveyed or estimated the number or percent of births to unauthorized mothers that also have an unauthorized father. In the report above, we estimate this figure at 60 percent from a survey of married couples.

An alternative approach described here is to consider the composition of households with at least one unauthorized member. The percentage of unauthorized adults in such households is used to estimate the probability that an unauthorized mother would have an unauthorized partner. For example, if all households were 100 percent filled with unauthorized members, an unauthorized mother would have a 100 percent probability of being in partnership with an unauthorized man. If roughly half the members of the household were unauthorized, she would have a roughly 50 percent probability of being in partnership with an unauthorized man.

Data estimates are available on the number of authorized and unauthorized people in households that contain at least one unauthorized person. However, these data include children. In our calculations below, we subtract children from both the authorized and unauthorized populations to obtain a count of adults living in households with at least one unauthorized person. As Table A-1 shows, 67 percent of adults in households that contain at least one unauthorized member are unauthorized.

**Table A-1. Composition of Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Total Population | 10,990,000 | 10,160,000 | 21,150,000 | 52% |
| Children | 1,454,051 | 5,470,000 | 6,924,051 | 21% |
| Adults | 9,535,949 | 4,690,000 | 14,225,949 | 67.0% |

Sources: Household member counts from fwd.us (Connor, 2024); Share of citizen children in household from MPI (Capp, Fix, and Zong, 2016); Unauthorized Population estimates from DHS (Baker and Warren, 2024)

We need to make one small mathematical adjustment to the 67 percent figure in Table A-1 to obtain the probability that an unauthorized mother would have an unauthorized partner. The 67 percent figure includes the mothers themselves who are, by definition, unauthorized. We need to subtract these women from both the numerator and denominator, so they are not in the probability calculation. Table A-2 shows these calculations assuming there are 255,000 unauthorized mothers – our estimate for 2022. This changes the percent unauthorized from 67.0 percent to 66.4 percent.

10

**Table A-2. Probability Calculation**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| **Adults** | 9,535,949 | 4,690,000 | 14,225,949 | 67.0% |
| **Unauthorized Mothers** | 255,000 | 0 | 255,000 | 100% |
| **Adults Excluding Mothers** | 9,280,949 | 4,690,000 | 13,970,949 | 66.4% |

Table A-3 shows the estimated number of births in which both parents are unauthorized. With 255,000 mothers and 66.4 percent probability of being in partnership with an unauthorized man, we calculate 169,397 births in which both parents are unauthorized.

**Table A-3. Alternative Estimate of Both Parents being Unauthorized**

| | Unauthorized Population |
|---|---|
| **2022 Births to Unauthorized Mothers** | 255,000 |
| **Probability of the Father Being Unauthorized** | 66.4% |
| **2022 Births with Both Parents Unauthorized** | 169,397 |

## Conclusion

Just as our original estimate methodology looked only at married couples, for this methodology we make the assumption that the mother and father live together, as we have no data to adjust the numbers to account for situations where the mother and father do not live together.

We conclude that approximately 170,000 is an alternative estimate for the number of births where neither the mother nor the father is authorized.

## References

Baker, B. and Warren, R. (2024, April). *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2018 - January 2022.* Office of Homeland Security Statistics, U.S. Department of Homeland Security. https://ohss.dhs.gov/sites/default/files/2024-06/2024_0418_ohss_estimates-of-the-unauthorized-immigrant-population-residing-in-the-united-states-january-2018%25E2%2580%2593january-2022.pdf

Capps, R., Fix, M., and Zong, J. (2016, January). *A Profile of U.S. Children with Unauthorized Immigrant Parents.* Migration Policy Institute Fact Sheet. https://www.migrationpolicy.org/research/profile-us-children-unauthorized-immigrant-parents

Connor, P. (2024, January 18). *Immigration reform can keep millions of mixed-status families together.* fwd.us.

12

# Appendix B: Sources of Data on Immigrants

For this report, NDC collected data from academic studies, government agencies, and independent organizations. Each source is described in detail below.

## Government Agencies

Data from official government sources is regarded as authoritative and reliable.

