# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, et al.

    Plaintiffs,

v.

DONALD J. TRUMP, et al.

    Defendants.

Civil Action No.: 25-cv-10139

I, MEGHAN GROEN, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Senior Deputy Director for behavioral and physical health and aging services within the Michigan Department of Health and Human Services (MDHHS). I became the Senior Deputy Director for behavioral and physical health and aging services in May 2023. I am responsible for executive level oversight and administration of Medicaid and the HMP (Healthy Michigan Plan) (together commonly referred to as Medicaid), as well as CHIP (Children's Health Insurance Program), policy and the related eligibility and determination process. In this capacity, I also serve as the Michigan Medicaid Director.

2. I am providing this declaration to explain certain impacts on Michigan's health assistance programs of an Executive Order titled "Protecting the Meaning and Value of American Citizenship," issued on January 20, 2025 (the "Executive Order"), which revokes birthright citizenship for children born in the

United States after February 19, 2025 to (i) a mother who is unlawfully present or who is lawfully present in the United States but on a temporary basis, and (ii) a father who is neither a citizen nor a lawful permanent resident.

<u>Michigan's Medicaid and CHIP programs, eligibility requirements, and federal funding</u>

3. Medicaid is a comprehensive health care coverage program for low-income Michiganders. To qualify, individuals must generally fall into one of the following categories:

- Elderly adults
- Blind or disabled adults
- Pregnant women Families/Caretakers of dependent children
- Very low income children (generally under 110% of the federal poverty level)

4. HMP is Michigan's Medicaid Expansion program, which provides comprehensive health care coverage for individuals who:

- Are age 19-64 years
- Have income at or below 133% of the federal poverty level* ($16,000 for a single person or $33,000 for a family of four)
- Do not qualify for or are not enrolled in Medicare
- Do not qualify for or are not enrolled in other Medicaid programs
- Are not pregnant at the time of application, and
- Are residents of the State of Michigan.

5. CHIP is a health coverage program funded jointly by the state and federal government to provide health care coverage to eligible children in families that make too much to be eligible for Medicaid, but too low to afford private coverage. Michigan's primary CHIP program is known by the name of MIChild. Children enrolled in MIChild are considered Medicaid beneficiaries and are entitled to all Medicaid covered services. The MIChild program provides health care coverage for children who:

- Are age 0 through 18
- Have income above traditional Medicaid eligibility levels but at or below 212% of the Federal Poverty Level under the Modified Adjusted Gross Income (MAGI) methodology
- Do not have other comprehensive medical insurance (this includes insurance that covers inpatient and outpatient hospital services, laboratory, x-ray, pharmacy, and physician services)
- Do not qualify for other MAGI related Medicaid programs, and
- Are residents of the State of Michigan.

6. Medicaid, HMP, and MIChild offer a full array of health benefits, including physical health, behavioral health, dental, vision, and long-term care coverage. Medicaid, HMP, and MIChild are federal-state partnership programs with both a federal and state share funding the overall program costs. Michigan is able to draw 65% federal match for Medicaid, 90% federal match for HMP, and 76% federal match for MIChild.

7. Non-citizens are generally eligible for coverage of Emergency Services Only (ESO) Medicaid. ESO Medicaid provides a very limited benefit for aliens who are not otherwise eligible for full Medicaid because of immigration status. Aliens who are not otherwise eligible for full Medicaid because of immigration status may be eligible for Emergency Services Only (ESO) Medicaid. For the purpose of ESO coverage, federal Medicaid regulations define an emergency medical condition (including emergency labor and delivery) as a sudden onset of a physical or mental condition which causes acute symptoms, including severe pain, where the absence of immediate medical attention could reasonably be expected to:

- Place the person's health in serious jeopardy, or
- Cause serious impairment to bodily functions, or
- Cause serious dysfunction of any bodily organ or part.

ESO Medicaid coverage is limited to those services necessary to treat emergency conditions. The following services are not covered under this benefit today:

- preventative services
- follow-up services related to emergency treatment (e.g., removal of cast, follow-up laboratory studies, etc.)
- treatment of chronic conditions (e.g., chemotherapy, etc.)
- sterilizations performed in conjunction with delivery
- organ transplants pre-scheduled surgeries
- postpartum care
- non-emergency newborn care

4

8. In order to get Medicaid or HMP coverage, most non-citizens have a five-year waiting period before they can get full Medicaid or HMP coverage. Certain noncitizens, like refugees or asylees, are exempt from the five-year waiting period.

9. The Children's Health Insurance Program Reauthorization Act of 2009 (CHIPRA) allows states to provide full coverage to pregnant women and children who are lawfully residing in the United States. Michigan Medicaid allows lawfully residing pregnant women to receive full coverage through the entirety of both their pregnancy and their 12-month postpartum period. After the end of their postpartum period, they will revert to ESO coverage if applicable. Lawfully residing children receive full coverage until they reach age 21 and then revert to ESO coverage if applicable. Individuals who are not considered lawfully present pursuant to section 1903(v)(4) and 2107(e)(l)(J) of the Social Security Act would not qualify for this option and instead receive limited coverage through ESO Medicaid only.

10. During state fiscal year 2024, 3.3 million Michiganders, including 1.22 million children, were provided with health care coverage through Michigan's Medicaid and CHIP programs. An average of 979,727 children under the age of 18 and 42,735 pregnant women were covered each month over the course of the fiscal year.

