# EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STATE OF NEW JERSEY, et al. | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No.: _25-cv-10139_ |
| DONALD J. TRUMP, et al. | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

**Declaration of Elizabeth Villamil-Cummings**

I, Elizabeth Villamil-Cummings, hereby declare:

1. I am the New York State Registrar and the Director of the Bureau of Vital Records at the New York Department of Health ("DOH"). I have held this position since June 2023. As the State Registrar, I oversee all of the Bureau's operations including the filing of vital records and the processing of applications and court order for copies of, and amendments to, such records, in New York State, outside of New York City. Before this position, I was the Director of Data Management and Analytics in the Bureau of Vital Records.

2. As the State Registrar, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain certain impacts of the Executive Order "Protecting the Meaning and Value of American Citizenship" (January 20, 2025) (the "Executive Order"), which revokes birthright citizenship for certain newly-born children of immigrants in the United States, on the State of New York's vital records programs.

1

4.  DOH's mission is to protect and promote health and well-being for all, building on a foundation of health equity. To support that goal, DOH performs many functions, including regulating healthcare facilities and overseeing the registration of vital events such as births.

<u>Registration and Birth Certificates of Newborns</u>

5.  Healthcare facilities coordinate with New York State Bureau of Vital Records[1] to collect information to register a child's birth.

6.  When a child is born in a healthcare facility, a medical attendant to the birth is statutorily obligated to register the birth with the institution's registrar. They provide the newborn's parents with a Birth Certificate Work Booklet that asks for several pieces of information, including the parents' place of birth and Social Security Numbers (SSNs).[2] The Work Booklet does not inquire about, or require proof of, the parents' immigration status. A copy of the Birth Certificate Work Booklet is attached hereto, as Exhibit A.

7.  After the newborn's parents complete and sign the Work Booklet, hospital staff enter the information from the Work Booklet into an electronic birth registration system maintained by the Bureau of Vital Records.

8.  When a record is complete, the hospital prints out a short-form birth certificate, which contains only that portion of the birth information contained on the legal record. Once the physician or hospital administrator has signed the certificate, the record is filed with the local registrar, who in turn sends the state's copy of the certificate to the state.

---

[1] Through a cooperative agreement, the DOH Bureau of Vital Records receives data on vital events recorded in New York City from the New York City Department of Health and Mental Hygiene's Bureau of Vital Statistics.

[2] Parents of children born in New York State are provided with a Work Booklet by the New York State Bureau of Vital Records, and parents of children born in New York City are provided with a Work Booklet by the New York City Department of Health and Mental Hygiene's Bureau of Vital Statistics.

9. A newborn's completed birth certificate does not indicate whether the parents have an SSN. The only information provided on a birth certificate regarding the child's parents is the birthing parent's legal name, the second parent's full name (if provided), their places and dates of birth, residence, and mailing addresses. Currently, it is not possible to determine a foreign-born parent's immigration status from their child's birth certificate.

10. Healthcare facilities do not routinely ask patients, including new parents, for their immigration status and do not collect proof of citizenship or immigration status.

Application for Social Security Number of Newborns

11. Through the birth certificate registration process at a healthcare facility, parents have the opportunity to apply for an SSN for their newborn through a Social Security Administration ("SSA") program called Enumeration at Birth ("EAB").

12. The EAB program is voluntary for families, but according to SSA, about 99 percent of SSNs for infants are assigned through this program.[3]

13. To obtain an SSN through the EAB program, newborn parents can indicate on the Work Booklet that they allow the furnishing of information from the Work Booklet to SSA to issue their child an SSN.

14. The EAB application asks for the parents' SSNs. Parents born outside the United States can apply for and receive an SSN for their child without including their own SSNs on the application. Because children born in the United States are entitled to U.S. citizenship, they are eligible for SSNs regardless of their parents' immigration status.

---

[3] SOCIAL SECURITY ADMINISTRATION – BUREAU OF VITAL STATISTICS, STATE PROCESSING GUIDELINES FOR ENUMERATION AT BIRTH (2024), https://perma.cc/UK22-ZQSS.

15. Healthcare facilities transmit these requests electronically to the Bureau of Vital Records, which then transmits the request to SSA.

16. New York receives federal funding from the SSA EAB process on a quarterly basis for each SSN that is issued through the EAB process. The State receives $4.82 per SSN issued through the EAB process, or approximately $111,000 per quarter. The state generally receives payment a month after the quarter ends, and is thus expecting its next payment in April 2025.

<u>Effects of the Executive Order on Registration and EAB Process</u>

17. Following the Executive Order, children born in the United States to two undocumented parents, among others, will no longer be considered citizens and will therefore be deemed ineligible for an SSN. The State of New York will lose revenue from the SSA, because fewer children born in the U.S. will be eligible for SSNs. The State of New York also anticipates a chilling effect, wherein fewer parents will opt in to the EAB program, out of concerns about sharing their information with the federal government. This, too, will result in reduced revenue to the State of New York.

