# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, et al.

    Plaintiffs,

v.

DONALD J. TRUMP, et al.

    Defendants.

Civil Action No.: 25-cv-10139

### Declaration of Jonathan Fanning

I, Jonathan Fanning, hereby declare:

1. I am the Director of Fiscal Management of the New York Department of Health ("DOH"), a position I have held since 2024. As Director of Fiscal Management, I have oversight of the centralized accounting, budgeting and contracting functions for the Department. Prior to holding this position, I was the Director of the Bureau of Budget Management within the Department of Health and worked for the State's Division of the Budget as well as the Department of Financial Services.

2. As the Director of Fiscal Management, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by my staff.

3. I am providing this declaration to explain certain impacts of Executive Order "Protecting the Meaning and Value of American Citizenship" (January 20, 2025) (the "Executive Order"), which revokes birthright citizenship for certain newly-born children of immigrants in the United States, on the State of New York's health insurance programs.

1

4. DOH's mission is to protect and promote health and well-being for all, building on a foundation of health equity. To support that goal, DOH performs many functions, including regulating healthcare facilities and overseeing the registration of vital events such as births.

5. The amount of federal funding New York receives for health care it provides children through public health insurance programs varies by federal program, but generally represents between 50% and 65% of New York's total health care expenditures for children. The specific federal program that applies depends on the child's age, household income, immigration status, and the health care service provided.

6. For children covered by federal- and state- funded Medicaid ("Federal-State Medicaid") program, the federal government generally reimburses 50% of New York's health care expenditures. For children covered by CHIP, the federal government generally reimburses 65% of New York's health care expenditures.

7. By contrast, with the exception of certain limited emergency medical services that may be covered by Federal-State Medicaid, health insurance coverage for undocumented children, who are not eligible for Federal-State Medicaid or CHIP, is fully funded by New York under Child Health Plus, without any federal funding assistance.

8. Federal funding for New York's Medicaid program is provided through an advance quarterly grant from the federal Centers on Medicare and Medicaid Services ("CMS") to the State of New York, with a post-quarter reconciliation. This quarterly process begins with the State submitting to CMS a CMS-37 report, which provides an estimate of the State's federal share/matching need for the upcoming quarter, six weeks before the quarter begins. For the January to March 2025 quarter, the State submitted the report on approximately November 15, 2024.

9. CMS then typically issues the quarterly federal grant by the first business day of the first week of the relevant quarter. The State draws from this grant award during the quarter to partially fund its expenditures for Medicaid.

10. At the end of each quarter, the State is responsible for submitting a quarterly expenditure report to CMS (CMS-64 report), which is submitted at 30-day, 60-day and 90-day intervals. The 90-day submission represents the final submission for the quarter. The CMS-64 report reports all federally-claimable expenditures for the quarter. If the initial federal grant was less than final value of the federal share of claimable expenditures for the quarter in question, CMS will transmit the additional funds upon the completion of their quarterly claim review (adjudication). This adjudication typically occurs within approximately 3 months of the submission of the 90-day CMS-64 submission. If the initial federal grant was more than the final federal share claim value, CMS will recoup the shortfall from the advance grant award that the State had received for that quarter.

11. Federal funding for New York's CHIP program is determined on an annual basis by CMS, based (with some adjustments) on the percentage of New York's overall child population relative to that of other states. CMS also uses information the State provides in its quarterly CMS-21B CHIP Budget Report submissions in order to help determine the State's grant award need. CMS subsequently awards the Federal funding for each year to the State in either one or multiple installments per year. At the end of each quarter, the State is responsible for the submission of the CMS-21 quarterly CHIP expenditure report to CMS, which represents the State's Federal share claim for the quarter in question. This report is submitted at 30-day, 60-day and 90-day intervals.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this twenty-first day of January, 2025, in Saratoga Springs, NY.

Jonathan Fanning

Director of Fiscal Management

NYS Department of Health

4