# EXHIBIT X

# AN
# AMERICAN DICTIONARY
## OF THE
# ENGLISH LANGUAGE;

CONTAINING

THE WHOLE VOCABULARY OF THE FIRST EDITION IN TWO VOLUMES QUARTO; THE ENTIRE CORRECTIONS AND IMPROVEMENTS OF THE SECOND EDITION IN TWO VOLUMES ROYAL OCTAVO;

TO WHICH IS PREFIXED

## AN INTRODUCTORY DISSERTATION

ON THE ORIGIN, HISTORY, AND CONNECTION, OF THE LANGUAGES OF WESTERN ASIA AND EUROPE, WITH AN EXPLANATION OF THE PRINCIPLES ON WHICH LANGUAGES ARE FORMED.

## BY NOAH WEBSTER, LL.D.,

*Member of the American Philosophical Society in Philadelphia; Fellow of the American Academy of Arts and Sciences in Massachusetts; Member of the Connecticut Academy of Arts and Sciences; Fellow of the Royal Society of Northern Antiquaries in Copenhagen; Member of the Connecticut Historical Society; Corresponding Member of the Historical Societies in Massachusetts, New York, and Georgia; of the Academy of Medicine in Philadelphia, and of the Columbian Institute in Washington; and Honorary Member of the Michigan Historical Society.*

### GENERAL SUBJECTS OF THIS WORK.

I.—ETYMOLOGIES OF ENGLISH WORDS, DEDUCED FROM AN EXAMINATION AND COMPARISON OF WORDS OF CORRESPONDING ELEMENTS IN TWENTY LANGUAGES OF ASIA AND EUROPE.
II.—THE TRUE ORTHOGRAPHY OF WORDS, AS CORRECTED BY THEIR ETYMOLOGIES.
III.—PRONUNCIATION EXHIBITED AND MADE OBVIOUS BY THE DIVISION OF WORDS INTO SYLLABLES, BY ACCENTUATION, BY MARKING THE SOUNDS OF THE ACCENTED VOWELS, WHEN NECESSARY, OR BY GENERAL RULES.
IV.—ACCURATE AND DISCRIMINATING DEFINITIONS, ILLUSTRATED, WHEN DOUBTFUL OR OBSCURE, BY EXAMPLES OF THEIR USE SELECTED FROM RESPECTABLE AUTHORS, OR BY FAMILIAR PHRASES OF UNDISPUTED AUTHORITY.

## REVISED AND ENLARGED,
### BY CHAUNCEY A. GOODRICH,
PROFESSOR IN YALE COLLEGE.

WITH PRONOUNCING VOCABULARIES OF SCRIPTURE, CLASSICAL, AND GEOGRAPHICAL NAMES.

TO WHICH ARE NOW ADDED

## PICTORIAL ILLUSTRATIONS,

TABLE OF SYNONYMS, PECULIAR USE OF WORDS AND TERMS IN THE BIBLE, APPENDIX OF NEW-WORDS, PRONOUNCING TABLE OF NAMES OF DISTINGUISHED PERSONS, ABBREVIATIONS, LATIN, FRENCH, ITALIAN, AND SPANISH PHRASES, ETC.

SPRINGFIELD, MASS.
PUBLISHED BY GEORGE AND CHARLES MERRIAM,
CORNER OF MAIN AND STATE STREETS.

1860.

PE 1625
.W3
1860

Entered according to Act of Congress, in the Year 1840.
By NOAH WEBSTER, LL. D.,
In the Clerk's Office of the District Court of the District of Connecticut.

Entered according to Act of Congress, in the Year 1847,
By GEORGE AND CHARLES MERRIAM,
In the Clerk's Office of the District Court of the District of Massachusetts.

Entered according to Act of Congress, in the Year 1856,
By EMILY W. ELLSWORTH, JULIA W. GOODRICH,
WILLIAM G. WEBSTER, ELIZA S. W. JONES,
and LOUISA WEBSTER,
In the Clerk's Office of the District Court of the District of Connecticut

Entered according to Act of Congress, in the Year 1859.
BY G. & C. MERRIAM,
In the Clerk's Office of the District Court of the District of Massachusetts.

STEREOTYPED AT THE
BOSTON TYPE AND STEREOTYPE FOUNDRY.

MANUFACTURED BY
CASE, LOCKWOOD & CO.,
HARTFORD, CONN.

Gift
Mrs. Truxtun Beal
Jan. 18, 1937

## JUN

liquor and a sirup of sugar, of extemporaneous preparation, serving as a vehicle to other forms of medicine. *Encyc. Quincy.*

JUL'IAN, *a.* Noting the old account of the year, as regulated by Julius Cesar, which continued to be used in England till 1752, when the Gregorian year, or new style, was adopted.

