# EXHIBIT Y

v-10139-LTS    Document 5-26    Filed 01/21/25

# COMMENTARIES

ON THE

# LAWS

OF

# ENGLAND.

IN FOUR BOOKS.

By Sir WILLIAM BLACKSTONE,

ONE OF HIS MAJESTY'S JUSTICES OF THE HONOUR-
ABLE COURT OF COMMON PLEAS.

33146

THE SIXTH EDITION.

DUBLIN:

PRINTED FOR THE COMPANY OF BOOKSELLERS.
M,DCC,LXXV.

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

## CHAPTER THE TENTH.

## OF THE PEOPLE, WHETHER ALIENS, DENIZENS, OR NATIVES.

HAVING, in the preceding chapters, treated of persons as they stand in the public relations of *magistrates*, I now proceed to consider such persons as fall under the denomination of the *people*. And herein all the inferior and subordinate magistrates, treated of in the last chapter, are included.

THE first and most obvious division of the people is into aliens and natural-born subjects. Natural-born subjects are such as are born within the dominions of the crown of England; that is, within the ligeance, or as it is generally called, the allegiance of the king: and aliens, such as are born out of it. Allegiance is the tie, or *ligamen*, which binds the subject to the king, in return for that protection which the king affords the subject. The thing itself, or substantial part of it, is founded in reason and the nature of government; the name and the form are derived to us from our Gothic ancestors. Under the feodal system, every owner of lands held them in subjection to some superior or lord, from whom or whose ancestors the tenant or vasal had received them: and there was a mutual trust or confidence subsisting between the lord and vasal, that the lord should protect the vasal in the enjoyment of the territory he had granted him, and, on the other hand, that the vasal
should