UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*

      *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*

      *Defendants*.

No. 1:25-cv-10139

**MOTION FOR ADMISSION PRO HAC VICE**

 Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of the following attorneys, all to serve as counsel for Plaintiff State of New Jersey in this matter:

- **Jeremy M. Feigenbaum**, a member of the bars of the U.S. Supreme Court, 2020; U.S. Court of Appeals for the First Circuit, 2018 (Bar No. 1184069); U.S. Court of Appeals for the Second Circuit, 2017; U.S. Court of Appeals for the Third Circuit, 2018; U.S. Court of Appeals for the Fifth Circuit, 2017; U.S. Court of Appeals for the Seventh Circuit, 2017; U.S. Court of Appeals for the Ninth Circuit, 2015; U.S. Court of Appeals for the DC Circuit, 2018; U.S. Court of Appeals for the Federal Circuit, 2017; U.S. District Court for the District of New Jersey, 2018; State of New Jersey (No. 117762014); and State of New York;

- **Shankar Duraiswamy**, a member of the bar sof the State of New Jersey (Bar No. 032122005) and District of Columbia (Bar No. 501702);

- **Viviana M. Hanley**, a member of the bars of the State of New Jersey (No. 401572022) and Commonwealth of Massachusetts (No. 707266);

- **Shefali Saxena**, a member of the bars of the States of New Jersey (No. 272672018), New York (No. 5699988), and California (No. 304539); and

- **Elizabeth R. Walsh**, a member of the bar of the State of New Jersey (No. 438642023).

 As set forth in the accompanying certification, the foregoing attorneys are (1) members in good standing of the bars of every jurisdiction to which they have been admitted to practice, (2) are

not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Jeremy M. Feigenbaum, Shankar Duraiswamy, Viviana M. Hanley, Shefali Saxena, and Elizabeth R. Walsh *pro hac vice* to the bar of this Court.

January 21, 2025                                       Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*