UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | No. 1:25-cv-10139 |

### CERTIFICATE OF JEREMY FEIGENBAUM

In support of my application for admission *pro hac vice* in this matter, I, Jeremy Feigenbaum hereby certify that:

1. I am the Solicitor General in the New Jersey Office of the Attorney General. I represent the State of New Jersey in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in U.S. Supreme Court, 2020; U.S. Court of Appeals for the First Circuit, 2018 (Bar No. 1184069); U.S. Court of Appeals for the Second Circuit, 2017; U.S. Court of Appeals for the Third Circuit, 2018; U.S. Court of Appeals for the Fifth Circuit, 2017; U.S. Court of Appeals for the Seventh Circuit, 2017; U.S. Court of Appeals for the Ninth Circuit, 2015; U.S. Court of Appeals for the DC Circuit, 2018; U.S. Court of Appeals for the Federal Circuit, 2017; U.S. District Court for the District of New Jersey, 2018; New Jersey (No. 117762014); and New York.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.	I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.	I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025

/s/ Jeremy Feigenbaum
Jeremy Feigenbaum
Solicitor General
New Jersey Office of the Attorney General
25 Market Street
P.O. Box 080
Trenton, NJ 08625
(862) 350-5800
Jeremy.feigenbaum@njoag.gov