**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>                    *Plaintiffs*,<br><br>       v.<br><br>DONALD J. TRUMP, *et al.*<br><br>                    *Defendants.* | No. 1:25-cv-10139 |

## CERTIFICATE OF SHANKAR DURAISWAMY

In support of my application for admission *pro hac vice* in this matter, I, Shankar Duraiswamy, hereby certify that:

1.      I am the Deputy Solicitor General in the New Jersey Office of the Attorney General. I represent the State of New Jersey in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of New Jersey (Bar No. 032122005) and the District of Columbia (Bar No. 501702).  I have also been admitted to practice in the following federal courts:  U.S. District Court for the District of Columbia, U.S. District Court for the District of New Jersey, the U.S. Court of Appeals for the D.C. Circuit, and the U.S. Court of Appeals for the Second Circuit.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under

2

Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

Dated: January 20, 2025                    /s/ Shankar Duraiswamy
                                           Deputy Solicitor General
                                           New Jersey Office of the Attorney General
                                            25 Market Street
                                            P.O. Box 080
                                            Trenton, NJ 08625
                                            (862) 350-5800
                                            shankar.duraiswamy@njoag.gov