UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*  *Plaintiffs*,  v.  DONALD J. TRUMP, *et al.*  *Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATE OF VIVIANA M. HANLEY

In support of my application for admission *pro hac vice* in this matter, I, Viviana M. Hanley, hereby certify that:

1. I am a Deputy Attorney General in the New Jersey Office of the Attorney General. I represent the State of New Jersey in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New Jersey (Bar No. 401572022), Massachusetts (Bar No. 707266), the United States District Court for the District of New Jersey, the United States District Court for the District of North Dakota, and the United States Court of Appeals for the Third Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.       I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025            /s/ Viviana M. Hanley
                                               Deputy Attorney General
                                               New Jersey Office of the Attorney General
                                               25 Market Street
                                               P.O. Box 080
                                               Trenton, NJ 08625
                                               (862) 350-5800
                                               *Viviana.hanley@njoag.gov*