UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | No. 1:25-cv-10139 |

### CERTIFICATE OF SHEFALI SAXENA

In support of my application for admission *pro hac vice* in this matter, I, Shefali Saxena, hereby certify that:

1. I am a Deputy Attorney General in the New Jersey Office of the Attorney General. I represent the State of New Jersey in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New Jersey (Bar No. 272672018), New York (Bar No. 5699988), and California (Bar No. 304539).

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025          /s/ Shefali Saxena  
                                                Deputy Attorney General  
                                                New Jersey Office of the Attorney General  
                                                 25 Market Street  
                                                 P.O. Box 080  
                                                 Trenton, NJ 08625  
                                                 (862) 350-5800  
                                                 *shefali.saxena@law.njoag.gov*