**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>              *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*<br><br>              *Defendants.* | No. 1:25-cv-10139 |

### <u>CERTIFICATE OF ELIZABETH R. WALSH</u>

In support of my application for admission *pro hac vice* in this matter, I, Elizabeth R. Walsh, hereby certify that:

1.      I am a Deputy Attorney General in the New Jersey Office of the Attorney General. I represent the State of New Jersey in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New Jersey (No. 438642023).

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025                    /s/ Elizabeth R. Walsh
                                           Deputy Attorney General
                                           New Jersey Office of the Attorney General
                                            25 Market Street
                                            P.O. Box 080
                                            Trenton, NJ 08625
                                            (862) 350-5800
                                            *Elizabeth.walsh@law.njoag.gov*