UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10139 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of the following attorneys, all to serve as counsel for Plaintiff State of California in this matter:

- **Denise Levey**, Deputy Attorney General, of the Office of the Attorney General for the State of California, 300 South Spring Street, Suite 1702, (213) 269-6269, a member of the bar of California;

- **Delbert Tran**, Deputy Attorney General, of the Office of the Attorney General for the State of California, 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102, (415) 229-0110, a member of the bar of California;

- **Irina Trasovan**, Supervising Deputy Attorney General, of the Office of the Attorney General for the State of California, 300 South Spring Street, Suite 1702, (213) 269-6261, a member of the bar of California;

- **Marissa Malouff**, Supervising Deputy Attorney General, of the Office of the Attorney General for the State of California, 300 South Spring Street, Suite 1702, (213) 269-6467, a member of the bar of California;

- **Lorraine Lopez**, Deputy Attorney General, of the Office of the Attorney General for the State of California, 300 South Spring Street, Suite 1702, (213) 269-6616, a member of the bar of California; and

- **Annabelle Wilmott**, Deputy Attorney General, of the Office of the Attorney General for the State of California, 1300 I Street, Sacramento, California, 95814, (916) 210-7811, a member of the bar of California.

As set forth in the accompanying certification, the foregoing attorneys are (1) members in good standing of the bars of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Denise Levey *pro hac vice* to the bar of this Court.

|  |  |
|---|---|
| January 21, 2025 | Respectfully submitted. |
|  | ANDREA JOY CAMPBELL<br>  ATTORNEY GENERAL OF MASSACHUSETTS |
|  | /s/ *Gerard J. Cedrone*<br>Gerard J. Cedrone (BBO No. 699674)<br>  *Deputy State Solicitor*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov |
|  | *Counsel for the Commonwealth of*<br>  *Massachusetts* |