UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

**CERTIFICATION OF DELBERT TRAN**

In support of my application for admission *pro hac vice* in this matter, I, Delbert Tran, hereby certify that:

1. I am a Deputy Attorney General in the Office of the Attorney General for the State of California, 455 Golden Gate Ave., Suite 11000, San Francisco, California 94102, (415) 229-0110. I represent the State of California in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in: California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, and the United States Court of Appeals for the Ninth Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.  I have not previously had pro *hac vice admission* to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2025

/s/ Delbert Tran
Delbert Tran
*Deputy Attorney General*
Office of the Attorney General of the State of California
455 Golden Gate Ave., Ste 11000
San Francisco, CA 94102
(415) 229-0110
Delbert.Tran@doj.ca.gov