UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10139 |

**CERTIFICATION OF MARISSA MALOUFF**

In support of my application for admission *pro hac vice* in this matter, I, Marissa Malouff, hereby certify that:

1. I am a Supervising Deputy Attorney General in the Office of the Attorney General for the State of California, 300 S. Spring Street, Suite 1702, Los Angeles, California 90013, (213) 269-6467. I represent the State of California in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, Colorado, the United States District Court for the Northern District of California, and the United States Court of Appeals for the Ninth Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro *hac vice admission* to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2025

/s/ Marissa Malouff
Marissa Malouff
*Supervising Deputy Attorney General*
Office of the Attorney General of the State of California
300 S. Spring St., Ste 1702
Los Angeles, CA 90013
(213) 269-6467
Marissa.Malouff@doj.ca.gov