UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATION OF ANNABELLE WILMOTT

In support of my application for admission *pro hac vice* in this matter, I, Annabelle Wilmott, hereby certify that:

1. I am a Deputy Attorney General in the Office of the Attorney General for the State of California, 1300 I Street, Sacramento, California, 95814, (916) 210-7811. I represent the State of California in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California and the United States District Court for the Northern District of California.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2025

/s/ Annabelle Wilmott
Annabelle Wilmott
*Deputy Attorney General*
Office of the Attorney General of the State of California
1300 I Street
Sacramento, California, 95814
(916) 210-7811
Annabelle.Wilmot@doj.ca.gov