AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

State of New Jersey, et al. )
*Plaintiff* )
v. )   Case No.   1:25-cv-10139
Donald J. Trump, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Rhode Island

Date:   01/21/2025

/s/ Katherine Connolly Sadeck
*Attorney's signature*

Katherine Connolly Sadeck, 681501
*Printed name and bar number*

150 South Main Street
Providence, Rhode Island 02903

*Address*

ksadeck@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 21st day of January, 2025 and that a copy is available for viewing and downloading by counsel of record.

*/s/ Katherine Connolly Sadeck*
