UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

**CERTIFICATE OF WILLIAM M. TONG**

In support of my application for admission *pro hac vice* in this matter, I, William M. Tong, hereby certify that:

1. I am the Attorney General for the State of Connecticut and represent the State of Connecticut in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the bars of the State of Connecticut, the United States District Court for the District of Connecticut, the State of New York, the United States District Court for the Southern District of New York, the Second Circuit Court of Appeals, the United States Tax Court, and the Supreme Court of the United States.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025                BY:    /s/ *William M. Tong*
                                              William M. Tong (ct25304)
                                              Attorney General
                                              Connecticut Office of Attorney General
                                              165 Capitol Avenue
                                              Hartford, CT 06106
                                              attorney.general@ct.gov
                                              Tel.: (860)-808-5318
                                              Fax: (860) 808-5387