UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## **CERTIFICATE OF JANELLE ROSE MEDEIROS**

In support of my application for admission *pro hac vice* in this matter, I, Janelle Rose Medeiros, hereby certify that:

1. I am an Assistant Attorney General in the Connecticut Office of the Attorney General. I represent the State of Connecticut in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the bars of the State of Connecticut, the United States District Court for the District of Connecticut, and the United States Court of Appeals for the Second Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025                BY:  /s/ *Janelle Rose Medeiros*
                                            Janelle Rose Medeiros (ct30514)
                                            Assistant Attorney General
                                            165 Capitol Avenue
                                            Hartford, CT 06106
                                            Janelle.Medeiros@ct.gov
                                            Tel.: (860)-808-5020
                                            Fax: (860) 808-5347

2