AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10139-LTS |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Maine .

Date:   01/21/2025

/s/ Sean D. Magenis
*Attorney's signature*

Sean D. Magenis Bar No. 658578
*Printed name and bar number*

Office of the Attorney General
6 State House Station
Augusta, ME 04333
*Address*

Sean.D.Magenis@maine.gov
*E-mail address*

(207) 626-8800
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 21st day of January, 2025 and that a copy is available for viewing and downloading by counsel of record.

                                                              */s/ Sean D. Magenis*