UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATE OF DANIEL P. MOSTELLER

In support of my application for admission *pro hac vice* in this matter, I, Daniel P. Mosteller, hereby certify that:

1. I am Associate Deputy Attorney General in the North Carolina Department of Justice. I represent the State of North Carolina in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in North Carolina, the District of Columbia, the United States Courts of Appeal for the Fourth and Ninth Circuits, and the United States District Court for the District of Columbia.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2025      /s/ Daniel P. Mosteller
                             Daniel P. Mosteller
                             Associate Deputy General Counsel
                             North Carolina Department of Justice
                             PO Box 629
                             Raleigh, NC 27602
                             (919) 716-6026
                             dmosteller@ncdoj.gov

2