UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATE OF JULIO A. THOMPSON

In support of my application for admission *pro hac vice* in this matter, I, Julio A. Thompson, hereby certify that:

1. I am Co-Director of the Civil Rights Unit in the Vermont Office of the Attorney General. I represent the State of Vermont in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, Vermont, the Central District of California, and the Ninth Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025

/s/ *Julio A. Thompson*
Julio A. Thompson
Co-Director, Civil Rights Unit
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov