**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | No. 1:25-cv-10139 |

**CERTIFICATE OF JOHN C. KELLER**

In support of my application for admission *pro hac vice* in this matter, I, John C. Keller, hereby certify that:

1.       I am an attorney in the State of Minnesota Office of the Attorney General. I represent the State of Minnesota in the above action.

2.       I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Minnesota, the District of Minnesota, the Eight Circuit, and the U.S. Supreme Court.

3.       I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.       I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.       I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025

/s/ John C. Keller

John C. Keller (026877X)
Chief Deputy Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us