UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10139-LTS |

## NOTICE OF PAYMENT OF FEES

Please take notice that with this filing I have caused to be paid $125 by credit card in connection with the Motion for Leave to Appear Pro Hac Vice of Shannon Stevenson, Dkt. No. 10.

January 21, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*