UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139-LTS |

## MOTION FOR ADMISSION PRO HAC VICE
## OF DAVID S. LOUK AND MOLLY J. ALARCON

Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney David S. Louk, a member of the bars of California and the District of Columbia, and Molly J. Alarcon, a member of the bar of California, to serve as counsel for Plaintiff City and County of San Francisco in this matter.

As set forth in the accompanying certification, David S. Louk and Molly J. Alarcon (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney David S. Louk and Molly J. Alarcon *pro hac vice* to the bar of this Court.

January 21, 2025                    Respectfully submitted.

                                          ANDREA JOY CAMPBELL
                                              ATTORNEY GENERAL OF MASSACHUSETTS

                                          /s/ *Gerard J. Cedrone*
                                          Gerard J. Cedrone (BBO No. 699674)
                                            *Deputy State Solicitor*
                                          Office of the Attorney General
                                          One Ashburton Place, 20th Floor
                                          Boston, MA 02108
                                          (617) 963-2282
                                          gerard.cedrone@mass.gov

                                          *Counsel for the Commonwealth of*
                                            *Massachusetts*