UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATE OF DAVID SCOTT LOUK

In support of my application for admission *pro hac vice* in this matter, I, David S. Louk hereby certify that:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office. I represent the City and County of San Francisco in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California and the District of Columbia.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

2

Dated: January 21, 2025        */s/ David S. Louk*
                               DAVID S. LOUK
                               CA SBN: 304654
                               DC BID: 90022039

2