UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>                *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*<br><br>                *Defendants*. | No. 1:25-cv-10139 |

## **CERTIFICATE OF NEIL GIOVANATTI**

In support of my application for admission *pro hac vice* in this matter, I, Neil Giovanatti, hereby certify that:

    1.    I am an Assistant Attorney General in the Michigan Department of Attorney General. I represent Attorney General Dana Nessel on behalf of the People of Michigan in the above action.

    2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Michigan, the State of New York, the United States Supreme Court, the United States District Court in the Southern District of New York, United States District Court in the Eastern District of New York, United States District Court in the Western District of Michigan, United States District Court in the Eastern District of Michigan, and the United States Court of Appeals for the Sixth Circuit.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

    4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025 Respectfully submitted.

 */s/ Neil Giovanatti*
 Neil Giovanatti (MI Bar No. 82305)
 Assistant Attorney General
 Michigan Department of Attorney General
 525 W. Ottawa
 Lansing, Michigan 48909
 (517) 335-7603
 GiovanattiN@michigan.gov
 *Attorney for Attorney General Dana Nessel on behalf of the People of Michigan*