UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## **CERTIFICATE OF TONI L. HARRIS**

In support of my application for admission *pro hac vice* in this matter, I, Toni L. Harris, hereby certify that:

1. I am an Assistant Attorney General in the Michigan Department of Attorney General. I represent Attorney General Dana Nessel on behalf of the People of Michigan in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

   State of Michigan
   State of Texas (inactive)
   United States Supreme Court
   United States Court of Appeals for the Sixth Circuit
   United States Court of Appeals for the Federal Circuit
   United States Court of Appeals for the District of Columbia Circuit
   United States District Court for the Eastern District of Michigan
   United States District Court for the Western District of Michigan
   United States District Court for the District of Columbia
   United States Patent and Trademark Office

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.  I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2025                                              Respectfully submitted.

/s/ Toni L. Harris
Toni L. Harris* (MI Bar No. 63111)
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, Michigan 48909
(517) 335-7603
harrist19@michigan.gov
*Attorney for Attorney General Dana Nessel
on behalf of the People of Michigan*

2