UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*

                *Plaintiffs*,

   v.

DONALD J. TRUMP, *et al.*

                *Defendants*.

No. 1:25-cv-10139

## CERTIFICATE OF STEPHANIE M. SERVICE

In support of my application for admission *pro hac vice* in this matter, I, Stephanie M. Service, hereby certify that:

    1.    I am an Assistant Attorney General in the Michigan Department of Attorney General. I represent Attorney General Dana Nessel on behalf of the People of Michigan in the above action.

    2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Michigan, United States District Court in the Western District of Michigan, United States District Court in the Eastern District of Michigan, and the United States Court of Appeals for the Sixth Circuit.

    3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

    4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

    5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025

Respectfully submitted.

/s/ *Stephanie M. Service*
Stephanie Service (MI Bar No. 73305)
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, Michigan 48909
(517) 335-7603
ServiceS3@michigan.gov
*Attorney for Attorney General Dana Nessel on behalf of the People of Michigan*