UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139-LTS |

### MOTION FOR ADMISSION PRO HAC VICE OF VANESSA L. KASSAB

Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Vanessa L. Kassab, a member of the bar of Delaware, to serve as counsel for Plaintiff Delaware in this matter.

As set forth in the accompanying certification, Vanessa L. Kassab (1) is a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Vanessa L. Kassab *pro hac vice* to the bar of this Court.

| | |
|---|---|
| January 21, 2025 | Respectfully submitted.<br><br>ANDREA JOY CAMPBELL<br>  ATTORNEY GENERAL OF MASSACHUSETTS<br><br> /s/ *Gerard J. Cedrone*                    <br>Gerard J. Cedrone (BBO No. 699674)<br>  *Deputy State Solicitor*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov<br><br>*Counsel for the Commonwealth of*<br>  *Massachusetts* |