UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATE OF VANESSA L. KASSAB

In support of my application for admission *pro hac vice* in this matter, I, Vanessa L. Kassab, hereby certify that:

1. I am a Deputy Attorney General in the Delaware Department of Justice. I represent the State of Delaware in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Delaware, Pennsylvania, New Jersey, the District of Delaware, the Eastern District of Pennsylvania, and the U.S. Court of Appeals for D.C. Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2025	/s/ Vanessa L. Kassab
　　　　　　　　　　　　　　　　　　　　Vanessa L. Kassab
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Delaware Department of Justice
　　　　　　　　　　　　　　　　　　　　820 N. French Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 683-8899
　　　　　　　　　　　　　　　　　　　　vanessa.kassab@delaware.gov