# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*

                       *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*

                       *Defendants.*

No. 1:25-cv-10139

## MOTION FOR ADMISSION PRO HAC VICE OF ZOE LEVINE

    Pursuant to Local Rule 83.5.3, I, Stacey Metro, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Zoe Levine, a member of the bar of New York, to serve as counsel for Plaintiff New York in this matter.

    As set forth in the accompanying certification, Zoe Levine is (1) a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

    WHEREFORE, this Court should admit attorney Zoe Levine *pro hac vice* to the bar of this Court.

2

| | |
|---|---|
| January 22, 2025 | Respectfully submitted.<br><br>*/s/ Stacey Metro*<br><br>Stacey Metro (BBO No. 661773)<br>*Assistant Attorney General*<br>Office of the New York State<br>Attorney General<br>The Capitol, Albany NY 12224<br>518-776-2218<br>Stacey.Metro@ag.ny.gov<br><br>*Counsel for the State of New York* |

2