UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | No. 1:25-cv-10139 |

## **CERTIFICATE OF ZOE LEVINE**

In support of my application for admission *pro hac vice* in this matter, I, Zoe Levine, hereby certify that:

1. I am Special Counsel for Immigrant Justice in the New York Office of the Attorney General. I represent the State of New York in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York, as well as the Supreme Court of the United States, the Second Circuit, Fourth Circuit, Eighth Circuit, Ninth Circuit, and the Southern District of New York.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2025                              */s/ Zoe Levine*

                                                  Zoe Levine
                                                  Special Counsel for Immigrant Justice
                                                  Office of the New York Attorney General
                                                  28 Liberty Street
                                                  New York, NY 10005
                                                  (212) 416-8329
                                                  zoe.levine@ag.ny.gov