UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*

        *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*

        *Defendants.*

No. 1:25-cv-10139-LTS

### MOTION FOR ADMISSION PRO HAC VICE OF NICOLE S. HILL

Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Nicole S. Hill, a member of the bar of the District of Columbia, to serve as counsel for Plaintiff District of Columbia in this matter.

As set forth in the accompanying certification, Nicole S. Hill is (1) a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Nicole S. Hill *pro hac vice* to the bar of this Court.

January 22, 2025                                        Respectfully submitted.

                                                ANDREA JOY CAMPBELL
                                                    ATTORNEY GENERAL OF MASSACHUSETTS

                                              /s/ *Gerard J. Cedrone*
                                               Gerard J. Cedrone (BBO No. 699674)
                                                 *Deputy State Solicitor*
                                              Office of the Attorney General
                                              One Ashburton Place, 20th Floor
                                              Boston, MA 02108
                                              (617) 963-2282
                                              gerard.cedrone@mass.gov

                                              *Counsel for the Commonwealth of*
                                                 *Massachusetts*