UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>     *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>     *Defendants*. | No. 1:25-cv-10139 |

### CERTIFICATE OF NICOLE S. HILL

In support of my application for admission *pro hac vice* in this matter, I, Nicole S. Hill, hereby certify that:

1. I am an Assistant Attorney General in the Office of the Attorney General for the District of Columbia. I represent the District of Columbia in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia and Virginia.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025	/s/ Nicole S. Hill
	NICOLE S. HILL (D.C. Bar # 888324938)
	Assistant Attorney General
	Public Advocacy Division
	Office of the Attorney General for the District
	of Columbia
	400 Sixth Street, N.W.
	Washington, D.C. 20001
	(202) 727-4171
	nicole.hill@dc.gov
	*Attorney for Plaintiff District of Columbia*