UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10139-LTS |

## **CERTIFICATE OF JAMES W. GRAYSON**

In support of my application for admission *pro hac vice* in this matter, I, James W. Grayson, hereby certify that:

1. I am the Chief Deputy Attorney General in the New Mexico Department of Justice. I represent the State of New Mexico in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Washington (inactive status), the State of New Mexico, the United States District Court for the District of New Mexico, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2025

/s/ James W. Grayson
James W. Grayson
Chief Deputy Attorney General
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 218-0850
jgrayson@nmdoj.gov