UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10139-LTS |

## NOTICE OF PAYMENT OF FEES

Please take notice that with this filing I have caused to be paid $750 by credit card in connection with the Motion for Leave to Appear Pro Hac Vice of Denise Levey, Delbert Tran, Irina Trasovan, Marissa Malouff, Lorraine Lopez, and Annabelle Wilmott, Dkt. No. 8.

January 22, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*