UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139-LTS |

### CERTIFICATE OF KALIKOʻONĀLANI D. FERNANDES

In support of my application for admission *pro hac vice* in this matter, I, Kalikoʻonālani D. Fernandes, hereby certify that:

1. I am the Solicitor General of the State of Hawaiʻi. I represent the State of Hawaiʻi in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Hawaiʻi, Washington, D.C., the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the District of Hawaiʻi.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2025

/s/ Kalikoʻonālani D. Fernandes
Kalikoʻonālani D. Fernandes (HI Bar No. 9964)
   *Solicitor General*
Department of the Attorney General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*