UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>  *Defendants.* | No. 1:25-cv-10139-LTS |

**PROOF OF SERVICE OF SUMMONS, COMPLAINT,
AND PRELIMINARY INJUNCTION PAPERS**

As reflected in the attached affidavits, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served President Donald J. Trump, the U.S. Department of State, Secretary Marco Rubio, the U.S. Department of Homeland Security, Acting Secretary Benjamine Huffman, the U.S. Department of Health and Human Services, Acting Secretary Dorothy Fink, the U.S. Social Security Administration, and Acting Commissioner Michelle King in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a summons, a copy of the complaint (ECF No. 1, with attachments), and copy of the preliminary injunction papers (ECF Nos. 3 and 4, with attachments).

January 23, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov
jared.b.cohen@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*