UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | No. 1:25-cv-10139-LTS |



**DECLARATION OF IN-PERSON SERVICE ON
THE UNITED STATES ATTORNEY'S OFFICE**

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I received summonses directed to defendants Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, and United States of America.

3. On January 22, 2025, I hand-delivered a copy of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), Motion for Preliminary Injunction and for Expedited Briefing (Dkt. No. 3 and attachment), the Memorandum in Support (Dkt. No. 4 and attachments), to the Office of the United States Attorney for the District of Massachusetts at One Courthouse Way, Suite 9200, Boston, MA 02210.

4. The foregoing documents were left with an individual authorized to accept service of process on behalf of the United States Attorney's Office.

I declare under penalty of perjury that the foregoing is true and correct.

01/22/2025
Date

_____
Signature

Sofia Chandler-Freed
Printed Name