UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>                              *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>                              *Defendants*. | No. 1:25-cv-10139-LTS |

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1. I am over the age of eighteen and am not a party to this litigation.

2. I received summonses directed to defendants Donald J. Trump, U.S. Department of State, Marco Rubio, U.S. Department of Homeland Security, Benjamine Huffman, U.S. Department of Health and Human Services, Dorothy Fink, U.S. Social Security Administration, Michelle King, and United States of America.

3. On January 23, 2025, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), Motion for Preliminary Injunction and for Expedited Briefing (Dkt. No. 3 and attachment), the Memorandum in Support (Dkt. No. 4 and attachments), by certified mail to the defendants as follows:

| Summons Directed To: | Summons, Complaint, and PI Papers Mailed To: |
|---|---|
| United States of America | Attorney General of the United States<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| Donald J. Trump | Donald J. Trump<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 |

| | |
|---|---|
| U.S. Dept. of State<br>Marco Rubio | U.S. Department of State<br>Executive Office of the Legal Adviser and Bureau of Legislative Affairs<br>600 19th St. NW, Ste. 5.600<br>Washington DC 20522 |
| U.S. Dept. of Homeland Security<br>Benjamine Huffman | Office of the General Counsel, U.S. Department of Homeland Security<br>245 Murray Ln. SW, Mail Stop 0485<br>Washington, DC 20528-0485 |
| U.S. Dept. of Health and Human Servs.<br>Dorothy Fink | U.S. Department of Health and Human Services,<br>Office of the General Counsel,<br>200 Independence Ave. SW<br>Washington, D.C. 20201 |
| U.S. Social Security Administration<br>Michelle King | General Counsel, Social Security Admin.,<br>6401 Security Blvd., Altmeyer Bldg., Rm. 617,<br>Baltimore, MD 21235-6401 |

I declare under penalty of perjury that the foregoing is true and correct.

_1/23/25_
Date

_[signature]_
Signature

_Joseph Barnes_
Printed Name