UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*,

          *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

          *Defendants*.

No. 1:25-cv-10139-LTS

**ASSOCIATION AS LOCAL COUNSEL**

The *pro hac vice* motions at ECF Nos. 7, 8, 10, and 11 were inadvertently docketed as filings on behalf of the Commonwealth of Massachusetts, rather than as filings on behalf of the States of New Jersey, California, Colorado, and Connecticut, respectively.

Plaintiffs respectfully request that those motions be treated as filed on behalf of their respective states, and that the Massachusetts Attorney General's Office be associated with those plaintiff states on the docket as required under the Local Rules.

January 23, 2025                                  Respectfully submitted.

                                            ANDREA JOY CAMPBELL
                                              ATTORNEY GENERAL OF MASSACHUSETTS

                                        /s/ *Gerard J. Cedrone*
                                        Gerard J. Cedrone (BBO No. 699674)
                                          *Deputy State Solicitor*
                                        Jared B. Cohen (BBO No. 689217)
                                          *Assistant Attorney General*
                                        Office of the Attorney General
                                        One Ashburton Place, 20th Floor
                                        Boston, MA 02108
                                        (617) 963-2282
                                        gerard.cedrone@mass.gov
                                        jared.b.cohen@mass.gov

                                        *Counsel for the Commonwealth of Massachusetts*