UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*  *Plaintiffs*,  v.  DONALD J. TRUMP, *et al.*  *Defendants*. | No. 1:25-cv-10139 |

**MOTION FOR ADMISSION PRO HAC VICE OF LEONARD GIARRANO IV**

Pursuant to Local Rule 83.5.3, I, Katherine Connolly Sadeck, a member of the bar of this Court and counsel of record for Plaintiff the State of Rhode Island, hereby move the admission *pro hac vice* of attorney Leonard Giarrano IV, a member of the bar of Rhode Island, to serve as counsel for Plaintiff the State of Rhode Island in this matter.

As set forth in the accompanying certification, Leonard Giarrano IV is (1) a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Leonard Giarrano IV *pro hac vice* to the bar of this Court.

|  |  |
|---|---|
| January 23, 2025 | Respectfully submitted,<br><br>**PETER F. NERONHA**<br>  ATTORNEY GENERAL OF RHODE ISLAND<br><br>*/s/ Katherine Connolly Sadeck*<br>Katherine Connolly Sadeck (MA Bar No. 681501)<br> *Solicitor General*<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Tel: (401) 274-4400, Ext. 2480<br>Fax: (401) 222-2995<br>ksadeck@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 23rd day of January, 2025 and that a copy is available for viewing and downloading by counsel of record.

<em>/s/ Katherine Connolly Sadeck</em>