UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

## CERTIFICATE OF LEONARD GIARRANO IV

In support of my application for admission *pro hac vice* in this matter, I, Leonard Giarrano IV, hereby certify that:

1. I am an attorney in the State of Rhode Island Office of the Attorney General. I represent the State of Rhode Island in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Rhode Island and the United States District Court for the District of Rhode Island.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

January 23, 2025

Respectfully submitted,

*/s/ Leonard Giarrano IV*
Leonard Giarrano IV (RI Bar No. 10731)
*Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2062
Fax: (401) 222-2995
lgiarrano@riag.ri.gov

*Counsel for the State of Rhode Island*