**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | No. 1:25-cv-10139 |

## MOTION FOR ADMISSION PRO HAC VICE OF LEONARD GIARRANO IV

Pursuant to Local Rule 83.5.3, I, Katherine Connolly Sadeck, a member of the bar of this Court and counsel of record for Plaintiff the State of Rhode Island, hereby move the admission *pro hac vice* of attorney Leonard Giarrano IV, a member of the bar of Rhode Island, to serve as counsel for Plaintiff the State of Rhode Island in this matter.

As set forth in the accompanying certification, Leonard Giarrano IV is (1) a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Leonard Giarrano IV *pro hac vice* to the bar of this Court.