AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 01/24/2025

/s/ Daniel P. Mosteller
*Attorney's signature*

Daniel P. Mosteller, NC Bar 36958
*Printed name and bar number*

North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
*Address*

dmosteller@ncdoj.gov
*E-mail address*

(919) 716-6026
*Telephone number*

*FAX number*