AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

State of New Jersey et al. )
Plaintiff )
v. ) Case No. 1:25-cv-10139-LTS
Donald J. Trump et al. )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Colorado.

Date: 01/24/2025

/s/ Shannon Stevenson
*Attorney's signature*

Shannon Stevenson, #35542
*Printed name and bar number*

Ralph L. Carr Justice Center
1300 Broadway
10th Floor
Denver, CO 80203
*Address*

shannon.stevenson@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6030
*FAX number*