AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New Jersey, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10139 |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Rhode Island.

Date:     01/24/2025

/s/ Leonard Giarrano IV
*Attorney's signature*

Leonard Giarrano IV, RI Bar No. 10731
*Printed name and bar number*

150 South Main Street
Providence, Rhode Island 02903
*Address*

lgiarrano@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 24th day of January, 2025 and that a copy is available for viewing and downloading by counsel of record.

*/s/ Leonard Giarrano IV*