AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Trump, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Attorney General Dana Nessel on behalf of the People of Michigan   .

Date: January 24, 2025

/s/Neil A. Giovanatti
*Attorney's signature*

Neil A. Giovanatti
*Printed name and bar number*
525 W. Ottawa St., 3rd Flr.
PO Box 30758
Lansing, MI  48909

*Address*

GiovanattiN@michigan.gov
*E-mail address*

(517) 335-7603
*Telephone number*

(517) 335-1152
*FAX number*