AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco.

Date: 01/24/2025

/s/ David S. Louk
*Attorney's signature*

David S. Louk (Cal. SBN304654; DC BID90022039)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
*Address*

david.louk@sfcityatty.org
*E-mail address*

(415) 505-0844
*Telephone number*

(415) 437-4644
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.

## **CERTIFICATE OF SERVICE**

    I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the appellate CM/ECFsystem on January 24, 2025.

**NOTICE OF APPEARANCE OF COUNSEL**

    I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    Executed January 24, 2025, at San Francisco, California.

                                                                */s/*  *CHRISTINE HOANG*
                                                                    CHRISTINE HOANG