AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:25-cv-10139 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco   .

Date:   01/24/2025

/s/ Molly J. Alarcon
*Attorney's signature*

Molly Alarcon (Cal. SBN 315244)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102
*Address*

molly.alarcon@sfcityatty.org
*E-mail address*

(415) 554-3894
*Telephone number*

(415) 437-4644
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.

## CERTIFICATE OF SERVICE

      I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the appellate CM/ECFsystem on January 24, 2025.

**NOTICE OF APPEARANCE OF COUNSEL**

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      Executed January 24, 2025, at San Francisco, California.

                                             */s/  CHRISTINE HOANG*
                                              CHRISTINE HOANG