AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | ) | |
|---|---|---|
| State of New Jersey et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-10139 |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico

Date:   01/24/2025

/s/ James W. Grayson
*Attorney's signature*

James W. Grayson (NM Bar No. 22732; pro hac vice)
*Printed name and bar number*

New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508

*Address*

jgrayson@nmdoj.gov
*E-mail address*

(505) 218-0850
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I filed the within document with the Clerk of the United States District court, District of Massachusetts, via the CM/ECF filing system on this 24th day of January, 2025, and that a copy is available for viewing and downloading by counsel of record.

                                                    /s/ James W. Grayson  
                                                    James W. Grayson