AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10139 |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                                       .

Date:    01/24/2025                                                              /s/ Brad P. Rosenberg
                                                                                                *Attorney's signature*

                                                                                    Brad P. Rosenberg, DC Bar No. 467513
                                                                                        *Printed name and bar number*

                                                                                            U.S. Department of Justice
                                                                                    Civil Division, Federal Programs Branch
                                                                                              1100 L Street, NW
                                                                                             Washington, DC  20005
                                                                                                     *Address*

                                                                                          brad.rosenberg@usdoj.gov
                                                                                               *E-mail address*

                                                                                                (202) 514-3374
                                                                                              *Telephone number*

                                                                                                 *FAX number*