AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                         .

Date:   01/24/2025

s/ R. Charlie Merritt
*Attorney's signature*

R. Charlie Merritt, VA Bar No. 89400
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
*Address*

robert.c.merritt@usdoj.gov
*E-mail address*

(202) 616-8098
*Telephone number*

(202) 616-8460
*FAX number*

Print    Save As...    Reset