AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia.

Date: 01/24/2025

/s/ Nicole S. Hill
*Attorney's signature*

Nicole S. Hill (D.C. Bar # 888324938)
*Printed name and bar number*

Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
*Address*

nicole.hill@dc.gov
*E-mail address*

(202) 727-4171
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 24th day of January, 2025, and that a copy is available for viewing and downloading by counsel of record.

                                     /s/ *Nicole S. Hill*
                                     NICOLE S. HILL