AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New Jersey, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California.

Date: 01/23/2025

/s/ Denise Levey
*Attorney's signature*

Denise Levey (CA Bar No.: 287736)
*Printed name and bar number*

Office of the Attorney General of the State of California
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
*Address*

denise.levey@doj.ca.gov
*E-mail address*

(213) 269-6269
*Telephone number*

(916) 731-3637
*FAX number*