AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California.

Date: 01/24/2025

*Attorney's signature*

Irina Trasovan (CA Bar No.: 290372)
*Printed name and bar number*

Office of the Attorney General of the State of California
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
*Address*

Irina.Trasovan@doj.ca.gov
*E-mail address*

(213) 269-6261
*Telephone number*

*FAX number*