AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STATE OF NEW JERSEY, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York, Plaintiff   .

Date:   01/24/2025

/s/ Zoe Levine
*Attorney's signature*

Zoe Levine, NY 4813705
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

zoe.levine@ag.ny.gov
*E-mail address*

(212) 416-8329
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document through the CM/ECF system of the United States District Court, District of Massachusetts, on this 24th day of January, 2025, and that a copy will be sent electronically to the registered participants and is available for viewing and downloading by counsel of record.

/s/ Zoe Levine
Zoe Levine