AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California                                                                                           .

Date:    01/23/2025

/s/ Lorraine Lopez
*Attorney's signature*

Lorraine Lopez (CA Bar No: 273612)
*Printed name and bar number*

Office of the Attorney General of the State of California
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
*Address*

Lorraine.Lopez@doj.ca.gov
*E-mail address*

(213) 269-6616
*Telephone number*

*FAX number*

Print    Save As...    Reset