# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| STATE OF NEW JERSEY, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10139 |
| DONALD J. TRUMP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Minnesota.

Date:  01/27/2025

_____
*Attorney's signature*

John C. Keller (026877X)
*Printed name and bar number*

445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
*Address*

John.keller@ag.state.mn.us
*E-mail address*

(651) 757-1355
*Telephone number*

_____
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 27th day of January, 2025, and that a copy is available for viewing and downloading by counsel of record.

_____

John C. Keller