AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STATE OF NEW JERSEY, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey.

Date: 1/27/25

*Shefali Saxena*
*Attorney's signature*

Shefali Saxena (NJ Bar. No. 272672018)
*Printed name and bar number*

New Jersey Office of the Attorney General
25 Market Street
P.O. Box. 080
Trenton, NJ 08625
*Address*

shefali.saxena@law.njoag.gov
*E-mail address*

(609) 696-5254
*Telephone number*

*FAX number*