**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on January 28, 2025.

/s/ *Elizabeth Walsh*

Elizabeth Walsh (NJ Bar No. 438642023)
Deputy Attorney General
Office of the New Jersey Attorney General
25 Market Street, P.O. Box 080
Trenton, NJ 08625
609-696-5289
Elizabeth.walsh@law.njoag.gov