AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | ) | |
|---|---|---|
| State of New Jersey et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Connecticut.

Date: 01/27/2025

/s/ Janelle Rose Medeiros
*Attorney's signature*

Janelle Rose Medeiros (ct30514)
*Printed name and bar number*

Assistant Attorney General
Connecticut Office of Attorney General
165 Capitol Avenue
Hartford, CT 06106
*Address*

Janelle.Medeiros@ct.gov
*E-mail address*

(860) 808-5020
*Telephone number*

(860) 808-5347
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the within document with the Clerk of the United States District Court, District of Massachusetts, via the CM/ECF filing system on this 27th day of January, 2025 and that a copy is available for viewing and downloading by counsel of record.

                                                      */s/ Janelle Rose Medeiros*
                                                      Assistant Attorney General