AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139 |
| Donald J. Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 01/27/2025

/s/ Yuri S. Fuchs
*Attorney's signature*

Yuri S. Fuchs, CA Bar No. 300379
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Address*

Yuri S. Fuchs, CA Bar No. 300379
*E-mail address*

(202) 598-3869
*Telephone number*

(202) 616-8460
*FAX number*