UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-10139 |

### CERTIFICATE OF HEIDI PARRY STERN

In support of my application for admission *pro hac vice* in this matter, I, HEIDI PARRY STERN, hereby certify that:

1.  I am the Solicitor General in the Nevada Office of the Attorney General. I represent the State of Nevada in the above action.

2.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Nevada (all state courts), the State of New York (all state courts), the United States District Court for the District of Nevada, the United States District Court for the Southern District of New York, the Ninth Circuit Court of Appeals, the District of Columbia Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Sixth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, and the United States Supreme Court.

3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.  I have not previously had *pro hac vice* admission to the United States District Court

for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

    5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2025

/s/ Heidi Parry Stern
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

2