AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-10139-LTS |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Hawaii                                                                                                          .


Date:     01/27/2025

s/ Kalikoonalani D. Fernandes
*Attorney's signature*

Kalikoonalani D. Fernandes, #9964
*Printed name and bar number*
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813

*Address*

kaliko.d.fernandes@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

(808) 586-8116
*FAX number*