AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STATE OF NEW JERSEY, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey                                                                .

Date:   01/28/2025

*Attorney's signature*

Viviana M. Hanley (Mass. Bar. No. 707266)
*Printed name and bar number*

New Jersey Office of the Attorney General
25 Market Street
P.O. Box 080
Trenton, NJ 08625
*Address*

viviana.hanley@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

*FAX number*

Print     Save As...                                              Reset

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on January 28, 2025.

/s/ *Viviana M. Hanley*

Viviana M. Hanley (Mass. Bar No. 707266)
Deputy Attorney General
Office of the New Jersey Attorney General
25 Market Street, P.O. Box 080
Trenton, NJ 08625
(862) 350-5800
viviana.hanley@njoag.gov