IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

STATE OF NEW JERSEY, et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    *Defendants*.

Case No.: 1:25-cv-10139

Honorable Leo T. Sorokin

---

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Jonathan B. Miller (BBO#663012)
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609
jon@publicrightsproject.org

Proposed *Amici Curiae* Local Governments and Local Government Officials move for leave to file an amicus brief in support of Plaintiffs' motion for preliminary injunction. In furtherance of the motion, proposed *amici* state as follows:

1. Proposed *amici* are local governments and local government officials representing 72 jurisdictions across 24 states.

2. They support Plaintiffs' motion for preliminary injunction because they, too, will be harmed by the Executive Order that is the subject of Plaintiffs' lawsuit.

3. The Court has authority to grant amicus status within its "sound discretion." *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970); *see also Portland Pipe Line Corp. v. City of S. Portland*, No. 2:15-CV-00054-JAW, 2017 WL 79948, at *4 (D. Me. Jan. 9, 2017) (granting leave to file amicus brief in a case involving municipal ordinance because the amicus briefs "represent third parties whose particular interests may be affected by the Court's ruling and whose particular interests are echoed in broader public interests").

4. The proposed brief will assist the Court in its consideration of the pending motion, because local governments face immediate harms from the Order that overlap yet are distinct from the harms individuals, organizations, and states must confront.

5. Among other things, local governments must manage the administrative confusion that the Order will create. Because many local governments issue birth certificates, they will need to develop new systems to ascertain the citizenship of children born in their local hospitals and within city or county lines.

6. The Order also forces proposed *amici* to develop new protocols for any programs requiring citizenship verification, because traditional birth certificates will no longer suffice as proof of citizenship. Local communities will also contend with the personal impact to their

community members, such as restrictions on federally funded health care coverage, child services, and educational benefits.

7. Counsel for proposed *amici* have conferred with counsel for the parties. Plaintiffs and Defendants both consent to the request for leave to file.

8. A true and correct copy of the proposed brief has been submitted with this motion.

## CONCLUSION

For the foregoing reasons, Proposed Local Government *Amici* respectfully request the Court grant the motion for leave to file the attached brief.

Respectfully submitted,

/s/ Jonathan B. Miller
Jonathan B. Miller (BBO#663012)
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609
jon@publicrightsproject.org
(510) 738-6788

Dated: January 28, 2025

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was this day served on all counsel via the court's electronic service system.

/s/ Jonathan B. Miller
Jonathan B. Miller (BBO#663012)
Public Rights Project

Dated: January 28, 2025