AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | ) | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Maryland  .

Date:   01/29/2025

/s/ Adam D. Kirschner
*Attorney's signature*

Adam D. Kirschner (IL No. 6286601)
*Printed name and bar number*

Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
*Address*

akirschner@oag.state.md.us
*E-mail address*

(410) 576-6424
*Telephone number*

*FAX number*