AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF NEW JERSEY, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, in his official capacity, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nevada .

Date: 01/29/2025

/s/ Heidi Parry Stern
*Attorney's signature*

Heidi Parry Stern, NV Bar No. 8873
*Printed name and bar number*

1 State of Nevada Way
Suite 100
Las Vegas, NV 89119
*Address*

HStern@ag.nv.gov
*E-mail address*

(702) 486-3420
*Telephone number*

(702) 486-3768
*FAX number*