AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF NEW JERSEY, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139 |
| DONALD J. TRUMP, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey.

Date: 01/29/2025

/s/ Shankar Duraiswamy
*Attorney's signature*

Shankar Duraiswamy (NJ Bar. No. 032122005)
*Printed name and bar number*

New Jersey Office of the Attorney General
25 Market Street
P.O. Box 080
Trenton, NJ 08625
*Address*

shankar.duraiswamy@njoag.gov
*E-mail address*

(609) 649-1019
*Telephone number*

*FAX number*

Print    Save As...    Reset

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on January 29, 2025.

/s/ *Shankar Duraiswamy*

Shankar Duraiswamy (NJ Bar No. 032122005)
Deputy Solicitor General
Office of the New Jersey Attorney General
25 Market Street, P.O. Box 080
Trenton, NJ 08625
(862) 350-5800
shankar.duraiswamy@njoag.gov