UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-1:25-cv-10139 |

**CERTIFICATE OF MOLLIE M. LEE**

In support of my application for admission *pro hac vice* in this matter, I, Mollie M. Lee, hereby certify that:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office. I represent the City and County of San Francisco in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

2

Dated: January 29, 2025                             */s/ Mollie M. Lee*
                                                    MOLLIE M. LEE
                                                    SBN:  251404

2