AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-CV-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Wisconsin    .

Date:  01/30/2025

s/ Gabe Johnson-Karp
*Attorney's signature*

Gabe Johnson-Karp (Wis. Bar #1084731)
*Printed name and bar number*

17 West Main Street
Madison, WI 53703

*Address*

johnsonkarpg@doj.state.wi.us
*E-mail address*

(608) 267-8904
*Telephone number*

(608) 294-2907
*FAX number*

Print    Save As...    Reset