UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> 1:25-cv-10139 |

**MOTION BY THE STATE OF IOWA AND 17 OTHER STATES FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS**

The State of Iowa and 17 other States respectfully move for leave to submit the attached *amicus curiae* brief in support of Defendants. Proposed *Amici* are States with a vested interest in ensuring the proper interpretation of the Constitution. Plaintiffs' incorrect interpretation of the Citizenship Clause of the United States is a strong incentive for illegal immigration and birth tourism in the hope of providing children with citizenship. That increased illegal immigration has serious costs on the States. Indeed, given that the Plaintiffs in this case are also States, *amici*'s perspective ensures that the Court is aware of strong counterarguments from States as to how their position may affect State interests.

Federal district courts possess the inherent authority to accept amicus briefs. *Boston Gas Co. v. Century Indem. Co.*, 2006 WL 1738312, at *1 n.1 (D. Mass. 2006). The role of an *amicus curiae* "is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by ensuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015)

(internal quotations omitted). Indeed, federal district courts "frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005).

No Federal Rule or statute dictates how district judges decide petitions to appear as *amicus curiae*. But most courts "look to the Federal Rules of Appellate Procedure for guidance on permitting amicus briefs." *Friends of Animals v. United States Fish & Wildlife Serv.*, 2021 WL 4440347, at *1 (D. Utah 2021). The Federal Rules of Appellate Procedure allow a State to file an amicus brief "without the consent of the parties or leave of court." Fed. R. App. P. 29(a)(2). That rule reveals a strong policy preference for allowing States to provide their perspective and represent their interests.

Defendants raise serious concerns relating to Plaintiffs' standing to bring this suit. But none of those concerns extend to the traditional role of *amici*—nonparties acting as friends of the Court to bring their unique perspective to highlight foreseeable consequences of the Court's actions.

Because of the States's important role in our Constitutional order in our federalist system, the States have a unique perspective "that can help the court beyond the help that the lawyers for the parties are able to provide." *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997). This Court would benefit from following the guidance of the Federal Rules and granting the motion.

## **CONCLUSION**

For the above reasons, the State of Iowa and 17 other States request the Court's leave to file an amicus brief.

| | |
|---|---|
| Dated: February 3, 2025 | Respectfully submitted, |
| BRENNA BIRD<br>*Attorney General of Iowa*<br>Eric H. Wessan<br>*Solicitor General*<br>Office of the Attorney General<br>305 E Walnut Street, 2nd Floor<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>eric.wessan@ag.iowa.gov | By: */s/ Nathaniel M. Lindzen*<br><br>NATHANIEL M. LINDZEN<br>MA Bar No. 689999<br>Law Office of Nathaniel M. Lindzen<br>57 School Street<br>Wayland, MA 01778<br>Phone: (212) 810-7627<br>Email: nlindzen@corpfraudlaw.com |

*Counsel for Amicus Curiae State of Iowa*

### CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via email in PDF format.

*/s/ Nathaniel M. Lindzen*
NATHANIEL M. LINDZEN