# DR. LEONARD W. HOUSTON, J.D. PH.D., ED.

p: 845-343-8923
f: 845-342-3114
e: lenny.houston@yahoo.com
a: 148 Deer Court Drive • PO Box 254
Middletown, NY 10940-6867

January 27, 2025

**BRAD P. ROSENBERG**, Attorney
Donald J. Trump, *et al*, *Defendants*.
1100 L. Street, NW
Washington, D.C. 20005

In Re: Request to Intervene in STATE OF NEW JERSEY, *et al v.* DONLD J. TRUMP *et al.*
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**
Civil Docket Case No. 1:25-cv-10139-LTS (Related Case: 1:25-cv-10135-LTS)
Assigned: Hon. **JUDGE LEO T. SOROKIN**, United States District Judge

Dear Attorney BRAD P. ROSENBERG:

I am submitting this request to intervene in the *State of New Jersey et al., v. Trump et al*, the same bearing Civil Case- Docket No. 1:25-cv-10139-LTS, as a matter of right pursuant to Rule 24(a)(l) of the Federal Rules of Civil Procedure ("Fed.R. Civ. P."). As the principle of birthright citizenship has been clearly established in the Constitution pursuant to the Citizenship Clause of the Fourteenth Amendment, which states, and confers citizenship *inter alia*," [a]ll persons born" in and subject to the jurisdiction of the United States, thereof are citizens of the United States. U.S. Const. amend XIV, § 1.

My intervention would not unduly broaden the issues because my concerns, *inter alia*, are related to the Executive Order on January 20, 2025, issued by the President of the United States, of which I do challenge this executive order being in violation of constitional and statutory guarantees [ i.e., U.S. Constition amend. XIV; 8 U.S.C. § 1401; 5 U.S.C. § 706 (2)] Attached copy of Executive Order – January 20, 2025.

I am being further advised, pursuant to this Court's Docket Sheet entries by District Judge Leo T. Sorokin – **ELECTRONIC ORDER**, enter, under said entitled case, that a Hearing on the Plaintiff's motion for preliminary injunction has been scheduled for February 7, 2025, along with the previously scheduled hearing on the motion for preliminary injunctive relief.

I submit this entitled request, as a Plaintiff Representative, *pro se* "*Proposed Plaintiff-Intervenor*" in this Docketed case, pursuant to the previously mentioned constitional amendment, and federal statute(s), as amended.

I certify that I have served a copy of this request to intervene on the "**LEAD ATTORNEY**" of record as shown on the attached civil docket sheet (*copy*) of this case, by mailing it in a properly addressed envelope with First Class U.S. postage prepaid to the party. And further, I have and understand the rights and responsibilities that I will have as an "*Proposed Plaintiff-Intervenor*" under said statute (8 U.S.C. § 1401).

**Respectfully submitted,**

**LEONARD W. HOUSTON**
*Plaintiff, pro se* (State of New York)

9589 0710 5270 2401 2064 46