# DR. LEONARD W. HOUSTON, J.D. PH.D., ED.

p: 845-343-8923
f: 845-342-3114
e: lenny.houston@yahoo.com
a: 148 Deer Court Drive • PO Box 254
    Middletown, NY 10940-6867

February 3, 2025

Clerk of The Court
**UNITED STATES DISRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**
*John J. Moakley Courthouse*
1 Courthouse Way, Suite 2300
Boston, Mass 02210

In Re: **Submission and Filing** –

### MOTION BY LEONARD W. HOUSTON FOR LIMITED INTERVENTION AS OF RIGHT, THE CONSTITUTIONAL CHALLENGE TO THE EXECUTIVE ORDER PURPORTING TO END BIRTHRITE CITIZENSHIP

*State of New York, Plaintiffs v. Trump, et al., Defendants.*
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**
Civil Docket For Case #:  1:25-cv-10139-LTS

Dear Sir/Madam

Enclosed, is the above-entitled documents with Exhibits of the proposed **"Plaintiff-Intervenor"** of even date, February 3, 2025, herein submitted for filing in accordance with the Rules of this Court. with Certificate of Service made on said Attorney for the Defendant, Donald J. Trump, in his official capacity as President of the United States, *et al.*, and the Attorney for the Plaintiff, State of New York. as captioned in this case.

Thanking you in advance for your kind assistance in this procedural matter.

Respectfully submitted,

**LEONARD W. HOUSTON**
*Plaintiff. pro-se*

*Enclosures*

cc: **BRAD P. ROSENBERG,** *Lead Attorney*
    **ROBERT CHARLES MERRITT**
    *Attorneys for Defendants et al.*
    **DONALD J. TRUMP**
    *In his official capacity as President of the United States*
    1100 L Street NW
    Washington, DC 20005

**ZOE LEVINE**
*Attorney for Plaintiff*
**STATE OF NEW YORK**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005