UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW JERSEY, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　-vs.-<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>　　　　**Defendants.** | Case No. 25-cv-10139-LTS |

## NOTICE OF APPEARANCE

　　Please enter my appearance as counsel on behalf of *Amici Curiae* Members of Congress in the above-captioned matter.

Dated: February 3, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ George W. Vien*
　　　　　　　　　　　　　　　　　　　　George W. Vien (BBO No. 547411)
　　　　　　　　　　　　　　　　　　　　DONNELLY, CONROY &
　　　　　　　　　　　　　　　　　　　　GELHAAR, LLP
　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　T: (617)-720-2880
　　　　　　　　　　　　　　　　　　　　F: (617)-720-3554
　　　　　　　　　　　　　　　　　　　　gwv@dcglaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Amici Curiae Members of Congress*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 3, 2025.

                                               /s/ *George W. Vien*
                                               George W. Vien