UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW JERSEY, et al.,**<br><br>        Plaintiffs,<br><br>    -vs.-<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>        Defendants. | Case No. 25-cv-10139-LTS |

## UNOPPOSED MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to L.R. 83.5.3(e), George W. Vien, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves that R. Trent McCotter be granted leave to appear *pro hac vice* in the above-captioned action as counsel for *Amici Curiae* Members of Congress.  In support of this Motion, and based on the representations set forth in the attached Declaration of R. Trent McCotter (attached as Exhibit A), Mr. Vien states as follows:

1. I am a partner of the law firm Donnelly, Conroy & Gelhaar, LLP, located at 260 Franklin Street, Suite 1600, Boston, Massachusetts 02110.  My telephone number is (617)-720-2880, and my email address is gwv@dcglaw.com.

2. Mr. McCotter is a partner of the law firm Boyden Gray PLLC.  His address is 800 Connecticut Ave. NW, Suite 900, Washington, D.C. 20006.  His telephone number is (202)-955-0620, and his email address is tmccotter@boydengray.com.

3. Mr. McCotter is a member in good standing of the bar of the District of Columbia, among other jurisdictions.

4. Mr. McCotter is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar.

5. Mr. McCotter is a member in good standing in every jurisdiction in which he has been admitted to practice.

6. Mr. McCotter has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. Mr. McCotter has read, and agrees to comply with, the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

8. The Plaintiffs do not oppose this motion. The Defendants assent to this motion.

Accordingly, Mr. Vien respectfully requests that the motion to admit R. Trent McCotter *pro hac vice* be allowed.

Dated: February 3, 2025

Respectfully submitted,

*/s/ George W. Vien*
George W. Vien (BBO No. 547411)
Pietro A. Conte (BBO No. 707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
gwv@dcglaw.com
pac@dcglaw.com

*Attorneys for Amici Curiae Members of Congress*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)**

I hereby certify that I conferred with counsel for all parties and attempted in good faith to resolve or narrow the issues presented in this motion.  The Plaintiffs do not oppose this motion. The Defendants assent to this motion.

/s/ *George W. Vien*
George W. Vien

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 3, 2025.

/s/ *George W. Vien*
George W. Vien