# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW JERSEY, et al.,**<br><br>      **Plaintiffs,**<br><br>  -vs.-<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>      **Defendants.** | Case No. 25-cv-10139-LTS |

## DECLARATION OF R. TRENT McCOTTER

I, R. Trent McCotter, state as follows:

    1.    I am a partner of the law firm Boyden Gray PLLC in Washington, D.C.

    2.    I submit this declaration in support of the motion for my admission *pro hac vice*, as counsel for *Amici Curiae* Members of Congress.

    3.    My contact information is as follows:

        R. Trent McCotter, Esq.
        Boyden Gray PLLC
        800 Connecticut Ave. NW, Suite 900
        Washington, D.C. 20006
        Tel: (202)-955-0620
        Email: tmccotter@boydengray.com

    4.    I am an attorney who is admitted to practice law in the District of Columbia (Bar No. 1011329). I am also admitted to practice law in: the State of North Carolina (Bar No.

2

43045); the State of Texas (Bar No. 24134174); and the Commonwealth of Virginia (Bar No. 94018).

5.  I am also admitted to practice law in the following courts: the Supreme Court of the United States; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Eighth Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Tenth Circuit; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the District of Columbia Circuit; the United States District Court for the District of North Dakota; the United States District Court for the Southern District of Texas; the United States District Court for the Eastern District of Virginia; and the United States District Court for the Western District of Virginia.

6.  I am a member in good standing in every jurisdiction where I am admitted to practice law.

7.  I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

8.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

9.  I have read, and agree to comply with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 3rd day of February, 2025.


                                                  */s/ R. Trent McCotter*
                                                  R. Trent McCotter