# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**STATE OF NEW JERSEY, et al.,**

        **Plaintiffs,**

    **-vs.-**

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**

        **Defendants.**

**Case No. 25-cv-10139-LTS**

## <u>DECLARATION OF DANIEL EPSTEIN</u>

I, Daniel Epstein, state as follows:

1.      I am an attorney for America First Legal Foundation in Washington, D.C.

2.      I submit this declaration in support of the motion for my admission *pro hac vice*, as counsel for *Amici Curiae* Members of Congress.

3.      My contact information is as follows:

      Daniel Epstein, Esq.
      America First Legal Foundation
      611 Pennsylvania Ave. SE #231
      Washington, D.C. 20006
      Tel:  (713)-504-1785
      Email:  daniel.epstein@aflegal.org

4.      I am an attorney who is admitted to practice law in the District of Columbia (Bar No. 1009132).  I am also admitted to practice law in the State of Maryland (Bar No. 1112130278) and the State of Texas (Bar No. 24110713).

2

5.      I am also admitted to practice law in the following courts: the Supreme Court of the United States; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the District of Columbia Circuit; the United States District Court for the Northern District of Illinois; the United States District Court for the Northern District of Texas;; and the United States Court of Federal Claims.[1]

6.      I am a member in good standing in every jurisdiction where I am admitted to practice law.

7.      I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

8.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

9.      I have read, and agree to comply with, the Local Rules of the United States District Court for the District of Massachusetts.


Signed under the penalties of perjury on this 3rd day of February, 2025.


*/s/ Daniel Epstein* _____
Daniel Epstein

---

[1] I am also admitted in the Untied States District Court for the District of Maryland and the United States District Court for the District of Columbia.  However, I am on inactive status in both of those districts.

3