UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW JERSEY, et al.,**<br><br>　　　　Plaintiffs,<br><br>-vs.-<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>　　　　Defendants. | Case No. 25-cv-10139-LTS |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF

*Amici Curiae* Members of Congress move for leave to file an amicus brief in opposition to Plaintiffs' motion for preliminary injunction. In furtherance of this motion, *Amici* state:

1. *Amici* are 18 members of Congress who serve on the Committee on the Judiciary of the U.S. House of Representatives. Chairman Jim Jordan leads this coalition and is joined by Reps. Andy Biggs, Chip Roy, Brandon Gill, Troy Nehls, Lance Gooden, Victoria Spartz, Mark Harris, Scott Fitzgerald, Robert Onder, Harriet M. Hageman, Tom McClintock, Wesley Hunt, Glenn Grothman, Ben Cline, Russell Fry, Michael Baumgartner, and Brad Knott.

2. *Amici* have a strong interest in the outcome of this case because Congress, as a co-equal branch of government, has an interest in the courts upholding the Constitution.

3. The brief will assist the court by laying out the historical record regarding the meaning of "subject to the jurisdiction thereof" in Section One of the Fourteenth Amendment. Specifically, the historical record confirms that the Fourteenth Amendment does not confer citizenship on the children of aliens unlawfully present in the United States. Because of this,

"[a]n alien who seeks political rights as a member of this Nation can rightfully obtain them only upon terms and conditions specified by Congress," *United States v. Ginsberg*, 243 U.S. 472, 474 (1917), but Congress has never granted citizenship to the children of aliens unlawfully present, *see also* 8 U.S.C. § 1408. Thus, the other branches are forbidden from conferring such citizenship on their own, a limitation that the Executive Order ensures is followed within the executive branch. *See also INS v. Pangilinan*, 486 U.S. 875, 885 (1988) ("Neither by application of the doctrine of estoppel, nor by invocation of equitable powers, nor by any other means does a court have the power to confer citizenship in violation of these limitations.").

4. The Court should accordingly deny the motion for a preliminary injunction.

5. This Court has the inherent authority to grant leave to file an amicus brief. *See Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). *See also All. of Auto Mfrs. v. Gwadowsky*, 297 F.Supp.2d 305, 306 (D. Me. 2003) ("The district court retains 'the inherent authority' to appoint *amicus curiae* 'to assist it in a proceeding'" [citation omitted]).

6. The Court already has exercised such discretion by granting leave to another *amicus curiae* to file an amicus brief. *See* ECF 85, Order granting *Amicus Curiae* Local Governments and Local Government Officials' Motion for Leave to File Proposed Amicus Brief.

7. Counsel for *Amici* have conferred with counsel for the Plaintiffs and the Defendants. Plaintiffs do not oppose this motion. Defendants assent to this motion.

8. A true and accurate copy of the proposed amicus brief is attached hereto as **Exhibit A**.

Accordingly, for the foregoing reasons, *Amici* Members of Congress respectfully request that this Court grant this motion for leave to file the attached amicus brief.

Dated: February 3, 2025

Respectfully submitted,

*/s/ George W. Vien*
George W. Vien (BBO No. 547411)
Pietro A. Conte (BBO No. 707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
gwv@dcglaw.com
pac@dcglaw.com

*/s/ R. Trent McCotter*
R. Trent McCotter, Esq. (pending *pro hac vice* admission)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, D.C. 20006
T: (202)-955-0620
tmccotter@boydengray.com

*/s/ Daniel Epstein*
Daniel Epstein, Esq. (pending *pro hac vice* admission)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, D.C. 20006
T: (713)-504-1785
daniel.epstein@aflegal.org

*Attorneys for Amici Curiae Members of Congress*

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)**

I hereby certify that I conferred with counsel for all parties and attempted in good faith to resolve or narrow the issues presented in this motion. The Plaintiffs do not oppose this motion. The Defendants assent to this motion.

/s/ *George W. Vien*
George W. Vien

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on February 3, 2025.

/s/ *George W. Vien*
George W. Vien