UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10135-LTS |
| STATE OF NEW JERSEY, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10139-LTS |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Matthew J. O'Brien, a member of the bar of this Court and counsel of record for amicus Immigration Reform Law Institute, hereby move the admission *pro hac vice* of the following attorneys, all to serve as amicus in support of Defendant in this matter:

- **Gabriel R. Canaan**, Staff Counsel, Immigration Reform Law Institute. 25 Massachusetts Ave., NW, Ste. 335, (202) 232-5590, a member of the bar of the District of Columbia.

- **Christopher J. Hajec**, Head of Litigation, Immigration Reform Law Institute. 25 Massachusetts Ave., NW, Ste. 335, Washington, D.C. 20001, (202) 864-5461, a member of the bars of the District of Columbia and the Commonwealth of Pennsylvania.

As set forth in the accompanying certification, the foregoing attorneys are (1) members in good standing of the bars of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Gabriel R. Canaan and Christopher J. Hajec *pro hac vice* to the bar of this Court.

Dated: February 3, 2025                    Respectfully submitted,

                                           s/ MATTHEW J. O'BRIEN
                                           MATTHEW J. O'BRIEN
                                           Immigration Reform Law Institute
                                           25 Massachusetts Ave., NW, Suite 335
                                           Washington, DC 20001
                                           (202) 742-1843
                                           mobrien@irli.org