## UNITED STATES DISTRICT COURT
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>          *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Case No. 1:25-cv-10135-LTS |
| STATE OF NEW JERSEY, *et al.*,<br><br>          *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>         *Defendants*. | Case No. 1:25-cv-10139-LTS |

### **CERTIFICATE OF GABRIEL R. CANAAN**

1. I am Staff Counsel at Immigration Reform Law Institute.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am admitted to practice in the District of Columbia.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro *hac vice admission* to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2025                                   Respectfully submitted,

                                                        s/ GABRIEL CANAAN
GABRIEL R. CANAAN
Immigration Reform Law Institute
D.C. Bar No. 90025172
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
(202) 232-5590
gcanaan@irli.org