UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O. DOE, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-10135-LTS |
| STATE OF NEW JERSEY, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-10139-LTS |

## **CERTIFICATE OF CHRISTOPHER J. HAJEC**

1. I am Head of Litigation at Immigration Reform Law Institute.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I am admitted to practice in the District of Columbia and the Commonwealth of Pennsylvania.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro *hac vice admission* to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2025                           Respectfully submitted,

                                                  s/ Christopher Hajec
                                                  CHRISTOPHER J. HAJEC
                                                  D.C. Bar No. 492551
                                                  Immigration Reform Law Institute
                                                  25 Massachusetts Ave., NW, Suite 335
                                                  Washington, DC 20001
                                                  (202) 864-5461
                                                  chajec@irli.org