**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW JERSEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, in his official )<br>capacity as President of the )<br>United States, et al., )<br>)<br>Defendants. ) | Case No. 1:25-CV-10139 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Andrew Coulam, a member of the bar of this Court and counsel of record for Amicus State of Tennessee, hereby move for the admission *pro hac vice* of James Matthew Rice and Whitney D. Hermandorfer, both members of the bar of Tennessee, to serve as counsel for Amicus State of Tennessee.

As set out in the accompanying certifications, both attorneys are members in good standing of the bar of every jurisdiction to which they have been admitted, are not the subject of disciplinary proceedings in any jurisdiction in which they have been admitted, have not previously had their admission to this Court, either *pro hac vice* or for a limited purpose under Local Rule 83.5.3, revoked for misconduct, and have read and agreed to comply with the Local Rules of this Court.

For these reasons, this Court should admit James Matthew Rice and Whitney D. Hermandorfer *pro hac vice* to the bar of this Court.

Dated: February 3, 2025						Respectfully submitted,

                                            Jonathan Skrmetti
                                              *Attorney General and Reporter*

                                        */s/ Andrew Coulam*
                                        Andrew Coulam
                                          *Deputy Attorney General*
                                        OFFICE OF TENNESSEE ATTORNEY GENERAL
                                        P.O. Box 20207
                                        Nashville, TN  37202
                                        (615) 741-3491
                                        andrew.coulam@ag.tn.gov

                                        *Counsel for the State of Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, the foregoing document was filed using the Court's ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Andrew Coulam*
Andrew Coulam