# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW JERSEY, et al., | ) |
|     Plaintiffs, | ) ) ) ) Case No. 1:25-CV-10139 |
| v. | ) ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) ) ) ) |
|     Defendants. | ) ) |

## CERTIFICATE OF WHITNEY D. HERMANDORFER

In support of my application for admission pro hac vice in this matter, I, Whitney D. Hermandorfer, hereby certify that:

1. I am the Director of Strategic Litigation for the State of Tennessee. I represent Amicus State of Tennessee in this case.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Tennessee.[1]

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

---

[1] I am also admitted to practice in: Virginia, the District of Columbia, the United States Supreme Court, the U.S. Courts of Appeals for the First, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and District of Columbia Circuits, the U.S. District Courts for the Eastern, Middle, and Western Districts of Tennessee, the District of Columbia, District of North Dakota, and the Eastern District of Texas.

4. I have not previously had pro hac vice admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Whitney D. Hermandorfer*
Whitney D. Hermandorfer
 *Director of Strategic Litigation*
OFFICE OF TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN  37202
(615) 741-3491
whitney.hermandorfer@ag.tn.gov

*Counsel for the State of Tennessee*