AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:35-cv-10139 |
| Donald J. Trump et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Tennessee.

Date:  02/03/2025

/s/ Andrew C. Coulam
*Attorney's signature*

Andrew C. Coulam (BBO# 654197)
*Printed name and bar number*
Office of the Tennessee Attorney General
P.O. Box 20207
Nasvhille, TN 37202-0207

*Address*

andrew.coulam@ag.tn.gov
*E-mail address*

(615) 741-1868
*Telephone number*

*FAX number*

Print    Save As...    Reset