AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF NEW JERSEY, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139 |
| DONALD J. TRUMP, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey.

Date:   02/03/2025

/s/ Jeremy Feigenbaum
*Attorney's signature*

Jeremy M. Feigenbaum (NJ Bar. No. 117762014)
*Printed name and bar number*

New Jersey Office of the Attorney General
25 Market Street
P.O. Box 080
Trenton, NJ 08625
*Address*

jeremy.feigenbaum@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

*FAX number*

Print    Save As...    Reset

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on February 3, 2025.

/s/ *Jeremy Feigenbaum*
Jeremy M. Feigenbaum