AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New Jersey, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee as Amicus Curiae .

Date: 02/04/2025

/s/ Whitney D. Hermandorfer
*Attorney's signature*

Whitney D. Hermandorfer (TN #041054)
*Printed name and bar number*

Office of the Tennessee Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202

*Address*

whitney.hermandorfer@ag.tn.gov
*E-mail address*

(615) 741-3491
*Telephone number*

(615) 741-2009
*FAX number*