AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-10139 |
| Trump | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Members of Congress as Amici Curiae                                          .

Date:      02/04/2025

/s/ R. Trent McCotter
*Attorney's signature*

R. Trent McCotter (DC 1011329)
*Printed name and bar number*
800 Connecticut Ave. NW, Suite 900
Washington DC 20006

*Address*

tmccotter@boydengray.com
*E-mail address*

(202) 706-5488
*Telephone number*

*FAX number*