AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of New Jersey, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-10139-LTS |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Iowa and 17 other States (as Amicus Curiae)                      .

Date:  02/04/2025

/s/ Nathaniel M. Lindzen
*Attorney's signature*

Nathaniel M. Lindzen, BBO # 689999
*Printed name and bar number*

Law Office of Nathaniel M. Lindzen
57 School Street
Wayland, MA 01778

*Address*

nlindzen@corpfraudlaw.com
*E-mail address*

(212) 810-7627
*Telephone number*

*FAX number*