# EXHIBIT A

# AN AMERICAN DICTIONARY

## OF THE

# ENGLISH LANGUAGE;

CONTAINING

THE WHOLE VOCABULARY OF THE FIRST EDITION IN TWO VOLUMES QUARTO; THE ENTIRE CORRECTIONS AND IMPROVEMENTS OF THE SECOND EDITION IN TWO VOLUMES ROYAL OCTAVO;

TO WHICH IS PREFIXED

## AN INTRODUCTORY DISSERTATION

ON THE ORIGIN, HISTORY, AND CONNECTION, OF THE LANGUAGES OF WESTERN ASIA AND EUROPE, WITH AN EXPLANATION OF THE PRINCIPLES ON WHICH LANGUAGES ARE FORMED.

## BY NOAH WEBSTER, LL.D.,

*Member of the American Philosophical Society in Philadelphia; Fellow of the American Academy of Arts and Sciences in Massachusetts; Member of the Connecticut Academy of Arts and Sciences; Fellow of the Royal Society of Northern Antiquaries in Copenhagen; Member of the Connecticut Historical Society; Corresponding Member of the Historical Societies in Massachusetts, New York, and Georgia; of the Academy of Medicine in Philadelphia, and of the Columbian Institute in Washington; and Honorary Member of the Michigan Historical Society.*

### GENERAL SUBJECTS OF THIS WORK.

I.—ETYMOLOGIES OF ENGLISH WORDS, DEDUCED FROM AN EXAMINATION AND COMPARISON OF WORDS OF CORRESPONDING ELEMENTS IN TWENTY LANGUAGES OF ASIA AND EUROPE.
II.—THE TRUE ORTHOGRAPHY OF WORDS, AS CORRECTED BY THEIR ETYMOLOGIES.
III.—PRONUNCIATION EXHIBITED AND MADE OBVIOUS BY THE DIVISION OF WORDS INTO SYLLABLES, BY ACCENTUATION, BY MARKING THE SOUNDS OF THE ACCENTED VOWELS, WHEN NECESSARY, OR BY GENERAL RULES.
IV.—ACCURATE AND DISCRIMINATING DEFINITIONS, ILLUSTRATED, WHEN DOUBTFUL OR OBSCURE, BY EXAMPLES OF THEIR USE SELECTED FROM RESPECTABLE AUTHORS, OR BY FAMILIAR PHRASES OF UNDISPUTED AUTHORITY.

### REVISED AND ENLARGED,

BY CHAUNCEY A. GOODRICH,

PROFESSOR IN YALE COLLEGE.

WITH PRONOUNCING VOCABULARIES OF SCRIPTURE, CLASSICAL, AND GEOGRAPHICAL NAMES.

TO WHICH ARE NOW ADDED

## PICTORIAL ILLUSTRATIONS,

TABLE OF SYNONYMS, PECULIAR USE OF WORDS AND TERMS IN THE BIBLE, APPENDIX OF NEW-WORDS, PRONOUNCING TABLE OF NAMES OF DISTINGUISHED PERSONS, ABBREVIATIONS, LATIN, FRENCH, ITALIAN, AND SPANISH PHRASES, ETC.

### SPRINGFIELD, MASS.
PUBLISHED BY GEORGE AND CHARLES MERRIAM,
CORNER OF MAIN AND STATE STREETS.

1860.

PE 1625
.W3
1860

Entered according to Act of Congress, in the Year 1840,
By NOAH WEBSTER, LL. D.,
In the Clerk's Office of the District Court of the District of Connecticut.

Entered according to Act of Congress, in the Year 1847,
By GEORGE AND CHARLES MERRIAM,
In the Clerk's Office of the District Court of the District of Massachusetts.

Entered according to Act of Congress, in the Year 1856,
By EMILY W. ELLSWORTH, JULIA W. GOODRICH,
WILLIAM G. WEBSTER, ELIZA S. W. JONES,
and LOUISA WEBSTER,
In the Clerk's Office of the District Court of the District of Connecticut.

Entered according to Act of Congress, in the Year 1859,
BY G. & C. MERRIAM,
In the Clerk's Office of the District Court of the District of Massachusetts.

