IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW JERSEY,** et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>**DONALD J. TRUMP,** In his official capacity as President of the United States, et al.,<br><br>*Defendant.* | Case No.: 1:25-cv-10139<br><br>Leave Granted 02/05/25<br><br>Honorable Leo T. Sorokin |

## NOTICE OF APPEARANCE

Please note my appearance on behalf of Edwin Meese III, for the purposes of filing the allowed Amicus Brief in the above matter.

/s/ Ryan P. McLane, Esq.
Ryan P. McLane (BBO # 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of the foregoing to counsel of record via ecf, on February 5, 2025.

Ryan P. McLane, Esq.