Rubin Young
16060 SW 258th St
Homestead FL 33032

Retail  

02210

RDC 99

U.S. POSTAG
FCM LG ENV
HOMESTEAD
JAN 28, 2025

**$2.87**

S2324K50052

The Honorable Leo T. Sorokin
United States District Judge
District of Massachusetts
Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Ste 2300
Boston, MA 02210