AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachussetts

| | | |
|---|---|---|
| State of New Jersey, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Vermont                                                                                                  .

Date:     02/10/2025                                                /s/ Julio A. Thompson
                                                                         *Attorney's signature*

                                                        Julio A. Thompson  4264
                                                        *Printed name and bar number*

                                                        Office of the Vermont Attorney General
                                                        109 State Street
                                                        Montpelier, Vermont 05609

                                                                         *Address*

                                                        julio.thompson@vermont.gov
                                                                         *E-mail address*

                                                        (802) 828-3171
                                                                         *Telephone number*

                                                        (802) 828-3187
                                                                         *FAX number*