UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, et al.   1:25-cv-10139-LTS
    Plaintiffs

Against

DONALD TRUMP, et al.
    Defendants

### NOTICE OF BRANZBURG V. HAYES MOTION

For the following reasons, his Application under *Branzburg v. Hayes* (1972, 408 U.S. 665, 92 S.Ct. 2646) should come on before this honorable court (see: *Roberts v. U.S.* 1980, 445 U.S. 552, 557-58, 100 S.Ct. 1358, 1362, citing: *Branzburg v. Hayes*, 1972, 408 U.S. 665, 696, 92 S.Ct. 2646, 2664) and Complaint be dismissed. Petitioner says:

1, Plaintiffs seek Declaratory and Injunctive relief regarding defendants abandonment of unconstitutional practice of citizenship by accident of birth (birthright citizenship) to mothers who are not citizens themselves (Executive Order, January 20, 2025) without a test for "jurisdiction."

2, The Fourteenth Amendment Section 1 states "All persons born in the United States, and subject to the jurisdiction thereof, are citizens of the United States...."  (owing allegiance)

3, Plaintiffs contend that they will be irreparably injured by the President's order. (E, paragraph 121) Such harm includes greater fiscal burden for essential services including numerous programs for the benefit of their residents, including for newborns and young children (paragraph 122) and "Medicaid provide(d) health insurance for individuals including children...." (paragraph 123) (see: pp. 23-28)

4, Plaintiffs allude to childrens' rights to health care except a "birthright right" right to birth, and not destroyed by an abortionist. For unfathomable reasons plaintiffs seek to protect every conceivable right of

the newborn except the right of live birth as long as the non-aborted children grow up to vote for federal funding, etc.

5, Note annexed statement from New Jersey Attorney General Matthew Platkin stating: "we strongly support your right to access abortion care." "Abortion care" unquestionably is the "right" to kill by abortion, the babies and children the civil suit purports to protect. Clearly the "birthright" which does not encompass a birth right to be born alive right is void for vagueness, if not disturbingly macabre.

6, Plaintiffs allude to almost every "right" except a "birthright right" to be born alive and not destroyed by an abortionist. For unfathomable reasons plaintiffs seek to protect every conceivable right of the newborn except the right of live birth.

7, Plaintiffs have expressed no desire to protect the prime right of an infant to be born alive, and consequently, their Complaint must be considered illogical, disingenuous, a hoax on the court and certainly not in the public interest and not justiciable.

8, Plaintiffs imply that rights are all or nothing, and have omitted e.g. the IRS Substantial presence test, where "you will be considered a United States resident for tax purposes if you meet the substantial presence test for the calendar year."

9, Plaintiffs have lost track of "birthright" children pressed into sex trafficking and/or slave labor.

10, Plaintiffs have expressed no desire to protect the prime right of a child to be born alive, and consequently, their Complaint must be considered illogical, disingenuous, a hoax on the court and certainly not in the public interest and not justiciable.

WHEREFORE, as Plaintiff's Complaint appears dishonest and contrary to the public interest, as the Fourteenth Amendment clause "subject to the jurisdiction thereof" (owing allegiance) should be understood as applicable to citizenship for live born i.e non-aborted children who are subject to meaningful, not accidental jurisdiction thereof (*U.S. v. Wang Kim Ark,* (1898) 169 U.S. 649) and dismissed.

See:
*Von Schwerdtner v. Piper,* D.C. Md, 23 F.2d 862, 863,
*U.S. v. Minoru Yasaui,* D.C. Ore, 48 Supp. 40, 54,
*Haaland v. Attorney General of U.S.,* D.C. Md., 42 F.Supp13, 22 (born outside US),
*U.S. Hester, C.C.A.,* Okl, 137 F.2d 145, 147 (Indians),
*National Banks, Am. Surety v. Bank of Calif.,* C.C.A. Or, 133 F.2d 160, 162.

Affirmed as true on information and belief,

*[signature]*

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
February 10, 2025

To:

Clerk, U.S. District Court, 1 Courthouse Way, Boston, MA 02210

Office of the Attorney General of New Jersey, 25 Market St., Trenton, N.J. 08625

Office of the Attorney General, 300 South Spring St. Suite 1702, Los Angeles, CA 90013-1230

U.S. Attorney General, Att: Eric Hamilton, Civil Div. Fed. Programs, 1100 L Street, NW, Washington, D.C. 20005

(Re: Washington v. Trump, CASA v. Trump)

*[signature] Feb 10, 2025*