**STATE OF NEW JERSEY | DEPARTMENT OF LAW & PUBLIC SAFETY**



# MATTHEW J. PLATKIN
## Attorney General

## Abortion Rights in New Jersey

Abortion remains legal in New Jersey, and no matter where you're from, we strongly support your right to access abortion care here.

**Learn more about abortion rights in New Jersey.**



Translate »