Mark Marvin
135 Mills Road
Walden, N.Y. 12586

USMS SCREENED

ALBANY NY 120
10 FEB 2025 PM 4 L

Clerk, US District Court
1 Courthouse Way
Boston, MA 02210

02210-300299