AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco     .

Date: 02/14/2025

/s/ Mollie M. Lee
*Attorney's signature*

Mollie M. Lee (Cal. SBN251404)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
*Address*

mollie.lee@sfcityatty.org
*E-mail address*

(415) 554-4260
*Telephone number*

(415) 554-3985
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.

# **CERTIFICATE OF SERVICE**

      I, Martina Hassett, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on February 14, 2025.

      Executed February 14, 2025, at San Francisco, California.

      */s/ Martina Hassett*
      MARTINA HASSETT