AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New Jersey, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco                                                  .

Date:    02/14/2025                                           /s/ David Chiu
                                                                                *Attorney's signature*

                                                                David Chiu (Cal. SBN189542)*
                                                                *Printed name and bar number*

                                                            San Francisco City Attorney's Office
                                                            City Hall
                                                            1 Dr. Carlton B. Goodlett Place, Room 234
                                                            San Francisco, CA  94102
                                                                            *Address*

                                                                Luis.A.Zamora@sfcityatty.org
                                                                        *E-mail address*

                                                                        (415) 554-4748
                                                                        *Telephone number*

                                                                        (415) 554-4715
                                                                            *FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.

# CERTIFICATE OF SERVICE

    I, Martina Hassett, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on February 14, 2025.

    Executed February 14, 2025, at San Francisco, California.

                                          */s/ Martina Hassett*
                                          MARTINA HASSETT