UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

No. 1:25-cv-10139-LTS

# ***NOTICE OF APPEAL to the 1st Circuit Court of Appeals:***

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

*appeal of denial of Ecf Doc. #41 in civil case #25-cv-10139*

*…regarding the district court order set forth in Ecf #146, and*

*Ecf Doc. #145 and Ecf Doc. 144#  …because [we] believe that the outcome of the GRANTING of the Preliminary Injunction would have BEEN DIFFERENT had our emergency and ex parte motion to intervene been*

*GRANTED [and/ or] granted along with Ecf Doc # 131, and #132 and #140 ...taken all together (see the courts order Ecf Doc. # 146)... which is also given NOTICE OF APPEAL. Here [we] believe that as a MATTER OF LAW*

*…there is substantial prejudicial constitutional manifest ERROR in said District Court order[s] and thereby DE NOVO REVIEW on appeal is required here.*

*Also, [we] intend upon seeking IFP status in the 1st circuit court of appeals [and] IF such is somehow denied… then [we] intend somehow to PAY the appeal fee.*

*Further, it appear that the 1st Circuit has an*

*"accommodation coordinator"… although NOT [of course] voluntarily complying with the ADA…. and so, [we] will request ORAL argument… and a "communication disability" accommodation for*

*Melvin Jones Jr. [due to his history of CVA and Stroke] ...whereby said accommodation will be sought from the 1st circuit accommodations specialist AFTER docketing of our notice of appeal in the 1st circuit court of*

*appeals [e.g. transmittal of such by the clerks office in the US District Court]. Thank you.*

*Best,*

*(continued on the NEXT page)...*

2-14-2025

*[signature: Colleen Connors]*

_____

Colleen Connors

Email: cmcolleen4@gmail.com

Date: 2-14-2025



_____

*Melvin Jones Jr.*

*Email:*

[*jonesjrmel@gmail.com*](mailto:jonesjrmel@gmail.com)

## Proof of Service:

The Notice of Docket Activity that is

*generated by the court's electronic filing system constitutes service on all ECF filers. 1st Cir. R. 25.0(e).*