# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of New Jersey et al v. Trump et al

District Court Number: 25cv10139-LTS

Fee: Paid? Yes ____ No _X_   Government filer ____   In Forma Pauperis Yes ____ No ____

Motions Pending   Yes ____ No _X_    Sealed documents   Yes ____ No _X_
If yes, document # _____          If yes, document # _____

Ex parte documents   Yes _X_ No ____    Transcripts   Yes _X_ No ____
If yes, document # 141                   If yes, document # 142

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent ____   Other: _X_

Appeal from:

#144 Memorandum of Decision, #145 Preliminary Injunction, #146 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#144, #145, #146, and #150

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __150__ filed on __February 14, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __February 14, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**