AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco                                                                                            .

Date:   02/18/2025

/s/ Sara J. Eisenberg
*Attorney's signature*

Sara J. Eisenberg
(Cal. SBN269303; NY SBN4434551)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102
*Address*

sara.eisenberg@sfcityatty.org
*E-mail address*

(415) 554-3874
*Telephone number*

(415) 437-4644
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.

## **CERTIFICATE OF SERVICE**

      I, Martina Hassett, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on February 18, 2025.

      Executed February 18, 2025, at San Francisco, California.

      */s/ Martina Hassett*
      MARTINA HASSETT