UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of New Jersey et al v. Trump et al

District Court Number: 25cv10139-LTS

Fee: Paid? Yes ____ No ____ Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending  Yes ____ No _X_
If yes, document # ____

Sealed documents  Yes ____ No _X_
If yes, document # ____

Ex parte documents  Yes _X_ No ____
If yes, document # 141

Transcripts  Yes _X_ No ____
If yes, document # 142

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

#144 Memorandum of Decision, #145 Preliminary Injunction

Other information:

***Notice of Interlocutory Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#144, #145, and #154

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 154 filed on February 19, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 19, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**