UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2025 FEB 24  PM 2: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

STATE OF NEW JERSEY, et al.    1:25-cv-10139-LTS
    Plaintiffs
    Against
DONALD TRUMP, et al.
    Defendants
MARK MARVIN, Petitioner

## NOTICE OF APPEAL

MARK MARVIN, Petitioner under *Branzburg v. Hayes*, (1972, 408 U.S. 665, 696), hereby notices this honorable court of his intention to appeal dismissal of his petition in this matter.

### CERIFICATE OF APPEALABILITY IS PROPER.

Petitioner notes that the court (February 13, 2025, 146) is in error in that *Branzburg* specifically permits intervention of right in event of felony. (generic common law) The citizen's duty (is) to raise the hue and cry and report felonies...." *Roberts v. U.S.* 1980, 445 U.S. 552, 557-58, 100 S.Ct. 1358, 1362, citing: *Branzburg v. Hayes*, 1972, 408 U.S. 665, 696, 92 S.Ct. 2646, 2664) In this case the plaintiffs purport to represent the interests of children under birth right, but inconsistently support the death of these children by abortion, thereby establishing a conflict of interest disqualifying them from representing the class of children they support the death of.

The court cites F.R.C.P. 24 (1) which provides an unconditional right to intervene by statute. However *Branzburg v. Hayes* is a rule of the United States Supreme Court which must be held to have superior authority to a simple rule which the Supreme Court has constitutional authority to supersede or modify at will in the interests of justice.

Therefore intervention is proper and a certificate of appeability is necessary to prevent an injustice to defenseless children.

Yours,

*[signature]*

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
February 15, 2025

To:

Clerk, U.S. District Court, 1 Courthouse Way, Boston, MA 02210

Office of the Attorney General of New Jersey, 25 Market St., Trenton, N.J. 08625

Office of the Attorney General, 300 South Spring St. Suite 1702, Los Angeles, CA 90013-1230

U.S. Attorney General, Att: Eric Hamilton, Civil Div. Fed. Programs, 1100 L Street, NW, Washington, D.C. 20005

*[signature] Feb 19 2025*