# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

**Case Caption:** State of New Jersey et al v. Trump et al

**District Court Number:** 25cv10139-LTS

**Fee:** Paid? Yes ____ No _X_   Government filer ____   *In Forma Pauperis* Yes ____ No ____

**Motions Pending** Yes _X_ No ____
*If yes, document #* 157

**Sealed documents** Yes ____ No _X_
*If yes, document #* ____

***Ex parte* documents** Yes _X_ No ____
*If yes, document #* 141

**Transcripts** Yes _X_ No ____
*If yes, document #* 142

**Notice of Appeal filed by:** Plaintiff/Petitioner ____   Defendant/Respondent ____   Other: _X_

**Appeal from:**

#146 Electronic Order

**Other information:**

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#146 and #162

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 162 filed on February 24, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 25, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**