AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF NEW JERSEY, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10139 |
| DONALD J. TRUMP, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware.

Date: 02/27/2025

/s/ Ian R. Liston
*Attorney's signature*

Ian R. Liston (DE 5507)
*Printed name and bar number*

Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
*Address*

ian.liston@delaware.gov
*E-mail address*

(302) 683-8899
*Telephone number*

*FAX number*

Print   Save As...   Reset