# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10139-LTS |

## UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF DEFENDANTS' RESPONSE DEADLINE

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their March 24, 2025 deadline to respond to Plaintiffs' Complaint, thus making their response due on or before April 23, 2025. In support thereof, Defendants state:

1. Plaintiffs' Complaint and Motion for a Preliminary Injunction were filed on January 21, 2025. ECF Nos. 1, 3.

2. Plaintiffs effectuated service of their Complaint on Defendants through service on the United States Attorney's Office on January 22, 2025. *See* Fed. R. Civ. P. 4(i)(1)(A)(i)-(ii).

3. Thus, pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' response to the Complaint is currently due on March 24, 2025.

4. On February 13, 2025, this Court issued an Order and Opinion granting Plaintiffs' motion for a preliminary injunction, which enjoins the implementation and enforcement of Executive Order 14160, "Protecting the Meaning and Value of American Citizenship" ("Executive

Order" or "EO"). ECF Nos. 144-145.

5. Defendants subsequently appealed the Court's Order on February 19, 2025, to the United States Court of Appeals for the First Circuit and moved to stay the Court's Order pending appeal. ECF Nos. 154, 157.

6. On February 26, 2025, the Court denied Defendants' motion to stay the preliminary injunction pending appeal. ECF No. 165. The First Circuit then denied Defendants' partial motion to stay the preliminary injunction on March 11, 2025. *See State of New Jersey. et al. v. Trump et al.*, 25-1170 (1st Cir. Mar. 11, 2025).

7. On March 13, 2025, Defendants filed an application for a partial stay of the injunction issued by this Court in the Supreme Court of the United States. Any response to that application is due on April 3, 2025.

8. Given that Defendants' application to the Supreme Court remains pending and that Defendants' deadline to respond to the Complaint is before Plaintiffs' deadline to respond to that application, Defendants seek an additional 30 days to respond to Plaintiffs' Complaint. Defendants submit that it would not be prudent to spend time and resources responding to the Complaint until the Supreme Court resolves the application and the First Circuit disposes of Defendants' appeal. Defendants therefore seek a short extension of the existing response deadline.

9. Plaintiffs, through counsel, have stated that they do not oppose this relief.

10. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs do not oppose the same.

11. Accordingly, Defendants request a 30-day extension of the response deadline until April 23, 2025.

Dated: March 19, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LEAH B. FOLEY
United States Attorney

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Yuri S. Fuchs*
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: March 19, 2025

*/s/ Yuri S. Fuchs*
Yuri S. Fuchs
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: March 19, 2025

*/s/ Yuri S. Fuchs*
Yuri S. Fuchs
Trial Attorney
