UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10139-LTS |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Defendants' Response Deadline, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants' response deadline be, and the same hereby is, **EXTENDED** by 30 days until May 23, 2025.

_____
Leo T. Sorokin
United States District Judge