# United States Court of Appeals
## For the First Circuit

_____

No. 25-1200

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants.

------------------------------------------------------------------------

MARK MARVIN,

Interested Party - Appellant.
_____

Before

Barron, Chief Judge,
Rikelman and Aframe, Circuit Judges.
_____

**JUDGMENT**

Entered: April 23, 2025

The district court's order of February 13, 2025, denying appellant's "Notice of Branzburg v. Hayes Motion" is summarily <u>affirmed</u> for lack of a substantial question. See 1st Cir. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
 Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Shefali Saxena, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Jeremy Girton, Caroline S. Van Zile, Nicole Suzanne Hill, Kaliko'onālani Diara Fernandes, Sean D. Magenis, Adam D. Kirschner, Jessica M. Finberg, John C. Keller, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, Heidi Parry Stern, James Grayson, Zoe Levine, Stacey M. Metro, Daniel Paul Mosteller, Laura Howard, Katherine Connolly Sadeck, Leonard Giarrano IV, Jonathan T. Rose, Julio A. Thompson, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, David S. Chiu, Mollie Mindes Lee, Yvonne R. Meré, Sara J. Eisenberg, Sharon Swingle, Robert C. Merritt, Brad P. Rosenberg, Derek Weiss, Eric Hamilton, Yuri Fuchs, Melvin Jones Jr., Jonathan Benjamin Miller, James Matthew Rice, Whitney D. Hermandorfer, Andrew C. Coulam, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Daniel Z. Epstein, Christopher J. Hajec, Matthew James O'Brien, Gabriel R. Canaan, Nathaniel M. Lindzen, Frank L. McNamara Jr., Ryan P. McLane, Maureen Riordan, Rubin Young, Colleen Connors, Leonard W. Houston, Mark Marvin