UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| New Jersey,<br><br>    Plaintiff,<br><br>V.<br><br>Trump,<br><br>    Defendant. | Civil Action No. 1:25-cv-10139 (D. Mass.) |

## NOTICE OF WITHDRAWAL OF COUNSEL

The Immigration Reform Law Institute, *Amicus Curae* respectfully requests the Court take notice of the withdrawal of Matthew J. O'Brien as counsel in this matter. Mr. O'Brien is no longer employed by the Immigration Reform Law Institute.

/s/ *Matthew J. O'Brien*

MATTHEW J. O'BRIEN
D.C. Bar No. 90012700
Executive Office for Immigration Review
7619 Little River Turnpike, Suite 400
Annandale, VA 22003

## CERTIFICATE OF SERVICE

I Matthew J. O'Brien, Esq. hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2024 .