OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 30, 2025

Robert Farrell, Clerk
US District Court of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Ste 2300
Boston, MA 02210

Re: <u>State of New Jersey, et al</u> v. <u>Trump, et al.</u>
Appeal No. 25-1170
(Your No. 1:25-cv-10139-LTS)

Dear Clerk Farrell:

Enclosed please find a copy of a letter from the United States Supreme Court regarding the above-referenced case.

Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

Thank you for your cooperation.

Sincerely,

Antonio Lopez-Blanco
Data Quality Analyst
U.S. Court of Appeals for the First Circuit
(617) 748-9060

Enclosures

cc:
Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine López, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Jeremy Girton, Caroline S. Van Zile, Kaliko'onālani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, John C. Keller, Heidi Parry Stern, James Grayson, Ester Murdukhayeva, Matthew William Grieco, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV, Jonathan T. Rose, Gabe Johnson-Karp, David Scott Louk, Sharon Swingle, Donald Campbell Lockhart, Leah Belaire Foley, Eric Dean McArthur, Mark R. Freeman, Brett Allen Shumate, Abraham R George, Bradley Hinshelwood, Derek Weiss, Jonathan Benjamin Miller, James Matthew Rice, Whitney D. Hermandorfer, George W. Vien, R. Trent McCotter,

Pietro Alfredo Conte, Matt A. Crapo, Ryan P. McLane, Rubin Young, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, William J. Olson, Jeremiah Morgan, Cody C. Coll, Ari Cuenin, Judd E. Stone II