

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT

April 30, 2025

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington DC 20543

    Re: **State of New Jersey et al v. Trump et al**
       USDC - Massachusetts No. 25cv10139-LTS
       USCA – First Circuit No. 25-1170
       United States Supreme Court No. 24A886

Dear Clerk Harris:

    I am writing regarding the above District Court case. On April 30, 2025, this Court received a letter pursuant to Rule 12.7 to certify and transmit immediately the entire District Court record (including transcripts) to your office. All filings are available electronically through PACER, as there are no sealed or confidential filings.

    If you should have any questions, please do not hesitate to contact me.

                                      Sincerely,

                                      *Matthew A. Paine*

                                      Matthew A. Paine
                                      Appeals Coordinator
                                      United States District Court
                                      District of Massachusetts
                                      (617)-748-9157
                                      Matthew_Paine@mad.uscourts.gov