AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New Jersey, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts                                      .

Date:  07/02/2025

/s/ David C. Kravitz
*Attorney's signature*

David C. Kravitz, BBO # 565688
*Printed name and bar number*
Massachusetts Attorney General's Office
One Ashburton Place, 20th floor
Boston, MA 02108
*Address*

david.kravitz@mass.gov
*E-mail address*

(617) 963-2427
*Telephone number*

*FAX number*