AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| State of New Jersey, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-10139 |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                          .

Date:      07/08/2025

/s/ Kathleen C. Jacobs
*Attorney's signature*

Kathleen C. Jacobs, TX Bar No. 24091154
*Printed name and bar number*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

*Address*

Kathleen.C.Jacobs@usdoj.gov
*E-mail address*

(202) 598-7615
*Telephone number*

(202) 616-8460
*FAX number*

Print          Save As...                                             Reset