# TABLE OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Declaration of Matthew A. Barreto, Professor of Political Science and Chicana/o Studies at the University of California, Los Angeles |
| B | Declaration of Shelley Lapkoff, Senior Demographer at National Demographics Corporation |
| C | Declaration of Laurel Lucia, Deputy Executive Director of Programs, Center for Labor Research and Education, Institute for Research on Labor and Employment, University of California, Berkeley |
| D | Declaration of Medha D. Makhlouf, Elsie de R. and Samuel P. Orlando Distinguished Professor and Founding Director of the Medical-Legal Partnership Clinic, Penn State Dickinson Law |
| E | Declaration of Tom K. Wong, Associate Professor at the University of California, San Diego |
| F | Declaration of Sarah Adelman, Commissioner of the New Jersey Department of Human Services |
| G | Declaration of Jeffrey A. Brown, Acting Commissioner of the New Jersey Department of Health |
| H | Declaration of John Gary Huck, Chief Financial Officer of University Hospital |
| I | Declaration of Maricris Acon, Deputy Director of the Children, Adolescents, Young Adults Services Division at the California Department of Developmental Services |
| J | Declaration of Lindy Harrington, Assistant State Medicaid Director of the State of California |
| K | Declaration of Peter Hadler, Deputy Commissioner for the Connecticut Department of Social Services |
| L | Declaration of Brian Campbell, Administrator for the Economic Security Administration at the District of Columbia Department of Human Services |
| M | Declaration of Steven M. Costantino, Director of Health Care Reform and Associate Deputy Secretary at the Delaware Department of Health and Social Services |
| N | Declaration of Kenneth Fink, Director of the Hawaiʻi State Department of Health |
| O | Declaration of Judy Mohr Peterson, Med-QUEST Division Administrator for the State of Hawaiʻi's Department of Human Services |
| P | Declaration of Rafael López, Secretary to the Maryland Department of Human Services |
| Q | Declaration of Meghan Groen, Senior Chief Deputy Director for Health Services within the Michigan Department of Health and Human Services |
| R | Declaration of John Connolly, Deputy Commissioner and State Medicaid Director for the Minnesota Department of Human Services |
| S | Declaration of Shaneen Moore, Assistant Commissioner of the Family Wellbeing Administration of the Minnesota Department of Children, Youth, and Families |
| T | Declaration of Wendy Underwood, Deputy Commissioner at the Minnesota Department of Health |

| | |
|---|---|
| U | Declaration of Natasha Ashmont, Division Director of the Division of State Operated Healthcare Facilities at the North Carolina Department of Health and Human Services |
| V | Declaration of Melanie Bush, Assistant Secretary for NC Medicaid at the North Carolina Department of Health and Human Services |
| W | Declaration of Kelly Kimple, Division Director of the Division of Public Health (DPH) at the North Carolina Department of Health and Human Services |
| X | Declaration of Gabrielle Armenia, Director of the Division of Eligibility and Marketplace Integration in the Office of Health Insurance Programs of the New York State Department of Health |
| Y | Declaration of Michelle S. Davis, Deputy Commissioner of the Office of Public Health within the New York State Department of Health |
| Z | Declaration of Susan Ehrlich, Chief Executive Officer of Zuckerberg San Francisco General Hospital and Trauma Center |
| AA | Declaration of Ann Barone, Chief for the Rhode Island Supplemental Nutrition Program for Women, Infants and Children at the Rhode Island Department of Health |
| BB | Declaration of Daniel Connors, Director of Interagency Operations at the Rhode Island Executive Office of Health and Human Services |
| CC | Declaration of Zuheil Amorese Figueroa, Vital Records State Registrar at the Rhode Island Department of Health |
| DD | Declaration of Brett Johnson, Chairman and Chief Executive Officer at the Eleanor Slater Hospital of the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals |
| EE | Declaration of Kimberly Merolla-Brito, Director of the Rhode Island Department of Human Services |
| FF | Declaration of Debra Standridge, Deputy Secretary at Wisconsin Department of Health Services |
| GG | Declaration of Sharon C. Boyle, General Counsel of the Massachusetts Executive Office of Health and Human Services |
| HH | Declaration of Gina M. DeBlassie, Cabinet Secretary of the New Mexico Department of Health |
| II | Declaration of Elizabeth Groginsky, Cabinet Secretary of the New Mexico Early Childhood Education and Care Department |
| JJ | Declaration of Kari Armijo, Secretary of the New Mexico Health Care Authority |