- **National Center for Health Statistics (NCHS)**
  NCHS serves as the principal health statistics agency in the United States and operates under the umbrella of the Centers for Disease Control and Prevention (CDC). NCHS collects birth data from all 50 states and the District of Columbia through the Vital Statistics System, which includes birth certificates filed with state health departments. The NCHS uses standardized forms and methods for collecting birth data, ensuring consistency and comparability across States and over time.

- **American Community Survey (ACS)**
  The American Community Survey (ACS) is an ongoing survey conducted by the U.S. Census Bureau that collects detailed demographic, social, economic, and housing information about the U.S. population. The ACS employs a scientifically designed sampling method that ensures the data collected is representative of the entire U.S. population. Each year, about 3.5 million households participate in the survey, providing a broad and diverse data set. By collecting data annually, the ACS is particularly useful for tracking changes in demographic trends over time.

- **Office of Immigration Statistics (OIS)**
  The Office of Immigration Statistics is housed within the Department of Homeland Security (DHS), the federal agency responsible for immigration enforcement. The OIS often collaborates with academic institutions to enhance the quality and utility of its data. This collaboration can involve peer review processes that further validate findings.

## Independent Organizations

These organizations are widely regarded as authorities on immigration and their research is cited frequently in legal proceedings and policy debates.

- **Center for Immigration Studies (CIS)**
  Founded in 1985, CIS is a nonprofit research organization that focuses on immigration policy issues, often advocating for reduced immigration levels in the United States. Critics of CIS often argue that it has a political agenda that promotes anti-immigration views.

  **Dr. Steven Camarota, Director of Research, Center for Immigration Studies**
  Dr. Camarota holds a Ph.D. in American Government from the University of Virginia. He is currently the Director of Research at the Center for Immigration Studies, where he has

authored numerous reports analyzing U.S. Census Bureau data as it relates to issues of immigration and citizenship.

Dr. Camarota's research has been cited in high profile cases, including *Arizona v. United States (2012)*. He has experience testifying before congressional committees[3] and providing expert testimony in legal proceedings.[4]

- **Pew Research Center**
  Founded in 2004, the Pew Research Center is a nonpartisan, nonprofit research organization based in Washington, D.C., known for its data-driven studies on a broad range of topics, including demographics and immigration. The Center does not take policy positions or advocate for specific policies.

  **Dr. Jeffrey S. Passel, Senior Demographer, Pew Research Center**
  Dr. Passel is widely recognized for his demographic expertise and as one of the nation's premier experts on immigration. He developed demographic methods for estimating the unauthorized immigrant population that are widely used by scholars in many fields. As a senior demographer at the Pew Research Center, he authored and contributed to significant reports on the size and characteristics of the undocumented immigrant population, which are frequently cited in legal and academic discussions. Dr. Passel previously held positions at the Urban Institute and the U.S. Census Bureau. He holds a Ph.D. from Johns Hopkins University.

  Dr. Passel has testified before congressional committees and federal agencies.[5] His research has been cited in high profile cases including *Arizona v. United States (2012)*. Dr. Passel has also provided expert testimony in court cases over the past four decades.[6]

- **Migration Policy Institute (MPI)**
  Founded in 2001, MPI is a nonpartisan research organization based in Washington, D.C., on the study of migration and immigration policy in the United States and globally. The institute conducts in-depth research, produces reports, and provides analysis on a wide range of immigration-related topics, including legal and illegal immigration. The institute employs a team of experienced researchers, demographers, and policy analysts who produce high-quality, rigorous studies.

  **Dr. Randy Capps, Director of Research for U.S. Programs, Migration Policy Institute**

---

[3] *The Fiscal Costs of the President's Executive Actions on Immigration*, Hearing Before the H. Comm. on Oversight & Gov't Reform, 113th Cong. (Mar. 17, 2015).

[4] *Fish v. Kobach*. 309 F.Supp.3d 1048 (2018).

[5] *Issues Facing Hispanics in the Federal Workplace, Meeting of the Equal Employment Opportunities Commission.* (October 23, 2008).