11. Under federal law, Medicaid and CHIP coverage is provided to citizens and qualified noncitizens whose citizenship or qualifying immigration status is verified and who are otherwise eligible. Individuals may apply via MI Bridges, Michigan's online application platform, via phone, or in person by completing an

5

application. With the exception of individuals who apply for ESO Medicaid coverage only, citizenship is considered to be an eligibility factor for Medicaid and CHIP coverage and is verified by MDHHS. There are multiple ways that MDHHS verifies citizenship to determine eligibility.

12. Citizenship is generally verified through a data matching process leveraging Social Security Administration and/or MDHHS vital records data. In instances where citizenship cannot be verified through those automatic means, the applicant is contacted to provide supporting documentation, including, but not limited to, a passport, Certificate of Naturalization, or Certificate of Citizenship, military record of service. If verification of this manner cannot be provided, MDHHS will request third level evidence of U.S. citizenship.

13. Third level evidence is usually a non-government document established for a reason other than to establish U.S. citizenship and showing a U.S. place of birth. This includes an extract of a hospital record on hospital letterhead established at the time of birth that was created at least five years before the initial application date that indicates a U.S. place of birth; life, health or other insurance record showing a U.S. place of birth that was created at least five years before the initial application date; religious record recorded in the U.S. within three months of birth showing the birth occurred in the U.S. and showing either the date of the birth or the individual's age at the time the record was made; or an early school record showing a U.S. place of birth.

14. If third level evidence cannot be supplied, MDHHS policy stipulates that fourth level evidence can be used only in the rarest of circumstances. When this is necessitated, a written affidavit completed by the applicant or recipient and at least two additional individuals of whom one is not related to the applicant/recipient and who have personal knowledge of the event(s) establishing the person's claim of citizenship can be considered. Individuals making the affidavit must be able to provide proof of their own citizenship and identity. The affidavit is signed under penalty of perjury by the person making the affidavit and must include information explaining why other documentary evidence establishing the applicant's claim of citizenship does not exist or cannot be obtained.

15. A child born to a woman receiving Medicaid in Michigan is considered a U.S. citizen. No further documentation of the child's citizenship is required. Following the child's birth, he or she would be automatically enrolled in Medicaid for the first 12 months after birth. This coverage provides full Medicaid benefits and permits the hospital and other providers to bill Medicaid for the child's covered services such as newborn testing and screenings, vaccination, pediatrician visit, and the hospital stay. The Executive Order is likely to have serious impacts on public health and inflict harm on hospitals and other safety-net providers that will be left with the costs of now uncompensated, but required, health care services and supports. Hospitals across the country and in Michigan have suspended labor and delivery units and adding uncompensated costs as a result of this order may

exacerbate growing access concerns over access to labor and delivery services for pregnant women regardless of their insurer.

16.     I understand that the President has issued an Executive Order ending birthright citizenship. The federal government's policy of ending birthright citizenship for children born in the United States based on their parent(s)' non-citizen/immigration status will have a variety of widespread impacts on Michigan's medical benefits programs, including a decrease in receipt of proper medical care for children born in Michigan and increased operational and administrative costs for Michigan. In addition, the change of policy will have a direct impact on Michigan's administration of its Medicaid and CHIP programs and result in a loss of federal funding Michigan receives to reimburse medical expenses in Michigan. As a result, uncompensated care costs will increase for hospitals and safety net providers in Michigan.

<u>Fiscal Impact of Revoking Birthright Citizenship</u>

17.     The Executive Order will result in a direct loss of federal funding for both the undocumented mothers and their children that were eligible for the Maternity Outpatient Medical Services program (MOMS).

18.     MOMS is a health coverage program in Michigan. The MOMS program provides health coverage for pregnant or recently pregnant women who are eligible for ESO Medicaid. MOMS provides coverage for outpatient prenatal services and pregnancy-related postpartum services for two months after the pregnancy ends including but not limited to inpatient labor and delivery, radiology and ultrasound,

8

laboratory service, doula and home visiting, behavioral health and substance use disorder services. MOMS also covers family planning services for the mother during the postpartum period.

19. In state fiscal year 2024, 5,500 women were covered through the MOMS program for at least a portion of their pregnancy and postpartum period and 1,907 babies were born to women covered by this program. If the pregnant women covered through MOMS became ineligible due to a loss of citizenship for their unborn child, that would result in a loss of $13.2 million in federal reimbursements to Michigan and, assuming the State covers MOMS program expenses for those individuals with State funds, a corresponding increase to State expenditures of the same amount. If the babies born to these women were no longer considered citizens and ineligible for Medicaid as a result of this status change, that would result in a loss of approximately $11.6 million in federal reimbursements to Michigan and a corresponding increase to State expenditures of the same amount.

20. The Executive Order will also result in a direct loss of federal funding for children that are born in Michigan to undocumented parents and were eligible for CHIP.

Administrative Burden

21. In addition, MDHHS expects increased administrative and training costs for these programs relative to resources for training and potentially systems/policy implementation as a result of the Executive Order. Additional administrative costs will be incurred by hospitals and other safety-net providers.

9

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 20, 2025

                                                    Meghan E. Groen
Senior Deputy Director
Behavioral and Physical Health and Aging Services Administration
MDHHS