18. In addition to the loss in funding, the State of New York would need to update its information technology infrastructure and train health care staff in how to document the information necessary to determine whether a child born in New York is eligible for an SSN. In addition, the Bureau of Vital Records would need to differentiate the births between those born to U.S. citizens or lawful permanent residents, or those born in the U.S. This would result in two different birth certificates, enhanced information gathering on parents' citizenship and technology advancements to capture the new workflow, data modifications and verification processes.

19. The State of New York also anticipates that it is likely that the electronic system and guidelines for submitting SSN applications through that system—which are currently detailed in a 59-page SSA manual—would have to be revised. This would likely require healthcare facilities to train, and potentially hire, staff to work with parents in obtaining, and then verifying, the requisite documents to establish lawful immigration status.

20. If, as a result of the Executive Order, the newborn registration process has to be amended to provide for verification of the parents' citizenship and/or immigration status, this would impose material administrative burdens on the State to communicate with and train staff in healthcare facilities. There are 121 maternity hospitals across the State of New York, and it is a huge undertaking to communicate with these hospitals and birthing centers about changes to what the Department of Health requires for newborn registration.

21. During the newborn registration process, hospitals ask parents for their SSNs and places of birth, but do not directly inquire about immigration status. Currently, healthcare facilities do not verify the accuracy of the information provided. If healthcare facilities were required to confirm the accuracy of the parents' places of birth, SSNs, or immigration status, they would incur significant new administrative costs to implement a system to substantiate the information. This burden will lead to delays in registration and issuance of the newborn's birth certificate, which must be completed within five days under state law. The lack of that birth certificate, in turn, can prevent a parent from securing health insurance coverage for the infant, leading to otherwise preventable lapses in early pediatric care.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5

Executed this 21 day of January, 2025, in Menands, NY .

Elizabeth Villamil-Cummings

New York State Registrar and Director of the

Bureau of Vital Records

New York Department of Health

# EXHIBIT A

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|

## New York State Birth Certificate and Statewide Perinatal Data System Work Booklet

A child's birth certificate is a very important document. It is the official record of the child's full name, date of birth and place of birth. Throughout the child's lifetime, it provides proof of identity and age. As a child grows from childhood to adulthood, information in the birth certificate will be needed for many important events such as: entrance to school, obtaining a work permit, driver's license or marriage license, entrance in the Armed Forces, employment, collection of Social Security and retirement benefits, and for a passport to travel in foreign lands.

Because the birth certificate is such an important document, great care must be taken to make certain that it is correct in every detail. By completing this work booklet carefully, you can help assure the accuracy of the child's birth certificate.

Please Note: The Certificate of Live Birth serves as medical documentation of a birth event.  Therefore, the sex of the infant (Male, Female, Unknown/ Undetermined – a synonym for intersex) is captured as a medical fact by attending personnel. The Department of Health has an administrative interest in retaining the medically designated sex at birth on the Certificate of Live Birth to ensure the proper tracking of the health and development of this child.  Therefore, the gender designation of 'X (Non-Binary)' will not be permitted on the original Certificate of Live Birth.

---

**New York State Birth Certificate:**

**PARENTS, for the birth certificate, you must complete the <u>unshaded</u> portions of this work booklet, see pages 3 - 5, 10 - 12 & 14 (the shaded portions will be completed by hospital staff).**

Information that is not labeled "QI", "IMM", 'HS',  or "NBS" in the work booklet will be used to prepare the official birth certificate. The completed birth certificate is filed with the Local Registrar of Vital Statistics of the municipality where the child was born within five (5) business days after the birth and with the New York State Department of Health. When the filing process is completed, the mother will receive a Certified Copy of the birth certificate. This is an official form that may be used as proof of age, parentage, and identity. Receiving it confirms that the child's birth certificate is officially registered in the State of New York. Additional copies of the birth certificate may be obtained from the Local Registrar or the New York State Department of Health, P.O. Box 2602, Albany, New York 12220-2602. For further information about obtaining copies, please call (518) 474-3077 or visit the New York State Department of Health web site at: *www.health.ny.gov/vital_records/*.

All information (including personal/identifying information) is shared with the County Health Departments or other Local Health Units where the child was born and where the mother resides, if different. County Health Departments and Local Health Units may use this data for Public Health Programs. The Social Security Administration receives a minimal set of data ONLY when the parents have indicated, in this work booklet, that they wish to participate in the Social Security Administration's Enumeration at Birth program.

While individual information is important, public health workers will use medical and demographic data in their efforts to identify, monitor, and reduce maternal and newborn risk factors. This information also provides physicians and medical scientists with the basis to develop new maternal and childcare programs for New York State residents.