*Julian Alps,* called also *Carnian,* between Venetia and Noricam. *D'Anville.*

*Julian Period.* See PERIOD.

JU'LIS, *n.* A small fish belonging to the Wrasse family, of a beautiful violet color. *Partington.*

JU'LUS, *n.* [Gr. ιουλος, a handful or bundle.]
1. In *botany,* a catkin or ament, a species of inflorescence consisting of scales, under which stand flowers arranged along a stalk, as in hazle, birch, willow, &c. *Martyn.*
2. A genus of multiped insects, of the order of Apters, of a semi-cylindrical form, with moniliform antennæ, and two articulated palpi. *Encyc.*

JU-LY', *n.* The seventh month of the year, during which the sun enters the sign Leo. It is so called from *Julius,* the surname of Caius Cesar, who was born in this month. Before that time, this month was called *Quintilis,* or the fifth month, according to the old Roman calendar, in which March was the first month of the year.

JU-LY'-FLOW-ER, *n.* The name of certain species of plants. The *clove July-flower* is of the genus Dianthus; the *queen's July-flower,* of the genus Hesperis; and the *stock July-flower,* of the genus Cheiranthus. [See GILLY-FLOWER.] *Lee.*

JU'MART, *n.* [Fr.] The offspring of a bull and a mare. *Locke.*

JUM'BLE, *v. t.* [Chaucer, *jombre.*] To mix in a confused mass; to put or throw together without order. It is often followed by *together.*

One may observe how apt that is to *jumble together* passages of Scripture. *Locke.*

JUM'BLE, *v. i.* To meet, mix, or unite in a confused manner. *Swift.*

JUM'BLE, *n.* Confused mixture, mass, or collection, without order. *Swift.*
2. A small cake, in shape like a ring.

JUM'BLED, *pp.* or *a.* Mixed or collected in a confused mass.

JUM'BLE-MENT, *n.* Confused mixture. [*Not in use.*]
JUM'BLER, *n.* One who mixes things in confusion.
JUM'BLING, *ppr.* Putting or mixing in a confused mass.

JUM'BLING-LY, *adv.* In a confused manner.
JO'MENT, *n.* [Fr., from L. *jumentum,* a beast.]
A beast of burden. [*Not used.*] *Brown.*

JUMP, *v. i.* [Qu. the root of It. *zampillare,* to spring.]
1. To leap; to skip; to spring. *Applied to men,* it signifies to spring upward or forward with both feet, in distinction from HOP, which signifies to spring with one foot. A man *jumps* over a ditch; a beast *jumps* over a fence. A man *jumps* upon a horse; a goat *jumps* from rock to rock.
2. To spring over any thing; to pass to at a leap.

We see a little, presume a great deal, and so *jump* to the conclusion. *Spectator.*

"To *jump* the life to come," in Shakspeare, is to risk or venture, as one does in leaping suddenly.

3. To bound; to pass from object to object; to jolt.
*Rich. Dict.*

The noise of the rattling of the wheels, and of the prancing horses, and of the *jumping* chariots.—Nahum iii.

4. To agree; to tally; to coincide.

In some sort it *jumps* with my humor. *Shak.*

[This use of the word is now vulgar, and in America, I think, is confined to the single phrase, to *jump* in judgment.]

JUMP, *v. t.* To pass by a leap; to pass over eagerly or hastily; as, to *jump* a stream: but *over* is understood.

JUMP, *n.* The act of jumping; a leap; a spring; a bound.
2. A lucky chance.

JUMP, *n.* [Fr. *jupe*; It. *giubba.*] *Shak.*
A kind of loose or limber stays or waistcoat worn by females.

JUMP, *adv.* [from the verb *jump,* to agree or tally.]
Exactly; as, *jump* at the dead of night. [*Obs.*]
JUMP'ED, (jumpt,) *pp.* Passed by a leap. [*Shak.*
JUMP'ER, *n.* One who jumps.
JUMP'ING, *ppr.* Leaping; springing; bounding.
JUMP'ING, *n.* The act of leaping or springing.

JUNC'ATE, *n.* [It. *giuncata,* cream, cheese; Fr. *jonchée de crême,* a kind of cream cheese served in a frail of green rushes, and for that reason so called, or because made in a frail or basket of rushes; L. *juncus,* a rush.]
1. A cheese-cake; a kind of sweetmeat of curds and sugar.
2. Any kind of delicate food. *Johnson.*
3. A furtive or private entertainment. *Milton.*
[It is now written JUNKET.]

JUN'COUS, *a.* [L. *juncous* or *juncosus,* from *juncus,* a rush.]
Full of bulrushes. [*Little used.*]

## JUP

JUNC'TION, *n.* [Fr., from L. *junctio,* from *jungo,* to join.]
1. The act or operation of joining; as, the *junction* of two armies or detachments.
2. Union; coalition; combination.
3. The place or point of union.