STEREOTYPED AT THE
BOSTON TYPE AND STEREOTYPE FOUNDRY.

MANUFACTURED BY
CASE, LOCKWOOD & CO.,
HARTFORD, CONN.

Gift
Mrs. Truxtun Beal
Jan. 18, 1937

Case 1:25-cv-10139-LTS   Document 123-1   Filed 02/04/25   Page 4 of 4

ALL-COM-PRE-HEN'SIVE, *a.* Comprehending all things. *Glanville.*
ALL-CON-CEAL'ING, *a.* Hiding or concealing all. *Spenser.*
ALL-CON'QUER-ING, (-konk'er-,) *a.* That subdues all. *Milton.*
ALL-CON'SCIOUS, *a.* Conscious of all; all-knowing.
ALL-CON-STRAIN'ING, *a.* Constraining all. *Drayton.*
ALL-CON-SUM'ING, *a.* That consumes or devours all. *Pope.*
ALL-CON-TROLL'ING, *a.* Controlling all. *Everett.*
ALL-DAR'ING, *a.* Daring to attempt every thing. *Jonson.*
ALL-DE-SIGN'ING, *a.* Designing all things.
ALL-DE-STROY'ING, *a.* Destroying every thing. *Fanshaw.*
ALL-DEV'AS-TA-TING, *a.* Wasting every thing.
ALL-DE-VOUR'ING, *a.* Eating or consuming all. *Pope.*
ALL-DIM'MING, *a.* Obscuring every thing. *Marston.*
ALL-DI-RECT'ING, *a.* Directing all; governing all things.
ALL-DIS-CERN'ING, *a.* Discerning every thing.
ALL-DIS-COV'ER-ING, *a.* Discovering or disclosing every thing. *More.*
ALL-DIS-GRA'CED, *a.* Completely disgraced. *Shak.*
ALL-DIS-PENS'ING, *a.* Dispensing all things; affording dispensation or permission. *Milton.*
ALL-DI-VINE', *a.* Supremely excellent. *Howell.*
ALL-DI-VIN'ING, *a.* Foretelling all things. *Fanshaw.*
ALL-DREAD'ED, *a.* Dreaded by all. *Shak.*
ALL-EF-FI-CA'CIOUS, *a.* Having all efficacy. *Everett.*
ALL-EF-FI''CIENT, *a.* Of perfect or unlimited efficacy or efficiency.
ALL-EL'O-QUENT, *a.* Eloquent in the highest degree. *Pope.*
ALL-EM-BRA'CING, *a.* Embracing all things. *Crashaw.*
ALL-END'ING, *a.* Putting an end to all things. *Shak.*
ALL-EN-LIGHT'EN-ING, *a.* Enlightening all things. *Cotton.*
ALL-EN-RAG'ED, *a.* Highly enraged. *Hall.*
ALL-ES-SEN'TIAL, *a.* Wholly essential. *Everett.*
ALL-FLAM'ING, *a.* Flaming in all directions. *Beaumont.*
ALL-FOOLS'-DAY, *n.* The first of April.