[6] *Cuomo v. Baldrige*, 674 F. Supp. 1089 (1987).

Dr. Capps is a prominent researcher and demographer known for his work on immigration and migration policy for the Migration Policy Institute. He has provided research cited in legal proceedings.[7] Dr. Capps holds a Ph.D. from the University of California, Berkeley.

- **Center for Migration Studies (CMS)**
  Founded in 1964 and affiliated with the Catholic Church, CMS is a nonprofit research organization based in New York City that focuses on issues related to immigration. The Center collaborates with academic institutions and researchers, which adds to its credibility. Many of its staff and affiliated researchers are respected scholars in the field of migration studies.

  **Dr. Robert Warren, Senior Visiting Fellow, Center for Migration Studies**
  Dr. Warren served as a demographer for 34 years with the United States Census Bureau and the former Immigration and Naturalization Service (INS). He is now a Senior Visiting Fellow at the Center for Migration Studies of New York.

  Dr. Warren has authored and coauthored numerous reports focusing on the size and characteristics of the undocumented immigrant population in the U.S. His work is often referenced in policy debates and legal proceedings. Dr. Warren's contributions to immigration research have made him a respected authority in the field. He holds a Ph.D. from Columbia University.

- **FWD.us**
  FWD.us is a nonprofit organization founded in 2013 by a group of technology leaders, including Mark Zuckerberg (Meta Platforms and Facebook), Reid Hoffman (LinkedIn), and others, with the aim of advocating policies that benefit the tech industry, including immigration reform that makes it easier for skilled workers to enter and remain in the U.S.

  **Dr. Phillip Connor, Senior Demographer, FWD.us**
  Formerly a researcher at the Pew Research Center, Dr. Connor now serves as Senior Demographer for FWD.us. He holds a Ph.D. from Princeton University and has published peer-reviewed studies on immigration.

---

[7] *Rodriguez v. Finan*, Civil Action No.: 2:15-CV-2317-BHH (2016).

# Appendix C:  Massachusetts

We estimate in 2022 in Massachusetts 7,800 births to unauthorized mothers, of which we estimate 4,200 also had unauthorized fathers.[8] Our calculations are shown in the following tables:

**Table 1. Estimated 2014 Massachusetts Births, by Mother's Nativity**

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 5,349 | 7.1% |
| Authorized Foreign-born | 15,344 | 20.3% |
| Native Born | 55,024 | 72.7% |
| **Total** | **75,717** | **100%** |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

**Table 2. Births to Foreign-Born Mothers in Massachusetts**

| Year | NCHS Births to Foreign-Born |
|---|---|
| **2014** | 20,739 |
| **2022** | 23,628 |
| **Difference** | 2,889 |
| **Percent Change** | **13.9%** |

**Table 3. Estimate of Massachusetts's Foreign-Born Total Population**

| | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| **Foreign-Born Total Population** | 1,061,461 | 1,259,871 | 18.7% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

---

[8] Our estimates are rounded to the nearest hundred.

**Table 4. Estimates of Massachusetts's Unauthorized Foreign-Born Total Population**

|  | 2014 | 2022 | Change |
|---|---|---|---|
| **DHS** | NA | NA | NA |
| **Pew** | 210,000 | 325,000 | 54.8% |
| **CMS** | 146,700 | 216,635 | 47.7% |
| **Average of Change Estimates for 2014-2022** | | | **51.2%** |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024).

Pew estimates from Passel and Krogstad (2024).

CMS estimates from CMS (2022) and Warren (2024).

**Table 5. Estimates of Massachusetts's Unauthorized Population Compared to Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|---|---|---|---|---|---|
| **DHS** | NA | NA | NA | NA | NA |
| **Pew** | 19.8% | 25.8% | 6.0% | 30.4% | 130.4% |
| **CMS** | 13.8% | 17.2% | 3.4% | 24.4% | 124.4% |
| **Average** | **16.8%** | **21.5%** | **4.7%** | **27.4%** | **127.4%** |

**Table 6. Calculating Massachusetts Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| **Estimate** | 5,349 | 13.9% | 127.4% | 7,764 |