---

**Statewide Perinatal Data System (SPDS) – Quality Improvement (QI), Immunization Registry (IMM), Hearing Screening (HS) and Newborn Screening Program (NBS) Information:**

The information labeled "QI" will be used by medical providers and scientists to perform data analyses aimed at improving services provided to pregnant women and their babies. "IMM" information will be used by New York State's Immunization Information System (NYSIIS). A birthing hospital's obligation to report immunizations for newborns can be met by recording the information in SPDS, including the manufacturer and lot number as required by law. "HS" information will be used to improve the Newborn Hearing Screening program. Information labeled "NBS" will result in significant improvements in the Newborn Screening Program such as better identification and earlier treatment of infants at risk for a variety of disorders.

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|

**ATTENTION HOSPITAL STAFF:**

This work booklet has been designed to obtain information relating to the pregnancy and birth during the 72-hour period immediately following the birth of a live born child in New York State. Hospital staff should complete the shaded portions of the work booklet.

New York State Public Health Law provides the basis for the collection of the birth certificate data. For pertinent information about the New York State Public Health Laws refer to sections 206(1)(e), 4102, 4130.5, 4132 and 4135. These laws are also described in the New York State Birth Certificate Guidelines. The Guidelines are available to SPDS users on the **Help** tab of the SPDS Core Module.

Please Note: If the parent or legal guardian wishes to change the gender identification of the child to "X (Non-Binary)", the Parent/Legal Guardian Notarized Affidavit of Gender Error for a Person 16 Years of Age or Under and Parent/Legal Guardian Application for Correction of Certificate of Birth for Gender Designation for a Minor forms must be completed.  If, at the age of 17 years or older, an individual would like to change their gender identification to "X (Non-Binary)", the Application for Correction of Certificate of Birth for Gender Designation for an Adult forms must be completed.  If requested, parents or legal guardians can be directed to the NYS Bureau of Vital records website for more information: Birth Certificates - New York State Department of Health (ny.gov)

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
| --- | --- |
| | |

## Help for Parents Completing This Work Booklet

**Page 4:**  **Last Name on Mother's Birth Certificate**
This is commonly referred to as "maiden name." If the mother was adopted, it would be the last name on her birth certificate *after* the adoption.

**Page 4:**  **Infant's Pediatrician/Family Practitioner**
Enter the name of the doctor who will care for the infant after he/she is released from the hospital. This may or may not be the same as the doctor who cared for the infant while in the hospital.

**Page 11:**  **Last Name on Father's / Second Parent's Birth Certificate**

- **Father:**  This is usually the same as his current last name. In the event that a man has changed his last name through marriage, the name on his birth certificate should be entered here. This may or may not be the same as his current last name depending on whether his name was changed by marriage only or changed through a court proceeding which resulted in an amendment to his birth certificate.

- **Mother (Second Parent):**  This is commonly referred to as maiden name and is the name on her birth certificate.

- **In either case:**  If the parent was adopted it would be the last name on his or her birth certificate *after* the adoption.

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|
| | |

## New Birth Registration

**Parents / Mother**

| Mother's First Name: | Mother's Middle Name: |
|---|---|
| Mother's Current Last Name : | Last Name on Mother's Birth Certificate: |

| Social Security Number: __ – __ – __ | Mother's Date of Birth: *(MM/DD/YYYY)* __ / __ / __ | |
|---|---|---|

| Infant's First Name: | Infant's Middle Name: |
|---|---|
| Infant's Last Name: | Infant's Name Suffix *(e.g. Jr., 2nd, III)*: |

**Infant**

Sex: ☐ Male ☐ Female ☐ Undetermined | Plurality: | Birth Order: | Medical Record No.:

Date of Birth: *(MM/DD/YYYY)* __ / __ / __ | Time of Birth: *(HH:MM)* __ : __ | ☐ am ☐ pm ☐ military (24-hour time)

**Parents / Infant**

Was child born in this facility?  ☐ Yes  ☐ No   If child was **not** born in this facility, please answer the following questions:

| In what type of place was the infant born? | If New York State Birthing Center, enter its name: |
|---|---|
| ☐ Freestanding Birth Center (regulated by DOH)  ☐ Home (unknown intent)  ☐ Home (intended)  ☐ Clinic / Doctor's Office (not regulated by DOH)  ☐ Home (unintended)  ☐ Other | In what county was the child born? |

### Institution

**Birthplace**

| Site of Birth, If **Other** Type of Place: | Street Address – if other than Hospital / Birthing Center: |
|---|---|

**If place of infant's birth was other than Hospital or Birthing Center:**

| City, town or village where birth occurred: | Zip / Postal Code: |
|---|---|

Infant's Pediatrician/Family Practitioner:

NBS

**Attendant**

**Attendant's Information:**

| License Number: | Name: | First | Middle | Last |
|---|---|---|---|---|

Title: *(Select one)*
☐ Medical Doctor  ☐ Doctor of Osteopathy  ☐ Licensed Midwife (CNM)  ☐ Licensed Midwife (CM)  ☐ Other