JUNC'TURE, *n.* [L. *junctura*; Sp. *juntura*; It. *giuntura*; from L. *jungo,* to join.]
1. A joining; union; amity; as, the *juncture* of hearts. [*Little used.*] *King Charles.*
2. A union of two bodies; a seam; *particularly,* a joint or articulation. *Encyc.*
3. The line or point at which two bodies are joined. *Boyle.*
4. A point of time; *particularly,* a point rendered critical or important by a concurrence of circumstances. *Addison.*

JUNE, *n.* [L. *junius*; Fr. *juin*; It. *giugno*; Sp. *junio.*]
The sixth month of the year, when the sun enters the sign Cancer.

JUNE'A-TING, *n.* A kind of early apple which ripens in June. *P. Cyc.*

JUN'GLE, (jung'gl,) *n.* [Hindoo.] In *Hindostan,* land mostly covered with forest-trees, brush-wood, &c., or coarse, reedy vegetation, but not wholly uninhabited; sometimes equivalent to COUNTRY, as distinguished from VILLAGES. *Malcom.*

JUN'GLY, *a.* Consisting of jungles; abounding with jungles. *Asiat. Res.*

JUN'IOR, (jūn'yor,) *a.* [L., from *juvenis,* young; quasi *juvenior.*]
1. Younger; not as old as another; as, a *junior* partner in a company. It is applied to distinguish the younger of two persons bearing the same name in one family or town, and opposed to ELDER; as, John Doe, *junior.*
2. Noting the third year of the collegiate course in American colleges, or the first year in the theological seminaries.

JUN'IOR, *n.* A person younger than another.

The fools, my *juniors* by a year. *Swift.*

2. One in the third year of his collegiate course in an American college, formerly called JUNIOR SOPHISTER. [See SOPHISTER.]
Also, one in the first year of his course at a theological seminary.

JUN-IOR'I-TY, *n.* The state of being junior. *Bullokar.*

JU'NI-PER, *n.* [L. *juniperus*; It. *ginepro*; Fr. *genevre*; Sp. *enebro.*]
A tree or shrub, Juniperus communis, bearing fruit of a bluish color, of a warm, pungent, sweet taste, yielding, when fresh, by expression, a rich, sweet, aromatic juice. They are useful carminatives and stomachics. The wood of the tree is of a reddish color, hard and durable, and is used in cabinet work and veneering. The oil of juniper mixed with that of nuts, makes an excellent varnish; and the resin powdered is used under the name of *pounce.* This oil is also used to give to gin its peculiar flavor. *Encyc.*

JUNK, *n.* [L. *juncus,* It. *giunco,* Sp. *junco,* Fr. *jonc,* a bulrush, of which ropes were made in early ages.]
1. Pieces of old cable or old cordage, used for making points, gaskets, mats, &c., and when untwisted and picked to pieces, it forms oakum for filling the seams of ships. *Mar. Dict.*
*2. A ship used in China; a Chinese vessel. [*An Eastern word.*]
3. A thick piece. [See CHUNK.]

JUNK'ET, *n.* [See JUNCATE.] A sweetmeat. *Shak.*
2. A stolen entertainment.
JUNK'ET, *v. i.* To feast in secret; to make an entertainment by stealth. *Swift.*
2. To feast.

Job's children *junketed* and feasted together often. *South.*

JU'NO, *n.* * In *mythology,* the name of the Latin divinity who presided over marriages, and who was supposed to protect married women.
2. In *astronomy,* one of the small planets or asteroids which revolve round the sun between the orbits of Mars and Jupiter. *Brande.*

JUN'TA, *n.* A grand Spanish council of state.
JUN'TO, *n.* [Sp. *junta,* a meeting or council, from L. *junctus,* joined; It. *giunto.*]
1. *Primarily,* a select council or assembly, which deliberates in secret on any affair of government. In *a good sense,* it is not used in English; but hence,
2. A cabal; a meeting or collection of men combined for secret deliberation and intrigue for party purposes; a faction; as, a *junto* of ministers. *Gulliver.*

JU'PI-TER, *n.* * [L., the air or heavens; *Jovis pater.*]
*1. The supreme deity among the Greeks and Romans.
2. One of the superior planets, remarkable for its brightness. Its diameter is about eighty-nine thousand miles; its distance from the sun, four hundred and ninety millions of miles, and its revolution round the sun, a little less than twelve years.