ALL-FOR-GIV'ING, *a.* Forgiving or pardoning all. *Dryden.*
ALL-FOURS', *n.* [*all* and *four.*]
A game at cards, played by two or four persons; so called from the four chances of which it consists, viz. High, Low, Jack, and the Game.
*To go on all fours,* is to move or walk on four legs, or on the two legs and two arms.
ALL-GIV'ER, *n.* The giver of all things. *Milton.*
ALL-GLO'RI-OUS, *a.* Glorious to the full extent.
ALL-GOOD', *a.* Completely good. *Dryden.*
ALL-GOOD', *n.* The popular name of the plant Good-Henry, or English Mercury, *Chenopodium bonus Henricus.*
ALL-GRA'CIOUS, *a.* Perfectly gracious.
ALL-GUID'ING, *a.* Guiding or conducting all things. *Sandys.*
ALL-HAIL', *excl.* [*all* and Sax. *hal,* health.]
All health; a phrase of salutation, expressing a wish of *all health,* or safety, to the person addressed.
ALL-HAL'LOW, } *n.* All-Saints-day, the first of
ALL-HAL'LOWS, } November; a feast dedicated to all the saints in general. [*Colloquial.*]
ALL-HAL'LOW-TIDE, *n.* [*Tid,* in Sax., is *time.*]
The time near All-Saints, or November first.
ALL-HAP'PY, *a.* Completely happy.
ALL-HEAL', *n.* The popular name of several plants.
ALL-HEAL'ING, *a.* Healing all things. *Selden.*
ALL-HELP'ING, *a.* Assisting all. *Selden.*
ALL-HID'ING, *a.* Concealing all things. *Shak.*
ALL-HOL'LOW, *adv.* Entirely; completely; as, to beat any one *all-hollow.*
ALL-HO'LY, *a.* Completely, perfectly holy.
ALL-HON'OR-ED, (-on'ord,) *a.* Honored by all.
ALL-HURT'ING, *a.* Hurting all things. *Shak.*
ALL-I'DOL-IZ-ING, *a.* Worshiping every thing.
ALL-IL-LU'MIN-A-TING, *a.* Enlightening every thing. *Crashaw.*
ALL-IM'I-TA-TING, *a.* Imitating every thing.
ALL-IM-POR'TANT, *a.* Important above all things; extremely important. *More.*
ALL-IM-PRESS'IVE, *a.* Impressive to the utmost extent. *Everett.*
ALL-IN-FORM'ING, *a.* Actuating all by vital powers.
ALL-IN'TER-EST-ING, *a.* Interesting in the highest degree. *Sandys.*
ALL-IN-TER'PRET-ING, *a.* Explaining all things. *Milton.*