**Table 7. Calculating Massachusetts Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 7,764 | 53.7% | 4,166 |

Note: data are not available for the alternative calculations of births when both parents are unauthorized. (Tables A-1, A-2, and A-3)

## Appendix <u>D</u>:  New Jersey

We estimate in 2022 in New Jersey 10,700 births to unauthorized mothers, of which we estimate 6,200 also had unauthorized fathers.[9] Our calculations are shown in the following tables:

**Table 1. Estimated 2014 New Jersey Births, by Mother's Nativity**

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 11,372 | 11.0% |
| Authorized Foreign-born | 24,000 | 23.1% |
| Native Born | 68,476 | 65.9% |
| Total | **103,848** | **100%** |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

**Table 2. Births to Foreign-Born Mothers in New Jersey**

| Year | NCHS Births to Foreign-Born |
|---|---|
| **2014** | 37,609 |
| **2022** | 37,949 |
| Difference | 340 |
| Percent Change | **0.9%** |

**Table 3. Estimate of New Jersey's Foreign-Born Total Population**

| | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| Foreign-Born Total Population | 1,943,338 | 2,181,082 | 12.2% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

---

[9] Our estimates are rounded to the nearest hundred.

**Table 4. Estimates of New Jersey's Unauthorized Foreign-Born Total Population**

|  | 2014 | 2022 | Change |
|---|---|---|---|
| **DHS** | 450,000 | 490,000 | 8.9% |
| **Pew** | 500,000 | 475,000 | -5.0% |
| **CMS** | 452,100 | 494,824 | 9.5% |
| **Average of Change Estimates for 2014-2022** | | | **4.4%** |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024).

**Table 5. Estimates of New Jersey's Unauthorized Population Compared to Foreign-Born Population**

| Source | (A)<br>Unauthorized Share of Foreign-Born, 2014 | (B)<br>Unauthorized Share of Foreign-Born, 2022 | ( C )<br>Change in Share, 2014 to 2022<br>(B-A) | (D)<br>Percent Change in Share<br>(C/A) | ( E )<br>Adjustment for Calculations<br>(1-D) |
|---|---|---|---|---|---|
| **DHS** | 23.2% | 22.5% | -0.7% | -3.0% | 97.0% |
| **Pew** | 25.7% | 21.8% | -4.0% | -15.4% | 84.6% |
| **CMS** | 23.3% | 22.7% | -0.6% | -2.5% | 97.5% |
| **Average** | **24.0%** | **22.3%** | **-1.7%** | **-6.9%** | **93.1%** |

**Table 6. Calculating New Jersey Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| **Estimate** | 11,372 | 0.9% | 93.1% | 10,679 |

**Table 7. Calculating New Jersey Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 10,679 | 58.1% | 6,208 |

**Table A-1: Composition of New Jersey Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Total Population | 490,000 | 430,000 | 920,000 | 53% |
| Children | 63,797 | 240,000 | 303,797 | 21% |
| Adults | 426,203 | 190,000 | 616,203 | 69.2% |

**Table A-2: Probability Calculation**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| Adults | 426,203 | 190,000 | 616,203 | 69.2% |
| Unauthorized Mothers | 10,700 | 0 | 10,700 | 100% |
| Adults Excluding Mothers | 415,503 | 190,000 | 605,503 | 68.6% |

**Table A-3:  Alternative Estimate of Both Parents being Unauthorized**

| | Unauthorized Population |
|---|---|
| 2022 Births to Unauthorized Mothers | 10,700 |
| Probability of the Father Being Unauthorized | 68.6% |
| 2022 Births with Both Parents Unauthorized | 7,342 |

20

# Appendix E:  California

We estimate in 2022 in California 40,200 births to unauthorized mothers, of which we estimate 24,500 also had unauthorized fathers.[10] Our calculations are shown in the following tables:

**Table 1. Estimated 2014 California Births, by Mother's Nativity**

| Mother's Nativity | Births | Percent |
|---|---|---|
| Unauthorized Foreign-born | 65,391 | 13.5% |
| Authorized Foreign-born | 107,685 | 22.2% |
| Native Born | 311,681 | 64.3% |
| **Total** | **484,757** | **100%** |