**Certifier**

**Certifier's Information:**
☐ Check here if the Certifier is the same as the Attendant *(otherwise enter information below)*

| License Number: | Name: | First | Middle | Last |
|---|---|---|---|---|

Title: *(Select one)*
☐ Medical Doctor  ☐ Doctor of Osteopathy  ☐ Licensed Midwife (CNM)  ☐ Licensed Midwife (CM)  ☐ Other

**Parents / Payor**

**Primary Payor for this Delivery:**

**Select one:**
☐ Medicaid / Family Health Plus  ☐ Private Insurance  ☐ Indian Health Service
☐ CHAMPUS / TRICARE  ☐ Other Government / Child Health Plus B  ☐ Other
☐ Self-pay

| If Medicaid is not the primary payor, is it a secondary payor for this delivery? ☐ Yes ☐ No | Is the mother enrolled in an HMO or other managed care plan? ☐ Yes ☐ No |
|---|---|

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: *First* | *Middle* | *Last* | Mother's Med. Rec. Number: |
|---|---|---|---|
| Father / Second Parent Name: *First* | *Middle* | *Last* | *Suffix* |
| Infant's Name: *First* | *Middle* | *Last* | *Suffix* | Date of Birth |

**To the hospital:**
1. Obtain the parent(s) signature(s).
2. File the original Release Form in the mother's hospital record.
   Note: It is not necessary to file the remainder of the Work Booklet.
3. Provide a copy to the parent(s).
4. Do **not** send copies to the New York State Department of Health or to any Social Security office, unless specifically requested by such agency.

**To the parent(s):**
1. Please read the following notice about the collection and use of Social Security Numbers on your child's birth certificate.
2. Please check "Yes" or "No" to indicate if you wish to participate in the Social Security Administration's Enumeration at Birth program.

---

**NOTICE REGARDING COLLECTION OF PARENTS' SOCIAL SECURITY NUMBERS: The collection of parents' Social Security Numbers on the New York State Certificate of Live Birth is mandatory. They are required by Public Health Law Section 4132(1) and may be used for child support enforcement, public health related purposes, when requested by State, federal and municipal governments for official purposes, when required by Public Health Law Section 4173 or 4174, and when otherwise required or authorized by law.**

---

**Social Security Release**
The Social Security Administration offers the parents of newborns an opportunity to apply for a Social Security Number for their child through the birth certificate registration process. This is referred to by the Social Security Administration as Enumeration at Birth (EAB). If you participate in the EAB, the New York State Department of Health will forward to the Social Security Administration information from your child's birth certificate. Please note that the Social Security Administration will not process your EAB request unless the birth certificate includes your child's full name. If you participate in the EAB, disclosure of parents' Social Security Numbers is mandated by 42 U.S.C. 405(c)(2). The Social Security Number(s) will be used by the Internal Revenue Service (IRS) solely for the purpose of determining Earned Income Tax Credit compliance. If you wish to participate in the Social Security Administration EAB program check "Yes" below.

**May the Social Security Administration be furnished with information from this form to issue your child a social security number?**

Yes ☐

No ☐

**Mother's Signature** ▶ _____  Date _____

**Father's or Second Parent's Signature** ▶ _____  Date _____

Either parent's signature applies to the above release.
If neither box is checked for the release, a 'No' response will be assumed.

| Hospital Name: |
|---|
| Signature of Hospital Representative: ▶ |

| Date: |
|---|

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

THIS PAGE LEFT BLANK
FOR 2-SIDED PRINTING

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|

## Infant

### Infant

**If Multiple Births:**

Number of Live Births: | Number of Fetal Deaths:

**Birth Weight:**

_grams_    _lbs._    _oz._

If birth weight < 1250 grams (2 lbs. 12 oz.), reason(s) for delivery at a less than level III hospital: *(Only if applicable)*

☐ None  ☐ Unknown at this time

**Select all that apply**

☐ Rapid / Advanced Labor    ☐ Bleeding    ☐ Fetus at Risk    ☐ Severe pre-eclampsia
☐ Woman Refused Transfer    ☐ Other *(specify)*

Infant Transferred:    NYS Hospital Infant Transferred To:    State/Terr./Province:

☐ Within 24 hrs  ☐ After 24 hrs.  ☐ Not transferred

### Birth Information

Apgar Scores

1 minute:    5 minutes:    10 minutes:

Is the Infant Alive?
☐ Yes  ☐ No
☐ Infant Transferred / Status Unknown

Clinical Estimate of Gestation: *(Weeks)*

Newborn Treatment Given:
☐ Conjunctivitis only
☐ Vitamin K only
☐ Both
☐ Neither

How is infant being fed at discharge? *(Select one)*
☐ Breast Milk Only    ☐ Formula Only    ☐ Both Breast Milk and Formula
☐ Other    ☐ Do Not Know

### Newborn Screening

**Newborn Blood-Spot Screening**
Screening Lab ID Number: *(9-digits)*

**Reason if Lab ID is not submitted:**
☐ No NBS Lab ID because infant died prior to test
☐ No NBS Lab ID because infant transferred prior to test
☐ Lab ID is unknown / illegible
☐ Refused NBS