## JUS

JUP-PON', *n.* [Fr. *jupon*; It. *giubbone.*]
A short, close coat. *Dryden.*

JU'RAT, *n.* [Fr., from L. *juratus,* sworn, from *juro,* to swear.]
In *England,* a magistrate in some corporations; an alderman, or an assistant to a bailiff. *Encyc.*

JO'RA-TO-RY, *a.* [Fr. *juratoire,* from L. *juro,* to swear.]
Comprising an oath; as, *juratory* caution. [*Little used.*] *Ayliffe.*

JU'RE DI VI'NO, [L.] By divine right.
JU-RID'IC-AL, *a.* [L. *juridicus*; *jus, juris,* law, and *dico,* to pronounce.]
1. Acting in the distribution of justice; pertaining to a judge.
2. Used in courts of law or tribunals of justice. *Hale.*

JU-RID'IC-AL-LY, *adv.* According to forms of law, or proceedings in tribunals of justice; with legal authority.

JU-RIS-CON'SULT, *n.* [L. *jurisconsultus*; *jus* and *consultus, consulo,* to consult.]
A man learned in the law; a counselor at law; a master of Roman jurisprudence, consulted on the interpretation of the laws. *Encyc.*

JU-RIS-DIC'TION, *n.* [Fr., from L. *jurisdictio*; *jus, juris,* law, and *dictio,* from *dico,* to pronounce; It. *giurisdizione*; Sp. *jurisdiccione*; Port. *jurisdiçam.*]
1. The legal power or authority of doing justice in cases of complaint; the power of executing the laws and distributing justice. Thus we speak of certain suits or actions, or the cognizance of certain crimes, being within the *jurisdiction* of a court; that is, within the limits of their authority or commission. Inferior courts have *jurisdiction* of debt and trespass, or of smaller offenses; the supreme courts have *jurisdiction* of treason, murder, and other high crimes. *Jurisdiction* is secular or ecclesiastical.
2. Power of governing or legislating. The legislature of one State can exercise no *jurisdiction* in another.
3. The power or right of exercising authority. Nations claim exclusive *jurisdiction* on the sea, to the extent of a marine league from the main land or shore.
4. The limit within which power may be exercised.

*Jurisdiction,* in its *most general sense,* is the power to make, declare, or apply the law; when confined to *the judiciary department,* it is what we denominate the *judicial power,* the right of administering justice through the laws, by the means which the laws have provided for that purpose. *Jurisdiction* is limited to place or territory, to persons, or to particular subjects. *Du Ponceau.*

JU-RIS-DIC'TION-AL, *a.* Pertaining to jurisdiction; as, *jurisdictional* rights.
JU-RIS-DIC'TIVE, *a.* Having jurisdiction. *Milton.*
JU-RIS-PRU'DENCE, *n.* [Fr., from L. *jurisprudentia*; *jus,* law, and *prudentia,* science.]
The science of law; the knowledge of the laws, customs, and rights of men in a state or community, necessary for the due administration of justice. The study of *jurisprudence,* next to that of theology, is the most important and useful to men.

JU-RIS-PRU'DENT, *a.* Understanding law. *West.*
JU-RIS-PRU-DEN'TIAL, *a.* Pertaining to jurisprudence. *Ward.*

JU'RIST, *n.* [Fr. *juriste*; It. *giurista*; Sp. *jurista*; from L. *jus, juris,* law.]
1. A man who professes the science of law; one versed in the law, or *more particularly,* in the civil law; a civilian. *Bacon.*
2. One versed in the law of nations, or who writes on the subject.

JU'ROR, *n.* [L. *jurator*; or rather *juro,* to swear.]
One that serves on a jury; one sworn to deliver the truth on the evidence given him concerning any matter in question or on trial.

JU'RY, *n.* [Fr. *juré,* sworn; L. *jura,* to swear.]
A number of freeholders, selected in the manner prescribed by law, impanneled and sworn to inquire into and try any matter of fact, and to declare by the truth on the evidence given them in the case. *Grand juries* consist usually of twenty-four freeholders at least, and are summoned to try matters alleged in indictments. *Petty juries,* consisting usually of twelve men, attend courts to try matters of fact in civil causes, and to decide both the law and the fact in criminal prosecutions. The decision of a petty jury is called a *verdict.*

In addition to these, there are *juries of inquest,* which are summoned occasionally in cases of sudden or violent death, to examine into the cause.

JU'RY-MAN, *n.* One who is impanneled on a jury or who serves as a juror.
JU'RY-MAST, *n.* A mast erected in a ship, to supply the place of one carried away in a tempest or an engagement, &c. The most probable origin of the word *jury,* in this compound, is that proposed by Thomson, viz., from the Fr. *jour,* day, quasi *jouré,* temporary, or from L. *juvare,* to assist.

*JUS GEN'TI-UM,* (-she-um,) [L.] The law of nations.
JUST, *a.* [Fr. *juste*; Sp. *justo*; It. *giusto*; L. *justus.*]

TONE, BULL, UNITE.— AN''GER, VI''CIOUS.— Є as K; G as J; S as Z; CH as SH; TH as in THIS.

* See *Pictorial Illustrations.*   † See *Table of Synonyms.*   635