ALL-JUDG'ING, *a.* Judging all; possessing the sovereign right of judging. *Rowe.*
ALL-JUST', *a.* Perfectly just.
ALL-KIND', *a.* Perfectly kind or benevolent.
ALL-KNOW'ING, *a.* Having all knowledge; omniscient. *Atterbury.*
ALL-LI'CENS-ED, *a.* Licensed to every thing. *Shak.*
ALL-LOV'ING, *a.* Of infinite love. *More.*
ALL-MAK'ING, *a.* Making or creating all; omnific. *Dryden.*
ALL-MA-TUR'ING, *a* Maturing all things. *Dryden.*
ALL-MER'CI-FUL, *a.* Of perfect mercy or compassion.
ALL-MUR'DER-ING, *a.* Killing or destroying every thing. *Fanshaw.*
ALL-O-BE'DI-ENT, *a.* Entirely obedient. *Crashaw.*
ALL-O-BEY'ING, *a.* [See OBEY.] Receiving obedience from all. *Shak.*
ALL-OB-LIV'I-OUS, *a.* Causing total oblivion. *Shak.*
ALL-OB-SCUR'ING, *a.* Obscuring every thing. *King.*
ALL-PA'TIENT, *a.* Enduring every thing without murmurs. *Mitford.*
ALL-PEN'E-TRA-TING, *a.* Penetrating every thing. *Stafford.*
ALL-PER'FECT, *a.* Completely perfect; having all perfection.
ALL-PER'FECT-NESS, *n.* The perfection of the whole; entire perfection. *More.*
ALL-PER-VAD'ING, *a.* Pervading every place. *Allen.*
ALL-PIER'CING, *a.* Piercing every thing. *Marston.*
ALL-PO'TENT, *a.* Having all power. *Irving.*
ALL-POW'ER-FUL, *a.* Almighty; omnipotent. *Swift.*
ALL-PRAIS'ED, *a.* Praised by all. *Shak.*
ALL-PRES'ENT, *a.* Omnipresent.
ALL-PRO-TECT'ING, *a.* Furnishing complete protection.
ALL-RUL'ING, *a.* Governing all things. *Milton.*
ALL-SA-GA'CIOUS, *a.* Having all sagacity; of perfect discernment.
ALL-SAINTS'-DAY, *n.* The first day of November, called, also, *All-hallows;* a feast in honor of all the saints.
ALL-SANC'TI-FY-ING, *a.* Sanctifying the whole. *West.*
ALL-SAV'ING, *a.* Saving all. *Selden.*
ALL-SEARCH'ING, (-serch'ing,) *a.* Pervading and searching every thing. *South.*
ALL-SEE'ING, *a.* Seeing every thing. *Dryden.*
ALL-SEER', *n.* One that sees every thing. *Shak.*
ALL-SHAK'ING, *a.* Shaking all things. *Shak.*
ALL-SHROUD'ING, *a.* Shrouding; covering all things.
ALL-SHUN'NED, *a.* Shunned by all. *Shak.*
ALL-SOULS'-DAY, *n.* The second day of November; a feast or solemnity held by the Roman Catholic church, to supplicate for the souls of the faithful deceased.
ALL'SPICE, *n.* The berry of the pimento, a tree of the West Indies; a spice of a mildly pungent taste, and agreeably aromatic. It has been supposed to combine the flavor of cinnamon, nutmegs, and cloves; and hence the name.
*Encyc. of Dom. Econ.*
ALL-SUB-MIS'SIVE, *a.* Wholly submissive.
ALL-SUF-FI''CIEN-CY, *n.* Complete or infinite ability. *Hall.*
ALL-SUF-FI''CIENT, *a.* Sufficient to every thing; infinitely able. *Hooker.*
ALL-SUF-FI''CIENT, *n.* The all-sufficient Being; God. *Whitlock.*
ALL-SUR-ROUND'ING, *a.* Encompassing the whole.
ALL-SUR-VEY'ING, (-sur-va'ing,) *a.* [See SURVEY.] Surveying every thing. *Sandys.*
ALL-SUS-TAIN'ING, *a.* Upholding all things. *Beaumont.*
ALL-TELL'ING, *a.* Telling or divulging every thing. *Shak.*
ALL-TRI'UMPH-ING, *a.* Triumphant every where or over all. *Jonson.*
ALL-WATCH'ED, *a.* Watched throughout. *Shak.*
ALL-WISE', *a.* Possessed of infinite wisdom. *South.*
ALL-WIT'TED, *a.* Having all kinds of wit. *Jonson.*
ALL-WOR'SHIP-ED, (-wur'shipt,) *a.* Worshiped or adored by all. *Milton.*
ALL-WOR'THY, *a.* Of infinite worth; of the highest worth.
AL'LA-GITE, *n.* An impure, brownish variety of manganese spar. *Dana.*
AL'LAH, *n.* The Arabic name of the Supreme Being.
AL-LAN-ITE, *n.* An ore of the metals cerium and lanthanum, having a pitch-black or brownish color. It was first discovered, as a species, by Mr. Allan, of Edinburgh. *Dana.*
AL-LAN-TO'IC, *a.* Pertaining to or contained in the allantois.
AL-LAN-TO'IC AC'ID, *n.* An acid of animal origin, found in the liquor of the allantois of the fetal calf. [See ALLANTOIS.] This is the same acid which was formerly called *amniotic acid.*