Source: Camarota, Ziegler, and Richwine, Center for Immigration Studies (2018)

**Table 2. Births to Foreign-Born Mothers in California**

| Year | NCHS Births to Foreign-Born |
|---|---|
| **2014** | 190,174 |
| **2022** | 136,635 |
| **Difference** | -53,539 |
| **Percent Change** | **-28.2%** |

**Table 3. Estimate of California's Foreign-Born Total Population**

| | 2012-2016 ACS | 2022 ACS | Change |
|---|---|---|---|
| Foreign-Born Total Population | 10,437,630 | 10,428,025 | -0.1% |

Source: Census Bureau 2012-2016 5-Year ACS dataset and 2022 1-Year ACS dataset

---

[10] Our estimates are rounded to the nearest hundred.

**Table 4. Estimates of California's Unauthorized Foreign-Born Total Population**

|  | 2014 | 2022 | Change |
|---|---|---|---|
| **DHS** | 2,730,000 | 2,600,000 | -4.8% |
| **Pew** | 2,350,000 | 1,800,000 | -23.4% |
| **CMS** | 2,597,600 | 2,197,797 | -15.4% |
| **Average of Change Estimates for 2014-2022** | | | **-14.5%** |

Sources: DHS estimates from Baker (2017) and Baker and Warren (2024).

Pew estimates from Passel and Krogstad (2024).

CMS estimates from CMS (2022) and Warren (2024).

**Table 5. Estimates of California's Unauthorized Immigrant Population Compared to Foreign-Born Population**

| Source | (A) Unauthorized Share of Foreign-Born, 2014 | (B) Unauthorized Share of Foreign-Born, 2022 | ( C ) Change in Share, 2014 to 2022 (B-A) | (D) Percent Change in Share (C/A) | ( E ) Adjustment for Calculations (1-D) |
|---|---|---|---|---|---|
| **DHS** | 26.2% | 24.9% | -1.2% | -4.7% | 95.3% |
| **Pew** | 22.5% | 17.3% | -5.3% | -23.3% | 76.7% |
| **CMS** | 24.9% | 21.1% | -3.8% | -15.3% | 84.7% |
| **Average** | **24.5%** | **21.1%** | **-3.4%** | **-14.4%** | **85.6%** |

**Table 6. Calculating California Births to Unauthorized Mothers in 2022**

| Statistic | 2014 Births | Change in Foreign-Born Births, 2014-2022 | Adjustment for Change in Unauthorized Share, 2014-2022 | 2022 Births |
|---|---|---|---|---|
| **Estimate** | 65,391 | -28.2% | 85.6% | 40,197 |

**Table 7. Calculating California Births to Unauthorized Parents in 2022**

| NDC estimate of births to unauthorized mothers | Estimated share with unauthorized father | Estimated births with unauthorized mother and father |
|---|---|---|
| 40,197 | 60.9% | 24,468 |

**Table A-1: Composition of California Households with at Least One Unauthorized Member**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| **Total Population** | 2,600,000 | 1,680,000 | 4,280,000 | 61% |
| **Children** | 271,139 | 1,020,000 | 1,291,139 | 21% |
| **Adults** | 2,328,861 | 660,000 | 2,988,861 | 77.9% |

**Table A-2: Probability Calculation**

| Source | Unauthorized Population | Authorized Population | Total Population | Percent Unauthorized |
|---|---|---|---|---|
| **Adults** | 2,328,861 | 660,000 | 2,988,861 | 77.9% |
| **Unauthorized Mothers** | 40,200 | 0 | 40,200 | 100% |
| **Adults Excluding Mothers** | 2,288,661 | 660,000 | 2,948,661 | 77.6% |

**Table A-3:  Alternative Estimate of Both Parents being Unauthorized in California**

| | Unauthorized Population |
|---|---|
| **2022 Births to Unauthorized Mothers** | 40,200 |
| **Probability of the Father Being Unauthorized** | 77.6% |
| **2022 Births with Both Parents Unauthorized** | 31,202 |

23