\_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

### Hepatitis B

**Hepatitis B Inoculation**

Immunization Administered:  ☐ Yes  ☐ No    Immunoglobulin Administered:  ☐ Yes  ☐ No

Date: *(MM/DD/YYYY)* \_\_\_\_ / \_\_\_\_ / \_\_\_\_    Date: *(MM/DD/YYYY)* \_\_\_\_ / \_\_\_\_ / \_\_\_\_

Mfr: _____    Mfr: _____

Lot: _____    Lot: _____

### Hearing Screening

**Newborn Hearing Screening**
☐ Screening Performed (one or both ears)
☐ Not Performed – Facility Related
☐ Not Performed – Medical Exclusion (both ears)
☐ Not Performed – Parent Refused

**Equipment Type**
☐ AABR    ☐ Unknown
☐ ABR
☐ TEOAE
☐ DPOAE

**Screening Results**
Left Ear:    Right Ear:
☐ Pass    ☐ Pass
☐ Refer    ☐ Refer
☐ Not Performed - Medical Exclusion    ☐ Not Performed - Medical Exclusion

Date: *(MM/DD/YYYY)* \_\_\_\_ / \_\_\_\_ / \_\_\_\_  -  Enter date final hearing screening was conducted prior to discharge

### Abnormal Conditions of the Newborn

**Abnormal Conditions of the Newborn:**
☐ None  ☐ Unknown at this time

**Select all that apply**
☐ Assisted ventilation required immediately following delivery
☐ NICU Admission
☐ Antibiotics received by the newborn for suspected neonatal sepsis
☐ Significant birth injury (skeletal fx, peripheral nerve injury, soft tissue/solid organ hemorrhage which requires intervention)

☐ Assisted ventilation required for more than six hours
☐ Newborn given surfactant replacement therapy
☐ Seizures or serious neurologic dysfunction

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|
| | |

## Congenital Anomalies

☐ None of the listed   ☐ Unknown at this time
**Select all that apply**

Diagnosed Prenatally?

If Yes, please indicate all methods used:

QI

| | Condition | Diagnosed Prenatally? | Methods |
|---|---|---|---|
| Yes No ☐ ☐ | Anencephaly | Yes No ☐ ☐ | ☐ Level II Ultrasound  ☐ MSAFP / Triple Screen  ☐ Amniocentesis   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Meningomyelocele/Spina Bifida | Yes No ☐ ☐ | ☐ Level II Ultrasound  ☐ MSAFP / Triple Screen  ☐ Amniocentesis   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Cyanotic Congenital Heart Disease | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Congenital Diaphragmatic Hernia | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Omphalocele | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Gastroschisis | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Limb Reduction Defect | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Cleft lip with or without Cleft Palate | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Cleft Palate Alone | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Down Syndrome  ☐ Karyotype confirmed  ☐ Karyotype pending | Yes No ☐ ☐ | ☐ Level II Ultrasound  ☐ MSAFP / Triple Screen  ☐ CVS  ☐ Amniocentesis   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Other Chromosomal Disorder  ☐ Karyotype confirmed  ☐ Karyotype pending | Yes No ☐ ☐ | ☐ Level II Ultrasound  ☐ MSAFP / Triple Screen  ☐ CVS  ☐ Amniocentesis   ☐ Other  ☐ Unknown |
| Yes No ☐ ☐ | Hypospadias | Yes No ☐ ☐ | ☐ Level II Ultrasound   ☐ Other  ☐ Unknown |

## Labor & Delivery

**Labor & Delivery**

Mother Transferred in Antepartum:
☐ Yes  ☐ No

NYS Facility Mother Transferred From:

State/Terr./Province:

Mother's Weight at Delivery:
_____ lbs.

**Method of Delivery**

Fetal Presentation: *(select one)*
☐ Cephalic   ☐ Breech   ☐ Other

Route & Method: *(select one)*
☐ Spontaneous  ☐ Forceps – Mid  ☐ Forceps – Low / Outlet  ☐ Vacuum  ☐ Cesarean  ☐ Unknown

Cesarean Section History:
☐ Previous C-Section   Number _____

Attempted Procedures:
Was delivery with forceps attempted but unsuccessful?  ☐ Yes  ☐ No
Was delivery with vacuum extraction attempted but unsuccessful? ☐ Yes  ☐ No

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

Mother's Name:

Mother's Med. Rec. Number:

## Labor & Delivery

| | |
|---|---|
| **Method of Delivery** | **Trial Labor:**<br>If Cesarean section, was trial labor attempted?  ☐ Yes  ☐ No<br><br>**Indications for C-Section:**<br>☐ Unknown<br>**Select all that apply**<br>☐ Failure to progress   ☐ Malpresentation   ☐ Previous C-Section<br>☐ Fetus at Risk / NFS   ☐ Maternal Condition – Not Pregnancy Related   ☐ Maternal Condition – Pregnancy Related<br>☐ Refused VBAC   ☐ Elective   ☐ Other<br><br>**Indications for Vacuum:**   **Indications for Forceps:**<br>☐ Unknown   ☐ Unknown<br>**Select all that apply**   **Select all that apply**<br>☐ Failure to progress   ☐ Fetus at Risk   ☐ Failure to progress   ☐ Fetus at Risk<br>☐ Other   ☐ Other |
| **Labor** | **Onset of Labor**<br>☐ None   ☐ Unknown at this time<br>**Select all that apply**<br>☐ Prolonged Rupture of Membranes --   ☐ Premature Rupture of Membranes --   ☐ Precipitous Labor  --  (less than 3 hours)<br>(12 or more hours)   (prior to labor)<br>☐ Prolonged Labor (20 or more hours) |
| **Characteristics** | **Characteristics of Labor & Delivery**<br>☐ None   ☐ Unknown at this time<br>Select all that apply<br>☐ Induction of Labor – AROM   ☐ Induction of Labor – Medicinal   ☐ Augmentation of Labor<br>☐ Steroids   ☐ Antibiotics   ☐ Chorioamnionitis<br>☐ Meconium Staining   ☐ Fetal Intolerance   ☐ External Electronic Fetal Monitoring<br>☐ Internal Electronic Fetal Monitoring |
| **Maternal Morbidity** | **Maternal Morbidity**<br>☐ None   ☐ Unknown at this time<br>**Select all that apply**<br>☐ Maternal Transfusion   ☐ Perineal Laceration (3rd / 4th Degree)   ☐ Ruptured Uterus<br>☐ Unplanned Hysterectomy   ☐ Admit to ICU   ☐ Unplanned Operating Room Procedure<br>☐ Postpartum transfer to a higher level   Following Delivery<br>of care |
| **Anesthesia / Analgesia** | **Anesthesia / Analgesia**<br>☐ None   ☐ Unknown at this time<br>**Select all that apply**<br>☐ Epidural (Caudal)   ☐ Local   ☐ Spinal<br>☐ General Inhalation   ☐ Paracervical   ☐ General Intravenous<br>☐ Pudendal<br>**Was an analgesic administered?**<br>☐ Yes   ☐ No |
| **Procedures** | **Other Procedures Performed at Delivery**<br>☐ None   ☐ Unknown at this time<br>**Select all that apply**<br>☐ Episiotomy and Repair   ☐ Sterilization |

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|

## Mother

**Medical Record Number:**

**Parents**

**Mother's Demographics**

**Mother's Education:** *(select one)*
- [ ] 8th grade or less
- [ ] 9th – 12th grade; no diploma
- [ ] High school graduate; or GED
- [ ] Some college credit, but no degree
- [ ] Associate's degree
- [ ] Bachelor's degree
- [ ] Master's degree
- [ ] Doctorate degree

| City of Birth: | State/Terr./Province of Birth: | Country of Birth, if not USA: |
|---|---|---|

**Hispanic Origin:**

**Select all that apply**
- [ ] No, not Spanish/Hispanic/Latina
- [ ] Yes, Cuban
- [ ] Yes, Mexican, Mexican American, Chicana
- [ ] Yes, Other Spanish/Hispanic/Latina
- [ ] Yes, Puerto Rican

**Specify:**

**Mother's Demographics**

**Race:**

**Select all that apply**
- [ ] White/Caucasian
- [ ] Chinese
- [ ] Korean
- [ ] Guamanian or Chamorro
- [ ] American Indian or Alaska Native  **Tribe:**
- [ ] Other Asian  **Specify:**
- [ ] Other Pacific Islander  **Specify:**
- [ ] Other  **Specify:**
- [ ] Black or African American
- [ ] Filipino
- [ ] Vietnamese
- [ ] Samoan
- [ ] Asian Indian
- [ ] Japanese
- [ ] Native Hawaiian

**Mother's Residence**

**Residence Address**

Street Address:

| State/Terr./Province: | County: | City, Town or Village: |
|---|---|---|

| Zip/Postal Code: | Mother's Country of Residence, if not USA: | U.S./Canadian Phone Number: ( )  – |
|---|---|---|

**Mother's Mailing**

**Mailing Address – Most Recent**

- [ ] Check here if the mailing address is the same as the residence address *(otherwise enter information below)*

Mailing Address:

| City, Town or Village: | State/Terr./Province: | Country, if not USA: | Zip/Postal Code: |
|---|---|---|---|

**Employment**

**Employment History**

| Employed while Pregnant: [ ] Yes [ ] No | Current / Most Recent Occupation: | Kind of Business / Industry: |
|---|---|---|

| Name of Company or Firm: | Address: |
|---|---|

| City: | State/Territory/Province: | Zip / Postal Code: |
|---|---|---|

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|

## Father or Second Parent

| Will the mother and father be executing an Acknowledgement of Parentage? ☐ Yes ☐ No ☐ Not required | What type of certificate is required? ☐ Mother / Father ☐ Mother / Mother |
|---|---|