AL-LAN-TOIS', } *n.* [Gr. αλλας, a sausage, and
AL-LAN-TOID', } ειδος, form.]
A thin membrane, situated between the chorion and amnion in quadrupeds, and forming one of the membranes which invest the fetus in those animals.
*Ed. Encyc.*
AL'LA-TRATE, *v. t.* [L. *allatro.*]
To bark, as a dog. [*Not used.*] *Stubbes.*
AL-LAY', *v. t.* † [Sax. *aleegan, alegan,* to lay, to set, to depress, *leegan,* to lay, to cast or strike down; G. *legen,* D. *leggen,* to lay; Gr. λεγω. The Fr. *allier,* to alloy, Sp. *ligar,* seems to be directly from the L. *ligo,* to bind; but this may be the same word differently applied, that is, to set, to fix, to make fast, to unite. *Allay* and *alloy* were formerly used indifferently; but I have recognized an entire distinction between them, applying *alloy* to metals.]
1. To make quiet; to pacify or appease; as, to *allay* the tumult of the passions, or to *allay* civil commotions.
2. To abate, mitigate, subdue, or destroy; as, to *allay* grief or pain.

Females, who soften and *allay* the bitterness of adversity.
*Rawle.*

3. To obtund or repress, as acrimony; as, to *allay* the acrid qualities of a substance.
4. *Formerly,* to reduce the purity of; as, to *allay* metals. But in this sense *alloy* is now exclusively used. [See ALLOY.]
AL-LAY', *n. Formerly,* a baser metal mixed with a finer; but in this sense it is now written ALLOY, which see.
2. That which allays, or abates the predominant qualities; as, the *allay* of colors. *Newton.*
Also, abatement; diminution by means of some mixture; as, joy without *allay.* But *alloy* is now more generally used.
AL-LAY'ED, *pp.* Layed at rest; quieted; tranquilized; abated; [reduced by mixture. *Obs.*]
AL-LAY'ER, *n.* He or that which allays.
AL-LAY'ING, *ppr.* Quieting; reducing to tranquillity; abating; reducing by mixture. [*Obs.*]
AL-LAY'MENT, *n.* The act of quieting, or a state of tranquillity; a state of rest after disturbance; that which allays; abatement; ease; as, the *allayment* of grief. *Shak.*
AL'LE, (al'ly,) *n.* The little auk, or black and white diver.
AL-LECT-A'TION, *n.* Enticement; allurement. [*Not used.*] *Coles.*
AL-LECT'IVE, *a.* Alluring. [*Not used.*] *Chaucer.*
AL-LECT'IVE, *n.* Allurement. [*Not used.*] *Eliot.*
AL-LEDGE'. See ALLEGE. [This spelling, corresponding to *abridge,* was once the prevailing one, and would still be preferable.]
AL-LE-GA'NE-AN, *a.* Pertaining to the mountains called Allegany, or Alleghenny.
AL-LE-GA-NY, *n.* The chief ridge of the great chains of mountains which run from N. East to S. West, through the Middle and Southern States of North America; but, *more appropriately,* the main or unbroken ridge, which casts all the waters on one side to the east, and on the other side to the west. This ridge runs from Pennsylvania to Georgia, and chains extend through the United States.
This name is given also to the River Ohio, above its confluence with the Monongahela; but improperly, as the Indian name of the river to its source is Ohio.
AL-LE-GA'TION, *n.* Affirmation; positive assertion or declaration.
2. That which is affirmed or asserted; that which is offered as a plea, excuse, or justification.
3. In *ecclesiastical courts,* a formal complaint, or declaration of charges.
AL-LEGE', *v. t.* [L. *allego, ad* and *lego,* to send; Fr. *alleguer;* Sp. *alegar;* Port. *allegar;* It. *allegare.* This is only a modified application of the Eng. *lay;* L. *loco,* to set, or throw. See Class Lg.]
1. To declare; to affirm; to assert; to pronounce with positiveness; as, to *allege* a fact.
2. To produce, as an argument, plea, or excuse; to cite or quote; as, to *allege* the authority of a judge.
AL-LEGE'A-BLE, *a.* That may be alleged or affirmed. *Brown.*
AL-LEG'ED, *pp.* or *a.* Affirmed; asserted, whether as a charge or a plea.
AL-LEGE'MENT, *n.* Allegation. [*Not in use.*]
AL-LEG'ER, *n.* One who affirms or declares.
AL-LE'GI-ANCE, *n.* † [old Fr., from L. *alligo,* of *ad* and *ligo,* to bind. See LIEGE and LEAGUE.]
The tie or obligation of a subject to his prince or government; the duty of fidelity to a king, government, or state. Every native or citizen owes *allegiance* to the government under which he is born. This is called *natural* or *implied* allegiance, which arises from the connection of a person with the society in which he is born, and his duty to be a faithful subject, independent of any express promise. *Express* allegiance, is that obligation which proceeds from an express promise, or oath of fidelity.

TUNE, BULL, UNITE. — AN''GER, VI''CIOUS. — C as K; G as J; S as Z; CH as SH; TH as in THIS.

\* See Pictorial Illustrations.    † See Table of Synonyms.    35