**Parents**

**Father's or Second Parent's Demographics**

| Parent's First Name: | Parent's Middle Name: |
|---|---|

| Parent's Current Last Name: | Last Name on Parent's Birth Certificate: |
|---|---|

| Parent's Name Suffix (e.g. Jr., 2nd, III): | Social Security Number: _ _ | |
|---|---|---|

### Demographics

Parent's Date of Birth: (MM/DD/YYYY)

/          /

Education: (select one)
- ☐ 8th grade or less
- ☐ 9th – 12th grade; no diploma
- ☐ High school graduate; or GED
- ☐ Some college credit, but no degree
- ☐ Associate's degree
- ☐ Bachelor's degree
- ☐ Master's degree
- ☐ Doctorate degree

| City of Birth: | State/Terr./Province of Birth: | Country of Birth, if not USA: |
|---|---|---|

Hispanic Origin:

**Select all that apply**
- ☐ No, not Spanish/Hispanic/Latino
- ☐ Yes, Cuban
- ☐ Yes, Mexican, Mexican American, Chicano
- ☐ Yes, Other Spanish/Hispanic/Latino
- ☐ Yes, Puerto Rican

Specify:

Race:

**Select all that apply**
- ☐ White/Caucasian
- ☐ Chinese
- ☐ Korean
- ☐ Guamanian or Chamorro
- ☐ American Indian or Alaska Native **Tribe:**
- ☐ Other Asian  **Specify:**
- ☐ Other Pacific Islander  **Specify:**
- ☐ Other  **Specify:**
- ☐ Black or African American
- ☐ Filipino
- ☐ Vietnamese
- ☐ Samoan
- ☐ Asian Indian
- ☐ Japanese
- ☐ Native Hawaiian

**Parent's Residence**

### Residence Address
☐ Check here if the parent's residence address is the same as the mother's address (otherwise enter information below)

Street Address:

| City, Town or Village: | State / Territory / Province: |
|---|---|

| Parent's Country of Residence, if not USA: | Zip / Postal Code: |
|---|---|

**Employment**

### Employment History

| Current / Most Recent Occupation: | Kind of Business / Industry: |
|---|---|

| Name of Company or Firm: | Address: |
|---|---|

| City: | State / Territory / Province: | Zip / Postal Code: |
|---|---|---|

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

Mother's Name:

Mother's Med. Rec. Number:

## Prenatal History

**Parents**

**Prenatal History**

Did mother receive prenatal care?
☐ Yes  ☐ No

Primary Prenatal Care Provider Type:
☐ MD / DO / C(N)M / HMO    ☐ No Information
☐ Clinic                   ☐ No Provider
☐ Other

Did mother participate in WIC?
☐ Yes  ☐ No

**Key Pregnancy Dates** *(MM/DD/YYYY)*

| Date of Last Menses: | Estimated Due Date: | Date of First Prenatal Visit: | Date of Last Prenatal Visit: |
|---|---|---|---|
| /      / | /      / | /      / | /      / |

**Prenatal Visits**

Total Number of Prenatal Visits:

**Pregnancy History**

| Previous Live Births: | | Previous Spontaneous Terminations: | | Previous Induced Terminations: | Total Prior Pregnancies: |
|---|---|---|---|---|---|
| **Now Living** | **Now Dead** | **Less than 20 Weeks** | **20 Weeks or More** | None or Number | None or Number |
| None or Number | None or Number | None or Number | None or Number | | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| First Live Birth: *(MM / YYYY)* | Last Live Birth: *(MM / YYYY)* | Last Other Pregnancy Outcome: *(MM / YYYY)* | Prepregnancy Weight: | Height: |
|---|---|---|---|---|
| / | / | / | *lbs.* | *ft.*    *in.* |

## Prenatal Care

**Risk Factors**

**Risk Factors in this Pregnancy**

☐ None  ☐ Unknown at this time

**Select all that apply**

☐ Prepregnancy Diabetes         ☐ Gestational Diabetes           ☐ Prepregnancy Hypertension   ☐ Gestational hypertension
☐ Other Serious Chronic Illnesses ☐ Previous Preterm Births       ☐ Abruptio Placenta           ☐ Eclampsia
☐ Other Poor Pregnancy Outcomes  ☐ Prelabor Referred for High Risk Care ☐ Other Vaginal Bleeding ☐ Previous Low Birthweight Infant

QI

☐ Pregnancy resulted from infertility treatment (if yes, check all that apply)
   ☐ Fertility-enhancing drugs, artificial or intrauterine insemination
   ☐ Assisted reproductive technology (e.g. IVF, GIFT)  **Number of Embryos Implanted:**  (if applicable)

QI

**Infections**

**Infections Present and/or Treated During Pregnancy**

☐ None  ☐ Unknown at this time

**Select all that apply**

☐ Gonorrhea           ☐ Syphilis          ☐ Herpes Simplex Virus (HSV)   ☐ Chlamydia
☐ Hepatitis B         ☐ Hepatitis C       ☐ Tuberculosis                 ☐ Rubella
☐ Bacterial Vaginosis

**Parents**

**Other Risk Factors**

**Other Risk Factors**

Smoking Before or During Pregnancy?

☐ Yes  ☐ No

**List Number of Packs OR Cigarettes Smoked Per DAY**

| 3 Months Prior to Pregnancy | | First Three Months of Pregnancy | | Second Three Months of Pregnancy | | Third Trimester of Pregnancy | |
|---|---|---|---|---|---|---|---|
| Packs | OR   Cigarettes | Packs | OR   Cigarettes | Packs | OR   Cigarettes | Packs | OR   Cigarettes |

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|
| | |

## Prenatal Care

**Other Risk Factors**

| | | |
|---|---|---|
| Alcohol Consumed During This Pregnancy? ☐ Yes ☐ No | Number of Drinks per Week: | Illegal Drugs Used During This Pregnancy? ☐ Yes ☐ No |

*Other Risk (side label)*

**Obstetric Procedures**

☐ None    ☐ Unknown at this time

**Select all that apply**

☐ Cervical Cerclage          ☐ Tocolysis          ☐ External Cephalic Version — ☐ Successful    ☐ Failed
☐ Fetal Genetic Testing

If woman was 35 or over, was fetal genetic testing offered?
☐ Yes    ☐ No, Too Late    ☐ No, Other Reason

| Serological Test for Syphilis? ☐ Yes ☐ No | Date of Test: *(MM/DD/YYYY)*   /      / | Reason, if No Test: ☐ Mother refused ☐ Religious reasons ☐ No prenatal care ☐ Other ☐ No time before delivery |
|---|---|---|

*Obstetric Procedures (side label)*

NEW YORK STATE DEPARTMENT OF HEALTH
Vital Records – Birth Registration Unit

**Birth Certificate and SPDS Work Booklet**

| Mother's Name: | Mother's Med. Rec. Number: |
|---|---|

## Interview/Records  QI

**Parents**

**Survey of Mother (in hospital)**

**Survey of Mother (in hospital)**

Did you receive prenatal care?  ☐ Yes  ☐ No  *(If 'Yes' please answer question 1. Otherwise skip to question 2.)*

1. During any of your prenatal care visits, did a doctor, nurse, or other health care worker talk with you about any of the things listed below?

| | Yes | No |
|---|---|---|
| a. How smoking during pregnancy could affect your baby? | ☐ | ☐ |
| b. How drinking alcohol during your pregnancy could affect your baby? | ☐ | ☐ |
| c. How using illegal drugs could affect your baby? | ☐ | ☐ |
| d. How long to wait before having another baby? | ☐ | ☐ |
| e. Birth control methods to use after your pregnancy? | ☐ | ☐ |
| f. What to do if your labor starts early? | ☐ | ☐ |
| g. How to keep from getting HIV (the virus that causes AIDS)? | ☐ | ☐ |
| h. Physical abuse to women by their husbands or partners? | ☐ | ☐ |

2. How many times per week during your current pregnancy did you exercise for 30 minutes or more, above your usual activities?    Times per week:

3. Did you have any problems with your gums at any time during pregnancy, for example, swollen or bleeding gums?    ☐ Yes  ☐ No

4. During your pregnancy, would you say that you were:  *(select one)*
☐ Not depressed at all          ☐ A little depressed
☐ Moderately depressed          ☐ Very depressed
☐ Very depressed and had to get help

5. Thinking back to just before you were pregnant, how did you feel about becoming pregnant?
☐ You wanted to be pregnant sooner          ☐ You wanted to be pregnant later
☐ You wanted to be pregnant then          ☐ You didn't want to be pregnant then or at any time in the future

**Chart Review (Prenatal and Medical)**

**Chart Review (Prenatal and Medical)**

1a. Copy of prenatal record in chart?
☐ Yes, Full Record          ☐ Yes, Prenatal Summary Only
☐ No

1b. Was formal risk assessment in prenatal chart?
☐ Yes, with Social Assessment          ☐ Yes, without Social Assessment
☐ No

1c. Was MSAFP / triple screen test offered?
☐ Yes          ☐ No
☐ No, Too Late

1d. Was MSAFP / triple screen test done?
☐ Yes          ☐ No

2. How many times was the mother hospitalized during this pregnancy, not including hospitalization for delivery?

**Admission and Discharge Information**

**Admission & Discharge**

Mother
Admission Date for Delivery *(MM/DD/YYYY)*          Discharge Date *(MM/DD/YYYY)*
      /      /                                                  /      /

Infant
Discharge Date *(MM/DD/YYYY)*          ☐ Discharged Home          ☐ Infant Died at Birth Hospital
      /      /                                      ☐ Infant Still in Hospital          ☐ Infant Discharged to Foster Care/Adoption
                                                    ☐ Infant Transferred Out          ☐ Unknown