# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| NEW JERSEY, *et al*., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, *et al*., | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**DECLARATION OF MATTHEW A. BARRETO**

**July 2025 Expert report of Matthew A. Barreto, Ph.D.**

## I.    Background and Qualifications

Pursuant to 28 U.S.C. section 1746, I, Matthew A. Barreto declare as follows:

1.    My name is Matthew A. Barreto, and I am currently Professor of Political Science and Chicana/o Studies at the University of California, Los Angeles.  I was appointed Full Professor with tenure at UCLA in 2015.  Prior to that I was a tenured professor of Political Science at the University of Washington from 2005 to 2014.  At UCLA I teach courses related to immigrant attitudes and political behavior at the undergraduate and Ph.D. level.  I am currently the faculty director of the Voting Rights Project in the Luskin School of Public Affairs and I teach a year-long course on the Voting Rights Act (VRA), focusing specifically on social science statistical analysis, demographics and voting patterns, literature review analysis, and mapping analysis that are relevant in expert reports. I have written expert reports and been qualified as an expert witness more than four dozen times in Federal and State civil rights cases, voting rights cases, including many involving immigrant communities. I have published peer-reviewed, social science articles

specifically about immigrant integration, immigration political behavior, and how immigrants react and respond to perceived threat.  I have been retained as an expert consultant by states and counties across the country to advise them on matters related to civil rights, redistricting, voting rights, and more. As an expert witness, I have testified dozens of times and my testimony has been relied on by courts to find in favor of both plaintiffs and defendants.

2.    I have regularly presented my expert review and summary of social science literature as part of expert witness reports and declarations, which have been accepted as valid and relied upon by the courts.  Review of published social science literature is a well-established method among political scientists and social scientists in general for drawing valid conclusions regarding the consensus in the field.  Literature reviews are an essential component of all academic research and a requirement for publishing peer-reviewed academic research because they establish the baseline set of knowledge and expectations within the field. On a similar topic to this report, I recently submitted an expert report in federal court in New York which included a comprehensive literature review, as part of a lawsuit challenging Immigration and Customs Enforcement (ICE) apprehension in the New York State Court system. Before that, in litigation challenging the addition of a citizenship question to the 2020 decennial census, three federal courts in New York, California, and Maryland relied upon my literature review related to immigrant avoidance as providing credible and valid evidence to help the courts form their opinions.

3.    Throughout my career, I have taught courses on Immigration Policy, Immigrant Political Behavior, Racial and Ethnic Politics, Electoral Politics, Public Opinion, Voting Rights, Chicano/Latino History, Introduction to Statistical Analysis, and Advanced Statistical Analysis to undergraduate, Master's students, Law students and Ph.D. students.

4.    I earned a Ph.D. in Political Science at the University of California, Irvine in 2005, with an emphasis on racial and ethnic politics in the United States, political behavior, and public opinion. During graduate school I worked as a researcher at the Tomás Rivera Policy Institute conducting

data analysis and authoring reports related to immigrant integration and patterns of political engagement in the United States.

5.    I have published multiple peer-reviewed academic research papers on immigrant public opinion and immigrant political behavior and have been invited to brief various state legislatures as well as the U.S. Congress on topics related to immigration policy.

6.    I have conducted large public opinion surveys in connection with litigation assessing, among other things, how immigrants respond to, and are affected by, changes in laws and statutes. Courts have accepted these surveys as viable and methodologically accurate instruments to understand how the public responds to changes in state law. In particular, my previous survey research focused on understanding sub-group analysis to evaluate differential impacts by race and ethnicity. I have collected and analyzed dozens of surveys that include immigrant populations to understand their attitudes and behaviors, and in *New York vs. ICE* (1:19-cv-08876), analyzed a survey of immigrants that reported conclusive evidence of immigrant withdrawal and avoidance and ultimately the court found in favor of plaintiffs, New York State. In numerous other cases at both the state and federal level, surveys I have implemented have been relied on by the courts to rule in favor of plaintiffs.

7.    In *Fish v. Kobach* (No. 16-2105-JAR-JPO), the plaintiffs retained me as an expert witness to evaluate the methodology of the defendant's survey, and the United States District Court for Kansas found me to be an expert on best practices of survey research and credible and qualified to discuss survey methodology.

8.    In *Petteway v. Galveston County* (No. 3:22-cv-57), I was retained to analyze political engagement by different racial and ethnic groups as well as to perform a literature review and conduct statistical analysis, and the United States District Court for the Southern District of Texas, Galveston Division found me to be credible and relied on my report in finding for the plaintiffs.

9.   I am the primary author of this report and all conclusions are my own. I was assisted in this report by Dr. Edward Vargas, tenured professor at Arizona State University, who has published dozens of articles on the topic of immigrant attitudes and incorporation in society. Dr. Vargas assisted me in downloading and reviewing literature on this broad topic and preparing summaries that I used as part of my literature review. Dr. Vargas was also a co-author, along with Dr. Gabriel Sanchez, University of New Mexico, on the 2025 Latino Immigrant National Attitudes Survey (LINAS) that I rely on in this report.

10.  My full professional qualifications and activities are set forth in my curriculum vitae, a true and correct copy of which I have attached hereto as Appendix B.

## II.    Scope of Work

11.  Plaintiffs in this action retained me to evaluate what effect Executive Order 14160 ("EO 14160"), issued in January of 2025, would have on attitudes and behaviors of immigrants in the United States, and whether or not immigrants might withdraw from state and federal government programs, as well as avoid making contact with state services ranging from public schools, interactions with local police, or utilizing public health services. I also examined whether or not there might be confusion and misunderstanding about state or federal laws related to citizenship given recent rulings, and potential rulings by the federal courts about EO 14160. To conduct my evaluation, I reviewed two principal sources of information. First, I conducted a comprehensive literature review on how immigrant communities react to immigration enforcement and deportation threat, drawing on research in sociology, political science, ethnic studies, economics, public policy and other social science fields. Second, I conducted statistical analysis of a recent nationwide public opinion survey of Latino immigrants to test how immigrant respondents react to the deportation threat and if it results in what the literature has termed a "chilling effect" leading to avoidant behavior and withdrawal.

### III.    <u>Executive Summary</u>

12.  Based on the extant literature published in the social sciences, my analysis of a recent survey of Latino immigrants, and my own experience implementing hundreds of other public opinion surveys of immigrant communities, I conclude that:

    a.  Immigrants express fear and concern over their family's safety and security as a direct result of EO 14160 ending birthright citizenship for U.S. born children of some immigrants.

    b.  Fears over deportation risk have a significant "chilling effect" on the participation and engagement of the Latino immigrant community, which creates burdens and hardships for New Jersey and other states to provide public services to their residents and to conduct their official business, interferes with effective law enforcement, and reduces participation in public health programs. If EO 14160 takes effect in large swaths of the country, there are parents who will be chilled from accessing public services for their young children who would have accessed such services if EO 14160 remained fully enjoined.

    c.  Published studies point to an alarming finding of prenatal care avoidance and post-birth health care avoidance among pregnant women who fear deportation.  If EO 14160 takes effect in large swaths of the country, undoubtedly non-citizen immigrant women who are pregnant will increase avoidant behavior with public health care facilities, resulting in negative health outcomes for their babies, and to the mothers.

    d.  When federal law varies by state, this creates an environment of confusion and even panic in immigrant communities that results in misinterpretation of the law and leads to additional chilling effects and avoidance. In contrast, when federal laws are applied uniformly and equally across states, in this specific case a national injunction to restore existing birthright citizenship, prior research suggests that immigrant communities will engage with public services once again.

e. Latino immigrants who report being worried about deportation are statistically more likely to report avoidant behavior with respect to engaging public/government services including: avoiding public schools, avoiding interaction with law enforcement, avoiding health care facilities, avoiding going to work, avoiding banks and financial institutions, and avoiding public parks and recreational facilities. The published work is clear that likelihood of avoidance depends on numerous factors. If EO 14160 partially takes effect, some noncitizen parents will avoid public services who would access those services if EO 14160 remains fully enjoined.

f. There is clear evidence of confusion leading to further avoidance and withdrawal as immigrants who are in cities that do not participate in federal immigration enforcement and report worrying about deportation are equally likely to report avoidant behavior as immigrants who are not in such cities.

13. Based on the dozens and dozens of published studies I examined for the literature review, the existing research findings are clear: increased immigration enforcement instills a sense of fear, anxiety, and stress among immigrants, their families, and those connected to immigrants, which results in heightened sensitivity to the risk of detention, arrest, or deportation for immigration reasons. Any policy that subjects a family member to an increased risk of detention, arrest, or deportation, is likely to increase such fears—with attendant avoidant behaviors. Removing the longstanding right of birthright citizenship for their children is perhaps one of the most severe threats to the immigrant's family security. This is particularly so as the federal government attempts to more strictly enforce citizenship standards, and immigration authorities increase their presence or their detention activities in a community. In these dynamics, research demonstrates that seek to avoid any official contact or interaction that could lead to an encounter with an immigration law enforcement official.

14. Social science research since the 1990s, but especially so in more recent years, is near consensus

in finding strong patterns of avoidance, withdrawal, and exclusion that is a result of increased immigration enforcement, something social scientists call the "chilling effect." This research is often community-focused and highlights how increased presence of ICE in a particular city, or ICE collaboration with a particular institution, results in noticeable withdrawal in that specific area.  Immigrants, and often their children and close network, will purposely avoid or withdraw from environments where they fear potential immigration enforcement, during times of increased fear and sensitivity. However, these effects are often episodic and when deportation fear subsides, immigrants return to a normal pattern of engagement.

15. When the fear associated with detention, separation from their children or family, and possible deportation spikes due to changes in law or ICE presence it can become so paralyzing that many immigrants – when faced with ICE enforcement especially in public spaces – avoid even necessary public services such as police protection, health services, going to work, sending their children to school, or attending court to defend their rights.

16. The survey I analyzed shows that an overwhelming majority of Latino immigrants support the current Constitutional amendment providing birthright citizenship, and that increased immigration raids have created a strong sense of worry over detention and deportation, especially in light of attempts to end birthright citizenship. Today, 44% of non-citizen immigrants report they worry a lot that they could personally be detained or deported, and a larger share, 62%, worry a lot that a family member or personal friend could be detained or deported.  This fear is significantly higher among immigrants with children in the household.  Among all immigrants in the study, 29% report personal deportation fear if there are no children in the household compared to 41% who report deportation fear if there are children present.  When asked about family members, 47% with no children present report deportation fear for a family member compared to 58% who report fear if they have children in the household.

17. The survey also asked immigrants many questions about what types of behaviors they are

engaged with, or avoid on a regular basis. Among immigrants who have the highest worry over deportation for themselves and their family, avoidance behavior is statistically higher. For example, among those with a high degree of worry, 28% stated they avoided public health facilities and medical appointments and 19% stated they avoided public schools. Across a combined six-item behavior scale, 64% of immigrants with the highest degree of worry stated they avoided at least one type of public interaction. The strongest effect was found among non-citizen immigrants with children in the household with 73% stating they avoided at least one activity compared to just 45% among naturalized immigrants with no children in the household.

18. In contrast, when immigrants are not worried about deportation, they experience regular or normal levels of public engagement. In the survey, immigrants who report the lowest level of deportation worry, and have no kids in the household are very engaged with only 7% stating they avoided any engagement – a factor of 10 times lower than the 73% who avoided engagement if they were worried and had kids present. Throughout the survey, and the established literature it is clear that a welcoming and stable immigration environment results in regular levels of public engagement by immigrants.

19. It is not the case that deportation fear has paralyzed all immigrants, but rather it is episodic and responsive to local events. As evidenced in the survey, immigrants who report the lowest degree of worry, and live in cities where there have not been any recent immigration raids are the most secure with only 4% reporting they avoided a public health facility or medical visit. In stark contrast, immigrants with the highest degree of worry, who reside in cities where there have been recent immigration raids witness an almost 10-fold increase in avoidance with 38% stating they avoided a public health facility or medical visit. This effect is even stronger when isolating to immigrants with children in the household.

20. The clearest evidence of immigrant avoidance and withdrawal being tied to policies such as EO 14160 comes from the 2025 LINAS survey when comparing immigrants in very different

dynamics.  On the one hand, there is strong support for Ocampo's (2024) theory of immigrant belonging and engagement when looking at immigrants who are naturalized citizens, have no children in the household, live in a city that experienced no ICE raids and report they are not worried about deportations.  For this group of immigrants who are most secure and not influenced by deportation concerns more than 95% state they have not taken any avoidant behavior.  Indeed, they are quite engaged in society and government entities.  Even among non-citizens, if they have no children in the household, live in a city that experienced no ICE raids and report they are not worried about deportations, over 81% are fully engaged and have not taken any avoidant behavior.  In strong contrast to these patterns are the other end of the spectrum, those immigrants most closely affected by deportation threat: non-citizens, who have children in the household, live in a city that has experienced ICE raids, and report they are most worried about deportation, only 18% are fully engaged and 82% report engaging in at least one avoidant behavior.

21.  As the exhaustive literature review suggests, and the 2025 LINAS data confirms, many immigrants who experience a welcoming or belonging context engage the political system at high rates.  However, when policies change that create fear, anxiety and deportation concerns especially for their children, there is strong evidence of chilling effects and avoidant behavior.

## IV.   **Literature Review**

22.  In this section, I review the general social science literature on immigrant community reactions to changes in immigration law and immigration enforcement, across the fields of sociology, psychology, ethnic studies, political science, economics, and more.  Section A begins with literature concerning immigration enforcement and resultant fear and anxiety in the immigrant community.  Section B then examines how immigrants react in an environment of conflicting state laws related to citizenship and the ultimate confusion that results. Next, Section C proceeds with research covering the connection between immigration enforcement and avoidance behavior and withdrawal.  Section D examines how a welcoming environment produces immigrant

engagement and incorporation, not withdrawal. Section E examines research related to historic efforts by the Federal Government to increase immigration cooperation with the U.S. Census and to reduce fear among undocumented communities.  This section is important because it documents extensive research by the federal government acknowledging the chilling effect but also acknowledging that a more welcoming approach can decrease withdrawal. Next, Section F contains an analysis of how the sociopolitical climate interacts with immigration enforcement to create a stronger sense of fear and avoidance when immigrants are faced with risks to their citizenship and their family.  Finally, Section G summarizes a review of existing administrative records of local law enforcement interactions before and after increased immigration enforcement to observe engagement patterns using official government records.

### A.  Deportation Risk and Fear in Immigrant Communities

23.  In recent decades, social scientists have taken up the question of how immigrant communities react to various immigration-related policy shifts including increased immigration enforcement practices, changes in immigration law, and increased police collaboration with ICE.  Since 9/11, the federal government has restructured which agencies deal with immigration enforcement and how they operate and has expanded partnerships between federal immigration authorities and localities.  Today, the primary agency tasked with immigration enforcement is ICE, though there is often spillover into adjacent agencies and law enforcement.  As such, research studies have sought to understand the implications of increased enforcement presence for immigrant communities.  These studies have concluded that a noticeable withdrawal occurs in the face of heightened enforcement, crackdowns, surveillance, or ICE presence.  Scientists have labeled this withdrawal the "chilling effect."  (Rathod 2010; Watson 2014; Vargas 2015; Pedraza and Osorio 2017).

24.  The theory behind the chilling effect is that many immigrants, as well as non-immigrants with strong bonds to immigrants, are fearful of interactions with law enforcement authorities,

especially ICE.  Even for the millions of people who have done nothing wrong, researchers have documented fears over stories of wrongful detainment or deportation, wrongful separation of children and parents, and wrongful arrest and incarceration of naturalized Americans.  Whether or not these stories are all true is of little consequence.  What matters, rather, is that many people in the immigrant community have some personal knowledge of these stories and believe that they too could end up in serious jeopardy over an encounter with immigration law enforcement.  As a result, when there is increased immigration enforcement, social science research has documented a consistent chilling effect whereby immigrants, and those close to immigrants, avoid potential exposure to ICE or other similar enforcement, in some cases for prolonged periods.

25. Fears about getting caught up in the immigration system are not unfounded.  A study by the Chief Justice Earl Warren Institute at the University of California, Berkeley found that during a period of increased ICE presence in Texas in 2006-2007, immigrants and Latinos in general were heavily targeted, and often detained and arrested, without regard for immigration status. (Gardner and Kohli, 2009).  The study reported that during implementation of the Criminal Alien Program (CAP) there was "strong evidence to support claims that Irving police engaged in racial profiling of Hispanics in order to filter them through the CAP screening system." The published data clearly indicated a change in the arrest rates of Hispanics after the implementation of CAP as well as increased deportations of non-criminal immigrants for low-level arrests, typically traffic violations. In response, immigrants across the Irving area feared that they might get caught up in the CAP detentions; in response to this fear, they altered their commute routes and withdrew from public areas where law enforcement might be found—even if that meant not going to work or taking their children to school.

26. Many in the immigrant community are fearful that ICE is not narrowly targeting criminals, but rather using its broad discretion to detain, refer, and ultimately deport non-felon immigrants, including those with documented status.  The research backs this up.  In the Irving, Texas study,

analysis of ICE detainer records found that, "only 2% of all the detainers issued in the 15-month time period that CAP was implemented in Irving were issued for individuals with felony offenses." The authors concluded that "the data strongly negates assertions by ICE that federal-local partnerships are resulting in the identification and removal of persons with serious criminal histories," and noted that "local officials were likely referring lawful residents to ICE."

27.  Immigrants are aware that they need to constantly keep their guard up during periods of heightened immigration enforcement because ICE officials could be lurking anywhere, as the summarized research demonstrates. In one instance, Rathod (2010) examined a case in which ICE agents posed as OSHA officials in a plastics factory that had unsafe working conditions. After undocumented immigrants filed complaints about dangerous and unhealthy working conditions, the OSHA official turned out to be an ICE agent who detained and arrested the complaining workers. Stories such as this are commonplace in the immigrant community. Moreover, when the community members fear ICE presence, word spreads quickly and people grow suspicious. The Rathod study (2010) found that immigrant workers stopped reporting work violations to OSHA out of fear that OSHA was cooperating with ICE. In 2019, The Washington Post[1] reported similar practices whereby ICE coordinated with OSHA and targeted workers who filed complaints with detention and deportation, writing that "ICE undertook a campaign of targeted harassment and retaliation against" the complaining workers. (Rosenberg 2019).

28.  The reason many in the immigrant community fear an interaction with ICE is because they know well the consequences of ICE detention, arrest, or deportation. A study of children and parents who had been detained by ICE found strong evidence of anxiety, fear, and withdrawal by both the parents who had been detained and by the children who grew nervous and terrified of losing their parents. According to the study, "Parent-child separations were common in our study sample. The separation of children from their parents is one of the most direct results of

---

[1] https://www.washingtonpost.com/business/2019/11/25/how-worker-who-survived-catastrophic-building-collapse-ended-up-ice-detention/

immigration arrests.  Parents routinely reported symptoms of depression, nervousness, and anxiety. More than forty percent of the respondents said they always or almost always felt depressed, nervous, anxious, or that everything was difficult," and had a "continued fear of immigration enforcement and electronic monitoring." (Chaudry 2011).  The study also found that over half of the children surveyed reported increased fear, which lead to withdrawal. For many immigrant parents, the mere thought of an encounter with ICE is devastating: "The main sources of parental stress included separation from their children, wondering whether and when they might be deported or be able to return to or find work, and worries about not being able to make ends meet."

29.    After being exposed to heighted immigration enforcement, "Families were often paralyzed by fear that immigration agents would come to their homes and arrest people." (Chaudry 2011). According to a study of immigration raids and increased enforcement, "current U.S. immigration policies, which focus heavily on arrest and deportation of unauthorized immigrants, have widespread and substantial consequences for families with children," concluding that they face "social and psychological consequences," and that "they often live in fear." (Chaudry 2011). Similar studies have documented the psychological toll that detention and fear of deportation can have on immigrant families.  Using the term "extrafamilial acculturative stress," researchers have related fear of deportation to stress and to poor physical and emotional health in both parents and children." (Capps et al. 2015).

30.    One study in New York supports this finding of fear of law enforcement related to immigration. In the absence of immigration enforcement concerns, high density immigrant communities in New York report higher levels of trust and cooperation with police and lower rates of crime. However, this trust is easily compromised when immigrant communities fear increased deportations and worry that local police may be cooperating with federal immigration authorities. (Kirk et al. 2012).

### B. Conflicting Laws and Rulings on Immigration Results in Confusion and Avoidance

31.  Under a potential patchwork legal regime for birthright citizenship, the potential for cross-jurisdictional conflict and differing enforcement "tend to create significant levels of uncertainty among immigrant residents about what policy approach prevails." (Varsanyi et al. 2012). Even state and federal law enforcement officials themselves can be uncertain when immigration policy differs state-by-state and may not know how to proceed when different state policies come into conflict, and this leads to what the authors describes as a "confusing, and often contradictory geography of immigration enforcement."

32.  According to Zimmerman and Tumlin (1999) inconsistent federal or state immigration policy is a recipe for confusion. In their comprehensive review of changes to federal immigration policy and attempts by states to enact conflicting state policies, the authors conclude that "flip-flopping federal policy regarding immigrants and public benefits has led to confusion." Even worse, to the extent states are allowed to implement contradictory rules related to immigrant eligibility for federal benefits – such as birthright citizenship and the resulting benefits associated – state policymakers and immigrants alike are left unable to figure out how to proceed. They are left to contend with "a lack of guidance that leaves some state policymakers confused about their new roles and responsibilities," because the immigration domain is generally thought to typically be unified under federal law. For immigrants themselves, changes or differences in rules and laws between states will result in confusion: "The complex and constantly changing eligibility rules may have left many immigrants confused about whether they are eligible for assistance." The authors conclude that states should play an important role in helping clarify immigrant laws and public benefit eligibility in a consistent and unified voice, as opposed to what the authors call "patchwork policies."

33.  It can be difficult for immigrants to correctly interpret complex policy changes and how they will be affected. Instead, an easier option is to play it safe, and avoid interactions with public officials,

state and federal programs, and law enforcement. Bernstein et al. (2020a) provide robust evidence of significant chilling effects due to confusion over immigration policy among California immigrant families following changes to the public-charge rule during the prior Trump administration. The authors report that among California immigrant families, only 22.5% correctly understood how the new rule applied to future citizenship applications and that just 18.2% correctly understood that children's Medicaid participation would not affect parents' immigration processes. The effect was an increase in avoiding public benefit programs such as Medi-Cal, CalFresh, and housing subsidies. Immigrants were in fact eligible for these programs, but feared their participation would jeopardize their immigration status and make them eligible for possible deportation. Qualitative follow-up interviews with affected individuals revealed that widespread confusion and misinformation, drove families to withdraw from needed public supports, even when they were eligible. The findings underscore the profound and direct harm to immigrant families caused by complex and confusing immigration policies, emphasizing the resulting withdrawal from vital services.

34.    In a follow-up study, Bernstein et al. (2020b) report that confusion about the public charge policy's specifics exacerbated withdrawal from services, with nearly half of respondents avoiding Medicaid/CHIP or SNAP, and a notable share (around 20 percent) withdrawing from services that were explicitly exempt from the rule, such as free or reduced-cost healthcare and school lunches. Despite a majority (66.6 percent) claiming familiarity with the policy, misinformation remained pervasive: fewer than a quarter understood correctly that citizenship applications or children's Medicaid enrollment would not be negatively impacted. The authors emphasize the importance of these findings for policymakers: widespread confusion surrounding immigration rules causes immigrants and their families to withdraw from essential public programs, resulting in substantial harm to their health and well-being, as well as to broader public health and economic outcomes.

35.    As another example, research by Samuel et al. (2021) looks at public health data for health clinic

visits among individuals from Muslim-majority countries before and after the implementation of EO 13769, known as the Muslim ban, in 2017.  The research compares individuals who are themselves from one of the seven countries banned with individuals from Muslim-majority countries that were not on the ban, as well as with U.S. born White or Black individuals.  Clear evidence of confusion and avoidance was found: individuals from Muslim-majority nations that were *not* part of the ban were statistically more likely to cancel medical appointments, at a rate similar to those individuals from nations that were part of the ban.  White and Black U.S. born respondents demonstrated no change in behavior.  The authors conclude that Muslim immigrant communities experienced considerable stress, confusion, and uncertainty in how the law would be applied and, as a result, they chose to keep a low profile and avoid interactions with public agencies.

### C.  Deportation Risk Leads to Avoidance and Withdrawal

36.   The previous section summarized published social science literature documenting a causal link between exposure to immigration enforcement and fear, anxiety, stress, and confusion among immigrants, their family and their communities. This section will review literature that more directly shows how  immigration-related fear, anxiety, stress and confusion lead to avoidance and withdrawal, i.e., the chilling effect.  According to the extant literature, even the threat of deportation can hurt a family's well-being by inducing fear that restricts mobility, access to jobs, and use of public and private supports in times of need.  (Koball et al. 2015). Across the wide-ranging literature, a key finding is that immigrants are normally eager to engage in public life and political institutions, but when there is a threat of exposure to ICE or fear of detention, avoidance behavior is likely.  (e.g. Garcia 2019).

37.   Some of the newest studies in this area are documenting how immigrants and U.S. born American citizen children responded to the first Trump administration's "public charge" rule which required citizenship checks for access to public services and was credited with creating a chilling

effect among immigrants in the U.S.  A comprehensive study by Capps et al. (2020) evaluated Census ACS data from 2016 to 2019 and documented reduced enrollment in TANF, SNAP and Medicaid among noncitizens, even after controlling for socioeconomic status and need.  More notably, the share of children receiving benefits in all three programs fell about twice as fast among U.S. citizen children with noncitizen household members than it did among children with only citizens in their household.

38.   Other new research on the public charge rule by Haley et al. (2021) summarizes original data and finds confusion and fear related to immigration policies significantly deter immigrant families with children from utilizing essential public benefits. Using data from the Urban Institute's Well-Being and Basic Needs Survey (WBNS), a nationally representative survey conducted in December 2020, the authors demonstrate substantial chilling effects among immigrant families due to the Trump administration's expanded public charge rule. Specifically, one in five adults (20%) in immigrant families with children reported that they or a family member avoided enrolling in noncash public benefit programs, such as Medicaid, SNAP, or housing subsidies, because of concerns over immigration consequences.

39.   Gonzalez et al. (2024) show lasting "chilling effects" of the Trump-era public charge rule persisted even in to 2023, as a direct consequence of fear and confusion. The authors found that 11.7% of adults in immigrant families and nearly one in four in mixed-status families avoided non-cash safety-net benefits due to green-card concerns. This avoidance was twice as high among families with children, at 15.7%, compared to those without children, at 7.5%. Mixed-status households and immigrant families with children also faced disproportionately high material hardship; 59.6 % of adults in mixed-status families and 45.7 % of adults in immigrant families with children experienced at least one hardship, such as food insecurity, unmet medical care, or difficulty paying housing and utility bills. The authors conclude that confusion and misinformation about public charge rules continue to deter eligible immigrants from critical

assistance, thereby exacerbating economic and health risks for millions of citizens and lawfully present children in low-income immigrant families.

40.  Recent news accounts document this fear continues to exist for immigrants as reported by Baumgaertner Nunn and colleagues[2] earlier this year (2025): "Across the country, doctors, nurses and social workers are increasingly concerned that people with serious medical conditions, including injuries, chronic illnesses and high-risk pregnancies, are forgoing medical care out of fear of being apprehended by immigration officials." According to Dr. Julie Linton, "These policies are creating very real fear and uncertainty for people and have a tremendous impact on their ability to function on a day-to-day level." Dr. Linton explained that one of her patients with chronic diabetes canceled her appointment to have her blood sugar checked, and when she called to ask her to come in, the patient responded, "We're very scared of being in the clinic and having ICE arrive while waiting to be called."

41.  A recent scholarly study documented the chilling effect with respect to police avoidance and domestic violence. (Amuedo-Dorantes and Arenas-Arroyo 2019). During increased ICE presence in their town, immigrant women were less likely to call the police and report domestic violence than when ICE presence was very low, or when they were in cities that do not require coordination between local police and ICE. The Violence Against Women Act (VAWA) allows women who are victims of domestic violence to petition to change their immigration status and was used effectively when women felt safe enough to call immigration officials. However, in February 2017 the federal government reactivated the Secure Communities program which coordinated local police databases with ICE. As such, in areas of increased ICE presence, the study found that fewer and fewer women initiate police reports of domestic violence. The authors explain this is due to fears over being reported to, or detained by, ICE. As the authors conclude, "intensified immigration enforcement might increase misreporting due to fear of being over

---

[2] https://www.nytimes.com/2025/05/08/health/migrants-health-care-trump.html

scrutinized and, potentially, placed in a position that jeopardizes the possibility of staying in the country." (Amuedo-Dorantes and Arenas-Arroyo 2019).

42. Fear of losing custody of their children in a legal battle may further inhibit women from reporting any domestic violence or from seeking help in the presence of intense immigration enforcement operations. (Kasturirangan, Krishnan, and Riger 2004). A common finding in the literature is that trust of institutions drops precipitously when confronted with immigration enforcement environments, which creates avoidance in many different public domains. (e.g. Cruz Nichols et al. 2017).

43. In a comprehensive review of the social science literature on the health effects of ICE enforcement, Randy Capps and colleagues reported that exposure to heightened immigration enforcement resulted in immigrants and their families avoiding health clinics. They explain that studies have "found that unauthorized immigrant parents are fearful of accessing health services because of their legal status." (Capps et al. 2015). For example, research has shown that despite increased mental health problems, immigrants may avoid health clinics or doctors due to fears of possible apprehension or an encounter with an official, especially when they suspect there might be immigration enforcement tied to their health care visit. (e.g. Berk and Schur 2001; Perez and Fortuna 2005). In situations where people do not perceive a connection to ICE or immigration enforcement, or where agencies provide welcoming environments, regular use of health or public services is found among immigrants. (e.g. Marrow 2009).

44. Two of the most prominent studies within this field are by Tara Watson (2014) and Edward Vargas (2015) who each, through separate and independent statistical analysis, document that fear of deportation is directly correlated with avoidance and reduced usage of Medicaid. Reviewing immigration and naturalization data from 1992 to 2003, Watson finds that participation in Medicaid for eligible families declines significantly when there is fear of immigration enforcement and deportation, depending on the year and state someone lives in.

"The current paper suggests a previously unrecognized culprit—federal immigration enforcement—which contributes to immigrant reluctance to participate in Medicaid. Immigration enforcement 'chills' would-be Medicaid applicants even when they remain eligible. The results imply that much of the decline in immigrant Medicaid participation around the time of welfare reform can in fact be attributed to increased enforcement of immigration law." (Watson 2014).

45. Using records from the Fragile Families and Child Wellbeing Survey from 1998-2000, Vargas builds on this finding with an entirely different dataset, and merges that dataset with census data, birth records, and immigration policy data.  (Vargas 2015).  This research examined official Medicaid usage to determine if mixed-status families (e.g.,  undocumented parents with U.S.-born children) are less likely to participate in Medicaid during periods of heightened deportation risk. According to Vargas' analysis, "for a one percentage increase in risk of deportation, the odds of participating in Medicaid decrease by 87%, holding all else constant."  While these individuals are the ones with the most need for these benefits, fear of deportation will dissuade parents from enrolling their children in these healthcare programs.  More recent data analyzed by Pedraza and Zhu (2018) affirms the Watson and Vargas findings.  Using data from 2009 to 2012, they find that as Secure Communities immigration enforcement increases, immigrant women are less likely to enroll in Medicaid.  Gelatt (2017) reviewed wide-ranging scholarship across economics, sociology, and public health, and concluded that "surveys of unauthorized immigrants have revealed high rates of fear of seeking public benefits or securing medical services because of concerns about potential deportation."  An important takeaway from this literature, summarized effectively in new work by Garcia (2019), is that avoidance and withdrawal are more likely to occur in the presence of specific and discrete threats from immigration enforcement, and that generalized anger over an anti-immigrant environment alone does not necessarily trigger a chilling effect.

46. Newer research by Young and colleagues (2023) reports a direct link between fears over citizenship checks and avoiding healthcare interactions. Drawing on a novel population-based study in California among 1,600 Latino and Asian American/Pacific Islander (AAPI) immigrants, the scholars find that immigration enforcement encounters are the most likely to cause immigrants to cancel, avoid, or delay necessary health care appointments. Among those reporting fears over citizenship and immigration encounters, nearly one in four stated they would "stay indoors to avoid law enforcement" and were found to be 30% more likely to delay medical treatments than those who did not experience any deportation or citizenship threats. Likewise, a study on COVID-19 testing found that exposure to immigration enforcement was significantly associated with delaying or avoiding COVID-19 testing among Latino and Asian immigrants in California as COVID-19 testing was initially sponsored and run by federal government health agencies (Sudhinaraset et al. 2022).

47. Other research has found strong evidence of increased anxiety and avoidance behavior when immigrants perceive they are being monitored by the federal government. (e.g. Menjívar 2011; Szkupinski Quiroga et al. 2014). Research by Hagan et al. (2011) documented a clear finding of an extensive chilling effect resulting from increased presence of government officials who appear to be monitoring immigrants and checking on their status. They find immigrants "withdrawing from the community," "avoiding public places," and "spend[ing] most of their non-working hours in their homes because it is the safest way to avoid detection." (Hagan et al. 2011). According to Abrego (2011), undocumented immigrants will go to great lengths to reduce their visibility in society when they perceive a specific threat of deportation. Her research identified withdrawal from interactions with government agencies as awareness of immigration checks increases. From the perspective of an anxious immigrant, each time immigration enforcement increases in their community, the chances of withdrawal greatly increase as well. According to Abrego: "In effect, their well-being and stability are perennially threatened because, as they are constantly reminded, there may be an ICE raid at their place of employment at any time." (2011).

48. In a survey experiment, Pedraza et al. (2017) are able to isolate what they identify as a casual link between cueing immigration concerns and health care avoidance, even among U.S. citizen Latino immigrants. They argue that Latino immigrants, both citizens and non-citizens alike become nervous about sharing personal information on forms because they fear the government could use that information to detain or deport family members. In particular, when their experiment randomly cues "immigration concerns" they find statistically significant evidence that Latinos are nudged away from making appointments to see health care providers, especially as dependent on their proximity to the undocumented immigrant community.

49. Research also finds that increased presence and visibility of government officials who appear to be collecting immigration information creates withdrawal and also increased misreporting on government forms. (Rodriguez and Hagan 2004). Increased presence of immigration officials in the community led to a decline of student attendance in a nearby school, where students sought to avoid any contact with the government officials. However, in communities without ICE presence, school attendance is not impacted. Rodriguez and Hagan observed this trend across three different cities in Texas and attributed increased withdrawal to increased visibility and presence of government officials asking about immigration status. The same study further reported that Hispanics began to change their racial identification to "White" on government forms at health clinics to avoid any risk of encountering immigration officials. (Rodriguez and Hagan 2004).

50. Similar research has focused on the vulnerability of children of immigrants and found a link between fears over deportation and avoiding schools, including not sending children to school. Bucheli et al. (2021) find evidence that increased immigration arrests targeting the Hispanic community results in substantial declines in school enrollment among Latino youth, including both foreign-born and U.S.-born American citizens, especially those with non-citizen parents. Using official ICE arrest data at the Metropolitan Statistical Area (MSA) the authors find clear

evidence of a chilling effect on Latino school attendance which they attribute to fears over children being separated from their parents and families.

51. New comprehensive research out of North Carolina has examined the impact of 287(g) partnerships between local law enforcement and ICE with respect to school engagement among Latino youth, including U.S. born American citizens. Tracking data over a 10-year period, Bellows (2021) finds that proximity to immigration enforcement leads to withdrawal and avoidance in educational settings with Latino students, who were statistically more likely to be classified as "chronically absentee," while no such correlation existed for White or Black students. Further, Bellows reports an even stronger association for Latino students who were classified as Limited English Proficient and likely to have undocumented immigrant parents. Both the students' and the parents' desire to avoid immigration enforcement resulted in considerable absenteeism in school and ultimately resulted in lesser educational attainment among Hispanic youth in this North Carolina study.

52. A number of local enforcement agencies from jurisdictions with sizeable immigrant communities have grown concerned that their involvement with ICE might jeopardize decades of advances in community policing, which could limit residents' willingness to contact the police, report crimes, or assist in police investigations. (Magnus 2017, Burnett 2017). "Many jurisdictions have complained about the lack of community cooperation with the police as a result of the increased police involvement in immigration enforcement." (Khashu 2009). The reason is that police departments rely on strong community relations and trust in order to do their job effectively and they know immigrants will back away if they perceive city or state police to be cooperating with ICE. Indeed, research by Nguyen and Gill (2015) suggests that local police involvement in immigration enforcement increases fear and mistrust among immigrant communities, reducing their willingness to engage with the police.

53. Police testimony, anecdotal reports, and empirical research support this concern, with research showing how immigration enforcement raises fear and mistrust of the police, negatively impacting immigrant crime reporting. (Abrego 2011, Burnett 2017, Nguyen and Gill 2016, Vidales *et al.* 2009, Vishnuvajjala 2012).

54. Kubrin (2014) conducted a sweeping analysis of community-police relations comparing areas with heightened immigration enforcement and cooperation with ICE to those areas where local police did not cooperate with ICE. According to this Kubrin, "As officers increasingly occupy the role of 'immigrant enforcers,' a breakdown in trust is likely to occur and produce a 'chilling effect' in the local immigrant community. Residents are left wondering, 'Who is the police?' and 'Who is *la migra*?[3]' And if local police visibly join the ranks of immigration enforcement officials, residents may just stop talking to them all together." (Kubrin and Trager, 2014). "Immigrants' greatest fear is that contact with local authorities will somehow threaten their status in the United States."

55. Given the conflation of Latinos with undocumented immigrants, (see Reny and Manzano 2016), Latinos face situational factors that other racial minorities do not, particularly surrounding immigration status, which informs the way that they feel about law enforcement. Using a survey of 2,000 Latinos conducted November-December of 2012, Theodore and Habans (2016) found that insecure immigration status is associated with lower levels of reporting crime to the police, and that personally knowing undocumented individuals is also associated with lower levels of reporting crime. The key motivating factor is fear and anxiety of being questioned about immigration status. Even documented immigrants were associated with negative attitudes towards the police, especially in the presence of immigration enforcement. (Theodore and Habans 2016). Other research has shown that when local police publicize that they are only targeting immigrants who are also serious criminals, police-community relations may improve

---

[3] *La migra* is a Spanish abbreviation for immigration authorities or immigration police.

in immigrant communities. (Jacome 2018). However, when immigrants perceive that law enforcement is cooperating with ICE to target immigrants broadly, they grow fearful and withdraw from interactions with police, including by refusing to report crimes that take place in their community.

56. Theodore has pinned down the mechanism at play in immigrant suspicion of police as fears over police cooperation with immigration authorities. In one study, Theodore reported that 70% of undocumented respondents said they were less likely to contact law enforcement, even if they were victims of a crime, due to fears over ICE. What's more, even U.S.-born Latino citizens practiced avoidance with 28% stating they would not contact law enforcement out of fear that the police might inquire about the status of people they know. In particular, Theodore (2013) reported Latino respondents in Maricopa County, Arizona, were especially worried over immigration enforcement, with 43% of immigrants stating they were afraid to leave their own home due to local police and sheriff cooperation with federal immigration authorities.

57. Other studies have found that increased immigration enforcement results in children of immigrants dropping out of high school at statistically higher rates and being more likely to avoid contact with authorities that might put their parents at risk. (Amuedo-Dorantes and Lopez 2017). As fear over interaction with immigration officials grows, immigrant communities become more reluctant to engage the public sector. Trust diminishes across institutions and avoidance behavior becomes more common. "The fact that enforcement policies affect legal immigrant households as well as the unauthorized immigrant households they target, suggests that such policies may generate a more generalized climate of fear. That fear potentially influences the opportunities of legal immigrant households by fostering a reluctance to pursue the best-available jobs and to access available public and private supports in the community." (Gelatt 2017).

58. Other research examined the Secure Communities implementation and found that in places where immigration enforcement was the most intense, Latinos express lower levels of trust in

government, in particular official institutions, and that immigrants practice avoidance and withdrawal in conditions of heightened enforcement. (Cruz Nichols et al. 2018). Other research supports this finding, noting that "state participation in immigration enforcement efforts may lead to lower earnings, more limited mobility, and greater fear of government institutions for immigrant parents." (Gelatt 2017). The most common finding across disparate studies in different subfields of the social sciences is that increased immigration enforcement leads to fear of government institutions, declining trust, and ultimately withdrawal, though the degree of this effect may depend on the state or local context. (Schildkraut et al. 2019).

59.   Using a randomized survey experiment, Pedraza and Osorio (2017) explained how anxiety over immigration enforcement results in avoidance. In their study, Pedraza and Osorio discuss the fear and withdrawal immigrant communities face over ICE enforcement.  The authors randomly exposed Latino respondents to a condition cueing anxiety related to immigration policy concerns as compared to health care policy concerns.  When cued with concerns over immigration policy, they found statistically significant withdrawal. "Our overarching goal was to determine the extent to which the politics of immigration spills over into routine interactions between U.S. Latinos and government. In our experiment, we found consistent evidence that Latino use of public services is indeed conditioned by immigration issues. Troublingly, our study suggests that the politics of immigration may keep some Latinos from seeing their doctors, calling police when necessary, or meeting with educators of their children. Specifically, our experiment indicates a causal connection between awareness of immigration issues and the use or avoidance of various public services." (Pedraza and Osorio 2017).

60.   In particular, one recent study has focused on the ways in which ICE enforcement at courthouses can chill immigrant community participation, and ultimately lead to an ineffective court system as well as a failure to uphold justice and civil rights of those who deserve a well-functioning court.  Irvine and colleagues implemented a large and scientifically rigorous study of 1,000 people from mixed status immigrant homes to assess how the presence of ICE in courthouses

may impact due process and other rights of those involved. (Irvine et al. 2019). As a result of increased ICE presence and arrests in courthouses, the study reported that 60% of respondents avoid attending court as a witness when they were a victim of a crime, and 33% said they avoid all court proceedings due to fear. Nearly half of the people in their study believed that courthouse judges were working directly with ICE to make arrests, and half of those surveyed said they avoid calling the police due to fears of ICE. "Analysis of the survey data finds that respondents, in fear of ICE, avoid attending a wide range of hearings. This avoidance threatens to broadly disrupt due process. Survey respondents also believe judges and prosecutors are helping with ICE arrests and are afraid of calling the police when they are victims." (Irvine et al. 2019).

61. The research mixes a combination of qualitative in-depth interviews as well as quantitative statistical analysis to understand how and why ICE presence in the courts effects immigrants and their families. In one example, the researcher recounted the experience of one individual who they called "Andrew" who lives in fear over contact with ICE and refuses to attend court. "Although Andrew is mandated to attend court and would like to attend court to support his loved ones who also have a pending court case, he is afraid of attending criminal court because he believes prosecutors and judges work directly with ICE to identify undocumented defendants and their undocumented family members. He does not want to be separated from his family and avoids attending court hearings to prevent his deportation. When asked if he would call the police if he were is a victim of a crime, Andrew responded that he would not because he does not feel safe calling the police." (Irvine et al. 2019).

62. In addition, their quantitative analysis demonstrated that knowledge and exposure to ICE activity in the courthouse resulted in avoidance and withdrawal. "When people knew that ICE arrests had occurred in their communities, they were 40% to 80% more likely avoid court. They were 200%—or 3 times—more likely to believe that judges and prosecutors are helping with ICE arrests and 60% more likely avoid calling the police when a victim of a crime." (Irvine et al. 2019)

D.  **Welcoming Environments Foster Immigrant Integration and Public Engagement**

63.  In an environment of heightened immigration enforcement, it is wrong to assume that all immigrants are equally experiencing deportation worry and practicing avoidance.  Indeed, much scholarship has proven that when laws and policies are clear, and are not threatening, immigrants and their families fully participate in U.S. society and engage with public services.

64.  Perhaps one of the most relevant studies comes from an analysis in Germany where birthright citizenship was extended in 2000 to include German-born children with immigrant parents. Felfe et al. (2020) examine the long-term educational effects of Germany's birthright citizenship reform, which granted automatic citizenship to children born in Germany to immigrant parents. Using administrative records from Schleswig-Holstein and a difference-in-differences design with a strict birthdate cutoff, the study finds that early-life legal inclusion improved the educational integration of immigrant children at multiple stages: increasing preschool attendance, enhancing school readiness, reducing grade retention, and substantially increasing the likelihood of attending academic-track secondary schools. The authors argue that these effects stem primarily from parental behavioral responses to citizenship, viewed as both a "sign of goodwill" and a tangible increase in long-term returns to education through expanded civil and professional rights. By linking citizenship to increased parental investment and integration, the study highlights the importance of inclusive legal status as a cost-effective yet high-impact policy tool to enhance immigrant outcomes and reduce intergenerational inequality.

65.  With respect to the Latino immigrant community in the United States, Ocampo (2024) outlines a structure of belongingness in which immigrants may feel more included or excluded from U.S. society.  One component of this is how welcoming and inviting government policies are towards immigrants.   In instances where immigrants feel more of a sense of belonging, Ocampo documents that they engage the political system at higher rates.

66.  Other studies have examined how decreasing immigration enforcement and instead increasing local law enforcement cooperation and outreach to immigrant communities can create a

welcoming environment whereby better relations between police and immigrants emerge. Amuedo-Dorantes and Deza (2022) research how city policies that limit law enforcement cooperation with immigration officials result in greater reliance on local police in Hispanic immigrant communities. In particular they find strong evidence that community-based trust and engagement is increased when policies are put into place that send a clear message to immigrants that they are safe and valued members of the community.

67. In similar work, Amuedo-Dorantes and Arenas-Arroyo (2022) examine how police trust increases and immigrant women are more likely to report domestic violence and use government resources provided by local law enforcement to find safety in areas where policies limiting local law enforcement's role in federal immigration enforcement are in effect. However, no such improvement in trust or safety is reported in cities that allow local police to cooperate with immigration enforcement. They conclude that creating a more cooperative and welcoming environment for immigrants can help rebuild trust with local law enforcement.

68. A key mechanism that encourages a welcoming environment and trust in government is immigrant confidence and security with their immigration status. When their immigration status is uncertain or being questioned, immigrants are likely to retreat, withdraw, and avoid, as the social science literature has documented extensively in the sections above. However, when immigrants receive assurances through programs like DACA, research finds they are more likely to engage public services, including more likely to report crimes and cooperate with police (Pearson 2024). In direct contrast to this finding, Gonçalves et al. (2024) show the flip side of this in their study of immigration enforcement which demonstrates that the Secure Communities program – which incentivized local law enforcement cooperation with federal immigration officials – led to a decline in crime reporting in immigrant neighborhoods because immigrants felt at risk and unwelcomed in their cities.

69. Other research on DACA has demonstrated that the clarification and assurance of legal status transmitted through DACA results in both public engagement and improved mental health and physical health outcomes. One such study followed Mexican immigrant women who were

pregnant, comparing those with DACA against those who just barely missed DACA eligibility, otherwise being quite similar (Hamilton et al. 2021). DACA generated measurable intergenerational health benefits by reducing structural stressors among undocumented immigrants. The authors state that "by reducing the threat of deportation and providing new economic opportunities, DACA may also have improved the health of infants born to DACA participants. These findings demonstrate that federal immigration policies such as DACA have far-reaching implications beyond legal status and employment, influencing key social determinants of health. The improvement in birth outcomes among children conceived after DACA's implementation suggests that the program alleviated maternal stress and enhanced socioeconomic stability, both critical factors in healthy pregnancies. Importantly, the study supports the theory that expanding legal rights to undocumented populations can yield direct health improvements not only for recipients but also for their U.S.-born children.

70. Where states have expanded access and created inclusive and welcoming policies towards immigrants, the research demonstrates that immigrant sign up, enroll and participate and further, they see increased health outcomes for themselves and their families.  Swartz et al. (2019) study the expansion of Medicaid to undocumented immigrants in Oregon. This study evaluates the impact of Oregon's expansion of prenatal care access to unauthorized immigrant women through the Emergency Medicaid Plus program, which extended coverage for antenatal services. Using a difference-in-differences design that leverages the staggered county-level rollout of the policy between 2008 and 2013, the authors analyzed over 213,000 pregnancies to assess changes in prenatal care utilization and maternal health outcomes. The study finds a substantial 31.8 percent reduction in inadequate prenatal care among all pregnancies and a 38.6 percent reduction among high-risk pregnancies. Furthermore, Emergency Medicaid Plus significantly increased detection rates of gestational diabetes, hypertensive disorders of pregnancy, pre-existing diabetes, poor fetal growth, and other maternal risk factors, thereby enhancing early intervention capacity. By demonstrating that unauthorized immigrant women engaged with the healthcare system when given the opportunity, this study reinforces the potential of targeted state-level interventions to

address structural health inequities. The results provide rigorous empirical support for policies that extend prenatal care to marginalized populations, contributing to a growing body of literature advocating for health equity as a foundation for population well-being across generations.

### E.  Federal Government's Efforts to Increase Immigrant Engagement with the Census Bureau

71.    In addition to the previously summarized social science research, extensive research conducted by the U.S. Government, Bureau of the Census, and *about* the Census concludes that immigrant concerns over deportation can reduce interaction with federal government agencies. A research study by the U.S. Government Accountability Office in 2003 (GAO-03-605) laid out concerns about surveying the Latino immigrant population specifically.  The report was commissioned by the Census Bureau because prior government survey administrators began to notice high rates of non-response with Latino respondents on surveys, in particular the census.  The report stated that distrust—especially of those representing the government—was a leading factor in Latino immigrant non-response due to concerns over immigration enforcement.  To fix this, Census demographers recommend increasing trust so that potential survey respondents would not be fearful of participating, nor be suspicious of the census questions being asked or the census enumerators visiting their community.

72.    In an official federal government study on behalf of the Census Bureau, de la Puente (1995) examined issues related to trust, confidentiality, and fear among potential census respondents in El Paso, Texas.  De la Puente found that fear and apprehension in the sample area led residents to conceal information from the Census Bureau and from the ethnographers due to their belief that the government would not keep their information private or confidential and could share their information with immigration authorities. This research established that the federal government documented the relationship between trust in some immigrant communities and immigration enforcement and has taken steps to try and improve trust and reduce fear.

73. In a follow-up study a decade later, the same Census demographer, de la Puente (2004), concluded that individuals with unstable immigration statuses were much less likely to trust the government.  Specifically, these individuals were less likely to fill out the census questionnaire over fears of deportation. Indeed, the Census Bureau has been concerned about the difficulties in properly counting undocumented immigrants for a long time. De la Puente's research demonstrated that respondents with irregular immigration statuses are unlikely to directly cooperate with the Census if they perceive their immigration status will be revealed and that they could be put in danger of removal. One respondent in the study, who did have legal status as a student, was afraid to participate in the Census because she feared that at some point in the future she may go out of status and that the information she provided to the Census Bureau might be used to track her down.  However, if immigrants come to believe that their immigration status cannot be revealed because it will not be collected in the first place, cultural facilitators can help improve participation rates.  (de la Puente 2004).  This research by de la Puente very clearly established that immigrants are already nervous about interacting with some government institutions and that programs that further increase fears over immigration enforcement will greatly reduce trust and cooperation with those institutions.

74. Additional ethnographic research has revealed that undocumented immigrants and mixed-status households are likely to avoid government contact when they suspect it is not safe to participate in government programs.  (de la Puente 1995).  This is especially the case when there is potential for sensitive topics to be discussed or revealed. Velasco (1992) maintains that undocumented immigrants in his sample area in San Diego, California, avoided contact with the government. He argued that this avoidance was one of the important contributing factors to census omission and estimates that over half of the sample area residents were undocumented immigrants. Similar situations were also reported in the Miami, Florida, sample area, (Stepick 1992), and in the rural Oregon sample area (Montoya 1992).  However, the ethnographic research all concluded that participation can be improved by reducing fears over immigration enforcement and working with

community-based organizations and cultural facilitators to increase trust and confidence.

75. Prior experiences with census data collection efforts that overlapped with anti-immigrant contexts provide evidence that immigration enforcement results in immigrant community withdrawal. Terry et al. (2017) describe the connection between a threatening context and census non-response in Arizona and Texas among immigrant communities: "the wider social context also had an important role in enumeration. Just before the non-response follow-up (NRFU) enumeration program started in 2010, Arizona passed a very strong anti-immigration law that coincided with legal ordinances in two Dallas-area cities. These ordinances were aimed at identifying illegal immigrants through police stops or the reporting of immigration status of applicants wishing to rent apartments. The new law provoked heightened tensions around the country, particularly in the Dallas/Fort Worth-area Hispanic site." As a result, these reports concluded that non-response was high and that Census NRFU was less successful. This was so because, according to the authors, immigrants were fearful of ICE cooperation and limited their involvement with the government agency.

### F.  The Changing Immigration Context Today

76. The overall national sociopolitical environment has raised awareness and alertness among immigrant communities, but by itself, the national context does not depress immigrant participation. Indeed, in areas with low levels of police-ICE cooperation, research does not find evidence of a chilling effect. (e.g. Garcia 2019). However, the national context does cause immigrants to take more notice of their surroundings and be aware of the potential for a negative interaction with immigration officials.

77. Perhaps the best summary of how the combination of federal and subnational immigration policies and political environments interact is found in a book by Angela Garcia, *Legal Passing: Navigating Undocumented Life and Local Immigration Law* (2019). In this book, Garcia reviews a plethora of data and research on how immigrant communities respond and react to both

threatening and accommodating environments, and how a national climate of hostility does not automatically create a chilling effect for immigrants everywhere.  Rather, Garcia showed with extensive evidence that local context and the proximate threat of immigration enforcement versus accommodation is significant.  Cities or states with the highest levels of threat produce the most withdrawal: "The *expected* outcome of restrictive state and local laws to exclude undocumented immigrants from their immediate destinations by cutting off access to social rights and supports, making their lives incrementally more difficult."  In her study of more accommodating or welcoming environments, Garcia finds immigrants are able to navigate life effectively, writing "At the same time, this book also argues against the popular depictions of undocumented immigrants being pushed underground, their perception of threat so strong that they avoid engaging in public life… As compared to restrictive destinations, the integrative outcomes of accommodating locales that I describe in this book are evident in undocumented Mexicans' ease of physical navigation, deeper willingness to interact with local police, and place-based sense of belonging." Of particular importance is the timing of when threats pop up or become visible. Garcia describes "initial reactions immediately after new clampdowns – sweeps, raids, and checkpoints" being the most intense periods of avoidance.  However eventually immigrants learn how to navigate their communities, to avoid locations of particular threat, but otherwise effectively go about their day.

78.  Thus, the literature suggests that the current era may be a particularly anxiety-inducing period in American history for undocumented immigrants, and those concerned about immigration enforcement.  However, this just serves to frame the environment, it does not by itself lead to wholesale withdrawal.  Rather, the literature points to the importance of specific and localized instances of threat that create fear, anxiety and avoidance.

## G.  Administrative records and evidence of law enforcement avoidance

79.  The final component of the literature review builds on existing research that I have implemented on how immigrant communities react to increased cooperation between local law enforcement and federal immigration authorities (Roman and Barreto 2019). The published research reviewed thus far relies on a mix of in-person interviews and ethnography, survey research, and analysis of government and administrative records. Administrative records are instructive because they provide a snapshot of actual behavior with official government data. A recent example in Texas provides an opportunity to ground both the literature review and survey experiment by looking at "real world" avoidance behavior when immigrant communities came in to close contact with federal immigration enforcement.  The analysis of events in Texas provides a great comparison case because it involves similar facts as much of the research summarized in the literature review section above.

80.  In this section, I present further evidence that immigration enforcement undermines trust in components of the criminal justice system using the case of Senate Bill 4 ("SB4") in Texas. SB4 is a law that effectively bans so-called "sanctuary cities" throughout Texas. SB4's provisions include: 1) allowing police to inquire about immigration status, 2) making sheriffs, constables, police chiefs, and other local leaders subject to Class A misdemeanor charges if they do not cooperate with federal authorities and requests to hold noncitizen inmates subject to deportation, and 3) providing civil penalties for entities that do not cooperate with federal immigration authorities that begin at $1,000 for a first offense and climb as high as $25,000 for each subsequent infraction.

81.  The law was passed on May 5, 2017, and was meant to take effect on September 1, 2017.  Certain provisions of the law were blocked by the District Court for the Western District of Texas. The State of Texas appealed and on September 25, 2017, the U.S. Court of Appeals for the Fifth Circuit ruled that those provisions could temporarily go into effect as the court heard the

arguments over the case. On March 13, 2018, the Fifth Circuit ruled most of the law could go into effect (except for the portion that punishes state officials who endorse sanctuary city policies).

82. At the time of its passage, the law received considerable media attention, especially in Spanish-language media and led to several protests by Latino and immigrant communities.[4] Given that the law mandates increased local law enforcement cooperation with federal immigration authorities, there were concerns that the laws would stoke fears of deportation and reduce trust in police.[5] Even police chiefs throughout Texas discussed how SB4 would damage public safety by reducing confidence in the police and the willingness to report crimes among immigrant communities.[6]

83. From the perspective of immigrants, their families and their community, the happenings in Texas before and after SB4 are very similar to an environment before or after the cancellation of birthright citizenship through EO 14160. Prior to SB4, there was very little risk of immigration enforcement when an immigrant called their local police to report a crime, nuisance or for some other reason. Before SB4, immigrants could be confident that their local police or sheriffs were not cooperating or coordinating with federal immigration authorities. After the passage of SB4, local law enforcement was required to cooperate and share information with ICE and federal immigration authorities, for purposes of identifying people in violation of federal immigration law. Therefore, following the passage of SB4, immigrants and those connected to immigrants were suddenly in close proximity to immigration enforcement if they chose to call 911 or otherwise interact with local law enforcement. This is very similar to the issuance of EO 14160 calling for an end to automatic birthright citizenship by President Trump. Prior to EO 14160, immigrants had no reason to fear detention or deportation for their U.S. born children who they

[4] https://www.thenation.com/article/texass-virulently-anti-immigrant-sb-4-was-just-blocked-by-a-federal-judge/
[5] https://www.theguardian.com/us-news/2017/aug/27/austin-immigration-protest-trump-daca-dreamers
[6] https://theintercept.com/2017/08/03/texas-police-say-sb4-is-damaging-public-safety-before-even-taking-effect/

believed were lawful American citizens. However, EO 14160 creates a new environment of fear, confusion and deportation threat for immigrants and their children that did not exist before 2025. Many in the immigrant community now have increased fear of interacting with any government authorities, in the same way as immigrants calling 911 in a post-SB4 environment in Texas. Thus, this example provides a nice parallel to events nationally related to EO 14160.

84.   The SB4 research study evaluated whether SB4 produced a differential decrease in crime reporting throughout two Texas cities: El Paso and San Antonio. To do so, data on 911 calls were obtained through public records from the El Paso Police Department (EPPD) for records of 911 calls throughout their jurisdiction. These records were  combined with data on 911 calls from the San Antonio Police Department (SAPD), which is publicly available on their website.  Data from both departments included call characteristics such as the date/time the call was activated, latitude/longitude coordinates where the call was activated, the street address where the call was activated, and the type of issue the 911 call was reporting (e.g., a call related to a theft, an assault, etc.).[7]

85.   The research then matched every single 911 call in San Antonio and El Paso to census tracts within the respective cities (using shapefiles).  If a 911 call's latitude/longitude coordinate is within a particular census tract, the call was assigned to that specific tract. This allows for an analysis of census tract-level characteristics, such as the racial and immigrant demographics of each census tract. The key census tract-level characteristic is the proportion of non-citizens in each census tract, based on the most recent 5-year American Community Survey (ACS) for

---

[7] For both the EPPD and SAPD, the 911 call data is at the call level, meaning each row in the dataset is an individual 911 call and each column is a characteristic of the 911 call in question. A portion of the EPPD 911 call data did not include latitude/longitude coordinates, but included street addresses. Likewise, all of the SAPD 911 call data did not include latitude/longitude coordinates, but included street addresses. In order to reference the addresses to specific geographic points on a latitude/longitude coordinate plane, Google's Geocoding API was used, which relies on Google Maps to find latitude/longitude coordinates from address inputs.

census tracts throughout the cities of El Paso and San Antonio. (For more on the methodology, see Roman and Barreto 2019).[8])

86. The research study relied on a commonly used technique in the social sciences called a conditional difference-in-differences strategy to assess the effect of SB4 differentially in census tracts with more non-citizens throughout the cities of El Paso and San Antonio.[9] In essence, we assessed whether the average number of 911 calls decreases in census tracts with more non-citizens than census tracts with less non-citizens

87. Table 1 reproduces a table from the Roman and Barreto (2019) study, which displays the effects of the passage of SB4 on the volume of 911 calls in El Paso, Texas. Table 1 shows that after the passage of SB4, 911 calls decreased in census tracts with a higher proportion of non-citizens. In a neighborhood where only 1% of the population is non-citizen, there are 21 calls on average per month prior to the passage of SB4. After the passage of SB4, there is a reduction of 0.008 calls per day in the neighborhood with very few non-citizens. This suggests a reduction of 0.24 calls – less than one-quarter call – per month in average 911 calls each month. Basically, in neighborhoods with no non-citizens, there is no meaningful change at all in 911 calls. However, in stark contrast, in a neighborhood where about half of the population is non-citizen, there are roughly 64 calls to 911 per month *prior to* the passage of SB4 and there is a reduction of 0.41 calls per day after the passage of SB4. This suggests a reduction of 12.3 calls per month,

---

[8] Our previous research generated datasets for both El Paso and San Antonio that contains all 911 calls and the immigrant demographics of the census tract from which the call originated. For El Paso, the 911 call data span between January 1, 2016 and August 20, 2018 (963 days). For San Antonio, the 911 call data span between January 1, 2016 and October 3, 2018 (1007 days). We analyzed a number of different call outcomes. First, all 911 calls regardless of type (e.g. whether the call to report an assault, a property crime, etc.). Second, 911 calls that relate to "against person" crimes. Third, 911 calls that relate to "nuisance" and other crimes

[9] The estimation strategy used: $Y_{it} = \alpha_i + \gamma_t + \tau(\%\text{Non-Citizen}_i \times SB4_t) + \varepsilon_{it}$ . Where *Y_it* is the relevant call outcome in tract *i* on day *t*. *a_i* is a fixed effect at the tract level, *gamma_i* is a fixed effect at the day level. The census tract level fixed effects account for level differences in outcomes between census tracts over time. *%Non-Citizen_i* is the proportion of non-citizens in tract *i* whereas *SB4_t* is a binary indicator equal to 1 after May 5, 2017. Tau is the coefficient of interest, which characterizes the effect of SB4 conditional on the proportion of non-citizens in the tract. *Epsilon_it* are robust standard errors.

equivalent to a 20% decrease in average 911 calls each month. This is a very significant withdrawal based on official government records and closely matches the results we find in the survey experiment reported below. Every month, over 12 calls to 911 are missing as a result of SB4, in just one majority-non-citizen neighborhood.  If we multiply that by every single immigrant-rich neighborhood in El Paso, the full impact of this withdrawal is much larger.

Table 1: Effect of SB4 conditional on Percent Non-Citizen at Census Tract-Level, El Paso

| | El Paso Difference-in-Difference Estimates | | | | | |
|---|---|---|---|---|---|---|
| | Outcome: All Calls | | | | | |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| SB4 × %Non-Citizen [0, 1] | −0.79*** | | −0.81*** | −0.83*** | −0.78** | −0.60† |
| | (0.22) | | (0.23) | (0.24) | (0.24) | (0.33) |
| $\mathbb{P}$ × %Non-Citizen [0, 1] | | 0.00 | | | | |
| | | (0.23) | | | | |
| Tract FE | Y | Y | Y | Y | Y | Y |
| Day FE | Y | Y | Y | Y | Y | Y |
| Day × Quintile(Pop.) FE | N | N | Y | N | N | N |
| Day × Tercile(Calls) FE | N | N | N | Y | N | N |
| Day × Call Trend FE | N | N | N | N | Y | N |
| Tract-Specific Trend | N | N | N | N | N | Y |
| Within-Tract SD | 1.82 | 1.82 | 1.82 | 1.82 | 1.82 | 1.82 |
| Tracts | 137 | 137 | 137 | 137 | 137 | 137 |
| Days | 963 | 492 | 963 | 963 | 963 | 963 |
| N | 131931 | 67404 | 131931 | 131931 | 131931 | 131931 |

***$p < 0.001$, **$p < 0.01$, *$p < 0.05$, †$p < 0.1$

88.  The SB4 research study also shows this avoidance effect is more visible in *against person* calls (e.g. assault, armed burglary). Table 2 reproduces a table from the Roman and Barreto (2019) study conditional difference-in-difference effects of SB4 by the proportion of non-citizens at the tract-level for different kinds of 911 calls in El Paso.  To get a sense of the magnitude of the effect, we can compare the 1% and 51% non-citizen neighborhood again. A low-density non-citizen neighborhood has 2.3 against person calls per month on average prior to SB4 while a high-density non-citizen neighborhood has 10.8 against person calls per month on average prior to SB4. After SB4, the lowest-density non-citizen neighborhood would experience a decrease of 0.06 calls in a month, whereas the high-density non-citizen neighborhood would experience a decrease of 3.2 calls, equivalent to a 30% reduction in the monthly call average.

Table 2: Difference-in-difference effects of SB4 by outcome, El Paso

| | Naive DiD | Placebo | Pop. Quantile FE | Call Tercile FE | Call Trend FE | Tract Trends |
|---|---|---|---|---|---|---|
| **Panel A: Against Person Calls** | (1) | (2) | (3) | (4) | (5) | (6) |
| SB4 × %Non-Citizen [0, 1] | −0.21* | | −0.19* | −0.22* | −0.22* | −0.33* |
| | (0.09) | | (0.09) | (0.09) | (0.09) | (0.15) |
| $\mathbb{P}$ × %Non-Citizen [0, 1] | | 0.15 | | | | |
| | | (0.12) | | | | |
| Within-Tract SD | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Panel B: Nuisance and Other Calls** | (1) | (2) | (3) | (4) | (5) | (6) |
| SB4 × %Non-Citizen [0, 1] | −0.34*** | | −0.33*** | −0.35*** | −0.37*** | −0.25 |
| | (0.09) | | (0.09) | (0.09) | (0.09) | (0.19) |
| $\mathbb{P}$ × %Non-Citizen [0, 1] | | −0.11 | | | | |
| | | (0.11) | | | | |
| Within-Tract SD | 0.56 | 0.56 | 0.56 | 0.56 | 0.56 | 0.56 |
| Tracts | 137 | 137 | 137 | 137 | 137 | 137 |
| Days | 963 | 963 | 963 | 963 | 963 | 963 |
| N | 131931 | 67404 | 131931 | 131931 | 131931 | 131931 |

$^{***}p < 0.001$, $^{**}p < 0.01$, $^{*}p < 0.05$, $^{\dagger}p < 0.1$

89. Figure 1 displays event study estimates at the census tract/quarter level for all 911 calls and 911 calls "against person" El Paso. Importantly, for both types of calls, prior to the passage of SB4, there does not appear to be a statistically significant effect of SB4 conditional on a higher proportion of non-citizens at the neighborhood level. That is, non-citizen areas of El Paso hover around the zero, or no difference point on the graph before SB4. However, after the passage of SB4 there is a decrease in 911 calls in areas with a higher proportion of non-citizens, for both all calls, and a more pronounced decrease in calls for crimes against persons.

**Figure 1: Event history plot of 911 calls before/after SB4, El Paso**



*(reproduced from Roman and Barreto, 2019)*

90. The same study replicated the analysis from El Paso in San Antonio and identified similar results. Table 3 displays the difference-in-difference effects of SB4 in San Antonio for all 911 calls and Table 4 displays the results for type of call. For San Antonio, we once again found a statistically significant reduction in 911 calls in high-density non-citizen neighborhoods, similar to El Paso. Consistent with the El Paso results, SB4 appears to differentially reduce against person calls in places with a higher proportion of non-citizens. Going from a neighborhood with no non-citizens to the neighborhood with the most non-citizens in San Antonio, there is a reduction in 0.15 against person calls per day/tract, equivalent to 21% of the standard deviation. Thus, the study established consistent effects for a chilling effect of seeking to avoid contact with law enforcement during a time of heightened immigration enforcement in two major cities in Texas, one adjacent to the Mexico border (El Paso) and a second city over 500 miles away in the interior (San Antonio).

Table 3: Effect of SB4 conditional on Percent Non-Citizen at Census Tract-Level, San Antonio

|  | San Antonio Difference-in-Difference Estimates | | | | | |
|---|---|---|---|---|---|---|
|  | Outcome: All Calls | | | | | |
|  | (1) | (2) | (3) | (4) | (5) | (6) |
| SB4 × %Non-Citizen [0, 1] | −1.92* | | −1.81* | −0.40 | −0.17 | −0.68 |
|  | (0.76) | | (0.73) | (0.80) | (0.80) | (0.72) |
| $\mathbb{P}$ × %Non-Citizen [0, 1] | | 0.31 | | | | |
|  | | (0.73) | | | | |
| Tract FE | Y | Y | Y | Y | Y | Y |
| Day FE | Y | Y | Y | Y | Y | Y |
| Day × Quintile(Pop.) FE | N | N | Y | N | N | N |
| Day × Tercile(Calls) FE | N | N | N | Y | N | N |
| Day × Call Trend FE | N | N | N | N | Y | N |
| Tract-Specific Trend | N | N | N | N | N | Y |
| Within-Tract SD | 5.97 | 5.97 | 5.97 | 5.97 | 5.97 | 5.97 |
| Tracts | 341 | 341 | 341 | 341 | 341 | 341 |
| Days | 998 | 489 | 998 | 998 | 998 | 998 |
| N | 340318 | 166749 | 340318 | 340318 | 340318 | 340318 |

$^{***}p < 0.001$, $^{**}p < 0.01$, $^{*}p < 0.05$, $^{\dagger}p < 0.1$

Table 4: Difference-in-difference effects of SB4 by outcome, San Antonio

|  | Naïve DiD | Placebo | Pop. Quantile FE | Call Tercile FE | Call Trend FE | Tract Trends |
|---|---|---|---|---|---|---|
| **Panel A: Against Person Calls** | (1) | (2) | (3) | (4) | (5) | (6) |
| SB4 × %Non-Citizen [0, 1] | −1.02*** | | −1.01*** | −0.43** | −0.44** | −0.41* |
| | (0.20) | | (0.20) | (0.17) | (0.16) | (0.20) |
| $\mathbb{P}$ × %Non-Citizen [0, 1] | | −0.20 | | | | |
| | | (0.17) | | | | |
| Within-Tract SD | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| **Panel B: Nuisance and Other Calls** | (1) | (2) | (3) | (4) | (5) | (6) |
| SB4 × %Non-Citizen [0, 1] | −0.17 | | −0.06 | 0.06 | 0.09 | −0.18 |
| | (0.50) | | (0.47) | (0.59) | (0.60) | (0.46) |
| $\mathbb{P}$ × %Non-Citizen [0, 1] | | 0.31 | | | | |
| | | (0.50) | | | | |
| Within-Tract SD | 3.66 | 3.66 | 3.66 | 3.66 | 3.66 | 3.66 |
| Tracts | 341 | 341 | 341 | 341 | 341 | 341 |
| Days | 998 | 489 | 998 | 998 | 998 | 998 |
| N | 340318 | 166749 | 340318 | 340318 | 340318 | 340318 |

*** $p < 0.001$, ** $p < 0.01$, * $p < 0.05$, † $p < 0.1$

91.  Finally, figure 2 displays event study estimates for the effect of SB4 before and after passage of SB4. As time goes on and SB4 has the full weight of the law, for both all 911 calls, and against person calls, there is a statistically significant decrease in 911 calls after SB4 in non-citizen census tracts, but importantly, prior to the passage of the law there is no difference in citizen and non-citizen neighborhoods. This graph shows clear evidence that following the passage of SB4, high-density non-citizen neighborhoods exhibit avoidance behavior, reducing their 911 calls to San Antonio police.

**Figure 2: Event history plot of 911 class before/after SB4, San Antonio**



*(reproduced from Roman and Barreto, 2019)*

92. The SB4 analyses from El Paso and San Antonio are important because they represent "real world" data – analysis of official police records for 911 calls in each city – that corroborates the findings of the extant social science research in the prior section.  Here, in new, independent analysis of publicly available government records, I demonstrate very strong effects for immigrant community avoidance and withdrawal in the face of increased immigration enforcement. As seen in the next section, when interpreting the size of the effects in the survey data, there is substantial congruence in the magnitude of the effects of SB4 and law enforcement avoidance and the survey data from 2025 with respect to avoidant behavior related to EO 14160.

## V.     New Evidence from the 2025 Latino Immigrant National Attitude Survey

93. The second source of information I relied upon to form my opinions is a new national survey of Latino immigrants' attitudes and behaviors.  The survey was administered by telephone and Internet to 1,000 respondents from April 22 to May 13, 2025. Below I outline the validity of survey research in general, and then discuss the methodology of this survey in particular, and finally conclude by presenting the survey results.  In short, across 840 regression models and dozens of additional crosstabulations, there is a strong and consistent finding that exposure to deportation worry related to EO 14160 results in withdrawal and avoidant behavior among affected immigrants today.

94. Survey research is a reliable and trusted method in the social sciences. Within social science research, public opinion and political behavior have been longstanding areas of significant consequence and interest.  Within the domain of immigrant political engagement, survey research and survey experiments are widely used and published in the leading social science journals. Early on, "pollsters" learned that you could learn a great deal about attitudes, and possibly even predict election results, through large quantitative surveys of the public.  Over the past decades, the science of public opinion surveys has expanded greatly and great expertise has been developed in how to accurately sample, construct, implement, and analyze survey data.

(Lasswell 1941; Alpert 1956; Groves et al. 2009). Survey research has become a hallmark of social science research, such that at a typical political science academic conference, more than 500 different research papers using survey data are regularly presented. When surveys are implemented accurately, results generated from a sample of the population can be extrapolated to the larger population from which the sample is drawn, given the appropriate sampling error, or confidence interval, that must always be accounted for. (Cassell et al. 1977; Graubard and Korn 1996). Survey research is a standard and widely accepted practice in social science and government research. The U.S. government regularly relies on survey methodology similar to that produced in this expert report, in their collection of data and statistics, such as the U.S. Census American Community Survey and Current Population Survey, the Bureau of Labor Statistics Current Employment Statistics Program, and data collected by the National Institute of Health, Department of Defense and the Internal Revenue Service.

95. According to Henry Brady (2000), Professor of Political Science at the University of California, Berkeley, "Scientific surveys are one of these tools, and they have been widely used in the social sciences since the 1940s. No other method for understanding politics is used more, and no other method has so consistently illuminated political science theories with political facts… They provided the gold standard for measuring citizen opinions… No other social science method has proven so valuable."

96. Regression analysis of survey data is a reliable and trusted method in the social sciences. Survey research in general is the collection of public opinion through randomly inviting participants to answer a questionnaire. Within this field, we are often more interested in just the frequency percentage results participants gave to the questions, and want to assess whether or not there are proven statistical relationships between a dependent (outcome) and independent (treatment) variable. To do this, regression analysis is a longstanding statistical approach that is widely accepted in the fields of medicine and epidemiology, public health, sociology, political science, economics, and more (Konijn 1962; Holt and Scott 1981). A regression can assess the

relationship between just two variables (bivariate) or it can account for multiple independent variables (multivariate) to determine whether or not a critical independent variable is statistically correlated with movement in the dependent variable (Wonnacott and Wonnacott 1990). Especially with respect to survey data, regression analysis is considered reliable for establishing statistical connections between two phenomena or variables (Dey et al. 2025)

97.    In addition to being used to understand patterns and statistical correlations within the dataset, regressions are regularly relied upon by social scientists to predict future behavior (Kraus 1995). Regression models have been used to establish which treatment (exposure) variables are associated with an outcome, and then used to prove that when that treatment or exposure variable is present again, the outcome will take place again (Kruzich et al. 1999; Horn and Lee 2016). Indeed, with specific application to survey data of attitudes and future behavior social scientists have well established the use of regression to accurately predict future behavior for decades (e.g., Sample and Warland 1973).  In particular, it was proven over 60 years ago that using moderator variables to subdivide the population and use regression to establish statistical relationships within different populations can be a very accurate way to make future predictions of behavior and to isolate the key variable (treatment) that is at play (Ghiselli 1963).  A key finding has been that closer and more direct exposure to the treatment creates attitudes that are most predictive of future behavior and that when the treatment stimuli recede or are absent, those attitudes are not as predictive of behavior (Glasman and Albarracín 2006).

98.    Finally, survey data and regression analysis are regularly used by the federal government in their research and forecasting. The Department of Commerce, which is responsible for the U.S. Census and many other surveys, relies on linear regression in providing analysis to almost all agencies within the federal government, and has a website titled "Experimentation, Prediction, & Modeling" within their Statistical Research section.  According to the U.S. Department of Commerce, "The use of valid statistical models is vital to both the analysis of results from designed experiments and in characterizing relationships between variables in the vast data

sources available to the Census Bureau. Statistical modeling is an essential component for wisely integrating data from previous sources (e.g., censuses, sample surveys, and administrative records) in order to maximize the information that they can provide.[10]"  According to analyst Sarah Lee (2025), "At its core, linear regression serves as a bridge between raw data and strategic decision-making. Government agencies have begun to harness this method not only to streamline internal processes but also to enhance policy formulation, risk management, and public accountability.[11]" Indeed, it is not exaggeration to state that every single executive agency within the federal government relies on public opinion survey data and regression models to understand statistical correlations between variables, and to use that information to make predictions about future behavior in order to inform their ongoing work. Notably, the General Accounting Office (GAO) produced a primer on the importance of using regression analysis to inform policy decisions in 1972 titled "Regression Analysis As An Audit Tool: A Case Study,[12]" which explained how linear regression worked and why it can be so useful in understanding relationships between variables to accurately inform policy debates.

A. **2025 LINAS Findings: Deportation worry is associated with immigrant withdrawal and avoidance**

99.    The 2025 LINAS project asked Latino immigrants a series of questions about their attitudes, perceptions, feelings and behaviors in 2025 as related to immigration enforcement under the second Trump administration[13].  In particular, respondents were asked if they avoided any places or activities where they might be asked about their citizenship.  These items serve as the dependent variable, or outcome measures in my analysis, and what I refer to as avoidant behaviors.  For the purposes of this report I focused on activities that bring respondents into the

---

[10] https://www.census.gov/topics/research/stat-research/expertise/experimentation-stats-modeling.html
[11] https://www.numberanalytics.com/blog/6-key-ways-linear-regression-transforms-government-procedures
[12] https://www.gao.gov/assets/regression_Redacted.pdf
[13] For more on the 2025 LINAS survey see: Sanchez et al. 2025 "The impact of deportation policy changes on Latino immigrant communities." Brookings Institute.  https://www.brookings.edu/articles/the-impact-of-deportation-policy-changes-on-latino-immigrant-communities/

public sphere with government services or government officials.  The list of avoidant behaviors analyzed from the 2025 LINAS along with the variable name in the analysis in parentheses are:

Given the current political environment in the United States, have you avoided any of the following places or activities that could put you in a situation where you could be asked about your citizenship?

    a.   Public schools / taking your children to school (av_schools)

    b.   Calling the police or reporting a crime (av_police)

    c.   Seeking medical attention at a hospital, clinic, or other health care facility (av_medical)

    d.   Going to work (av_work)

    e.   Applying for a loan / opening a bank account (av_bank)

    f.   Going to public places like parks or recreation areas (av_pubspace)

100.  Each of these six items is analyzed independently, and I also created a scale ranging from 0 to 6 to capture the overall effect of avoidant behavior among immigrants today.  The scale can be thought of as range of both engagement and avoidance.  On the one hand, if immigrants responded that they are not avoiding any of these activities at all, then they can be considered fully engaged with government and society.  On the other hand, if immigrants indicate they are avoided one or more activities, they can be seen as practicing avoidant behavior.

| Activity | Non-citizen | Naturalized | All immigrants |
|---|---|---|---|
| Avoid School | 14.52 | 5.14 | 10.40 |
| Avoid Police | 19.79 | 10.30 | 15.57 |
| Avoid Medical | 17.52 | 7.25 | 13.01 |
| Avoid Work | 14.23 | 5.28 | 10.30 |
| Avoid Bank | 18.62 | 8.98 | 14.38 |
| Avoid Public Space | 17.37 | 11.10 | 14.61 |
| Avoid 1 or more | 39.90 | 22.98 | 32.46 |

p.47

101. In addition to establishing patterns of engagement and avoidance, we are interested in whether these dependent variable outcomes are influenced or correlated with deportation worry. To assess deportation worry, I focused on items on the survey related to (A) immigrants' exposure to current ICE raids; and (B) immigrants' degree of worry about being detained or deported using the following questions from the survey:

    a. As far as you know, have there been any Immigration and Customs Enforcement (ICE) raids or operations in your area since Donald Trump became president in January 2025?

        i. Yes, an ICE raid or operation happened in my city (iceraid1)

        ii. Yes, an ICE raid or operation happened in a nearby city (iceraid2)[14]

    b. Regardless of your own immigration or citizenship status, how much, if at all, do you worry that you personally could be detained or deported? (worry_deport)

    c. How much, if at all, do you worry that a family member or close friend could be detained or deported? (worry_family)[15]

| | Outcome | Non-citizen | Naturalized | All immigrants |
|---|---|---|---|---|
| | ICE Raid City | 22.87 | 17.32 | 20.43 |
| | ICE Raid Nearby | 20.15 | 19.46 | 19.85 |
| | Any ICE Raid | 38.00 | 32.44 | 35.56 |
| Personally at risk | Worry All The Time | 15.45 | 7.60 | 12.00 |
| | Worry A Lot | 28.33 | 17.96 | 23.77 |
| | Don't Worry Much | 31.29 | 25.22 | 28.62 |
| | Don't Worry At All | 24.93 | 49.22 | 35.60 |
| Family at risk | Worry All The Time | 24.91 | 12.44 | 19.43 |
| | Worry A Lot | 37.89 | 28.56 | 33.79 |
| | Don't Worry Much | 21.08 | 27.42 | 23.87 |
| | Don't Worry At All | 16.12 | 31.57 | 22.91 |

---

[14] I then created a combined variable for whether a respondent reported any ICE raid (anyraid) in their city or a nearby city.
[15] I then created a combined variable to measure the overall degree of worry from across both of these two items, which ranged from 0 to 6.

102. Before we delve into the regression analysis, I start with the direct results of avoidant behavior across different degrees of exposure to immigration enforcement, both ICE raids and feelings of deportation worry.  Consistent with the extant literature cited above, I find a very strong pattern by which immigrants most impacted by citizenship challenges and immigration enforcement report avoidant behavior at higher rates. Among immigrants who report nearby ICE raids, a 20-point drop in engagement is reported from 74.8% who are fully engaged down to 54.3% who are fully engaged if there are nearby ICE raids (Figure 3).



103. Even more telling, immigrants who have the lowest deportation worry, that is, those who report little worry about themselves or their family members, are engaged at fairly high rates of 85.1%. However the rate of engagement falls by almost 50 points to just 35.8% among immigrants with the highest degree of deportation worry, that is, among those who report they worry "all the time" about being deported personally _and also_ worry "all the time" about a family member being deported. When both of these conditions are present, having fear for their own security as well as the security of family members, especially children, the survey data reports that largest increase in avoidant behavior. (Figure 4).



104. Stronger evidence that points to a clear connection with exposure to immigration enforcement considers both treatment variables at the same time and compares opposite ends of the spectrum. Among immigrants who report no ICE raids in their community, and have the lowest deportation worry, 86.7% are fully engaged and just 13.3% report avoidant behavior. In contrast, among immigrants who report ICE raids in their city or nearby, and who also have the highest deportation worry, only 23.6% are fully engaged and 76.4% report avoidant behavior, a very large gap of 63 points.

105. These patterns of immigration enforcement tied to avoidant behavior are found across all six types of behavior noted above in paragraph 99 when examining the full regression analysis (see appendix A). In total, I ran 840 regressions including bivariate, multivariate, and moderated analysis subset to certain conditions, and the results are overwhelmingly consistent and point to a chilling effect as a result of EO 14160. To start, I ran 84 bivariate regressions whereby I included one of six possible treatment/exposure independent variables against one of seven possible behavioral outcomes (the six individual types, plus the additive scale), using both unweighted and weighted survey data (42 models each, hence 84 total models). Across the 84 models, the key treatment variable—ICE raid or deportation worry—is statistically significant at

the 90% or greater level in 81 of 84 models and in most models is statistically significant at the 99% or greater level.

106. With respect to the combined avoidance scale (0-6) the regression results demonstrate a strong and statistically significant effect at the 99.99% certainty level, of having an ICE raid in or near their city resulting in a chilling effect of -19.56 on engagement among all immigrants in the weighted model.[16] For deportation worry, the chilling effect is even stronger. Also at the 99.99% certainty level, the weighted regression reports a drop in engagement of -50.08 for the most worried as compared to the least worried immigrants.[17]

## B. Deportation worry is not permanent, but rather context-dependent and episodic

107. As the literature review concluded, immigrant anxiety and fear over enforcement is context-dependent and is not permanent (Felfe et al. 2020; Amuedo-Dorantes and Deza 2022; Swartz et al. 2019; Ocampo 2024). Indeed, immigrants are typically very outwardly engaging in society and comfortable using government services. However, when the context changes, existing studies have regularly found that deportation worry increases and avoidant behavior follows. To more precisely connect deportation worry to EO 14160 and citizenship fears for their children and families, in this section I consider a moderated analysis for immigrants we expect to be most exposed to the treatment—EO 14160.

108. To assess these relationships, I ran a series of three-way and four-way crosstabulations, subset to different demographic or context-dependent circumstances designed to approximate immigrants who would be affected by EO 14160. This includes whether the immigrants themselves are naturalized or non-citizens, whether or not they have children under age 18 in the household, and whether or not heighted enforcement is visible through ICE raids in the community. If all immigrants are being equally chilled by contemporary politics and policies, we will not observe

---

[16] The effect of an ICE raid was -18.97 in the unweighted model.
[17] The effect of deportation worry was -50.11 in the unweighted model.

meaningful differences across these categories. However, if we observe stronger chilling effects among non-citizen immigrants with children, who are in or near ICE raids, then we can be certain that these effects are attributable to episodic and contextual factors such as EO 14160.

109. I first establish a baseline of engagement and avoidance for all immigrants today, across the deportation worry scale. These data are reported above in Figure 4 and serve as the overall standard by which to compare the results when subset to those prone to EO 14160. I represent this data as a table below. For the first column in the table, "Avoid scale" a value of 0 indicates the percentage of immigrants who are fully engaged and did not report any avoidant behavior, and each subsequent number from 1 – 6 below represents the percent who avoided that many types of engagement. Going across the top of the table is the "Worry Scale" ranging from 0 to 6 that combines questions on personal fears over deportation along with fears over family members being deported. A value of 6 on this scale represents the total additive effect of being worried "all the time" about your own personal deportation risk, and also worried "all the time" about a family member being deported.

| | | | | Worry Scale | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Not worried | | | Moderate | | | Completely worried | |
| Avoid scale | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
| 0 | | 85.12 | 82.48 | 73.23 | 77.54 | 53.45 | 40.49 | 35.77 | 67.54 |
| 1 | | 7.45 | 9.46 | 11.34 | 11.07 | 15.43 | 15.99 | 19.62 | 12.23 |
| 2 | | 3.84 | 3.31 | 2.81 | 4.34 | 13.99 | 16.39 | 15.15 | 7.53 |
| 3 | | 2.41 | 0.00 | 5.29 | 4.01 | 4.18 | 15.44 | 13.21 | 5.24 |
| 4 | | 0.55 | 3.54 | 2.33 | 2.54 | 5.51 | 10.41 | 8.91 | 3.92 |
| 5 | | 0.00 | 0.00 | 3.10 | 0.50 | 2.25 | 1.28 | 5.02 | 1.70 |
| 6 | | 0.64 | 1.20 | 1.90 | 0.00 | 5.18 | 0.00 | 2.31 | 1.86 |
| Total | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

110. Next, I examine the relationship among all immigrants based on whether or not there are any children under 18 present in the household. The top table shows results for households with no children and the bottom table shows results for households with one or more family members under 18 present. The results below are quite clear. For immigrant families with no kids present,

and no deportation worries, 90% report full engagement. In contrast, for immigrant families with minors present who are worried about deportation threat, full engagement drops to only 32%, 10 points lower than similarly worried immigrants who have no children.

```
            |                      Worry Scale - No Kids
            | Not worried              Moderate           Completely worried
Avoid scale|    0       1       2       3       4       5       6   |  Total
-----------+-----------------------------------------------------------+----------
         0 | 90.06   82.82   79.36   83.30   56.48   46.13   42.00 |  74.79
         1 |  3.00    9.04   11.66    9.89   14.39    4.20   20.14 |   9.74
         2 |  4.42    1.33    0.00    1.56   17.80   15.95   16.76 |   6.39
         3 |  2.52    0.00    5.31    0.00    2.43   11.13    3.02 |   2.86
         4 |  0.00    4.80    0.00    4.17    3.33   18.57   12.79 |   3.54
         5 |  0.00    0.00    1.76    1.08    1.47    4.01    1.66 |   1.08
         6 |  0.00    2.01    1.90    0.00    4.11    0.00    3.64 |   1.60
-----------+-----------------------------------------------------------+----------
     Total | 100.00  100.00  100.00  100.00  100.00  100.00  100.00 | 100.00


            |                      Worry Scale - Kids
            | Not worried              Moderate           Completely worried
Avoid scale|    0       1       2       3       4       5       6   |  Total
-----------+-----------------------------------------------------------+----------
         0 | 78.67   81.98   67.78   72.62   51.35   37.86   32.31 |  61.16
         1 | 13.27   10.09   11.05   12.08   16.16   21.50   19.33 |  14.43
         2 |  3.09    6.29    5.31    6.72   11.35   16.60   14.26 |   8.53
         3 |  2.25    0.00    5.26    7.44    5.40   17.45   18.88 |   7.32
         4 |  1.26    1.64    4.41    1.14    7.03    6.60    6.76 |   4.25
         5 |  0.00    0.00    4.29    0.00    2.79    0.00    6.88 |   2.24
         6 |  1.47    0.00    1.89    0.00    5.93    0.00    1.57 |   2.08
-----------+-----------------------------------------------------------+----------
     Total | 100.00  100.00  100.00  100.00  100.00  100.00  100.00 | 100.00
```

111. Next we take account of citizenship status, here expecting that immigrants who are non-citizens will feel the most vulnerable to EO 14160 because it is their children who would lose birthright citizenship. In the tables below, the first table reports results for naturalized citizens and the second table reports results for non-citizen immigrants. For naturalized citizens with low deportation worry, 91% are fully engaged. In contrast, among non-citizen immigrants who have high deportation worry, only 28% are fully engaged, about 30 points lower than similarly worried naturalized citizens.

p.53

|  | Worry Scale - Naturalized | | | | | | | |
|  | Not worried | | | Moderate | | Completely worried | | |
| Avoid scale | 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 91.39 | 87.77 | 79.63 | 73.99 | 59.31 | 25.57 | 58.03 | 77.02 |
| 1 | 4.09 | 7.20 | 12.18 | 11.49 | 14.91 | 18.35 | 8.28 | 9.56 |
| 2 | 4.52 | 2.48 | 1.10 | 7.30 | 13.16 | 29.08 | 12.53 | 6.62 |
| 3 | 0.00 | 0.00 | 5.10 | 4.52 | 2.99 | 18.87 | 15.99 | 3.62 |
| 4 | 0.00 | 2.55 | 2.00 | 1.52 | 2.90 | 8.14 | 5.17 | 1.98 |
| 5 | 0.00 | 0.00 | 0.00 | 1.18 | 3.56 | 0.00 | 0.00 | 0.71 |
| 6 | 0.00 | 0.00 | 0.00 | 0.00 | 3.17 | 0.00 | 0.00 | 0.49 |
| Total | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

|  | Worry Scale - Non-citizen | | | | | | | |
|  | Not worried | | | Moderate | | Completely worried | | |
| Avoid scale | 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 74.07 | 73.26 | 68.71 | 80.13 | 50.38 | 45.21 | 28.39 | 60.10 |
| 1 | 13.37 | 13.39 | 10.75 | 10.76 | 15.71 | 15.24 | 23.39 | 14.32 |
| 2 | 2.65 | 4.77 | 4.02 | 2.19 | 14.43 | 12.38 | 16.02 | 8.24 |
| 3 | 6.65 | 0.00 | 5.42 | 3.64 | 4.80 | 14.36 | 12.29 | 6.50 |
| 4 | 1.51 | 5.27 | 2.57 | 3.28 | 6.88 | 11.13 | 10.16 | 5.43 |
| 5 | 0.00 | 0.00 | 5.29 | 0.00 | 1.56 | 1.68 | 6.68 | 2.47 |
| 6 | 1.76 | 3.31 | 3.24 | 0.00 | 6.24 | 0.00 | 3.08 | 2.93 |
| Total | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

112. The final variable to consider in terms of proximity to EO 14160 is heightened sensitivity to the threat of deportation, here using the ICE raid in community variable as a proxy for this heightened sensitivity. This follows decades of social science research, outlined above, which establishes that proximity to ICE raids serves as a powerful proxy variable for exposure to the treatment variable of deportation risk and fear.  It is clear that for immigrants where ICE raids are happening in their community, their fear and anxiety is elevated because they can more closely feel the deportation threat.  Analogously, parents of newborn children living under a regime in which EO 14160 is being enforced would feel closer to the threat of deportation, as their child who would have been a citizen would instead lack any recognized legal status.

113. Thus, this type of ICE raid variable has been empirically proven in numerous peer-reviewed academic studies to establish a critical link to the causal mechanism of fear/worry over

deportation. In Section A above I previously touched on this "double" effect of being in a community with ICE raids and also being worried about deportation (see paragraph 104). Below I summarize the full results of this analysis in two tables, the top portion being for immigrants who live in a community where there have not been any recent ICE raids, and the lower table being for immigrants who live in a community where they report nearby ICE raids. According to the data in this table, the presence of ICE raids, indicating a heightened sensitivity to a risk of deportation, adds an additional drop-off of 23 points of avoidance. For immigrants who are the most worried about deportation, but report no ICE raids in their community, 46% are fully engaged. However, if these same worried immigrants report there have been nearby ICE raids, they drop to just 23.6% full engagement, suggesting 76.4% avoidance.

```
             |                       Worry Scale - No ICE Raid
             | Not worried            Moderate           Completely worried
Avoid scale|    0       1       2       3       4       5       6    |  Total
-----------+------------------------------------------------------------+----------
         0 |  86.73   86.17   79.77   78.27   62.17   50.39   46.31 |  74.83
         1 |   7.22    7.53   10.26   10.81   11.01   12.67   13.23 |   9.82
         2 |   2.59    2.38    1.80    5.44   11.15   17.81   16.64 |   6.06
         3 |   1.91    0.00    2.96    3.51    4.06    6.56    7.09 |   3.16
         4 |   0.72    2.25    1.87    1.11    5.88   10.13   10.89 |   3.35
         5 |   0.00    0.00    1.21    0.86    1.77    2.45    3.41 |   1.08
         6 |   0.83    1.67    2.13    0.00    3.95    0.00    2.42 |   1.70
-----------+------------------------------------------------------------+----------
     Total |  100.00  100.00  100.00  100.00  100.00  100.00  100.00 |  100.00


             |                       Worry Scale - ICE Raid
             | Not worried            Moderate           Completely worried
Avoid scale|    0       1       2       3       4       5       6    |  Total
-----------+------------------------------------------------------------+----------
         0 |  79.96   72.95   55.40   76.55   43.28   29.70   23.55 |  54.32
         1 |   8.19   14.44   14.30   11.42   20.59   19.61   27.04 |  16.61
         2 |   7.87    5.73    5.58    2.83   17.31   14.85   13.42 |  10.19
         3 |   3.98    0.00   11.62    4.70    4.32   25.12   20.32 |   9.00
         4 |   0.00    6.88    3.60    4.49    5.08   10.71    6.62 |   4.94
         5 |   0.00    0.00    8.24    0.00    2.80    0.00    6.88 |   2.81
         6 |   0.00    0.00    1.27    0.00    6.62    0.00    2.18 |   2.13
-----------+------------------------------------------------------------+----------
     Total |  100.00  100.00  100.00  100.00  100.00  100.00  100.00 |  100.00
```

114. Independently, each of these three layers has proven that the closer immigrants are to the impact of EO 14160, the more likely their deportation worry translates into avoidant behavior. At the same time, this also proves that not all immigrants are being saturated with a chilling effect, and those who are further removed from exposure to EO 14160 are reporting significantly higher levels of engagement.

115. Beyond looking at the individual effects of these three variables, the next step in my analysis is to consider two of the three variables simultaneously to assess if an even further drop in engagement is reported, and then finally to consider all three of these context variables at the same time. The full tables for this complete analysis are available at the end of Appendix A. For brevity, I summarize the avoidance rates of the key factors in Figure 5, sorted by immigrants who report low deportation worry (green) in the top half of the figure and those who report high deportation worry (red) in the bottom half. For each row, I list the characteristics of the crosstabs that were run for various combinations of attitudes and experiences. As is clear in Figure 5, the three lowest rates of avoidance are among combinations of experiences that are the furthest away from being susceptible to EO 14160 and are also associated with reports of low deportation worry. Immigrants who are naturalized and do not report any nearby ICE raids (5.6% avoidance), naturalized immigrants with no kids in the household (7.4% avoidance), and those with no kids and not nearby any raids (8.2% avoidance) are all groupings of immigrants who least those who would feel the impact of EO 14160, and all have the lowest rates of avoidant behavior. As immigrants are associated with factors related to EO 14160, such as having kids, being a non-citizen, or being nearby an ICE raid (our proxy for heightened sensitivity to deportation risk), their avoidance goes up, even among those with low deportation worry. On the bottom of the figure are those with the highest avoidant behavior who have factors related to EO 14160 such as being a non-citizen, having children in the household, or reporting ICE raids nearby.



Figure 5. Percent reporting avoidant behavior by exposure to EO 14160

116. Because the survey asked about two different types of deportation worry, for immigrant respondents personally, and then for family members, we can isolate the individual as well as additive effects of deportation worry and how it relates to avoidance and withdrawal. Already in the models relying on a combined "total worry" scale the findings are pointing to the cumulative effect of worrying about both your own deportation and that of family members –

these are the respondents who score a 6 as the highest level or "completely worried" in the tables above in paragraphs 109 – 113. However, to provide an even clearer picture of the extra effect of worrying about family members deportation, I draw on the weighted regression results found in Appendix A for avoidant behavior and models that rely on the *worry_family* variable described in paragraph 101, section c above.

117.  Across every one of the six items in our analysis, immigrants who are worried about the deportation of a family member report statistically significant increased avoidance, that can be considered independent, or in addition to the deportation worry and avoidance from their own personal circumstance (see Figure 6).  That is, being worried about family members deportation has an additional impact of 31.7% more avoidant behavior on at least one of type of engagement. This is found by examining the degree of avoidance among immigrants *not worried* about family deportations (17.6%) as compared to avoidance among immigrants *very worried* about family deportations (49.3%).  The highest rate of avoidance at 52.3% was found among immigrants with



Figure 6. Additional increase in avoidant behavior if worried about family deportation

children under 18 in the household and a high degree of worry over family deportations, depicted in the last row in Figure 6.

118. When we isolate three of the factors most closely associated with EO 14160 being present, or absent simultaneously, a large and statistically significant gap in avoidance behavior emerges among immigrants.  As reported in Figure 7, in non-citizen households with children present, who have the highest degree of worry about themselves *and* the highest degree of worry about family members deportation 72.3% state they have avoided one or more public engagements in 2025.  In contrast, among immigrants who are naturalized citizens and do not have children in the household, and also have the lowest degree of deportation worry, they report only 7.4% avoidant behavior – a striking 10 fold difference.



Figure 7. Percent reporting avoidant behavior across three treatment conditions

119. When all four factors are considered present, or absent, we observe the starkest contrast in avoidant or engaging behavior, as depicted in Figure 8.  Here, we tabulate the avoidant behavior rate for two opposite ends of the threat spectrum and observe a difference of more than 75 points. Among immigrants who have low deportation worry, are citizens, have no children present, and are not near ICE raids, only 4.9% report avoidant behavior.  On the complete other side of this

scale are immigrants with high deportation worry, are non-citizens, have children at home, and report ICE raids nearby, and 81.9% state they have avoided one or more public interaction, including accessing government services. This chart provides perhaps the clearest evidence that (A) not all immigrants are living underground in fear; indeed, when threat is not present they are engaging at very high rates; and (B) when factors closely aligned with EO 14160 are present, there is a sharp increase in avoidant behavior that can be associated with new threat posed by ending birthright citizenship.



Figure 8. Percent reporting avoidant behavior across all four treatment conditions

120. These relationships are further documented through regression analysis reported in Appendix A. Across the 504 models (252 weighted, 252 unweighted) related to this subsection, there is clear and consistent statistically significant evidence that immigrants most closely associated with EO 14160 factors are the most likely to report avoidant behavior amidst deportation worry. If we account for being naturalized or a non-citizen, or mixed status households with some citizens or others with only non-citizens, or for the presence of ICE raids or not, all regression models

continue to point to consistent evidence that non-citizens with children in the household, who have the highest degree of deportation worry, are demonstrating the most avoidant behavior.

## C. **Conflicting state laws on citizenship will still result in a chilling effect in "safe states"**

121. To assess how immigrants in "safe states" wherein birthright citizenship is upheld might behave as compared to those in "deportation states" wherein birthright citizenship no longer exists for all children, we can subset the models by whether or not immigrants knowingly live in a so-called "sanctuary city"—i.e., a city where local police limits its involvement in federal immigration enforcement—or not. In this scenario, living in a sanctuary city might theoretically provide additional protection to immigrants, whereas living in a non-sanctuary city might theoretically be riskier. Because the literature review points to increased confusion when laws are not uniform, we might expect immigrants who continue to perceive deportation worry to withdraw and express avoidant behavior, even if they reside in a sanctuary city.

122. According to the 252 regression models split by sanctuary city status, reported in Appendix A, living in a "safe state" will not reduce avoidant behavior among immigrants worried about citizenship status threat to themselves and their families. In the combined avoidance scale we find similar effects for deportation worry when we subset the analysis to immigrants who report they do not live in a sanctuary city as compared to immigrants who report they do live in a sanctuary city. For immigrants who express the highest level of worry over deportation threat, living in a sanctuary city does not reduce avoidant behavior, nor does it encourage engagement. According to the weighted regression results, immigrants who are the most worried report a drop-off of engagement by -55.66 points in sanctuary cities and for immigrants who are not in sanctuary cities, the drop-off among the most worried is -50.79 points.

123. This same trend is observable across all six types of public engagement and is clearly evident in seeking medical care at clinics or hospitals. In sanctuary cities, immigrants who are the most worried about deportation are -28.94 points less likely to seek medical services, and for

immigrants in non-sanctuary cities, the drop-of is -24.95 points.  This is clear evidence that baseline deportation worry will continue to be present in "safe states" because the overall national narrative, media environment, and community discussion will be clouded by the fact that different states have different laws for birthright citizenship.

## VI.    Conclusion

124.  This report has considered the impact that EO 14160 ending birthright citizenship has on avoidance and withdrawal among Latino immigrant communities across the country.  I have relied on two primary sources of information to form my opinion.  The first was a review of the relevant literature on immigration enforcement and the chilling effect.  The second was an original national survey of 1,000 Latino immigrants to assess how people might alter their behavior due to fears about immigration enforcement and the loss of citizenship of U.S.-born children.  In Section III above, I have offered an executive summary of my findings and here I further summarize those to the following key conclusions.

125.  First, there is a considerable record of peer-reviewed social science evidence, published in academic journals, that points to negative repercussions of heightened immigration enforcement, that has become known as the chilling effect.  The extant research is clear that this effect is episodic and context depending, being triggered by exposure to a hostile environment and fears over deportation. In specific instances where immigration laws change, or federal immigration authorities increase their presence and practices of detention, arrest, raids and surveillance, immigrants, their families, and those personally connected to immigrants adjust their behavior to avoid possible detention and apprehension. The social science literature is clear that in accommodating or non-threatening environments, those in the immigrant community engage public spaces and institutions at rates equivalent to the general American public.  However, research has documented the high levels of fear, anxiety, stress, and avoidance behavior that immigrant communities demonstrate when confronted with deportation threat.

126. In addition, the recent 2025 LINAS survey dataset I analyzed provides direct evidence that is statistically significant showing that, among Latino immigrants who report worry over deportation risk, those who are noncitizens and have children in the household are most likely to engage in avoidance and withdrawal.  If you hold constant a respondent's worry concerning her own deportation, the likelihood of avoidance increases if the respondent is also worried about a family member's deportation. This chilling effect means that where there is high worry over deportation, immigrants are less likely to participate in state or federal programs because they fear signing up and providing their name and address would make them vulnerable for deportation. The chilling effect limits the successful application of public health programs, maternity care, vaccine programs for infants, pre-K, nutrition programs and much more.

127. The 2025 LINAS survey also provides strong evidence for understanding the causal mechanism which triggers avoidance –those in the immigrant community who are the most closely proximate to EO 14160 factors, putting them and their family members at risk of arrest, detention or deportation are the most likely to withdraw and avoid.  Latino immigrants who have children in the household feel the most vulnerable and at risk and value the safety and security of their children and family above anything else.  If they fear interaction with public agencies will put themselves or their children at risk, they will withdraw from public engagement.

Executed on July 15, 2025 at Los Angeles County, CA.

I declare under penalty of perjury that the foregoing is true and correct.

_Matt A. Barreto_

Matthew A. Barreto

# References

Abrego, Leisy J. "Legal consciousness of undocumented Latinos: Fear and stigma as barriers to claims-making for first-and 1.5-generation immigrants." Law & Society Review 45.2 (2011): 337-370.

Abowd, John, Depositions on August 15, 2018 (hereinafter Abowd Deposition) and August 29, 2018 (Abowd 30(b)(6).

Alpert, Harry . 1956. "Public Opinion Research as Science." Public Opinion Quarterly. 20(3).

Amuedo-Dorantes, Catalina and Esther Arenas-Arroyo. 2019. "Police Trust and Domestic Violence: Evidence from Immigration Policies." IZA DP No. 12721. October.

Amuedo-Dorantes, Catalina, and Mary Lopez. 2017. "The Hidden Educational Costs of Intensified Immigration Enforcement." Forthcoming in the Southern Economic Journal 84 (1): 120–54.

Amuedo-Dorantes, C., & Arenas-Arroyo, E. (2022). Police trust and domestic violence among immigrants: evidence from VAWA self-petitions. Journal of Economic Geography, 22(2), 395-422.

Amuedo-Dorantes, C., & Antman, F. M. (2022). De facto immigration enforcement, ICE raid awareness, and worker engagement. Economic Inquiry, 60(1), 373-391.

Amuedo-Dorantes, C., & Deza, M. (2022). Can sanctuary policies reduce domestic violence?. American Law and Economics Review, 24(1), 116-170.

Aranda, Elizabeth and Elizabeth Vaquera. 2015. "Racism, the Immigration Enforcement Regime, and the Implications for Racial Inequality in the Lives of Undocumented Young Adults." Sociology of Race and Ethnicity.

Barabas, Jason and Jennifer Jerit. 2010. "Are Survey Experiments Externally Valid?" American Political Science Review. 104:2

Bellows, L. (2021). The effect of immigration enforcement on school engagement: Evidence from 287 (g) programs in North Carolina. AERA Open, 7, 23328584211039467.

Berk, Marc L., and Claudia L. Schur. 2001. "The Effect of Fear on Access to Care among Undocumented Latino Immigrants." *Journal of immigrant health* 3(3): 151–156.

Bernstein, H., Gonzalez, D., McTarnaghan, S., Karpman, M., & Zuckerman, S. (2020). One in six adults in California immigrant families reported avoiding public benefits in 2019. Urban Institute, 1-24.

Bernstein, H., Gonzalez, D., Karpman, M., & Zuckerman, S. (2020). Amid confusion over the public charge rule, immigrant families continued avoiding public benefits in 2019. Washington, DC: Urban Institute, 1, 1-20.

Bucheli, J. R., Rubalcaba, J. A. A., & Vargas, E. D. (2021). Out of the class and into the shadows: Immigration enforcement and education among US-citizen and foreign-born Hispanics. AERA Open, 7, 23328584211056349.

Brady, Henry. 2000. "Contributions of Survey Research to Political Science." PS.

Burnett, J. 2017. "New Immigration Crackdowns Creating 'chilling Effect' on Crime Reporting." National Public Radio, Morning Edition, May 2017.

Capps, R., Fix, M., & Batalova, J. (2020). Anticipated 'Chilling Effects' of the Public-Charge Rule Are Real: Census Data Reflect Steep Decline in Benefits Use by Immigrant Families. Migration Policy Institute.

Capps, Randy, Heather Koball, James D Bachmeier, Ariel G Ruiz Soto, Jie Zong, and Julia Gelatt. 2016. "Deferred Action for Unauthorized Immigrants Parents: Analysis of DAPA's Potential Effects on Families and Children." Migration Policy Institute and Urban Institute. Washington, D.C.

Center for Survey Measurement. 2017. "MEMORANDUM FOR Associate Directorate for Research and Methodology (ADRM)."

Chaudry, Ajay. 2011. "Children in the Aftermath of Immigration Enforcement" The Journal of the History of Childhood and Youth, Volume 4, Number 1, Winter, pp. 137-154

Claes-Magnus Cassell et al., 1977. Foundations of inference in survey sampling.

Coutin, Susan Bibler. 2003. *Legalizing Moves: Salvadoran Immigrants' Struggle for US Residency*. University of Michigan Press.

Cruz Nichols, Vanessa, Alana MW LeBrón, and Francisco I. Pedraza. 2018. "Spillover Effects: Immigrant Policing and Government Skepticism in Matters of Health for Latinos." *Public Administration Review* 78(3): 432–443.

De La Puente, Manuel. 1995. "Using Ethnography to Explain Why People Are Missed or Erroneously Included by the Census: Evidence from Small Area Ethnographic Studies." *Center for Survey Methods Research, US Census Bureau*.

———. 2004. *Census 2000 Ethnographic Studies*. Bureau of the Census.

Dey, D., Haque, M.S., Islam, M.M. *et al.* The proper application of logistic regression model in complex survey data: a systematic review. *BMC Med Res Methodol* **25**, 15 (2025). https://doi.org/10.1186/s12874-024-02454-5

Druckman, James, Donald Green, James Kuklinski, and Arthur Lupia. 2011. Cambridge Handbook of Experimental Political Science. Cambridge University Press.

Federal Committee on Statistical Methodology. 1990. Statistical Working Paper 17 – Survey Coverage. http://www.fcsm.gov/working-papers/wp17.html

Felfe, C., Rainer, H., & Saurer, J. (2020). Why birthright citizenship matters for immigrant children: Short-and long-run impacts on educational integration. Journal of Labor Economics, 38(1), 143-182.

Frost, Amanda. 2017. "Can the Government Deport Immigrants Using Information It Encouraged Them to Provide?"

Garcia, Angela. 2019. *Legal Passing: Navigating Undocumented Life and Local Immigration Law.* University of California Press.

Gaines, Brian J., James H. Kuklinski, and Paul J. Quirk. 2007. "The Logic of the Survey Experiment Reexamined." *Political Analysis* 15 (Winter): 1–20.

Gardner, Trevor and Aarti Kohli. 2009. "The CAP Effect: Racial Profiling in the ICE Criminal Alien Program. The Chief Justice Earl Warren Institute on Race, Ethnicity and Diversity. University of California, Berkeley. September.

Gelatt, Julia, Heather Koball, Hamutal Bernstein, CHarmaine Runes and Eleanor Pratt. 2017. State Immigration Enforcement Policies: How They Impact Low-Income Households. Washington, DC: The Urban Institute. May

Glasman, Laura and Dolores Albarracin.2006. "Forming attitudes that predict future behavior: A meta-analysis of the atittude-behavior relation." Psychological Bulletin, APA, 132(5)

Graubard, Barry and Edward Korn. 1996. "Survey inference for subpopulations." American Journal of Epidemiology. 144(1).

Groves, Robert M. And Mick P. Couper. 1998. Nonresponse in Household Interview Surveys. New York, NY: John Wiley and Sons

Groves, Robert . 2004. Survey Errors and Survey Costs, 2nd ed.

Gonzalez, D., Bernstein, H., Karpman, M., & Kenney, G. M. (2024). Mixed-Status Families and Immigrant Families with Children Continued Avoiding Safety Net Programs in 2023.

Haley, J. M., Kenney, G. M., Bernstein, H., & Gonzalez, D. (2021). Many immigrant families with children continued to avoid public benefits in 2020, despite facing hardships. Washington, DC: Urban Institute.

Hagan, Jacqueline Maria. 1994. *Deciding to Be Legal: A Maya Community in Houston*. Temple University Press.

Hagan, J. M., Rodriguez, N., & Castro, B. (2011). Social effects of mass deportations by the United States government, 2000–10. *Ethnic and Racial Studies*, *34*(8), 1374-1391.

Hamilton, E. R., Langer, P. D., & Patler, C. (2021). DACA's association with birth outcomes among Mexican-origin mothers in the United States. Demography, 58(3), 975-985.

Holt, D and A.J. Scott. 1981. "Regression Analysis Using Survey Data" Journal of the Royal Statistical Society. Series D (The Statistician), Vol. 30, No. 3 (Sep., 1981), pp. 169-178

Horn, A.S., Lee, G. 2016. The Reliability and Validity of Using Regression Residuals to Measure Institutional Effectiveness in Promoting Degree Completion. Res High Educ 57, 469–496 (2016). https://doi.org/10.1007/s11162-015-9394-7

Immigrant Defense Project. 2019. Safeguarding the Integrity of Our Courts: The Impact of ICE Courthouse Operations in New York State.

Immigrant Defense Project. 2020. Denied, Disappeared, and Deported: The Toll of ICE Operations at New York's Courts in 2019.

Irvine, Angela, Mitzia Martinez, Crystal Farmer and Aisah Canfield. 2019. The Chilling Effect of ICE Courthouse Arrests. October.

Jacome, Elisa. 2018. "The Effect of Immigration Enforcement on Crime Reporting: Evidence from the Priority Enforcement Program." SSRN. October 8.

Kang, Stephanie. 2012. A Rose by Any Other Name: The Chilling Effect of ICE's Secure Communities Program, 9 Hastings Race & Poverty L.J. 83

Kasturirangan, Aarati, Sandhya Krishnan, and Stephanie Riger. 2004. "The Impact of Culture and Minority Status on Women's Experience of Domestic Violence." Trauma, Violence and Abuse 5 (4): 318–32. https://doi.org/10.1177/1524838004269487.

Khashu, A. 2009. "The Role of Local Police: Striking a Balance Between Immigration Enforcement and Civil Liberties." Washington, DC: Police Foundation.

Kirk, David S., Andrew V. Papachristos, Jeffrey Fagan, Tom R. Tyler. 2012. "The Paradox of Law Enforcement in Immigrant Communities: Does Tough Immig" ration Enforcement Undermine Public Safety?" The ANNALS of the American Academy of Political and Social Science.

Konijn, H. S. (1962) Regression Analysis in Sample Surveys, Journal of the

American Statistical Association, 57:299, 590-606, DOI: 10.1080/01621459.1962.10500548

Kraus, Stephen. 1995. "Attitudes and the Prediction of Behavior: A Meta-Analysis of the Empirical Literature." Peraonslity and Social Psychology. 21(1)

Kruzich, P. J.; Grimm, J. W.; Rustay, N. R.; Parks, C. D.; See, R. E.. Predicting relapse to cocaine-seeking behavior: A multiple regression approach. Behavioural Pharmacology 10(5):p 513-521, September 1999.Koball, Heather, Randy Capps, Krista Perreira, Andrea Campetella, Sarah Hooker, Juan Pedroza, William Monson, and Sandra Huerta. 2015. "Health and Social Service Needs of US-Citizen Children with Detained or Deported Immigrant Parents." Washington, DC: Urban Institute.

Krupnikov, Yanna and Blake Findley. 2018. "Survey Experiments: Managing the Methodological Costs and Benefits" In The Oxford Handbook of Polling and Survey Methods, Eds. Lonna Rae Atkeson and R. Michael Alvarez.

Kubrin, C. E. 2014. "Secure or Insecure Communities?" Criminology & Public Policy 13 (2): 323–338.

Kubrin, Charis E., and Glenn A. Trager, 'Immigration and Crime in U.S. Communities: Charting Some Promising New Directions in Research', in Sandra M. Bucerius, and Michael Tonry (eds), The Oxford Handbook of Ethnicity, Crime, and Immigration (2014; online edn, Oxford Academic, 1 Apr. 2014),Lasswell, Harold . 1941. Democracy Through Public Opinion.

Magnus, C. 2017. "Tucson's Police Chief: Sessions's Anti-Immigrant Policies Will Make Cities More Dangerous." The New York Times, December 2017.

Reny, Tyler and Sylvia Manzano. 2016. "The Negative Effects of Mass Media Stereotypes of Latinos and Immigrants." In Media and Minorities: Questions on Representation from an International Perspective. Eds Georg Ruhrmann, Yasemin Shooman, and Peter Widmann. Jewish Museum of Berlin Press.

Marrow, Helen. 2009. "Immigrant Bureaucratic Incorporation: The Dual Roles of Professional Missions and Government Policies. American Sociological Review. October.

Menjívar, C. (2011). The power of the law: Central Americans' legality and everyday life in Phoenix, Arizona. *Latino Studies*, *9*(4), 377-395.

Meyers, Mikelyn. 2017. "Respondent Confidentiality Concerns and Possible Effects on Response Rates and Data Quality for the 2020 Census."

Michelson, Melissa R., and Jessica L. Lavariega Monforti. 2018. "Back in the Shadows, Back in the Streets." *PS, Political Science & Politics* 51(2): 282

Montoya, Martin Dale. 1992. Ethnographic Evaluation of the Behavioral Causes of Undercount: Woodburn, Oregon. Ethnographic Evaluation of the 1990 Decennial Census Report 25.

Nguyen, Mai Thi, and Hannah Gill. 2015. "Interior Immigration Enforcement: The Impacts of Expanding Local Law Enforcement Authority." Urban Studies 53 (2): 302–23.

Nguyen, Mai Thi and  Hannah Gill. 2016. "Interior immigration enforcement: The impacts of expanding local law enforcement authority." Urban Studies.

Ocampo, Angela X. 2024. "Truly at home? Perceived belonging and immigrant incorporation." Social Forces 103: 633-654.

Pearson, T. (2024). The impact of immigration status on crime reporting: Evidence from DACA. Journal of Urban Economics, 143, 103670.

Perez, Carmela and Lisa Fortuna. 2005. Psychosocial Stressors, Psychiatric Diagnoses and Utilization of Mental Health Services Among Undocumented Immigrant Latinos.

Pedraza, F. I., Nichols, V. C., & LeBrón, A. M. (2017). Cautious citizenship: the deterring effect of immigration issue salience on health care use and bureaucratic interactions among Latino US citizens. Journal of health politics, policy and law, 42(5), 925-960.

Pedraza, Francisco and Ling Zhu. 2015. "Immigration Enforcement and the "Chilling Efect" on Latino Medicaid Enrollment." Stanford Center on Poverty and Inequality.

Pedraza, Francisco I., and Maricruz Ariana Osorio. 2017. "Courted and Deported: The Salience of Immigration Issues and Avoidance of Police, Health Care, and Education Services among Latinos." *Aztlan: A Journal of Chicano Studies* 42(2): 249–266.

Raines, Marvin D. 2001. "Gaining Cooperation from a Multi-Cultural Society of Respondents: A Review of the US Census Bureau's Efforts to Count the Newly Immigrated Population." *Statistical Journal of the United Nations Economic Commission for Europe* 18(2, 3): 217–226.

Rathod, Jayesh. 2010. "Beyond the Chilling Efcect: Immigrant Worker Behavior and Safety and the Regulation of OSHA. Employee Rights and Employment Policy Journal. 14.

Rodriguez, N., & Hagan, J. M. (2004). Fractured families and communities: Effects of immigration reform in Texas, Mexico, and El Salvador. *Latino Studies*, *2*(3), 328-351.

Roman, Marcel and Matt Barreto. 2019. "The chilling effect the Lone Star State: How increased immigration enforcement results in avoidance behavior in immigrant communities" Latino Politics and Policy Institute. Technical Working Paper, December 2019.

Rosenberg, Eli. 2019. "How a worker who survived a catastrophic building collapse ended up in ICE detention" The Washington Post. November 25

Samuels, Elizabeth A., et al. "Health care utilization before and after the "Muslim Ban" executive order among people born in Muslim-majority countries and living in the US." JAMA Network Open 4.7 (2021): e2118216-e2118216.

Sample, John and Rex Warland. 1973. "Attitude and Prediction of Behavior." Social Forces 51(Mar): 292-304

Sanchez, Gabriel R., and Barbara Gomez-Aguinaga. 2017. "Latino Rejection of the Trump Campaign." *Aztlán: A Journal of Chicano Studies* 42(2).

Schildkraut, Deborah, Tomas Jimenez, John Dovidio and Yuen Huo. 2019. "A Tale of Two States: How State Immigration Climate Affect Belonging to State and Country Among Latinos." Social Problems. 66:3

Stepick, Alex. 1992. The Refugees nobody wants: Haitians in Miami. University of Florida Press.

Sudhinaraset, M., Choi, H. Y., Nwankwo, E., & De Trinidad Young, M. E. (2022). Association between immigration enforcement encounters and COVID-19 testing and delays in care: a cross-sectional study of undocumented young adult immigrants in california. BMC Public Health, 22(1), 1558.

Swartz, J. J., Hainmueller, J., Lawrence, D., & Rodriguez, M. I. (2019). Oregon's expansion of prenatal care improved utilization among immigrant women. Maternal and child health journal, 23(2), 173-182.

Sweeney, Maureen. 2014. "Shadow Immigration Enforcement And Its Constitutional Dangers." The Journal of Criminal Law and Criminology.

Szkupinski Quiroga, S., Medina, D. M., & Glick, J. (2014). In the belly of the beast: Effects of anti-immigration policy on Latino community members. *American Behavioral Scientist*, *58*(13), 1723-1742.

Terry, Rodney L. et al. 2017. "Exploring Inconsistent Counts of Racial/Ethnic Minorities in a 2010 Census Ethnographic Evaluation." *Bulletin of Sociological Methodology/Bulletin de Méthodologie Sociologique* 135(1): 32–49.

Theodore, Nik and Robert Habans. 2016. "Policing immigrant communities: Latino perceptions of police involvement in immigration enforcement" Journal of Ethnic and Migration Studies. 42:6

Theodore, N. 2013. Insecure Communities: Latino Perceptions of Police Involvement in Immigration Enforcement. Chicago: University of Illinois at Chicago, Great Cities Institute.

Vargas, Edward D. 2015. "Immigration Enforcement and Mixed-Status Families: The Effects of Risk of Deportation on Medicaid Use." Children and Youth Services Review 57 (October): 83–89.

Velasco, Alfredo. 1992. "Ethnographic Evaluation of the Behavioral Causes of Undercount In The Community of Sherman Heights, San Diego, California." Ethnographic Evaluation of the 1990 Decennial

Census Report #22. Prepared under Joint Statistical Agreement 89-42 with the Chicano Federation of San Diego County. Bureau of the Census, Washington, D.C.

Varsanyi, Monica, Paul Lewis, Doris Marie Provine, Scott Decker. 2012. A Multilayered Jurisdictional Patchwork: Immigration Federalism in the United States. Law & Policy 34(2)

Vidales, Guadalupe, Kristen M. Day, and Michael Powe. 2009. "Police and Immigration Enforcement." Policing: An International Journal of Police Strategies & Management 32 (4): 631–53.

Vishnuvajjala, Radha. 2012. "Insecure Communities: How an Immigration Enforcement Program Encourages Battered Women to Stay Silent." Boston College Journal of Law & Social Justice 32 (1): 185–213.

Watson, Tara. 2014. "Inside the Refrigerator: Immigration Enforcement and Chilling Effects in Medicaid Participation." American Economic Journal:Economic Policy 6 (3): 313–38.

Wonnacott, Thomas and Ronald Wonnacott. 1990. Introductory Statistics. 5th Edition. Wiley & Sons.

Young, M. E. D. T., Tafolla, S., Saadi, A., Sudhinaraset, M., Chen, L., & Pourat, N. (2023). Beyond "chilling effects": Latinx and Asian immigrants' experiences with enforcement and barriers to health care. Medical care, 61(5), 306-313.

Zimmerman, Wendy and Karen Tumlin. 1999. Patchwork Policies: State Assistance for Immigrants Under Welfare Reform. Occasional Paper Number 24. Assessing the New Federalism: An Urban Institute Program To Assess Changing Social Policies. INSTITUTION Urban Inst., Washington, DC

**Appendix A:**

**Auxiliary Data Tables From 2025 LINAS Analysis**

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
.
. ** MODELS UNWEIGHTED **
.
. *bivariate by all treatments*
. foreach var of varlist av_schools-avoidscale {
  2.         foreach var2 of varlist iceraid1-worryscale {
  3.                 version 11: ologit `var' `var2'
  4.                 qui prvalue, x(`var2'=min) save
  5.                 prvalue, x(`var2'=max) diff
  6.         }
  7. }

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -314.45371
Iteration 2:   log likelihood = -313.95277
Iteration 3:   log likelihood = -313.95138
Iteration 4:   log likelihood = -313.95138

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =  13.43
                                               Prob > chi2   = 0.0002
Log likelihood = -313.95138                    Pseudo R2     = 0.0209

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid1 |  .8649632   .2272892     3.81   0.000     .4194846   1.310442
------------+-----------------------------------------------------------
      /cut1 |  2.451279   .131305                       2.193926   2.708632
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
    Pr(y=0|x):     0.8301    0.9207   -0.0906  [-0.1452,  -0.0359]
    Pr(y=1|x):     0.1699    0.0793    0.0906  [ 0.0359,   0.1452]

            iceraid1
Current=           1
  Saved=           0
   Diff=           1

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -318.42745
Iteration 2:   log likelihood = -318.36494
Iteration 3:   log likelihood =  -318.3649
Iteration 4:   log likelihood =  -318.3649

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =   4.60
                                               Prob > chi2   = 0.0319
Log likelihood = -318.3649                     Pseudo R2     = 0.0072

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid2 |  .5292593   .2391314     2.21   0.027     .0605704   .9979482
------------+-----------------------------------------------------------
      /cut1 |  2.344549   .1251222                      2.099314   2.589784
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
    Pr(y=0|x):     0.8600    0.9125   -0.0525  [-0.1044,  -0.0006]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Pr(y=1|x):        0.1400    0.0875    0.0525  [ 0.0006,   0.1044]

              iceraid2
Current=        1
 Saved=         0
  Diff=          1

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -310.87729
Iteration 2:   log likelihood = -310.38865
Iteration 3:   log likelihood = -310.38793
Iteration 4:   log likelihood = -310.38793

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =  20.56
                                                Prob > chi2   = 0.0000
Log likelihood = -310.38793                     Pseudo R2     = 0.0321

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
      anyraid |  .9741847   .2159736    4.51   0.000    .5508843   1.397485
-------------+----------------------------------------------------------
       /cut1 |   2.65926   .1596126                     2.346425   2.972095
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.8436    0.9346   -0.0910  [-0.1332,  -0.0488]
        Pr(y=1|x):    0.1564    0.0654    0.0910  [ 0.0488,   0.1332]
              anyraid
Current=        1
 Saved=         0
  Diff=          1

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -298.95982
Iteration 2:   log likelihood = -296.6704
Iteration 3:   log likelihood = -296.66559
Iteration 4:   log likelihood = -296.66559

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =  48.00
                                                Prob > chi2   = 0.0000
Log likelihood = -296.66559                     Pseudo R2     = 0.0748

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .7171245   .1073049    6.68   0.000    .5068107   .9274382
-------------+----------------------------------------------------------
       /cut1 |  3.245992   .2150471                     2.824507   3.667476
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method
                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.7493    0.9625   -0.2133  [-0.2846,  -0.1420]
        Pr(y=1|x):    0.2507    0.0375    0.2133  [ 0.1420,   0.2846]
            worry_deport
Current=        3
 Saved=         0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Diff=              3

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -313.71087
Iteration 2:   log likelihood = -313.52754
Iteration 3:   log likelihood = -313.52738
Iteration 4:   log likelihood = -313.52738

Ordered logistic regression                    Number of obs = 1,000
                                                LR chi2(1)    = 14.28
                                                Prob > chi2   = 0.0002
Log likelihood = -313.52738                     Pseudo R2     = 0.0223

-----------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
   worry_fam |  .397953     .1081253    3.68   0.000    .1860312   .6098748
------------+----------------------------------------------------------
       /cut1 | 2.877857     .2239016                    2.439018   3.316696
-----------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF    Change   95% CI for Change
    Pr(y=0|x):     0.8434    0.9467  -0.1033  [-0.1585,  -0.0481]
    Pr(y=1|x):     0.1566    0.0533   0.1033  [ 0.0481,   0.1585]

            worry_fam
Current=         3
  Saved=         0
   Diff=         3

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -303.89374
Iteration 2:   log likelihood = -302.75852
Iteration 3:   log likelihood = -302.75455
Iteration 4:   log likelihood = -302.75455

Ordered logistic regression                    Number of obs = 1,000
                                                LR chi2(1)    = 35.82
                                                Prob > chi2   = 0.0000
Log likelihood = -302.75455                     Pseudo R2     = 0.0559

-----------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
  worryscale |  .3511211    .0609363    5.76   0.000    .2316881   .4705541
------------+----------------------------------------------------------
       /cut1 | 3.304632     .2417772                    2.830757   3.778507
-----------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF    Change   95% CI for Change
    Pr(y=0|x):     0.7682    0.9646  -0.1964  [-0.2698,  -0.1231]
    Pr(y=1|x):     0.2318    0.0354   0.1964  [ 0.1231,   0.2698]

          worryscale
Current=         6
  Saved=         0
   Diff=         6

Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -423.17579
Iteration 2:   log likelihood = -423.12506
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 3:   log likelihood = -423.12505

Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(1)    =    6.08
                                                 Prob > chi2   =  0.0137
Log likelihood = -423.12505                      Pseudo R2     =  0.0071

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
    iceraid1 |  .5055211   .2000624    2.53   0.012    .1134061   .8976361
------------+-----------------------------------------------------------
      /cut1 |  1.838071   .1031221                     1.635955   2.040187
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.7913   0.8627  -0.0715  [-0.1319,  -0.0110]
        Pr(y=1|x):  0.2087   0.1373   0.0715  [ 0.0110,   0.1319]

              iceraid1
Current=          1
  Saved=          0
   Diff=          1

Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -422.10518
Iteration 2:   log likelihood = -422.00736
Iteration 3:   log likelihood = -422.00732

Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(1)    =    8.31
                                                 Prob > chi2   =  0.0039
Log likelihood = -422.00732                      Pseudo R2     =  0.0098

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
    iceraid2 |   .591789   .1996043    2.96   0.003    .2005718   .9830061
------------+-----------------------------------------------------------
      /cut1 |  1.857455   .1034618                     1.654673   2.060236
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.7800   0.8650  -0.0850  [-0.1471,  -0.0229]
        Pr(y=1|x):  0.2200   0.1350   0.0850  [ 0.0229,   0.1471]

              iceraid2
Current=          1
  Saved=          0
   Diff=          1

Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -417.2968
Iteration 2:   log likelihood = -417.1064
Iteration 3:   log likelihood = -417.10634
Iteration 4:   log likelihood = -417.10634

Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(1)    =   18.11
                                                 Prob > chi2   =  0.0000
Log likelihood = -417.10634                      Pseudo R2     =  0.0213
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
    anyraid |  .7599755   .1779495     4.27   0.000     .411201    1.10875
------------+-----------------------------------------------------
      /cut1 |  2.038056   .1235883                     1.795828   2.280285
------------------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                   ON      OFF     Change   95% CI for Change
    Pr(y=0|x):   0.7821   0.8847   -0.1026  [-0.1520,  -0.0532]
    Pr(y=1|x):   0.2179   0.1153    0.1026  [ 0.0532,   0.1520]

             anyraid
Current=        1
 Saved=         0
  Diff=          1
```

```
Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -391.70481
Iteration 2:   log likelihood = -389.22164
Iteration 3:   log likelihood = -389.21403
Iteration 4:   log likelihood = -389.21403
```

```
Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =  73.90
                                               Prob > chi2   = 0.0000
Log likelihood = -389.21403                    Pseudo R2     = 0.0867
```

```
------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
worry_deport |  .7449706   .0904302     8.24   0.000     .5677307   .9222105
-------------+----------------------------------------------------
       /cut1 |  2.757241   .1748778                      2.414487   3.099995
------------------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                   ON      OFF     Change   95% CI for Change
    Pr(y=0|x):   0.6277   0.9403   -0.3126  [-0.3918,  -0.2334]
    Pr(y=1|x):   0.3723   0.0597    0.3126  [ 0.2334,   0.3918]

          worry_deport
Current=        3
 Saved=         0
  Diff=          3
```

```
Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -413.08019
Iteration 2:   log likelihood = -412.74531
Iteration 3:   log likelihood = -412.74498
Iteration 4:   log likelihood = -412.74498
```

```
Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =  26.84
                                               Prob > chi2   = 0.0000
Log likelihood = -412.74498                    Pseudo R2     = 0.0315
```

```
------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam |  .4543224   .0905483     5.02   0.000     .276851    .6317938
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------+------------------------------------------------------------
      /cut1 |   2.469483   .1869175                      2.103131    2.835835
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                       ON       OFF    Change   95% CI for Change
     Pr(y=0|x):     0.7515    0.9220   -0.1705  [-0.2361,  -0.1049]
     Pr(y=1|x):     0.2485    0.0780    0.1705  [ 0.1049,   0.2361]

                worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -398.05825
Iteration 2:   log likelihood = -396.53897
Iteration 3:   log likelihood = -396.53411
Iteration 4:   log likelihood = -396.53411

Ordered logistic regression                  Number of obs =   1,000
                                             LR chi2(1)    =   59.26
                                             Prob > chi2   =  0.0000
Log likelihood = -396.53411                  Pseudo R2     =  0.0695

------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .3778076   .0514529     7.34   0.000    .2769618    .4786535
-------------+----------------------------------------------------------
        /cut1 |  2.871712   .1999951                     2.479729    3.263695
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                       ON       OFF    Change   95% CI for Change
     Pr(y=0|x):     0.6468    0.9464   -0.2997  [-0.3822,  -0.2172]
     Pr(y=1|x):     0.3532    0.0536    0.2997  [ 0.2172,   0.3822]

                worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -380.64378
Iteration 1:   log likelihood = -378.65038
Iteration 2:   log likelihood = -378.61932
Iteration 3:   log likelihood = -378.61931

Ordered logistic regression                  Number of obs =   1,000
                                             LR chi2(1)    =    4.05
                                             Prob > chi2   =  0.0442
Log likelihood = -378.61931                  Pseudo R2     =  0.0053

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
     iceraid1 |  .4458295   .2161329     2.06   0.039    .0222167    .8694422
-------------+----------------------------------------------------------
        /cut1 |  2.032145   .1108786                     1.814827    2.249463
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
         Pr(y=0|x):    0.8301    0.8841   -0.0540   [-0.1099,   0.0019]
         Pr(y=1|x):    0.1699    0.1159    0.0540   [-0.0019,   0.1099]

                  iceraid1
Current=          1
  Saved=          0
   Diff=          1


Iteration 0:   log likelihood = -380.64378
Iteration 1:   log likelihood =  -379.1239
Iteration 2:   log likelihood = -379.10507
Iteration 3:   log likelihood = -379.10507

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =     3.08
                                               Prob > chi2   =   0.0794
Log likelihood = -379.10507                    Pseudo R2     =   0.0040

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid2 |  .3948343    .2198767     1.80   0.073   -.0361162   .8257848
-------------+----------------------------------------------------------
       /cut1 |  2.01632     .109794                      1.801128   2.231513
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
         Pr(y=0|x):    0.8350    0.8825   -0.0475   [-0.1036,   0.0086]
         Pr(y=1|x):    0.1650    0.1175    0.0475   [-0.0086,   0.1036]

                  iceraid2
Current=          1
  Saved=          0
   Diff=          1


Iteration 0:   log likelihood = -380.64378
Iteration 1:   log likelihood = -376.12721
Iteration 2:   log likelihood = -376.05954
Iteration 3:   log likelihood = -376.05952

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =     9.17
                                               Prob > chi2   =   0.0025
Log likelihood = -376.05952                    Pseudo R2     =   0.0120

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
      anyraid |  .5835948    .1914369     3.05   0.002    .2083854   .9588041
-------------+----------------------------------------------------------
       /cut1 |  2.166453    .1299524                      1.911751   2.421155
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
         Pr(y=0|x):    0.8296    0.8972   -0.0676   [-0.1131,  -0.0221]
         Pr(y=1|x):    0.1704    0.1028    0.0676   [ 0.0221,   0.1131]

                  anyraid
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Current=        1
 Saved=         0
  Diff=         1

Iteration 0:  log likelihood = -380.64378
Iteration 1:  log likelihood = -355.67168
Iteration 2:  log likelihood = -353.79288
Iteration 3:  log likelihood =  -353.7874
Iteration 4:  log likelihood =  -353.7874

Ordered logistic regression                    Number of obs = 1,000
                                               LR chi2(1)    =   53.71
                                               Prob > chi2   =  0.0000
Log likelihood = -353.7874                     Pseudo R2     =  0.0706

-------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |   .6776807   .0954315    7.10   0.000    .4906384    .864723
-------------+-----------------------------------------------------------
       /cut1 |   2.870426   .1850865                    2.507663   3.233189
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
    Pr(y=0|x):   0.6979   0.9464  -0.2485  [-0.3240,  -0.1729]
    Pr(y=1|x):   0.3021   0.0536   0.2485  [ 0.1729,   0.3240]

             worry_deport
Current=        3
 Saved=         0
  Diff=         3

Iteration 0:  log likelihood = -380.64378
Iteration 1:  log likelihood = -370.85478
Iteration 2:  log likelihood = -370.60527
Iteration 3:  log likelihood = -370.60505
Iteration 4:  log likelihood = -370.60505

Ordered logistic regression                    Number of obs = 1,000
                                               LR chi2(1)    =   20.08
                                               Prob > chi2   =  0.0000
Log likelihood = -370.60505                    Pseudo R2     =  0.0264

-------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
    worry_fam |   .4222887   .0969745    4.35   0.000    .2322222   .6123553
-------------+-----------------------------------------------------------
       /cut1 |   2.625101   .2002859                    2.232548   3.017655
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
    Pr(y=0|x):   0.7955   0.9325  -0.1370  [-0.1983,  -0.0756]
    Pr(y=1|x):   0.2045   0.0675   0.1370  [ 0.0756,   0.1983]

          worry_fam
Current=        3
 Saved=         0
  Diff=         3

Iteration 0:  log likelihood = -380.64378
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 1:   log likelihood = -360.02215
Iteration 2:   log likelihood = -358.89563
Iteration 3:   log likelihood = -358.89255
Iteration 4:   log likelihood = -358.89255

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(1)    =    43.50
                                                Prob > chi2   =  0.0000
Log likelihood = -358.89255                     Pseudo R2     =   0.0571

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .3458655   .0544712    6.35   0.000    .239104    .452627
-------------+----------------------------------------------------------
        /cut1 |  2.981605   .212105              2.565887   3.397323
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7123   0.9517  -0.2395  [-0.3181,  -0.1609]
        Pr(y=1|x):  0.2877   0.0483   0.2395  [ 0.1609,   0.3181]

           worryscale
Current=        6
  Saved=        0
   Diff=        6

Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -321.07047
Iteration 2:   log likelihood = -321.03244
Iteration 3:   log likelihood = -321.03242

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(1)    =     3.70
                                                Prob > chi2   =  0.0546
Log likelihood = -321.03242                     Pseudo R2     =   0.0057

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid1 |  .4711507   .2383273    1.98   0.048    .0040379   .9382636
-------------+----------------------------------------------------------
        /cut1 |  2.320729   .1243689              2.076971   2.564488
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.8641   0.9106  -0.0465  [-0.0973,   0.0043]
        Pr(y=1|x):  0.1359   0.0894   0.0465  [-0.0043,   0.0973]

            iceraid1
Current=        1
  Saved=        0
   Diff=        1

Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -319.09113
Iteration 2:   log likelihood = -318.90876
Iteration 3:   log likelihood = -318.90851
Iteration 4:   log likelihood = -318.90851

Ordered logistic regression                     Number of obs =  1,000
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                        LR chi2(1)     =    7.94
                                        Prob > chi2    = 0.0048
Log likelihood = -318.90851            Pseudo R2      = 0.0123

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
    iceraid2 |  .6803613   .2329103    2.92   0.003    .2238654   1.136857
------------+-----------------------------------------------------------
      /cut1 |  2.376273   .1267754                     2.127798   2.624748
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON      OFF     Change    95% CI for Change
    Pr(y=0|x):    0.8450   0.9150   -0.0700   [-0.1238,  -0.0162]
    Pr(y=1|x):    0.1550   0.0850    0.0700   [ 0.0162,   0.1238]

            iceraid2
Current=       1
  Saved=       0
   Diff=       1

Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -315.13834
Iteration 2:   log likelihood =  -314.8409
Iteration 3:   log likelihood = -314.84061
Iteration 4:   log likelihood = -314.84061

Ordered logistic regression             Number of obs  =   1,000
                                         LR chi2(1)     =   16.08
                                         Prob > chi2    =  0.0001
Log likelihood = -314.84061             Pseudo R2      =  0.0249

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
     anyraid |  .857211   .2137879    4.01   0.000    .4381944   1.276228
------------+-----------------------------------------------------------
      /cut1 |  2.585255   .1545874                     2.282269    2.88824
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON      OFF     Change    95% CI for Change
    Pr(y=0|x):    0.8492   0.9299   -0.0807   [-0.1227,  -0.0387]
    Pr(y=1|x):    0.1508   0.0701    0.0807   [ 0.0387,   0.1227]

            anyraid
Current=       1
  Saved=       0
   Diff=       1

Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -308.91599
Iteration 2:   log likelihood = -308.02289
Iteration 3:   log likelihood =  -308.0209
Iteration 4:   log likelihood =  -308.0209

Ordered logistic regression             Number of obs  =   1,000
                                         LR chi2(1)     =   29.72
                                         Prob > chi2    =  0.0000
Log likelihood = -308.0209              Pseudo R2      =  0.0460

------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .554938   .1033434     5.37   0.000     .3523887    .7574872
-------------+----------------------------------------------------------------
       /cut1 |  2.964662   .1970178                      2.578514     3.35081
      --------------------------------------------------------------------------
```

ologit: Change in Predictions for av_work

Confidence intervals by delta method

```
                        ON      OFF    Change   95% CI for Change
        Pr(y=0|x):    0.7858   0.9510  -0.1651  [-0.2331,  -0.0972]
        Pr(y=1|x):    0.2142   0.0490   0.1651  [ 0.0972,   0.2331]

              worry_deport
   Current=         3
    Saved=         0
     Diff=         3
```

```
Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -318.20423
Iteration 2:   log likelihood = -318.12336
Iteration 3:   log likelihood = -318.12333
```

```
Ordered logistic regression                     Number of obs =   1,000
                                                LR chi2(1)    =    9.51
                                                Prob > chi2   =  0.0020
Log likelihood = -318.12333                     Pseudo R2     =  0.0147
```

```
------------------------------------------------------------------------------
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |  .3203948   .1057469     3.03   0.002     .1131347    .5276549
-------------+----------------------------------------------------------------
       /cut1 |  2.727855   .2139709                       2.30848     3.14723
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_work

Confidence intervals by delta method

```
                        ON      OFF    Change   95% CI for Change
        Pr(y=0|x):    0.8540   0.9387  -0.0846  [-0.1395,  -0.0297]
        Pr(y=1|x):    0.1460   0.0613   0.0846  [ 0.0297,   0.1395]

              worry_fam
   Current=         3
    Saved=         0
     Diff=         3
```

```
Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -311.99783
Iteration 2:   log likelihood = -311.53837
Iteration 3:   log likelihood = -311.53769
Iteration 4:   log likelihood = -311.53769
```

```
Ordered logistic regression                     Number of obs =   1,000
                                                LR chi2(1)    =   22.68
                                                Prob > chi2   =  0.0000
Log likelihood = -311.53769                     Pseudo R2     =  0.0351
```

```
------------------------------------------------------------------------------
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale |  .2743138   .0588495     4.66   0.000     .1589709    .3896566
-------------+----------------------------------------------------------------
       /cut1 |  3.027925    .22462                        2.587678    3.468172
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
    Pr(y=0|x):    0.7993    0.9538   -0.1545   [-0.2249,  -0.0841]
    Pr(y=1|x):    0.2007    0.0462    0.1545   [ 0.0841,   0.2249]

          worryscale
Current=           6
  Saved=           0
   Diff=           6


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood =  -412.0256
Iteration 2:   log likelihood = -412.02549
Iteration 3:   log likelihood = -412.02549

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =    0.27
                                               Prob > chi2   =  0.6057
Log likelihood = -412.02549                    Pseudo R2     =  0.0003

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid1 |   .1132114    .217697    0.52   0.603   -.3134668    .5398896
------------+-----------------------------------------------------------
      /cut1 |   1.806531   .1019551                    1.606702    2.006359
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
    Pr(y=0|x):    0.8447    0.8589   -0.0143   [-0.0694,   0.0408]
    Pr(y=1|x):    0.1553    0.1411    0.0143   [-0.0408,   0.0694]

          iceraid1
Current=           1
  Saved=           0
   Diff=           1


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood =  -410.9146
Iteration 2:   log likelihood = -410.90443
Iteration 3:   log likelihood = -410.90443

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =    2.51
                                               Prob > chi2   =  0.1132
Log likelihood = -410.90443                    Pseudo R2     =  0.0030

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid2 |   .3411073    .211139    1.62   0.106   -.0727176    .7549321
------------+-----------------------------------------------------------
      /cut1 |   1.857455   .1034618                    1.654673    2.060236
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
    Pr(y=0|x):    0.8200    0.8650   -0.0450   [-0.1033,   0.0133]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Pr(y=1|x):      0.1800    0.1350    0.0450  [-0.0133,   0.1033]

            iceraid2
Current=        1
 Saved=         0
  Diff=          1

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -409.50831
Iteration 2:   log likelihood = -409.48936
Iteration 3:   log likelihood = -409.48936

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =   5.34
                                                Prob > chi2   = 0.0209
Log likelihood = -409.48936                     Pseudo R2     = 0.0065

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
     anyraid |   .4247785   .1824985    2.33   0.020    .067088   .7824691
------------+-----------------------------------------------------------
      /cut1 |   1.949475   .1194963                    1.715267   2.183684
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.8212   0.8754  -0.0542  [-0.1014,  -0.0070]
        Pr(y=1|x):  0.1788   0.1246   0.0542  [ 0.0070,   0.1014]

            anyraid
Current=        1
 Saved=         0
  Diff=          1

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -388.74256
Iteration 2:   log likelihood = -387.45163
Iteration 3:   log likelihood = -387.44944
Iteration 4:   log likelihood = -387.44944

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =  49.42
                                                Prob > chi2   = 0.0000
Log likelihood = -387.44944                     Pseudo R2     = 0.0600

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .6147273   .0895751    6.86   0.000    .4391634   .7902912
------------+-----------------------------------------------------------
      /cut1 |   2.615211   .1687818                    2.284405   2.946017
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.6837   0.9318  -0.2481  [-0.3249,  -0.1713]
        Pr(y=1|x):  0.3163   0.0682   0.2481  [ 0.1713,   0.3249]

          worry_deport
Current=        3
 Saved=         0
  Diff=          3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -403.05236
Iteration 2:   log likelihood = -402.87631
Iteration 3:   log likelihood = -402.87622
Iteration 4:   log likelihood = -402.87622

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(1)    =   18.56
                                                 Prob > chi2   = 0.0000
Log likelihood = -402.87622                      Pseudo R2     = 0.0225

------------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------
  worry_fam |   .3830014   .0910147    4.21   0.000     .204616    .5613869
-----------+------------------------------------------------------------
     /cut1 |    2.40655   .1850562                      2.043847   2.769254
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                       ON      OFF    Change   95% CI for Change
      Pr(y=0|x):     0.7786   0.9173  -0.1387  [-0.2028,  -0.0746]
      Pr(y=1|x):     0.2214   0.0827   0.1387  [ 0.0746,   0.2028]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -392.92926
Iteration 2:   log likelihood = -392.14598
Iteration 3:   log likelihood = -392.14472
Iteration 4:   log likelihood = -392.14472

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(1)    =   40.03
                                                 Prob > chi2   = 0.0000
Log likelihood = -392.14472                      Pseudo R2     = 0.0486

------------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------
 worryscale |   .3129272   .0510231    6.13   0.000     .2129238   .4129306
-----------+------------------------------------------------------------
     /cut1 |   2.717548   .1940782                      2.337161   3.097934
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                       ON      OFF    Change   95% CI for Change
      Pr(y=0|x):     0.6985   0.9381  -0.2396  [-0.3197,  -0.1594]
      Pr(y=1|x):     0.3015   0.0619   0.2396  [ 0.1594,   0.3197]

              worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood =  -410.1414
Iteration 2:   log likelihood = -410.11582
Iteration 3:   log likelihood = -410.11582
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                      Number of obs =  1,000
                                                 LR chi2(1)    =   4.09
                                                 Prob > chi2   = 0.0432
Log likelihood = -410.11582                      Pseudo R2     = 0.0050

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid1 |   .4268488   .2064079    2.07   0.039    .0222967   .8314009
-------------+----------------------------------------------------------
       /cut1 |   1.881281   .1047625                     1.67595   2.086612
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.8107    0.8678   -0.0571   [-0.1155,   0.0014]
     Pr(y=1|x):   0.1893    0.1322    0.0571   [-0.0014,   0.1155]

              iceraid1
Current=          1
  Saved=          0
   Diff=          1

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -406.32312
Iteration 2:   log likelihood = -406.09743
Iteration 3:   log likelihood = -406.09726
Iteration 4:   log likelihood = -406.09726

Ordered logistic regression                      Number of obs =  1,000
                                                 LR chi2(1)    =  12.12
                                                 Prob > chi2   = 0.0005
Log likelihood = -406.09726                      Pseudo R2     = 0.0147

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid2 |   .7206254   .2005028    3.59   0.000    .3276471   1.113604
-------------+----------------------------------------------------------
       /cut1 |   1.957388   .1073664                    1.746954   2.167822
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.7750    0.8763   -0.1013   [-0.1635,  -0.0390]
     Pr(y=1|x):   0.2250    0.1238    0.1012   [ 0.0390,   0.1635]

              iceraid2
Current=          1
  Saved=          0
   Diff=          1

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -403.77298
Iteration 2:   log likelihood =  -403.5849
Iteration 3:   log likelihood = -403.58483
Iteration 4:   log likelihood = -403.58483

Ordered logistic regression                      Number of obs =  1,000
                                                 LR chi2(1)    =  17.15
                                                 Prob > chi2   = 0.0000
Log likelihood = -403.58483                      Pseudo R2     = 0.0208
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
      anyraid |   .7557346   .1818478     4.16   0.000    .3993196   1.11215
-------------+----------------------------------------------------
        /cut1 |   2.100644   .1266253                     1.852463   2.348825
------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                     ON      OFF     Change   95% CI for Change
       Pr(y=0|x):   0.7933   0.8910  -0.0977  [-0.1461,  -0.0493]
       Pr(y=1|x):   0.2067   0.1090   0.0977  [ 0.0493,   0.1461]

             anyraid
Current=        1
  Saved=        0
   Diff=        1
```

```
Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -377.16877
Iteration 2:   log likelihood = -374.29881
Iteration 3:   log likelihood = -374.28788
Iteration 4:   log likelihood = -374.28788
```

```
Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =  75.74
                                                Prob > chi2   = 0.0000
Log likelihood = -374.28788                     Pseudo R2     = 0.0919
```

```
------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
worry_deport |    .772682   .0930113     8.31   0.000    .5903832   .9549809
-------------+----------------------------------------------------
        /cut1 |   2.872311   .1822016                     2.515202   3.229419
------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                     ON      OFF     Change   95% CI for Change
       Pr(y=0|x):   0.6351   0.9465  -0.3113  [-0.3901,  -0.2326]
       Pr(y=1|x):   0.3649   0.0535   0.3113  [ 0.2326,   0.3901]

           worry_deport
Current=        3
  Saved=        0
   Diff=        3
```

```
Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood =  -388.1101
Iteration 2:   log likelihood =  -386.8355
Iteration 3:   log likelihood = -386.83123
Iteration 4:   log likelihood = -386.83123
```

```
Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =  50.65
                                                Prob > chi2   = 0.0000
Log likelihood = -386.83123                     Pseudo R2     = 0.0615
```

```
------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
    worry_fam |   .6595694   .0986324     6.69   0.000    .4662535   .8528853
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------+----------------------------------------------------------
     /cut1 |   2.922345   .2137986                    2.503307   3.341382
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF    Change   95% CI for Change
       Pr(y=0|x):    0.7198    0.9489   -0.2291  [-0.2944,  -0.1638]
       Pr(y=1|x):    0.2802    0.0511    0.2291  [ 0.1638,   0.2944]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -375.93064
Iteration 2:   log likelihood =  -373.1137
Iteration 3:   log likelihood = -373.10602
Iteration 4:   log likelihood = -373.10602

Ordered logistic regression                 Number of obs =   1,000
                                             LR chi2(1)    =   78.11
                                             Prob > chi2   =  0.0000
Log likelihood = -373.10602                  Pseudo R2     =  0.0948

------------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |   .4518487   .0547064    8.26   0.000    .3446261   .5590712
------------+-----------------------------------------------------------
       /cut1 |   3.202496   .2194758                    2.772331   3.632661
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF    Change   95% CI for Change
       Pr(y=0|x):    0.6204    0.9609   -0.3405  [-0.4235,  -0.2575]
       Pr(y=1|x):    0.3796    0.0391    0.3405  [ 0.2575,   0.4235]

              worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1118.9405
Iteration 2:   log likelihood = -1118.8934
Iteration 3:   log likelihood = -1118.8934

Ordered logistic regression                 Number of obs =   1,000
                                             LR chi2(1)    =   12.83
                                             Prob > chi2   =  0.0003
Log likelihood = -1118.8934                  Pseudo R2     =  0.0057

------------------------------------------------------------------------
avoidscale  | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
    iceraid1 |   .5621069   .1545305    3.64   0.000    .2592326   .8649811
------------+-----------------------------------------------------------
       /cut1 |   .8896666   .0779483                    .7368907   1.042443
       /cut2 |   1.538997   .0893279                    1.363917   1.714076
       /cut3 |   2.102246   .1051244                    1.896206   2.308286
       /cut4 |   2.697125   .1297608                    2.442798   2.951452
       /cut5 |   3.429958   .1753361                    3.086305   3.77361
------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            /cut6 |   4.142806   .241953                      3.668587    4.617025
-----------------------------------------------------------------------------------
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
          Pr(y=0|x):  0.5812   0.7088   -0.1277  [-0.1988,   -0.0565]
          Pr(y=1|x):  0.1453   0.1145    0.0308  [ 0.0147,    0.0469]
          Pr(y=2|x):  0.0970   0.0678    0.0292  [ 0.0121,    0.0463]
          Pr(y=3|x):  0.0708   0.0457    0.0250  [ 0.0093,    0.0408]
          Pr(y=4|x):  0.0520   0.0318    0.0202  [ 0.0067,    0.0337]
          Pr(y=5|x):  0.0267   0.0157    0.0109  [ 0.0027,    0.0192]
          Pr(y=6|x):  0.0271   0.0156    0.0115  [ 0.0028,    0.0202]

               iceraid1
Current=          1
  Saved=          0
   Diff=          1

Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1116.5295
Iteration 2:   log likelihood = -1116.4349
Iteration 3:   log likelihood = -1116.4349

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(1)    =   17.75
                                                 Prob > chi2   =  0.0000
Log likelihood = -1116.4349                      Pseudo R2     =  0.0079

-----------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+----------------------------------------------------------------------
   iceraid2 |  .6651961    .1552017     4.29   0.000     .3610064    .9693858
------------+----------------------------------------------------------------------
      /cut1 |  .9091267    .0779002                      .756445    1.061808
      /cut2 |  1.562596    .0896666                      1.386853   1.73834
      /cut3 |  2.129349    .1057532                      1.922076   2.336621
      /cut4 |  2.725912    .1304102                      2.470313   2.981512
      /cut5 |  3.458805    .1758175                      3.114209   3.803401
      /cut6 |  4.171177    .2422741                      3.696329   4.646025
-----------------------------------------------------------------------------------
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
          Pr(y=0|x):  0.5607   0.7128   -0.1521  [-0.2242,   -0.0800]
          Pr(y=1|x):  0.1497   0.1139    0.0358  [ 0.0199,    0.0517]
          Pr(y=2|x):  0.1018   0.0670    0.0348  [ 0.0171,    0.0524]
          Pr(y=3|x):  0.0749   0.0448    0.0300  [ 0.0134,    0.0467]
          Pr(y=4|x):  0.0553   0.0310    0.0243  [ 0.0098,    0.0389]
          Pr(y=5|x):  0.0285   0.0153    0.0132  [ 0.0041,    0.0223]
          Pr(y=6|x):  0.0291   0.0152    0.0139  [ 0.0043,    0.0236]

               iceraid2
Current=          1
  Saved=          0
   Diff=          1

Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1105.6383
Iteration 2:   log likelihood = -1105.4412
Iteration 3:   log likelihood = -1105.4412

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(1)    =   39.74
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                            Prob > chi2   = 0.0000
Log likelihood = -1105.4412                 Pseudo R2     = 0.0177


-----------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|     [95% conf. interval]
------------+----------------------------------------------------------
    anyraid |  .8569832    .135877      6.31   0.000     .5906691    1.123297
------------+----------------------------------------------------------
      /cut1 |  1.102346    .0909835                      .9240219    1.280671
      /cut2 |  1.768027    .102658                       1.566821    1.969233
      /cut3 |  2.341874    .1177304                      2.111127    2.572621
      /cut4 |  2.943307    .1407439                      2.667454    3.21916
      /cut5 |  3.679468    .1838526                      3.319123    4.039812
      /cut6 |  4.393499    .2482581                      3.906922    4.880076
-----------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.5610   0.7507  -0.1897   [-0.2489,  -0.1304]
        Pr(y=1|x):  0.1522   0.1035   0.0487   [ 0.0319,   0.0655]
        Pr(y=2|x):  0.1021   0.0581   0.0440   [ 0.0276,   0.0605]
        Pr(y=3|x):  0.0743   0.0377   0.0366   [ 0.0218,   0.0514]
        Pr(y=4|x):  0.0543   0.0254   0.0289   [ 0.0161,   0.0417]
        Pr(y=5|x):  0.0278   0.0124   0.0154   [ 0.0069,   0.0239]
        Pr(y=6|x):  0.0283   0.0122   0.0161   [ 0.0072,   0.0250]

                   anyraid
Current=              1
  Saved=              0
   Diff=              1

Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1058.6043
Iteration 2:   log likelihood = -1056.5319
Iteration 3:   log likelihood = -1056.5298
Iteration 4:   log likelihood = -1056.5298

Ordered logistic regression                 Number of obs =  1,000
                                            LR chi2(1)    = 137.56
                                            Prob > chi2   = 0.0000
Log likelihood = -1056.5298                 Pseudo R2     = 0.0611


-----------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.     z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------
worry_deport |  .7702179    .0682627    11.28   0.000     .6364255    .9040102
-------------+---------------------------------------------------------
       /cut1 |  1.729       .1199148                      1.493971    1.964029
       /cut2 |  2.462744    .1346643                      2.198807    2.726681
       /cut3 |  3.082028    .1501703                      2.7877      3.376356
       /cut4 |  3.710779    .1708752                      3.37587     4.045688
       /cut5 |  4.464228    .2088574                      4.054875    4.873581
       /cut6 |  5.184495    .2675549                      4.660097    5.708893
-----------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.3586   0.8493  -0.4907   [-0.5653,  -0.4162]
        Pr(y=1|x):  0.1794   0.0722   0.1072   [ 0.0834,   0.1310]
        Pr(y=2|x):  0.1459   0.0347   0.1112   [ 0.0833,   0.1391]
        Pr(y=3|x):  0.1184   0.0200   0.0984   [ 0.0692,   0.1277]
        Pr(y=4|x):  0.0938   0.0125   0.0813   [ 0.0528,   0.1098]
        Pr(y=5|x):  0.0505   0.0058   0.0447   [ 0.0232,   0.0663]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Pr(y=6|x):      0.0535    0.0056    0.0479  [ 0.0247,   0.0711]

              worry_deport
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1095.1909
Iteration 2:   log likelihood = -1094.7634
Iteration 3:   log likelihood = -1094.7632
Iteration 4:   log likelihood = -1094.7632

Ordered logistic regression                Number of obs =  1,000
                                            LR chi2(1)    =  61.09
                                            Prob > chi2   = 0.0000
Log likelihood = -1094.7632                 Pseudo R2     = 0.0271

------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam | .5158542   .0681246    7.57   0.000   .3823324   .6493761
------------+-----------------------------------------------------
      /cut1 | 1.583061    .1355755                   1.317338   1.848784
      /cut2 | 2.260665    .1460769                   1.974359   2.54697
      /cut3 | 2.841476    .1584664                   2.530887   3.152064
      /cut4 | 3.447905    .1771292                   3.100738   3.795072
      /cut5 | 4.188095    .2134943                   3.769654   4.606537
      /cut6 | 4.902436    .2710054                   4.371275   5.433596
------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
     Pr(y=0|x):  0.5089   0.8296   -0.3208  [-0.3976,  -0.2440]
     Pr(y=1|x):  0.1622   0.0759    0.0863  [ 0.0619,   0.1107]
     Pr(y=2|x):  0.1137   0.0393    0.0744  [ 0.0512,   0.0976]
     Pr(y=3|x):  0.0851   0.0243    0.0608  [ 0.0396,   0.0820]
     Pr(y=4|x):  0.0635   0.0159    0.0476  [ 0.0289,   0.0663]
     Pr(y=5|x):  0.0328   0.0076    0.0253  [ 0.0123,   0.0382]
     Pr(y=6|x):  0.0337   0.0074    0.0264  [ 0.0128,   0.0399]

               worry_fam
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1066.8288
Iteration 2:   log likelihood = -1065.2438
Iteration 3:   log likelihood = -1065.2418
Iteration 4:   log likelihood = -1065.2418

Ordered logistic regression                Number of obs =  1,000
                                            LR chi2(1)    = 120.14
                                            Prob > chi2   = 0.0000
Log likelihood = -1065.2418                 Pseudo R2     = 0.0534

------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
  worryscale | .408676    .0391525   10.44   0.000   .3319385   .4854134
------------+-----------------------------------------------------
      /cut1 | 1.928303    .1416276                   1.650718   2.205887
      /cut2 | 2.647098    .1548605                   2.343577   2.950619
      /cut3 | 3.255942    .1688504                   2.925001   3.586882
      /cut4 | 3.879557    .1878073                   3.511461   4.247652
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          /cut5 |   4.630406    .2231493                      4.193042    5.067771
          /cut6 |   5.349301    .2789304                      4.802608    5.895995
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.3720    0.8731  -0.5011   [-0.5811,  -0.4211]
        Pr(y=1|x):  0.1766    0.0608   0.1159   [ 0.0909,   0.1409]
        Pr(y=2|x):  0.1422    0.0291   0.1131   [ 0.0845,   0.1418]
        Pr(y=3|x):  0.1157    0.0169   0.0988   [ 0.0691,   0.1286]
        Pr(y=4|x):  0.0918    0.0106   0.0812   [ 0.0523,   0.1101]
        Pr(y=5|x):  0.0494    0.0049   0.0445   [ 0.0228,   0.0662]
        Pr(y=6|x):  0.0523    0.0047   0.0476   [ 0.0242,   0.0709]

               worryscale
Current=            6
  Saved=            0
   Diff=            6

.
. *bivariate subset by naturalized*
. foreach var of varlist av_schools-avoidscale {
  2.          foreach var2 of varlist worry_deport-worryscale {
  3.                  version 11: ologit `var' `var2' if naturalized==0
  4.                  qui prvalue, x(`var2'=min) save
  5.                  prvalue, x(`var2'=max) diff
  6.                  version 11: ologit `var' `var2' if naturalized==1
  7.                  qui prvalue, x(`var2'=min) save
  8.                  prvalue, x(`var2'=max) diff
  9.          }
 10. }

Iteration 0:   log likelihood = -215.46066
Iteration 1:   log likelihood =  -206.8411
Iteration 2:   log likelihood = -206.52243
Iteration 3:   log likelihood = -206.52204
Iteration 4:   log likelihood = -206.52204

Ordered logistic regression                   Number of obs  =     538
                                              LR chi2(1)     =   17.88
                                              Prob > chi2    =  0.0000
Log likelihood = -206.52204                   Pseudo R2      =  0.0415

------------------------------------------------------------------------------
   av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
 worry_deport |    .53294    .1293088     4.12   0.000     .2794994    .7863805
--------------+---------------------------------------------------------------
        /cut1 |   2.659425    .2577718                      2.154201    3.164648
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7428    0.9346  -0.1918   [-0.2858,  -0.0978]
        Pr(y=1|x):  0.2572    0.0654   0.1918   [ 0.0978,   0.2858]

               worry_deport
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -94.345805
Iteration 1:   log likelihood = -86.951285
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -83.276636
Iteration 3:   log likelihood = -83.268915
Iteration 4:   log likelihood = -83.268915

Ordered logistic regression                      Number of obs =     462
                                                 LR chi2(1)    =   22.15
                                                 Prob > chi2   =  0.0000
Log likelihood = -83.268915                      Pseudo R2     =  0.1174

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .9441182   .2090544     4.52   0.000    .5343792   1.353857
------------+-----------------------------------------------------------
      /cut1 |  4.138194   .4250461                      3.305119   4.971269
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.7868    0.9843   -0.1975   [-0.3140,  -0.0809]
     Pr(y=1|x):   0.2132    0.0157    0.1975   [ 0.0809,   0.3140]

             worry_deport
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -215.46066
Iteration 1:   log likelihood =  -214.7611
Iteration 2:   log likelihood = -214.75883
Iteration 3:   log likelihood = -214.75883

Ordered logistic regression                      Number of obs =     538
                                                 LR chi2(1)    =    1.40
                                                 Prob > chi2   =  0.2361
Log likelihood = -214.75883                      Pseudo R2     =  0.0033

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .1496282   .1274429     1.17   0.240   -.1001553   .3994117
------------+-----------------------------------------------------------
      /cut1 |  2.099835   .2634584                      1.583466   2.616204
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.8390    0.8909   -0.0519   [-0.1364,   0.0327]
     Pr(y=1|x):   0.1610    0.1091    0.0519   [-0.0327,   0.1364]

             worry_fam
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -94.345805
Iteration 1:   log likelihood = -89.087336
Iteration 2:   log likelihood = -88.448158
Iteration 3:   log likelihood = -88.447717
Iteration 4:   log likelihood = -88.447717

Ordered logistic regression                      Number of obs =     462
                                                 LR chi2(1)    =   11.80
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                          Prob > chi2    = 0.0006
Log likelihood = -88.447717              Pseudo R2      = 0.0625

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .7238837    .2212621     3.27   0.001     .2902181   1.157549
------------+-----------------------------------------------------------
       /cut1 | 4.030644    .4661341                      3.117038    4.94425
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.8652  0.9825  -0.1174  [-0.1995,  -0.0353]
      Pr(y=1|x):   0.1348  0.0175   0.1174  [ 0.0353,   0.1995]

             worry_fam
Current=         3
 Saved=          0
 Diff=           3

Iteration 0:   log likelihood = -215.46066
Iteration 1:   log likelihood = -210.89878
Iteration 2:   log likelihood = -210.81134
Iteration 3:   log likelihood = -210.81129
Iteration 4:   log likelihood = -210.81129

Ordered logistic regression               Number of obs =    538
                                          LR chi2(1)    =   9.30
                                          Prob > chi2   = 0.0023
Log likelihood = -210.81129               Pseudo R2     = 0.0216

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale | .2171674    .0726961     2.99   0.003     .0746858   .3596491
------------+-----------------------------------------------------------
       /cut1 | 2.555115    .2876819                      1.991268   3.118961
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7777  0.9279  -0.1503  [-0.2479,  -0.0526]
      Pr(y=1|x):   0.2223  0.0721   0.1503  [ 0.0526,   0.2479]

             worryscale
Current=         6
 Saved=          0
 Diff=           6

Iteration 0:   log likelihood = -94.345805
Iteration 1:   log likelihood = -86.250445
Iteration 2:   log likelihood = -83.865912
Iteration 3:   log likelihood = -83.86182
Iteration 4:   log likelihood = -83.86182

Ordered logistic regression               Number of obs =    462
                                          LR chi2(1)    =  20.97
                                          Prob > chi2   = 0.0000
Log likelihood = -83.86182                Pseudo R2     = 0.1111

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+------------------------------------------------------------
  worryscale |  .5336407   .1233398     4.33   0.000     .291899    .7753823
-------------+------------------------------------------------------------
       /cut1 |  4.435891   .4953134                      3.465095   5.406687
-------------------------------------------------------------------------
```

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

```
                         ON       OFF    Change   95% CI for Change
         Pr(y=0|x):   0.7745    0.9883   -0.2138  [-0.3443,  -0.0832]
         Pr(y=1|x):   0.2255    0.0117    0.2138  [ 0.0832,   0.3443]

                worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -265.57263
Iteration 1:   log likelihood = -248.28668
Iteration 2:   log likelihood = -247.64063
Iteration 3:   log likelihood = -247.63939
Iteration 4:   log likelihood = -247.63939
```

```
Ordered logistic regression                      Number of obs  =      538
                                                  LR chi2(1)     =    35.87
                                                  Prob > chi2    =   0.0000
Log likelihood = -247.63939                       Pseudo R2      =   0.0675
```

```
-------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |  .6676841    .116427      5.73   0.000     .4394914   .8958768
-------------+-----------------------------------------------------------
       /cut1 |  2.452928   .2318127                       1.998583   2.907272
-------------------------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                         ON       OFF    Change   95% CI for Change
         Pr(y=0|x):   0.6106    0.9208   -0.3102  [-0.4141,  -0.2063]
         Pr(y=1|x):   0.3894    0.0792    0.3102  [ 0.2063,   0.4141]

               worry_deport
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -151.93846
Iteration 1:   log likelihood = -140.47149
Iteration 2:   log likelihood = -138.55776
Iteration 3:   log likelihood = -138.55449
Iteration 4:   log likelihood = -138.55449
```

```
Ordered logistic regression                      Number of obs  =      462
                                                  LR chi2(1)     =    26.77
                                                  Prob > chi2    =   0.0000
Log likelihood = -138.55449                       Pseudo R2      =   0.0881
```

```
-------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |  .7670559   .1508905      5.08   0.000     .471316   1.062796
-------------+-----------------------------------------------------------
       /cut1 |  3.075446   .2735195                       2.539358   3.611534
-------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON        OFF      Change    95% CI for Change
        Pr(y=0|x):     0.6844     0.9559    -0.2714   [-0.3994,  -0.1434]
        Pr(y=1|x):     0.3156     0.0441     0.2714   [ 0.1434,   0.3994]

             worry_deport
Current=           3
  Saved=           0
   Diff=           3


Iteration 0:   log likelihood = -265.57263
Iteration 1:   log likelihood = -262.01552
Iteration 2:   log likelihood = -261.98257
Iteration 3:   log likelihood = -261.98256

Ordered logistic regression                   Number of obs  =     538
                                              LR chi2(1)     =    7.18
                                              Prob > chi2    =  0.0074
Log likelihood = -261.98256                   Pseudo R2      =  0.0135

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .2990394   .1140394     2.62   0.009    .0755264    .5225525
------------+-----------------------------------------------------------
      /cut1 |  1.955445   .2418464                      1.481435    2.429455
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON        OFF      Change    95% CI for Change
        Pr(y=0|x):     0.7424     0.8760    -0.1337   [-0.2286,  -0.0387]
        Pr(y=1|x):     0.2576     0.1240     0.1337   [ 0.0387,   0.2286]

             worry_fam
Current=           3
  Saved=           0
   Diff=           3


Iteration 0:   log likelihood = -151.93846
Iteration 1:   log likelihood = -145.41803
Iteration 2:   log likelihood = -145.06004
Iteration 3:   log likelihood = -145.05926
Iteration 4:   log likelihood = -145.05926

Ordered logistic regression                   Number of obs  =     462
                                              LR chi2(1)     =   13.76
                                              Prob > chi2    =  0.0002
Log likelihood = -145.05926                   Pseudo R2      =  0.0453

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .5656988   .1567299     3.61   0.000    .2585138    .8728837
------------+-----------------------------------------------------------
      /cut1 |  3.000673   .3062721                      2.400391    3.600956
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON        OFF      Change    95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            Pr(y=0|x):      0.7864      0.9526    -0.1662  [-0.2650,  -0.0673]
            Pr(y=1|x):      0.2136      0.0474     0.1662  [ 0.0673,   0.2650]

                 worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -265.57263
Iteration 1:   log likelihood = -253.96083
Iteration 2:   log likelihood = -253.65354
Iteration 3:   log likelihood = -253.65314
Iteration 4:   log likelihood = -253.65314

Ordered logistic regression                     Number of obs =      538
                                                LR chi2(1)    =    23.84
                                                Prob > chi2   =   0.0000
Log likelihood = -253.65314                     Pseudo R2     =   0.0449

------------------------------------------------------------------------------
    av_police |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |   .3080636   .0655958     4.70   0.000     .1794981    .4366291
--------------+---------------------------------------------------------------
        /cut1 |    2.45092   .2632116                       1.935035    2.966805
------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON        OFF      Change   95% CI for Change
            Pr(y=0|x):      0.6462      0.9206    -0.2744  [-0.3834,  -0.1653]
            Pr(y=1|x):      0.3538      0.0794     0.2744  [ 0.1653,   0.3834]

                 worryscale
Current=           6
  Saved=           0
   Diff=           6

Iteration 0:   log likelihood = -151.93846
Iteration 1:   log likelihood = -140.77502
Iteration 2:   log likelihood = -139.50521
Iteration 3:   log likelihood = -139.50259
Iteration 4:   log likelihood = -139.50259

Ordered logistic regression                     Number of obs =      462
                                                LR chi2(1)    =    24.87
                                                Prob > chi2   =   0.0000
Log likelihood = -139.50259                     Pseudo R2     =   0.0818

------------------------------------------------------------------------------
    av_police |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |   .4246597   .0881591     4.82   0.000      .251871    .5974485
--------------+---------------------------------------------------------------
        /cut1 |   3.294809   .3198821                       2.667852    3.921767
------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON        OFF      Change   95% CI for Change
            Pr(y=0|x):      0.6785      0.9643    -0.2858  [-0.4243,  -0.1472]
            Pr(y=1|x):      0.3215      0.0357     0.2858  [ 0.1472,   0.4243]

                 worryscale
Current=           6
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Saved=              0
        Diff=               6

Iteration 0:   log likelihood = -249.25209
Iteration 1:   log likelihood = -236.75343
Iteration 2:   log likelihood = -236.32532
Iteration 3:   log likelihood = -236.32477
Iteration 4:   log likelihood = -236.32477

Ordered logistic regression                    Number of obs =      538
                                                LR chi2(1)    =    25.85
                                                Prob > chi2   =   0.0000
Log likelihood = -236.32477                     Pseudo R2     =   0.0519

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .5854253    .1189117    4.92   0.000    .3523627   .8184879
-------------+----------------------------------------------------------
       /cut1 |  2.454632    .2355548                    1.992953   2.916311
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.6678    0.9209   -0.2531  [-0.3543,  -0.1519]
        Pr(y=1|x):  0.3322    0.0791    0.2531  [ 0.1519,   0.3543]

              worry_deport
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -118.88121
Iteration 1:   log likelihood = -112.24584
Iteration 2:   log likelihood = -111.04863
Iteration 3:   log likelihood = -111.04804
Iteration 4:   log likelihood = -111.04804

Ordered logistic regression                    Number of obs =      462
                                                LR chi2(1)    =    15.67
                                                Prob > chi2   =   0.0001
Log likelihood = -111.04804                     Pseudo R2     =   0.0659

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6803985    .1723474    3.95   0.000    .3426039   1.018193
-------------+----------------------------------------------------------
       /cut1 |  3.356185    .3132431                    2.74224    3.97013
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.7883    0.9663   -0.1780  [-0.2913,  -0.0646]
        Pr(y=1|x):  0.2117    0.0337    0.1780  [ 0.0646,   0.2913]

              worry_deport
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -249.25209
Iteration 1:   log likelihood = -247.32826
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -247.31661
Iteration 3:   log likelihood = -247.3166

Ordered logistic regression                    Number of obs =     538
                                               LR chi2(1)    =    3.87
                                               Prob > chi2   =  0.0491
Log likelihood = -247.3166                     Pseudo R2     =  0.0078

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .2272167   .1172301    1.94   0.053      -.00255    .4569834
-------------+----------------------------------------------------------
       /cut1 |  1.957917   .2457315                      1.476292   2.439542
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON       OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7818   0.8763   -0.0945  [-0.1866,  -0.0024]
      Pr(y=1|x):   0.2182   0.1237    0.0945  [ 0.0024,   0.1866]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -118.88121
Iteration 1:   log likelihood = -113.78271
Iteration 2:   log likelihood = -113.41313
Iteration 3:   log likelihood = -113.41191
Iteration 4:   log likelihood = -113.41191

Ordered logistic regression                    Number of obs =     462
                                               LR chi2(1)    =   10.94
                                               Prob > chi2   =  0.0009
Log likelihood = -113.41191                    Pseudo R2     =  0.0460

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .5925029   .1846253    3.21   0.001      .2306439   .9543618
-------------+----------------------------------------------------------
       /cut1 |  3.444572   .3697571                      2.719861   4.169283
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON       OFF    Change   95% CI for Change
      Pr(y=0|x):   0.8412   0.9691   -0.1279  [-0.2159,  -0.0399]
      Pr(y=1|x):   0.1588   0.0309    0.1279  [ 0.0399,   0.2159]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -249.25209
Iteration 1:   log likelihood = -241.53329
Iteration 2:   log likelihood = -241.36648
Iteration 3:   log likelihood = -241.36636
Iteration 4:   log likelihood = -241.36636

Ordered logistic regression                    Number of obs =     538
                                               LR chi2(1)    =   15.77
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                        Prob > chi2   = 0.0001
Log likelihood = -241.36636             Pseudo R2     = 0.0316

-------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+------------------------------------------------------------
 worryscale |  .2586133   .0669892     3.86   0.000     .1273169    .3899097
------------+------------------------------------------------------------
      /cut1 |  2.413218   .2663321                      1.891217     2.93522
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):    0.7030   0.9178  -0.2148  [-0.3209,  -0.1088]
      Pr(y=1|x):    0.2970   0.0822   0.2148  [ 0.1088,   0.3209]

               worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -118.88121
Iteration 1:   log likelihood = -111.58077
Iteration 2:   log likelihood = -110.59598
Iteration 3:   log likelihood = -110.59514
Iteration 4:   log likelihood = -110.59514

Ordered logistic regression              Number of obs =     462
                                         LR chi2(1)    =   16.57
                                         Prob > chi2   =  0.0000
Log likelihood = -110.59514              Pseudo R2     =  0.0697

-------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+------------------------------------------------------------
 worryscale |  .4025205   .1013721     3.97   0.000     .2038348    .6012063
------------+------------------------------------------------------------
      /cut1 |  3.631883   .3735514                      2.899735     4.36403
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):    0.7715   0.9742  -0.2027  [-0.3291,  -0.0764]
      Pr(y=1|x):    0.2285   0.0258   0.2027  [ 0.0764,   0.3291]

               worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -215.46066
Iteration 1:   log likelihood = -211.11268
Iteration 2:   log likelihood = -211.03232
Iteration 3:   log likelihood =  -211.0323
Iteration 4:   log likelihood =  -211.0323

Ordered logistic regression              Number of obs =     538
                                         LR chi2(1)    =    8.86
                                         Prob > chi2   =  0.0029
Log likelihood = -211.0323               Pseudo R2     =  0.0206

-------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------+------------------------------------------------------------
worry_deport |  .3705917   .1258206    2.95   0.003    .1239879    .6171956
--------------+------------------------------------------------------------
       /cut1 |  2.387028   .2399201                    1.916793    2.857263
--------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.7816   0.9158  -0.1342  [-0.2260,  -0.0424]
         Pr(y=1|x):  0.2184   0.0842   0.1342  [ 0.0424,   0.2260]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3


Iteration 0:   log likelihood = -97.228278
Iteration 1:   log likelihood = -91.373888
Iteration 2:   log likelihood = -89.757034
Iteration 3:   log likelihood = -89.756664
Iteration 4:   log likelihood = -89.756664

Ordered logistic regression                     Number of obs =      462
                                                LR chi2(1)    =    14.94
                                                Prob > chi2   =   0.0001
Log likelihood = -89.756664                     Pseudo R2     =   0.0768


--------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
--------------+------------------------------------------------------------
worry_deport |  .7531278   .1967652    3.83   0.000    .3674752    1.138781
--------------+------------------------------------------------------------
       /cut1 |  3.775236   .3740269                    3.042156    4.508315
--------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.8199   0.9776  -0.1577  [-0.2654,  -0.0499]
         Pr(y=1|x):  0.1801   0.0224   0.1577  [ 0.0499,   0.2654]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3


Iteration 0:   log likelihood = -215.46066
Iteration 1:   log likelihood = -215.13557
Iteration 2:   log likelihood = -215.13508
Iteration 3:   log likelihood = -215.13508

Ordered logistic regression                     Number of obs =      538
                                                LR chi2(1)    =     0.65
                                                Prob > chi2   =   0.4197
Log likelihood = -215.13508                     Pseudo R2     =   0.0015


--------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
--------------+------------------------------------------------------------
    worry_fam |  .1013521   .1262945    0.80   0.422   -.1461805    .3488848
--------------+------------------------------------------------------------
       /cut1 |  2.012885   .2577597                    1.507685    2.518085
--------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.8467   0.8821   -0.0355   [-0.1207,   0.0498]
      Pr(y=1|x):   0.1533   0.1179    0.0355   [-0.0498,   0.1207]

               worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -97.228278
Iteration 1:   log likelihood = -93.799944
Iteration 2:   log likelihood = -93.562047
Iteration 3:   log likelihood = -93.561286
Iteration 4:   log likelihood = -93.561286

Ordered logistic regression                    Number of obs =    462
                                               LR chi2(1)    =   7.33
                                               Prob > chi2   = 0.0068
Log likelihood = -93.561286                    Pseudo R2     = 0.0377

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .5495089   .2079404    2.64   0.008    .1419533   .9570645
-------------+----------------------------------------------------------
       /cut1 |  3.672411   .4146106                     2.859789   4.485033
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.8833   0.9752   -0.0919   [-0.1694,  -0.0145]
      Pr(y=1|x):   0.1167   0.0248    0.0919   [ 0.0145,   0.1694]

               worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -215.46066
Iteration 1:   log likelihood = -213.21559
Iteration 2:   log likelihood = -213.19457
Iteration 3:   log likelihood = -213.19457

Ordered logistic regression                    Number of obs =    538
                                               LR chi2(1)    =   4.53
                                               Prob > chi2   = 0.0333
Log likelihood = -213.19457                    Pseudo R2     = 0.0105

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .1499581   .071193     2.11   0.035    .0104223   .2894939
-------------+----------------------------------------------------------
       /cut1 |  2.32107    .2732487                     1.785512   2.856627
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.8055   0.9106   -0.1051   [-0.2022,  -0.0079]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
         Pr(y=1|x):       0.1945    0.0894    0.1051  [ 0.0079,   0.2022]
              worryscale
Current=            6
 Saved=             0
  Diff=             6

Iteration 0:   log likelihood = -97.228278
Iteration 1:   log likelihood = -91.396791
Iteration 2:   log likelihood =  -90.41956
Iteration 3:   log likelihood = -90.419441
Iteration 4:   log likelihood = -90.419441

Ordered logistic regression                     Number of obs =    462
                                                 LR chi2(1)    =  13.62
                                                 Prob > chi2   = 0.0002
Log likelihood = -90.419441                      Pseudo R2     = 0.0700

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .4140852   .1150532    3.60   0.000    .188585   .6395855
-------------+----------------------------------------------------------
       /cut1 |   3.977276   .4332365                    3.128148   4.826404
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
         Pr(y=0|x):   0.8165    0.9816   -0.1651  [-0.2830,  -0.0472]
         Pr(y=1|x):   0.1835    0.0184    0.1651  [ 0.0472,   0.2830]
              worryscale
Current=            6
 Saved=             0
  Diff=             6

Iteration 0:   log likelihood = -259.80993
Iteration 1:   log likelihood = -250.15123
Iteration 2:   log likelihood = -249.93041
Iteration 3:   log likelihood = -249.93029
Iteration 4:   log likelihood = -249.93029

Ordered logistic regression                     Number of obs =    538
                                                 LR chi2(1)    =  19.76
                                                 Prob > chi2   = 0.0000
Log likelihood = -249.93029                      Pseudo R2     = 0.0380

------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport |   .4935436   .1135157    4.35   0.000    .2710569   .7160304
-------------+----------------------------------------------------------
       /cut1 |   2.207844   .2189452                     1.77872   2.636969
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method
                     ON       OFF     Change   95% CI for Change
         Pr(y=0|x):   0.6742    0.9010   -0.2268  [-0.3295,  -0.1240]
         Pr(y=1|x):   0.3258    0.0990    0.2268  [ 0.1240,   0.3295]
              worry_deport
Current=            3
 Saved=             0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            Diff=               3

Iteration 0:   log likelihood = -143.03146
Iteration 1:   log likelihood = -134.16492
Iteration 2:   log likelihood = -132.83593
Iteration 3:   log likelihood = -132.83385
Iteration 4:   log likelihood = -132.83385

Ordered logistic regression                     Number of obs =     462
                                                LR chi2(1)    =   20.40
                                                Prob > chi2   =  0.0000
Log likelihood = -132.83385                     Pseudo R2     =  0.0713

------------------------------------------------------------------------
      av_bank |  Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
--------------+---------------------------------------------------------
 worry_deport |   .6929965   .1544811     4.49   0.000    .3902192   .9957738
--------------+---------------------------------------------------------
        /cut1 |    3.07247   .2760096                     2.531501   3.613439
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON      OFF    Change    95% CI for Change
    Pr(y=0|x):    0.7298   0.9557   -0.2260   [-0.3484,  -0.1035]
    Pr(y=1|x):    0.2702   0.0443    0.2260   [ 0.1035,   0.3484]

              worry_deport
Current=             3
  Saved=             0
   Diff=             3

Iteration 0:   log likelihood = -259.80993
Iteration 1:   log likelihood = -257.98623
Iteration 2:   log likelihood = -257.97707
Iteration 3:   log likelihood = -257.97707

Ordered logistic regression                     Number of obs =     538
                                                LR chi2(1)    =    3.67
                                                Prob > chi2   =  0.0555
Log likelihood = -257.97707                     Pseudo R2     =  0.0071

------------------------------------------------------------------------
      av_bank |  Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
--------------+---------------------------------------------------------
    worry_fam |   .2145277   .1135709     1.89   0.059   -.0080672   .4371226
--------------+---------------------------------------------------------
        /cut1 |   1.846108   .2369132                     1.381767    2.31045
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON      OFF    Change    95% CI for Change
    Pr(y=0|x):    0.7690   0.8637   -0.0947   [-0.1896,   0.0002]
    Pr(y=1|x):    0.2310   0.1363    0.0947   [-0.0002,   0.1896]

                worry_fam
Current=             3
  Saved=             0
   Diff=             3

Iteration 0:   log likelihood = -143.03146
Iteration 1:   log likelihood = -138.11118
Iteration 2:   log likelihood = -137.88055
Iteration 3:   log likelihood = -137.88018
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -137.88018

Ordered logistic regression                          Number of obs  =    462
                                                     LR chi2(1)     =  10.30
                                                     Prob > chi2    = 0.0013
Log likelihood = -137.88018                          Pseudo R2      = 0.0360

------------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
   worry_fam |  .5064879   .1610243     3.15   0.002     .190886    .8220898
------------+-----------------------------------------------------------------
      /cut1 |  3.003503   .3104873                      2.394959   3.612047
------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8152   0.9527   -0.1376   [-0.2316,  -0.0435]
        Pr(y=1|x):  0.1848   0.0473    0.1376   [ 0.0435,   0.2316]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -259.80993
Iteration 1:   log likelihood =  -253.5047
Iteration 2:   log likelihood = -253.40789
Iteration 3:   log likelihood = -253.40786
Iteration 4:   log likelihood = -253.40786

Ordered logistic regression                          Number of obs  =    538
                                                     LR chi2(1)     =  12.80
                                                     Prob > chi2    = 0.0003
Log likelihood = -253.40786                          Pseudo R2      = 0.0246

------------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
  worryscale |  .2250411   .0642954     3.50   0.000     .0990244   .3510578
------------+-----------------------------------------------------------------
      /cut1 |  2.204152   .2513967                      1.711424   2.696881
------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7014   0.9006   -0.1992   [-0.3079,  -0.0906]
        Pr(y=1|x):  0.2986   0.0994    0.1992   [ 0.0906,   0.3079]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

Iteration 0:   log likelihood = -143.03146
Iteration 1:   log likelihood = -134.49779
Iteration 2:   log likelihood = -133.64479
Iteration 3:   log likelihood = -133.64269
Iteration 4:   log likelihood = -133.64269

Ordered logistic regression                          Number of obs  =    462
                                                     LR chi2(1)     =  18.78
                                                     Prob > chi2    = 0.0000
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Log likelihood = -133.64269                    Pseudo R2    = 0.0656

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .3807997   .0899137     4.24   0.000    .2045721   .5570272
------------+-----------------------------------------------------------
      /cut1 |  3.262247   .3216645                      2.631797   3.892698
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                       ON      OFF     Change   95% CI for Change
          Pr(y=0|x):  0.7266  0.9631  -0.2365  [-0.3689,  -0.1041]
          Pr(y=1|x):  0.2734  0.0369   0.2365  [ 0.1041,   0.3689]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood =  -247.6931
Iteration 1:   log likelihood = -228.76049
Iteration 2:   log likelihood = -227.75729
Iteration 3:   log likelihood = -227.75371
Iteration 4:   log likelihood = -227.75371

Ordered logistic regression                    Number of obs =     538
                                               LR chi2(1)    =   39.88
                                               Prob > chi2   =  0.0000
Log likelihood = -227.75371                    Pseudo R2     =  0.0805

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport |  .7444267   .1244135     5.98   0.000    .5005808   .9882726
-------------+----------------------------------------------------------
       /cut1 |  2.749527   .2548142                      2.2501    3.248954
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                       ON      OFF     Change   95% CI for Change
          Pr(y=0|x):  0.6263  0.9399  -0.3136  [-0.4151,  -0.2121]
          Pr(y=1|x):  0.3737  0.0601   0.3136  [ 0.2121,   0.4151]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -160.46606
Iteration 1:   log likelihood = -147.96711
Iteration 2:   log likelihood = -146.05966
Iteration 3:   log likelihood = -146.05504
Iteration 4:   log likelihood = -146.05504

Ordered logistic regression                    Number of obs =     462
                                               LR chi2(1)    =   28.82
                                               Prob > chi2   =  0.0000
Log likelihood = -146.05504                    Pseudo R2     =  0.0898

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
worry_deport |   .7702111   .1462398    5.27   0.000    .4835864   1.056836
-------------+----------------------------------------------------------------
       /cut1 |   2.981806    .262805                     2.466718   3.496894
-------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
         Pr(y=0|x):  0.6618   0.9517   -0.2900  [-0.4199,  -0.1601]
         Pr(y=1|x):  0.3382   0.0483    0.2900  [ 0.1601,   0.4199]

            worry_deport
Current=            3
 Saved=             0
  Diff=             3

Iteration 0:   log likelihood = -247.6931
Iteration 1:   log likelihood = -240.08653
Iteration 2:   log likelihood = -239.89246
Iteration 3:   log likelihood = -239.89217
Iteration 4:   log likelihood = -239.89217

Ordered logistic regression                    Number of obs  =     538
                                                LR chi2(1)     =   15.60
                                                Prob > chi2    =  0.0001
Log likelihood = -239.89217                     Pseudo R2      =  0.0315

-------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .4763594   .1261381    3.78   0.000     .2291333   .7235855
-------------+----------------------------------------------------------------
        /cut1 |   2.452938   .2784967                     1.907095   2.998782
-------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
         Pr(y=0|x):  0.7357   0.9208   -0.1851  [-0.2733,  -0.0968]
         Pr(y=1|x):  0.2643   0.0792    0.1851  [ 0.0968,   0.2733]

            worry_fam
Current=            3
 Saved=             0
  Diff=             3

Iteration 0:   log likelihood = -160.46606
Iteration 1:   log likelihood = -145.95089
Iteration 2:   log likelihood = -144.30639
Iteration 3:   log likelihood = -144.30317
Iteration 4:   log likelihood = -144.30317

Ordered logistic regression                    Number of obs  =     462
                                                LR chi2(1)     =   32.33
                                                Prob > chi2    =  0.0000
Log likelihood = -144.30317                     Pseudo R2      =  0.1007

-------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .8702493   .1648565    5.28   0.000     .5471364   1.193362
-------------+----------------------------------------------------------------
        /cut1 |   3.447043   .3456589                     2.769564   4.124522
-------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.6977   0.9691   -0.2715  [-0.3809,  -0.1620]
        Pr(y=1|x):    0.3023   0.0309    0.2715  [ 0.1620,   0.3809]

                  worry_fam
Current=                 3
  Saved=                 0
   Diff=                 3

Iteration 0:   log likelihood = -247.6931
Iteration 1:   log likelihood = -231.6958
Iteration 2:   log likelihood = -230.95319
Iteration 3:   log likelihood = -230.95033
Iteration 4:   log likelihood = -230.95033

Ordered logistic regression               Number of obs   =      538
                                           LR chi2(1)      =    33.49
                                           Prob > chi2     =   0.0000
Log likelihood = -230.95033               Pseudo R2       =   0.0676

------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
 worryscale |  .3911518    .0716772    5.46   0.000    .250667    .5316366
------------+-----------------------------------------------------
      /cut1 |  2.917817    .2981008                   2.333551   3.502084
------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.6390   0.9487   -0.3097  [-0.4152,  -0.2043]
        Pr(y=1|x):    0.3610   0.0513    0.3097  [ 0.2043,   0.4152]

                  worryscale
Current=                 6
  Saved=                 0
   Diff=                 6

Iteration 0:   log likelihood = -160.46606
Iteration 1:   log likelihood = -143.7737
Iteration 2:   log likelihood = -141.2913
Iteration 3:   log likelihood = -141.2862
Iteration 4:   log likelihood = -141.2862

Ordered logistic regression               Number of obs   =      462
                                           LR chi2(1)      =    38.36
                                           Prob > chi2     =   0.0000
Log likelihood = -141.2862                Pseudo R2       =   0.1195

------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
 worryscale |  .5195233    .0894085    5.81   0.000    .3442859   .6947606
------------+-----------------------------------------------------
      /cut1 |  3.502406    .3345466                   2.846707   4.158106
------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            Pr(y=0|x):        0.5951      0.9708     -0.3756   [-0.5210,  -0.2302]
            Pr(y=1|x):        0.4049      0.0292      0.3756   [ 0.2302,   0.5210]

            worryscale
Current=            6
  Saved=            0
   Diff=            6


Iteration 0:   log likelihood = -701.43483
Iteration 1:   log likelihood = -672.54062
Iteration 2:   log likelihood = -672.10936
Iteration 3:   log likelihood = -672.10915
Iteration 4:   log likelihood = -672.10915

Ordered logistic regression                    Number of obs =    538
                                               LR chi2(1)    =  58.65
                                               Prob > chi2   = 0.0000
Log likelihood = -672.10915                    Pseudo R2     = 0.0418

------------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .657998    .0888714     7.40   0.000     .4838131    .8321828
-------------+----------------------------------------------------------------
       /cut1 |  1.392366    .1642409                       1.07046    1.714272
       /cut2 |  2.104786    .1801188                      1.751759    2.457812
       /cut3 |  2.618784    .1940831                      2.238388     2.99918
       /cut4 |  3.197635    .2136767                      2.778836    3.616433
       /cut5 |  3.934415    .2505405                      3.443365    4.425466
       /cut6 |  4.596908    .3037166                      4.001634    5.192182
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON        OFF      Change    95% CI for Change
        Pr(y=0|x):  0.3586     0.8010    -0.4424   [-0.5446,  -0.3402]
        Pr(y=1|x):  0.1741     0.0904     0.0837   [ 0.0554,   0.1120]
        Pr(y=2|x):  0.1232     0.0407     0.0825   [ 0.0529,   0.1121]
        Pr(y=3|x):  0.1169     0.0287     0.0882   [ 0.0545,   0.1218]
        Pr(y=4|x):  0.1039     0.0201     0.0838   [ 0.0487,   0.1190]
        Pr(y=5|x):  0.0557     0.0092     0.0465   [ 0.0203,   0.0727]
        Pr(y=6|x):  0.0677     0.0100     0.0577   [ 0.0268,   0.0886]

            worry_deport
Current=            3
  Saved=            0
   Diff=            3


Iteration 0:   log likelihood = -403.97885
Iteration 1:   log likelihood = -376.32575
Iteration 2:   log likelihood = -374.35212
Iteration 3:   log likelihood =  -374.3493
Iteration 4:   log likelihood =  -374.3493

Ordered logistic regression                    Number of obs =    462
                                               LR chi2(1)    =  59.26
                                               Prob > chi2   = 0.0000
Log likelihood = -374.3493                     Pseudo R2     = 0.0733

------------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .8298125     .110785     7.49   0.000     .6126778    1.046947
-------------+----------------------------------------------------------------
       /cut1 |  2.040091    .1796799                      1.687925    2.392257
       /cut2 |   2.82161    .2087512                      2.412465    3.230755
       /cut3 |  3.698088    .2545427                      3.199193    4.196982
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        /cut4 |   4.524819    .3230705                    3.891612    5.158025
        /cut5 |   5.399554     .447204                     4.52305    6.276058
        /cut6 |   6.512408    .7303896                    5.080871    7.943945
------------------------------------------------------------------------------
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON       OFF      Change    95% CI for Change
         Pr(y=0|x):  0.3895   0.8849   -0.4954   [-0.6180,  -0.3729]
         Pr(y=1|x):  0.1928   0.0589    0.1339   [ 0.0907,   0.1770]
         Pr(y=2|x):  0.1878   0.0320    0.1558   [ 0.0961,   0.2154]
         Pr(y=3|x):  0.1144   0.0135    0.1010   [ 0.0472,   0.1547]
         Pr(y=4|x):  0.0639   0.0062    0.0577   [ 0.0153,   0.1000]
         Pr(y=5|x):  0.0341   0.0030    0.0311   [-0.0005,   0.0626]
         Pr(y=6|x):  0.0176   0.0015    0.0161   [-0.0067,   0.0389]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -701.43483
Iteration 1:   log likelihood = -693.90192
Iteration 2:   log likelihood = -693.86865
Iteration 3:   log likelihood = -693.86865

Ordered logistic regression                    Number of obs  =     538
                                                LR chi2(1)     =   15.13
                                                Prob > chi2    =  0.0001
Log likelihood = -693.86865                     Pseudo R2      =  0.0108

------------------------------------------------------------------------------
   avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
     worry_fam |   .3365752    .0881451    3.82   0.000      .163814    .5093364
--------------+---------------------------------------------------------------
        /cut1 |   1.04968     .1843191                     .6884214    1.410939
        /cut2 |   1.707676    .1944038                    1.326652    2.088701
        /cut3 |   2.187141    .2042527                    1.786813    2.587469
        /cut4 |   2.740537    .220609                     2.308152    3.172923
        /cut5 |   3.460879    .255216                     2.960665    3.961093
        /cut6 |   4.117144    .307131                     3.515179    4.71911
------------------------------------------------------------------------------
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON       OFF      Change    95% CI for Change
         Pr(y=0|x):  0.5100   0.7407   -0.2307   [-0.3424,  -0.1190]
         Pr(y=1|x):  0.1577   0.1058    0.0519   [ 0.0227,   0.0812]
         Pr(y=2|x):  0.0967   0.0526    0.0442   [ 0.0195,   0.0689]
         Pr(y=3|x):  0.0850   0.0403    0.0447   [ 0.0195,   0.0700]
         Pr(y=4|x):  0.0711   0.0302    0.0410   [ 0.0170,   0.0649]
         Pr(y=5|x):  0.0366   0.0144    0.0221   [ 0.0068,   0.0374]
         Pr(y=6|x):  0.0428   0.0160    0.0268   [ 0.0089,   0.0446]

           worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -403.97885
Iteration 1:   log likelihood = -386.99171
Iteration 2:   log likelihood = -386.42719
Iteration 3:   log likelihood = -386.42657
Iteration 4:   log likelihood = -386.42657
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                    Number of obs  =      462
                                               LR chi2(1)     =    35.10
                                               Prob > chi2    =   0.0000
Log likelihood = -386.42657                    Pseudo R2      =   0.0434

-------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
   worry_fam |   .6491318   .1133118     5.73   0.000     .4270449    .8712188
-------------+-----------------------------------------------------------
       /cut1 |   2.066807   .2088948                      1.65738     2.476233
       /cut2 |   2.798872   .2309828                      2.346154    3.25159
       /cut3 |    3.64225   .2714372                      3.110242    4.174257
       /cut4 |   4.463225   .3370019                      3.802714    5.123737
       /cut5 |   5.336606   .4576628                      4.439604    6.233609
       /cut6 |   6.447734   .7368954                      5.003446    7.892022
-------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON       OFF    Change    95% CI for Change
   Pr(y=0|x):    0.5298    0.8876   -0.3578   [-0.4772,  -0.2385]
   Pr(y=1|x):    0.1711    0.0550    0.1161   [ 0.0722,   0.1599]
   Pr(y=2|x):    0.1440    0.0319    0.1121   [ 0.0620,   0.1622]
   Pr(y=3|x):    0.0804    0.0141    0.0663   [ 0.0279,   0.1046]
   Pr(y=4|x):    0.0421    0.0066    0.0355   [ 0.0084,   0.0626]
   Pr(y=5|x):    0.0217    0.0032    0.0184   [-0.0006,   0.0375]
   Pr(y=6|x):    0.0110    0.0016    0.0094   [-0.0040,   0.0228]

               worry_fam
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -701.43483
Iteration 1:   log likelihood = -680.45263
Iteration 2:   log likelihood = -680.20434
Iteration 3:   log likelihood = -680.20424
Iteration 4:   log likelihood = -680.20424

Ordered logistic regression                    Number of obs  =      538
                                               LR chi2(1)     =    42.46
                                               Prob > chi2    =   0.0000
Log likelihood = -680.20424                    Pseudo R2      =   0.0303

-------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
  worryscale |   .3183718   .0505688     6.30   0.000     .2192587    .4174849
-------------+-----------------------------------------------------------
       /cut1 |   1.473535   .1932832                      1.094707    1.852363
       /cut2 |   2.165489   .2070296                      1.759719    2.57126
       /cut3 |    2.66491   .2189302                      2.235815    3.094005
       /cut4 |   3.233061   .2361957                      2.770126    3.695996
       /cut5 |   3.963864   .2700559                      3.434565    4.493164
       /cut6 |   4.623921   .3200271                      3.99668     5.251163
-------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON       OFF    Change    95% CI for Change
   Pr(y=0|x):    0.3925    0.8136   -0.4211   [-0.5350,  -0.3072]
   Pr(y=1|x):    0.1709    0.0835    0.0874   [ 0.0566,   0.1182]
   Pr(y=2|x):    0.1167    0.0378    0.0789   [ 0.0489,   0.1089]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              Pr(y=3|x):      0.1095      0.0271      0.0823  [ 0.0490,    0.1156]
              Pr(y=4|x):      0.0967      0.0193      0.0774  [ 0.0431,    0.1116]
              Pr(y=5|x):      0.0515      0.0089      0.0426  [ 0.0178,    0.0674]
              Pr(y=6|x):      0.0622      0.0097      0.0525  [ 0.0232,    0.0817]

                  worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -403.97885
Iteration 1:   log likelihood =  -375.868
Iteration 2:   log likelihood = -374.24999
Iteration 3:   log likelihood = -374.24612
Iteration 4:   log likelihood = -374.24612

Ordered logistic regression                      Number of obs =      462
                                                 LR chi2(1)    =    59.47
                                                 Prob > chi2   =   0.0000
Log likelihood = -374.24612                      Pseudo R2     =   0.0736

-------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
  worryscale |   .4811587   .0656481     7.33   0.000    .3524907    .6098267
-------------+-----------------------------------------------------------
       /cut1 |   2.341115   .2168147                     1.916166    2.766064
       /cut2 |   3.115477   .2430145                     2.639178    3.591777
       /cut3 |   3.994676   .2860014                     3.434123    4.555228
       /cut4 |   4.828994   .3501706                     4.142673    5.515316
       /cut5 |   5.705475   .4674606                     4.789269    6.621681
       /cut6 |   6.818219   .7429799                     5.362006    8.274433
-------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON        OFF      Change    95% CI for Change
      Pr(y=0|x):     0.3668    0.9122    -0.5454   [-0.6749,   -0.4158]
      Pr(y=1|x):     0.1901    0.0453     0.1448   [ 0.1000,    0.1895]
      Pr(y=2|x):     0.1948    0.0244     0.1704   [ 0.1067,    0.2341]
      Pr(y=3|x):     0.1229    0.0101     0.1127   [ 0.0529,    0.1726]
      Pr(y=4|x):     0.0691    0.0046     0.0645   [ 0.0171,    0.1118]
      Pr(y=5|x):     0.0371    0.0022     0.0349   [-0.0006,    0.0703]
      Pr(y=6|x):     0.0192    0.0011     0.0181   [-0.0075,    0.0438]

                  worryscale
Current=            6
  Saved=            0
   Diff=            6

.
. *bivariate subset by citz in HH*
. foreach var of varlist av_schools-avoidscale {
  2.           foreach var2 of varlist worry_deport-worryscale {
  3.                   version 11: ologit `var' `var2' if citzHH==0
  4.                   qui prvalue, x(`var2'=min) save
  5.                   prvalue, x(`var2'=max) diff
  6.                   version 11: ologit `var' `var2' if citzHH==1
  7.                   qui prvalue, x(`var2'=min) save
  8.                   prvalue, x(`var2'=max) diff
  9.           }
 10. }

Iteration 0:   log likelihood = -95.298949
Iteration 1:   log likelihood = -93.176186
Iteration 2:   log likelihood = -93.149031
Iteration 3:   log likelihood = -93.149025
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                     Number of obs =     191
                                                LR chi2(1)    =    4.30
                                                Prob > chi2   =  0.0381
Log likelihood = -93.149025                     Pseudo R2     =  0.0226

-------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+------------------------------------------------------------
worry_deport|  .3789685    .1861368     2.04   0.042    .0141471   .7437898
------------+------------------------------------------------------------
      /cut1 |  1.980141    .3596488                     1.275242   2.685039
-------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.6991  0.8787  -0.1795  [-0.3509,  -0.0082]
         Pr(y=1|x):  0.3009  0.1213   0.1795  [ 0.0082,   0.3509]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -213.80515
Iteration 1:   log likelihood = -197.16489
Iteration 2:   log likelihood = -194.00294
Iteration 3:   log likelihood =  -194.0021
Iteration 4:   log likelihood =  -194.0021

Ordered logistic regression                     Number of obs =     809
                                                LR chi2(1)    =   39.61
                                                Prob > chi2   =  0.0000
Log likelihood = -194.0021                      Pseudo R2     =  0.0926

-------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+------------------------------------------------------------
worry_deport|  .8173728     .13539     6.04   0.000    .5520134   1.082732
------------+------------------------------------------------------------
      /cut1 |  3.687145    .2779614                    3.142351    4.23194
-------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.7747  0.9756  -0.2009  [-0.2799,  -0.1218]
         Pr(y=1|x):  0.2253  0.0244   0.2009  [ 0.1218,   0.2799]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -95.298949
Iteration 1:   log likelihood =  -95.2989
Iteration 2:   log likelihood =  -95.2989

Ordered logistic regression                     Number of obs =     191
                                                LR chi2(1)    =    0.00
                                                Prob > chi2   =  0.9921
Log likelihood = -95.2989                       Pseudo R2     =  0.0000

-------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam | -.0018778   .1893671    -0.01   0.992    -.3730306    .3692749
-------------+----------------------------------------------------------------
       /cut1 |  1.389589   .375593                        .6534398    2.125737
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

```
                        ON      OFF     Change   95% CI for Change
         Pr(y=0|x):   0.8014   0.8005   0.0009   [-0.1766,   0.1784]
         Pr(y=1|x):   0.1986   0.1995  -0.0009   [-0.1784,   0.1766]

              worry_fam
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -213.80515
Iteration 1:   log likelihood = -206.37725
Iteration 2:   log likelihood = -205.99246
Iteration 3:   log likelihood = -205.99136
Iteration 4:   log likelihood = -205.99136
```

```
Ordered logistic regression                     Number of obs  =     809
                                                 LR chi2(1)     =   15.63
                                                 Prob > chi2    =  0.0001
Log likelihood = -205.99136                      Pseudo R2      =  0.0365
```

```
------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |  .5254652   .1383734     3.80   0.000     .2542584    .796672
-------------+----------------------------------------------------------------
       /cut1 |  3.399273   .2950464                      2.820993    3.977553
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

```
                        ON      OFF     Change   95% CI for Change
         Pr(y=0|x):   0.8609   0.9677  -0.1068   [-0.1638,  -0.0497]
         Pr(y=1|x):   0.1391   0.0323   0.1068   [ 0.0497,   0.1638]

              worry_fam
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -95.298949
Iteration 1:   log likelihood = -94.599213
Iteration 2:   log likelihood = -94.596076
Iteration 3:   log likelihood = -94.596076
```

```
Ordered logistic regression                     Number of obs  =     191
                                                 LR chi2(1)     =    1.41
                                                 Prob > chi2    =  0.2358
Log likelihood = -94.596076                      Pseudo R2      =  0.0074
```

```
------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |  .1239966   .1056848     1.17   0.241    -.0831418    .331135
-------------+----------------------------------------------------------------
       /cut1 |  1.80051    .4028773                      1.010885    2.590135
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                         ON       OFF     Change    95% CI for Change
         Pr(y=0|x):     0.7420   0.8582   -0.1162   [-0.3066,   0.0742]
         Pr(y=1|x):     0.2580   0.1418    0.1162   [-0.0742,   0.3066]

              worryscale
Current=           6
  Saved=           0
   Diff=           6


Iteration 0:   log likelihood = -213.80515
Iteration 1:   log likelihood = -199.22583
Iteration 2:   log likelihood = -197.44187
Iteration 3:   log likelihood = -197.44014
Iteration 4:   log likelihood = -197.44014

Ordered logistic regression                   Number of obs =    809
                                               LR chi2(1)    =  32.73
                                               Prob > chi2   = 0.0000
Log likelihood = -197.44014                    Pseudo R2     = 0.0765


------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .4220451   .0773727     5.45   0.000    .2703974   .5736929
-------------+----------------------------------------------------------
       /cut1 |  3.829592   .3156586                       3.210913   4.448272
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                         ON       OFF     Change    95% CI for Change
         Pr(y=0|x):     0.7854   0.9787   -0.1934   [-0.2748,  -0.1119]
         Pr(y=1|x):     0.2146   0.0213    0.1934   [ 0.1119,   0.2748]

              worryscale
Current=           6
  Saved=           0
   Diff=           6


Iteration 0:   log likelihood = -103.08629
Iteration 1:   log likelihood = -96.745564
Iteration 2:   log likelihood = -96.565977
Iteration 3:   log likelihood = -96.565638
Iteration 4:   log likelihood = -96.565638

Ordered logistic regression                   Number of obs =    191
                                               LR chi2(1)    =  13.04
                                               Prob > chi2   = 0.0003
Log likelihood = -96.565638                    Pseudo R2     = 0.0633


------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport |   .646475    .188321     3.43   0.001    .2773727   1.015577
-------------+----------------------------------------------------------
       /cut1 |  2.245154    .377717                      1.504843   2.985466
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                     ON       OFF     Change   95% CI for Change
        Pr(y=0|x):   0.5758   0.9042  -0.3284  [-0.5047,  -0.1521]
        Pr(y=1|x):   0.4242   0.0958   0.3284  [ 0.1521,   0.5047]

             worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -317.92312
Iteration 1:   log likelihood = -292.68768
Iteration 2:   log likelihood = -290.36213
Iteration 3:   log likelihood = -290.35445
Iteration 4:   log likelihood = -290.35445

Ordered logistic regression                Number of obs =     809
                                            LR chi2(1)    =   55.14
                                            Prob > chi2   =  0.0000
Log likelihood = -290.35445                 Pseudo R2     =  0.0867

------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
worry_deport|   .747593   .1041849     7.18   0.000    .5433943   .9517917
------------+-----------------------------------------------------
       /cut1|  2.868416   .1987339                     2.478905   3.257927
------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
        Pr(y=0|x):   0.6515   0.9463  -0.2948  [-0.3842,  -0.2053]
        Pr(y=1|x):   0.3485   0.0537   0.2948  [ 0.2053,   0.3842]

             worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -103.08629
Iteration 1:   log likelihood = -101.89618
Iteration 2:   log likelihood = -101.88876
Iteration 3:   log likelihood = -101.88876

Ordered logistic regression                Number of obs =     191
                                            LR chi2(1)    =    2.40
                                            Prob > chi2   =  0.1217
Log likelihood = -101.88876                 Pseudo R2     =  0.0116

------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam|  .2854246   .1877918     1.52   0.129    -.0826405   .6534898
------------+-----------------------------------------------------
       /cut1|  1.722413   .3927536                      .95263     2.492196
------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
        Pr(y=0|x):   0.7039   0.8484  -0.1445  [-0.3215,   0.0325]
        Pr(y=1|x):   0.2961   0.1516   0.1445  [-0.0325,   0.3215]

             worry_fam
Current=          3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
           Saved=          0
           Diff=           3

Iteration 0:   log likelihood = -317.92312
Iteration 1:   log likelihood =  -307.2526
Iteration 2:   log likelihood = -306.91487
Iteration 3:   log likelihood = -306.91444
Iteration 4:   log likelihood = -306.91444

Ordered logistic regression                 Number of obs =    809
                                             LR chi2(1)    =  22.02
                                             Prob > chi2   = 0.0000
Log likelihood = -306.91444                  Pseudo R2     = 0.0346

------------------------------------------------------------------
  av_police | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam |  .4765399   .1048684    4.54   0.000    .2710016   .6820782
------------+-----------------------------------------------------
      /cut1 |  2.639173   .2155026                     2.216795   3.06155
------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7702   0.9333  -0.1631   [-0.2339,  -0.0923]
        Pr(y=1|x):  0.2298   0.0667   0.1631   [ 0.0923,   0.2339]

              worry_fam
Current=          3
  Saved=          0
  Diff=            3

Iteration 0:   log likelihood = -103.08629
Iteration 1:   log likelihood = -98.877578
Iteration 2:   log likelihood = -98.789196
Iteration 3:   log likelihood = -98.789095
Iteration 4:   log likelihood = -98.789095

Ordered logistic regression                 Number of obs =    191
                                             LR chi2(1)    =   8.59
                                             Prob > chi2   = 0.0034
Log likelihood = -98.789095                  Pseudo R2     = 0.0417

------------------------------------------------------------------
  av_police | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
  worryscale |  .3021419   .1076393    2.81   0.005    .0911728    .513111
------------+-----------------------------------------------------
      /cut1 |  2.239223   .4306255                     1.395212   3.083233
------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.6050   0.9037  -0.2987   [-0.4914,  -0.1060]
        Pr(y=1|x):  0.3950   0.0963   0.2987   [ 0.1060,   0.4914]

              worryscale
Current=          6
  Saved=          0
  Diff=            6

Iteration 0:   log likelihood = -317.92312
Iteration 1:   log likelihood = -296.50821
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -295.08867
Iteration 3:   log likelihood = -295.08381
Iteration 4:   log likelihood = -295.0838

Ordered logistic regression                    Number of obs  =      809
                                               LR chi2(1)     =    45.68
                                               Prob > chi2    =   0.0000
Log likelihood = -295.0838                     Pseudo R2      =   0.0718

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .3840876   .0592649     6.48   0.000    .2679305   .5002447
------------+-----------------------------------------------------------
      /cut1 |    3.0047    .2280023                     2.557824   3.451576
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON      OFF    Change    95% CI for Change
      Pr(y=0|x):  0.6682   0.9528  -0.2846  [-0.3770,  -0.1921]
      Pr(y=1|x):  0.3318   0.0472   0.2846  [ 0.1921,   0.3770]

               worryscale
Current=             6
 Saved=              0
  Diff=              6

Iteration 0:   log likelihood = -92.44665
Iteration 1:   log likelihood = -90.286938
Iteration 2:   log likelihood = -90.255551
Iteration 3:   log likelihood = -90.255542

Ordered logistic regression                    Number of obs  =      191
                                               LR chi2(1)     =     4.38
                                               Prob > chi2    =   0.0363
Log likelihood = -90.255542                    Pseudo R2      =   0.0237

------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worry_deport |  .3910022  .1904643     2.05   0.040    .017699   .7643054
------------+-----------------------------------------------------------
      /cut1 |  2.068849   .3702616                      1.343149   2.794548
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON      OFF    Change    95% CI for Change
      Pr(y=0|x):  0.7101   0.8878  -0.1777  [-0.3463,  -0.0092]
      Pr(y=1|x):  0.2899   0.1122   0.1777  [ 0.0092,   0.3463]

               worry_deport
Current=             3
 Saved=              0
  Diff=              3

Iteration 0:   log likelihood = -284.50796
Iteration 1:   log likelihood = -263.14725
Iteration 2:   log likelihood = -260.78473
Iteration 3:   log likelihood = -260.77851
Iteration 4:   log likelihood = -260.77851

Ordered logistic regression                    Number of obs  =      809
                                               LR chi2(1)     =    47.46
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Log likelihood = -260.77851                    Prob > chi2   = 0.0000
                                               Pseudo R2     = 0.0834

-----------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------
worry_deport |  .7430119   .1113712     6.67   0.000     .5247285   .9612954
-------------+---------------------------------------------------------
       /cut1 |  3.070954   .2161835                      2.647242   3.494666
-----------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                     ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.6989  0.9557  -0.2568  [-0.3431,  -0.1705]
        Pr(y=1|x):  0.3011  0.0443   0.2568  [ 0.1705,   0.3431]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -92.44665
Iteration 1:   log likelihood = -92.443285
Iteration 2:   log likelihood = -92.443285
```

```
Ordered logistic regression                    Number of obs =     191
                                               LR chi2(1)    =    0.01
                                               Prob > chi2   = 0.9346
Log likelihood = -92.443285                    Pseudo R2     = 0.0000

-----------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------
   worry_fam |  .0158786   .1936693     0.08   0.935    -.3637062   .3954634
-------------+---------------------------------------------------------
       /cut1 |  1.487579   .3856694                      .7316805   2.243477
-----------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                     ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.8084  0.8157  -0.0073  [-0.1806,   0.1661]
        Pr(y=1|x):  0.1916  0.1843   0.0073  [-0.1661,   0.1806]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -284.50796
Iteration 1:   log likelihood = -273.62712
Iteration 2:   log likelihood = -273.16573
Iteration 3:   log likelihood = -273.16474
Iteration 4:   log likelihood = -273.16474
```

```
Ordered logistic regression                    Number of obs =     809
                                               LR chi2(1)    =   22.69
                                               Prob > chi2   = 0.0000
Log likelihood = -273.16474                    Pseudo R2     = 0.0399

-----------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------
   worry_fam |    .5244    .1144803     4.58   0.000     .3000227   .7487773
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------+----------------------------------------------------------------
        /cut1 |   2.927305    .2402236                    2.456475    3.398134
--------------+----------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                         ON       OFF     Change    95% CI for Change
           Pr(y=0|x):  0.7948    0.9492   -0.1544   [-0.2214,  -0.0873]
           Pr(y=1|x):  0.2052    0.0508    0.1544   [ 0.0873,   0.2214]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood =  -92.44665
Iteration 1:   log likelihood = -91.672403
Iteration 2:   log likelihood = -91.668127
Iteration 3:   log likelihood = -91.668126

Ordered logistic regression               Number of obs  =     191
                                           LR chi2(1)     =    1.56
                                           Prob > chi2    =  0.2121
Log likelihood = -91.668126               Pseudo R2      =  0.0084

------------------------------------------------------------------------------
   av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |  .1334609    .1082321     1.23   0.218    -.0786701    .3455919
--------------+---------------------------------------------------------------
        /cut1 |  1.900394     .414788                     1.087425    2.713364
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                         ON       OFF     Change    95% CI for Change
           Pr(y=0|x):  0.7502    0.8699   -0.1197   [-0.3063,   0.0668]
           Pr(y=1|x):  0.2498    0.1301    0.1197   [-0.0668,   0.3063]

              worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -284.50796
Iteration 1:   log likelihood =  -265.0001
Iteration 2:   log likelihood = -263.39289
Iteration 3:   log likelihood =  -263.3883
Iteration 4:   log likelihood =  -263.3883

Ordered logistic regression               Number of obs  =     809
                                           LR chi2(1)     =   42.24
                                           Prob > chi2    =  0.0000
Log likelihood = -263.3883                Pseudo R2      =  0.0742

------------------------------------------------------------------------------
   av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |  .3976345    .0639346     6.22   0.000      .272325     .522944
--------------+---------------------------------------------------------------
        /cut1 |  3.258725    .2509857                      2.766802    3.750648
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method
                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):    0.7054   0.9630   -0.2576  [-0.3473,  -0.1680]
        Pr(y=1|x):    0.2946   0.0370    0.2576  [ 0.1680,   0.3473]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

Iteration 0:   log likelihood = -87.90946
Iteration 1:   log likelihood = -87.877223
Iteration 2:   log likelihood = -87.877215

Ordered logistic regression                 Number of obs =    191
                                            LR chi2(1)    =   0.06
                                            Prob > chi2   = 0.7995
Log likelihood = -87.877215                 Pseudo R2     = 0.0004

------------------------------------------------------------------
     av_work | Coefficient  Std. err.    z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
worry_deport | -.0481243   .1895564   -0.25   0.800   -.4196479   .3233993
-------------+----------------------------------------------------
       /cut1 |  1.497824   .3275888                    .8557614   2.139886
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method
                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):    0.8378   0.8172    0.0206  [-0.1380,   0.1791]
        Pr(y=1|x):    0.1622   0.1828   -0.0206  [-0.1791,   0.1380]

           worry_deport
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -228.63695
Iteration 1:   log likelihood = -212.42597
Iteration 2:   log likelihood = -209.96065
Iteration 3:   log likelihood = -209.95883
Iteration 4:   log likelihood = -209.95883

Ordered logistic regression                 Number of obs =    809
                                            LR chi2(1)    =  37.36
                                            Prob > chi2   = 0.0000
Log likelihood = -209.95883                 Pseudo R2     = 0.0817

------------------------------------------------------------------
     av_work | Coefficient  Std. err.    z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
worry_deport |  .7569559   .1279134    5.92   0.000    .5062502   1.007662
-------------+----------------------------------------------------
       /cut1 |  3.472119   .2562028                    2.96997   3.974267
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method
                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):    0.7687   0.9699   -0.2011  [-0.2808,  -0.1215]
        Pr(y=1|x):    0.2313   0.0301    0.2011  [ 0.1215,   0.2808]

           worry_deport
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -87.90946
Iteration 1:   log likelihood = -87.901285
Iteration 2:   log likelihood = -87.901284

Ordered logistic regression                    Number of obs =     191
                                               LR chi2(1)    =    0.02
                                               Prob > chi2   =  0.8982
Log likelihood = -87.901284                    Pseudo R2     =  0.0001

-----------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
   worry_fam |   .025626    .2006036    0.13   0.898   -.3675498    .4188019
------------+----------------------------------------------------------
      /cut1 |  1.610828    .4004722                     .8259167    2.395739
-----------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON      OFF     Change    95% CI for Change
   Pr(y=0|x):      0.8226   0.8335   -0.0109   [-0.1782,   0.1563]
   Pr(y=1|x):      0.1774   0.1665    0.0109   [-0.1563,   0.1782]

            worry_fam
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -228.63695
Iteration 1:   log likelihood = -224.02289
Iteration 2:   log likelihood = -223.89548
Iteration 3:   log likelihood = -223.89538
Iteration 4:   log likelihood = -223.89538

Ordered logistic regression                    Number of obs =     809
                                               LR chi2(1)    =    9.48
                                               Prob > chi2   =  0.0021
Log likelihood = -223.89538                    Pseudo R2     =  0.0207

-----------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
   worry_fam |  .3846924   .1276974    3.01   0.003     .13441    .6349747
------------+----------------------------------------------------------
      /cut1 |  3.036312    .2603579                    2.52602    3.546604
-----------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON      OFF     Change    95% CI for Change
   Pr(y=0|x):      0.8679   0.9542   -0.0863   [-0.1439,  -0.0288]
   Pr(y=1|x):      0.1321   0.0458    0.0863   [ 0.0288,   0.1439]

            worry_fam
Current=            3
  Saved=            0
   Diff=            3

Iteration 0:   log likelihood = -87.90946
Iteration 1:   log likelihood = -87.90655
Iteration 2:   log likelihood = -87.90655
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                    Number of obs =    191
                                               LR chi2(1)    =   0.01
                                               Prob > chi2   = 0.9392
Log likelihood = -87.90655                     Pseudo R2     = 0.0000

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale | -.0082935   .1086746    -0.08   0.939    -.2212917    .2047047
-------------+----------------------------------------------------------------
        /cut1 |  1.539844   .3927645                       .7700396   2.309648
------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                       ON      OFF     Change   95% CI for Change
         Pr(y=0|x):  0.8306   0.8234   0.0071   [-0.1759,   0.1901]
         Pr(y=1|x):  0.1694   0.1766  -0.0071   [-0.1901,   0.1759]

            worryscale
Current=        6
  Saved=        0
   Diff=        6

Iteration 0:   log likelihood = -228.63695
Iteration 1:   log likelihood = -216.50969
Iteration 2:   log likelihood = -215.48377
Iteration 3:   log likelihood = -215.48115
Iteration 4:   log likelihood = -215.48115

Ordered logistic regression                    Number of obs =    809
                                               LR chi2(1)    =  26.31
                                               Prob > chi2   = 0.0000
Log likelihood = -215.48115                    Pseudo R2     = 0.0575

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale |  .3581053   .0720957     4.97   0.000     .2168003    .4994104
-------------+----------------------------------------------------------------
        /cut1 |  3.492883   .2835306                      2.937173   4.048593
------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                       ON      OFF     Change   95% CI for Change
         Pr(y=0|x):  0.7932   0.9705  -0.1773   [-0.2575,  -0.0971]
         Pr(y=1|x):  0.2068   0.0295   0.1773   [ 0.0971,   0.2575]

            worryscale
Current=        6
  Saved=        0
   Diff=        6

Iteration 0:   log likelihood = -104.27785
Iteration 1:   log likelihood = -98.864686
Iteration 2:   log likelihood = -98.741388
Iteration 3:   log likelihood = -98.741245
Iteration 4:   log likelihood = -98.741245

Ordered logistic regression                    Number of obs =    191
                                               LR chi2(1)    =  11.07
                                               Prob > chi2   = 0.0009
Log likelihood = -98.741245                    Pseudo R2     = 0.0531
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------
worry_deport |  .5859063   .1836344    3.19   0.001    .2259895    .945823
-------------+----------------------------------------------------
      /cut1  |  2.107773   .3638327                    1.394674   2.820872
------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                    ON       OFF    Change   95% CI for Change
     Pr(y=0|x):    0.5866   0.8917  -0.3050  [-0.4830,  -0.1271]
     Pr(y=1|x):    0.4134   0.1083   0.3050  [ 0.1271,   0.4830]

              worry_deport
Current=            3
  Saved=            0
   Diff=            3


Iteration 0:   log likelihood = -300.64633
Iteration 1:   log likelihood = -285.54075
Iteration 2:   log likelihood = -284.55564
Iteration 3:   log likelihood = -284.55374
Iteration 4:   log likelihood = -284.55374
```

```
Ordered logistic regression                    Number of obs =      809
                                               LR chi2(1)    =    32.19
                                               Prob > chi2   =   0.0000
Log likelihood = -284.55374                    Pseudo R2     =   0.0535
```

```
------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------
worry_deport |  .5851862   .1044523    5.60   0.000    .3804634   .7899089
-------------+----------------------------------------------------
      /cut1  |  2.721177   .1921355                    2.344598   3.097756
------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                    ON       OFF    Change   95% CI for Change
     Pr(y=0|x):    0.7242   0.9383  -0.2140  [-0.2985,  -0.1295]
     Pr(y=1|x):    0.2758   0.0617   0.2140  [ 0.1295,   0.2985]

              worry_deport
Current=            3
  Saved=            0
   Diff=            3


Iteration 0:   log likelihood = -104.27785
Iteration 1:   log likelihood = -102.39362
Iteration 2:   log likelihood = -102.37553
Iteration 3:   log likelihood = -102.37552
```

```
Ordered logistic regression                    Number of obs =      191
                                               LR chi2(1)    =     3.80
                                               Prob > chi2   =   0.0511
Log likelihood = -102.37552                    Pseudo R2     =   0.0182
```

```
------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------
   worry_fam |  .3603368   .1895018    1.90   0.057    -.01108   .7317536
-------------+----------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      /cut1 |   1.834538    .400838                   1.04891    2.620166
----------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON       OFF      Change    95% CI for Change
        Pr(y=0|x):    0.6799    0.8623    -0.1824   [-0.3579,  -0.0068]
        Pr(y=1|x):    0.3201    0.1377     0.1824   [ 0.0068,   0.3579]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -300.64633
Iteration 1:   log likelihood = -295.00345
Iteration 2:   log likelihood = -294.89673
Iteration 3:   log likelihood = -294.89669
Iteration 4:   log likelihood = -294.89669

Ordered logistic regression                  Number of obs  =      809
                                             LR chi2(1)     =    11.50
                                             Prob > chi2    =   0.0007
Log likelihood = -294.89669                  Pseudo R2      =   0.0191

----------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+---------------------------------------------------------
   worry_fam |  .3523971    .105804     3.33   0.001     .145025    .5597691
------------+---------------------------------------------------------
      /cut1 |   2.523206     .2109                      2.109849   2.936562
----------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON       OFF      Change    95% CI for Change
        Pr(y=0|x):    0.8125    0.9258    -0.1133   [-0.1808,  -0.0458]
        Pr(y=1|x):    0.1875    0.0742     0.1133   [ 0.0458,   0.1808]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -104.27785
Iteration 1:   log likelihood = -99.895239
Iteration 2:   log likelihood = -99.803778
Iteration 3:   log likelihood = -99.803671
Iteration 4:   log likelihood = -99.803671

Ordered logistic regression                  Number of obs  =      191
                                             LR chi2(1)     =     8.95
                                             Prob > chi2    =   0.0028
Log likelihood = -99.803671                  Pseudo R2      =   0.0429

----------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+---------------------------------------------------------
  worryscale |  .3061645   .1069924     2.86   0.004     .0964634   .5158657
------------+---------------------------------------------------------
      /cut1 |   2.223225   .4276819                     1.384984   3.061466
----------------------------------------------------------------------

ologit: Change in Predictions for av_bank
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method
                     ON        OFF      Change   95% CI for Change
         Pr(y=0|x):  0.5954    0.9023   -0.3069  [-0.5003,  -0.1135]
         Pr(y=1|x):  0.4046    0.0977    0.3069  [ 0.1135,   0.5003]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

Iteration 0:   log likelihood = -300.64633
Iteration 1:   log likelihood = -288.44359
Iteration 2:   log likelihood = -287.91091
Iteration 3:   log likelihood = -287.91016
Iteration 4:   log likelihood = -287.91016

Ordered logistic regression                Number of obs =     809
                                           LR chi2(1)    =   25.47
                                           Prob > chi2   =  0.0000
Log likelihood = -287.91016                Pseudo R2     =  0.0424

-----------------------------------------------------------------
   av_bank | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-----------+-----------------------------------------------------
 worryscale | .2925889   .0591786    4.94   0.000    .1766009   .4085769
-----------+-----------------------------------------------------
     /cut1 | 2.805912   .2198084                     2.375095   3.236729
-----------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method
                     ON        OFF      Change   95% CI for Change
         Pr(y=0|x):  0.7408    0.9430   -0.2021  [-0.2892,  -0.1151]
         Pr(y=1|x):  0.2592    0.0570    0.2021  [ 0.1151,   0.2892]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

Iteration 0:   log likelihood =  -100.6141
Iteration 1:   log likelihood = -92.137517
Iteration 2:   log likelihood =   -91.775
Iteration 3:   log likelihood = -91.773699
Iteration 4:   log likelihood = -91.773699

Ordered logistic regression                Number of obs =     191
                                           LR chi2(1)    =   17.68
                                           Prob > chi2   =  0.0000
Log likelihood = -91.773699                Pseudo R2     =  0.0879

-----------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+---------------------------------------------------
worry_deport | .7822726   .1999574    3.91   0.000    .3903632   1.174182
-------------+---------------------------------------------------
       /cut1 | 2.555696   .4116822                     1.748814   3.362579
-----------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method
                     ON        OFF      Change   95% CI for Change
         Pr(y=0|x):  0.5520    0.9280   -0.3759  [-0.5489,  -0.2029]
         Pr(y=1|x):  0.4480    0.0720    0.3759  [ 0.2029,   0.5489]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              worry_deport
Current=            3
  Saved=            0
  Diff=             3


Iteration 0:   log likelihood = -306.50542
Iteration 1:   log likelihood = -282.74047
Iteration 2:   log likelihood =  -280.4164
Iteration 3:   log likelihood = -280.40818
Iteration 4:   log likelihood = -280.40818

Ordered logistic regression                    Number of obs  =      809
                                               LR chi2(1)     =    52.19
                                               Prob > chi2    =   0.0000
Log likelihood = -280.40818                    Pseudo R2      =   0.0851

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .7438605   .1064322     6.99   0.000    .5352573   .9524637
-------------+----------------------------------------------------------
       /cut1 |  2.933274   .2041709                     2.533107   3.333442
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.6686   0.9495  -0.2809  [-0.3693,  -0.1925]
        Pr(y=1|x):  0.3314   0.0505   0.2809  [ 0.1925,   0.3693]

              worry_deport
Current=            3
  Saved=            0
  Diff=             3


Iteration 0:   log likelihood =  -100.6141
Iteration 1:   log likelihood = -98.552827
Iteration 2:   log likelihood = -98.527568
Iteration 3:   log likelihood = -98.527559

Ordered logistic regression                    Number of obs  =      191
                                               LR chi2(1)     =     4.17
                                               Prob > chi2    =   0.0411
Log likelihood = -98.527559                    Pseudo R2      =   0.0207

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |  .3886861   .1958926     1.98   0.047    .0047436   .7726286
-------------+----------------------------------------------------------
       /cut1 |  1.980206   .4177946                     1.161344   2.799068
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.6930   0.8787  -0.1857  [-0.3560,  -0.0154]
        Pr(y=1|x):  0.3070   0.1213   0.1857  [ 0.0154,   0.3560]

              worry_fam
Current=            3
  Saved=            0
  Diff=             3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -306.50542
Iteration 1:   log likelihood = -285.68813
Iteration 2:   log likelihood =  -284.2236
Iteration 3:   log likelihood = -284.22001
Iteration 4:   log likelihood = -284.22001

Ordered logistic regression                      Number of obs  =     809
                                                 LR chi2(1)     =   44.57
                                                 Prob > chi2    =  0.0000
Log likelihood = -284.22001                      Pseudo R2      =  0.0727

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .7222344   .1160435     6.22   0.000    .4947932   .9496755
-------------+----------------------------------------------------------
       /cut1 |  3.170884   .2534764                      2.674079   3.667688
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON      OFF    Change    95% CI for Change
      Pr(y=0|x):   0.7319   0.9597  -0.2278  [-0.2995,  -0.1562]
      Pr(y=1|x):   0.2681   0.0403   0.2278  [ 0.1562,   0.2995]

            worry_fam
Current=        3
 Saved=         0
 Diff=          3

Iteration 0:   log likelihood =  -100.6141
Iteration 1:   log likelihood = -94.514445
Iteration 2:   log likelihood = -94.304805
Iteration 3:   log likelihood = -94.304116
Iteration 4:   log likelihood = -94.304116

Ordered logistic regression                      Number of obs  =     191
                                                 LR chi2(1)     =   12.62
                                                 Prob > chi2    =  0.0004
Log likelihood = -94.304116                      Pseudo R2      =  0.0627

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .381191    .1143505     3.33   0.001    .1570682   .6053139
-------------+----------------------------------------------------------
       /cut1 |  2.596513   .4685401                      1.678191   3.514835
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.5767   0.9306  -0.3539  [-0.5412,  -0.1667]
      Pr(y=1|x):   0.4233   0.0694   0.3539  [ 0.1667,   0.5412]

           worryscale
Current=        6
 Saved=         0
 Diff=          6

Iteration 0:   log likelihood = -306.50542
Iteration 1:   log likelihood = -279.13289
Iteration 2:   log likelihood = -276.52475
Iteration 3:   log likelihood = -276.51839
Iteration 4:   log likelihood = -276.51839
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                    Number of obs =     809
                                               LR chi2(1)    =   59.97
                                               Prob > chi2   =  0.0000
Log likelihood = -276.51839                    Pseudo R2     =  0.0978

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .4583224   .0629676    7.28   0.000    .3349082   .5817366
-------------+----------------------------------------------------------
        /cut1 |    3.33431   .2507683                     2.842813   3.825807
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
      Pr(y=0|x):    0.6421    0.9656   -0.3235  [-0.4172,  -0.2299]
      Pr(y=1|x):    0.3579    0.0344    0.3235  [ 0.2299,   0.4172]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -276.00182
Iteration 1:   log likelihood = -267.91557
Iteration 2:   log likelihood = -267.86162
Iteration 3:   log likelihood = -267.86161

Ordered logistic regression                    Number of obs =     191
                                               LR chi2(1)    =   16.28
                                               Prob > chi2   =  0.0001
Log likelihood = -267.86161                    Pseudo R2     =  0.0295

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .5530118   .1407947    3.93   0.000    .2770593   .8289644
-------------+----------------------------------------------------------
        /cut1 |    1.01353   .2635546                     .4969724   1.530087
        /cut2 |   1.597412   .2809273                    1.046805   2.14802
        /cut3 |   2.235892   .3044469                    1.639187   2.832597
        /cut4 |   2.645193   .3230167                    2.012092   3.278294
        /cut5 |   3.479788   .3788028                    2.737348   4.222228
        /cut6 |   4.212575   .4636475                    3.303842   5.121307
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
      Pr(y=0|x):    0.3440    0.7337   -0.3897  [-0.5639,  -0.2155]
      Pr(y=1|x):    0.1406    0.0979    0.0427  [ 0.0097,   0.0756]
      Pr(y=2|x):    0.1557    0.0718    0.0840  [ 0.0344,   0.1336]
      Pr(y=3|x):    0.0880    0.0303    0.0577  [ 0.0169,   0.0985]
      Pr(y=4|x):    0.1323    0.0364    0.0959  [ 0.0346,   0.1573]
      Pr(y=5|x):    0.0672    0.0153    0.0519  [ 0.0080,   0.0957]
      Pr(y=6|x):    0.0722    0.0146    0.0576  [ 0.0083,   0.1069]

             worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -834.97085
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 1:   log likelihood = -781.20317
Iteration 2:   log likelihood = -778.90995
Iteration 3:   log likelihood =  -778.9071
Iteration 4:   log likelihood =  -778.9071

Ordered logistic regression                    Number of obs  =     809
                                               LR chi2(1)     =  112.13
                                               Prob > chi2    =  0.0000
Log likelihood = -778.9071                     Pseudo R2      =  0.0671

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .803511   .0787652    10.20   0.000     .6491341    .957888
-------------+----------------------------------------------------------
       /cut1 |  1.878456   .1361054                      1.611694    2.145218
       /cut2 |  2.67362    .1555866                      2.368676    2.978564
       /cut3 |  3.2941     .1750585                      2.950992    3.637209
       /cut4 |  4.0469     .2078215                      3.639577    4.454222
       /cut5 |  4.763597   .256934                       4.260016    5.267178
       /cut6 |  5.480623   .3342968                      4.825413    6.135833
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                  ON      OFF    Change   95% CI for Change
  Pr(y=0|x):    0.3700   0.8674  -0.4974  [-0.5825,  -0.4123]
  Pr(y=1|x):    0.1954   0.0680   0.1273  [ 0.0973,   0.1574]
  Pr(y=2|x):    0.1422   0.0288   0.1134  [ 0.0800,   0.1468]
  Pr(y=3|x):    0.1295   0.0186   0.1109  [ 0.0736,   0.1482]
  Pr(y=4|x):    0.0761   0.0087   0.0674  [ 0.0369,   0.0979]
  Pr(y=5|x):    0.0425   0.0043   0.0382  [ 0.0148,   0.0615]
  Pr(y=6|x):    0.0444   0.0041   0.0402  [ 0.0155,   0.0649]

           worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -276.00182
Iteration 1:   log likelihood = -274.92741
Iteration 2:   log likelihood = -274.92639
Iteration 3:   log likelihood = -274.92639

Ordered logistic regression                    Number of obs  =     191
                                               LR chi2(1)     =    2.15
                                               Prob > chi2    =  0.1425
Log likelihood = -274.92639                    Pseudo R2      =  0.0039

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |  .2094298   .1437897     1.46   0.145    -.0723928    .4912524
-------------+----------------------------------------------------------
       /cut1 |  .5640287   .2926676                     -.0095893    1.137647
       /cut2 |  1.104726   .3023301                      .5121701    1.697282
       /cut3 |  1.70633    .3187788                      1.081535    2.331125
       /cut4 |  2.100051   .3338603                      1.445697    2.754406
       /cut5 |  2.920891   .386664                       2.163044    3.678739
       /cut6 |  3.65292    .4699157                      2.731902    4.573937
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                  ON      OFF    Change   95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            Pr(y=0|x):    0.4839    0.6374   -0.1534  [-0.3554,   0.0485]
            Pr(y=1|x):    0.1330    0.1138    0.0192  [-0.0103,   0.0487]
            Pr(y=2|x):    0.1292    0.0952    0.0340  [-0.0134,   0.0814]
            Pr(y=3|x):    0.0672    0.0445    0.0227  [-0.0095,   0.0548]
            Pr(y=4|x):    0.0949    0.0580    0.0370  [-0.0137,   0.0877]
            Pr(y=5|x):    0.0454    0.0259    0.0195  [-0.0090,   0.0481]
            Pr(y=6|x):    0.0463    0.0253    0.0211  [-0.0097,   0.0519]

                       worry_fam
Current=                   3
 Saved=                    0
  Diff=                    3

Iteration 0:   log likelihood = -834.97085
Iteration 1:   log likelihood =  -806.6133
Iteration 2:   log likelihood = -806.01774
Iteration 3:   log likelihood = -806.01724
Iteration 4:   log likelihood = -806.01724

Ordered logistic regression                    Number of obs =      809
                                               LR chi2(1)    =    57.91
                                               Prob > chi2   =   0.0000
Log likelihood = -806.01724                    Pseudo R2     =   0.0347

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .5764988   .0787003    7.33   0.000    .422249   .7307485
------------+-----------------------------------------------------------
      /cut1 |  1.811702   .1564896                    1.504988   2.118416
      /cut2 |  2.551131   .1706983                    2.216568   2.885694
      /cut3 |  3.135775   .1864841                    2.770273   3.501277
      /cut4 |  3.866732   .2164891                    3.442421   4.291043
      /cut5 |  4.572456    .263558                    4.055892    5.08902
      /cut6 |  5.282592   .3391832                    4.617805   5.947378
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
            Pr(y=0|x):    0.5205    0.8596   -0.3390  [-0.4231,  -0.2550]
            Pr(y=1|x):    0.1740    0.0681    0.1060  [ 0.0752,   0.1367]
            Pr(y=2|x):    0.1086    0.0307    0.0779  [ 0.0510,   0.1048]
            Pr(y=3|x):    0.0913    0.0212    0.0701  [ 0.0435,   0.0968]
            Pr(y=4|x):    0.0505    0.0103    0.0402  [ 0.0208,   0.0596]
            Pr(y=5|x):    0.0272    0.0052    0.0220  [ 0.0081,   0.0360]
            Pr(y=6|x):    0.0278    0.0051    0.0228  [ 0.0083,   0.0372]

                       worry_fam
Current=                   3
 Saved=                    0
  Diff=                    3

Iteration 0:   log likelihood = -276.00182
Iteration 1:   log likelihood =  -271.1759
Iteration 2:   log likelihood = -271.15531
Iteration 3:   log likelihood = -271.15531

Ordered logistic regression                    Number of obs =      191
                                               LR chi2(1)    =     9.69
                                               Prob > chi2   =   0.0018
Log likelihood = -271.15531                    Pseudo R2     =   0.0176

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .244342   .0801978    3.05   0.002    .0871573   .4015268
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------+--------------------------------------------------------------
      /cut1 |  .9850999   .3039905                    .3892895    1.58091
      /cut2 |   1.54915   .3184872                    .9249267   2.173373
      /cut3 |  2.169887   .3383015                    1.506828   2.832946
      /cut4 |  2.571339   .3544156                    1.876697   3.265981
      /cut5 |  3.401116   .4061793                    2.605019   4.197213
      /cut6 |  4.133776   .4863471                    3.180553   5.086999
------------+--------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):  0.3820  0.7281  -0.3461  [-0.5492,  -0.1430]
      Pr(y=1|x):  0.1387  0.0967   0.0421  [ 0.0070,   0.0772]
      Pr(y=2|x):  0.1483  0.0727   0.0756  [ 0.0231,   0.1280]
      Pr(y=3|x):  0.0822  0.0315   0.0507  [ 0.0103,   0.0911]
      Pr(y=4|x):  0.1226  0.0387   0.0838  [ 0.0216,   0.1460]
      Pr(y=5|x):  0.0613  0.0165   0.0448  [ 0.0033,   0.0863]
      Pr(y=6|x):  0.0649  0.0158   0.0491  [ 0.0030,   0.0953]

              worryscale
Current=          6
  Saved=          0
   Diff=          6
```

```
Iteration 0:   log likelihood = -834.97085
Iteration 1:   log likelihood = -784.61263
Iteration 2:   log likelihood =  -782.7374
Iteration 3:   log likelihood = -782.73382
Iteration 4:   log likelihood = -782.73382
```

```
Ordered logistic regression                      Number of obs =     809
                                                 LR chi2(1)    = 104.47
                                                 Prob > chi2   = 0.0000
Log likelihood = -782.73382                      Pseudo R2     = 0.0626
```

```
------------+--------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+--------------------------------------------------------------
   worryscale |  .4405894   .0454574    9.69   0.000    .3514945   .5296843
------------+--------------------------------------------------------------
       /cut1 |  2.133058   .1627135                    1.814145    2.45197
       /cut2 |  2.916771   .1802904                    2.563408   3.270134
       /cut3 |  3.530498   .1980751                    3.142278   3.918718
       /cut4 |  4.281654   .2283533                     3.83409   4.729219
       /cut5 |  4.996892   .2741091                    4.459649   5.534136
       /cut6 |  5.712413   .3477613                    5.030813   6.394012
------------+--------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):  0.3751  0.8941  -0.5190  [-0.6088,  -0.4292]
      Pr(y=1|x):  0.1928  0.0546   0.1382  [ 0.1067,   0.1697]
      Pr(y=2|x):  0.1404  0.0229   0.1175  [ 0.0830,   0.1520]
      Pr(y=3|x):  0.1290  0.0148   0.1142  [ 0.0756,   0.1528]
      Pr(y=4|x):  0.0759  0.0069   0.0690  [ 0.0376,   0.1004]
      Pr(y=5|x):  0.0424  0.0034   0.0390  [ 0.0150,   0.0629]
      Pr(y=6|x):  0.0444  0.0033   0.0411  [ 0.0157,   0.0665]

              worryscale
Current=          6
  Saved=          0
   Diff=          6
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
.
. *bivariate subset by sanctuary city*
. foreach var of varlist av_schools-avoidscale {
  2.        foreach var2 of varlist worry_deport-worryscale {
  3.                version 11: ologit `var' `var2' if sanctuary==0
  4.                qui prvalue, x(`var2'=min) save
  5.                prvalue, x(`var2'=max) diff
  6.                version 11: ologit `var' `var2' if sanctuary==1
  7.                qui prvalue, x(`var2'=min) save
  8.                prvalue, x(`var2'=max) diff
  9.                version 11: ologit `var' `var2' if sanctuary==2
 10.                qui prvalue, x(`var2'=min) save
 11.                prvalue, x(`var2'=max) diff
 12.        }
 13. }


Iteration 0:   log likelihood = -96.289743
Iteration 1:   log likelihood = -88.717725
Iteration 2:   log likelihood = -87.483289
Iteration 3:   log likelihood =  -87.48252
Iteration 4:   log likelihood =  -87.48252

Ordered logistic regression                     Number of obs =     335
                                                LR chi2(1)    =   17.61
                                                Prob > chi2   =  0.0000
Log likelihood = -87.48252                      Pseudo R2     =  0.0915

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport| .7921154    .1976481     4.01   0.000    .4047322   1.179499
------------+-----------------------------------------------------------
      /cut1 | 3.487873    .3979195                     2.707965   4.267781
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                   ON      OFF     Change    95% CI for Change
   Pr(y=0|x):    0.7524   0.9703   -0.2179   [-0.3454,  -0.0904]
   Pr(y=1|x):    0.2476   0.0297    0.2179   [ 0.0904,   0.3454]

           worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood =  -115.1172
Iteration 1:   log likelihood = -108.21391
Iteration 2:   log likelihood = -107.41465
Iteration 3:   log likelihood = -107.41347
Iteration 4:   log likelihood = -107.41347

Ordered logistic regression                     Number of obs =     414
                                                LR chi2(1)    =   15.41
                                                Prob > chi2   =  0.0001
Log likelihood = -107.41347                     Pseudo R2     =  0.0669

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport| .7002461    .1833864     3.82   0.000    .3408153   1.059677
------------+-----------------------------------------------------------
      /cut1 | 3.440951    .3652395                     2.725094   4.156807
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                     ON       OFF    Change    95% CI for Change
        Pr(y=0|x):  0.7925   0.9690  -0.1764   [-0.2827,  -0.0701]
        Pr(y=1|x):  0.2075   0.0310   0.1764   [ 0.0701,   0.2827]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -104.96586
Iteration 1:   log likelihood = -98.934812
Iteration 2:   log likelihood = -98.628703
Iteration 3:   log likelihood = -98.628103
Iteration 4:   log likelihood = -98.628103

Ordered logistic regression                    Number of obs =     251
                                               LR chi2(1)    =   12.68
                                               Prob > chi2   =  0.0004
Log likelihood = -98.628103                    Pseudo R2     =  0.0604

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6263513   .1816293     3.45   0.001    .2703645   .9823381
-------------+----------------------------------------------------------
       /cut1 |   2.70182   .3637089                     1.988964   3.414677
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF    Change    95% CI for Change
        Pr(y=0|x):  0.6948   0.9371  -0.2423   [-0.3854,  -0.0992]
        Pr(y=1|x):  0.3052   0.0629   0.2423   [ 0.0992,   0.3854]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -96.289743
Iteration 1:   log likelihood = -95.030771
Iteration 2:   log likelihood = -95.008867
Iteration 3:   log likelihood = -95.008859

Ordered logistic regression                    Number of obs =     335
                                               LR chi2(1)    =    2.56
                                               Prob > chi2   =  0.1095
Log likelihood = -95.008859                    Pseudo R2     =  0.0133

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |   .305685   .1938281     1.58   0.115    -.074211   .6855811
-------------+----------------------------------------------------------
       /cut1 |  2.868716   .3823913                     2.119243   3.618189
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF    Change    95% CI for Change
        Pr(y=0|x):  0.8756   0.9463  -0.0707   [-0.1604,   0.0191]
        Pr(y=1|x):  0.1244   0.0537   0.0707   [-0.0191,   0.1604]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              worry_fam
Current=           3
  Saved=           0
   Diff=           3


Iteration 0:   log likelihood = -115.1172
Iteration 1:   log likelihood = -111.68708
Iteration 2:   log likelihood = -111.54261
Iteration 3:   log likelihood =  -111.5423
Iteration 4:   log likelihood =  -111.5423

Ordered logistic regression                  Number of obs =     414
                                             LR chi2(1)    =    7.15
                                             Prob > chi2   =  0.0075
Log likelihood = -111.5423                   Pseudo R2     =  0.0311

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |   .4857532   .1888259    2.57   0.010    .1156612   .8558452
------------+-----------------------------------------------------------
      /cut1 |   3.270478   .4031145                     2.480388   4.060568
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.8598   0.9634  -0.1037  [-0.1836,  -0.0237]
       Pr(y=1|x):  0.1402   0.0366   0.1037  [ 0.0237,   0.1836]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -104.96586
Iteration 1:   log likelihood = -102.98138
Iteration 2:   log likelihood = -102.94895
Iteration 3:   log likelihood = -102.94894
Iteration 4:   log likelihood = -102.94894

Ordered logistic regression                  Number of obs =     251
                                             LR chi2(1)    =    4.03
                                             Prob > chi2   =  0.0446
Log likelihood = -102.94894                  Pseudo R2     =  0.0192

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |   .3620822   .1843502    1.96   0.050    .0007624   .723402
------------+-----------------------------------------------------------
      /cut1 |   2.376114   .3839899                     1.623508   3.128721
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.7841   0.9150  -0.1309  [-0.2576,  -0.0041]
       Pr(y=1|x):  0.2159   0.0850   0.1309  [ 0.0041,   0.2576]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -96.289743
Iteration 1:   log likelihood = -91.378774
Iteration 2:   log likelihood = -90.993606
Iteration 3:   log likelihood = -90.992483
Iteration 4:   log likelihood = -90.992483

Ordered logistic regression                      Number of obs =     335
                                                  LR chi2(1)    =   10.59
                                                  Prob > chi2   =  0.0011
Log likelihood = -90.992483                       Pseudo R2     =  0.0550


------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .3474038   .1103224     3.15   0.002    .1311758    .5636317
-------------+----------------------------------------------------------
       /cut1 |   3.414338   .4275139                      2.576426    4.252249
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF    Change    95% CI for Change
        Pr(y=0|x):  0.7908   0.9681   -0.1773   [-0.3040,  -0.0506]
        Pr(y=1|x):  0.2092   0.0319    0.1773   [ 0.0506,   0.3040]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -115.1172
Iteration 1:   log likelihood = -108.97204
Iteration 2:   log likelihood = -108.46081
Iteration 3:   log likelihood = -108.45959
Iteration 4:   log likelihood = -108.45959

Ordered logistic regression                      Number of obs =     414
                                                  LR chi2(1)    =   13.32
                                                  Prob > chi2   =  0.0003
Log likelihood = -108.45959                       Pseudo R2     =  0.0578


------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .3648917   .1038614     3.51   0.000    .1613272    .5684562
-------------+----------------------------------------------------------
       /cut1 |   3.584897   .4186156                      2.764426    4.405369
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF    Change    95% CI for Change
        Pr(y=0|x):  0.8015   0.9730   -0.1715   [-0.2794,  -0.0637]
        Pr(y=1|x):  0.1985   0.0270    0.1715   [ 0.0637,   0.2794]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -104.96586
Iteration 1:   log likelihood = -100.17642
Iteration 2:   log likelihood = -99.991938
Iteration 3:   log likelihood = -99.991587
Iteration 4:   log likelihood = -99.991587
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                      Number of obs =    251
                                                 LR chi2(1)    =   9.95
                                                 Prob > chi2   = 0.0016
Log likelihood = -99.991587                      Pseudo R2     = 0.0474

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale | .3200584     .1053264     3.04   0.002    .1136224    .5264943
------------+-----------------------------------------------------------
      /cut1 | 2.789503     .4182271                     1.969793    3.609213
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                       ON      OFF    Change    95% CI for Change
         Pr(y=0|x):  0.7046   0.9421  -0.2375   [-0.3920,  -0.0831]
         Pr(y=1|x):  0.2954   0.0579   0.2375   [ 0.0831,   0.3920]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -126.46103
Iteration 1:   log likelihood = -112.28944
Iteration 2:   log likelihood = -110.26759
Iteration 3:   log likelihood = -110.26205
Iteration 4:   log likelihood = -110.26205

Ordered logistic regression                      Number of obs =    335
                                                 LR chi2(1)    =  32.40
                                                 Prob > chi2   = 0.0000
Log likelihood = -110.26205                      Pseudo R2     = 0.1281

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport| .9194571     .1735173     5.30   0.000    .5793695    1.259545
------------+-----------------------------------------------------------
      /cut1 | 3.215782     .3465034                     2.536648    3.894917
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                       ON      OFF    Change    95% CI for Change
         Pr(y=0|x):  0.6124   0.9614  -0.3490   [-0.4913,  -0.2067]
         Pr(y=1|x):  0.3876   0.0386   0.3490   [ 0.2067,   0.4913]

             worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood =  -158.3981
Iteration 1:   log likelihood = -147.37819
Iteration 2:   log likelihood = -146.49531
Iteration 3:   log likelihood = -146.49257
Iteration 4:   log likelihood = -146.49257

Ordered logistic regression                      Number of obs =    414
                                                 LR chi2(1)    =  23.81
                                                 Prob > chi2   = 0.0000
Log likelihood = -146.49257                      Pseudo R2     = 0.0752
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
worry_deport |  .7121922   .1507151     4.73   0.000    .416796    1.007588
------------+-----------------------------------------------------
      /cut1 |  2.904548   .2900646                      2.336032   3.473064
------------------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.6831   0.9481   -0.2650  [-0.3865,  -0.1435]
        Pr(y=1|x):  0.3169   0.0519    0.2650  [ 0.1435,   0.3865]

              worry_deport
Current=           3
 Saved=            0
  Diff=            3

Iteration 0:   log likelihood = -134.47028
Iteration 1:   log likelihood = -126.83329
Iteration 2:   log likelihood = -126.64676
Iteration 3:   log likelihood = -126.64662
Iteration 4:   log likelihood = -126.64662
```

```
Ordered logistic regression                   Number of obs =     251
                                               LR chi2(1)    =   15.65
                                               Prob > chi2   =  0.0001
Log likelihood = -126.64662                    Pseudo R2     =  0.0582
```

```
------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
worry_deport |  .5910882   .1539818     3.84   0.000    .2892894   .892887
------------+-----------------------------------------------------
      /cut1 |  2.079768   .2915246                      1.50839    2.651146
------------------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.5760   0.8889   -0.3129  [-0.4701,  -0.1557]
        Pr(y=1|x):  0.4240   0.1111    0.3129  [ 0.1557,   0.4701]

              worry_deport
Current=           3
 Saved=            0
  Diff=            3

Iteration 0:   log likelihood = -126.46103
Iteration 1:   log likelihood = -121.71922
Iteration 2:   log likelihood = -121.54005
Iteration 3:   log likelihood = -121.53972
Iteration 4:   log likelihood = -121.53972
```

```
Ordered logistic regression                   Number of obs =     335
                                               LR chi2(1)    =    9.84
                                               Prob > chi2   =  0.0017
Log likelihood = -121.53972                    Pseudo R2     =  0.0389
```

```
------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam |  .5129452   .1698861     3.02   0.003    .1799746   .8459158
```

p.139

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+------------------------------------------------------------
       /cut1 |   2.772838   .3510796                      2.084735    3.460942
-------------+------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON        OFF     Change   95% CI for Change
     Pr(y=0|x):   0.7745    0.9412    -0.1667  [-0.2762,  -0.0571]
     Pr(y=1|x):   0.2255    0.0588     0.1667  [ 0.0571,   0.2762]

             worry_fam
Current=         3
  Saved=         0
  Diff=          3

Iteration 0:   log likelihood = -158.3981
Iteration 1:   log likelihood = -154.61651
Iteration 2:   log likelihood = -154.52774
Iteration 3:   log likelihood = -154.52768
Iteration 4:   log likelihood = -154.52768

Ordered logistic regression                    Number of obs =     414
                                               LR chi2(1)    =    7.74
                                               Prob > chi2   =  0.0054
Log likelihood = -154.52768                    Pseudo R2     =  0.0244

-------------+------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+------------------------------------------------------------
    worry_fam |   .4042398   .1492443     2.71   0.007     .1117263    .6967534
-------------+------------------------------------------------------------
        /cut1 |   2.582183   .3066012                      1.981255     3.18311
-------------+------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON        OFF     Change   95% CI for Change
     Pr(y=0|x):   0.7973    0.9297    -0.1324  [-0.2278,  -0.0370]
     Pr(y=1|x):   0.2027    0.0703     0.1324  [ 0.0370,   0.2278]

             worry_fam
Current=         3
  Saved=         0
  Diff=          3

Iteration 0:   log likelihood = -134.47028
Iteration 1:   log likelihood = -130.61415
Iteration 2:   log likelihood =  -130.5597
Iteration 3:   log likelihood = -130.55968
Iteration 4:   log likelihood = -130.55968

Ordered logistic regression                    Number of obs =     251
                                               LR chi2(1)    =    7.82
                                               Prob > chi2   =  0.0052
Log likelihood = -130.55968                    Pseudo R2     =  0.0291

-------------+------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+------------------------------------------------------------
    worry_fam |   .4287979   .1576536     2.72   0.007     .1198025    .7377933
-------------+------------------------------------------------------------
        /cut1 |   1.955855   .3253226                      1.318235    2.593476
-------------+------------------------------------------------------------

ologit: Change in Predictions for av_police
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                       ON        OFF     Change    95% CI for Change
      Pr(y=0|x):     0.6614     0.8761   -0.2147   [-0.3615,  -0.0679]
      Pr(y=1|x):     0.3386     0.1239    0.2147   [ 0.0679,   0.3615]

             worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -126.46103
Iteration 1:   log likelihood = -115.24568
Iteration 2:   log likelihood = -114.1806
Iteration 3:   log likelihood = -114.17807
Iteration 4:   log likelihood = -114.17807

Ordered logistic regression                    Number of obs  =     335
                                               LR chi2(1)     =   24.57
                                               Prob > chi2    =  0.0000
Log likelihood = -114.17807                    Pseudo R2      =  0.0971

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |   .455404    .0981195     4.64   0.000   .2630933   .6477146
------------+-----------------------------------------------------------
      /cut1 |  3.313115    .387461                     2.553705   4.072524
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                       ON        OFF     Change    95% CI for Change
      Pr(y=0|x):     0.6412     0.9649   -0.3236   [-0.4712,  -0.1761]
      Pr(y=1|x):     0.3588     0.0351    0.3236   [ 0.1761,   0.4712]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood =  -158.3981
Iteration 1:   log likelihood = -149.89176
Iteration 2:   log likelihood = -149.43267
Iteration 3:   log likelihood = -149.43151
Iteration 4:   log likelihood = -149.43151

Ordered logistic regression                    Number of obs  =     414
                                               LR chi2(1)     =   17.93
                                               Prob > chi2    =  0.0000
Log likelihood = -149.43151                    Pseudo R2      =  0.0566

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |  .3433081    .0839896     4.09   0.000   .1786914   .5079247
------------+-----------------------------------------------------------
      /cut1 |  2.958936    .3257909                    2.320397   3.597474
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                       ON        OFF     Change    95% CI for Change
      Pr(y=0|x):     0.7108     0.9507   -0.2399   [-0.3624,  -0.1174]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      Pr(y=1|x):      0.2892    0.0493    0.2399  [ 0.1174,   0.3624]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -134.47028
Iteration 1:   log likelihood = -127.36138
Iteration 2:   log likelihood = -127.18932
Iteration 3:   log likelihood = -127.18911
Iteration 4:   log likelihood = -127.18911

Ordered logistic regression                    Number of obs =    251
                                               LR chi2(1)    =  14.56
                                               Prob > chi2   = 0.0001
Log likelihood = -127.18911                    Pseudo R2     = 0.0541

------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .3290204   .0898349    3.66   0.000    .1529471   .5050936
-------------+----------------------------------------------------------
        /cut1 |  2.263263   .3447159                    1.587632   2.938894
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
       Pr(y=0|x):   0.5718    0.9058   -0.3340  [-0.5035,  -0.1645]
       Pr(y=1|x):   0.4282    0.0942    0.3340  [ 0.1645,   0.5035]
             worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -109.99728
Iteration 1:   log likelihood = -97.796353
Iteration 2:   log likelihood = -95.444646
Iteration 3:   log likelihood = -95.440012
Iteration 4:   log likelihood = -95.440012

Ordered logistic regression                    Number of obs =    335
                                               LR chi2(1)    =  29.11
                                               Prob > chi2   = 0.0000
Log likelihood = -95.440012                    Pseudo R2     = 0.1323

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport |  .9569213   .191861    4.99   0.000    .5808806   1.332962
-------------+----------------------------------------------------------
        /cut1 |  3.547818   .3960029                   2.771666   4.323969
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method
                      ON       OFF     Change   95% CI for Change
       Pr(y=0|x):   0.6631    0.9720   -0.3089  [-0.4483,  -0.1695]
       Pr(y=1|x):   0.3369    0.0280    0.3089  [ 0.1695,   0.4483]
             worry_deport
Current=          3
  Saved=          0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              Diff=                3

Iteration 0:   log likelihood = -152.54336
Iteration 1:   log likelihood = -146.47283
Iteration 2:   log likelihood = -146.17801
Iteration 3:   log likelihood = -146.17762
Iteration 4:   log likelihood = -146.17762

Ordered logistic regression                    Number of obs  =    414
                                               LR chi2(1)     =  12.73
                                               Prob > chi2    = 0.0004
Log likelihood = -146.17762                    Pseudo R2      = 0.0417

------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .5271156   .149253     3.53   0.000    .234585    .8196462
------------+-----------------------------------------------------------
      /cut1 |  2.681583   .2740306                    2.144493   3.218673
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                     ON      OFF    Change    95% CI for Change
        Pr(y=0|x):  0.7503  0.9359  -0.1856  [-0.2999,  -0.0713]
        Pr(y=1|x):  0.2497  0.0641   0.1856  [ 0.0713,   0.2999]

               worry_deport
Current=              3
  Saved=              0
   Diff=              3

Iteration 0:   log likelihood = -114.94916
Iteration 1:   log likelihood = -108.83216
Iteration 2:   log likelihood = -108.59933
Iteration 3:   log likelihood = -108.59904
Iteration 4:   log likelihood = -108.59904

Ordered logistic regression                    Number of obs  =    251
                                               LR chi2(1)     =  12.70
                                               Prob > chi2    = 0.0004
Log likelihood = -108.59904                    Pseudo R2      = 0.0552

------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .5890389   .1699663    3.47   0.001    .255911    .9221667
------------+-----------------------------------------------------------
      /cut1 |  2.449628   .3325174                    1.797906   3.10135
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                     ON      OFF    Change    95% CI for Change
        Pr(y=0|x):  0.6643  0.9205  -0.2562  [-0.4044,  -0.1080]
        Pr(y=1|x):  0.3357  0.0795   0.2562  [ 0.1080,   0.4044]

               worry_deport
Current=              3
  Saved=              0
   Diff=              3

Iteration 0:   log likelihood = -109.99728
Iteration 1:   log likelihood =  -107.8772
Iteration 2:   log likelihood = -107.82916
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 3:   log likelihood = -107.82914
Iteration 4:   log likelihood = -107.82914

Ordered logistic regression                      Number of obs  =     335
                                                 LR chi2(1)     =    4.34
                                                 Prob > chi2    =  0.0373
Log likelihood = -107.82914                      Pseudo R2      =  0.0197

--------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+------------------------------------------------------------
    worry_fam |   .3666716   .179751     2.04   0.041     .0143661    .718977
-------------+------------------------------------------------------------
       /cut1 |   2.756739   .3597212                      2.051698    3.46178
--------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.8398    0.9403   -0.1005   [-0.1991,  -0.0019]
        Pr(y=1|x):    0.1602    0.0597    0.1005   [ 0.0019,   0.1991]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -152.54336
Iteration 1:   log likelihood = -149.17827
Iteration 2:   log likelihood = -149.10159
Iteration 3:   log likelihood = -149.10153
Iteration 4:   log likelihood = -149.10153

Ordered logistic regression                      Number of obs  =     414
                                                 LR chi2(1)     =    6.88
                                                 Prob > chi2    =  0.0087
Log likelihood = -149.10153                      Pseudo R2      =  0.0226

--------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+------------------------------------------------------------
    worry_fam |   .3902483   .1525606    2.56   0.011     .091235    .6892615
-------------+------------------------------------------------------------
       /cut1 |   2.624804   .3129454                      2.011442    3.238165
--------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.8106    0.9324   -0.1218   [-0.2150,  -0.0286]
        Pr(y=1|x):    0.1894    0.0676    0.1218   [ 0.0286,   0.2150]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3

Iteration 0:   log likelihood = -114.94916
Iteration 1:   log likelihood = -111.07061
Iteration 2:   log likelihood = -110.97338
Iteration 3:   log likelihood = -110.97327
Iteration 4:   log likelihood = -110.97327

Ordered logistic regression                      Number of obs  =     251
                                                 LR chi2(1)     =    7.95
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                          Prob > chi2   = 0.0048
Log likelihood = -110.97327               Pseudo R2     = 0.0346

------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------
   worry_fam |  .4857052    .1785758     2.72   0.007    .1357031    .8357074
-------------+----------------------------------------------------
       /cut1 |  2.424632    .3797219                     1.680391    3.168874
------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
       Pr(y=0|x):  0.7246    0.9187   -0.1941  [-0.3272,  -0.0609]
       Pr(y=1|x):  0.2754    0.0813    0.1941  [ 0.0609,   0.3272]

             worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -109.99728
Iteration 1:   log likelihood = -101.96809
Iteration 2:   log likelihood =  -101.185
Iteration 3:   log likelihood = -101.18346
Iteration 4:   log likelihood = -101.18346

Ordered logistic regression               Number of obs =    335
                                          LR chi2(1)    =  17.63
                                          Prob > chi2   = 0.0000
Log likelihood = -101.18346               Pseudo R2     = 0.0801

------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------
  worryscale |  .4177118    .1048715     3.98   0.000    .2121674    .6232563
-------------+----------------------------------------------------
       /cut1 |  3.435235    .4152283                     2.621402    4.249067
------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
       Pr(y=0|x):  0.7169    0.9688   -0.2519  [-0.3917,  -0.1122]
       Pr(y=1|x):  0.2831    0.0312    0.2519  [ 0.1122,   0.3917]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -152.54336
Iteration 1:   log likelihood = -146.92105
Iteration 2:   log likelihood = -146.70182
Iteration 3:   log likelihood = -146.70155
Iteration 4:   log likelihood = -146.70155

Ordered logistic regression               Number of obs =    414
                                          LR chi2(1)    =  11.68
                                          Prob > chi2   = 0.0006
Log likelihood = -146.70155               Pseudo R2     = 0.0383

------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------+----------------------------------------------------------------
 worryscale |  .2808555   .0839778    3.34   0.001    .116262     .445449
------------+----------------------------------------------------------------
      /cut1 |   2.81707   .3176264                    2.194533    3.439606
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.7562    0.9436   -0.1874  [-0.3047,  -0.0701]
        Pr(y=1|x):    0.2438    0.0564    0.1874  [ 0.0701,   0.3047]

               worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -114.94916
Iteration 1:   log likelihood = -108.68185
Iteration 2:   log likelihood = -108.44072
Iteration 3:   log likelihood = -108.44018
Iteration 4:   log likelihood = -108.44018

Ordered logistic regression                   Number of obs  =      251
                                              LR chi2(1)     =    13.02
                                              Prob > chi2    =   0.0003
Log likelihood = -108.44018                   Pseudo R2      =   0.0566

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+----------------------------------------------------------------
  worryscale |  .3468771   .1004693    3.45   0.001    .149961    .5437932
------------+----------------------------------------------------------------
      /cut1 |  2.698013   .3983292                    1.917302    3.478724
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.6495    0.9369   -0.2874  [-0.4481,  -0.1267]
        Pr(y=1|x):    0.3505    0.0631    0.2874  [ 0.1267,   0.4481]

               worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -105.56914
Iteration 1:   log likelihood = -100.20363
Iteration 2:   log likelihood = -99.745817
Iteration 3:   log likelihood = -99.744326
Iteration 4:   log likelihood = -99.744326

Ordered logistic regression                   Number of obs  =      335
                                              LR chi2(1)     =    11.65
                                              Prob > chi2    =   0.0006
Log likelihood = -99.744326                   Pseudo R2      =   0.0552

------------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+----------------------------------------------------------------
worry_deport |  .5978615    .178154    3.36   0.001   .2486862    .9470369
------------+----------------------------------------------------------------
      /cut1 |  3.015361   .3344789                    2.359795    3.670928
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
    Pr(y=0|x):    0.7724    0.9533   -0.1809   [-0.3042,  -0.0576]
    Pr(y=1|x):    0.2276    0.0467    0.1809   [ 0.0576,   0.3042]

            worry_deport
Current=         3
  Saved=         0
   Diff=         3


Iteration 0:   log likelihood = -129.23235
Iteration 1:   log likelihood = -125.71868
Iteration 2:   log likelihood = -125.57223
Iteration 3:   log likelihood = -125.57206
Iteration 4:   log likelihood = -125.57206

Ordered logistic regression                   Number of obs =    414
                                               LR chi2(1)    =   7.32
                                               Prob > chi2   = 0.0068
Log likelihood = -125.57206                    Pseudo R2     = 0.0283

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .4434797   .1642444     2.70   0.007    .1215667   .7653928
-------------+----------------------------------------------------------
       /cut1 |  2.841087   .2975688                     2.257863   3.424311
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
    Pr(y=0|x):    0.8192    0.9449   -0.1257   [-0.2279,  -0.0235]
    Pr(y=1|x):    0.1808    0.0551    0.1257   [ 0.0235,   0.2279]

            worry_deport
Current=         3
  Saved=         0
   Diff=         3


Iteration 0:   log likelihood = -87.787656
Iteration 1:   log likelihood = -82.613485
Iteration 2:   log likelihood = -82.240012
Iteration 3:   log likelihood =  -82.23874
Iteration 4:   log likelihood =  -82.23874

Ordered logistic regression                   Number of obs =    251
                                               LR chi2(1)    =  11.10
                                               Prob > chi2   = 0.0009
Log likelihood = -82.23874                     Pseudo R2     = 0.0632

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6602196   .2053779     3.21   0.001    .2576864   1.062753
-------------+----------------------------------------------------------
       /cut1 |  3.098519   .4241988                     2.267105   3.929933
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                        ON      OFF    Change   95% CI for Change
         Pr(y=0|x):   0.7536   0.9568  -0.2032  [-0.3359,  -0.0706]
         Pr(y=1|x):   0.2464   0.0432   0.2032  [ 0.0706,   0.3359]

            worry_deport
Current=         3
  Saved=         0
   Diff=         3


Iteration 0:   log likelihood = -105.56914
Iteration 1:   log likelihood = -103.02123
Iteration 2:   log likelihood = -102.94513
Iteration 3:   log likelihood = -102.94505
Iteration 4:   log likelihood = -102.94505

Ordered logistic regression                   Number of obs =     335
                                               LR chi2(1)    =    5.25
                                               Prob > chi2   =  0.0220
Log likelihood = -102.94505                    Pseudo R2     =  0.0249


------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------
    worry_fam | .4169233    .1868687     2.23   0.026    .0506674    .7831792
-------------+----------------------------------------------------
       /cut1 | 2.912839    .3803729                     2.167322    3.658356
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                        ON      OFF    Change   95% CI for Change
         Pr(y=0|x):   0.8405   0.9485  -0.1080  [-0.2052,  -0.0108]
         Pr(y=1|x):   0.1595   0.0515   0.1080  [ 0.0108,   0.2052]
            worry_fam
Current=         3
  Saved=         0
   Diff=         3


Iteration 0:   log likelihood = -129.23235
Iteration 1:   log likelihood = -127.58903
Iteration 2:   log likelihood = -127.56324
Iteration 3:   log likelihood = -127.56323

Ordered logistic regression                   Number of obs =     414
                                               LR chi2(1)    =    3.34
                                               Prob > chi2   =  0.0677
Log likelihood = -127.56323                    Pseudo R2     =  0.0129


------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------
    worry_fam | .300223     .16702      1.80   0.072    -.0271302    .6275763
-------------+----------------------------------------------------
       /cut1 | 2.747263    .3361742                     2.088374    3.406152
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                        ON      OFF    Change   95% CI for Change
         Pr(y=0|x):   0.8637   0.9398  -0.0760  [-0.1593,   0.0073]
         Pr(y=1|x):   0.1363   0.0602   0.0760  [-0.0073,   0.1593]
            worry_fam
Current=         3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      Saved=           0
       Diff=           3

Iteration 0:   log likelihood = -87.787656
Iteration 1:   log likelihood = -87.173605
Iteration 2:   log likelihood =  -87.16891
Iteration 3:   log likelihood = -87.168909

Ordered logistic regression                      Number of obs =     251
                                                 LR chi2(1)    =    1.24
                                                 Prob > chi2   =  0.2660
Log likelihood = -87.168909                      Pseudo R2     =  0.0070

-----------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+---------------------------------------------------------
    worry_fam |  .2227407   .2023161     1.10   0.271   -.1737916    .6192731
-------------+---------------------------------------------------------
       /cut1 |  2.447853   .4091184                     1.645996    3.249711
-----------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
       Pr(y=0|x):   0.8557   0.9204  -0.0648  [-0.1783,   0.0488]
       Pr(y=1|x):   0.1443   0.0796   0.0648  [-0.0488,   0.1783]

             worry_fam
Current=          3
 Saved=           0
  Diff=           3

Iteration 0:   log likelihood = -105.56914
Iteration 1:   log likelihood = -100.77787
Iteration 2:   log likelihood = -100.48216
Iteration 3:   log likelihood = -100.48139
Iteration 4:   log likelihood = -100.48139

Ordered logistic regression                      Number of obs =     335
                                                 LR chi2(1)    =   10.18
                                                 Prob > chi2   =  0.0014
Log likelihood = -100.48139                      Pseudo R2     =  0.0482

-----------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+---------------------------------------------------------
   worryscale |  .3193712   .1028883     3.10   0.002    .1177138    .5210285
-------------+---------------------------------------------------------
       /cut1 |  3.168201   .3901594                     2.403503    3.9329
-----------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
       Pr(y=0|x):   0.7776   0.9596  -0.1820  [-0.3114,  -0.0526]
       Pr(y=1|x):   0.2224   0.0404   0.1820  [ 0.0526,   0.3114]

           worryscale
Current=          6
 Saved=           0
  Diff=           6

Iteration 0:   log likelihood = -129.23235
Iteration 1:   log likelihood = -126.19852
Iteration 2:   log likelihood = -126.10611
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 3:   log likelihood = -126.10604
Iteration 4:   log likelihood = -126.10604

Ordered logistic regression                      Number of obs =     414
                                                 LR chi2(1)    =    6.25
                                                 Prob > chi2   =  0.0124
Log likelihood = -126.10604                      Pseudo R2     =  0.0242

-------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+------------------------------------------------------------
  worryscale |  .2272544   .0919637    2.47   0.013    .0470088     .4075
------------+------------------------------------------------------------
       /cut1 |  2.926063   .3419148                    2.255922    3.596204
-------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON        OFF      Change   95% CI for Change
      Pr(y=0|x):   0.8267    0.9491    -0.1224  [-0.2269,  -0.0179]
      Pr(y=1|x):   0.1733    0.0509     0.1224  [ 0.0179,   0.2269]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -87.787656
Iteration 1:   log likelihood = -84.726417
Iteration 2:   log likelihood = -84.608721
Iteration 3:   log likelihood = -84.608535
Iteration 4:   log likelihood = -84.608535

Ordered logistic regression                      Number of obs =     251
                                                 LR chi2(1)    =    6.36
                                                 Prob > chi2   =  0.0117
Log likelihood = -84.608535                      Pseudo R2     =  0.0362

-------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+------------------------------------------------------------
  worryscale |  .285794    .1167091    2.45   0.014    .0570484    .5145397
------------+------------------------------------------------------------
       /cut1 |  2.997685   .4639532                    2.088354    3.907017
-------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON        OFF      Change   95% CI for Change
      Pr(y=0|x):   0.7829    0.9525    -0.1695  [-0.3099,  -0.0291]
      Pr(y=1|x):   0.2171    0.0475     0.1695  [ 0.0291,   0.3099]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

Iteration 0:   log likelihood = -124.50482
Iteration 1:   log likelihood = -115.98295
Iteration 2:   log likelihood = -115.23043
Iteration 3:   log likelihood = -115.22802
Iteration 4:   log likelihood = -115.22802

Ordered logistic regression                      Number of obs =     335
                                                 LR chi2(1)    =   18.55
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                        Prob > chi2    = 0.0000
Log likelihood = -115.22802             Pseudo R2      = 0.0745


        ------------------------------------------------------------------
      av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
        -------------+----------------------------------------------------
  worry_deport |   .6837001   .1635324     4.18   0.000     .3631826    1.004218
        -------------+----------------------------------------------------
         /cut1 |   2.857054   .3088606                      2.251698    3.462409
        ------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.6912   0.9457  -0.2544  [-0.3897,  -0.1192]
        Pr(y=1|x):  0.3088   0.0543   0.2544  [ 0.1192,   0.3897]

               worry_deport
  Current=          3
   Saved=           0
    Diff=           3

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -157.64329
Iteration 2:   log likelihood = -157.50433
Iteration 3:   log likelihood = -157.50424
Iteration 4:   log likelihood = -157.50424

Ordered logistic regression             Number of obs  =     414
                                        LR chi2(1)     =    9.38
                                        Prob > chi2    =  0.0022
Log likelihood = -157.50424             Pseudo R2      =  0.0289


        ------------------------------------------------------------------
      av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
        -------------+----------------------------------------------------
  worry_deport |   .4338789   .1421697     3.05   0.002     .1552314    .7125264
        -------------+----------------------------------------------------
         /cut1 |   2.431227   .2517691                      1.937769    2.924686
        ------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7558   0.9192  -0.1634  [-0.2779,  -0.0489]
        Pr(y=1|x):  0.2442   0.0808   0.1634  [ 0.0489,   0.2779]

               worry_deport
  Current=          3
   Saved=           0
    Diff=           3

Iteration 0:   log likelihood = -122.49023
Iteration 1:   log likelihood = -112.29825
Iteration 2:   log likelihood = -111.79917
Iteration 3:   log likelihood =  -111.7978
Iteration 4:   log likelihood =  -111.7978

Ordered logistic regression             Number of obs  =     251
                                        LR chi2(1)     =   21.38
                                        Prob > chi2    =  0.0000
Log likelihood = -111.7978              Pseudo R2      =  0.0873


        ------------------------------------------------------------------
      av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+--------------------------------------------------------------
worry_deport |   .7465332   .1696884     4.40   0.000     .4139501    1.079116
-------------+--------------------------------------------------------------
       /cut1 |   2.573745   .3385765                      1.910148    3.237343
-------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                     ON      OFF    Change   95% CI for Change
     Pr(y=0|x):    0.5828   0.9292  -0.3464  [-0.4985,  -0.1943]
     Pr(y=1|x):    0.4172   0.0708   0.3464  [ 0.1943,   0.4985]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3


Iteration 0:   log likelihood = -124.50482
Iteration 1:   log likelihood = -120.84514
Iteration 2:   log likelihood =  -120.7353
Iteration 3:   log likelihood = -120.73518
Iteration 4:   log likelihood = -120.73518

Ordered logistic regression                     Number of obs  =      335
                                                 LR chi2(1)     =     7.54
                                                 Prob > chi2    =   0.0060
Log likelihood = -120.73518                      Pseudo R2      =   0.0303

-------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .4497377   .1687733     2.66   0.008     .1189481    .7805273
-------------+----------------------------------------------------------------
       /cut1 |   2.687636   .3434584                       2.01447    3.360802
-------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                     ON      OFF    Change   95% CI for Change
     Pr(y=0|x):    0.7922   0.9363  -0.1441  [-0.2516,  -0.0365]
     Pr(y=1|x):    0.2078   0.0637   0.1441  [ 0.0365,   0.2516]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3


Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -158.87695
Iteration 2:   log likelihood = -158.81281
Iteration 3:   log likelihood = -158.81278
Iteration 4:   log likelihood = -158.81278

Ordered logistic regression                     Number of obs  =      414
                                                 LR chi2(1)     =     6.76
                                                 Prob > chi2    =   0.0093
Log likelihood = -158.81278                      Pseudo R2      =   0.0208

-------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .3702065   .1456813     2.54   0.011     .0846763    .6557367
-------------+----------------------------------------------------------------
       /cut1 |   2.478151    .296127                      1.897752    3.058549
-------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON        OFF      Change    95% CI for Change
         Pr(y=0|x):    0.7970    0.9226    -0.1256   [-0.2221,  -0.0291]
         Pr(y=1|x):    0.2030    0.0774     0.1256   [ 0.0291,   0.2221]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3


Iteration 0:   log likelihood = -122.49023
Iteration 1:   log likelihood = -120.71312
Iteration 2:   log likelihood = -120.69686
Iteration 3:   log likelihood = -120.69686

Ordered logistic regression                    Number of obs  =      251
                                               LR chi2(1)     =     3.59
                                               Prob > chi2    =   0.0582
Log likelihood = -120.69686                    Pseudo R2      =   0.0146

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |   .3053806    .163849    1.86   0.062    -.0157575    .6265187
------------+-----------------------------------------------------------
      /cut1 |   1.955671   .3330055                      1.302992     2.60835
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON        OFF      Change    95% CI for Change
         Pr(y=0|x):    0.7388    0.8761    -0.1373   [-0.2776,   0.0030]
         Pr(y=1|x):    0.2612    0.1239     0.1373   [-0.0030,   0.2776]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3


Iteration 0:   log likelihood = -124.50482
Iteration 1:   log likelihood = -117.17575
Iteration 2:   log likelihood = -116.70972
Iteration 3:   log likelihood = -116.70829
Iteration 4:   log likelihood = -116.70829

Ordered logistic regression                    Number of obs  =      335
                                               LR chi2(1)     =    15.59
                                               Prob > chi2    =   0.0001
Log likelihood = -116.70829                    Pseudo R2      =   0.0626

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |   .3580726   .0941795    3.80   0.000     .1734841    .5426611
------------+-----------------------------------------------------------
      /cut1 |   3.007456   .3581058                      2.305582    3.709331
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON        OFF      Change    95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
             Pr(y=0|x):      0.7025      0.9529     -0.2505    [-0.3919,  -0.1091]
             Pr(y=1|x):      0.2975      0.0471      0.2505    [ 0.1091,   0.3919]

             worryscale
Current=             6
  Saved=             0
   Diff=             6

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -157.44696
Iteration 2:   log likelihood = -157.31434
Iteration 3:   log likelihood = -157.31425
Iteration 4:   log likelihood = -157.31425

Ordered logistic regression                    Number of obs =    414
                                               LR chi2(1)    =   9.76
                                               Prob > chi2   = 0.0018
Log likelihood = -157.31425                    Pseudo R2     = 0.0301

------------------------------------------------------------------------
     av_bank |  Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .2453759   .0798174     3.07   0.002    .0889366   .4018152
-------------+----------------------------------------------------------
       /cut1 |   2.589242   .2949844                      2.011083   3.167401
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                         ON        OFF      Change    95% CI for Change
             Pr(y=0|x):      0.7534      0.9302     -0.1767    [-0.2957,  -0.0578]
             Pr(y=1|x):      0.2466      0.0698      0.1767    [ 0.0578,   0.2957]

             worryscale
Current=             6
  Saved=             0
   Diff=             6

Iteration 0:   log likelihood = -122.49023
Iteration 1:   log likelihood = -115.88651
Iteration 2:   log likelihood = -115.67086
Iteration 3:   log likelihood = -115.67048
Iteration 4:   log likelihood = -115.67048

Ordered logistic regression                    Number of obs =    251
                                               LR chi2(1)    =  13.64
                                               Prob > chi2   = 0.0002
Log likelihood = -115.67048                    Pseudo R2     = 0.0557

------------------------------------------------------------------------
     av_bank |  Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .3397804   .0960288     3.54   0.000    .1515674   .5279934
-------------+----------------------------------------------------------
       /cut1 |   2.530859   .3761395                       1.79364   3.268079
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                         ON        OFF      Change    95% CI for Change
             Pr(y=0|x):      0.6206      0.9263     -0.3057    [-0.4700,  -0.1413]
             Pr(y=1|x):      0.3794      0.0737      0.3057    [ 0.1413,   0.4700]

             worryscale
Current=             6
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
     Saved=              0
      Diff=              6

Iteration 0:   log likelihood = -116.39591
Iteration 1:   log likelihood = -104.06711
Iteration 2:   log likelihood = -102.06693
Iteration 3:   log likelihood = -102.06304
Iteration 4:   log likelihood = -102.06304

Ordered logistic regression                    Number of obs  =     335
                                                LR chi2(1)     =   28.67
                                                Prob > chi2    =  0.0000
Log likelihood = -102.06304                     Pseudo R2      =  0.1231

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .9099564   .1821376    5.00   0.000    .5529734    1.26694
-------------+----------------------------------------------------------
       /cut1 |   3.359273   .3684969                    2.637032   4.081513
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
         Pr(y=0|x):   0.6524    0.9664   -0.3141  [-0.4539,  -0.1742]
         Pr(y=1|x):   0.3476    0.0336    0.3141  [ 0.1742,   0.4539]

               worry_deport
Current=              3
  Saved=              0
   Diff=              3

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -151.57675
Iteration 2:   log likelihood = -150.81579
Iteration 3:   log likelihood = -150.81384
Iteration 4:   log likelihood = -150.81384

Ordered logistic regression                    Number of obs  =     414
                                                LR chi2(1)     =   22.76
                                                Prob > chi2    =  0.0000
Log likelihood = -150.81384                     Pseudo R2      =  0.0702

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .6843355   .1476297    4.64   0.000    .3949865   .9736845
-------------+----------------------------------------------------------
       /cut1 |   2.813882   .2810536                    2.263027   3.364736
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method
                        ON       OFF     Change   95% CI for Change
         Pr(y=0|x):   0.6815    0.9434   -0.2619  [-0.3837,  -0.1400]
         Pr(y=1|x):   0.3185    0.0566    0.2619  [ 0.1400,   0.3837]

               worry_deport
Current=              3
  Saved=              0
   Diff=              3

Iteration 0:   log likelihood = -128.05635
Iteration 1:   log likelihood = -117.79989
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -117.38226
Iteration 3:   log likelihood = -117.38138
Iteration 4:   log likelihood = -117.38138

Ordered logistic regression                       Number of obs  =     251
                                                   LR chi2(1)     =   21.35
                                                   Prob > chi2    =  0.0000
Log likelihood = -117.38138                        Pseudo R2      =  0.0834

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
 worry_deport |  .7228782   .1639632     4.41   0.000     .4015163    1.04424
--------------+---------------------------------------------------------------
        /cut1 |  2.423637   .3220348                       1.79246    3.054813
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.5634    0.9186   -0.3552   [-0.5092,  -0.2012]
        Pr(y=1|x):  0.4366    0.0814    0.3552   [ 0.2012,   0.5092]

             worry_deport
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -116.39591
Iteration 1:   log likelihood = -108.16682
Iteration 2:   log likelihood = -107.47995
Iteration 3:   log likelihood = -107.47857
Iteration 4:   log likelihood = -107.47857

Ordered logistic regression                       Number of obs  =     335
                                                   LR chi2(1)     =   17.83
                                                   Prob > chi2    =  0.0000
Log likelihood = -107.47857                        Pseudo R2      =  0.0766

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
    worry_fam |  .7613603   .195179      3.90   0.000     .3788165    1.143904
--------------+---------------------------------------------------------------
        /cut1 |  3.397569   .430147                       2.554496    4.240642
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7528    0.9676   -0.2148   [-0.3243,  -0.1054]
        Pr(y=1|x):  0.2472    0.0324    0.2148   [ 0.1054,   0.3243]

             worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -152.66731
Iteration 2:   log likelihood = -152.11419
Iteration 3:   log likelihood = -152.11257
Iteration 4:   log likelihood = -152.11257

Ordered logistic regression                       Number of obs  =     414
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                            LR chi2(1)    =   20.16
                                            Prob > chi2   =  0.0000
Log likelihood = -152.11257                 Pseudo R2     =  0.0621

-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
    worry_fam |  .6694135   .1591506     4.21   0.000     .3574841   .9813429
-------------+-----------------------------------------------------------
       /cut1 |  3.03879    .3474042                       2.357891   3.71969
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON        OFF      Change    95% CI for Change
      Pr(y=0|x):    0.7370    0.9543   -0.2173   [-0.3163,   -0.1182]
      Pr(y=1|x):    0.2630    0.0457    0.2173   [ 0.1182,    0.3163]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -128.05635
Iteration 1:   log likelihood = -122.53094
Iteration 2:   log likelihood = -122.39246
Iteration 3:   log likelihood = -122.39227
Iteration 4:   log likelihood = -122.39227

Ordered logistic regression                 Number of obs =      251
                                            LR chi2(1)    =    11.33
                                            Prob > chi2   =   0.0008
Log likelihood = -122.39227                 Pseudo R2     =   0.0442

-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
    worry_fam |  .542456    .1681734     3.23   0.001     .2128423   .8720697
-------------+-----------------------------------------------------------
       /cut1 |  2.289042   .3568399                       1.589648   2.988435
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON        OFF      Change    95% CI for Change
      Pr(y=0|x):    0.6596    0.9080   -0.2483   [-0.3892,   -0.1075]
      Pr(y=1|x):    0.3404    0.0920    0.2483   [ 0.1075,    0.3892]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

Iteration 0:   log likelihood = -116.39591
Iteration 1:   log likelihood = -103.73244
Iteration 2:   log likelihood = -101.9888
Iteration 3:   log likelihood = -101.98398
Iteration 4:   log likelihood = -101.98398

Ordered logistic regression                 Number of obs =      335
                                            LR chi2(1)    =    28.82
                                            Prob > chi2   =   0.0000
Log likelihood = -101.98398                 Pseudo R2     =   0.1238

-------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |  .5316398   .1082668     4.91   0.000     .3194407    .7438389
-------------+----------------------------------------------------------------
       /cut1 |  3.748154   .4447228                      2.876513    4.619794
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
      Pr(y=0|x):     0.6361    0.9770   -0.3409  [-0.4900,  -0.1919]
      Pr(y=1|x):     0.3639    0.0230    0.3409  [ 0.1919,   0.4900]

            worryscale
Current=          6
 Saved=           0
  Diff=           6

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -150.00352
Iteration 2:   log likelihood = -149.11202
Iteration 3:   log likelihood = -149.10924
Iteration 4:   log likelihood = -149.10924

Ordered logistic regression                    Number of obs =     414
                                                LR chi2(1)    =   26.17
                                                Prob > chi2   = 0.0000
Log likelihood = -149.10924                     Pseudo R2     = 0.0807

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |  .4149951   .0856216     4.85   0.000     .2471799    .5828103
-------------+----------------------------------------------------------------
       /cut1 |  3.165395   .3409326                      2.497179    3.83361
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
      Pr(y=0|x):     0.6627    0.9595   -0.2968  [-0.4233,  -0.1703]
      Pr(y=1|x):     0.3373    0.0405    0.2968  [ 0.1703,   0.4233]

            worryscale
Current=          6
 Saved=           0
  Diff=           6

Iteration 0:   log likelihood = -128.05635
Iteration 1:   log likelihood = -118.22819
Iteration 2:   log likelihood = -117.82196
Iteration 3:   log likelihood = -117.82048
Iteration 4:   log likelihood = -117.82048

Ordered logistic regression                    Number of obs =     251
                                                LR chi2(1)    =   20.47
                                                Prob > chi2   = 0.0000
Log likelihood = -117.82048                     Pseudo R2     = 0.0799

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |  .4118655   .0968347     4.25   0.000     .2220729     .601658
-------------+----------------------------------------------------------------
       /cut1 |  2.680162   .3841886                      1.927166    3.433158
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
        Pr(y=0|x):   0.5521   0.9358   -0.3838   [-0.5488,  -0.2188]
        Pr(y=1|x):   0.4479   0.0642    0.3838   [ 0.2188,   0.5488]

              worryscale
Current=           6
  Saved=           0
  Diff=            6

Iteration 0:   log likelihood = -334.12834
Iteration 1:   log likelihood = -310.26889
Iteration 2:   log likelihood = -309.10494
Iteration 3:   log likelihood = -309.10289
Iteration 4:   log likelihood = -309.10289

Ordered logistic regression              Number of obs  =      335
                                         LR chi2(1)     =    50.05
                                         Prob > chi2    =   0.0000
Log likelihood = -309.10289              Pseudo R2      =   0.0749

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport|   .8401765   .1244985     6.75   0.000     .596164    1.084189
------------+-----------------------------------------------------------
      /cut1 |    2.00472   .2177758                      1.577887    2.431552
      /cut2 |   2.619923   .2398111                      2.149902    3.089944
      /cut3 |   3.321517    .272267                      2.787883     3.85515
      /cut4 |   4.188708     .33358                      3.534903    4.842513
      /cut5 |   4.694934   .3873607                      3.935721    5.454147
      /cut6 |   5.418757    .501197                      4.436429    6.401085
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
        Pr(y=0|x):   0.3738   0.8813   -0.5075   [-0.6393,  -0.3756]
        Pr(y=1|x):   0.1510   0.0508    0.1002   [ 0.0600,   0.1404]
        Pr(y=2|x):   0.1654   0.0330    0.1323   [ 0.0768,   0.1878]
        Pr(y=3|x):   0.1511   0.0199    0.1312   [ 0.0657,   0.1967]
        Pr(y=4|x):   0.0566   0.0059    0.0507   [ 0.0086,   0.0928]
        Pr(y=5|x):   0.0498   0.0046    0.0452   [ 0.0042,   0.0862]
        Pr(y=6|x):   0.0522   0.0044    0.0478   [ 0.0042,   0.0915]

              worry_deport
Current=           3
  Saved=           0
  Diff=            3

Iteration 0:   log likelihood = -445.00146
Iteration 1:   log likelihood = -426.25662
Iteration 2:   log likelihood = -425.80575
Iteration 3:   log likelihood = -425.80553
Iteration 4:   log likelihood = -425.80553

Ordered logistic regression              Number of obs  =      414
                                         LR chi2(1)     =    38.39
                                         Prob > chi2    =   0.0000
Log likelihood = -425.80553              Pseudo R2      =   0.0431

------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+----------------------------------------------------------------
worry_deport |  .6363831   .1050076    6.06   0.000     .4305719    .8421943
-----------+----------------------------------------------------------------
     /cut1 |   1.571753   .1798909                      1.219173    1.924333
     /cut2 |   2.46694    .2087215                      2.057853    2.876026
     /cut3 |   2.970238   .2299494                      2.519545    3.420931
     /cut4 |   3.533496   .2608236                      3.022291    4.044701
     /cut5 |   4.62512    .3651065                      3.909524    5.340715
     /cut6 |   5.85299    .6058236                      4.665598    7.040383
----------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                  ON       OFF     Change    95% CI for Change
Pr(y=0|x):      0.4164    0.8280   -0.4116  [-0.5356,  -0.2876]
Pr(y=1|x):      0.2195    0.0938    0.1257  [ 0.0818,   0.1696]
Pr(y=2|x):      0.1070    0.0294    0.0775  [ 0.0404,   0.1146]
Pr(y=3|x):      0.0925    0.0204    0.0721  [ 0.0338,   0.1104]
Pr(y=4|x):      0.1026    0.0187    0.0839  [ 0.0383,   0.1295]
Pr(y=5|x):      0.0430    0.0068    0.0362  [ 0.0072,   0.0652]
Pr(y=6|x):      0.0190    0.0029    0.0161  [-0.0028,   0.0351]

              worry_deport
Current=           3
 Saved=            0
  Diff=            3

Iteration 0:   log likelihood = -332.29638
Iteration 1:   log likelihood =  -310.2507
Iteration 2:   log likelihood = -309.75226
Iteration 3:   log likelihood = -309.75166
Iteration 4:   log likelihood = -309.75166
```

Ordered logistic regression                    Number of obs =     251
                                                LR chi2(1)    =   45.09
                                                Prob > chi2   =  0.0000
Log likelihood = -309.75166                     Pseudo R2     =  0.0678

```
avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+----------------------------------------------------------------
worry_deport |  .8510827   .1332128    6.39   0.000     .5899904    1.112175
-----------+----------------------------------------------------------------
     /cut1 |   1.603117   .242633                       1.127565    2.078669
     /cut2 |   2.25855    .2668411                      1.735551    2.781549
     /cut3 |   2.964275   .2972408                      2.381694    3.546856
     /cut4 |   3.508973   .3242222                      2.873509    4.144437
     /cut5 |   4.148068   .3666654                      3.429417    4.866719
     /cut6 |   4.647011   .4149118                      3.833799    5.460223
----------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                  ON       OFF     Change    95% CI for Change
Pr(y=0|x):      0.2789    0.8325   -0.5536  [-0.6882,  -0.4190]
Pr(y=1|x):      0.1480    0.0729    0.0751  [ 0.0366,   0.1135]
Pr(y=2|x):      0.1745    0.0455    0.1289  [ 0.0744,   0.1835]
Pr(y=3|x):      0.1209    0.0200    0.1009  [ 0.0477,   0.1541]
Pr(y=4|x):      0.1090    0.0135    0.0955  [ 0.0396,   0.1515]
Pr(y=5|x):      0.0590    0.0061    0.0530  [ 0.0097,   0.0962]
Pr(y=6|x):      0.1097    0.0095    0.1002  [ 0.0352,   0.1652]

              worry_deport
Current=           3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Saved=              0
        Diff=               3

Iteration 0:   log likelihood = -334.12834
Iteration 1:   log likelihood = -324.46286
Iteration 2:   log likelihood = -324.27584
Iteration 3:   log likelihood =  -324.2757
Iteration 4:   log likelihood =  -324.2757

Ordered logistic regression                Number of obs =     335
                                            LR chi2(1)    =   19.71
                                            Prob > chi2   =  0.0000
Log likelihood = -324.2757                  Pseudo R2     =  0.0295

------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam |  .5334603   .1244929     4.29   0.000   .2894587   .7774619
------------+-----------------------------------------------------
      /cut1 |  1.832645   .2465663                     1.349384   2.315906
      /cut2 |  2.399916   .2623894                     1.885643    2.91419
      /cut3 |  3.052909    .287599                     2.489225   3.616593
      /cut4 |  3.875347   .3419625                     3.205113   4.545582
      /cut5 |  4.368722   .3937096                     3.597065   5.140378
      /cut6 |  5.083195   .5056933                     4.092055   6.074336
------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                ON      OFF    Change   95% CI for Change
Pr(y=0|x):    0.5578   0.8621  -0.3043  [-0.4357,  -0.1728]
Pr(y=1|x):    0.1321   0.0547   0.0773  [ 0.0378,   0.1169]
Pr(y=2|x):    0.1205   0.0381   0.0824  [ 0.0379,   0.1270]
Pr(y=3|x):    0.0964   0.0248   0.0716  [ 0.0283,   0.1150]
Pr(y=4|x):    0.0342   0.0078   0.0263  [ 0.0027,   0.0500]
Pr(y=5|x):    0.0293   0.0063   0.0229  [ 0.0007,   0.0451]
Pr(y=6|x):    0.0298   0.0062   0.0236  [ 0.0007,   0.0466]

          worry_fam
Current=        3
  Saved=        0
   Diff=        3

Iteration 0:   log likelihood = -445.00146
Iteration 1:   log likelihood = -434.00619
Iteration 2:   log likelihood = -433.85559
Iteration 3:   log likelihood = -433.85553
Iteration 4:   log likelihood = -433.85553

Ordered logistic regression                Number of obs =     414
                                            LR chi2(1)    =   22.29
                                            Prob > chi2   =  0.0000
Log likelihood = -433.85553                 Pseudo R2     =  0.0250

------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam |  .4830335   .1053219     4.59   0.000   .2766064   .6894606
------------+-----------------------------------------------------
      /cut1 |  1.556011   .2089445                     1.146487   1.965535
      /cut2 |  2.410979   .2311562                     1.957921   2.864037
      /cut3 |  2.896528   .2491176                     2.408267    3.38479
      /cut4 |  3.452397   .2775408                     2.908427   3.996367
      /cut5 |  4.538508   .3771013                     3.799403   5.277613
      /cut6 |  5.762561   .6130069                      4.56109   6.964033
------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                   ON       OFF     Change    95% CI for Change
    Pr(y=0|x):    0.5267   0.8258   -0.2991   [-0.4187,  -0.1795]
    Pr(y=1|x):    0.1968   0.0919    0.1049   [ 0.0582,   0.1517]
    Pr(y=2|x):    0.0861   0.0300    0.0561   [ 0.0254,   0.0867]
    Pr(y=3|x):    0.0715   0.0216    0.0499   [ 0.0205,   0.0793]
    Pr(y=4|x):    0.0753   0.0201    0.0552   [ 0.0225,   0.0879]
    Pr(y=5|x):    0.0303   0.0074    0.0229   [ 0.0039,   0.0419]
    Pr(y=6|x):    0.0132   0.0031    0.0101   [-0.0019,   0.0221]


            worry_fam
Current=        3
  Saved=        0
   Diff=        3


Iteration 0:   log likelihood = -332.29638
Iteration 1:   log likelihood = -324.04168
Iteration 2:   log likelihood = -323.97104
Iteration 3:   log likelihood = -323.97102

Ordered logistic regression                 Number of obs   =     251
                                            LR chi2(1)      =   16.65
                                            Prob > chi2     =  0.0000
Log likelihood = -323.97102                 Pseudo R2       =  0.0251

------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam |  .5174105   .1303231     3.97   0.000      .261982    .7728391
------------+-----------------------------------------------------
       /cut1 |  1.281849   .2618053                       .76872    1.794978
       /cut2 |  1.861597   .2772016                      1.318292   2.404902
       /cut3 |  2.505323   .3003913                      1.916567   3.094079
       /cut4 |  3.022538   .324414                       2.386699   3.658378
       /cut5 |  3.643066   .3649722                      2.927734   4.358399
       /cut6 |  4.137284   .4129119                      3.327992   4.946577
------------------------------------------------------------------


ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                   ON       OFF     Change    95% CI for Change
    Pr(y=0|x):    0.4328   0.7828   -0.3500   [-0.5059,  -0.1940]
    Pr(y=1|x):    0.1439   0.0827    0.0612   [ 0.0243,   0.0981]
    Pr(y=2|x):    0.1450   0.0590    0.0860   [ 0.0375,   0.1345]
    Pr(y=3|x):    0.0914   0.0291    0.0623   [ 0.0222,   0.1024]
    Pr(y=4|x):    0.0769   0.0209    0.0560   [ 0.0175,   0.0945]
    Pr(y=5|x):    0.0399   0.0098    0.0301   [ 0.0033,   0.0569]
    Pr(y=6|x):    0.0701   0.0157    0.0544   [ 0.0141,   0.0947]

            worry_fam
Current=        3
  Saved=        0
   Diff=        3


Iteration 0:   log likelihood = -334.12834
Iteration 1:   log likelihood = -314.10549
Iteration 2:   log likelihood =  -313.3382
Iteration 3:   log likelihood = -313.33643
Iteration 4:   log likelihood = -313.33643

Ordered logistic regression                 Number of obs   =     335
                                            LR chi2(1)      =   41.58
                                            Prob > chi2     =  0.0000
Log likelihood = -313.33643                 Pseudo R2       =  0.0622
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------------
 worryscale |  .4362524    .0716572    6.09   0.000    .2958069    .5766978
-----------+------------------------------------------------------------
      /cut1 |  2.205693    .2575219                    1.700959    2.710426
      /cut2 |  2.805859    .2767812                    2.263378    3.34834
      /cut3 |  3.487668    .3045575                    2.890746    4.084589
      /cut4 |  4.335725    .3595671                    3.630987    5.040464
      /cut5 |  4.837373    .4099859                    4.033815    5.640931
      /cut6 |  5.55937     .5191502                    4.541854    6.576886
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
      Pr(y=0|x):  0.3985    0.9008   -0.5023  [-0.6442,  -0.3604]
      Pr(y=1|x):  0.1485    0.0422    0.1062  [ 0.0645,   0.1480]
      Pr(y=2|x):  0.1578    0.0273    0.1305  [ 0.0748,   0.1862]
      Pr(y=3|x):  0.1431    0.0167    0.1264  [ 0.0616,   0.1912]
      Pr(y=4|x):  0.0541    0.0051    0.0491  [ 0.0077,   0.0904]
      Pr(y=5|x):  0.0479    0.0040    0.0438  [ 0.0034,   0.0842]
      Pr(y=6|x):  0.0501    0.0038    0.0463  [ 0.0034,   0.0892]

                 worryscale
Current=            6
  Saved=            0
   Diff=            6

Iteration 0:   log likelihood = -445.00146
Iteration 1:   log likelihood = -427.10289
Iteration 2:   log likelihood = -426.72205
Iteration 3:   log likelihood = -426.72181
Iteration 4:   log likelihood = -426.72181

Ordered logistic regression                 Number of obs =    414
                                             LR chi2(1)    =  36.56
                                             Prob > chi2   = 0.0000
Log likelihood = -426.72181                  Pseudo R2     = 0.0411

------------------------------------------------------------------------
avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------------
 worryscale |  .3455042    .0590912    5.85   0.000    .2296876    .4613208
-----------+------------------------------------------------------------
      /cut1 |  1.762262    .2111573                    1.348402    2.176123
      /cut2 |  2.648554    .2372227                    2.183606    3.113502
      /cut3 |  3.147665    .2564687                    2.644995    3.650334
      /cut4 |  3.710403    .2848625                    3.152082    4.268723
      /cut5 |  4.802594    .3830169                    4.051895    5.553294
      /cut6 |  6.030042    .6168843                    4.820971    7.239113
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
      Pr(y=0|x):  0.4229    0.8535   -0.4306  [-0.5607,  -0.3004]
      Pr(y=1|x):  0.2171    0.0804    0.1367  [ 0.0896,   0.1838]
      Pr(y=2|x):  0.1054    0.0249    0.0805  [ 0.0421,   0.1190]
      Pr(y=3|x):  0.0917    0.0173    0.0744  [ 0.0349,   0.1139]
      Pr(y=4|x):  0.1016    0.0157    0.0858  [ 0.0391,   0.1326]
      Pr(y=5|x):  0.0425    0.0057    0.0367  [ 0.0072,   0.0663]
      Pr(y=6|x):  0.0188    0.0024    0.0164  [-0.0029,   0.0356]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          worryscale
Current=           6
 Saved=            0
  Diff=            6


Iteration 0:   log likelihood = -332.29638
Iteration 1:   log likelihood = -313.58979
Iteration 2:   log likelihood = -313.15547
Iteration 3:   log likelihood = -313.15485
Iteration 4:   log likelihood = -313.15485

Ordered logistic regression                    Number of obs =     251
                                                LR chi2(1)    =   38.28
                                                Prob > chi2   =  0.0000
Log likelihood = -313.15485                     Pseudo R2     =  0.0576

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .4550113   .0778164     5.85   0.000     .302494    .6075286
------------+-----------------------------------------------------------
       /cut1 |  1.814664   .2885173                     1.249181   2.380148
       /cut2 |  2.452336   .3110603                     1.842669   3.062003
       /cut3 |  3.149573   .3406499                     2.481911   3.817234
       /cut4 |  3.692593   .3664093                     2.974444   4.410742
       /cut5 |  4.328586   .4052788                     3.534254   5.122918
       /cut6 |  4.825516   .4493762                     3.944755   5.706277
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                 ON      OFF     Change   95% CI for Change
  Pr(y=0|x):   0.2859   0.8599   -0.5740  [-0.7210,  -0.4271]
  Pr(y=1|x):   0.1451   0.0608    0.0843  [ 0.0446,   0.1241]
  Pr(y=2|x):   0.1724   0.0382    0.1342  [ 0.0776,   0.1908]
  Pr(y=3|x):   0.1203   0.0168    0.1035  [ 0.0484,   0.1585]
  Pr(y=4|x):   0.1082   0.0113    0.0969  [ 0.0395,   0.1543]
  Pr(y=5|x):   0.0586   0.0051    0.0536  [ 0.0095,   0.0977]
  Pr(y=6|x):   0.1095   0.0080    0.1016  [ 0.0345,   0.1687]

          worryscale
Current=           6
 Saved=            0
  Diff=            6

.
. *multivariate for worry vars only*
. foreach var of varlist av_schools-avoidscale {
   2.      version 11: ologit `var' worry_dep anykids naturalized age educ7 male mex years knows
   3.      qui prvalue, x(worry_dep=min) save
   4.      prvalue, x(worry_dep=max) diff
   5.      version 11: ologit `var' worry_fam anykids naturalized age educ7 male mex years knows
   6.      qui prvalue, x(worry_fam=min) save
   7.      prvalue, x(worry_fam=max) diff
   8.      version 11: ologit `var' worryscale anykids naturalized age educ7 male mex years knows
   9.      qui prvalue, x(worryscale=min) save
  10.      prvalue, x(worryscale=max) diff
  11. }

Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -288.59027
Iteration 2:   log likelihood = -283.91208
Iteration 3:   log likelihood = -283.88612
Iteration 4:   log likelihood = -283.88611

Ordered logistic regression                    Number of obs =   1,000
                                                LR chi2(9)    =   73.56
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                            Prob > chi2   = 0.0000
Log likelihood = -283.88611                 Pseudo R2     = 0.1147


------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .6093461   .1150802     5.29   0.000     .3837931    .8348991
     anykids |   .3158159   .2409938     1.31   0.190    -.1565233    .7881551
  naturalized |  -.6738539   .2720097    -2.48   0.013    -1.206983   -.1407246
         age |  -.1780089   .1088558    -1.64   0.102    -.3913623    .0353445
       educ7 |  -.0026787   .0685559    -0.04   0.969    -.1370457    .1316884
        male |    .530001   .2286645     2.32   0.020     .0818268    .9781752
     mexican |   .1041207    .252637     0.41   0.680    -.3910386     .59928
    yearsusa |  -.0080493   .0101271    -0.79   0.427    -.0278979    .0117994
    knowsundoc |  .0542834   .2425247     0.22   0.823    -.4210563    .5296232
-------------+----------------------------------------------------------------
       /cut1 |   2.570979   .5677035                      1.4583     3.683657
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                   ON       OFF     Change    95% CI for Change
     Pr(y=0|x):  0.8106    0.9638   -0.1532   [-0.2217,  -0.0848]
     Pr(y=1|x):  0.1894    0.0362    0.1532   [ 0.0848,   0.2217]

             worry_deport     anykids    naturalized          age        educ7         male
mexican         yearsusa    knowsundoc
Current=                3        .549          .462        3.965        3.873         .485
.573         25.446         .578
  Saved=                0        .549          .462        3.965        3.873         .485
.573         25.446         .578
   Diff=                3           0             0            0            0            0
0               0             0


Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -298.13353
Iteration 2:   log likelihood = -295.82966
Iteration 3:   log likelihood =  -295.8218
Iteration 4:   log likelihood =  -295.8218

Ordered logistic regression                 Number of obs =   1,000
                                            LR chi2(9)    =   49.69
                                            Prob > chi2   =  0.0000
Log likelihood = -295.8218                   Pseudo R2     =  0.0775


------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |  .2752208   .1182816     2.33   0.020     .0433931    .5070485
     anykids |   .3441684    .236047     1.46   0.145    -.1184752    .806812
  naturalized |  -.7643836   .2683304    -2.85   0.004    -1.290301   -.2384657
         age |    -.21299   .1035623    -2.06   0.040    -.4159684   -.0100116
       educ7 |  -.0099139   .0679144    -0.15   0.884    -.1430237    .1231959
        male |    .532426   .2254405     2.36   0.018     .0905707    .9742814
     mexican |   .1814165    .249381     0.73   0.467    -.3073613    .6701943
    yearsusa |  -.0115089   .0098222    -1.17   0.241    -.0307601    .0077423
    knowsundoc |  .0545019   .2434385     0.22   0.823    -.4226288    .5316326
-------------+----------------------------------------------------------------
       /cut1 |   1.947454   .5579655                      .8538623    3.041047
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                   ON       OFF     Change    95% CI for Change
     Pr(y=0|x):  0.8878    0.9475   -0.0598   [-0.1111,  -0.0084]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
       Pr(y=1|x):        0.1122     0.0525     0.0598  [ 0.0084,   0.1111]

              worry_fam                   anykids  naturalized            age        educ7         male      mexican
yearsusa            knowsundoc
Current=             3                       .549         .462          3.965        3.873         .485         .573
25.446            .578
 Saved=              0                       .549         .462          3.965        3.873         .485         .573
25.446            .578
  Diff=              3                          0            0              0            0            0            0
0                 0


Iteration 0:   log likelihood = -320.66617
Iteration 1:   log likelihood = -292.32193
Iteration 2:   log likelihood = -288.83287
Iteration 3:   log likelihood = -288.81588
Iteration 4:   log likelihood = -288.81588

Ordered logistic regression                        Number of obs =  1,000
                                                   LR chi2(9)    =  63.70
                                                   Prob > chi2   = 0.0000
Log likelihood = -288.81588                        Pseudo R2     = 0.0993

-----------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------------
  worryscale |   .28705     .0664564     4.32   0.000     .1567978    .4173023
      anykids |  .3190536    .2388384     1.34   0.182    -.1490611    .7871682
  naturalized | -.6861434    .2713085    -2.53   0.011    -1.217898   -.1543884
          age | -.1944797    .1063443    -1.83   0.067    -.4029107    .0139513
        educ7 |  .0010017    .0684959     0.01   0.988    -.1332478    .1352512
         male |  .5563521    .2275401     2.45   0.014     .1103816    1.002323
      mexican |  .1426749    .2515383     0.57   0.571    -.3503311    .6356809
      yearsusa | -.0088876   .0100011    -0.89   0.374    -.0284894    .0107142
   knowsundoc |  .0008433    .2426446     0.00   0.997    -.4747313    .4764179
-------------+---------------------------------------------------------------
       /cut1 |  2.519182    .5819231               1.378634    3.659731
-----------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                   ON       OFF     Change   95% CI for Change
       Pr(y=0|x):  0.8292   0.9645  -0.1353  [-0.2056,  -0.0650]
       Pr(y=1|x):  0.1708   0.0355   0.1353  [ 0.0650,   0.2056]

              worryscale                  anykids  naturalized            age        educ7         male      mexican
yearsusa            knowsundoc
Current=             6                       .549         .462          3.965        3.873         .485         .573
25.446            .578
 Saved=              0                       .549         .462          3.965        3.873         .485         .573
25.446            .578
  Diff=              6                          0            0              0            0            0            0
0                 0


Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -373.50341
Iteration 2:   log likelihood = -367.40921
Iteration 3:   log likelihood = -367.36887
Iteration 4:   log likelihood = -367.36886

Ordered logistic regression                        Number of obs =  1,000
                                                   LR chi2(9)    = 117.59
                                                   Prob > chi2   = 0.0000
Log likelihood = -367.36886                        Pseudo R2     = 0.1380

-----------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
 worry_deport |   .6423132    .09712      6.61   0.000     .4519615    .8326648
      anykids |   .2081563   .2027859     1.03   0.305    -.1892969    .6056094
   naturalized |  -.3699918    .216239    -1.71   0.087    -.7938126    .0538289
          age |  -.0961952   .0902736    -1.07   0.287    -.2731282    .0807377
        educ7 |   .0457105   .0577456     0.79   0.429    -.0674687    .1588898
         male |   .4314776   .1934485     2.23   0.026     .0523254    .8106297
      mexican |   .5977129   .2211112     2.70   0.007      .164343    1.031083
      yearsusa |  -.0165705   .0085293    -1.94   0.052    -.0332876    .0001465
    knowsundoc |   .6917472   .2164388     3.20   0.001      .267535    1.115959
--------------+----------------------------------------------------------------
        /cut1 |   3.077077   .5010173                       2.095101    4.059053
--------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.7071    0.9431   -0.2360    [-0.3165,  -0.1556]
      Pr(y=1|x):   0.2929    0.0569    0.2360    [ 0.1556,   0.3165]

            worry_deport      anykids              naturalized        age         educ7        male
mexican          yearsusa  knowsundoc
Current=            3         .549                    .462           3.965        3.873        .485
.573       25.446       .578
 Saved=            0         .549                    .462           3.965        3.873        .485
.573       25.446       .578
  Diff=            3           0                       0              0            0            0
0            0           0

Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -389.12407
Iteration 2:   log likelihood = -385.53724
Iteration 3:   log likelihood = -385.52659
Iteration 4:   log likelihood = -385.52659

Ordered logistic regression                         Number of obs =   1,000
                                                    LR chi2(9)    =   81.27
                                                    Prob > chi2   =  0.0000
Log likelihood = -385.52659                         Pseudo R2     =  0.0954

--------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
    worry_fam |   .3109943   .1000386     3.11   0.002     .1149223    .5070664
      anykids |   .2496372   .1971412     1.27   0.205    -.1367524    .6360268
   naturalized |  -.4502714   .2115502    -2.13   0.033    -.8649023   -.0356405
          age |  -.1415344    .085371    -1.66   0.097    -.3088585    .0257896
        educ7 |   .0371602   .0566585     0.66   0.512    -.0738885    .1482088
         male |   .4356073   .1893672     2.30   0.021     .0644544    .8067602
      mexican |   .6542648   .2172763     3.01   0.003      .228411    1.080119
      yearsusa |  -.0198376   .0082179    -2.41   0.016    -.0359442   -.0037309
    knowsundoc |   .6489385   .2161478     3.00   0.003     .2252966     1.07258
--------------+----------------------------------------------------------------
        /cut1 |   2.421462   .4860922                       1.468738    3.374185
--------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.8206    0.9208   -0.1002    [-0.1642,  -0.0362]
      Pr(y=1|x):   0.1794    0.0792    0.1002    [ 0.0362,   0.1642]

            worry_fam      anykids    naturalized          age         educ7        male        mexican
yearsusa   knowsundoc
Current=        3           .549         .462             3.965        3.873        .485          .573
25.446       .578
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
   Saved=            0       .549       .462      3.965      3.873       .485       .573
25.446       .578
   Diff=            3          0          0          0          0          0          0
0         0


Iteration 0:   log likelihood = -426.16266
Iteration 1:   log likelihood = -379.32634
Iteration 2:   log likelihood = -374.28887
Iteration 3:   log likelihood = -374.25868
Iteration 4:   log likelihood = -374.25868


Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(9)    =  103.81
                                                 Prob > chi2   =  0.0000
Log likelihood = -374.25868                      Pseudo R2     =  0.1218

------------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .3139918   .0566881     5.54   0.000     .2028852    .4250984
     anykids |   .2115353   .2004402     1.06   0.291    -.1813202    .6043909
  naturalized|  -.3728012   .2149821    -1.73   0.083    -.7941564    .0485541
         age |  -.1158773   .0880965    -1.32   0.188    -.2885434    .0567887
       educ7 |   .0493519   .0574361     0.86   0.390    -.0632208    .1619246
        male |   .4610734   .1920152     2.40   0.016     .0847304    .8374163
     mexican |   .6261931   .2200495     2.85   0.004     .194904    1.057482
     yearsusa|  -.0173399   .0084028    -2.06   0.039    -.0338091   -.0008707
  knowsundoc |   .6156646   .2159672     2.85   0.004     .1923767    1.038953
-------------+----------------------------------------------------------------
       /cut1 |   3.048793    .511547               2.046179    4.051407
------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
  Pr(y=0|x):   0.7295    0.9467   -0.2171   [-0.3018,  -0.1325]
  Pr(y=1|x):   0.2705    0.0533    0.2171   [ 0.1325,   0.3018]

            worryscale   anykids  naturalized      age      educ7      male    mexican
yearsusa   knowsundoc
Current=          6       .549       .462      3.965      3.873       .485       .573
25.446       .578
   Saved=         0       .549       .462      3.965      3.873       .485       .573
25.446       .578
   Diff=          6          0          0          0          0          0          0
0         0


Iteration 0:   log likelihood = -380.64378
Iteration 1:   log likelihood = -340.85238
Iteration 2:   log likelihood = -336.04732
Iteration 3:   log likelihood = -336.01883
Iteration 4:   log likelihood = -336.01883

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(9)    =   89.25
                                                 Prob > chi2   =  0.0000
Log likelihood = -336.01883                      Pseudo R2     =  0.1172

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport|   .5398027   .1020044     5.29   0.000     .3398779    .7397276
     anykids |   .4414571   .2192753     2.01   0.044     .0116854    .8712288
  naturalized|  -.6180847   .2381526    -2.60   0.009    -1.084855   -.1513142
         age |  -.0967228   .0963308    -1.00   0.315    -.2855277    .0920822
       educ7 |   .0035609   .0615836     0.06   0.954    -.1171407    .1242625
        male |   .2360717   .2043776     1.16   0.248     -.164501    .6366444
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
     mexican |    .3500267    .230723     1.52    0.129    -.102182    .8022355
     yearsusa |   -.012592    .0090254   -1.40    0.163    -.0302815   .0050975
    knowsundoc |    .5342093    .2284798   2.34    0.019     .0863972   .9820214
-------------+----------------------------------------------------------------
       /cut1 |    2.772171    .5229596                       1.747189   3.797153
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                    ON      OFF     Change   95% CI for Change
       Pr(y=0|x):  0.7794   0.9469  -0.1675  [-0.2398,  -0.0952]
       Pr(y=1|x):  0.2206   0.0531   0.1675  [ 0.0952,   0.2398]
```

```
             worry_deport    anykids   naturalized     age       educ7       male
mexican       yearsusa   knowsundoc
Current=            3         .549        .462       3.965      3.873       .485
.573         25.446        .578
 Saved=            0         .549        .462       3.965      3.873       .485
.573         25.446        .578
  Diff=            3            0           0           0          0          0
0              0            0
```

```
Iteration 0:    log likelihood = -380.64378
Iteration 1:    log likelihood = -350.84591
Iteration 2:    log likelihood = -347.86727
Iteration 3:    log likelihood = -347.85535
Iteration 4:    log likelihood = -347.85534
```

```
Ordered logistic regression                      Number of obs =  1,000
                                                 LR chi2(9)    =  65.58
                                                 Prob > chi2   = 0.0000
Log likelihood = -347.85534                      Pseudo R2     = 0.0861
```

```
------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .2428892    .1059306    2.29   0.022     .0352691    .4505093
     anykids |   .4699433    .2154145    2.18   0.029     .0477387    .8921479
 naturalized |  -.6925369    .2350694   -2.95   0.003    -1.153264   -.2318093
         age |  -.1363548    .0920497   -1.48   0.139    -.3167689    .0440594
       educ7 |  -.0026476    .0609729   -0.04   0.965    -.1221523    .1168571
        male |   .2473523    .2016032    1.23   0.220    -.1477827    .6424872
     mexican |   .4080478    .2280498    1.79   0.074    -.0389217    .8550173
    yearsusa |  -.0154973    .0087837   -1.76   0.078    -.0327131    .0017185
  knowsundoc |   .5201824     .22983     2.26   0.024     .0697239    .970641
-------------+----------------------------------------------------------------
       /cut1 |   2.206336    .5124041                     1.202042    3.210629
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                    ON      OFF     Change   95% CI for Change
       Pr(y=0|x):  0.8618   0.9282  -0.0664  [-0.1238,  -0.0089]
       Pr(y=1|x):  0.1382   0.0718   0.0664  [ 0.0089,   0.1238]
```

```
             worry_fam     anykids   naturalized     age       educ7       male      mexican
yearsusa    knowsundoc
Current=            3         .549        .462       3.965      3.873       .485        .573
25.446        .578
 Saved=            0         .549        .462       3.965      3.873       .485        .573
25.446        .578
  Diff=            3            0           0           0          0          0           0
0              0
```

Iteration 0:    log likelihood = -380.64378

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 1:   log likelihood = -344.80467
Iteration 2:   log likelihood = -340.86984
Iteration 3:   log likelihood = -340.84885
Iteration 4:   log likelihood = -340.84884

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  79.59
                                                Prob > chi2   = 0.0000
Log likelihood = -340.84884                     Pseudo R2     = 0.1045
```

| av_medical | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .2565325 | .0594254 | 4.32 | 0.000 | .1400609 | .3730042 |
| anykids | .441893 | .2175978 | 2.03 | 0.042 | .0154093 | .8683768 |
| naturalized | -.6252132 | .2375143 | -2.63 | 0.008 | -1.090733 | -.1596938 |
| age | -.115391 | .0943154 | -1.22 | 0.221 | -.3002458 | .0694639 |
| educ7 | .0070144 | .061466 | 0.11 | 0.909 | -.1134568 | .1274855 |
| male | .2637419 | .2032958 | 1.30 | 0.195 | -.1347106 | .6621944 |
| mexican | .3779142 | .2299036 | 1.64 | 0.100 | -.0726886 | .8285171 |
| yearsusa | -.0133022 | .0089266 | -1.49 | 0.136 | -.030798 | .0041937 |
| knowsundoc | .4778303 | .2287238 | 2.09 | 0.037 | .0295399 | .9261207 |
| /cut1 | 2.722528 | .5339377 | | | 1.67603 | 3.769027 |

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                    ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7986   0.9487  -0.1500   [-0.2256,  -0.0745]
        Pr(y=1|x):  0.2014   0.0513   0.1500   [ 0.0745,   0.2256]
```

| | worryscale | anykids | naturalized | age | educ7 | male | mexican |
|---|---|---|---|---|---|---|---|
| yearsusa | knowsundoc | | | | | | |
| Current= | 6 | .549 | .462 | 3.965 | 3.873 | .485 | .573 |
| 25.446 | .578 | | | | | | |
| Saved= | 0 | .549 | .462 | 3.965 | 3.873 | .485 | .573 |
| 25.446 | .578 | | | | | | |
| Diff= | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | | | | | | |

```
Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -296.22071
Iteration 2:   log likelihood =  -293.1791
Iteration 3:   log likelihood = -293.16999
Iteration 4:   log likelihood = -293.16999

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  59.42
                                                Prob > chi2   = 0.0000
Log likelihood = -293.16999                     Pseudo R2     = 0.0920
```

| av_work | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .4129263 | .1109862 | 3.72 | 0.000 | .1953974 | .6304553 |
| anykids | .2368491 | .2347756 | 1.01 | 0.313 | -.2233026 | .6970009 |
| naturalized | -.6202129 | .2665983 | -2.33 | 0.020 | -1.142736 | -.0976898 |
| age | -.2788097 | .1087079 | -2.56 | 0.010 | -.4918733 | -.0657461 |
| educ7 | -.096889 | .0693539 | -1.40 | 0.162 | -.2328202 | .0390422 |
| male | .3981265 | .2243073 | 1.77 | 0.076 | -.0415077 | .8377607 |
| mexican | .0195545 | .2466634 | 0.08 | 0.937 | -.463897 | .5030059 |
| yearsusa | -.002051 | .0099583 | -0.21 | 0.837 | -.0215689 | .017467 |
| knowsundoc | .1983835 | .2424211 | 0.82 | 0.413 | -.2767531 | .6735201 |
| /cut1 | 1.600014 | .5489386 | | | .5241139 | 2.675914 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.8496  0.9512  -0.1016  [-0.1630,  -0.0402]
        Pr(y=1|x):  0.1504  0.0488   0.1016  [ 0.0402,   0.1630]

            worry_deport    anykids    naturalized      age      educ7     male
mexican      yearsusa    knowsundoc
Current=          3              .549         .462      3.965    3.873    .485
.573      25.446          .578
  Saved=          0              .549         .462      3.965    3.873    .485
.573      25.446          .578
   Diff=          3                0            0           0        0        0
0            0               0
```

```
Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -301.25399
Iteration 2:   log likelihood = -299.22573
Iteration 3:   log likelihood = -299.22108
Iteration 4:   log likelihood = -299.22108

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(9)    =    47.32
                                                 Prob > chi2   =  0.0000
Log likelihood = -299.22108                      Pseudo R2     =  0.0733

-----------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+----------------------------------------------------------------
  worry_fam |   .1595166   .1150447     1.39   0.166    -.0659669    .3850001
    anykids |   .2578662    .23229      1.11   0.267    -.1974138    .7131462
naturalized |  -.6905488   .2649737    -2.61   0.009    -1.209888    -.17121
        age |  -.2991311   .1053971    -2.84   0.005    -.5056271    -.092635
      educ7 |  -.1018926   .0691909    -1.47   0.141    -.2375043     .033719
       male |   .3959096   .2230495     1.77   0.076    -.0412594    .8330786
    mexican |   .0711573   .2449874     0.29   0.771    -.4090092    .5513237
   yearsusa |  -.0051175   .0097344    -0.53   0.599    -.0241965    .0139615
 knowsundoc |    .206375   .2449925     0.84   0.400    -.2738013    .6865514
------------+----------------------------------------------------------------
      /cut1 |   1.151448   .5452555                      .0827668    2.220129
-----------------------------------------------------------------------------
```

```
ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.9011  0.9363  -0.0352  [-0.0854,   0.0149]
        Pr(y=1|x):  0.0989  0.0637   0.0352  [-0.0149,   0.0854]

            worry_fam     anykids    naturalized      age      educ7     male    mexican
yearsusa    knowsundoc
Current=          3          .549         .462       3.965    3.873    .485     .573
25.446        .578
  Saved=          0          .549         .462       3.965    3.873    .485     .573
25.446        .578
   Diff=          3            0            0            0        0        0        0
0            0
```

```
Iteration 0:   log likelihood = -322.88018
Iteration 1:   log likelihood = -298.45829
Iteration 2:   log likelihood = -295.93685
Iteration 3:   log likelihood = -295.93004
Iteration 4:   log likelihood = -295.93004

Ordered logistic regression                     Number of obs =  1,000
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                          LR chi2(9)    =  53.90
                                          Prob > chi2   = 0.0000
Log likelihood = -295.93004               Pseudo R2     = 0.0835

-------------------------------------------------------------------------
     av_work | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
   worryscale |  .1852749   .0640771    2.89   0.004    .0596861    .3108637
      anykids |  .2380227   .2336373    1.02   0.308   -.2198981    .6959434
   naturalized| -.6336669   .2665861   -2.38   0.017   -1.156166   -.1111678
          age | -.2890057   .1069524   -2.70   0.007   -.4986284   -.0793829
        educ7 | -.0950331   .0694105   -1.37   0.171   -.2310753    .041009
         male |  .4133705   .2238586    1.85   0.065   -.0253844    .8521253
      mexican |  .0447252   .2461861    0.18   0.856   -.4377906    .527241
     yearsusa | -.0030878   .0098622   -0.31   0.754   -.0224174    .0162418
   knowsundoc |  .1640086   .2433702    0.67   0.500   -.3129882    .6410054
-------------+-----------------------------------------------------------
       /cut1 |  1.532163   .5613767                     .4318845    2.632441
-------------------------------------------------------------------------
```

ologit: Change in Predictions for av_work

Confidence intervals by delta method

```
                    ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.8646  0.9510  -0.0864  [-0.1501,  -0.0227]
       Pr(y=1|x):  0.1354  0.0490   0.0864  [ 0.0227,   0.1501]

              worryscale    anykids  naturalized      age     educ7     male    mexican
   yearsusa  knowsundoc
   Current=        6          .549       .462        3.965    3.873    .485     .573
   25.446      .578
     Saved=        0          .549       .462        3.965    3.873    .485     .573
   25.446      .578
      Diff=        6            0          0            0        0       0        0
   0            0


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -371.10804
Iteration 2:   log likelihood = -366.74384
Iteration 3:   log likelihood =  -366.7191
Iteration 4:   log likelihood =  -366.7191

Ordered logistic regression               Number of obs =  1,000
                                          LR chi2(9)    =  90.88
                                          Prob > chi2   = 0.0000
Log likelihood = -366.7191                Pseudo R2     = 0.1102

-------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
  worry_deport|  .4804844   .0968089    4.96   0.000    .2907425    .6702264
      anykids | -.0553804   .2000224   -0.28   0.782   -.447417     .3366562
   naturalized|   -.2227    .221483    -1.01   0.315   -.6567988    .2113988
          age | -.2229702   .0897798   -2.48   0.013   -.3989354   -.047005
        educ7 | -.0021915   .0590405   -0.04   0.970   -.1179088    .1135257
         male |  .2137057   .1934021    1.10   0.269   -.1653553    .5927668
      mexican |  .185698    .2158889    0.86   0.390   -.2374366    .6088325
     yearsusa | -.0246852   .0088284   -2.80   0.005   -.0419894   -.007381
   knowsundoc |  .4014395   .2096415    1.91   0.056   -.0094502    .8123293
-------------+-----------------------------------------------------------
       /cut1 |  1.420078   .4741475                     .4907662    2.34939
-------------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                    ON      OFF    Change   95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                Pr(y=0|x):      0.7668     0.9329    -0.1661  [-0.2402,  -0.0919]
                Pr(y=1|x):      0.2332     0.0671     0.1661  [ 0.0919,   0.2402]

                  worry_deport     anykids   naturalized        age       educ7       male
mexican      yearsusa   knowsundoc
Current=          3                .549         .462       3.965       3.873       .485
.573        25.446        .578
  Saved=          0                .549         .462       3.965       3.873       .485
.573        25.446        .578
   Diff=          3                  0            0           0           0           0
0              0            0


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -379.75129
Iteration 2:   log likelihood = -376.64702
Iteration 3:   log likelihood = -376.63482
Iteration 4:   log likelihood = -376.63482


Ordered logistic regression                   Number of obs =  1,000
                                               LR chi2(9)    =   71.05
                                               Prob > chi2   = 0.0000
Log likelihood = -376.63482                    Pseudo R2     = 0.0862

-----------------------------------------------------------------------------
     av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------------
    worry_fam |   .2308595   .1000509     2.31   0.021     .0347632    .4269557
      anykids |  -.0223268   .1966927    -0.11   0.910    -.4078374    .3631837
  naturalized |  -.2942393   .2191801    -1.34   0.179    -.7238243    .1353457
          age |   -.253291   .0865887    -2.93   0.003    -.4230017   -.0835803
        educ7 |  -.0101327   .0585355    -0.17   0.863    -.1248603    .1045948
         male |   .2280772   .1915117     1.19   0.234    -.1472788    .6034332
      mexican |   .2380058   .2135146     1.11   0.265    -.1804751    .6564867
     yearsusa |  -.0267187   .0086380    -3.09   0.002    -.0436494   -.0097881
   knowsundoc |   .3854042   .2111727     1.83   0.068    -.0284867    .7992951
-------------+---------------------------------------------------------------
       /cut1 |   .9743484   .4702534               .0526687    1.896028
-----------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON        OFF      Change    95% CI for Change
        Pr(y=0|x):   0.8434     0.9150    -0.0716  [-0.1330,  -0.0102]
        Pr(y=1|x):   0.1566     0.0850     0.0716  [ 0.0102,   0.1330]

                 worry_fam    anykids   naturalized        age       educ7       male      mexican
yearsusa     knowsundoc
Current=          3            .549         .462       3.965       3.873       .485       .573
25.446        .578
  Saved=          0            .549         .462       3.965       3.873       .485       .573
25.446        .578
   Diff=          3              0            0           0           0           0          0
0              0


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -374.46422
Iteration 2:   log likelihood = -370.63778
Iteration 3:   log likelihood = -370.61841
Iteration 4:   log likelihood = -370.61841


Ordered logistic regression                   Number of obs =  1,000
                                               LR chi2(9)    =   83.08
                                               Prob > chi2   = 0.0000
Log likelihood = -370.61841                    Pseudo R2     = 0.1008

-----------------------------------------------------------------------------
     av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------+---------------------------------------------------------------
 worryscale |  .2304608   .0559882    4.12   0.000    .120726    .3401955
     anykids | -.0500918   .1986814   -0.25   0.801   -.4395001   .3393165
 naturalized |  -.229541   .2212597   -1.04   0.300   -.6632021    .20412
        age | -.2366634   .0882813   -2.68   0.007   -.4096916   -.0636353
      educ7 | -.0016538   .0589492   -0.03   0.978   -.1171921   .1138844
       male |  .2377458    .192701    1.23   0.217   -.1399412   .6154328
    mexican |  .2097871   .2151787    0.97   0.330   -.2119554   .6315296
   yearsusa | -.0251242   .0087568   -2.87   0.004   -.0422872   -.0079612
  knowsundoc |  .3512266   .2102274    1.67   0.095   -.0608115   .7632646
------------+---------------------------------------------------------------
       /cut1 |  1.393198    .485472                   .4416903   2.344706
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                    ON        OFF     Change    95% CI for Change
   Pr(y=0|x):     0.7841    0.9354    -0.1513   [-0.2294,  -0.0732]
   Pr(y=1|x):     0.2159    0.0646     0.1513   [ 0.0732,   0.2294]
```

```
             worryscale    anykids  naturalized      age      educ7      male    mexican
yearsusa   knowsundoc
Current=          6         .549       .462       3.965    3.873      .485      .573
25.446        .578
  Saved=          0         .549       .462       3.965    3.873      .485      .573
25.446        .578
   Diff=          6           0          0           0        0         0         0
0             0
```

```
Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -370.96929
Iteration 2:   log likelihood = -366.95824
Iteration 3:   log likelihood = -366.94644
Iteration 4:   log likelihood = -366.94644
```

```
Ordered logistic regression                    Number of obs  =   1,000
                                                LR chi2(9)     =   90.42
                                                Prob > chi2    =  0.0000
Log likelihood = -366.94644                     Pseudo R2      =  0.1097
```

```
------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |  .7035468   .0974044    7.22   0.000    .5126377   .8944558
      anykids |  .1192165   .2034194    0.59   0.558   -.2794782   .5179112
  naturalized | -.0451406   .2161313   -0.21   0.835   -.4687501   .3784689
          age |  .0451878    .089529    0.50   0.614   -.1302858   .2206613
        educ7 | -.0431591   .0586982   -0.74   0.462   -.1582054   .0718873
         male | -.0090359   .1941934   -0.05   0.963    -.389648   .3715761
      mexican |  .2427067   .2162209    1.12   0.262   -.1810785   .6664919
     yearsusa | -.0126578   .0081727   -1.55   0.121    -.028676   .0033604
   knowsundoc |  .5759481   .2145515    2.68   0.007    .1554348   .9964614
-------------+----------------------------------------------------------------
        /cut1 |  3.052835   .5091903                    2.05484    4.05083
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                    ON        OFF     Change    95% CI for Change
   Pr(y=0|x):     0.6770    0.9454    -0.2683   [-0.3501,  -0.1866]
   Pr(y=1|x):     0.3230    0.0546     0.2683   [ 0.1866,   0.3501]
```

```
            worry_deport     anykids  naturalized      age      educ7      male
mexican     yearsusa   knowsundoc
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Current=           3          .549          .462        3.965        3.873        .485
.573      25.446        .578
 Saved=           0          .549          .462        3.965        3.873        .485
.573      25.446        .578
  Diff=           3            0            0            0            0            0
0          0          0


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -381.78582
Iteration 2:   log likelihood = -379.50548
Iteration 3:   log likelihood = -379.50179
Iteration 4:   log likelihood = -379.50179

Ordered logistic regression                        Number of obs =  1,000
                                                   LR chi2(9)    =  65.31
                                                   Prob > chi2   = 0.0000
Log likelihood = -379.50179                        Pseudo R2     = 0.0792

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .5585685   .1052171     5.31   0.000     .3523469    .7647902
     anykids |   .1195487   .1988835     0.60   0.548    -.2702558    .5093531
  naturalized|  -.0899456   .2126823    -0.42   0.672    -.5067952    .326904
         age |  -.0149409   .0848893    -0.18   0.860    -.181321    .1514391
       educ7 |  -.0407072   .0582986    -0.70   0.485    -.1549704    .073556
        male |   .038243    .1912070     0.20   0.841    -.3365161    .4130021
     mexican |   .3079169   .2141364     1.44   0.150    -.1117826    .7276165
    yearsusa |  -.0144968   .0079205    -1.83   0.067    -.0300207    .0010271
   knowsundoc|   .4430052   .2140506     2.07   0.038     .0234738    .8625367
-------------+----------------------------------------------------------------
       /cut1 |   2.720132   .5053345                     1.729695    3.71057
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                  ON       OFF     Change   95% CI for Change
  Pr(y=0|x):   0.7604    0.9443   -0.1839  [-0.2521,  -0.1157]
  Pr(y=1|x):   0.2396    0.0557    0.1839  [ 0.1157,   0.2521]

              worry_fam   anykids  naturalized       age       educ7      male     mexican
yearsusa  knowsundoc
Current=           3          .549          .462        3.965        3.873        .485        .573
25.446       .578
 Saved=           0          .549          .462        3.965        3.873        .485        .573
25.446       .578
  Diff=           3            0            0            0            0            0            0
0          0


Iteration 0:   log likelihood = -412.15872
Iteration 1:   log likelihood = -371.26964
Iteration 2:   log likelihood = -367.43905
Iteration 3:   log likelihood = -367.42862
Iteration 4:   log likelihood = -367.42862

Ordered logistic regression                        Number of obs =  1,000
                                                   LR chi2(9)    =  89.46
                                                   Prob > chi2   = 0.0000
Log likelihood = -367.42862                        Pseudo R2     = 0.1085

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .4117751   .0583243     7.06   0.000     .2974615    .5260886
     anykids |   .0977021   .2026426     0.48   0.630    -.2994701    .4948743
  naturalized|  -.0153834   .2165705    -0.07   0.943    -.4398538    .409087
         age |   .0250564   .0880772     0.28   0.776    -.1475718    .1976846
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      educ7 |  -.0315297   .0589855    -0.53   0.593    -.1471391    .0840796
       male |   .0452712   .1941859     0.23   0.816    -.3353261    .4258685
    mexican |   .2684352   .2168885     1.24   0.216    -.1566585     .693529
   yearsusa |  -.0127632   .0081332    -1.57   0.117     -.028704    .0031777
  knowsundoc |   .4742201   .2149903     2.21   0.027     .0528469    .8955933
-------------+----------------------------------------------------------------
       /cut1 |   3.297884    .530261                     2.258592    4.337176
-------------+----------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                    ON      OFF    Change    95% CI for Change
    Pr(y=0|x):   0.6634   0.9589   -0.2955   [-0.3841,  -0.2069]
    Pr(y=1|x):   0.3366   0.0411    0.2955   [ 0.2069,   0.3841]
```

```
              worryscale    anykids   naturalized        age       educ7       male     mexican
  yearsusa   knowsundoc
Current=              6        .549          .462      3.965       3.873       .485        .573
25.446         .578
  Saved=              0        .549          .462      3.965       3.873       .485        .573
25.446         .578
   Diff=              6           0             0          0           0          0           0
0              0
```

```
Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1033.3528
Iteration 2:   log likelihood = -1028.6758
Iteration 3:   log likelihood = -1028.663
Iteration 4:   log likelihood = -1028.663
```

```
Ordered logistic regression                     Number of obs =   1,000
                                                 LR chi2(9)    =  193.29
                                                 Prob > chi2   =  0.0000
Log likelihood = -1028.663                       Pseudo R2     =  0.0859
```

```
------------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .6487185   .0714687     9.08   0.000     .5086424    .7887946
     anykids |   .2977743   .1507597     1.98   0.048     .0022906    .5932579
 naturalized |  -.2612659   .1591348    -1.64   0.101    -.5731644    .0506326
         age |  -.1044845   .0656694    -1.59   0.112     -.233194    .0242251
       educ7 |  -.0605245   .0437333    -1.38   0.166    -.1462402    .0251911
        male |    .231368   .144675      1.60   0.110    -.0521897    .5149258
     mexican |   .2507866   .1610541     1.56   0.119    -.0648736    .5664469
    yearsusa |  -.0152121   .0060632    -2.51   0.012    -.0270956   -.0033285
  knowsundoc |   .4861485   .1539677     3.16   0.002     .1843774    .7879196
-------------+----------------------------------------------------------------
       /cut1 |   1.202381   .3622157                      .4924516    1.912311
       /cut2 |    1.96838   .3669025                      1.249264    2.687495
       /cut3 |   2.609657   .3724085                       1.87975    3.339564
       /cut4 |   3.256059    .380328                      2.510629    4.001488
       /cut5 |   4.020141   .3983012                      3.239485    4.800797
       /cut6 |   4.745576   .4320311                       3.89881    5.592341
------------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                    ON      OFF    Change    95% CI for Change
    Pr(y=0|x):   0.4286   0.8400   -0.4115   [-0.4952,  -0.3277]
    Pr(y=1|x):   0.1888   0.0786    0.1101   [ 0.0841,   0.1362]
    Pr(y=2|x):   0.1366   0.0368    0.0998   [ 0.0715,   0.1280]
    Pr(y=3|x):   0.1000   0.0207    0.0793   [ 0.0528,   0.1059]
    Pr(y=4|x):   0.0723   0.0126    0.0597   [ 0.0364,   0.0830]
    Pr(y=5|x):   0.0366   0.0058    0.0309   [ 0.0149,   0.0468]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            Pr(y=6|x):        0.0371      0.0055      0.0317  [ 0.0151,   0.0482]

               worry_deport        anykids    naturalized           age         educ7           male
mexican           yearsusa    knowsundoc
Current=                 3           .549           .462         3.965         3.873           .485
.573         25.446           .578
  Saved=                 0           .549           .462         3.965         3.873           .485
.573         25.446           .578
   Diff=                 3              0              0             0             0              0
0                0              0


Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1061.8397
Iteration 2:   log likelihood = -1059.2869
Iteration 3:   log likelihood = -1059.2811
Iteration 4:   log likelihood = -1059.2811

Ordered logistic regression                     Number of obs =  1,000
                                                 LR chi2(9)    = 132.06
                                                 Prob > chi2   = 0.0000
Log likelihood = -1059.2811                      Pseudo R2     = 0.0587
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_fam | .3598826 | .0737075 | 4.88 | 0.000 | .2154185 | .5043467 |
| anykids | .3088486 | .1478951 | 2.09 | 0.037 | .0189795 | .5987176 |
| naturalized | -.3235407 | .1564872 | -2.07 | 0.039 | -.6302499 | -.0168315 |
| age | -.1454702 | .063077 | -2.31 | 0.021 | -.2690987 | -.0218416 |
| educ7 | -.0605424 | .04328 | -1.40 | 0.162 | -.1453697 | .0242849 |
| male | .2523668 | .1423457 | 1.77 | 0.076 | -.0266256 | .5313592 |
| mexican | .3040915 | .1590451 | 1.91 | 0.056 | -.0076311 | .6158142 |
| yearsusa | -.0181814 | .0058853 | -3.09 | 0.002 | -.0297164 | -.0066465 |
| knowsundoc | .4258905 | .1540582 | 2.76 | 0.006 | .1239421 | .7278389 |
| /cut1 | .7153204 | .3592487 | | | .0112058 | 1.419435 |
| /cut2 | 1.430142 | .3620818 | | | .720475 | 2.13981 |
| /cut3 | 2.035694 | .3663773 | | | 1.317607 | 2.75378 |
| /cut4 | 2.661461 | .3737421 | | | 1.92894 | 3.393982 |
| /cut5 | 3.414587 | .3916326 | | | 2.647001 | 4.182173 |
| /cut6 | 4.135245 | .4256012 | | | 3.301081 | 4.969408 |

```
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                       ON        OFF      Change    95% CI for Change
      Pr(y=0|x):     0.5858     0.8063    -0.2205  [-0.3063,  -0.1347]
      Pr(y=1|x):     0.1572     0.0885     0.0687  [ 0.0406,   0.0967]
      Pr(y=2|x):     0.0982     0.0449     0.0533  [ 0.0301,   0.0766]
      Pr(y=3|x):     0.0671     0.0271     0.0400  [ 0.0212,   0.0587]
      Pr(y=4|x):     0.0463     0.0173     0.0291  [ 0.0143,   0.0438]
      Pr(y=5|x):     0.0228     0.0081     0.0147  [ 0.0058,   0.0236]
      Pr(y=6|x):     0.0226     0.0078     0.0148  [ 0.0058,   0.0239]

               worry_fam        anykids    naturalized           age         educ7           male        mexican
yearsusa      knowsundoc
Current=                 3           .549           .462         3.965         3.873           .485           .573
25.446           .578
  Saved=                 0           .549           .462         3.965         3.873           .485           .573
25.446           .578
   Diff=                 3              0              0             0             0              0              0
0                0


Iteration 0:   log likelihood = -1125.3104
Iteration 1:   log likelihood = -1042.6528
Iteration 2:   log likelihood = -1038.5362
Iteration 3:   log likelihood = -1038.5288
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -1038.5288

Ordered logistic regression                        Number of obs =   1,000
                                                   LR chi2(9)    =  173.56
                                                   Prob > chi2   =  0.0000
Log likelihood = -1038.5288                        Pseudo R2     =  0.0771

------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
 worryscale |  .3316563   .0418453     7.93   0.000     .249641    .4136715
    anykids |  .2917159   .1498302     1.95   0.052    -.001946    .5853778
 naturalized| -.2478957   .1585603    -1.56   0.118    -.5586682   .0628767
        age | -.1209159   .064564     -1.87   0.061    -.2474591   .0056273
      educ7 | -.0524489   .0436404    -1.20   0.229    -.1379826   .0330848
       male |  .2646737   .1440188     1.84   0.066    -.0175979   .5469453
    mexican |  .270322    .1608253     1.68   0.093    -.0448898   .5855338
   yearsusa | -.0160411   .005994     -2.68   0.007    -.027789   -.0042931
   knowsundoc| .398884    .1540133     2.59   0.010     .0970235   .7007445
------------+-----------------------------------------------------------------
      /cut1 |  1.259268   .3714471               .5312451   1.987291
      /cut2 |  2.007319   .3759858               1.270401   2.744238
      /cut3 |  2.635558   .3814129               1.888003   3.383114
      /cut4 |  3.274561   .3892325               2.51168    4.037443
      /cut5 |  4.034874   .4069028               3.237359   4.832388
      /cut6 |  4.75842    .4399481               3.896137   5.620702
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                 ON       OFF     Change   95% CI for Change
  Pr(y=0|x):   0.4503   0.8570   -0.4067  [-0.4997,  -0.3137]
  Pr(y=1|x):   0.1835   0.0698    0.1137  [ 0.0855,   0.1419]
  Pr(y=2|x):   0.1306   0.0328    0.0978  [ 0.0686,   0.1270]
  Pr(y=3|x):   0.0957   0.0187    0.0770  [ 0.0499,   0.1041]
  Pr(y=4|x):   0.0692   0.0115    0.0578  [ 0.0342,   0.0813]
  Pr(y=5|x):   0.0351   0.0053    0.0298  [ 0.0140,   0.0457]
  Pr(y=6|x):   0.0356   0.0050    0.0306  [ 0.0142,   0.0470]

            worryscale     anykids  naturalized       age      educ7      male    mexican
yearsusa   knowsundoc
Current=         6           .549        .462       3.965      3.873      .485      .573
25.446        .578
  Saved=         0           .549        .462       3.965      3.873      .485      .573
25.446        .578
   Diff=         6             0           0           0          0         0         0
0              0

.
. *multivariate for worry vars only -- BY SANCTUARY*
. foreach var of varlist av_schools-avoidscale {
  2.          version 11: bysort sanctuary: ologit `var' worry_dep anykids naturalized age educ7 male mex
years knows
  3.          version 11: bysort sanctuary: ologit `var' worry_fam anykids naturalized age educ7 male mex
years knows
  4.          version 11: bysort sanctuary: ologit `var' worryscale anykids naturalized age educ7 male
mex years knows
  5. }
  ------------------------------------------------------------------------------------------------------
  ------------------------------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -96.289743
Iteration 1:   log likelihood = -86.678741
Iteration 2:   log likelihood = -84.803209
Iteration 3:   log likelihood = -84.797922
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -84.797921

Ordered logistic regression                      Number of obs  =     335
                                                 LR chi2(9)     =   22.98
                                                 Prob > chi2    =  0.0062
Log likelihood = -84.797921                      Pseudo R2      =  0.1193

------------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
worry_deport|   .7153921   .2241138     3.19   0.001     .2761372    1.154647
    anykids |   .1780203   .4406094     0.40   0.686    -.6855582    1.041599
 naturalized|   -.56294     .4714149    -1.19   0.232    -1.486896    .3610162
        age |  -.1986019   .1978791    -1.00   0.316    -.5864377     .189234
      educ7 |   .0451148   .1265073     0.36   0.721    -.2028349    .2930645
       male |   .5313918   .4280741     1.24   0.214    -.3076181    1.370402
    mexican |  -.0365356   .4614401    -0.08   0.937    -.9409416    .8678703
   yearsusa |   .0032337    .017112     0.19   0.850    -.0303052    .0367727
  knowsundoc|  -.1559172   .4543731    -0.34   0.731    -1.046472    .7346377
------------+-----------------------------------------------------------------
      /cut1 |   2.897288    1.17772               .5889992    5.205576
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood =  -115.1172
Iteration 1:   log likelihood = -97.309717
Iteration 2:   log likelihood = -92.177766
Iteration 3:   log likelihood = -92.064021
Iteration 4:   log likelihood = -92.063974
Iteration 5:   log likelihood = -92.063974

Ordered logistic regression                      Number of obs  =     414
                                                 LR chi2(9)     =   46.11
                                                 Prob > chi2    =  0.0000
Log likelihood = -92.063974                      Pseudo R2      =  0.2003

------------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
worry_deport|   .5657491   .2028221     2.79   0.005     .1682251    .9632731
    anykids |   .4812568   .4355388     1.10   0.269    -.3723835    1.334897
 naturalized|  -.5572072   .5683569    -0.98   0.327    -1.671166    .5567519
        age |  -.2269827   .1943585    -1.17   0.243    -.6079183     .153953
      educ7 |  -.2892831   .1396452    -2.07   0.038    -.5629826   -.0155836
       male |   1.323311   .4180118     3.17   0.002      .504023    2.142599
    mexican |  -.7747205   .4874667    -1.59   0.112    -1.730138    .1806967
   yearsusa |  -.0225785   .0191029    -1.18   0.237    -.0600195    .0148625
  knowsundoc|   .1473951   .4250181     0.35   0.729    -.6856252    .9804154
------------+-----------------------------------------------------------------
      /cut1 |   1.561896   .9493953              -.2988846    3.422677
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -104.96586
Iteration 1:   log likelihood = -94.468303
Iteration 2:   log likelihood = -93.453237
Iteration 3:   log likelihood = -93.449827
Iteration 4:   log likelihood = -93.449827

Ordered logistic regression                      Number of obs  =     251
                                                 LR chi2(9)     =   23.03
                                                 Prob > chi2    =  0.0061
Log likelihood = -93.449827                      Pseudo R2      =  0.1097
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
worry_deport| .5883897    .1981417     2.97   0.003     .2000392    .9767402
     anykids| .0751694    .4291602     0.18   0.861    -.7659692    .916308
 naturalized| -.9314043   .4435899    -2.10   0.036    -1.800825   -.061984
         age| -.02033     .2033322    -0.10   0.920    -.4188539   .3781939
       educ7| .1365606    .1173344     1.16   0.244    -.0934107   .3665319
        male| -.1767419   .3811354    -0.46   0.643    -.9237535   .5702697
     mexican| 1.030769    .4863354     2.12   0.034     .0775695   1.983969
     yearsusa| -.0125969  .019328     -0.65   0.515    -.050479    .0252852
   knowsundoc| .2199449   .4138479     0.53   0.595    -.591182    1.031072
------------+-----------------------------------------------------
       /cut1| 3.317255    1.02283                       1.312545   5.321965
------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -96.289743
Iteration 1:   log likelihood = -90.410193
Iteration 2:   log likelihood = -89.870642
Iteration 3:   log likelihood = -89.869694
Iteration 4:   log likelihood = -89.869694

Ordered logistic regression                    Number of obs  =    335
                                               LR chi2(9)     =  12.84
                                               Prob > chi2    = 0.1700
Log likelihood = -89.869694                    Pseudo R2      = 0.0667

------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam| .1946278    .2129941     0.91   0.361    -.2228329   .6120885
     anykids| .1723823    .4291794     0.40   0.688    -.6687939   1.013558
 naturalized| -.7809115   .4584406    -1.70   0.088    -1.679439   .1176155
         age| -.2697454   .1894696    -1.42   0.155    -.641099    .1016082
       educ7| -.0173297   .1213887    -0.14   0.886    -.2552473   .2205879
        male| .5336527    .4199953     1.27   0.204    -.289523    1.356828
     mexican| .1526924    .4527385     0.34   0.736    -.7346587   1.040044
     yearsusa| -.002595   .0165801    -0.16   0.876    -.0350915   .0299014
   knowsundoc| -.158853   .4515155    -0.35   0.725    -1.043807   .7261012
------------+-----------------------------------------------------
       /cut1| 1.550276    1.111138                      -.6275139   3.728067
------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood =  -115.1172
Iteration 1:   log likelihood = -99.311543
Iteration 2:   log likelihood = -95.236497
Iteration 3:   log likelihood = -95.146177
Iteration 4:   log likelihood = -95.146136
Iteration 5:   log likelihood = -95.146136

Ordered logistic regression                    Number of obs  =    414
                                               LR chi2(9)     =  39.94
                                               Prob > chi2    = 0.0000
Log likelihood = -95.146136                    Pseudo R2      = 0.1735

------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------
   worry_fam| .2903958    .2117143     1.37   0.170    -.1245567   .7053483
     anykids| .5013909    .4275244     1.17   0.241    -.3365414   1.339323
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
 naturalized |   -.6498357   .5681403    -1.14   0.253    -1.76337    .4636987
         age |   -.237417    .1866636    -1.27   0.203    -.6032709   .1284368
       educ7 |   -.2968721   .1408431    -2.11   0.035    -.5729194  -.0208248
        male |   1.349958    .4139336     3.26   0.001     .5386634   2.161253
     mexican |   -.7244294   .4835688    -1.50   0.134    -1.672207   .2233481
     yearsusa |  -.0221944   .0186634    -1.19   0.234    -.058774    .0143852
    knowsundoc |   .1229067   .4277275     0.29   0.774    -.7154238   .9612373
-------------+----------------------------------------------------------------
        /cut1 |   1.187961    .954333                     -.682497    3.05842
-------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -104.96586
Iteration 1:   log likelihood = -97.30348
Iteration 2:   log likelihood = -96.691128
Iteration 3:   log likelihood = -96.689605
Iteration 4:   log likelihood = -96.689605

Ordered logistic regression                     Number of obs   =      251
                                                LR chi2(9)      =    16.55
                                                Prob > chi2     =   0.0562
Log likelihood = -96.689605                     Pseudo R2       =   0.0788

-------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------------
    worry_fam |   .3394433   .2089986     1.62   0.104    -.0701865   .749073
      anykids |   .1534493   .420086      0.37   0.715    -.6699042   .9768028
   naturalized |  -.9120028   .4335397    -2.10   0.035    -1.761725  -.0622807
         age |   -.0378714   .1952919    -0.19   0.846    -.4206364   .3448936
       educ7 |   .1602847   .1155292     1.39   0.165    -.0661484   .3867178
        male |   -.2550655   .3734047    -0.68   0.495    -.9869252   .4767942
     mexican |   1.024762    .4790242     2.14   0.032     .0858921   1.963632
     yearsusa |  -.0191528   .0185243    -1.03   0.301    -.0554597   .0171541
    knowsundoc |   .1869826   .4192565     0.45   0.656    -.6347449   1.00871
-------------+-----------------------------------------------------------------
        /cut1 |   2.886135    .9996914                     .9267761   4.845494
-------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -96.289743
Iteration 1:   log likelihood = -88.452159
Iteration 2:   log likelihood = -87.417831
Iteration 3:   log likelihood = -87.416062
Iteration 4:   log likelihood = -87.416062

Ordered logistic regression                     Number of obs   =      335
                                                LR chi2(9)      =    17.75
                                                Prob > chi2     =   0.0382
Log likelihood = -87.416062                     Pseudo R2       =   0.0922

-------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------------
   worryscale |   .2911266   .1240976     2.35   0.019     .0478998   .5343533
      anykids |   .1687126   .4349819     0.39   0.698    -.6838363   1.021261
   naturalized |  -.6466087   .4671919    -1.38   0.166    -1.562288   .2690707
         age |   -.2376673   .1935204    -1.23   0.219    -.6169603   .1416258
       educ7 |   .0230283   .1244721     0.19   0.853    -.2209325   .2669892
        male |   .5682896   .4247809     1.34   0.181    -.2642658   1.400845
     mexican |   .0295311   .4581587     0.06   0.949    -.8684434   .9275057
     yearsusa |   .0013669   .0169072     0.08   0.936    -.0317707   .0345045
    knowsundoc |  -.1967051   .4518514    -0.44   0.663    -1.082318   .6889074
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+----------------------------------------------------------------
       /cut1 |    2.467235    1.18808                      .1386406    4.79583
-------------+----------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:    log likelihood =  -115.1172
Iteration 1:    log likelihood = -98.110586
Iteration 2:    log likelihood = -93.358996
Iteration 3:    log likelihood = -93.255505
Iteration 4:    log likelihood = -93.255461
Iteration 5:    log likelihood = -93.255461

Ordered logistic regression                     Number of obs   =      414
                                                LR chi2(9)      =    43.72
                                                Prob > chi2     =   0.0000
Log likelihood = -93.255461                     Pseudo R2       =   0.1899

-------------+----------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale |   .273339    .1167352     2.34   0.019     .0445423    .5021357
      anykids |  .4901575    .4325457     1.13   0.257    -.3576165    1.337932
   naturalized | -.5613431    .5711326    -0.98   0.326    -1.680742    .5580561
          age | -.2225523    .1902716    -1.17   0.242    -.5954778    .1503731
        educ7 | -.2960451    .1406474    -2.10   0.035    -.5717089   -.0203814
         male |  1.356122    .4170791     3.25   0.001     .5386615    2.173582
      mexican | -.7252161    .4857331    -1.49   0.135    -1.677235    .2268033
      yearsusa | -.0227096    .0189363    -1.20   0.230    -.0598241    .0144049
    knowsundoc |  .0854861    .4250651     0.20   0.841    -.7476263    .9185984
-------------+----------------------------------------------------------------
        /cut1 |  1.601811    .9763254                     -.3117514    3.515374
-------------+----------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:    log likelihood = -104.96586
Iteration 1:    log likelihood = -95.412879
Iteration 2:    log likelihood = -94.521952
Iteration 3:    log likelihood = -94.519589
Iteration 4:    log likelihood = -94.519589

Ordered logistic regression                     Number of obs   =      251
                                                LR chi2(9)      =    20.89
                                                Prob > chi2     =   0.0131
Log likelihood = -94.519589                     Pseudo R2       =   0.0995

-------------+----------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale | .3014168    .1168635     2.58   0.010     .0723685    .5304651
      anykids | .0923794    .4259638     0.22   0.828    -.7424943    .9272531
   naturalized |  -.911091    .4394524    -2.07   0.038    -1.772402   -.04978
          age | -.0404553    .2015765    -0.20   0.841     -.435538    .3546274
        educ7 | .1562989    .1165846     1.34   0.180    -.0722027    .3848004
         male |  -.179168    .3795418    -0.47   0.637    -.9230563    .5647202
      mexican |  1.050991    .4856425     2.16   0.030     .0991489    2.002833
      yearsusa | -.0145451    .0190403    -0.76   0.445    -.0518634    .0227733
    knowsundoc |   .140813    .4168044     0.34   0.735    -.6761086    .9577347
-------------+----------------------------------------------------------------
        /cut1 |  3.345582    1.04147                      1.304338    5.386826
-------------+----------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-> sanctuary = 0

Iteration 0:   log likelihood = -126.46103
Iteration 1:   log likelihood =  -104.4307
Iteration 2:   log likelihood = -100.08692
Iteration 3:   log likelihood = -100.02185
Iteration 4:   log likelihood = -100.02173
Iteration 5:   log likelihood = -100.02173

Ordered logistic regression                    Number of obs  =      335
                                               LR chi2(9)     =    52.88
                                               Prob > chi2    =   0.0000
Log likelihood = -100.02173                    Pseudo R2      =   0.2091
```

| av_police | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .7798549 | .1980465 | 3.94 | 0.000 | .3916909 | 1.168019 |
| anykids | -.1402564 | .3853817 | -0.36 | 0.716 | -.8955908 | .6150779 |
| naturalized | -.6263561 | .4095723 | -1.53 | 0.126 | -1.429103 | .1763909 |
| age | -.0799408 | .1718526 | -0.47 | 0.642 | -.4167658 | .2568841 |
| educ7 | .0316999 | .1117128 | 0.28 | 0.777 | -.1872531 | .250653 |
| male | .9839485 | .3912653 | 2.51 | 0.012 | .2170826 | 1.750815 |
| mexican | .3632693 | .4206417 | 0.86 | 0.388 | -.4611732 | 1.187712 |
| yearsusa | -.0123095 | .0156121 | -0.79 | 0.430 | -.0429086 | .0182896 |
| knowsundoc | .9312061 | .4488898 | 2.07 | 0.038 | .0513982 | 1.811014 |
| /cut1 | 3.637424 | 1.090737 | | | 1.499618 | 5.775229 |

```
-> sanctuary = 1

Iteration 0:   log likelihood =  -158.3981
Iteration 1:   log likelihood =  -138.9472
Iteration 2:   log likelihood = -136.02387
Iteration 3:   log likelihood = -135.98638
Iteration 4:   log likelihood = -135.98634
Iteration 5:   log likelihood = -135.98634

Ordered logistic regression                    Number of obs  =      414
                                               LR chi2(9)     =    44.82
                                               Prob > chi2    =   0.0000
Log likelihood = -135.98634                    Pseudo R2      =   0.1415
```

| av_police | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .6172842 | .1625282 | 3.80 | 0.000 | .2987349 | .9358336 |
| anykids | .3181509 | .3434392 | 0.93 | 0.354 | -.3549777 | .9912794 |
| naturalized | .0073616 | .3865905 | 0.02 | 0.985 | -.7503418 | .7650651 |
| age | -.0321165 | .1466639 | -0.22 | 0.827 | -.3195724 | .2553393 |
| educ7 | -.0792764 | .103666 | -0.76 | 0.444 | -.2824581 | .1239053 |
| male | .3975181 | .3291368 | 1.21 | 0.227 | -.2475782 | 1.042614 |
| mexican | .4862673 | .3801548 | 1.28 | 0.201 | -.2588223 | 1.231357 |
| yearsusa | -.0324789 | .0144372 | -2.25 | 0.024 | -.0607753 | -.0041825 |
| knowsundoc | .8823055 | .3662355 | 2.41 | 0.016 | .164497 | 1.600114 |
| /cut1 | 2.872337 | .8066272 | | | 1.291377 | 4.453297 |

```
-> sanctuary = 2

Iteration 0:   log likelihood = -134.47028
Iteration 1:   log likelihood = -122.54633
Iteration 2:   log likelihood = -121.92917
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 3:   log likelihood = -121.92815
Iteration 4:   log likelihood = -121.92815

Ordered logistic regression                      Number of obs =     251
                                                 LR chi2(9)    =   25.08
                                                 Prob > chi2   =  0.0029
Log likelihood = -121.92815                      Pseudo R2     =  0.0933
```

| av_police | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .550304 | .1662084 | 3.31 | 0.001 | .2245415 | .8760664 |
| anykids | .2241856 | .3636144 | 0.62 | 0.538 | -.4884855 | .9368566 |
| naturalized | -.4992455 | .3609307 | -1.38 | 0.167 | -1.206657 | .2081656 |
| age | -.1641473 | .1720531 | -0.95 | 0.340 | -.5013652 | .1730706 |
| educ7 | .119551 | .0977189 | 1.22 | 0.221 | -.0719745 | .3110765 |
| male | -.0575579 | .3246135 | -0.18 | 0.859 | -.6937887 | .5786729 |
| mexican | .6677321 | .3957199 | 1.69 | 0.092 | -.1078646 | 1.443329 |
| yearsusa | -.0017331 | .0162473 | -0.11 | 0.915 | -.0335773 | .0301111 |
| knowsundoc | .3722551 | .3521184 | 1.06 | 0.290 | -.3178843 | 1.062395 |
| /cut1 | 2.492238 | .8445429 | | | .8369639 | 4.147511 |

```
----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -126.46103
Iteration 1:   log likelihood = -109.70696
Iteration 2:   log likelihood = -107.19875
Iteration 3:   log likelihood = -107.17389
Iteration 4:   log likelihood = -107.17387
Iteration 5:   log likelihood = -107.17387

Ordered logistic regression                      Number of obs =     335
                                                 LR chi2(9)    =   38.57
                                                 Prob > chi2   =  0.0000
Log likelihood = -107.17387                      Pseudo R2     =  0.1525
```

| av_police | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_fam | .3188419 | .1935001 | 1.65 | 0.099 | -.0604113 | .698095 |
| anykids | -.1434312 | .3706662 | -0.39 | 0.699 | -.8699236 | .5830611 |
| naturalized | -.8456264 | .3973374 | -2.13 | 0.033 | -1.624393 | -.0668594 |
| age | -.1614803 | .1616766 | -1.00 | 0.318 | -.4783605 | .1554 |
| educ7 | -.0225552 | .106769 | -0.21 | 0.833 | -.2318187 | .1867083 |
| male | .956117 | .3784313 | 2.53 | 0.012 | .2144053 | 1.697829 |
| mexican | .5052232 | .414218 | 1.22 | 0.223 | -.3066292 | 1.317076 |
| yearsusa | -.017998 | .0149947 | -1.20 | 0.230 | -.0473871 | .0113912 |
| knowsundoc | .8316042 | .4447464 | 1.87 | 0.062 | -.0400828 | 1.703291 |
| /cut1 | 2.313154 | 1.019918 | | | .314152 | 4.312157 |

```
----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood =  -158.3981
Iteration 1:   log likelihood =  -144.5007
Iteration 2:   log likelihood = -142.77721
Iteration 3:   log likelihood = -142.76887
Iteration 4:   log likelihood = -142.76886

Ordered logistic regression                      Number of obs =     414
                                                 LR chi2(9)    =   31.26
                                                 Prob > chi2   =  0.0003
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Log likelihood = -142.76886                    Pseudo R2      = 0.0987

------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
     worry_fam |   .2074093   .1670131     1.24   0.214    -.1199303    .5347489
      anykids |   .3970703   .3345924     1.19   0.235    -.2587188    1.052859
   naturalized |  -.0548535   .3815523    -0.14   0.886    -.8026822    .6929753
          age |  -.0956019   .1402359    -0.68   0.495    -.3704592    .1792554
        educ7 |   -.096683   .1027038    -0.94   0.347    -.2979787    .1046128
         male |   .4433086    .321884     1.38   0.168    -.1875724    1.07419
      mexican |   .4829529   .3713932     1.30   0.193    -.2449643    1.21087
      yearsusa |  -.0305009    .013772    -2.21   0.027    -.0574935   -.0035083
    knowsundoc |   .8976113   .3672739     2.44   0.015     .1777677    1.617455
--------------+---------------------------------------------------------------
         /cut1 |   2.156945   .7801618                      .6278559    3.686034
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -134.47028
Iteration 1:   log likelihood =  -124.9942
Iteration 2:   log likelihood = -124.58724
Iteration 3:   log likelihood = -124.58592
Iteration 4:   log likelihood = -124.58592

Ordered logistic regression                    Number of obs  =     251
                                               LR chi2(9)     =   19.77
                                               Prob > chi2    =  0.0194
Log likelihood = -124.58592                     Pseudo R2      =  0.0735

------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
     worry_fam |   .4267629    .176806     2.41   0.016     .0802295    .7732962
      anykids |   .2551614   .3579243     0.71   0.476    -.4463574    .9566801
   naturalized |  -.4872817   .3551196    -1.37   0.170    -1.183303    .2087399
          age |  -.1784505   .1677728    -1.06   0.287    -.5072792    .1503781
        educ7 |   .1554964    .097357     1.60   0.110    -.0353198    .3463127
         male |   -.117464   .3189916    -0.37   0.713     -.742676    .5077479
      mexican |   .6926673   .3939558     1.76   0.079    -.0794709    1.464807
      yearsusa |  -.0080463   .0155671    -0.52   0.605    -.0385574    .0224647
    knowsundoc |   .2680232   .3585122     0.75   0.455    -.4346478    .9706942
--------------+---------------------------------------------------------------
         /cut1 |   2.315002   .8400801                      .6684753    3.961529
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -126.46103
Iteration 1:   log likelihood = -106.42214
Iteration 2:   log likelihood = -102.95331
Iteration 3:   log likelihood =  -102.9058
Iteration 4:   log likelihood = -102.90573
Iteration 5:   log likelihood = -102.90573

Ordered logistic regression                    Number of obs  =     335
                                               LR chi2(9)     =   47.11
                                               Prob > chi2    =  0.0000
Log likelihood = -102.90573                     Pseudo R2      =  0.1863

------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
    worryscale |   .3703925   .1145267     3.23   0.001     .1459244    .5948607
```

p.185

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      anykids |  -.1571748   .3793185    -0.41   0.679    -.9006254    .5862758
   naturalized |  -.6795598   .4065799    -1.67   0.095    -1.476442    .1173221
          age |  -.1199193   .1675694    -0.72   0.474    -.4483493    .2085108
         educ7 |   .0188795   .1100364     0.17   0.864    -.1967879     .234547
         male |   1.002568   .3864681     2.59   0.009     .2451046    1.760032
       mexican |   .3813118   .4194499     0.91   0.363     -.440795    1.203419
       yearsusa |   -.013541   .0153856    -0.88   0.379    -.0436962    .0166142
     knowsundoc |   .8444309   .4464775     1.89   0.059    -.0306488    1.719511
-------------+----------------------------------------------------------------
        /cut1 |    3.36721   1.106058                       1.199377    5.535043
------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood =  -158.3981
Iteration 1:   log likelihood = -141.55016
Iteration 2:   log likelihood =  -139.2343
Iteration 3:   log likelihood = -139.20551
Iteration 4:   log likelihood = -139.20549
Iteration 5:   log likelihood = -139.20549

Ordered logistic regression                     Number of obs   =      414
                                                LR chi2(9)      =    38.39
                                                Prob > chi2     =   0.0000
Log likelihood = -139.20549                     Pseudo R2       =   0.1212

------------------------------------------------------------------------------
     av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worryscale |   .2717087    .093947     2.89   0.004     .087576    .4558413
       anykids |   .3426293   .339454      1.01   0.313    -.3226884   1.007947
   naturalized |   .0231141   .3850161     0.06   0.952    -.7315037    .7777318
          age |  -.0571151   .1430555    -0.40   0.690    -.3374988    .2232685
         educ7 |  -.0890452   .1032951    -0.86   0.389    -.2914999    .1134095
         male |   .4457883    .325197     1.37   0.170     -.191586    1.083163
       mexican |   .5014883   .3764497     1.33   0.183    -.2363395    1.239316
       yearsusa |  -.0313774   .0141147    -2.22   0.026    -.0590475   -.0037073
     knowsundoc |   .8270994   .3649338     2.27   0.023     .1118422    1.542357
-------------+----------------------------------------------------------------
        /cut1 |   2.756828   .8167631                       1.156001    4.357654
------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -134.47028
Iteration 1:   log likelihood = -122.75613
Iteration 2:   log likelihood = -122.13452
Iteration 3:   log likelihood = -122.13201
Iteration 4:   log likelihood = -122.13201

Ordered logistic regression                     Number of obs   =      251
                                                LR chi2(9)      =    24.68
                                                Prob > chi2     =   0.0034
Log likelihood = -122.13201                     Pseudo R2       =   0.0918

------------------------------------------------------------------------------
     av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worryscale |   .3171872   .0988245     3.21   0.001     .1234948    .5108796
       anykids |   .2198011   .3628905     0.61   0.545    -.4914512    .9310534
   naturalized |  -.4793698   .3602846    -1.33   0.183    -1.185515    .2267751
          age |  -.1850524   .1723886    -1.07   0.283    -.5229278    .1528231
         educ7 |   .1435541   .0976689     1.47   0.142    -.0478735    .3349817
         male |  -.0448488   .3249027    -0.14   0.890    -.6816464    .5919488
       mexican |   .6909131   .3989396     1.73   0.083    -.0909942     1.47282
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
  yearsusa |  -.0031229    .0160752    -0.19   0.846    -.0346297     .028384
 knowsundoc |   .263495    .3560362     0.74   0.459    -.4343231    .9613131
-----------+----------------------------------------------------------------
     /cut1 |  2.645495    .8650436                       .9500409     4.34095
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -109.99728
Iteration 1:   log likelihood = -94.007263
Iteration 2:   log likelihood = -90.172028
Iteration 3:   log likelihood = -90.126934
Iteration 4:   log likelihood = -90.126855
Iteration 5:   log likelihood = -90.126855

Ordered logistic regression                    Number of obs   =      335
                                               LR chi2(9)      =    39.74
                                               Prob > chi2     =   0.0000
Log likelihood = -90.126855                    Pseudo R2       =   0.1806

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .8043559    .208622      3.86   0.000     .3954643    1.213248
     anykids |  .6582191    .4336245     1.52   0.129    -.1916693    1.508108
  naturalized| -.3719092    .4378906    -0.85   0.396    -1.230159    .4863407
         age | -.2458152    .1989444    -1.24   0.217     -.635739    .1441087
       educ7 | -.0583649    .121177     -0.48   0.630    -.2958675    .1791377
        male |  .2768013    .4009642     0.69   0.490    -.5090742    1.062677
     mexican |  .7722717    .484453      1.59   0.111    -.1772387    1.721782
    yearsusa |  .0051054    .0171681     0.30   0.766    -.0285435    .0387544
  knowsundoc | -.3218124    .4342009    -0.74   0.459     -1.17283    .5292057
-------------+----------------------------------------------------------------
       /cut1 |  2.982006    1.139949                      .7477466    5.216265
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -152.54336
Iteration 1:   log likelihood = -136.84432
Iteration 2:   log likelihood = -134.91768
Iteration 3:   log likelihood = -134.90489
Iteration 4:   log likelihood = -134.90489

Ordered logistic regression                    Number of obs   =      414
                                               LR chi2(9)      =    35.28
                                               Prob > chi2     =   0.0001
Log likelihood = -134.90489                    Pseudo R2       =   0.1156

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .4013209    .1629254     2.46   0.014     .0819929    .7206489
     anykids |  .3084023    .3431645     0.90   0.369    -.3641952    .9809997
  naturalized| -.1121024    .4080753    -0.27   0.784    -.9119116    .6877069
         age | -.0396415    .1464888    -0.27   0.787    -.3267544    .2474713
       educ7 | -.0608532    .1049883    -0.58   0.562    -.2666264     .14492
        male |  .5745429    .3319264     1.73   0.083    -.0760209    1.225107
     mexican | -.4273728    .3829086    -1.12   0.264     -1.17786    .3231143
    yearsusa | -.0271771    .0144235    -1.88   0.060    -.0554467    .0010925
  knowsundoc |  .8188133    .3603368     2.27   0.023     .1125661     1.52506
-------------+----------------------------------------------------------------
       /cut1 |   2.30647    .7846611                      .7685622    3.844377
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -114.94916
Iteration 1:   log likelihood = -98.084763
Iteration 2:   log likelihood = -95.859227
Iteration 3:   log likelihood = -95.833161
Iteration 4:   log likelihood = -95.833156

Ordered logistic regression                      Number of obs =     251
                                                 LR chi2(9)    =   38.23
                                                 Prob > chi2   =  0.0000
Log likelihood = -95.833156                      Pseudo R2     =  0.1663

---------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-------------------------------------------------------------------
worry_deport |   .5178007   .1954534     2.65   0.008     .1347191    .9008822
     anykids |   .5278942   .4242233     1.24   0.213    -.3035681    1.359356
  naturalized |  -1.443799   .4536825    -3.18   0.001    -2.333001   -.5545978
         age |   -.045079   .1982662    -0.23   0.820    -.4336737    .3435157
       educ7 |   .0822488   .1143568     0.72   0.472    -.1418864     .306384
        male |   -.243388   .3719268    -0.65   0.513    -.9723512    .4855752
     mexican |   1.033161   .4659195     2.22   0.027     .1199752    1.946346
    yearsusa |  -.0024907   .0186966    -0.13   0.894    -.0391353    .0341539
   knowsundoc |   1.211454   .4658775     2.60   0.009     .2983512    2.124557
-------------+-------------------------------------------------------------------
       /cut1 |    3.78221   1.013916                       1.794971    5.769448
---------------------------------------------------------------------------------


---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -109.99728
Iteration 1:   log likelihood = -99.37207
Iteration 2:   log likelihood = -98.010241
Iteration 3:   log likelihood = -98.001757
Iteration 4:   log likelihood = -98.001755

Ordered logistic regression                      Number of obs =     335
                                                 LR chi2(9)    =   23.99
                                                 Prob > chi2   =  0.0043
Log likelihood = -98.001755                      Pseudo R2     =  0.1091

---------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-------------------------------------------------------------------
    worry_fam |   .1740317   .1978181     0.88   0.379    -.2136846     .561748
     anykids |   .6041403   .4181614     1.44   0.149    -.2154409    1.423721
  naturalized |  -.6763257   .4152853    -1.63   0.103     -1.49027    .1376185
         age |   -.308785   .1862777    -1.66   0.097    -.6738826    .0563126
       educ7 |  -.1189965   .1164334    -1.02   0.307    -.3472018    .1092087
        male |   .2808532      .38612     0.73   0.467     -.475928    1.037634
     mexican |   .9716621   .4764244     2.04   0.041     .0378874    1.905437
    yearsusa |  -.0035032   .0162325    -0.22   0.829    -.0353184    .0283125
   knowsundoc |  -.3401788   .4225473    -0.81   0.421    -1.168356    .4879986
-------------+-------------------------------------------------------------------
       /cut1 |   1.373655   1.066933                      -.7174955    3.464805
---------------------------------------------------------------------------------


---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -152.54336
Iteration 1:   log likelihood = -138.99201
Iteration 2:   log likelihood = -137.48265
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 3:   log likelihood = -137.47425
Iteration 4:   log likelihood = -137.47425

Ordered logistic regression                     Number of obs =     414
                                                LR chi2(9)    =   30.14
                                                Prob > chi2   =  0.0004
Log likelihood = -137.47425                     Pseudo R2     =  0.0988

------------------------------------------------------------------------------
 av_medical |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
   worry_fam |    .168299   .1696667     0.99   0.321    -.1642416    .5008397
     anykids |   .3472117   .3395749     1.02   0.307    -.3183428   1.012766
 naturalized |  -.1703751    .408563    -0.42   0.677    -.9711439   .6303936
         age |  -.0748957   .1423708    -0.53   0.599    -.3539373   .2041459
       educ7 |  -.0699645   .1052696    -0.66   0.506    -.2762892   .1363602
        male |   .6152597   .3295339     1.87   0.062    -.0306148   1.261134
     mexican |  -.4048305   .3800048    -1.07   0.287    -1.149626   .3399651
     yearsusa |  -.0261618    .014161    -1.85   0.065    -.0539169   .0015932
   knowsundoc |   .8005766   .3658635     2.19   0.029     .0834974   1.517656
------------+-----------------------------------------------------------------
        /cut1 |     1.9261   .7799256                       .3974735   3.454726
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -114.94916
Iteration 1:   log likelihood = -99.866807
Iteration 2:   log likelihood = -97.911634
Iteration 3:   log likelihood = -97.893665
Iteration 4:   log likelihood = -97.893655

Ordered logistic regression                     Number of obs =     251
                                                LR chi2(9)    =   34.11
                                                Prob > chi2   =  0.0001
Log likelihood = -97.893655                     Pseudo R2     =  0.1484

------------------------------------------------------------------------------
 av_medical |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
   worry_fam |   .3597728    .207026     1.74   0.082    -.0459907   .7655364
     anykids |   .5748611   .4202779     1.37   0.171    -.2488685   1.398591
 naturalized |  -1.433155   .4485104    -3.20   0.001    -2.312219  -.5540909
         age |   -.053908   .1940056    -0.28   0.781     -.434152   .3263361
       educ7 |   .1149971   .1133124     1.01   0.310    -.1070911   .3370853
        male |  -.2908916   .3665238    -0.79   0.427    -1.009265   .4274818
     mexican |   1.059357   .4643808     2.28   0.023     .1491869   1.969526
     yearsusa |  -.0102099   .0180376    -0.57   0.571    -.0455629    .025143
   knowsundoc |   1.139274   .4700166     2.42   0.015      .218058   2.060489
------------+-----------------------------------------------------------------
        /cut1 |   3.549353   1.001531                      1.586388   5.512318
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -109.99728
Iteration 1:   log likelihood = -96.702992
Iteration 2:   log likelihood = -94.462603
Iteration 3:   log likelihood = -94.444408
Iteration 4:   log likelihood = -94.444395
Iteration 5:   log likelihood = -94.444395

Ordered logistic regression                     Number of obs =     335
                                                LR chi2(9)    =   31.11
                                                Prob > chi2   =  0.0003
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Log likelihood = -94.444395                    Pseudo R2     = 0.1414

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .3131675   .1146861     2.73   0.006     .0883868    .5379481
      anykids |   .6151417   .4248513     1.45   0.148    -.2175517    1.447835
  naturalized |  -.4957055   .4286208    -1.16   0.247    -1.335787    .3443759
          age |  -.2763346   .1919487    -1.44   0.150    -.6525471    .0998778
        educ7 |  -.0751027   .1188937    -0.63   0.528      -.30813    .1579246
         male |   .3141817   .3933223     0.80   0.424    -.4567158    1.085079
      mexican |    .842657   .4800263     1.76   0.079    -.0981772    1.783491
     yearsusa |   .0013667   .0166773     0.08   0.935    -.0313203    .0340536
    knowsundoc |  -.381728   .4266879    -0.89   0.371    -1.218021    .4545648
-------------+----------------------------------------------------------------
        /cut1 |   2.445361   1.142814                      .2054867    4.685235
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -152.54336
Iteration 1:   log likelihood = -137.78181
Iteration 2:   log likelihood = -136.02839
Iteration 3:   log likelihood = -136.01698
Iteration 4:   log likelihood = -136.01697

Ordered logistic regression                    Number of obs =     414
                                               LR chi2(9)    =   33.05
                                               Prob > chi2   =  0.0001
Log likelihood = -136.01697                    Pseudo R2     =  0.1083

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .1851008   .0944243     1.96   0.050     .0000325     .370169
      anykids |   .3213888   .3418277     0.94   0.347    -.3485812    .9913588
  naturalized |  -.1085737   .4098975    -0.26   0.791     -.911958    .6948107
          age |  -.0524458   .1442632    -0.36   0.716    -.3351965     .230305
        educ7 |  -.0658499    .105331    -0.63   0.532    -.2722948    .1405951
         male |   .6042892   .3307351     1.83   0.068    -.0439397    1.252518
      mexican |  -.4061159   .3816348    -1.06   0.287    -1.154106    .3418746
     yearsusa |  -.0264827   .0143082    -1.85   0.064    -.0545262    .0015608
   knowsundoc |   .7659775   .3616587     2.12   0.034     .0571396    1.474816
-------------+----------------------------------------------------------------
        /cut1 |   2.270879   .8016206                       .699731    3.842026
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -114.94916
Iteration 1:   log likelihood =  -98.489017
Iteration 2:   log likelihood =  -96.245271
Iteration 3:   log likelihood =  -96.221865
Iteration 4:   log likelihood =  -96.221848
Iteration 5:   log likelihood =  -96.221848

Ordered logistic regression                    Number of obs =     251
                                               LR chi2(9)    =   37.45
                                               Prob > chi2   =  0.0000
Log likelihood = -96.221848                    Pseudo R2     =  0.1629

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .2875506    .116119     2.48   0.013     .0599615    .5151397
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      anykids |   .5291054   .423002     1.25   0.211    -.2999633    1.358174
   naturalized | -1.438465    .4525277   -3.18   0.001    -2.325403   -.5515272
          age |  -.0626141   .1985669   -0.32   0.753    -.4517982    .3265699
         educ7 |  .1035593    .1138346    0.91   0.363    -.1195524    .3266711
          male |   -.23432    .3714054   -0.63   0.528    -.9622612    .4936212
       mexican |  1.070264    .4679032    2.29   0.022     .1531903    1.987337
      yearsusa |  -.0049392   .0184817   -0.27   0.789    -.0411626    .0312843
     knowsundoc |  1.123616    .4676138    2.40   0.016     .2071102    2.040123
-------------+----------------------------------------------------------------
         /cut1 |  3.886469    1.033522                     1.860802    5.912136
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -105.56914
Iteration 1:   log likelihood = -95.712962
Iteration 2:   log likelihood = -94.29777
Iteration 3:   log likelihood = -94.293522
Iteration 4:   log likelihood = -94.293522

Ordered logistic regression                     Number of obs =      335
                                                LR chi2(9)    =    22.55
                                                Prob > chi2   =   0.0073
Log likelihood = -94.293522                     Pseudo R2     =   0.1068

------------------------------------------------------------------------------
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worry_deport |  .3997333    .2006581    1.99   0.046     .0064507     .793016
      anykids |   .175755    .4124538    0.43   0.670    -.6326395    .9841496
   naturalized |  -.0125261   .4292498   -0.03   0.977    -.8538403    .8287881
          age |  -.3575436   .1896014   -1.89   0.059    -.7291555    .0140683
         educ7 |  -.1669448   .1230659   -1.36   0.175    -.4081496      .07426
          male |  .4372843    .3981574    1.10   0.272    -.3430901    1.217659
       mexican |  .1710788    .4375037    0.39   0.696    -.6864126     1.02857
      yearsusa |  -.0051636   .0169593   -0.30   0.761    -.0384033    .0280761
     knowsundoc |  .2548784    .4416998    0.58   0.564    -.6108374    1.120594
-------------+----------------------------------------------------------------
         /cut1 |  1.227622    1.081996                    -.8930514    3.348296
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -129.23235
Iteration 1:   log likelihood = -118.15712
Iteration 2:   log likelihood = -116.80994
Iteration 3:   log likelihood = -116.80679
Iteration 4:   log likelihood = -116.80679

Ordered logistic regression                     Number of obs =      414
                                                LR chi2(9)    =    24.85
                                                Prob > chi2   =   0.0031
Log likelihood = -116.80679                     Pseudo R2     =   0.0961

------------------------------------------------------------------------------
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worry_deport |  .2946688    .1753182    1.68   0.093    -.0489485    .6382861
      anykids |  .4125585    .3808241    1.08   0.279     -.333843     1.15896
   naturalized |  -.5479206   .4693528   -1.17   0.243    -1.467835     .371994
          age |  -.1870255   .1692986   -1.10   0.269    -.5188447    .1447937
         educ7 |  -.2146893   .1220137   -1.76   0.078    -.4538319    .0244532
          male |  .7140728    .3629721    1.97   0.049     .0026606    1.425485
       mexican |  -.6900797   .4142748   -1.67   0.096    -1.502043    .1218839
      yearsusa |  .0003973    .0153346    0.03   0.979    -.0296579    .0304525
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
knowsundoc |   .1624062   .3761688     0.43   0.666    -.5748712   .8996835
-----------+----------------------------------------------------------------
     /cut1 |   1.398659   .8528688                     -.2729326   3.070252
-------------------------------------------------------------------------------

-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -87.787656
Iteration 1:   log likelihood = -75.555634
Iteration 2:   log likelihood = -73.056131
Iteration 3:   log likelihood = -73.025102
Iteration 4:   log likelihood = -73.025095

Ordered logistic regression                     Number of obs   =     251
                                                LR chi2(9)      =   29.53
                                                Prob > chi2     =  0.0005
Log likelihood = -73.025095                     Pseudo R2       =  0.1682

------------------------------------------------------------------------------
     av_work |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .637966    .2336318     2.73   0.006     .1800562   1.095876
     anykids |  -.0286027   .4847681    -0.06   0.953    -.9787306   .9215253
  naturalized | -1.828273   .6100631    -3.00   0.003    -3.023975  -.6325716
         age |  -.4527016   .2650014    -1.71   0.088    -.9720948   .0666916
       educ7 |   .1267329   .1397256     0.91   0.364    -.1471242   .4005901
        male |   .0245973   .4383172     0.06   0.955    -.8344887   .8836832
     mexican |   .8727809   .54575       1.60   0.110    -.1968695   1.942431
     yearsusa |  .0034837   .0242417     0.14   0.886    -.0440292   .0509967
  knowsundoc |   .4117614   .4954835     0.83   0.406    -.5593684   1.382891
-------------+----------------------------------------------------------------
       /cut1 |  2.455187   1.109838                      .2799445   4.63043
------------------------------------------------------------------------------

-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -105.56914
Iteration 1:   log likelihood = -96.598544
Iteration 2:   log likelihood = -95.554839
Iteration 3:   log likelihood = -95.552282
Iteration 4:   log likelihood = -95.552282

Ordered logistic regression                     Number of obs   =     335
                                                LR chi2(9)      =   20.03
                                                Prob > chi2     =  0.0177
Log likelihood = -95.552282                     Pseudo R2       =  0.0949

------------------------------------------------------------------------------
     av_work |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .2503861   .2063315     1.21   0.225    -.1540162   .6547885
     anykids |   .1293745   .4104215     0.32   0.753    -.6750369   .933786
  naturalized | -.1369586   .4202388    -0.33   0.744    -.9606116   .6866943
         age |  -.3961708   .1853146    -2.14   0.033    -.7593808  -.0329607
       educ7 |  -.1844324   .1215437    -1.52   0.129    -.4226541   .0537893
        male |   .458168    .3972636     1.15   0.249    -.3204543   1.23679
     mexican |   .2149242   .4367003     0.49   0.623    -.6409926   1.070841
     yearsusa |  -.0082693  .0166267    -0.50   0.619    -.0408571   .0243184
  knowsundoc |   .1832987   .444649      0.41   0.680    -.6881972   1.054795
-------------+----------------------------------------------------------------
       /cut1 |   .72747    1.048247                     -1.327056   2.781996
------------------------------------------------------------------------------

-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-> sanctuary = 1

Iteration 0:   log likelihood = -129.23235
Iteration 1:   log likelihood = -119.14165
Iteration 2:   log likelihood = -118.00821
Iteration 3:   log likelihood = -118.00575
Iteration 4:   log likelihood = -118.00575

Ordered logistic regression                    Number of obs  =     414
                                                LR chi2(9)     =   22.45
                                                Prob > chi2    =  0.0075
Log likelihood = -118.00575                     Pseudo R2      =  0.0869

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .1181178   .1817682     0.65   0.516    -.2381412    .4743769
      anykids |   .4317013   .3791893     1.14   0.255    -.3114961    1.174899
   naturalized |  -.5992985   .4716998    -1.27   0.204    -1.523813    .3252162
          age |  -.1979118   .1667087    -1.19   0.235     -.524655    .1288313
        educ7 |  -.2214093   .1228093    -1.80   0.071     -.462111    .0192925
         male |   .7323857   .3622662     2.02   0.043      .022357    1.442414
      mexican |   -.691051   .4134597    -1.67   0.095    -1.501417    .1193152
     yearsusa |   .0004084   .0151492     0.03   0.978    -.0292732    .0300899
    knowsundoc |   .1591865   .3826471     0.42   0.677     -.590788     .909161
-------------+----------------------------------------------------------------
        /cut1 |   1.139621   .8616748                       -.549231    2.828472
------------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -87.787656
Iteration 1:   log likelihood = -78.425648
Iteration 2:   log likelihood =  -76.79987
Iteration 3:   log likelihood = -76.788244
Iteration 4:   log likelihood = -76.788243

Ordered logistic regression                    Number of obs  =     251
                                                LR chi2(9)     =   22.00
                                                Prob > chi2    =  0.0089
Log likelihood = -76.788243                     Pseudo R2      =  0.1253

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .1393302   .2371462     0.59   0.557    -.3254678    .6041283
      anykids |   .1035133   .4719089     0.22   0.826    -.8214111    1.028438
   naturalized |  -1.780731   .5968939    -2.98   0.003    -2.950622   -.6108406
          age |  -.3896097   .2457601    -1.59   0.113    -.8712907    .0920712
        educ7 |   .1437465   .1352407     1.06   0.288    -.1213205    .4088135
         male |  -.1109018   .4278436    -0.26   0.795    -.9494598    .7276562
      mexican |   .8348859   .5336176     1.56   0.118    -.2109853    1.880757
     yearsusa |   -.008438   .0229604    -0.37   0.713    -.0534395    .0365635
    knowsundoc |   .4793411   .4972514     0.96   0.335    -.4952537    1.453936
-------------+----------------------------------------------------------------
        /cut1 |   1.763591   1.082014                      -.3571178    3.884301
------------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -105.56914
Iteration 1:   log likelihood = -95.866973
Iteration 2:   log likelihood = -94.608522
Iteration 3:   log likelihood = -94.604895
Iteration 4:   log likelihood = -94.604894
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                    Number of obs =     335
                                               LR chi2(9)    =   21.93
                                               Prob > chi2   =  0.0091
Log likelihood = -94.604894                    Pseudo R2     =  0.1039

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .2120588   .1162573     1.82   0.068    -.0158013    .4399188
      anykids |   .1436555   .4119688     0.35   0.727    -.6637885    .9510995
  naturalized |  -.0411541   .4278253    -0.10   0.923    -.8796762    .7973681
          age |  -.3746961   .1878997    -1.99   0.046    -.7429728   -.0064195
        educ7 |  -.1678652   .1228063    -1.37   0.172    -.4085611    .0728307
         male |   .4623665   .3985424     1.16   0.246    -.3187622    1.243495
      mexican |   .1633785      .43841    0.37   0.709    -.6958894    1.022646
     yearsusa |   -.006041   .0168551    -0.36   0.720    -.0390764    .0269945
    knowsundoc |   .1991393   .4424641     0.45   0.653    -.6680744    1.066353
-------------+----------------------------------------------------------------
       /cut1 |   1.174513   1.101743                      -.984864    3.333891
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -129.23235
Iteration 1:   log likelihood = -118.62092
Iteration 2:   log likelihood = -117.36831
Iteration 3:   log likelihood =  -117.3654
Iteration 4:   log likelihood =  -117.3654

Ordered logistic regression                    Number of obs =     414
                                               LR chi2(9)    =   23.73
                                               Prob > chi2   =  0.0047
Log likelihood = -117.3654                     Pseudo R2     =  0.0918

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .1298189   .0997233     1.30   0.193    -.0656352    .3252729
      anykids |   .4182687   .3801944     1.10   0.271    -.3268986    1.163436
  naturalized |  -.5524149   .4717446    -1.17   0.242    -1.477017    .3721876
          age |  -.1892646   .1676918    -1.13   0.259    -.5179344    .1394052
        educ7 |  -.2178441   .1226119    -1.78   0.076    -.4581591    .0224708
         male |   .7316031   .3625761     2.02   0.044     .020967    1.442239
      mexican |  -.6838507   .4142516    -1.65   0.099    -1.495769    .1280675
     yearsusa |   .0005094   .0152403     0.03   0.973    -.0293611    .0303799
    knowsundoc |   .1326352    .378456     0.35   0.726    -.6091251    .8743954
-------------+----------------------------------------------------------------
       /cut1 |   1.370189   .8734419                      -.3417261    3.082103
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -87.787656
Iteration 1:   log likelihood = -77.129298
Iteration 2:   log likelihood = -75.104845
Iteration 3:   log likelihood = -75.088044
Iteration 4:   log likelihood = -75.088042

Ordered logistic regression                    Number of obs =     251
                                               LR chi2(9)    =   25.40
                                               Prob > chi2   =  0.0026
Log likelihood = -75.088042                    Pseudo R2     =  0.1447

------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |  .2536767    .1340383      1.89   0.058    -.0090336    .516387
      anykids |  .0301284    .4770186      0.06   0.950    -.9048109   .9650677
  naturalized | -1.79037     .6027626     -2.97   0.003    -2.971763   -.608977
          age | -.4402219    .258184      -1.71   0.088    -.9462533   .0658095
        educ7 |  .1431614    .1369718      1.05   0.296    -.1252984   .4116213
         male | -.0134396    .4331296     -0.03   0.975    -.8623581   .8354789
      mexican |  .8844908    .53981        1.64   0.101    -.1735173   1.942499
      yearsusa | -.0015838   .0237016     -0.07   0.947    -.0480382   .0448706
     knowsundoc |  .3766919   .49558        0.76   0.447    -.5946271   1.348011
-------------+----------------------------------------------------------------
        /cut1 |  2.29489     1.116676                       .1062457   4.483535
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -124.50482
Iteration 1:   log likelihood = -104.50416
Iteration 2:   log likelihood = -100.26105
Iteration 3:   log likelihood = -100.17869
Iteration 4:   log likelihood = -100.17867
Iteration 5:   log likelihood = -100.17867

Ordered logistic regression                     Number of obs =      335
                                                 LR chi2(9)    =   48.65
                                                 Prob > chi2   =  0.0000
Log likelihood = -100.17867                      Pseudo R2     =  0.1954
```

```
------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |  .4867317   .1911481      2.55   0.011     .1120884    .861375
      anykids | -.4105917    .3821638     -1.07   0.283    -1.159619   .3384357
  naturalized |  .3060995    .3983027      0.77   0.442    -.4745594  1.086758
          age | -.2738501    .1712752     -1.60   0.110    -.6095434   .0618432
        educ7 |  .0494719    .1142313      0.43   0.665    -.1744174   .2733612
         male |  .2592016    .3723832      0.70   0.486    -.470656    .9890592
      mexican |  .7860643    .430058       1.83   0.068    -.0568338   1.628962
      yearsusa | -.0408224   .0172894     -2.36   0.018    -.0747091  -.0069357
     knowsundoc |  1.51917    .4926355      3.08   0.002     .5536221   2.484718
-------------+----------------------------------------------------------------
        /cut1 |  2.501114    1.081995                       .3804435   4.621784
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -144.20668
Iteration 2:   log likelihood = -141.7867
Iteration 3:   log likelihood = -141.75773
Iteration 4:   log likelihood = -141.75771
Iteration 5:   log likelihood = -141.75771

Ordered logistic regression                     Number of obs =      414
                                                 LR chi2(9)    =   40.87
                                                 Prob > chi2   =  0.0000
Log likelihood = -141.75771                      Pseudo R2     =  0.1260
```

```
------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |  .3100145   .1579134      1.96   0.050     .00051     .6195191
      anykids | -.2631886    .3201602     -0.82   0.411    -.8906911    .364314
  naturalized | -.3368549    .3993973     -0.84   0.399    -1.119659   .4459495
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
         age |  -.316887   .1423528    -2.23   0.026    -.5958935   -.0378806
       educ7 | -.0980132   .1051298    -0.93   0.351    -.3040638    .1080374
        male |   .6510242    .322268     2.02   0.043     .0193904    1.282658
     mexican | -.1242651   .3688083    -0.34   0.736    -.8471162    .5985859
     yearsusa | -.0334372   .0145865    -2.29   0.022    -.0620242   -.0048502
    knowsundoc | -.1559389   .3209476    -0.49   0.627    -.7849846    .4731068
-------------+----------------------------------------------------------------
       /cut1 |  .0025911   .7207157                      -1.409986    1.415168
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -122.49023
Iteration 1:   log likelihood = -108.92698
Iteration 2:   log likelihood = -107.93423
Iteration 3:   log likelihood = -107.93195
Iteration 4:   log likelihood = -107.93195

Ordered logistic regression                     Number of obs =      251
                                                LR chi2(9)    =    29.12
                                                Prob > chi2   =   0.0006
Log likelihood = -107.93195                     Pseudo R2     =   0.1189

------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |   .680008   .1824129     3.73   0.000     .3224853    1.037531
      anykids |  .474548   .3950223     1.20   0.230    -.2996815    1.248777
   naturalized | -.6853929   .4002792    -1.71   0.087    -1.469926     .09914
         age | -.0777329   .1841442    -0.42   0.673    -.4386488     .283183
       educ7 | -.0002253   .1052799    -0.00   0.998    -.2065701    .2061195
        male | -.3031661   .3461482    -0.88   0.381    -.9816041    .3752718
     mexican | -.0038001   .4063109    -0.01   0.993    -.8001549    .7925547
     yearsusa |   .005392   .0171982     0.31   0.754    -.0283157    .0390998
    knowsundoc |  .4397247   .3882537     1.13   0.257    -.3212386    1.200688
-------------+----------------------------------------------------------------
       /cut1 |  2.508903    .904416                       .7362805    4.281526
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -124.50482
Iteration 1:   log likelihood = -106.41685
Iteration 2:   log likelihood =  -102.9018
Iteration 3:   log likelihood = -102.85347
Iteration 4:   log likelihood = -102.85346

Ordered logistic regression                     Number of obs =      335
                                                LR chi2(9)    =    43.30
                                                Prob > chi2   =   0.0000
Log likelihood = -102.85346                     Pseudo R2     =   0.1739

------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |  .227679   .1973773     1.15   0.249    -.1591734    .6145313
      anykids | -.427812   .3795057    -1.13   0.260    -1.171629    .3160054
   naturalized |  .1499157   .3902253     0.38   0.701    -.6149118    .9147433
         age | -.3132173   .1662025    -1.88   0.059    -.6389683    .0125336
       educ7 |  .0111152   .1117435     0.10   0.921     -.207898    .2301285
        male |  .2742837   .3678657     0.75   0.456    -.4467199    .9952873
     mexican |  .8323218    .427892     1.95   0.052    -.0063311    1.670975
     yearsusa | -.0441717   .0168821    -2.62   0.009    -.0772601   -.0110833
    knowsundoc |   1.44207   .4911006     2.94   0.003     .4795307     2.40461
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        /cut1 |  1.741282  1.039258                    -.2956264   3.77819
     --------------------------------------------------------------------------

     -----------------------------------------------------------------------------
     -----------------------------------------------------------------------------
     -> sanctuary = 1

     Iteration 0:   log likelihood = -162.19245
     Iteration 1:   log likelihood = -144.98395
     Iteration 2:   log likelihood = -142.65296
     Iteration 3:   log likelihood = -142.62432
     Iteration 4:   log likelihood = -142.62429
     Iteration 5:   log likelihood = -142.62429

     Ordered logistic regression                 Number of obs =      414
                                                 LR chi2(9)    =    39.14
                                                 Prob > chi2   =   0.0000
     Log likelihood = -142.62429                 Pseudo R2     =   0.1206

     --------------------------------------------------------------------------
         av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
     -------------+------------------------------------------------------------
        worry_fam |   .2368552   .164157     1.44   0.149    -.0848866   .5585969
          anykids |  -.248644    .3188412   -0.78   0.435    -.8735613   .3762732
       naturalized |  -.3701088   .4004265   -0.92   0.355    -1.15493    .4147128
              age |  -.3286524   .1399079   -2.35   0.019    -.6028669  -.0544379
            educ7 |  -.0994311   .1056883   -0.94   0.347    -.3065763   .1077141
             male |   .6827372   .3220645    2.12   0.034     .0515023   1.313972
          mexican |  -.1089755   .3687496   -0.30   0.768    -.8317114   .6137604
         yearsusa |  -.0327127   .014295    -2.26   0.024    -.0610851  -.0043403
        knowsundoc |  -.2094084   .32795     -0.64   0.523    -.8521786   .4333617
     -------------+------------------------------------------------------------
            /cut1 |  -.0548016   .7365741                    -1.49846   1.388857
     --------------------------------------------------------------------------

     -----------------------------------------------------------------------------
     -----------------------------------------------------------------------------
     -> sanctuary = 2

     Iteration 0:   log likelihood = -122.49023
     Iteration 1:   log likelihood = -115.26642
     Iteration 2:   log likelihood = -114.94946
     Iteration 3:   log likelihood = -114.94853
     Iteration 4:   log likelihood = -114.94853

     Ordered logistic regression                 Number of obs =      251
                                                 LR chi2(9)    =    15.08
                                                 Prob > chi2   =   0.0887
     Log likelihood = -114.94853                 Pseudo R2     =   0.0616

     --------------------------------------------------------------------------
         av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
     -------------+------------------------------------------------------------
        worry_fam |   .1643971   .1824036    0.90   0.367    -.1931074   .5219015
          anykids |   .5021195   .3795239    1.32   0.186    -.2417336   1.245973
       naturalized |  -.6981464   .3854614   -1.81   0.070    -1.453637    .057344
              age |  -.0597427   .1726397   -0.35   0.729    -.3981104   .2786249
            educ7 |   .028494    .1024832    0.28   0.781    -.1723694   .2293574
             male |  -.4378744   .3346058   -1.31   0.191    -1.09369    .2179409
          mexican |   .0275927   .3902452    0.07   0.944    -.7372738   .7924591
         yearsusa |  -.0047046   .0160129   -0.29   0.769    -.0360893   .0266801
        knowsundoc |   .4945193   .3897526    1.27   0.205    -.2693818   1.25842
     -------------+------------------------------------------------------------
            /cut1 |   1.698101   .8699726                    -.0070134   3.403216
     --------------------------------------------------------------------------

     -----------------------------------------------------------------------------
     -----------------------------------------------------------------------------
     -> sanctuary = 0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -124.50482
Iteration 1:   log likelihood = -105.14709
Iteration 2:   log likelihood = -101.18989
Iteration 3:   log likelihood = -101.12572
Iteration 4:   log likelihood = -101.12571
Iteration 5:   log likelihood = -101.12571
```

```
Ordered logistic regression                    Number of obs  =     335
                                               LR chi2(9)     =   46.76
                                               Prob > chi2    =  0.0000
Log likelihood = -101.12571                    Pseudo R2      =  0.1878
```

| av_bank | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .2447808 | .1135769 | 2.16 | 0.031 | .0221741 | .4673875 |
| anykids | -.4361877 | .3817222 | -1.14 | 0.253 | -1.184349 | .311974 |
| naturalized | .2736204 | .3975913 | 0.69 | 0.491 | -.5056443 | 1.052885 |
| age | -.2933916 | .1694267 | -1.73 | 0.083 | -.6254618 | .0386785 |
| educ7 | .0404115 | .1139123 | 0.35 | 0.723 | -.1828525 | .2636754 |
| male | .2772341 | .3706309 | 0.75 | 0.454 | -.4491892 | 1.003657 |
| mexican | .7775012 | .4299761 | 1.81 | 0.071 | -.0652366 | 1.620239 |
| yearsusa | -.0417716 | .0171627 | -2.43 | 0.015 | -.0754099 | -.0081332 |
| knowsundoc | 1.457948 | .4919578 | 2.96 | 0.003 | .493728 | 2.422167 |
| /cut1 | 2.376844 | 1.104607 | | | .2118545 | 4.541833 |

-> sanctuary = 1

```
Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -144.34717
Iteration 2:   log likelihood = -141.88949
Iteration 3:   log likelihood = -141.85822
Iteration 4:   log likelihood = -141.85819
Iteration 5:   log likelihood = -141.85819
```

```
Ordered logistic regression                    Number of obs  =     414
                                               LR chi2(9)     =   40.67
                                               Prob > chi2    =  0.0000
Log likelihood = -141.85819                    Pseudo R2      =  0.1254
```

| av_bank | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .1710138 | .0899795 | 1.90 | 0.057 | -.0053427 | .3473703 |
| anykids | -.260016 | .3199457 | -0.81 | 0.416 | -.8870981 | .3670661 |
| naturalized | -.3294227 | .4013818 | -0.82 | 0.412 | -1.116117 | .4572711 |
| age | -.3174611 | .1412744 | -2.25 | 0.025 | -.5943538 | -.0405683 |
| educ7 | -.0982189 | .1054951 | -0.93 | 0.352 | -.3049854 | .1085477 |
| male | .6702922 | .3223445 | 2.08 | 0.038 | .0385087 | 1.302076 |
| mexican | -.1079936 | .3693596 | -0.29 | 0.770 | -.8319251 | .6159379 |
| yearsusa | -.0331473 | .0145728 | -2.27 | 0.023 | -.0617094 | -.0045852 |
| knowsundoc | -.209058 | .3243461 | -0.64 | 0.519 | -.8447647 | .4266488 |
| /cut1 | .0964159 | .7433605 | | | -1.360544 | 1.553376 |

-> sanctuary = 2

```
Iteration 0:   log likelihood = -122.49023
Iteration 1:   log likelihood = -112.2719
Iteration 2:   log likelihood = -111.66076
Iteration 3:   log likelihood = -111.65969
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -111.65969

Ordered logistic regression                      Number of obs  =     251
                                                 LR chi2(9)     =   21.66
                                                 Prob > chi2    =  0.0100
Log likelihood = -111.65969                      Pseudo R2      =  0.0884

------------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
 worryscale |   .2766144   .1043041     2.65   0.008     .0721821    .4810467
    anykids |   .4690287   .3864254     1.21   0.225    -.2883511    1.226409
 naturalized|  -.659354    .3915449    -1.68   0.092    -1.426768    .1080599
        age |  -.0849101   .1792869    -0.47   0.636    -.436306     .2664858
      educ7 |   .0259993   .1035337     0.25   0.802    -.176923     .2289216
       male |  -.3403042   .3407461    -1.00   0.318    -1.008154    .327546
    mexican |   .0248276   .4000867     0.06   0.951    -.759328     .8089831
   yearsusa |   .0006694   .0165809     0.04   0.968    -.0318285    .0331674
  knowsundoc|   .3791112   .3874894     0.98   0.328    -.3803541    1.138577
------------+-----------------------------------------------------------------
      /cut1 |   2.296509   .9033094                      .5260548    4.066963
------------------------------------------------------------------------------

------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -116.39591
Iteration 1:   log likelihood = -101.79798
Iteration 2:   log likelihood = -99.043483
Iteration 3:   log likelihood = -99.027959
Iteration 4:   log likelihood = -99.027953

Ordered logistic regression                      Number of obs  =     335
                                                 LR chi2(9)     =   34.74
                                                 Prob > chi2    =  0.0001
Log likelihood = -99.027953                      Pseudo R2      =  0.1492

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.     z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
worry_deport|   .8430956   .2004338     4.21   0.000     .4502526    1.235939
    anykids |  -.0008015   .3963173    -0.00   0.998    -.7775691    .775966
 naturalized|  -.0152375   .4107962    -0.04   0.970    -.8203833    .7899082
        age |  -.1252347   .1834978    -0.68   0.495    -.4848838    .2344144
      educ7 |  -.0009342   .1160596    -0.01   0.994    -.2284068    .2265384
       male |   .2664556   .3821603     0.70   0.486    -.4825649    1.015476
    mexican |   .5434799   .4396836     1.24   0.216    -.3182841    1.405244
   yearsusa |   .0064115   .0155247     0.41   0.681    -.0241144    .0369374
  knowsundoc|   .6105362   .4384305     1.39   0.164    -.2487718    1.469844
------------+-----------------------------------------------------------------
      /cut1 |   3.831636   1.124459                     1.627737    6.035535
------------------------------------------------------------------------------

------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -144.08739
Iteration 2:   log likelihood = -141.91979
Iteration 3:   log likelihood = -141.91174
Iteration 4:   log likelihood = -141.91173

Ordered logistic regression                      Number of obs  =     414
                                                 LR chi2(9)     =   40.56
                                                 Prob > chi2    =  0.0000
Log likelihood = -141.91173                      Pseudo R2      =  0.1250
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6580716    .1573461     4.18   0.000     .3496789    .9664642
     anykids |  .2482901    .3379364     0.73   0.463    -.4140531    .9106333
  naturalized |  .4623391    .3764002     1.23   0.219    -.2753918    1.20007
         age |  .2949859    .1461985     2.02   0.044     .008442     .5815298
       educ7 | -.2394019    .104842     -2.28   0.022    -.4448884   -.0339154
        male |  .0939665    .3244053     0.29   0.772    -.5418563    .7297892
     mexican | -.3757819    .3649799    -1.03   0.303    -1.091129    .3395655
     yearsusa | -.0266573   .0129727    -2.05   0.040    -.0520833   -.0012314
   knowsundoc |  .765184    .3472511     2.20   0.028     .0845844    1.445784
-------------+----------------------------------------------------------
       /cut1 |  3.147773    .8168425                      1.546791    4.748755
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -128.05635
Iteration 1:   log likelihood = -114.68295
Iteration 2:   log likelihood = -113.82905
Iteration 3:   log likelihood =  -113.8273
Iteration 4:   log likelihood =  -113.8273

Ordered logistic regression                     Number of obs =     251
                                                LR chi2(9)    =   28.46
                                                Prob > chi2   =  0.0008
Log likelihood = -113.8273                      Pseudo R2     =  0.1111
```

```
------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6435898    .1732821     3.71   0.000     .3039639    .9832158
     anykids | -.0273201    .371099     -0.07   0.941    -.7546607    .7000204
  naturalized | -.4316522    .3794137    -1.14   0.255    -1.175289    .311985
         age | -.0413672    .1749071    -0.24   0.813    -.3841789    .3014445
       educ7 |  .0732499    .1030718     0.71   0.477    -.1287671    .2752668
        male | -.4559908    .3347393    -1.36   0.173    -1.112068    .2000861
     mexican |  .5105938    .4031273     1.27   0.205    -.2795212    1.300709
     yearsusa | -.0128416   .0167807    -0.77   0.444    -.0457313    .020048
   knowsundoc |  .3985783    .3703817     1.08   0.282    -.3273565    1.124513
-------------+----------------------------------------------------------
       /cut1 |  2.339226    .8759673                      .6223616    4.05609
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -116.39591
Iteration 1:   log likelihood = -104.73878
Iteration 2:   log likelihood = -103.30668
Iteration 3:   log likelihood =  -103.3005
Iteration 4:   log likelihood =  -103.3005

Ordered logistic regression                     Number of obs =     335
                                                LR chi2(9)    =   26.19
                                                Prob > chi2   =  0.0019
Log likelihood = -103.3005                      Pseudo R2     =  0.1125
```

```
------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |  .6690534    .213181      3.14   0.002     .2512262    1.086881
     anykids | -.0584789    .3882222    -0.15   0.880    -.8193805    .7024227
  naturalized | -.2111216    .3987746    -0.53   0.597    -.9927054    .5704622
         age | -.1872221    .1746175    -1.07   0.284    -.5294662    .155022
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
       educ7 |  -.0229434   .1128337    -0.20   0.839    -.2440935    .1982067
        male |   .3348195   .3766783     0.89   0.374    -.4034564    1.073095
     mexican |    .625943   .4379014     1.43   0.153    -.2323281    1.484214
     yearsusa |   .0006516   .0150683     0.04   0.966    -.0288817    .0301848
   knowsundoc |   .4214428   .4344672     0.97   0.332    -.4300972    1.272983
-------------+----------------------------------------------------------------
        /cut1 |   3.162199   1.118754                      .9694825    5.354916
------------------------------------------------------------------------------


--------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -146.15893
Iteration 2:   log likelihood = -144.49542
Iteration 3:   log likelihood = -144.48918
Iteration 4:   log likelihood = -144.48918

Ordered logistic regression                     Number of obs  =      414
                                                LR chi2(9)     =    35.41
                                                Prob > chi2    =   0.0001
Log likelihood = -144.48918                     Pseudo R2      =   0.1091

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .6026413   .1732521     3.48   0.001     .2630734    .9422093
       anykids |    .273766   .3339847     0.82   0.412    -.3808321    .928364
   naturalized |   .5052189    .377259     1.34   0.181    -.2341953    1.244633
          age |   .2340035   .1396071     1.68   0.094    -.0396215    .5076285
        educ7 |   -.263621   .1060522    -2.49   0.013    -.4714795   -.0557625
         male |     .21865   .3209865     0.68   0.496     -.410472    .847772
      mexican |  -.3730755    .363045    -1.03   0.304    -1.08463    .3384796
     yearsusa |  -.0227897   .0126042    -1.81   0.071    -.0474935    .0019141
   knowsundoc |   .6133637   .3457655     1.77   0.076    -.0643242    1.291052
-------------+----------------------------------------------------------------
        /cut1 |   3.049931   .8213319                      1.440151    4.659712
------------------------------------------------------------------------------


--------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -128.05635
Iteration 1:   log likelihood = -117.90563
Iteration 2:   log likelihood =  -117.3415
Iteration 3:   log likelihood =  -117.3393
Iteration 4:   log likelihood =  -117.3393

Ordered logistic regression                     Number of obs  =      251
                                                LR chi2(9)     =    21.43
                                                Prob > chi2    =   0.0109
Log likelihood = -117.3393                      Pseudo R2      =   0.0837

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .4954408   .1854775     2.67   0.008     .1319116    .8589699
       anykids |     .00112   .3623355     0.00   0.998    -.7090445    .7112844
   naturalized |  -.4208374   .3708792    -1.13   0.256    -1.147743    .3060686
          age |    -.060654   .1689382    -0.36   0.720    -.3917668    .2704588
        educ7 |   .1110597   .1020868     1.09   0.277    -.0890268    .3111461
         male |  -.5173171   .3277315    -1.58   0.114    -1.159659    .1250249
      mexican |   .5292927   .3993416     1.33   0.185    -.2534026    1.311988
     yearsusa |  -.0192409   .0160189    -1.20   0.230    -.0506373    .0121555
   knowsundoc |    .278148   .3753614     0.74   0.459    -.4575468    1.013843
-------------+----------------------------------------------------------------
        /cut1 |   2.099853   .8688587                      .3969211    3.802785
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------------------------------------------------------------------
-------------------------------------------------------------------------------
-----------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -116.39591
Iteration 1:   log likelihood = -101.43913
Iteration 2:   log likelihood = -98.928279
Iteration 3:   log likelihood = -98.906516
Iteration 4:   log likelihood =  -98.9065
Iteration 5:   log likelihood =  -98.9065

Ordered logistic regression                    Number of obs =      335
                                               LR chi2(9)    =    34.98
                                               Prob > chi2   =   0.0001
Log likelihood = -98.9065                       Pseudo R2     =   0.1503

-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------------
  worryscale |  .5043526    .1212488     4.16   0.000     .2667092    .7419959
     anykids | -.0554076    .3955763    -0.14   0.889    -.8307229    .7199077
  naturalized| -.0234468    .4108946    -0.06   0.954    -.8287855    .7818918
         age | -.1452656    .1818653    -0.80   0.424    -.5017151    .2111838
       educ7 |  .0138644    .1162053     0.12   0.905    -.2138938    .2416225
        male |  .3355235    .3833441     0.88   0.381    -.4158171   1.086864
     mexican |  .5393915    .4419585     1.22   0.222    -.3268312   1.405614
     yearsusa|  .0054274    .0155788     0.35   0.728    -.0251065    .0359612
   knowsundoc|  .5337497    .4406308     1.21   0.226    -.3298708    1.39737
-------------+-----------------------------------------------------------------
       /cut1 |  4.13688     1.19135                       1.801877    6.471884
-------------------------------------------------------------------------

-------------------------------------------------------------------------
-----------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -162.19245
Iteration 1:   log likelihood = -143.36114
Iteration 2:   log likelihood = -141.08011
Iteration 3:   log likelihood = -141.06759
Iteration 4:   log likelihood = -141.06759

Ordered logistic regression                    Number of obs =      414
                                               LR chi2(9)    =    42.25
                                               Prob > chi2   =   0.0000
Log likelihood = -141.06759                     Pseudo R2     =   0.1302

-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------------
  worryscale |  .4033377    .0938386     4.30   0.000     .2194175    .587258
     anykids |  .2372472    .3386079     0.70   0.484    -.4264122   .9009065
  naturalized|  .5500943    .3812087     1.44   0.149    -.1970609    1.29725
         age |  .2836438    .1439228     1.97   0.049     .0015602    .5657274
       educ7 | -.2455397    .1060913    -2.31   0.021    -.4534749   -.0376046
        male |  .1635701    .3242639     0.50   0.614    -.4719754    .7991157
     mexican | -.3658031    .3668643    -1.00   0.319    -1.084844    .3532378
     yearsusa| -.0255509    .0129723    -1.97   0.049    -.0509761   -.0001256
   knowsundoc|  .6639577    .3474158     1.91   0.056    -.0169648    1.34488
-------------+-----------------------------------------------------------------
       /cut1 |  3.464246     .8491511                     1.799941    5.128552
-------------------------------------------------------------------------

-------------------------------------------------------------------------
-----------------------------------------------------------------------------------
-> sanctuary = 2
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -128.05635
Iteration 1:   log likelihood = -115.09894
Iteration 2:   log likelihood = -114.25633
Iteration 3:   log likelihood = -114.25505
Iteration 4:   log likelihood = -114.25505

Ordered logistic regression                     Number of obs  =      251
                                                LR chi2(9)     =    27.60
                                                Prob > chi2    =   0.0011
Log likelihood = -114.25505                     Pseudo R2      =   0.1078
```

| av_pubspace | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .3657267 | .1028958 | 3.55 | 0.000 | .1640547 | .5673987 |
| anykids | -.0325176 | .3696892 | -0.09 | 0.930 | -.7570952 | .69206 |
| naturalized | -.4090266 | .3780396 | -1.08 | 0.279 | -1.149971 | .3319173 |
| age | -.0627271 | .1744792 | -0.36 | 0.719 | -.4047 | .2792459 |
| educ7 | .0977959 | .1029479 | 0.95 | 0.342 | -.1039783 | .29957 |
| male | -.4425971 | .3344726 | -1.32 | 0.186 | -1.098151 | .2129571 |
| mexican | .5359826 | .4060468 | 1.32 | 0.187 | -.2598546 | 1.33182 |
| yearsusa | -.0143679 | .0165842 | -0.87 | 0.386 | -.0468724 | .0181366 |
| knowsundoc | .2789946 | .3739746 | 0.75 | 0.456 | -.453982 | 1.011971 |
| /cut1 | 2.498157 | .8990183 | | | .7361137 | 4.260201 |

```
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -334.12834
Iteration 1:   log likelihood = -300.97161
Iteration 2:   log likelihood = -298.57219
Iteration 3:   log likelihood =  -298.5644
Iteration 4:   log likelihood =  -298.5644

Ordered logistic regression                     Number of obs  =      335
                                                LR chi2(9)     =    71.13
                                                Prob > chi2    =   0.0000
Log likelihood = -298.5644                      Pseudo R2      =   0.1064
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .6787633 | .1352536 | 5.02 | 0.000 | .4136711 | .9438556 |
| anykids | .0829903 | .2781454 | 0.30 | 0.765 | -.4621646 | .6281452 |
| naturalized | -.190297 | .2800349 | -0.68 | 0.497 | -.7391552 | .3585613 |
| age | -.2046316 | .1199949 | -1.71 | 0.088 | -.4398174 | .0305541 |
| educ7 | -.0831631 | .080976 | -1.03 | 0.304 | -.2418731 | .075547 |
| male | .3267968 | .268614 | 1.22 | 0.224 | -.199677 | .8532707 |
| mexican | .5119269 | .2969001 | 1.72 | 0.085 | -.0699865 | 1.09384 |
| yearsusa | -.0068605 | .0107486 | -0.64 | 0.523 | -.0279273 | .0142063 |
| knowsundoc | .5610868 | .3009427 | 1.86 | 0.062 | -.02875 | 1.150924 |
| /cut1 | 1.286013 | .757377 | | | -.1984188 | 2.770445 |
| /cut2 | 1.933968 | .7639447 | | | .4366634 | 3.431272 |
| /cut3 | 2.662743 | .7727742 | | | 1.148133 | 4.177352 |
| /cut4 | 3.563375 | .7936603 | | | 2.007829 | 5.11892 |
| /cut5 | 4.083112 | .8176437 | | | 2.48056 | 5.685664 |
| /cut6 | 4.820215 | .8777204 | | | 3.099914 | 6.540515 |

```
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -445.00146
Iteration 1:   log likelihood = -410.74881
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -408.95439
Iteration 3:   log likelihood = -408.95024
Iteration 4:   log likelihood = -408.95024

Ordered logistic regression                    Number of obs  =    414
                                               LR chi2(9)     =  72.10
                                               Prob > chi2    = 0.0000
Log likelihood = -408.95024                    Pseudo R2      = 0.0810
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .5240691 | .1105389 | 4.74 | 0.000 | .3074169 | .7407213 |
| anykids | .2302149 | .2357328 | 0.98 | 0.329 | -.2318129 | .6922427 |
| naturalized | -.1842618 | .2695152 | -0.68 | 0.494 | -.712502 | .3439783 |
| age | -.05036 | .1025645 | -0.49 | 0.623 | -.2513827 | .1506627 |
| educ7 | -.1947168 | .0750197 | -2.60 | 0.009 | -.3417527 | -.047681 |
| male | .4621646 | .2330936 | 1.98 | 0.047 | .0053095 | .9190197 |
| mexican | -.171911 | .2581804 | -0.67 | 0.506 | -.6779353 | .3341132 |
| yearsusa | -.0228828 | .0094014 | -2.43 | 0.015 | -.0413092 | -.0044563 |
| knowsundoc | .4115545 | .2362762 | 1.74 | 0.082 | -.0515383 | .8746473 |
| /cut1 | .4141464 | .5445079 | | | -.6530694 | 1.481362 |
| /cut2 | 1.365671 | .5503254 | | | .2870528 | 2.444289 |
| /cut3 | 1.898044 | .5570826 | | | .8061826 | 2.989906 |
| /cut4 | 2.489887 | .5682335 | | | 1.376169 | 3.603604 |
| /cut5 | 3.605917 | .6201006 | | | 2.390542 | 4.821292 |
| /cut6 | 4.838774 | .7856501 | | | 3.298928 | 6.378619 |

```
---------------------------------------------------------------------------

-> sanctuary = 2

Iteration 0:   log likelihood = -332.29638
Iteration 1:   log likelihood = -303.31512
Iteration 2:   log likelihood = -302.21385
Iteration 3:   log likelihood = -302.20964
Iteration 4:   log likelihood = -302.20964

Ordered logistic regression                    Number of obs  =    251
                                               LR chi2(9)     =  60.17
                                               Prob > chi2    = 0.0000
Log likelihood = -302.20964                    Pseudo R2      = 0.0905
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .7670922 | .1397846 | 5.49 | 0.000 | .4931195 | 1.041065 |
| anykids | .4490765 | .3033278 | 1.48 | 0.139 | -.145435 | 1.043588 |
| naturalized | -.5053517 | .3033131 | -1.67 | 0.096 | -1.099835 | .0891311 |
| age | -.0426162 | .1353278 | -0.31 | 0.753 | -.3078538 | .2226214 |
| educ7 | .0614437 | .0816819 | 0.75 | 0.452 | -.0986498 | .2215373 |
| male | -.1848762 | .2673006 | -0.69 | 0.489 | -.7087758 | .3390233 |
| mexican | .5243794 | .3252408 | 1.61 | 0.107 | -.1130809 | 1.16184 |
| yearsusa | -.0096078 | .0131894 | -0.73 | 0.466 | -.0354585 | .0162429 |
| knowsundoc | .5795019 | .2949057 | 1.97 | 0.049 | .0014973 | 1.157506 |
| /cut1 | 2.05564 | .6971939 | | | .6891651 | 3.422115 |
| /cut2 | 2.736994 | .7082858 | | | 1.348779 | 4.125208 |
| /cut3 | 3.472177 | .7218065 | | | 2.057463 | 4.886892 |
| /cut4 | 4.037165 | .7343135 | | | 2.597937 | 5.476393 |
| /cut5 | 4.695669 | .7552777 | | | 3.215352 | 6.175986 |
| /cut6 | 5.20454 | .7806641 | | | 3.674466 | 6.734613 |

```
---------------------------------------------------------------------------

-> sanctuary = 0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -334.12834
Iteration 1:   log likelihood = -309.98519
Iteration 2:   log likelihood = -308.62708
Iteration 3:   log likelihood = -308.62437
Iteration 4:   log likelihood = -308.62437

Ordered logistic regression                    Number of obs =      335
                                               LR chi2(9)    =    51.01
                                               Prob > chi2   =   0.0000
Log likelihood = -308.62437                    Pseudo R2     =   0.0763
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_fam | .3403743 | .1373823 | 2.48 | 0.013 | .07111 | .6096387 |
| anykids | .0686621 | .2726461 | 0.25 | 0.801 | -.4657144 | .6030387 |
| naturalized | -.3599397 | .273155 | -1.32 | 0.188 | -.8953136 | .1754343 |
| age | -.2569371 | .1155537 | -2.22 | 0.026 | -.4834183 | -.030456 |
| educ7 | -.1092484 | .0792504 | -1.38 | 0.168 | -.2645764 | .0460795 |
| male | .3361012 | .2631763 | 1.28 | 0.202 | -.1797148 | .8519171 |
| mexican | .5554664 | .2947866 | 1.88 | 0.060 | -.0223048 | 1.133238 |
| yearsusa | -.012655 | .0103849 | -1.22 | 0.223 | -.0330091 | .007699 |
| knowsundoc | .4823201 | .296759 | 1.63 | 0.104 | -.0993169 | 1.063957 |
| /cut1 | .4309996 | .735696 | | | -1.010938 | 1.872937 |
| /cut2 | 1.039146 | .7385608 | | | -.408407 | 2.486698 |
| /cut3 | 1.727238 | .744059 | | | .2689093 | 3.185567 |
| /cut4 | 2.58592 | .7626536 | | | 1.091146 | 4.080693 |
| /cut5 | 3.092344 | .786497 | | | 1.550838 | 4.633849 |
| /cut6 | 3.819398 | .8481107 | | | 2.157132 | 5.481665 |

```
-> sanctuary = 1

Iteration 0:   log likelihood = -445.00146
Iteration 1:   log likelihood = -418.02642
Iteration 2:   log likelihood = -416.76341
Iteration 3:   log likelihood = -416.76112
Iteration 4:   log likelihood = -416.76112

Ordered logistic regression                    Number of obs =      414
                                               LR chi2(9)    =    56.48
                                               Prob > chi2   =   0.0000
Log likelihood = -416.76112                    Pseudo R2     =   0.0635
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_fam | .3064956 | .1141064 | 2.69 | 0.007 | .0828511 | .5301401 |
| anykids | .2531364 | .2340492 | 1.08 | 0.279 | -.2055915 | .7118643 |
| naturalized | -.2178272 | .2698004 | -0.81 | 0.419 | -.7466261 | .3109718 |
| age | -.0795839 | .1001067 | -0.79 | 0.427 | -.2757895 | .1166216 |
| educ7 | -.2034272 | .0750623 | -2.71 | 0.007 | -.3505465 | -.0563078 |
| male | .500772 | .2307746 | 2.17 | 0.030 | .0484622 | .9530818 |
| mexican | -.147698 | .2558183 | -0.58 | 0.564 | -.6490926 | .3536967 |
| yearsusa | -.0215356 | .0091341 | -2.35 | 0.019 | -.0395306 | -.0035406 |
| knowsundoc | .3600584 | .2387521 | 1.51 | 0.132 | -.1078872 | .828004 |
| /cut1 | .1423519 | .5506257 | | | -.9368546 | 1.221558 |
| /cut2 | 1.050793 | .554455 | | | -.0359192 | 2.137504 |
| /cut3 | 1.562648 | .5602479 | | | .4645824 | 2.660714 |
| /cut4 | 2.143974 | .5711264 | | | 1.024586 | 3.263361 |
| /cut5 | 3.252873 | .622975 | | | 2.031864 | 4.473881 |
| /cut6 | 4.482746 | .7876249 | | | 2.93903 | 6.026463 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -332.29638
Iteration 1:   log likelihood = -314.06592
Iteration 2:   log likelihood = -313.54993
Iteration 3:   log likelihood = -313.54953
Iteration 4:   log likelihood = -313.54953

Ordered logistic regression                     Number of obs  =     251
                                                 LR chi2(9)     =   37.49
                                                 Prob > chi2    =  0.0000
Log likelihood = -313.54953                      Pseudo R2      =  0.0564
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_fam | .429883 | .1424253 | 3.02 | 0.003 | .1507345 | .7090315 |
| anykids | .4544317 | .2950555 | 1.54 | 0.124 | -.1238665 | 1.03273 |
| naturalized | -.5034373 | .2941014 | -1.71 | 0.087 | -1.079865 | .0729908 |
| age | -.0564046 | .1296324 | -0.44 | 0.663 | -.3104794 | .1976701 |
| educ7 | .1106545 | .0810786 | 1.36 | 0.172 | -.0482567 | .2695657 |
| male | -.2514453 | .2623196 | -0.96 | 0.338 | -.7655824 | .2626917 |
| mexican | .545978 | .3194614 | 1.71 | 0.087 | -.0801548 | 1.172111 |
| yearsusa | -.0201282 | .0124049 | -1.62 | 0.105 | -.0444414 | .004185 |
| knowsundoc | .4866314 | .297442 | 1.64 | 0.102 | -.0963442 | 1.069607 |
| /cut1 | 1.524303 | .680343 | | | .1908555 | 2.857751 |
| /cut2 | 2.142971 | .6877637 | | | .7949788 | 3.490963 |
| /cut3 | 2.82452 | .6983435 | | | 1.455792 | 4.193248 |
| /cut4 | 3.361786 | .7087346 | | | 1.972692 | 4.75088 |
| /cut5 | 4.000906 | .7282801 | | | 2.573503 | 5.428308 |
| /cut6 | 4.505696 | .7539999 | | | 3.027883 | 5.983509 |

```
-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> sanctuary = 0

Iteration 0:   log likelihood = -334.12834
Iteration 1:   log likelihood =  -304.1133
Iteration 2:   log likelihood = -302.1448
Iteration 3:   log likelihood =   -302.14
Iteration 4:   log likelihood =   -302.14

Ordered logistic regression                     Number of obs  =     335
                                                 LR chi2(9)     =   63.98
                                                 Prob > chi2    =  0.0000
Log likelihood = -302.14                         Pseudo R2      =  0.0957
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .3377917 | .079093 | 4.27 | 0.000 | .1827723 | .492811 |
| anykids | .0694465 | .2765448 | 0.25 | 0.802 | -.4725713 | .6114644 |
| naturalized | -.2225035 | .2786026 | -0.80 | 0.424 | -.7685545 | .3235475 |
| age | -.2270981 | .1179859 | -1.92 | 0.054 | -.4583462 | .00415 |
| educ7 | -.0829652 | .080549 | -1.03 | 0.303 | -.2408383 | .074908 |
| male | .3581884 | .2671001 | 1.34 | 0.180 | -.1653181 | .8816949 |
| mexican | .5003324 | .2973814 | 1.68 | 0.092 | -.0825245 | 1.083189 |
| yearsusa | -.0088981 | .0105841 | -0.84 | 0.401 | -.0296425 | .0118462 |
| knowsundoc | .4795588 | .2993533 | 1.60 | 0.109 | -.1071629 | 1.066281 |
| /cut1 | 1.199393 | .773748 | | | -.3171253 | 2.715911 |
| /cut2 | 1.831901 | .7793673 | | | .3043693 | 3.359433 |
| /cut3 | 2.541551 | .7870926 | | | .9988781 | 4.084224 |
| /cut4 | 3.421502 | .8069938 | | | 1.839823 | 5.00318 |
| /cut5 | 3.934933 | .8304487 | | | 2.307284 | 5.562582 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          /cut6 |   4.668869   .8897245                      2.925041    6.412697
       ----------------------------------------------------------------------------


----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
-> sanctuary = 1

Iteration 0:   log likelihood = -445.00146
Iteration 1:   log likelihood =  -413.1139
Iteration 2:   log likelihood = -411.44807
Iteration 3:   log likelihood = -411.44499
Iteration 4:   log likelihood = -411.44499

Ordered logistic regression                    Number of obs =     414
                                                LR chi2(9)    =   67.11
                                                Prob > chi2   =  0.0000
Log likelihood = -411.44499                     Pseudo R2     =  0.0754

       ----------------------------------------------------------------------------
     avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
    ------------+---------------------------------------------------------------
     worryscale |   .2658475   .0636127     4.18   0.000     .1411689    .390526
        anykids |   .2323491   .2355027     0.99   0.324    -.2292277    .693926
    naturalized |  -.1583088   .2713541    -0.58   0.560    -.690153    .3735354
            age |  -.0561113   .1015167    -0.55   0.580    -.2550804    .1428578
          educ7 |  -.1960777   .0752191    -2.61   0.009    -.3435045   -.0486509
           male |   .4896727   .2323998     2.11   0.035     .0341775    .9451678
        mexican |  -.1548127   .2576891    -0.60   0.548    -.6598742    .3502487
       yearsusa |  -.0222551   .0093302    -2.39   0.017    -.0405419   -.0039682
      knowsundoc |   .3399187   .2372599     1.43   0.152    -.1251021    .8049396
    ------------+---------------------------------------------------------------
           /cut1 |   .4970191     .56007                    -.6006979    1.594736
           /cut2 |   1.431897   .5659721                     .3226117    2.541182
           /cut3 |   1.955454   .5726072                     .8331644    3.077743
           /cut4 |   2.542695   .5836233                     1.398814    3.686575
           /cut5 |     3.6564   .6346944                     2.412422    4.900378
           /cut6 |    4.88774   .7971927                     3.325271    6.450209
       ----------------------------------------------------------------------------


----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
-> sanctuary = 2

Iteration 0:   log likelihood = -332.29638
Iteration 1:   log likelihood = -306.60942
Iteration 2:   log likelihood = -305.63644
Iteration 3:   log likelihood =  -305.6334
Iteration 4:   log likelihood =  -305.6334

Ordered logistic regression                    Number of obs =     251
                                                LR chi2(9)    =   53.33
                                                Prob > chi2   =  0.0000
Log likelihood = -305.6334                      Pseudo R2     =  0.0802

       ----------------------------------------------------------------------------
     avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
    ------------+---------------------------------------------------------------
     worryscale |   .3995101   .0823536     4.85   0.000     .2381001    .5609202
        anykids |   .4326644   .3005434     1.44   0.150    -.1563898    1.021719
    naturalized |  -.4696491   .2991677    -1.57   0.116    -1.056007    .1167089
            age |   -.067396   .1336638    -0.50   0.614    -.3293723    .1945803
          educ7 |       .094   .0811895     1.16   0.247    -.0651285    .2531285
           male |  -.1728773    .266086    -0.65   0.516    -.6943964    .3486418
        mexican |   .5423925    .325888     1.66   0.096    -.0963363    1.181121
       yearsusa |  -.0133967    .012828    -1.04   0.296    -.0385392    .0117458
      knowsundoc |    .43584   .2959406     1.47   0.141    -.1441929    1.015873
    ------------+---------------------------------------------------------------
           /cut1 |   2.091758   .7044426                     .7110763     3.47244
           /cut2 |   2.755496   .7154952                     1.353151    4.157841
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
/cut3 |    3.479985    .7297795              2.049643    4.910326
/cut4 |    4.038849    .7420957              2.584368     5.49333
/cut5 |    4.690378    .7623547               3.19619    6.184566
/cut6 |    5.196575    .7872459              3.653602    6.739549
------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
. ** MODELS WEIGHTED **
.
. *bivariate by all treatments*
. foreach var of varlist av_schools-avoidscale {
  2.          foreach var2 of varlist iceraid1-worryscale {
  3.                  version 11: ologit `var' `var2' [aw=weight]
  4.                  qui prvalue, x(`var2'=min) save
  5.                  prvalue, x(`var2'=max) diff
  6.          }
  7. }

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood =  -326.6092
Iteration 2:   log likelihood = -325.98317
Iteration 3:   log likelihood = -325.98135
Iteration 4:   log likelihood = -325.98135

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(1)    =  15.66
                                                Prob > chi2   = 0.0001
Log likelihood = -325.98135                     Pseudo R2     = 0.0235

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid1 |   .9098155   .2213533     4.11   0.000    .4759709    1.34366
------------+-----------------------------------------------------------
      /cut1 |    2.39712   .1282241                     2.145806   2.648435
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
     Pr(y=0|x):     0.8157    0.9166   -0.1009   [-0.1575,  -0.0444]
     Pr(y=1|x):     0.1843    0.0834    0.1009   [ 0.0444,   0.1575]

               iceraid1
Current=          1
  Saved=          0
   Diff=          1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -332.17488
Iteration 2:   log likelihood = -332.14438
Iteration 3:   log likelihood = -332.14437

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(1)    =   3.34
                                                Prob > chi2   = 0.0678
Log likelihood = -332.14437                     Pseudo R2     = 0.0050

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid2 |   .4450945   .2370737     1.88   0.060    -.0195614   .9097504
------------+-----------------------------------------------------------
      /cut1 |   2.254796   .1204978                     2.018625   2.490967
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
     Pr(y=0|x):     0.8593    0.9051   -0.0457   [-0.0982,   0.0067]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
         Pr(y=1|x):      0.1407    0.0949    0.0457  [-0.0067,   0.0982]

          iceraid2
Current=        1
 Saved=         0
  Diff=         1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -323.93868
Iteration 2:   log likelihood = -323.48156
Iteration 3:   log likelihood = -323.48097
Iteration 4:   log likelihood = -323.48097

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =  20.66
                                               Prob > chi2   = 0.0000
Log likelihood = -323.48097                    Pseudo R2     = 0.0310

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
     anyraid |  .9515684   .2099972     4.53   0.000     .5399814   1.363155
------------+-----------------------------------------------------------
      /cut1 |  2.576796   .1537365                       2.275478   2.878114
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method
                        ON       OFF     Change   95% CI for Change
         Pr(y=0|x):   0.8355    0.9294   -0.0938  [-0.1372,  -0.0505]
         Pr(y=1|x):   0.1645    0.0706    0.0938  [ 0.0505,   0.1372]

           anyraid
Current=        1
 Saved=         0
  Diff=         1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -311.11777
Iteration 2:   log likelihood = -308.87378
Iteration 3:   log likelihood = -308.86823
Iteration 4:   log likelihood = -308.86823

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =  49.89
                                               Prob > chi2   = 0.0000
Log likelihood = -308.86823                    Pseudo R2     = 0.0747

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .7088326   .1040891     6.81   0.000     .5048217   .9128435
------------+-----------------------------------------------------------
      /cut1 |  3.161262   .2075547                       2.754462   3.568062
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method
                        ON       OFF     Change   95% CI for Change
         Pr(y=0|x):   0.7378    0.9594   -0.2215  [-0.2936,  -0.1494]
         Pr(y=1|x):   0.2622    0.0406    0.2215  [ 0.1494,   0.2936]

        worry_deport
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Current=              3
  Saved=              0
  Diff=               3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -326.79913
Iteration 2:   log likelihood = -326.62746
Iteration 3:   log likelihood = -326.62733
Iteration 4:   log likelihood = -326.62733

Ordered logistic regression                    Number of obs = 1,000
                                                LR chi2(1)    =  14.37
                                                Prob > chi2   = 0.0002
Log likelihood = -326.62733                     Pseudo R2     = 0.0215

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .3865251   .104634     3.69   0.000    .1814462   .5916041
------------+-----------------------------------------------------------
      /cut1 |  2.795849   .2172759                     2.369996   3.221702
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.8370   0.9425  -0.1054  [-0.1612,  -0.0496]
      Pr(y=1|x):   0.1630   0.0575   0.1054  [ 0.0496,   0.1612]

             worry_fam
Current=              3
  Saved=              0
  Diff=               3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -316.42998
Iteration 2:   log likelihood =  -315.3211
Iteration 3:   log likelihood = -315.31734
Iteration 4:   log likelihood = -315.31734

Ordered logistic regression                    Number of obs = 1,000
                                                LR chi2(1)    =  36.99
                                                Prob > chi2   = 0.0000
Log likelihood = -315.31734                     Pseudo R2     = 0.0554

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .3465401   .0591954    5.85   0.000    .2305193   .4625609
------------+-----------------------------------------------------------
      /cut1 |  3.223826   .2344282                     2.764355   3.683297
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7585   0.9617  -0.2032  [-0.2772,  -0.1292]
      Pr(y=1|x):   0.2415   0.0383   0.2032  [ 0.1292,   0.2772]

            worryscale
Current=              6
  Saved=              0
  Diff=               6
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -429.56259
Iteration 2:   log likelihood = -429.51503
Iteration 3:   log likelihood = -429.51502

Ordered logistic regression                     Number of obs  =  1,000
                                                LR chi2(1)     =    5.98
                                                Prob > chi2    =  0.0145
Log likelihood = -429.51502                     Pseudo R2      =  0.0069

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid1 |   .4985214   .1989729     2.51   0.012    .1085416   .8885012
------------+-----------------------------------------------------------
      /cut1 |   1.806524   .1018459                     1.60691    2.006138
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                   ON       OFF     Change   95% CI for Change
 Pr(y=0|x):       0.7872   0.8589   -0.0718  [-0.1329,  -0.0106]
 Pr(y=1|x):       0.2128   0.1411    0.0718  [ 0.0106,   0.1329]

            iceraid1
Current=        1
  Saved=        0
   Diff=        1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -428.07072
Iteration 2:   log likelihood =  -427.9581
Iteration 3:   log likelihood = -427.95806
Iteration 4:   log likelihood = -427.95806

Ordered logistic regression                     Number of obs  =  1,000
                                                LR chi2(1)     =    9.09
                                                Prob > chi2    =  0.0026
Log likelihood = -427.95806                     Pseudo R2      =  0.0105

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   iceraid2 |   .6136176    .197811     3.10   0.002    .2259152    1.00132
------------+-----------------------------------------------------------
      /cut1 |   1.833421   .1024626                     1.632598   2.034244
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                   ON       OFF     Change   95% CI for Change
 Pr(y=0|x):       0.7720   0.8622   -0.0901  [-0.1532,  -0.0271]
 Pr(y=1|x):       0.2280   0.1378    0.0901  [ 0.0271,   0.1532]

            iceraid2
Current=        1
  Saved=        0
   Diff=        1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -424.11224
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -423.94763
Iteration 3:   log likelihood = -423.94759
Iteration 4:   log likelihood = -423.94759

Ordered logistic regression                      Number of obs = 1,000
                                                 LR chi2(1)    =   17.11
                                                 Prob > chi2   =  0.0000
Log likelihood = -423.94759                      Pseudo R2     =  0.0198

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
     anyraid |   .7323306   .1762408    4.16   0.000    .386905   1.077756
------------+-----------------------------------------------------------
      /cut1 |   1.993807   .1212855                    1.756092   2.231522
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7793   0.8801  -0.1009  [-0.1507,  -0.0510]
      Pr(y=1|x):   0.2207   0.1199   0.1009  [ 0.0510,   0.1507]

             anyraid
Current=          1
  Saved=          0
  Diff=           1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -397.75944
Iteration 2:   log likelihood = -395.36395
Iteration 3:   log likelihood = -395.35699
Iteration 4:   log likelihood = -395.35699

Ordered logistic regression                      Number of obs = 1,000
                                                 LR chi2(1)    =   74.29
                                                 Prob > chi2   =  0.0000
Log likelihood = -395.35699                      Pseudo R2     =  0.0859

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |   .7357287   .0890733    8.26   0.000    .5611483   .9103091
------------+-----------------------------------------------------------
      /cut1 |   2.71035    .1717303                    2.373765   3.046935
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.6232   0.9376  -0.3144  [-0.3936,  -0.2353]
      Pr(y=1|x):   0.3768   0.0624   0.3144  [ 0.2353,   0.3936]

          worry_deport
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -420.39537
Iteration 2:   log likelihood = -420.11965
Iteration 3:   log likelihood = -420.11944
Iteration 4:   log likelihood = -420.11944
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(1)    =   24.77
                                                 Prob > chi2   =  0.0000
Log likelihood = -420.11944                      Pseudo R2     =  0.0286

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
  worry_fam |   .4287791   .0887509     4.83   0.000    .2548306   .6027276
------------+-----------------------------------------------------------
      /cut1 |   2.400636    .183307                     2.041361   2.759911
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON       OFF    Change   95% CI for Change
      Pr(y=0|x):  0.7529   0.9169  -0.1639   [-0.2293,  -0.0986]
      Pr(y=1|x):  0.2471   0.0831   0.1639   [ 0.0986,   0.2293]

            worry_fam
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -404.91369
Iteration 2:   log likelihood = -403.51414
Iteration 3:   log likelihood = -403.51011
Iteration 4:   log likelihood = -403.51011

Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(1)    =   57.99
                                                 Prob > chi2   =  0.0000
Log likelihood = -403.51011                      Pseudo R2     =  0.0670

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .3684335   .0506474     7.27   0.000    .2691664   .4677005
------------+-----------------------------------------------------------
      /cut1 |   2.813492   .1964947                      2.42837   3.198615
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON       OFF    Change   95% CI for Change
      Pr(y=0|x):  0.6463   0.9434  -0.2971   [-0.3793,  -0.2149]
      Pr(y=1|x):  0.3537   0.0566   0.2971   [ 0.2149,   0.3793]

            worryscale
Current=         6
  Saved=         0
   Diff=         6

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -384.21171
Iteration 2:   log likelihood = -384.17163
Iteration 3:   log likelihood = -384.17162

Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(1)    =    4.67
                                                 Prob > chi2   =  0.0307
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Log likelihood = -384.17162                    Pseudo R2      = 0.0060

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid1 |   .4738892   .2137417     2.22   0.027     .0549631    .8928152
-------------+----------------------------------------------------------
       /cut1 |   2.011213   .1098755                      1.795861    2.226565
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON      OFF     Change   95% CI for Change
          Pr(y=0|x):   0.8231   0.8820  -0.0589  [-0.1158,  -0.0020]
          Pr(y=1|x):   0.1769   0.1180   0.0589  [ 0.0020,   0.1158]

              iceraid1
Current=          1
  Saved=          0
   Diff=          1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -384.97747
Iteration 2:   log likelihood = -384.95896
Iteration 3:   log likelihood = -384.95896

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =   3.09
                                               Prob > chi2   = 0.0786
Log likelihood = -384.95896                    Pseudo R2     = 0.0040

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid2 |   .3931523   .2184008     1.80   0.072    -.0349054    .8212099
-------------+----------------------------------------------------------
       /cut1 |   1.987807   .1085028                      1.775145    2.200468
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON      OFF     Change   95% CI for Change
          Pr(y=0|x):   0.8313   0.8795  -0.0482  [-0.1050,   0.0085]
          Pr(y=1|x):   0.1687   0.1205   0.0482  [-0.0085,   0.1050]

              iceraid2
Current=          1
  Saved=          0
   Diff=          1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -381.39974
Iteration 2:   log likelihood = -381.31579
Iteration 3:   log likelihood = -381.31577

Ordered logistic regression                    Number of obs =  1,000
                                               LR chi2(1)    =  10.38
                                               Prob > chi2   = 0.0013
Log likelihood = -381.31577                    Pseudo R2     = 0.0134

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    anyraid |   .6148519   .1895675     3.24   0.001     .2433065    .9863974
------------+----------------------------------------------------------------
      /cut1 |   2.151729   .1289526                      1.898987    2.404472
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):    0.8230   0.8958   -0.0728   [-0.1190,  -0.0267]
        Pr(y=1|x):    0.1770   0.1042    0.0728   [ 0.0267,   0.1190]

            anyraid
Current=          1
 Saved=           0
  Diff=           1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -360.75294
Iteration 2:   log likelihood = -358.84789
Iteration 3:   log likelihood =  -358.8424
Iteration 4:   log likelihood =  -358.8424

Ordered logistic regression                      Number of obs  =   1,000
                                                 LR chi2(1)     =   55.33
                                                 Prob > chi2    =  0.0000
Log likelihood = -358.8424                       Pseudo R2      =  0.0716

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .6778529   .0941838     7.20   0.000      .493256    .8624499
-------------+----------------------------------------------------------------
       /cut1 |   2.840969   .1826162                      2.483048     3.19889
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):    0.6916   0.9448   -0.2533   [-0.3290,  -0.1776]
        Pr(y=1|x):    0.3084   0.0552    0.2533   [ 0.1776,   0.3290]

         worry_deport
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -376.71629
Iteration 2:   log likelihood = -376.47512
Iteration 3:   log likelihood = -376.47492
Iteration 4:   log likelihood = -376.47492

Ordered logistic regression                      Number of obs  =   1,000
                                                 LR chi2(1)     =   20.06
                                                 Prob > chi2    =  0.0000
Log likelihood = -376.47492                      Pseudo R2      =  0.0260

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .4156633   .0955065     4.35   0.000     .2284739    .6028526
-------------+----------------------------------------------------------------
       /cut1 |   2.591567   .1982811                      2.202943    2.980191
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------------------------------------------------------------------
ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.7932    0.9303   -0.1371   [-0.1982,  -0.0760]
        Pr(y=1|x):    0.2068    0.0697    0.1371   [ 0.0760,   0.1982]

                worry_fam
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -365.38263
Iteration 2:   log likelihood = -364.24809
Iteration 3:   log likelihood = -364.24501
Iteration 4:   log likelihood = -364.24501

Ordered logistic regression                   Number of obs =  1,000
                                              LR chi2(1)    =  44.52
                                              Prob > chi2   = 0.0000
Log likelihood = -364.24501                   Pseudo R2     = 0.0576

--------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-------------+------------------------------------------------------------
  worryscale |  .345579     .0538488    6.42   0.000    .2400373    .4511206
-------------+------------------------------------------------------------
       /cut1 | 2.956176     .2100846                    2.544417   3.367934
--------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.7074    0.9506   -0.2432   [-0.3217,  -0.1646]
        Pr(y=1|x):    0.2926    0.0494    0.2432   [ 0.1646,   0.3217]

                worryscale
Current=            6
  Saved=            0
   Diff=            6

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -329.69531
Iteration 2:   log likelihood = -329.65628
Iteration 3:   log likelihood = -329.65627

Ordered logistic regression                   Number of obs =  1,000
                                              LR chi2(1)    =   3.83
                                              Prob > chi2   = 0.0503
Log likelihood = -329.65627                   Pseudo R2     = 0.0058

--------------------------------------------------------------------------
     av_work | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-------------+------------------------------------------------------------
     iceraid1 |  .4728402    .234937     2.01   0.044    .0123722    .9333083
-------------+------------------------------------------------------------
       /cut1 | 2.276327     .1220015                    2.037209   2.515446
--------------------------------------------------------------------------

ologit: Change in Predictions for av_work
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method
                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8586    0.9069   -0.0483   [-0.1002,   0.0035]
        Pr(y=1|x):  0.1414    0.0931    0.0483   [-0.0035,   0.1002]

              iceraid1
Current=        1
  Saved=        0
   Diff=        1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood =  -327.7584
Iteration 2:   log likelihood = -327.58312
Iteration 3:   log likelihood = -327.58291
Iteration 4:   log likelihood = -327.58291

Ordered logistic regression                 Number of obs =  1,000
                                            LR chi2(1)    =   7.98
                                            Prob > chi2   = 0.0047
Log likelihood = -327.58291                 Pseudo R2     = 0.0120

------------------------------------------------------------------
    av_work | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
    iceraid2 |  .6727868   .2299007   2.93   0.003    .2221898   1.123384
------------+-----------------------------------------------------
      /cut1 |  2.328649   .1241855                    2.08525   2.572048
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method
                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8397    0.9112   -0.0715   [-0.1263,  -0.0168]
        Pr(y=1|x):  0.1603    0.0888    0.0715   [ 0.0168,   0.1263]

              iceraid2
Current=        1
  Saved=        0
   Diff=        1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -323.71467
Iteration 2:   log likelihood = -323.42342
Iteration 3:   log likelihood = -323.42315
Iteration 4:   log likelihood = -323.42315

Ordered logistic regression                 Number of obs =  1,000
                                            LR chi2(1)    =  16.30
                                            Prob > chi2   = 0.0001
Log likelihood = -323.42315                 Pseudo R2     = 0.0246

------------------------------------------------------------------
    av_work | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
     anyraid |  .8485717   .2100065   4.04   0.000    .4369664   1.260177
------------+-----------------------------------------------------
      /cut1 |  2.533997   .1509464                    2.238147   2.829846
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method
                      ON       OFF     Change    95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              Pr(y=0|x):      0.8436      0.9265     -0.0829   [-0.1257,   -0.0401]
              Pr(y=1|x):      0.1564      0.0735      0.0829   [ 0.0401,    0.1257]

              anyraid
  Current=         1
    Saved=         0
     Diff=         1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -317.08879
Iteration 2:   log likelihood = -316.19117
Iteration 3:   log likelihood = -316.18927
Iteration 4:   log likelihood = -316.18927

Ordered logistic regression                       Number of obs =   1,000
                                                   LR chi2(1)    =   30.76
                                                   Prob > chi2   =  0.0000
Log likelihood = -316.18927                        Pseudo R2     =  0.0464

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .5521992   .1011532     5.46   0.000     .3539425    .7504559
-------------+----------------------------------------------------------------
       /cut1 |   2.914257   .1925513                      2.536864    3.291651
------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                           ON        OFF      Change    95% CI for Change
              Pr(y=0|x):  0.7786    0.9485    -0.1699   [-0.2385,  -0.1014]
              Pr(y=1|x):  0.2214    0.0515     0.1699   [ 0.1014,   0.2385]

           worry_deport
  Current=         3
    Saved=         0
     Diff=         3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -327.17952
Iteration 2:   log likelihood = -327.11197
Iteration 3:   log likelihood = -327.11195

Ordered logistic regression                       Number of obs =   1,000
                                                   LR chi2(1)    =    8.92
                                                   Prob > chi2   =  0.0028
Log likelihood = -327.11195                        Pseudo R2     =  0.0134

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .3028135   .1031177     2.94   0.003     .1007065    .5049206
-------------+----------------------------------------------------------------
       /cut1 |   2.657454   .2089823                      2.247857    3.067052
------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                           ON        OFF      Change    95% CI for Change
              Pr(y=0|x):  0.8518    0.9345    -0.0826   [-0.1378,  -0.0275]
              Pr(y=1|x):  0.1482    0.0655     0.0826   [ 0.0275,   0.1378]

              worry_fam
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -320.61714
Iteration 2:   log likelihood = -320.17948
Iteration 3:   log likelihood =  -320.1789
Iteration 4:   log likelihood =  -320.1789

Ordered logistic regression                 Number of obs =  1,000
                                             LR chi2(1)    =   22.79
                                             Prob > chi2   =  0.0000
Log likelihood = -320.1789                   Pseudo R2     =  0.0344

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale | .2693035    .0576401    4.67   0.000     .156331    .382276
-------------+----------------------------------------------------------
       /cut1 | 2.969471    .2198352                     2.538602    3.40034
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7947   0.9512   -0.1564   [-0.2271,  -0.0858]
        Pr(y=1|x):  0.2053   0.0488    0.1565   [ 0.0858,   0.2271]
              worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood =  -411.651
Iteration 2:   log likelihood = -411.65088
Iteration 3:   log likelihood = -411.65088

Ordered logistic regression                 Number of obs =  1,000
                                             LR chi2(1)    =    0.28
                                             Prob > chi2   =  0.6000
Log likelihood = -411.65088                  Pseudo R2     =  0.0003

------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    iceraid1 | .1153915    .2183732    0.53   0.597    -.3126121    .5433951
-------------+----------------------------------------------------------
       /cut1 | 1.808494    .1019179                     1.608739    2.00825
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8446   0.8592   -0.0145   [-0.0698,   0.0407]
        Pr(y=1|x):  0.1554   0.1408    0.0145   [-0.0407,   0.0698]
                iceraid1
Current=          1
  Saved=          0
   Diff=          1
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -410.35093
Iteration 2:   log likelihood = -410.33716
Iteration 3:   log likelihood = -410.33716

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =   2.90
                                                Prob > chi2   = 0.0884
Log likelihood = -410.33716                     Pseudo R2     = 0.0035


------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
     iceraid2 |   .3669721   .2109021    1.74   0.082   -.0463885    .7803326
-------------+----------------------------------------------------------
        /cut1 |   1.864784   .1036391                    1.661655    2.067913
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.8172   0.8659  -0.0486  [-0.1073,   0.0101]
         Pr(y=1|x):  0.1828   0.1341   0.0486  [-0.0101,   0.1073]

             iceraid2
Current=        1
 Saved=         0
  Diff=         1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -408.91194
Iteration 2:   log likelihood = -408.88938
Iteration 3:   log likelihood = -408.88938

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =   5.80
                                                Prob > chi2   = 0.0160
Log likelihood = -408.88938                     Pseudo R2     = 0.0070


------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
      anyraid |   .4430986   .1826247    2.43   0.015    .0851607    .8010365
-------------+----------------------------------------------------------
        /cut1 |   1.957934    .119651                    1.723422    2.192445
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.8198   0.8763  -0.0565  [-0.1039,  -0.0092]
         Pr(y=1|x):  0.1802   0.1237   0.0565  [ 0.0092,   0.1039]

              anyraid
Current=        1
 Saved=         0
  Diff=         1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -389.62877
Iteration 2:   log likelihood =  -388.4709
Iteration 3:   log likelihood = -388.46911
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -388.46911

Ordered logistic regression                        Number of obs  =  1,000
                                                   LR chi2(1)     =  46.64
                                                   Prob > chi2    = 0.0000
Log likelihood = -388.46911                        Pseudo R2      = 0.0566

------------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
worry_deport |  .5935048   .0888721     6.68   0.000     .4193187    .7676909
------------+-----------------------------------------------------------------
      /cut1 |  2.582801   .1668467                       2.255788    2.909815
------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.6905    0.9297   -0.2393   [-0.3155,  -0.1631]
     Pr(y=1|x):   0.3095    0.0703    0.2393   [ 0.1631,   0.3155]

            worry_deport
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -403.63917
Iteration 2:   log likelihood =  -403.4977
Iteration 3:   log likelihood = -403.49764
Iteration 4:   log likelihood = -403.49764

Ordered logistic regression                        Number of obs  =  1,000
                                                   LR chi2(1)     =  16.58
                                                   Prob > chi2    = 0.0000
Log likelihood = -403.49764                        Pseudo R2      = 0.0201

------------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
   worry_fam |  .3595236   .0902459     3.98   0.000     .1826448    .5364023
------------+-----------------------------------------------------------------
      /cut1 |  2.372282   .1838422                       2.011958    2.732606
------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.7848    0.9147   -0.1299   [-0.1932,  -0.0666]
     Pr(y=1|x):   0.2152    0.0853    0.1299   [ 0.0666,   0.1932]

            worry_fam
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -393.88384
Iteration 2:   log likelihood = -393.20353
Iteration 3:   log likelihood = -393.20258
Iteration 4:   log likelihood = -393.20258

Ordered logistic regression                        Number of obs  =  1,000
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                              LR chi2(1)      =  37.17
                                              Prob > chi2     = 0.0000
Log likelihood = -393.20258                   Pseudo R2       = 0.0451

-------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
   worryscale |  .3002052   .0506854     5.92   0.000    .2008635   .3995468
-------------+-----------------------------------------------------------
        /cut1 |  2.680401   .1924744                     2.303159   3.057644
-------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                       ON       OFF     Change   95% CI for Change
         Pr(y=0|x):  0.7067    0.9359   -0.2292  [-0.3085,  -0.1499]
         Pr(y=1|x):  0.2933    0.0641    0.2292  [ 0.1499,   0.3085]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood = -414.43932
Iteration 2:   log likelihood = -414.42483
Iteration 3:   log likelihood = -414.42482

Ordered logistic regression                   Number of obs  =  1,000
                                              LR chi2(1)     =    3.09
                                              Prob > chi2    =  0.0790
Log likelihood = -414.42482                   Pseudo R2      =  0.0037

-------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
     iceraid1 |  .3720926   .2074804     1.79   0.073   -.0345615   .7787467
-------------+-----------------------------------------------------------
        /cut1 |  1.849308   .1034333                     1.646583   2.052034
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                       ON       OFF     Change   95% CI for Change
         Pr(y=0|x):  0.8142    0.8640   -0.0499  [-0.1083,   0.0085]
         Pr(y=1|x):  0.1858    0.1360    0.0499  [-0.0085,   0.1083]

              iceraid1
Current=           1
  Saved=           0
   Diff=           1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood =  -409.6305
Iteration 2:   log likelihood = -409.36854
Iteration 3:   log likelihood = -409.36832
Iteration 4:   log likelihood = -409.36832

Ordered logistic regression                   Number of obs  =  1,000
                                              LR chi2(1)     =   13.20
                                              Prob > chi2    =  0.0003
Log likelihood = -409.36832                   Pseudo R2      =  0.0159
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
   iceraid2 |  .7477129    .1992833    3.75   0.000    .3571248   1.138301
------------+-----------------------------------------------------
      /cut1 |  1.946288    .1068164                    1.736932   2.155644
------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7683   0.8750  -0.1068  [-0.1698,  -0.0438]
      Pr(y=1|x):   0.2317   0.1250   0.1068  [ 0.0438,   0.1698]

             iceraid2
Current=         1
  Saved=         0
  Diff=          1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood =  -408.2192
Iteration 2:   log likelihood = -408.06133
Iteration 3:   log likelihood = -408.06128
Iteration 4:   log likelihood = -408.06128

Ordered logistic regression                  Number of obs =  1,000
                                              LR chi2(1)    =  15.81
                                              Prob > chi2   = 0.0001
Log likelihood = -408.06128                   Pseudo R2     = 0.0190

------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
    anyraid |  .7221439    .1807384    4.00   0.000    .3679031   1.076385
------------+-----------------------------------------------------
      /cut1 |  2.064985    .1246447                    1.820685   2.309284
------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7930   0.8875  -0.0945  [-0.1432,  -0.0458]
      Pr(y=1|x):   0.2070   0.1125   0.0945  [ 0.0458,   0.1432]

             anyraid
Current=         1
  Saved=         0
  Diff=          1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood = -381.53328
Iteration 2:   log likelihood =  -378.8402
Iteration 3:   log likelihood = -378.83067
Iteration 4:   log likelihood = -378.83067

Ordered logistic regression                  Number of obs =  1,000
                                              LR chi2(1)    =  74.27
                                              Prob > chi2   = 0.0000
Log likelihood = -378.83067                   Pseudo R2     = 0.0893

------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
worry_deport |   .7557092   .0917541    8.24   0.000     .5758745    .9355439
-------------+----------------------------------------------------------------
       /cut1 |   2.82451    .1790915                      2.473497    3.175523
       ---------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON        OFF     Change    95% CI for Change
         Pr(y=0|x):  0.6358    0.9440   -0.3081   [-0.3867,  -0.2296]
         Pr(y=1|x):  0.3642    0.0560    0.3081   [ 0.2296,   0.3867]

             worry_deport
Current=                3
 Saved=                 0
  Diff=                 3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood = -392.94064
Iteration 2:   log likelihood = -391.79865
Iteration 3:   log likelihood = -391.79445
Iteration 4:   log likelihood = -391.79445

Ordered logistic regression                     Number of obs =   1,000
                                                LR chi2(1)    =   48.35
                                                Prob > chi2   =  0.0000
Log likelihood = -391.79445                     Pseudo R2     =  0.0581

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .6355005   .0970483    6.55   0.000     .4452894    .8257117
-------------+----------------------------------------------------------------
       /cut1 |   2.867478   .2107714                      2.454374    3.280582
       ---------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON        OFF     Change    95% CI for Change
         Pr(y=0|x):  0.7233    0.9462   -0.2229   [-0.2874,  -0.1584]
         Pr(y=1|x):  0.2767    0.0538    0.2229   [ 0.1584,   0.2874]

              worry_fam
Current=                3
 Saved=                 0
  Diff=                 3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood = -380.57839
Iteration 2:   log likelihood = -377.96359
Iteration 3:   log likelihood = -377.95605
Iteration 4:   log likelihood = -377.95605

Ordered logistic regression                     Number of obs =   1,000
                                                LR chi2(1)    =   76.02
                                                Prob > chi2   =  0.0000
Log likelihood = -377.95605                     Pseudo R2     =  0.0914

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale |   .4408691   .0539934    8.17   0.000     .3350439    .5466942
-------------+----------------------------------------------------------------
       /cut1 |   3.149691   .2163301                      2.725692    3.57369
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------------------------------------------------------------------
ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):     0.6235   0.9589  -0.3354  [-0.4179,  -0.2529]
        Pr(y=1|x):     0.3765   0.0411   0.3354  [ 0.2529,   0.4179]

              worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1134.7748
Iteration 2:   log likelihood = -1134.7283
Iteration 3:   log likelihood = -1134.7283

Ordered logistic regression                  Number of obs =  1,000
                                             LR chi2(1)    =  13.03
                                             Prob > chi2   = 0.0003
Log likelihood = -1134.7283                  Pseudo R2     = 0.0057

--------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-------------------------------------------------------------
    iceraid1 |  .5648998   .1541765    3.66   0.000    .2627195   .8670801
------------+-------------------------------------------------------------
       /cut1 |  .8582606   .0773261                    .7067043  1.009817
       /cut2 | 1.505077   .0883814                    1.331853  1.678301
       /cut3 | 2.065167   .1037467                    1.861827  2.268507
       /cut4 | 2.65745    .1276959                    2.407171   2.90773
       /cut5 | 3.443637   .1763051                    3.098085  3.789188
       /cut6 | 4.111391   .2383981                    3.644139  4.578643
--------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                        ON      OFF     Change   95% CI for Change
        Pr(y=0|x):     0.5728   0.7023  -0.1295  [-0.2010,  -0.0580]
        Pr(y=1|x):     0.1463   0.1160   0.0303  [ 0.0147,   0.0459]
        Pr(y=2|x):     0.0985   0.0691   0.0293  [ 0.0124,   0.0463]
        Pr(y=3|x):     0.0726   0.0470   0.0256  [ 0.0097,   0.0415]
        Pr(y=4|x):     0.0566   0.0346   0.0220  [ 0.0075,   0.0366]
        Pr(y=5|x):     0.0252   0.0148   0.0104  [ 0.0025,   0.0182]
        Pr(y=6|x):     0.0280   0.0161   0.0119  [ 0.0029,   0.0208]

              iceraid1
Current=          1
  Saved=          0
   Diff=          1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1131.4681
Iteration 2:   log likelihood = -1131.3585
Iteration 3:   log likelihood = -1131.3585

Ordered logistic regression                  Number of obs =  1,000
                                             LR chi2(1)    =  19.77
                                             Prob > chi2   = 0.0000
Log likelihood = -1131.3585                  Pseudo R2     = 0.0087

--------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+----------------------------------------------------------------
    iceraid2 |  .6965479    .1540518    4.52   0.000      .394612    .9984838
------------+----------------------------------------------------------------
       /cut1 |  .8858568    .0775267                      .7339072    1.037806
       /cut2 | 1.538047     .0890368                     1.363538    1.712556
       /cut3 | 2.101802     .1046404                     1.896711    2.306894
       /cut4 | 2.695994     .128577                      2.443988       2.948
       /cut5 | 3.48233      .1769508                     3.135512    3.829147
       /cut6 | 4.149483     .2388414                     3.681362    4.617603
------------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                   ON      OFF    Change    95% CI for Change
   Pr(y=0|x):   0.5472   0.7080   -0.1608  [-0.2329,  -0.0888]
   Pr(y=1|x):   0.1516   0.1151    0.0364  [ 0.0212,   0.0517]
   Pr(y=2|x):   0.1042   0.0679    0.0363  [ 0.0188,   0.0539]
   Pr(y=3|x):   0.0777   0.0457    0.0320  [ 0.0151,   0.0489]
   Pr(y=4|x):   0.0612   0.0334    0.0278  [ 0.0120,   0.0435]
   Pr(y=5|x):   0.0274   0.0143    0.0131  [ 0.0042,   0.0220]
   Pr(y=6|x):   0.0307   0.0155    0.0152  [ 0.0050,   0.0253]
```

```
              iceraid2
Current=         1
  Saved=         0
   Diff=         1
```

(sum of wgt is 1,000.00808662176)
```
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1120.4998
Iteration 2:   log likelihood = -1120.2927
Iteration 3:   log likelihood = -1120.2926
```

```
Ordered logistic regression                     Number of obs =   1,000
                                                LR chi2(1)    =   41.90
                                                Prob > chi2   =  0.0000
Log likelihood = -1120.2926                     Pseudo R2     =  0.0184
```

```
------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+----------------------------------------------------------------
      anyraid |  .8749502    .1351443    6.47   0.000      .6100722    1.139828
------------+----------------------------------------------------------------
       /cut1 | 1.077524     .0903382                      .9004648    1.254584
       /cut2 | 1.74222      .101835                      1.542627    1.941813
       /cut3 | 2.313362     .1165125                     2.085001    2.541722
       /cut4 | 2.912327     .1388506                     2.640185    3.184469
       /cut5 | 3.702102     .184798                      3.339905      4.0643
       /cut6 | 4.370859     .2447996                     3.891061    4.850657
------------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                   ON      OFF    Change    95% CI for Change
   Pr(y=0|x):   0.5505   0.7460   -0.1956  [-0.2550,  -0.1361]
   Pr(y=1|x):   0.1537   0.1049    0.0488  [ 0.0323,   0.0653]
   Pr(y=2|x):   0.1040   0.0590    0.0450  [ 0.0286,   0.0615]
   Pr(y=3|x):   0.0765   0.0385    0.0380  [ 0.0229,   0.0530]
   Pr(y=4|x):   0.0595   0.0275    0.0320  [ 0.0183,   0.0457]
   Pr(y=5|x):   0.0264   0.0116    0.0149  [ 0.0066,   0.0231]
   Pr(y=6|x):   0.0294   0.0125    0.0169  [ 0.0078,   0.0261]
```

```
              anyraid
Current=         1
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Saved=          0
        Diff=           1

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1073.1223
Iteration 2:   log likelihood = -1071.0678
Iteration 3:   log likelihood = -1071.0658
Iteration 4:   log likelihood = -1071.0658

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    = 140.35
                                                Prob > chi2   = 0.0000
Log likelihood = -1071.0658                     Pseudo R2     = 0.0615

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport|   .767506    .0673647    11.39   0.000    .6354737    .8995383
-------------+----------------------------------------------------------
       /cut1 |  1.691004    .1183135                     1.459114    1.922894
       /cut2 |  2.424773    .1330053                     2.164088    2.685459
       /cut3 |  3.041446    .1482038                     2.750972    3.331921
       /cut4 |  3.667814    .168372                      3.33781     3.997811
       /cut5 |  4.475424    .2089155                     4.065957    4.884891
       /cut6 |  5.149408    .2636844                     4.632596    5.66622
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
   Pr(y=0|x):   0.3517    0.8444   -0.4926   [-0.5664,  -0.4189]
   Pr(y=1|x):   0.1788    0.0743    0.1045   [ 0.0811,   0.1278]
   Pr(y=2|x):   0.1462    0.0357    0.1105   [ 0.0830,   0.1380]
   Pr(y=3|x):   0.1199    0.0207    0.0992   [ 0.0701,   0.1282]
   Pr(y=4|x):   0.1012    0.0136    0.0875   [ 0.0580,   0.1170]
   Pr(y=5|x):   0.0474    0.0055    0.0419   [ 0.0212,   0.0626]
   Pr(y=6|x):   0.0548    0.0058    0.0491   [ 0.0256,   0.0725]

            worry_deport
 Current=            3
   Saved=            0
   Diff=             3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1111.4871
Iteration 2:   log likelihood = -1111.0921
Iteration 3:   log likelihood =  -1111.092
Iteration 4:   log likelihood =  -1111.092

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(1)    =  60.30
                                                Prob > chi2   = 0.0000
Log likelihood = -1111.092                      Pseudo R2     = 0.0264

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam|   .505082    .0671037     7.53   0.000    .3735611    .6366028
-------------+----------------------------------------------------------
       /cut1 |  1.541803    .1344033                     1.278377    1.805228
       /cut2 |  2.21648     .1446827                     1.932907    2.500053
       /cut3 |  2.792964    .1566446                     2.485947    3.099982
       /cut4 |  3.396058    .1746992                     3.053654    3.738462
       /cut5 |  4.189192    .2134887                     3.770762    4.607622
       /cut6 |  4.857577    .2671369                     4.333998    5.381156
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------------------------------------------------------------------
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
   Pr(y=0|x):     0.5066    0.8237   -0.3171  [-0.3934,  -0.2408]
   Pr(y=1|x):     0.1618    0.0780    0.0838  [ 0.0599,   0.1078]
   Pr(y=2|x):     0.1136    0.0406    0.0730  [ 0.0503,   0.0958]
   Pr(y=3|x):     0.0856    0.0253    0.0604  [ 0.0394,   0.0813]
   Pr(y=4|x):     0.0678    0.0175    0.0503  [ 0.0310,   0.0695]
   Pr(y=5|x):     0.0304    0.0072    0.0232  [ 0.0110,   0.0353]
   Pr(y=6|x):     0.0341    0.0077    0.0264  [ 0.0130,   0.0399]

             worry_fam
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1082.1472
Iteration 2:   log likelihood = -1080.6057
Iteration 3:   log likelihood = -1080.6038
Iteration 4:   log likelihood = -1080.6038

Ordered logistic regression                   Number of obs =  1,000
                                              LR chi2(1)    = 121.28
                                              Prob > chi2   = 0.0000
Log likelihood = -1080.6038                   Pseudo R2     = 0.0531

--------------------------------------------------------------------------
avoidscale | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
-----------+--------------------------------------------------------------
 worryscale |  .4052947    .0386296   10.49   0.000    .3295821    .4810072
-----------+--------------------------------------------------------------
      /cut1 |  1.891152    .140111                     1.616539    2.165764
      /cut2 |  2.608958    .1532991                    2.308497    2.909419
      /cut3 |  3.214091    .1669169                    2.88694     3.541242
      /cut4 |  3.834463    .1852798                    3.471321    4.197605
      /cut5 |  4.638802    .2229633                    4.201802    5.075802
      /cut6 |  5.311256    .2750011                    4.772264    5.850248
--------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
   Pr(y=0|x):     0.3680    0.8689   -0.5008  [-0.5802,  -0.4215]
   Pr(y=1|x):     0.1761    0.0625    0.1136  [ 0.0889,   0.1382]
   Pr(y=2|x):     0.1420    0.0299    0.1121  [ 0.0839,   0.1402]
   Pr(y=3|x):     0.1164    0.0175    0.0989  [ 0.0695,   0.1284]
   Pr(y=4|x):     0.0983    0.0116    0.0867  [ 0.0570,   0.1164]
   Pr(y=5|x):     0.0459    0.0047    0.0413  [ 0.0207,   0.0619]
   Pr(y=6|x):     0.0532    0.0049    0.0483  [ 0.0250,   0.0716]

             worryscale
Current=         6
  Saved=         0
   Diff=         6

.
. *bivariate subset by naturalized*
. foreach var of varlist av_schools-avoidscale {
  2.          foreach var2 of varlist worry_deport-worryscale {
  3.              version 11: ologit `var' `var2' if naturalized==0 [aw=weight]
  4.              qui prvalue, x(`var2'=min) save
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
  5.                      prvalue, x(`var2'=max) diff
  6.                      version 11: ologit `var' `var2' if naturalized==1 [aw=weight]
  7.                      qui prvalue, x(`var2'=min) save
  8.                      prvalue, x(`var2'=max) diff
  9.            }
 10. }

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -222.91615
Iteration 1:   log likelihood = -213.08745
Iteration 2:   log likelihood = -212.71108
Iteration 3:   log likelihood = -212.71055
Iteration 4:   log likelihood = -212.71055

Ordered logistic regression                    Number of obs  =    538
                                                LR chi2(1)     =  20.41
                                                Prob > chi2    = 0.0000
Log likelihood = -212.71055                     Pseudo R2      = 0.0458

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .5546302   .1264645     4.39   0.000    .3067643    .802496
-------------+----------------------------------------------------------
       /cut1 |  2.628578   .2525739                     2.133543   3.123614
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                       ON      OFF    Change   95% CI for Change
       Pr(y=0|x):   0.7241   0.9327  -0.2086  [-0.3043,  -0.1129]
       Pr(y=1|x):   0.2759   0.0673   0.2086  [ 0.1129,   0.3043]

                  worry_deport
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -93.666199
Iteration 1:   log likelihood = -87.023317
Iteration 2:   log likelihood = -84.060748
Iteration 3:   log likelihood = -84.056339
Iteration 4:   log likelihood = -84.056339

Ordered logistic regression                    Number of obs  =    462
                                                LR chi2(1)     =  19.22
                                                Prob > chi2    = 0.0000
Log likelihood = -84.056339                     Pseudo R2      = 0.1026

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .8733886   .2045059     4.27   0.000    .4725643   1.274213
-------------+----------------------------------------------------------
       /cut1 |  4.007925   .4045888                     3.214945   4.800904
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                       ON      OFF    Change   95% CI for Change
       Pr(y=0|x):   0.8002   0.9822  -0.1819  [-0.2961,  -0.0678]
       Pr(y=1|x):   0.1998   0.0178   0.1819  [ 0.0678,   0.2961]

                  worry_deport
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Current=              3
  Saved=              0
  Diff=               3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -222.91615
Iteration 1:   log likelihood = -222.07729
Iteration 2:   log likelihood = -222.07428
Iteration 3:   log likelihood = -222.07428

Ordered logistic regression                      Number of obs  =     538
                                                 LR chi2(1)     =    1.68
                                                 Prob > chi2    =  0.1944
Log likelihood = -222.07428                      Pseudo R2      =  0.0038

------------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
  worry_fam |  .1595097    .1241524     1.28   0.199    -.0838245    .4028439
------------+-----------------------------------------------------------------
      /cut1 |  2.055395    .2581634                      1.549404    2.561386
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
    Pr(y=0|x):    0.8288   0.8865   -0.0577  [-0.1435,   0.0281]
    Pr(y=1|x):    0.1712   0.1135    0.0577  [-0.0281,   0.1435]

              worry_fam
Current=              3
  Saved=              0
  Diff=               3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -93.666199
Iteration 1:   log likelihood = -88.781451
Iteration 2:   log likelihood = -88.226737
Iteration 3:   log likelihood = -88.226245
Iteration 4:   log likelihood = -88.226245

Ordered logistic regression                      Number of obs  =     462
                                                 LR chi2(1)     =   10.88
                                                 Prob > chi2    =  0.0010
Log likelihood = -88.226245                      Pseudo R2      =  0.0581

------------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
  worry_fam |  .6906441    .2188176     3.16   0.002     .2617696    1.119519
------------+-----------------------------------------------------------------
      /cut1 |  3.981102    .4587081                      3.082051    4.880154
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method
                    ON      OFF     Change   95% CI for Change
    Pr(y=0|x):    0.8709   0.9817   -0.1108  [-0.1907,  -0.0308]
    Pr(y=1|x):    0.1291   0.0183    0.1108  [ 0.0308,   0.1907]

              worry_fam
Current=              3
  Saved=              0
  Diff=               3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -222.91615
Iteration 1:   log likelihood = -217.64682
Iteration 2:   log likelihood = -217.53949
Iteration 3:   log likelihood = -217.53943
Iteration 4:   log likelihood = -217.53943

Ordered logistic regression                Number of obs  =     538
                                           LR chi2(1)     =   10.75
                                           Prob > chi2    =  0.0010
Log likelihood = -217.53943                Pseudo R2      =  0.0241

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .2275746   .0710403    3.20   0.001    .0883381    .366811
-------------+----------------------------------------------------------
        /cut1 |  2.527906   .2822065                    1.974792   3.081021
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7618  0.9261  -0.1643  [-0.2636,  -0.0650]
        Pr(y=1|x):  0.2382  0.0739   0.1643  [ 0.0650,   0.2636]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -93.666199
Iteration 1:   log likelihood = -86.275227
Iteration 2:   log likelihood = -84.256506
Iteration 3:   log likelihood = -84.254742
Iteration 4:   log likelihood = -84.254742

Ordered logistic regression                Number of obs  =     462
                                           LR chi2(1)     =   18.82
                                           Prob > chi2    =  0.0000
Log likelihood = -84.254742                Pseudo R2      =  0.1005

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .5037661   .1215456    4.14   0.000     .265541   .7419912
-------------+----------------------------------------------------------
        /cut1 |  4.326115   .4791248                    3.387048   5.265183
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7864  0.9870  -0.2005  [-0.3287,  -0.0723]
        Pr(y=1|x):  0.2136  0.0130   0.2005  [ 0.0723,   0.3287]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -266.98752
Iteration 1:   log likelihood =  -250.7165
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -250.15369
Iteration 3:   log likelihood = -250.15276
Iteration 4:   log likelihood = -250.15276

Ordered logistic regression                      Number of obs  =     538
                                                 LR chi2(1)     =   33.67
                                                 Prob > chi2    =  0.0000
Log likelihood = -250.15276                      Pseudo R2      =  0.0631


------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6384579    .1146482     5.57   0.000    .4137515   .8631642
-------------+----------------------------------------------------------
       /cut1 |  2.38648     .2268408                     1.94188    2.831079
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
       Pr(y=0|x):  0.6156    0.9158   -0.3001   [-0.4041,  -0.1962]
       Pr(y=1|x):  0.3844    0.0842    0.3001   [ 0.1962,   0.4041]

              worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -153.23667
Iteration 1:   log likelihood = -140.75666
Iteration 2:   log likelihood = -138.41012
Iteration 3:   log likelihood =  -138.4061
Iteration 4:   log likelihood =  -138.4061

Ordered logistic regression                      Number of obs  =     462
                                                 LR chi2(1)     =   29.66
                                                 Prob > chi2    =  0.0000
Log likelihood = -138.4061                       Pseudo R2      =  0.0968


------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .8008775    .1501224     5.33   0.000    .506643    1.095112
-------------+----------------------------------------------------------
       /cut1 |  3.091451    .2724129                     2.557531   3.625371
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
       Pr(y=0|x):  0.6657    0.9565   -0.2908   [-0.4217,  -0.1600]
       Pr(y=1|x):  0.3343    0.0435    0.2908   [ 0.1600,   0.4217]

              worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -266.98752
Iteration 1:   log likelihood = -264.03711
Iteration 2:   log likelihood = -264.01489
Iteration 3:   log likelihood = -264.01489
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                      Number of obs =     538
                                                 LR chi2(1)    =    5.95
                                                 Prob > chi2   =  0.0148
Log likelihood = -264.01489                      Pseudo R2     =  0.0111


------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .2686092    .1122457     2.39   0.017   .0486117   .4886067
------------+-----------------------------------------------------------
     /cut1 |  1.888051    .2374874                     1.422584   2.353518
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.7469   0.8685   -0.1216   [-0.2168,  -0.0265]
      Pr(y=1|x):   0.2531   0.1315    0.1216   [ 0.0265,   0.2168]

             worry_fam
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -153.23667
Iteration 1:   log likelihood = -146.52117
Iteration 2:   log likelihood = -146.14677
Iteration 3:   log likelihood = -146.14594
Iteration 4:   log likelihood = -146.14594

Ordered logistic regression                      Number of obs =     462
                                                 LR chi2(1)    =   14.18
                                                 Prob > chi2   =  0.0002
Log likelihood = -146.14594                      Pseudo R2     =  0.0463


------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .5671643    .1548178     3.66   0.000   .2637269   .8706016
------------+-----------------------------------------------------------
     /cut1 |  2.989286    .303629                      2.394184   3.584388
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
      Pr(y=0|x):   0.7838   0.9521   -0.1683   [-0.2668,  -0.0698]
      Pr(y=1|x):   0.2162   0.0479    0.1683   [ 0.0698,   0.2668]

             worry_fam
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -266.98752
Iteration 1:   log likelihood = -256.45051
Iteration 2:   log likelihood = -256.20108
Iteration 3:   log likelihood = -256.20082
Iteration 4:   log likelihood = -256.20082

Ordered logistic regression                      Number of obs =     538
                                                 LR chi2(1)    =   21.57
                                                 Prob > chi2   =  0.0000
```

p.234

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Log likelihood = -256.20082                    Pseudo R2    = 0.0404

    ------------------------------------------------------------------------
      av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
    ------------+-----------------------------------------------------------
     worryscale |  .2892801    .0645586     4.48   0.000    .1627477    .4158125
    ------------+-----------------------------------------------------------
          /cut1 |  2.371001    .2577696                     1.865782    2.87622
    ------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON      OFF     Change    95% CI for Change
            Pr(y=0|x):  0.6537  0.9146   -0.2609   [-0.3699,  -0.1518]
            Pr(y=1|x):  0.3463  0.0854    0.2609   [ 0.1518,   0.3699]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -153.23667
Iteration 1:   log likelihood = -141.19852
Iteration 2:   log likelihood = -139.71099
Iteration 3:   log likelihood = -139.70816
Iteration 4:   log likelihood = -139.70816

Ordered logistic regression                    Number of obs =     462
                                               LR chi2(1)    =   27.06
                                               Prob > chi2   =  0.0000
Log likelihood = -139.70816                    Pseudo R2     =  0.0883

    ------------------------------------------------------------------------
      av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
    ------------+-----------------------------------------------------------
     worryscale |  .4412555    .0880572     5.01   0.000    .2686665    .6138444
    ------------+-----------------------------------------------------------
          /cut1 |  3.319828    .3196317                     2.693361    3.946295
    ------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON      OFF     Change    95% CI for Change
            Pr(y=0|x):  0.6620  0.9651   -0.3031   [-0.4443,  -0.1619]
            Pr(y=1|x):  0.3380  0.0349    0.3031   [ 0.1619,   0.4443]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -249.63053
Iteration 1:   log likelihood = -236.39201
Iteration 2:   log likelihood = -235.91374
Iteration 3:   log likelihood = -235.91302
Iteration 4:   log likelihood = -235.91302

Ordered logistic regression                    Number of obs =     538
                                               LR chi2(1)    =   27.44
                                               Prob > chi2   =  0.0000
Log likelihood = -235.91302                    Pseudo R2     =  0.0550

    ------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .5997019    .1186515     5.05   0.000     .3671492    .8322546
-------------+----------------------------------------------------------------
       /cut1 |  2.472938    .2357647                      2.010848    2.935028
--------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                     ON      OFF     Change   95% CI for Change
      Pr(y=0|x):    0.6624   0.9222  -0.2599  [-0.3610,  -0.1587]
      Pr(y=1|x):    0.3376   0.0778   0.2599  [ 0.1587,   0.3610]

              worry_deport
Current=            3
 Saved=             0
  Diff=             3
```

(sum of wgt is 439.4631420969963)
```
Iteration 0:   log likelihood = -120.17174
Iteration 1:   log likelihood = -113.81003
Iteration 2:   log likelihood =  -112.6956
Iteration 3:   log likelihood = -112.69491
Iteration 4:   log likelihood = -112.69491
```

```
Ordered logistic regression                      Number of obs =      462
                                                 LR chi2(1)    =    14.95
                                                 Prob > chi2   =   0.0001
Log likelihood = -112.69491                      Pseudo R2     =   0.0622
```

```
--------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .6573585    .1696328     3.88   0.000     .3248842    .9898327
-------------+----------------------------------------------------------------
       /cut1 |  3.290058    .3031385                      2.695917    3.884198
--------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                     ON      OFF     Change   95% CI for Change
      Pr(y=0|x):    0.7888   0.9641  -0.1752  [-0.2891,  -0.0613]
      Pr(y=1|x):    0.2112   0.0359   0.1752  [ 0.0613,   0.2891]

              worry_deport
Current=            3
 Saved=             0
  Diff=             3
```

(sum of wgt is 560.544944524765)
```
Iteration 0:   log likelihood = -249.63053
Iteration 1:   log likelihood = -247.61052
Iteration 2:   log likelihood = -247.59767
Iteration 3:   log likelihood = -247.59767
```

```
Ordered logistic regression                      Number of obs =      538
                                                 LR chi2(1)    =     4.07
                                                 Prob > chi2   =   0.0438
Log likelihood = -247.59767                      Pseudo R2     =   0.0081
```

```
--------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |  .2315676    .1166592     1.98   0.047     .0029198    .4602155
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          /cut1 |  1.964397   .2457907                     1.482656    2.446138
----------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                       ON       OFF      Change   95% CI for Change
         Pr(y=0|x):   0.7807   0.8770   -0.0963   [-0.1878,  -0.0048]
         Pr(y=1|x):   0.2193   0.1230    0.0963   [ 0.0048,   0.1878]

              worry_fam
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -120.17174
Iteration 1:   log likelihood = -115.00584
Iteration 2:   log likelihood = -114.63239
Iteration 3:   log likelihood = -114.63114
Iteration 4:   log likelihood = -114.63114

Ordered logistic regression                     Number of obs  =     462
                                                LR chi2(1)     =   11.08
                                                Prob > chi2    =  0.0009
Log likelihood = -114.63114                     Pseudo R2      =  0.0461

----------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+---------------------------------------------------------------
   worry_fam |   .5877272   .1818822    3.23   0.001    .2312447    .9442098
------------+---------------------------------------------------------------
       /cut1 |   3.420464   .3649946                    2.705088     4.13584
----------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                       ON       OFF      Change   95% CI for Change
         Pr(y=0|x):   0.8399   0.9683   -0.1285   [-0.2161,  -0.0409]
         Pr(y=1|x):   0.1601   0.0317    0.1285   [ 0.0409,   0.2161]

              worry_fam
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -249.63053
Iteration 1:   log likelihood = -241.45708
Iteration 2:   log likelihood = -241.26976
Iteration 3:   log likelihood =  -241.2696
Iteration 4:   log likelihood =  -241.2696

Ordered logistic regression                     Number of obs  =     538
                                                LR chi2(1)     =   16.72
                                                Prob > chi2    =  0.0000
Log likelihood = -241.2696                      Pseudo R2      =  0.0335

----------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+---------------------------------------------------------------
  worryscale |   .2650695   .0668413    3.97   0.000     .134063    .396076
------------+---------------------------------------------------------------
       /cut1 |   2.433486   .2668037                     1.91056    2.956411
----------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON        OFF      Change    95% CI for Change
     Pr(y=0|x):    0.6991    0.9193    -0.2202   [-0.3259,  -0.1146]
     Pr(y=1|x):    0.3009    0.0807     0.2202   [ 0.1146,   0.3259]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -120.17174
Iteration 1:   log likelihood = -112.93512
Iteration 2:   log likelihood = -111.96549
Iteration 3:   log likelihood = -111.96458
Iteration 4:   log likelihood = -111.96458

Ordered logistic regression                 Number of obs =    462
                                            LR chi2(1)    =  16.41
                                            Prob > chi2   = 0.0001
Log likelihood = -111.96458                 Pseudo R2     = 0.0683

------------------------------------------------------------------
  av_medical | Coefficient  Std. err.     z    P>|z|  [95% conf. interval]
-------------+----------------------------------------------------
  worryscale |   .397181    .100198    3.96   0.000   .2007967   .5935654
-------------+----------------------------------------------------
       /cut1 |  3.586671    .3657124                  2.869888   4.303454
------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON        OFF      Change    95% CI for Change
     Pr(y=0|x):    0.7692    0.9731    -0.2039   [-0.3314,  -0.0764]
     Pr(y=1|x):    0.2308    0.0269     0.2039   [ 0.0764,   0.3314]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -220.10466
Iteration 1:   log likelihood = -215.11828
Iteration 2:   log likelihood =  -215.0187
Iteration 3:   log likelihood = -215.01866
Iteration 4:   log likelihood = -215.01866

Ordered logistic regression                 Number of obs =    538
                                            LR chi2(1)    =  10.17
                                            Prob > chi2   = 0.0014
Log likelihood = -215.01866                 Pseudo R2     = 0.0231

------------------------------------------------------------------
     av_work | Coefficient  Std. err.     z    P>|z|  [95% conf. interval]
-------------+----------------------------------------------------
worry_deport |  .3893305   .1236425    3.15   0.002   .1469957   .6316653
-------------+----------------------------------------------------
       /cut1 |  2.374968   .2366399                   1.911162   2.838774
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                     ON       OFF      Change   95% CI for Change
        Pr(y=0|x):   0.7698   0.9149   -0.1451  [-0.2380,  -0.0522]
        Pr(y=1|x):   0.2302   0.0851    0.1451  [ 0.0522,   0.2380]

             worry_deport
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -95.50663
Iteration 1:   log likelihood = -90.245619
Iteration 2:   log likelihood = -88.859422
Iteration 3:   log likelihood = -88.859069
Iteration 4:   log likelihood = -88.859069

Ordered logistic regression               Number of obs   =     462
                                          LR chi2(1)      =   13.30
                                          Prob > chi2     =  0.0003
Log likelihood = -88.859069               Pseudo R2       =  0.0696

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .7140434    .196262     3.64   0.000    .3293769   1.09871
-------------+----------------------------------------------------------
       /cut1 |  3.724486    .3658115                    3.007509   4.441464
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON       OFF      Change   95% CI for Change
        Pr(y=0|x):   0.8295   0.9764   -0.1469  [-0.2529,  -0.0409]
        Pr(y=1|x):   0.1705   0.0236    0.1469  [ 0.0409,   0.2529]

             worry_deport
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -220.10466
Iteration 1:   log likelihood = -219.89293
Iteration 2:   log likelihood = -219.89274
Iteration 3:   log likelihood = -219.89274

Ordered logistic regression               Number of obs   =     538
                                          LR chi2(1)      =    0.42
                                          Prob > chi2     =  0.5150
Log likelihood = -219.89274               Pseudo R2       =  0.0010

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |  .0799921    .1233834    0.65   0.517   -.1618349   .3218192
-------------+----------------------------------------------------------
       /cut1 |  1.935914    .2513149                    1.443345   2.428482
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON       OFF      Change   95% CI for Change
        Pr(y=0|x):   0.8450   0.8739   -0.0289  [-0.1152,   0.0574]
        Pr(y=1|x):   0.1550   0.1261    0.0289  [-0.0574,   0.1152]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
             worry_fam
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -95.50663
Iteration 1:   log likelihood = -91.801659
Iteration 2:   log likelihood = -91.509355
Iteration 3:   log likelihood = -91.508554
Iteration 4:   log likelihood = -91.508554

Ordered logistic regression                    Number of obs =    462
                                               LR chi2(1)    =   8.00
                                               Prob > chi2   = 0.0047
Log likelihood = -91.508554                    Pseudo R2     = 0.0419

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .5776664   .2101176     2.75   0.006    .1658434   .9894893
-------------+----------------------------------------------------------
       /cut1 |  3.748502   .4248817                      2.915749   4.581255
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
    Pr(y=0|x):  0.8824    0.9770   -0.0946   [-0.1716,  -0.0176]
    Pr(y=1|x):  0.1176    0.0230    0.0946   [ 0.0176,   0.1716]

             worry_fam
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -220.10466
Iteration 1:   log likelihood = -217.78445
Iteration 2:   log likelihood = -217.76314
Iteration 3:   log likelihood = -217.76314

Ordered logistic regression                    Number of obs =    538
                                               LR chi2(1)    =   4.68
                                               Prob > chi2   = 0.0305
Log likelihood = -217.76314                    Pseudo R2     = 0.0106

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |  .1494091   .0698163     2.14   0.032    .0125717   .2862464
-------------+----------------------------------------------------------
       /cut1 |  2.279345   .2680462                      1.753984   2.804706
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
    Pr(y=0|x):  0.7995    0.9072   -0.1077   [-0.2056,  -0.0098]
    Pr(y=1|x):  0.2005    0.0928    0.1077   [ 0.0098,   0.2056]

             worryscale
Current=          6
  Saved=          0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            Diff=          6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood =  -95.50663
Iteration 1:   log likelihood = -89.841177
Iteration 2:   log likelihood = -88.849862
Iteration 3:   log likelihood = -88.849789
Iteration 4:   log likelihood = -88.849789

Ordered logistic regression                   Number of obs =     462
                                               LR chi2(1)    =   13.31
                                               Prob > chi2   =  0.0003
Log likelihood = -88.849789                    Pseudo R2     =  0.0697

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale | .4133134   .1158549    3.57   0.000    .186242   .6403848
-------------+----------------------------------------------------------
       /cut1 | 3.989828   .4342676                    3.13868   4.840977
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON        OFF     Change   95% CI for Change
    Pr(y=0|x):    0.8191    0.9818    -0.1628   [-0.2809,  -0.0446]
    Pr(y=1|x):    0.1809    0.0182     0.1628   [ 0.0446,   0.2809]

            worryscale
Current=            6
  Saved=            0
   Diff=            6

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -258.55938
Iteration 1:   log likelihood = -249.91063
Iteration 2:   log likelihood = -249.73014
Iteration 3:   log likelihood = -249.73006
Iteration 4:   log likelihood = -249.73006

Ordered logistic regression                   Number of obs =     538
                                               LR chi2(1)    =   17.66
                                               Prob > chi2   =  0.0000
Log likelihood = -249.73006                    Pseudo R2     =  0.0341

------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport | .4637083   .1125948    4.12   0.000   .2430265   .6843901
-------------+----------------------------------------------------------
       /cut1 | 2.166808    .21587                    1.743711   2.589905
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON        OFF     Change   95% CI for Change
    Pr(y=0|x):    0.6847    0.8972    -0.2125   [-0.3145,  -0.1105]
    Pr(y=1|x):    0.3153    0.1028     0.2125   [ 0.1105,   0.3145]

          worry_deport
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 439.4631420969963)
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -139.51875
Iteration 1:   log likelihood = -130.88231
Iteration 2:   log likelihood = -129.45374
Iteration 3:   log likelihood = -129.45198
Iteration 4:   log likelihood = -129.45198

Ordered logistic regression                    Number of obs   =     462
                                               LR chi2(1)      =   20.13
                                               Prob > chi2     =  0.0000
Log likelihood = -129.45198                    Pseudo R2       =  0.0722


------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .6960907    .155837     4.47   0.000    .3906558   1.001526
-------------+----------------------------------------------------------
       /cut1 |   3.102396   .2775626                     2.558383   3.646409
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7338   0.9570   -0.2232   [-0.3460,  -0.1003]
        Pr(y=1|x):  0.2662   0.0430    0.2232   [ 0.1003,   0.3460]

           worry_deport
Current=        3
 Saved=         0
  Diff=         3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -258.55938
Iteration 1:   log likelihood = -257.21747
Iteration 2:   log likelihood = -257.21244
Iteration 3:   log likelihood = -257.21244

Ordered logistic regression                    Number of obs   =     538
                                               LR chi2(1)      =    2.69
                                               Prob > chi2     =  0.1007
Log likelihood = -257.21244                    Pseudo R2       =  0.0052


------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .1828561   .1126443     1.62   0.105   -.0379226    .4036348
-------------+----------------------------------------------------------
       /cut1 |   1.799665    .234365                     1.340318   2.259013
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7775   0.8581   -0.0806   [-0.1751,   0.0139]
        Pr(y=1|x):  0.2225   0.1419    0.0806   [-0.0139,   0.1751]

           worry_fam
Current=        3
 Saved=         0
  Diff=         3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -139.51875
Iteration 1:   log likelihood = -134.49561
Iteration 2:   log likelihood = -134.24004
Iteration 3:   log likelihood = -134.23957
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -134.23957

Ordered logistic regression                        Number of obs  =    462
                                                   LR chi2(1)     =  10.56
                                                   Prob > chi2    = 0.0012
Log likelihood = -134.23957                        Pseudo R2      = 0.0378

------------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------------
  worry_fam |  .5177938   .1628094    3.18   0.001    .1986933   .8368943
-----------+------------------------------------------------------------
     /cut1 |   3.06354   .3167598                    2.442702   3.684378
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.8191   0.9554  -0.1363  [-0.2287,  -0.0439]
        Pr(y=1|x):  0.1809   0.0446   0.1363  [ 0.0439,   0.2287]

              worry_fam
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -258.55938
Iteration 1:   log likelihood = -253.21665
Iteration 2:   log likelihood =  -253.1458
Iteration 3:   log likelihood = -253.14578

Ordered logistic regression                        Number of obs  =    538
                                                   LR chi2(1)     =  10.83
                                                   Prob > chi2    = 0.0010
Log likelihood = -253.14578                        Pseudo R2      = 0.0209

------------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------------
 worryscale |  .2057474   .0637622    3.23   0.001    .0807758   .330719
-----------+------------------------------------------------------------
     /cut1 |   2.14762   .2480417                    1.661467   2.633773
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.7136   0.8954  -0.1818  [-0.2898,  -0.0738]
        Pr(y=1|x):  0.2864   0.1046   0.1818  [ 0.0738,   0.2898]

              worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -139.51875
Iteration 1:   log likelihood = -130.95276
Iteration 2:   log likelihood = -130.00806
Iteration 3:   log likelihood = -130.00615
Iteration 4:   log likelihood = -130.00615

Ordered logistic regression                        Number of obs  =    462
                                                   LR chi2(1)     =  19.03
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                          Prob > chi2   = 0.0000
Log likelihood = -130.00615               Pseudo R2     = 0.0682

------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------
 worryscale |  .3893309    .0912883     4.26   0.000    .2104092    .5682526
-----------+------------------------------------------------------
      /cut1 |  3.319488    .3269434                     2.678691    3.960285
------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.7278   0.9651  -0.2373  [-0.3706,  -0.1040]
        Pr(y=1|x):  0.2722   0.0349   0.2373  [ 0.1040,   0.3706]

            worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -248.42992
Iteration 1:   log likelihood = -228.86119
Iteration 2:   log likelihood = -227.79738
Iteration 3:   log likelihood = -227.79317
Iteration 4:   log likelihood = -227.79317

Ordered logistic regression               Number of obs  =     538
                                          LR chi2(1)     =   41.27
                                          Prob > chi2    =  0.0000
Log likelihood = -227.79317               Pseudo R2      =  0.0831

------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
 worry_deport |  .7527265    .1241005     6.07   0.000    .5094941    .995959
-------------+----------------------------------------------------
        /cut1 |  2.754711    .2545132                     2.255875    3.253548
------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.6216   0.9402  -0.3185  [-0.4201,  -0.2170]
        Pr(y=1|x):  0.3784   0.0598   0.3185  [ 0.2170,   0.4201]

            worry_deport
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -161.00925
Iteration 1:   log likelihood = -149.84785
Iteration 2:   log likelihood = -148.28848
Iteration 3:   log likelihood = -148.28422
Iteration 4:   log likelihood = -148.28422

Ordered logistic regression               Number of obs  =     462
                                          LR chi2(1)     =   25.45
                                          Prob > chi2    =  0.0000
Log likelihood = -148.28422               Pseudo R2      =  0.0790
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z     P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |   .717749    .143704     4.99   0.000     .4360943    .9994038
-------------+-----------------------------------------------------------
       /cut1 |  2.883088   .2520836                      2.389013    3.377163
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                          ON        OFF     Change   95% CI for Change
          Pr(y=0|x):    0.6748    0.9470    -0.2722   [-0.4016,  -0.1429]
          Pr(y=1|x):    0.3252    0.0530     0.2722   [ 0.1429,   0.4016]

              worry_deport
Current=              3
  Saved=              0
   Diff=              3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -248.42992
Iteration 1:   log likelihood = -240.92488
Iteration 2:   log likelihood = -240.73675
Iteration 3:   log likelihood = -240.73647
Iteration 4:   log likelihood = -240.73647

Ordered logistic regression                    Number of obs  =      538
                                                LR chi2(1)     =    15.39
                                                Prob > chi2    =   0.0001
Log likelihood = -240.73647                     Pseudo R2      =   0.0310

-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z     P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
    worry_fam |  .4694071   .1251321     3.75   0.000     .2241526    .7146616
-------------+-----------------------------------------------------------
        /cut1 |  2.436235   .2770521                      1.893222    2.979247
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                          ON        OFF     Change   95% CI for Change
          Pr(y=0|x):    0.7365    0.9195    -0.1830   [-0.2708,  -0.0952]
          Pr(y=1|x):    0.2635    0.0805     0.1830   [ 0.0952,   0.2708]

              worry_fam
Current=              3
  Saved=              0
   Diff=              3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -161.00925
Iteration 1:   log likelihood = -147.11983
Iteration 2:   log likelihood = -145.62752
Iteration 3:   log likelihood = -145.62461
Iteration 4:   log likelihood = -145.62461

Ordered logistic regression                    Number of obs  =      462
                                                LR chi2(1)     =    30.77
                                                Prob > chi2    =   0.0000
Log likelihood = -145.62461                     Pseudo R2      =   0.0956

-------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z     P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
   worry_fam |   .8369653   .1616621    5.18   0.000     .5201134   1.153817
-------------+----------------------------------------------------------------
       /cut1 |    3.38097   .3378853                      2.718727   4.043213
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.7048   0.9671  -0.2623   [-0.3702,  -0.1545]
       Pr(y=1|x):  0.2952   0.0329   0.2623   [ 0.1545,   0.3702]
           worry_fam
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -248.42992
Iteration 1:   log likelihood = -232.15334
Iteration 2:   log likelihood = -231.38517
Iteration 3:   log likelihood = -231.38237
Iteration 4:   log likelihood = -231.38237

Ordered logistic regression                     Number of obs  =      538
                                                LR chi2(1)     =    34.10
                                                Prob > chi2    =   0.0000
Log likelihood = -231.38237                     Pseudo R2      =   0.0686

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |    .392532   .0714468    5.49   0.000     .2524987   .5325652
-------------+----------------------------------------------------------------
       /cut1 |   2.917653   .2977134                      2.334145   3.50116
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.6370   0.9487  -0.3117   [-0.4169,  -0.2065]
       Pr(y=1|x):  0.3630   0.0513   0.3117   [ 0.2065,   0.4169]
           worryscale
Current=         6
  Saved=         0
   Diff=         6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -161.00925
Iteration 1:   log likelihood = -145.42594
Iteration 2:   log likelihood = -143.24456
Iteration 3:   log likelihood = -143.24017
Iteration 4:   log likelihood = -143.24017

Ordered logistic regression                     Number of obs  =      462
                                                LR chi2(1)     =    35.54
                                                Prob > chi2    =   0.0000
Log likelihood = -143.24017                     Pseudo R2      =   0.1104

------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .4955899   .0877769    5.65   0.000     .3235504   .6676294
-------------+----------------------------------------------------------------
       /cut1 |    3.40339   .3233883                      2.769561   4.03722
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-----------------------------------------------------------------------
ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
        Pr(y=0|x):   0.6058    0.9678   -0.3620   [-0.5074,  -0.2165]
        Pr(y=1|x):   0.3942    0.0322    0.3620   [ 0.2165,   0.5074]

             worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -710.58675
Iteration 1:   log likelihood = -679.97664
Iteration 2:   log likelihood = -679.52505
Iteration 3:   log likelihood = -679.52481
Iteration 4:   log likelihood = -679.52481

Ordered logistic regression                    Number of obs  =     538
                                                LR chi2(1)     =   62.12
                                                Prob > chi2    =  0.0000
Log likelihood = -679.52481                     Pseudo R2      =  0.0437

-----------------------------------------------------------------------
   avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
--------------+--------------------------------------------------------
 worry_deport |  .6676264    .0877422     7.61   0.000    .4956548   .8395981
--------------+--------------------------------------------------------
        /cut1 |  1.353855    .1616712                     1.036985   1.670725
        /cut2 |  2.093044    .178251                      1.743678   2.44241
        /cut3 |  2.634462    .1930086                     2.256173   3.012752
        /cut4 |  3.211331    .2124423                     2.794952   3.627711
        /cut5 |  3.986868    .2516681                     3.493608   4.480129
        /cut6 |  4.629653    .3042927                     4.03325    5.226055
-----------------------------------------------------------------------
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
        Pr(y=0|x):   0.3432    0.7948   -0.4515   [-0.5523,  -0.3508]
        Pr(y=1|x):   0.1793    0.0955    0.0839   [ 0.0555,   0.1122]
        Pr(y=2|x):   0.1303    0.0428    0.0875   [ 0.0571,   0.1179]
        Pr(y=3|x):   0.1172    0.0282    0.0890   [ 0.0554,   0.1225]
        Pr(y=4|x):   0.1091    0.0205    0.0886   [ 0.0524,   0.1247]
        Pr(y=5|x):   0.0535    0.0086    0.0449   [ 0.0192,   0.0706]
        Pr(y=6|x):   0.0674    0.0097    0.0578   [ 0.0268,   0.0887]

             worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -399.23226
Iteration 1:   log likelihood = -373.35405
Iteration 2:   log likelihood = -371.43773
Iteration 3:   log likelihood = -371.4352
Iteration 4:   log likelihood = -371.4352

Ordered logistic regression                    Number of obs  =     462
                                                LR chi2(1)     =   55.59
                                                Prob > chi2    =  0.0000
Log likelihood = -371.4352                      Pseudo R2      =  0.0696
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------
worry_deport |  .8046303   .1104038    7.29   0.000     .5882428   1.021018
             |
      /cut1 |  2.032512    .1782316                     1.683184   2.381839
      /cut2 |  2.770409    .2058839                     2.366884   3.173934
      /cut3 |  3.587744    .248079                      3.101519   4.07397
      /cut4 |  4.414984    .3151775                     3.797248   5.032721
      /cut5 |  5.426538    .4617357                     4.521552   6.331523
      /cut6 |  6.337955    .6913712                     4.982892   7.693018
------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                     ON        OFF     Change    95% CI for Change
       Pr(y=0|x):  0.4058    0.8842    -0.4784   [-0.6026,  -0.3541]
       Pr(y=1|x):  0.1824    0.0569     0.1255   [ 0.0837,   0.1673]
       Pr(y=2|x):  0.1756    0.0320     0.1436   [ 0.0868,   0.2004]
       Pr(y=3|x):  0.1171    0.0150     0.1021   [ 0.0482,   0.1560]
       Pr(y=4|x):  0.0722    0.0076     0.0647   [ 0.0196,   0.1097]
       Pr(y=5|x):  0.0275    0.0026     0.0249   [-0.0030,   0.0527]
       Pr(y=6|x):  0.0194    0.0018     0.0176   [-0.0060,   0.0412]

                  worry_deport
       Current=       3
        Saved=        0
         Diff=        3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -710.58675
Iteration 1:   log likelihood = -703.06079
Iteration 2:   log likelihood = -703.03078
Iteration 3:   log likelihood = -703.03078

Ordered logistic regression                    Number of obs =      538
                                                LR chi2(1)    =    15.11
                                                Prob > chi2   =   0.0001
Log likelihood = -703.03078                     Pseudo R2     =   0.0106

------------------------------------------------------------------
avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------
  worry_fam |  .3316125    .0868545    3.82   0.000     .1613808   .5018442
            |
      /cut1 |  .9986191    .1822186                     .6414772   1.355761
      /cut2 |  1.676252    .1924501                     1.299057   2.053447
      /cut3 |  2.178279    .2026372                     1.781117   2.575441
      /cut4 |  2.728755    .2188077                     2.2999     3.15761
      /cut5 |  3.487297    .2557815                     2.985975   3.98862
      /cut6 |  4.124494    .3072791                     3.522238   4.72675
------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                     ON        OFF     Change    95% CI for Change
       Pr(y=0|x):  0.5009    0.7308    -0.2298   [-0.3413,  -0.1184]
       Pr(y=1|x):  0.1631    0.1116     0.0515   [ 0.0222,   0.0808]
       Pr(y=2|x):  0.1015    0.0559     0.0456   [ 0.0203,   0.0710]
       Pr(y=3|x):  0.0843    0.0404     0.0439   [ 0.0191,   0.0687]
       Pr(y=4|x):  0.0737    0.0316     0.0421   [ 0.0177,   0.0665]
       Pr(y=5|x):  0.0345    0.0138     0.0207   [ 0.0062,   0.0353]
       Pr(y=6|x):  0.0419    0.0159     0.0260   [ 0.0086,   0.0434]
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -399.23226
Iteration 1:   log likelihood = -382.96555
Iteration 2:   log likelihood =  -382.414
Iteration 3:   log likelihood = -382.41341
Iteration 4:   log likelihood = -382.41341

Ordered logistic regression                  Number of obs  =     462
                                              LR chi2(1)     =   33.64
                                              Prob > chi2    =  0.0000
Log likelihood = -382.41341                   Pseudo R2      =  0.0421

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .6355312    .1131376    5.62   0.000    .4137855   .8572769
------------+-----------------------------------------------------------
      /cut1 | 2.082873    .2094887                     1.672283   2.493463
      /cut2 | 2.776923    .2305616                     2.325031   3.228816
      /cut3 | 3.567646    .2679048                     3.042563    4.09273
      /cut4 | 4.390526    .3316339                     3.740536   5.040517
      /cut5 | 5.400409    .4734141                     4.472534   6.328283
      /cut6 | 6.309778    .6992339                     4.939305   7.680251
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                  ON      OFF    Change   95% CI for Change
  Pr(y=0|x):   0.5440   0.8892  -0.3453  [-0.4637,  -0.2268]
  Pr(y=1|x):   0.1609   0.0522   0.1087  [ 0.0662,   0.1512]
  Pr(y=2|x):   0.1356   0.0311   0.1044  [ 0.0566,   0.1523]
  Pr(y=3|x):   0.0826   0.0152   0.0674  [ 0.0288,   0.1061]
  Pr(y=4|x):   0.0475   0.0077   0.0398  [ 0.0109,   0.0686]
  Pr(y=5|x):   0.0174   0.0027   0.0147  [-0.0020,   0.0314]
  Pr(y=6|x):   0.0121   0.0018   0.0103  [-0.0036,   0.0242]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 560.544944524765)
Iteration 0:   log likelihood = -710.58675
Iteration 1:   log likelihood =  -688.8278
Iteration 2:   log likelihood = -688.58035
Iteration 3:   log likelihood = -688.58026
Iteration 4:   log likelihood = -688.58026

Ordered logistic regression                  Number of obs  =     538
                                              LR chi2(1)     =   44.01
                                              Prob > chi2    =  0.0000
Log likelihood = -688.58026                   Pseudo R2      =  0.0310

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale | .3191858    .0498235    6.41   0.000    .2215335   .4168381
------------+-----------------------------------------------------------
      /cut1 | 1.429944    .1904194                     1.056728   1.803159
      /cut2 | 2.145235    .2046822                     1.744065   2.546405
      /cut3 | 2.669316    .2171193                      2.24377   3.094862
      /cut4 |  3.23445    .2341608                     2.775504   3.693397
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        /cut5     4.003284    .2702277                    3.473647      4.53292
        /cut6     4.643658    .3198061                    4.016849     5.270466
-------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON        OFF      Change    95% CI for Change
       Pr(y=0|x):   0.3810    0.8069    -0.4259   [-0.5387,   -0.3130]
       Pr(y=1|x):   0.1762    0.0883     0.0879   [ 0.0570,    0.1188]
       Pr(y=2|x):   0.1228    0.0400     0.0828   [ 0.0521,    0.1136]
       Pr(y=3|x):   0.1090    0.0269     0.0821   [ 0.0492,    0.1150]
       Pr(y=4|x):   0.1007    0.0200     0.0807   [ 0.0458,    0.1156]
       Pr(y=5|x):   0.0489    0.0084     0.0405   [ 0.0166,    0.0645]
       Pr(y=6|x):   0.0613    0.0095     0.0518   [ 0.0229,    0.0806]

                 worryscale
Current=               6
 Saved=                0
  Diff=                6

(sum of wgt is 439.4631420969963)
Iteration 0:   log likelihood = -399.23226
Iteration 1:   log likelihood =  -372.3665
Iteration 2:   log likelihood = -370.75789
Iteration 3:   log likelihood = -370.75426
Iteration 4:   log likelihood = -370.75426

Ordered logistic regression                 Number of obs  =      462
                                             LR chi2(1)     =    56.96
                                             Prob > chi2    =   0.0000
Log likelihood = -370.75426                  Pseudo R2      =   0.0713

-------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+------------------------------------------------------------------
  worryscale |  .4736117    .0657721     7.20   0.000     .3447007     .6025228
------------+------------------------------------------------------------------
       /cut1 |  2.348119    .2166943                      1.923406     2.772832
       /cut2 |  3.081579    .2417837                      2.607691     3.555466
       /cut3 |  3.904476    .2815171                      3.352713     4.456239
       /cut4 |  4.740856    .3441159                      4.066401     5.415311
       /cut5 |  5.755096    .4823781                      4.809653      6.70054
       /cut6 |   6.66626    .7053334                      5.283832     8.048688
-------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON        OFF      Change    95% CI for Change
       Pr(y=0|x):   0.3791    0.9128    -0.5337   [-0.6652,   -0.4023]
       Pr(y=1|x):   0.1806    0.0433     0.1373   [ 0.0935,    0.1811]
       Pr(y=2|x):   0.1835    0.0241     0.1594   [ 0.0982,    0.2206]
       Pr(y=3|x):   0.1266    0.0111     0.1155   [ 0.0550,    0.1759]
       Pr(y=4|x):   0.0787    0.0055     0.0732   [ 0.0223,    0.1241]
       Pr(y=5|x):   0.0301    0.0019     0.0282   [-0.0034,    0.0599]
       Pr(y=6|x):   0.0214    0.0013     0.0201   [-0.0069,    0.0470]

                 worryscale
Current=               6
 Saved=                0
  Diff=                6

.
. *bivariate subset by citz in HH*
. foreach var of varlist av_schools-avoidscale {
  2.          foreach var2 of varlist worry_deport-worryscale {
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
  3.                    version 11: ologit `var' `var2' if citzHH==0 [aw=weight]
  4.                    qui prvalue, x(`var2'=min) save
  5.                    prvalue, x(`var2'=max) diff
  6.                    version 11: ologit `var' `var2' if citzHH==1 [aw=weight]
  7.                    qui prvalue, x(`var2'=min) save
  8.                    prvalue, x(`var2'=max) diff
  9.          }
 10. }
```

```
(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -100.90293
Iteration 1:   log likelihood = -98.333823
Iteration 2:   log likelihood = -98.301679
Iteration 3:   log likelihood = -98.301671
```

```
Ordered logistic regression                      Number of obs =    191
                                                 LR chi2(1)    =   5.20
                                                 Prob > chi2   = 0.0226
Log likelihood = -98.301671                      Pseudo R2     = 0.0258
```

```
------------------------------------------------------------------------------
   av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
worry_deport |   .4050284   .1815203     2.23   0.026     .0492551    .7608017
--------------+---------------------------------------------------------------
        /cut1 |   1.888643   .3499452                     1.202763    2.574523
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

```
                    ON       OFF    Change   95% CI for Change
     Pr(y=0|x):   0.6623   0.8686   -0.2063  [-0.3843,  -0.0283]
     Pr(y=1|x):   0.3377   0.1314    0.2063  [ 0.0283,   0.3843]

             worry_deport
Current=            3
  Saved=            0
   Diff=            3
```

```
(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -214.01167
Iteration 1:   log likelihood =  -197.7954
Iteration 2:   log likelihood = -194.77215
Iteration 3:   log likelihood = -194.77139
Iteration 4:   log likelihood = -194.77139
```

```
Ordered logistic regression                      Number of obs =    809
                                                 LR chi2(1)    =  38.48
                                                 Prob > chi2   = 0.0000
Log likelihood = -194.77139                      Pseudo R2     = 0.0899
```

```
------------------------------------------------------------------------------
   av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
worry_deport |   .7968082   .1335558     5.97   0.000     .5350435    1.058573
--------------+---------------------------------------------------------------
        /cut1 |   3.643904    .273034                     3.108768    4.179041
------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

```
                    ON       OFF    Change   95% CI for Change
     Pr(y=0|x):   0.7779   0.9745   -0.1966  [-0.2749,  -0.1183]
     Pr(y=1|x):   0.2221   0.0255    0.1966  [ 0.1183,   0.2749]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -100.90293
Iteration 1:   log likelihood = -100.89841
Iteration 2:   log likelihood = -100.89841

Ordered logistic regression                   Number of obs =    191
                                               LR chi2(1)    =   0.01
                                               Prob > chi2   = 0.9243
Log likelihood = -100.89841                    Pseudo R2     = 0.0000

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.     z     P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .0172344   .1814854    0.09    0.924   -.3384706    .3729393
------------+-----------------------------------------------------------
       /cut1 |  1.289344   .3618633                     .5801048    1.998583
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF    Change   95% CI for Change
       Pr(y=0|x):   0.7752    0.7840  -0.0089  [-0.1918,   0.1740]
       Pr(y=1|x):   0.2248    0.2160   0.0089  [-0.1740,   0.1918]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -214.01167
Iteration 1:   log likelihood = -206.66883
Iteration 2:   log likelihood = -206.29385
Iteration 3:   log likelihood = -206.29279
Iteration 4:   log likelihood = -206.29279

Ordered logistic regression                   Number of obs =    809
                                               LR chi2(1)    =  15.44
                                               Prob > chi2   = 0.0001
Log likelihood = -206.29279                    Pseudo R2     = 0.0361

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.     z     P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |  .5185918   .1374835    3.77    0.000    .2491291    .7880544
------------+-----------------------------------------------------------
       /cut1 |  3.392874   .2950487                     2.814589    3.971159
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF    Change   95% CI for Change
       Pr(y=0|x):   0.8626    0.9675  -0.1049  [-0.1609,  -0.0488]
       Pr(y=1|x):   0.1374    0.0325   0.1049  [ 0.0488,   0.1609]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -100.90293
Iteration 1:   log likelihood = -99.990134
Iteration 2:   log likelihood = -99.985724
Iteration 3:   log likelihood = -99.985724

Ordered logistic regression                    Number of obs =      191
                                               LR chi2(1)    =     1.83
                                               Prob > chi2   =   0.1756
Log likelihood = -99.985724                    Pseudo R2     =   0.0091


------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |   .1366529   .1022087     1.34   0.181   -.0636724    .3369782
-------------+----------------------------------------------------------
       /cut1 |   1.709833   .3903751                     .9447114    2.474954
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7089   0.8468  -0.1379  [-0.3353,   0.0595]
        Pr(y=1|x):  0.2911   0.1532   0.1379  [-0.0595,   0.3353]

            worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -214.01167
Iteration 1:   log likelihood = -199.66274
Iteration 2:   log likelihood = -197.92903
Iteration 3:   log likelihood =  -197.9273
Iteration 4:   log likelihood =  -197.9273

Ordered logistic regression                    Number of obs =      809
                                               LR chi2(1)    =    32.17
                                               Prob > chi2   =   0.0000
Log likelihood = -197.9273                     Pseudo R2     =   0.0752


------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |   .4153374   .0766893     5.42   0.000    .2650291    .5656457
-------------+----------------------------------------------------------
       /cut1 |   3.805909   .3130097                     3.192422    4.419397
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7882   0.9782  -0.1901  [-0.2705,  -0.1097]
        Pr(y=1|x):  0.2118   0.0218   0.1901  [ 0.1097,   0.2705]

            worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -103.64914
Iteration 1:   log likelihood = -98.245137
Iteration 2:   log likelihood = -98.115829
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 3:   log likelihood = -98.115655
Iteration 4:   log likelihood = -98.115655

Ordered logistic regression                    Number of obs  =    191
                                               LR chi2(1)     =  11.07
                                               Prob > chi2    = 0.0009
Log likelihood = -98.115655                    Pseudo R2      = 0.0534

--------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+-----------------------------------------------------------
 worry_deport |   .5938613   .1867087    3.18   0.001     .2279189    .9598036
--------------+-----------------------------------------------------------
        /cut1 |   2.141035   .3705739                     1.414724    2.867347
--------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                          ON       OFF     Change   95% CI for Change
           Pr(y=0|x):   0.5889    0.8948   -0.3059  [-0.4846,  -0.1272]
           Pr(y=1|x):   0.4111    0.1052    0.3059  [ 0.1272,   0.4846]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -321.88122
Iteration 1:   log likelihood = -295.53288
Iteration 2:   log likelihood =  -293.0711
Iteration 3:   log likelihood =  -293.063
Iteration 4:   log likelihood =  -293.063

Ordered logistic regression                    Number of obs  =    809
                                               LR chi2(1)     =  57.64
                                               Prob > chi2    = 0.0000
Log likelihood = -293.063                      Pseudo R2      = 0.0895

--------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+-----------------------------------------------------------
 worry_deport |   .7523342   .1026673    7.33   0.000      .55111     .9535584
--------------+-----------------------------------------------------------
        /cut1 |   2.845525   .1958312                     2.461703    3.229347
--------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                          ON       OFF     Change   95% CI for Change
           Pr(y=0|x):   0.6430    0.9451   -0.3021  [-0.3916,  -0.2126]
           Pr(y=1|x):   0.3570    0.0549    0.3021  [ 0.2126,   0.3916]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -103.64914
Iteration 1:   log likelihood = -103.13045
Iteration 2:   log likelihood = -103.12911
Iteration 3:   log likelihood = -103.12911

Ordered logistic regression                    Number of obs  =    191
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                              LR chi2(1)    =    1.04
                                              Prob > chi2   = 0.3078
Log likelihood = -103.12911                   Pseudo R2     = 0.0050

--------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-------------------------------------------------------------
   worry_fam |  .1842297    .18241      1.01   0.313   -.1732873   .5417468
------------+-------------------------------------------------------------
      /cut1 |  1.521069    .3752422                     .7856075   2.25653
--------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
       Pr(y=0|x):  0.7248   0.8207   -0.0959   [-0.2765,   0.0847]
       Pr(y=1|x):  0.2752   0.1793    0.0959   [-0.0847,   0.2765]

             worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -321.88122
Iteration 1:   log likelihood = -310.74955
Iteration 2:   log likelihood =  -310.3925
Iteration 3:   log likelihood = -310.39203
Iteration 4:   log likelihood = -310.39203

Ordered logistic regression                   Number of obs =     809
                                              LR chi2(1)    =   22.98
                                              Prob > chi2   =  0.0000
Log likelihood = -310.39203                   Pseudo R2     =  0.0357

--------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-------------------------------------------------------------
   worry_fam |  .4801407   .1035889     4.64   0.000    .2771102   .6831711
------------+-------------------------------------------------------------
      /cut1 |  2.629679    .2147007                     2.208873   3.050484
--------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
       Pr(y=0|x):  0.7666   0.9327   -0.1661   [-0.2365,  -0.0958]
       Pr(y=1|x):  0.2334   0.0673    0.1661   [ 0.0958,   0.2365]

             worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -103.64914
Iteration 1:   log likelihood = -100.65352
Iteration 2:   log likelihood = -100.60913
Iteration 3:   log likelihood = -100.60911
Iteration 4:   log likelihood = -100.60911

Ordered logistic regression                   Number of obs =     191
                                              LR chi2(1)    =    6.08
                                              Prob > chi2   =  0.0137
Log likelihood = -100.60911                   Pseudo R2     =  0.0293
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
 av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------
worryscale |  .2504618   .1050469     2.38   0.017     .0445737    .4563498
-----------+------------------------------------------------------------
     /cut1 |  2.039885   .4144163                      1.227644    2.852126
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.6311   0.8849   -0.2538  [-0.4500,  -0.0576]
        Pr(y=1|x):  0.3689   0.1151    0.2538  [ 0.0576,   0.4500]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -321.88122
Iteration 1:   log likelihood = -299.40412
Iteration 2:   log likelihood =  -297.8882
Iteration 3:   log likelihood = -297.88286
Iteration 4:   log likelihood = -297.88285

Ordered logistic regression                    Number of obs =     809
                                               LR chi2(1)    =   48.00
                                               Prob > chi2   =  0.0000
Log likelihood = -297.88285                    Pseudo R2     =  0.0746

------------------------------------------------------------------------
 av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------
worryscale |  .3889034   .0586165     6.63   0.000     .2740171    .5037897
-----------+------------------------------------------------------------
     /cut1 |  2.998742   .2263192                      2.555165     3.44232
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON      OFF     Change   95% CI for Change
        Pr(y=0|x):  0.6605   0.9525   -0.2921  [-0.3843,  -0.1998]
        Pr(y=1|x):  0.3395   0.0475    0.2921  [ 0.1998,   0.3843]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -94.173964
Iteration 1:   log likelihood = -91.876136
Iteration 2:   log likelihood = -91.842482
Iteration 3:   log likelihood = -91.842471
Iteration 4:   log likelihood = -91.842471

Ordered logistic regression                    Number of obs =     191
                                               LR chi2(1)    =    4.66
                                               Prob > chi2   =  0.0308
Log likelihood = -91.842471                    Pseudo R2     =  0.0248

------------------------------------------------------------------------
av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+--------------------------------------------------------
worry_deport |   .4018485   .1902145    2.11   0.035    .0290349   .7746621
-------------+--------------------------------------------------------
       /cut1 |   2.047584   .3696619                    1.32306    2.772108
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.6989   0.8857  -0.1868  [-0.3583,  -0.0153]
         Pr(y=1|x):  0.3011   0.1143   0.1868  [ 0.0153,   0.3583]

            worry_deport
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -286.40664
Iteration 1:   log likelihood = -264.62022
Iteration 2:   log likelihood = -262.17487
Iteration 3:   log likelihood = -262.16838
Iteration 4:   log likelihood = -262.16838

Ordered logistic regression                    Number of obs =     809
                                               LR chi2(1)    =   48.48
                                               Prob > chi2   =  0.0000
Log likelihood = -262.16838                    Pseudo R2     =  0.0846

-------------------------------------------------------------------------
   av_medical | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+--------------------------------------------------------
worry_deport |   .7413024   .1099611    6.74   0.000    .5257825   .9568222
-------------+--------------------------------------------------------
       /cut1 |   3.050268   .2134229                    2.631967   3.468569
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.6956   0.9548  -0.2592  [-0.3454,  -0.1730]
         Pr(y=1|x):  0.3044   0.0452   0.2592  [ 0.1730,   0.3454]

            worry_deport
Current=          3
  Saved=          0
  Diff=           3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -94.173964
Iteration 1:   log likelihood = -94.140811
Iteration 2:   log likelihood = -94.140804

Ordered logistic regression                    Number of obs =     191
                                               LR chi2(1)    =    0.07
                                               Prob > chi2   =  0.7968
Log likelihood = -94.140804                    Pseudo R2     =  0.0004

-------------------------------------------------------------------------
   av_medical | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-------------+--------------------------------------------------------
    worry_fam |   .0490742   .1909423    0.26   0.797   -.3251659   .4233143
-------------+--------------------------------------------------------
       /cut1 |   1.505331   .3835319                    .7536219   2.25704
-------------------------------------------------------------------------
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.7955    0.8184   -0.0229   [-0.1964,   0.1505]
        Pr(y=1|x):    0.2045    0.1816    0.0229   [-0.1505,   0.1964]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -286.40664
Iteration 1:   log likelihood = -275.71318
Iteration 2:   log likelihood = -275.27424
Iteration 3:   log likelihood = -275.27334
Iteration 4:   log likelihood = -275.27334

Ordered logistic regression                  Number of obs =     809
                                             LR chi2(1)    =   22.27
                                             Prob > chi2   =  0.0000
Log likelihood = -275.27334                  Pseudo R2     =  0.0389

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |   .5134885    .1131287    4.54   0.000    .2917602    .7352167
-------------+----------------------------------------------------------
       /cut1 |   2.903362    .2386409                     2.435634    3.37109
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.7962    0.9480   -0.1518   [-0.2179,  -0.0856]
        Pr(y=1|x):    0.2038    0.0520    0.1518   [ 0.0856,   0.2179]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -94.173964
Iteration 1:   log likelihood = -93.233458
Iteration 2:   log likelihood = -93.227372
Iteration 3:   log likelihood = -93.227372

Ordered logistic regression                  Number of obs =     191
                                             LR chi2(1)    =    1.89
                                             Prob > chi2   =  0.1688
Log likelihood = -93.227372                  Pseudo R2     =  0.0101

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale |   .1458696    .107586    1.36   0.175   -.0649951    .3567343
-------------+----------------------------------------------------------
       /cut1 |   1.903064    .4141843                    1.091277    2.71485
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                         ON       OFF     Change   95% CI for Change
            Pr(y=0|x):   0.7365   0.8702  -0.1337  [-0.3225,   0.0550]
            Pr(y=1|x):   0.2635   0.1298   0.1337  [-0.0550,   0.3225]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -286.40664
Iteration 1:   log likelihood = -266.6903
Iteration 2:   log likelihood = -265.06699
Iteration 3:   log likelihood = -265.06225
Iteration 4:   log likelihood = -265.06225

Ordered logistic regression                    Number of obs =     809
                                                LR chi2(1)    =   42.69
                                                Prob > chi2   =  0.0000
Log likelihood = -265.06225                     Pseudo R2     =  0.0745

------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |  .3957489    .0632679     6.26   0.000    .271746    .5197518
------------+-----------------------------------------------------------
      /cut1 |  3.242031    .248846                     2.754302    3.72976
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                         ON       OFF     Change   95% CI for Change
            Pr(y=0|x):   0.7042   0.9624  -0.2582  [-0.3473,  -0.1690]
            Pr(y=1|x):   0.2958   0.0376   0.2582  [ 0.1690,   0.3473]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood =  -90.53939
Iteration 1:   log likelihood = -90.486669
Iteration 2:   log likelihood = -90.486649
Iteration 3:   log likelihood = -90.486649

Ordered logistic regression                    Number of obs =     191
                                                LR chi2(1)    =    0.11
                                                Prob > chi2   =  0.7453
Log likelihood = -90.486649                     Pseudo R2     =  0.0006

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  -.060617   .1866784    -0.32   0.745   -.4264999   .3052659
------------+-----------------------------------------------------------
      /cut1 |  1.418405   .3220707                     .7871577   2.049652
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                         ON       OFF     Change   95% CI for Change
            Pr(y=0|x):   0.8321   0.8051   0.0270  [-0.1354,   0.1893]
            Pr(y=1|x):   0.1679   0.1949  -0.0270  [-0.1893,   0.1354]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
            worry_deport
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -231.32979
Iteration 1:   log likelihood = -214.16203
Iteration 2:   log likelihood = -211.40671
Iteration 3:   log likelihood =  -211.4049
Iteration 4:   log likelihood =  -211.4049

Ordered logistic regression                  Number of obs =    809
                                              LR chi2(1)    =  39.85
                                              Prob > chi2   = 0.0000
Log likelihood = -211.4049                    Pseudo R2     = 0.0861

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .7703357   .1263836     6.10   0.000     .5226283   1.018043
-------------+----------------------------------------------------------
       /cut1 |   3.470485   .2542886                       2.972088   3.968881
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7612    0.9698   -0.2086   [-0.2888,  -0.1284]
        Pr(y=1|x):  0.2388    0.0302    0.2086   [ 0.1284,   0.2888]

            worry_deport
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood =  -90.53939
Iteration 1:   log likelihood = -90.502951
Iteration 2:   log likelihood =  -90.50294
Iteration 3:   log likelihood =  -90.50294

Ordered logistic regression                  Number of obs =    191
                                              LR chi2(1)    =   0.07
                                              Prob > chi2   = 0.7872
Log likelihood = -90.50294                    Pseudo R2     = 0.0004

------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |  -.052454   .1939651    -0.27   0.787    -.4326187   .3277106
-------------+----------------------------------------------------------
       /cut1 |  1.414208   .3806345                      .6681776   2.160238
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8280    0.8044    0.0236   [-0.1486,   0.1958]
        Pr(y=1|x):  0.1720    0.1956   -0.0236   [-0.1958,   0.1486]

            worry_fam
Current=           3
  Saved=           0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          Diff=         3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -231.32979
Iteration 1:   log likelihood = -226.17051
Iteration 2:   log likelihood = -226.01418
Iteration 3:   log likelihood = -226.01402
Iteration 4:   log likelihood = -226.01402

Ordered logistic regression                Number of obs =    809
                                            LR chi2(1)    =  10.63
                                            Prob > chi2   = 0.0011
Log likelihood = -226.01402                 Pseudo R2     = 0.0230

------------------------------------------------------------------
   av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------
  worry_fam |  .4025745   .1265987     3.18   0.001   .1544456   .6507035
-----------+------------------------------------------------------
     /cut1 |  3.055595    .2616712                    2.542729   3.568462
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):    0.8639   0.9550  -0.0911  [-0.1485,  -0.0338]
      Pr(y=1|x):    0.1361   0.0450   0.0911  [ 0.0338,   0.1485]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -90.53939
Iteration 1:   log likelihood = -90.484026
Iteration 2:   log likelihood = -90.484003
Iteration 3:   log likelihood = -90.484003

Ordered logistic regression                Number of obs =    191
                                            LR chi2(1)    =   0.11
                                            Prob > chi2   = 0.7393
Log likelihood = -90.484003                 Pseudo R2     = 0.0006

------------------------------------------------------------------
   av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------
 worryscale | -.0353701   .1061457    -0.33   0.739   -.2434118   .1726717
-----------+------------------------------------------------------
     /cut1 |  1.393357    .3796877                     .6491831   2.137532
------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):    0.8328   0.8011   0.0317  [-0.1553,   0.2186]
      Pr(y=1|x):    0.1672   0.1989  -0.0317  [-0.2186,   0.1553]

              worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -231.32979
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 1:   log likelihood = -218.16999
Iteration 2:   log likelihood =  -216.9736
Iteration 3:   log likelihood = -216.97096
Iteration 4:   log likelihood = -216.97096

Ordered logistic regression                    Number of obs  =     809
                                               LR chi2(1)     =   28.72
                                               Prob > chi2    =  0.0000
Log likelihood = -216.97096                    Pseudo R2      =  0.0621

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |   .3701413   .0715405    5.17   0.000     .2299245    .5103582
------------+-----------------------------------------------------------
      /cut1 |   3.517929   .2838302                      2.961632    4.074226
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON      OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7853   0.9712  -0.1859   [-0.2665,  -0.1052]
        Pr(y=1|x):  0.2147   0.0288   0.1859   [ 0.1052,   0.2665]

           worryscale
Current=        6
  Saved=        0
   Diff=        6

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -103.00956
Iteration 1:   log likelihood = -98.437693
Iteration 2:   log likelihood =  -98.34318
Iteration 3:   log likelihood = -98.343093
Iteration 4:   log likelihood = -98.343093

Ordered logistic regression                    Number of obs  =     191
                                               LR chi2(1)     =    9.33
                                               Prob > chi2    =  0.0023
Log likelihood = -98.343093                    Pseudo R2      =  0.0453

------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |    .543878   .1849505    2.94   0.003     .1813818    .9063743
------------+-----------------------------------------------------------
      /cut1 |    2.07085   .3645184                      1.356407    2.785293
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON      OFF     Change    95% CI for Change
        Pr(y=0|x):  0.6081   0.8880  -0.2800   [-0.4588,  -0.1011]
        Pr(y=1|x):  0.3919   0.1120   0.2800   [ 0.1011,   0.4588]

           worry_deport
Current=        3
  Saved=        0
   Diff=        3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -299.86061
Iteration 1:   log likelihood = -285.29261
Iteration 2:   log likelihood = -284.35819
Iteration 3:   log likelihood = -284.35645
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -284.35645

Ordered logistic regression                      Number of obs =      809
                                                 LR chi2(1)    =    31.01
                                                 Prob > chi2   =   0.0000
Log likelihood = -284.35645                      Pseudo R2     =   0.0517

------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
 worry_deport |   .5700427   .1034787    5.51   0.000    .3672281   .7728572
-------------+----------------------------------------------------------
       /cut1 |   2.698056   .1896517                     2.326346   3.069767
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON      OFF    Change   95% CI for Change
       Pr(y=0|x):    0.7287   0.9369  -0.2082   [-0.2920,  -0.1245]
       Pr(y=1|x):    0.2713   0.0631   0.2082   [ 0.1245,   0.2920]

             worry_deport
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -103.00956
Iteration 1:   log likelihood = -101.60977
Iteration 2:   log likelihood = -101.59934
Iteration 3:   log likelihood = -101.59934

Ordered logistic regression                      Number of obs =      191
                                                 LR chi2(1)    =     2.82
                                                 Prob > chi2   =   0.0931
Log likelihood = -101.59934                      Pseudo R2     =   0.0137

------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |   .3092372   .1879872    1.64   0.100    -.059211   .6776853
-------------+----------------------------------------------------------
       /cut1 |   1.769448   .3954454                     .9943895   2.544507
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON      OFF    Change   95% CI for Change
       Pr(y=0|x):    0.6988   0.8544  -0.1556   [-0.3307,   0.0196]
       Pr(y=1|x):    0.3012   0.1456   0.1556   [-0.0196,   0.3307]

             worry_fam
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -299.86061
Iteration 1:   log likelihood = -294.55135
Iteration 2:   log likelihood = -294.45632
Iteration 3:   log likelihood = -294.45629
Iteration 4:   log likelihood = -294.45629

Ordered logistic regression                      Number of obs =      809
                                                 LR chi2(1)    =    10.81
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                              Prob > chi2    = 0.0010
Log likelihood = -294.45629                   Pseudo R2      = 0.0180


------------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------
  worry_fam |  .3395828   .1051095     3.23   0.001     .133572    .5455936
-----------+------------------------------------------------------------
      /cut1 |  2.510877   .2105521                      2.098203   2.923552
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.8164   0.9249  -0.1085  [-0.1749,  -0.0421]
       Pr(y=1|x):  0.1836   0.0751   0.1085  [ 0.0421,   0.1749]

             worry_fam
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -103.00956
Iteration 1:   log likelihood = -99.482847
Iteration 2:   log likelihood = -99.419076
Iteration 3:   log likelihood = -99.419023
Iteration 4:   log likelihood = -99.419023

Ordered logistic regression                   Number of obs =     191
                                              LR chi2(1)    =    7.18
                                              Prob > chi2   =  0.0074
Log likelihood = -99.419023                   Pseudo R2     =  0.0349


------------------------------------------------------------------------
   av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------
 worryscale |   .2752    .1068054     2.58   0.010     .0658652   .4845348
-----------+------------------------------------------------------------
      /cut1 |  2.145205  .4246011                      1.313003   2.977408
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
       Pr(y=0|x):  0.6210   0.8952  -0.2742  [-0.4686,  -0.0797]
       Pr(y=1|x):  0.3790   0.1048   0.2742  [ 0.0797,   0.4686]

            worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -299.86061
Iteration 1:   log likelihood = -288.13314
Iteration 2:   log likelihood = -287.63547
Iteration 3:   log likelihood = -287.63482
Iteration 4:   log likelihood = -287.63482

Ordered logistic regression                   Number of obs =     809
                                              LR chi2(1)    =   24.45
                                              Prob > chi2   =  0.0000
Log likelihood = -287.63482                   Pseudo R2     =  0.0408
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------
   worryscale |  .2853571    .0588103    4.85   0.000    .1700911   .4006231
-------------+----------------------------------------------------
       /cut1 |   2.78833    .2183657                     2.360341   3.216319
------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                       ON      OFF    Change   95% CI for Change
      Pr(y=0|x):     0.7458   0.9420  -0.1963  [-0.2824,  -0.1102]
      Pr(y=1|x):     0.2542   0.0580   0.1963  [ 0.1102,   0.2824]

              worryscale
Current=           6
  Saved=           0
   Diff=           6
```

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -100.21581
Iteration 1:   log likelihood = -92.742082
Iteration 2:   log likelihood = -92.450776
Iteration 3:   log likelihood = -92.449658
Iteration 4:   log likelihood = -92.449658

```
Ordered logistic regression                      Number of obs =     191
                                                 LR chi2(1)    =   15.53
                                                 Prob > chi2   =  0.0001
Log likelihood = -92.449658                      Pseudo R2     =  0.0775
```

```
------------------------------------------------------------------
    av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
----------------+-------------------------------------------------
   worry_deport |  .7364823    .1997769    3.69   0.000    .3449267   1.128038
----------------+-------------------------------------------------
          /cut1 |   2.485475    .4083184                   1.685185   3.285764
------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                       ON      OFF    Change   95% CI for Change
      Pr(y=0|x):     0.5686   0.9231  -0.3545  [-0.5294,  -0.1797]
      Pr(y=1|x):     0.4314   0.0769   0.3545  [ 0.1797,   0.5294]

              worry_deport
Current=           3
  Saved=           0
   Diff=           3
```

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -309.22822
Iteration 1:   log likelihood = -285.27918
Iteration 2:   log likelihood = -282.95499
Iteration 3:   log likelihood = -282.94696
Iteration 4:   log likelihood = -282.94696

```
Ordered logistic regression                      Number of obs =     809
                                                 LR chi2(1)    =   52.56
                                                 Prob > chi2   =  0.0000
Log likelihood = -282.94696                      Pseudo R2     =  0.0850
```

```
------------------------------------------------------------------
    av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
----------------+-------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
worry_deport |   .7354922    .1047776     7.02   0.000      .530132    .9408525
-------------+----------------------------------------------------------------
       /cut1 |   2.896935    .2004882                      2.503985    3.289884
-------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.6661   0.9477  -0.2816  [-0.3699,  -0.1934]
         Pr(y=1|x):  0.3339   0.0523   0.2816  [ 0.1934,   0.3699]
              worry_deport
Current=            3
  Saved=            0
   Diff=            3
```

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -100.21581
Iteration 1:   log likelihood = -98.541966
Iteration 2:   log likelihood =  -98.52513
Iteration 3:   log likelihood = -98.525126

```
Ordered logistic regression                    Number of obs =    191
                                                LR chi2(1)    =   3.38
                                                Prob > chi2   = 0.0659
Log likelihood = -98.525126                     Pseudo R2     = 0.0169
```

```
-------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .3470409   .1935082     1.79   0.073     -.0322282    .7263101
-------------+----------------------------------------------------------------
       /cut1 |   1.910245   .4106984                       1.105291    2.715199
-------------------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.7046   0.8710  -0.1665  [-0.3370,   0.0040]
         Pr(y=1|x):  0.2954   0.1290   0.1665  [-0.0040,   0.3370]
              worry_fam
Current=            3
  Saved=            0
   Diff=            3
```

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -309.22822
Iteration 1:   log likelihood = -288.50119
Iteration 2:   log likelihood = -287.07902
Iteration 3:   log likelihood = -287.07545
Iteration 4:   log likelihood = -287.07545

```
Ordered logistic regression                    Number of obs =    809
                                                LR chi2(1)    =  44.31
                                                Prob > chi2   = 0.0000
Log likelihood = -287.07545                     Pseudo R2     = 0.0716
```

```
-------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .7108997   .1145641     6.21   0.000      .4863581    .9354413
-------------+----------------------------------------------------------------
       /cut1 |   3.143493   .2515781                       2.650409    3.636577
-------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):     0.7332   0.9587   -0.2255  [-0.2961,  -0.1549]
        Pr(y=1|x):     0.2668   0.0413    0.2255  [ 0.1549,   0.2961]

              worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -100.21581
Iteration 1:   log likelihood = -94.996635
Iteration 2:   log likelihood = -94.836698
Iteration 3:   log likelihood = -94.836285
Iteration 4:   log likelihood = -94.836285

Ordered logistic regression                  Number of obs =     191
                                             LR chi2(1)    =   10.76
                                             Prob > chi2   =  0.0010
Log likelihood = -94.836285                  Pseudo R2     =  0.0537

------------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |  .3512419    .1135236     3.09   0.002    .1287396    .5737441
------------+-----------------------------------------------------------
      /cut1 |  2.496487    .4622886                     1.590418    3.402556
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):     0.5961   0.9239   -0.3278  [-0.5169,  -0.1388]
        Pr(y=1|x):     0.4039   0.0761    0.3278  [ 0.1388,   0.5169]

              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -309.22822
Iteration 1:   log likelihood =  -281.6642
Iteration 2:   log likelihood = -279.07376
Iteration 3:   log likelihood = -279.06719
Iteration 4:   log likelihood = -279.06719

Ordered logistic regression                  Number of obs =     809
                                             LR chi2(1)    =   60.32
                                             Prob > chi2   =  0.0000
Log likelihood = -279.06719                  Pseudo R2     =  0.0975

------------------------------------------------------------------------
av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |  .4541275    .062147      7.31   0.000    .3323216    .5759334
------------+-----------------------------------------------------------
      /cut1 |  3.304654    .2476867                     2.819197    3.790111
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
       Pr(y=0|x):    0.6410    0.9646   -0.3235   [-0.4166,  -0.2305]
       Pr(y=1|x):    0.3590    0.0354    0.3235   [ 0.2305,   0.4166]

            worryscale
Current=        6
 Saved=         0
  Diff=         6

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -279.92812
Iteration 1:   log likelihood = -272.32552
Iteration 2:   log likelihood = -272.28375
Iteration 3:   log likelihood = -272.28374

Ordered logistic regression                 Number of obs   =     191
                                             LR chi2(1)      =   15.29
                                             Prob > chi2     =  0.0001
Log likelihood = -272.28374                  Pseudo R2       =  0.0273

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport|   .5346515   .1402496    3.81   0.000    .2597673    .8095357
------------+-----------------------------------------------------------
      /cut1 |   .9206726   .2610094                     .4091035   1.432242
      /cut2 |  1.490614    .2768162                     .9480638   2.033163
      /cut3 |  2.17027     .3007903                    1.580732   2.759808
      /cut4 |  2.585175    .3192882                    1.959382   3.210968
      /cut5 |  3.550007    .3861936                    2.793082   4.306933
      /cut6 |  4.22303     .4686304                    3.304531   5.141529
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
       Pr(y=0|x):    0.3355    0.7152   -0.3796   [-0.5555,  -0.2038]
       Pr(y=1|x):    0.1362    0.1010    0.0352   [ 0.0049,   0.0655]
       Pr(y=2|x):    0.1662    0.0814    0.0848   [ 0.0344,   0.1353]
       Pr(y=3|x):    0.0894    0.0324    0.0571   [ 0.0165,   0.0976]
       Pr(y=4|x):    0.1477    0.0422    0.1055   [ 0.0391,   0.1719]
       Pr(y=5|x):    0.0571    0.0135    0.0436   [ 0.0041,   0.0831]
       Pr(y=6|x):    0.0679    0.0144    0.0535   [ 0.0064,   0.1006]

            worry_deport
Current=        3
 Saved=         0
  Diff=         3

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -838.99597
Iteration 1:   log likelihood = -783.68881
Iteration 2:   log likelihood = -781.24406
Iteration 3:   log likelihood =  -781.2409
Iteration 4:   log likelihood =  -781.2409

Ordered logistic regression                 Number of obs   =     809
                                             LR chi2(1)      =  115.51
                                             Prob > chi2     =  0.0000
Log likelihood = -781.2409                   Pseudo R2       =  0.0688

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport|   .8057808   .0778398   10.35   0.000    .6532176    .9583439
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------+----------------------------------------------------------
      /cut1 |   1.865006    .1347117                 1.600976    2.129036
      /cut2 |   2.674636    .1548915                 2.371054    2.978218
      /cut3 |   3.273935    .173679                  2.93353     3.614339
      /cut4 |   4.029569    .2061297                 3.625562    4.433575
      /cut5 |   4.750687    .2550139                 4.250869    5.250504
      /cut6 |   5.428198    .3265472                 4.788177    6.068219
------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.3653    0.8659   -0.5006   [-0.5847,  -0.4164]
     Pr(y=1|x):   0.1986    0.0696    0.1290   [ 0.0987,   0.1593]
     Pr(y=2|x):   0.1380    0.0280    0.1100   [ 0.0773,   0.1427]
     Pr(y=3|x):   0.1318    0.0190    0.1128   [ 0.0754,   0.1501]
     Pr(y=4|x):   0.0779    0.0089    0.0690   [ 0.0382,   0.0997]
     Pr(y=5|x):   0.0415    0.0042    0.0373   [ 0.0143,   0.0603]
     Pr(y=6|x):   0.0469    0.0044    0.0426   [ 0.0171,   0.0680]

             worry_deport
  Current=            3
    Saved=            0
     Diff=            3
```

(sum of wgt is 202.5986081957817)
```
Iteration 0:   log likelihood = -279.92812
Iteration 1:   log likelihood = -279.21958
Iteration 2:   log likelihood = -279.21922
Iteration 3:   log likelihood = -279.21922
```

```
Ordered logistic regression                    Number of obs =      191
                                                LR chi2(1)    =     1.42
                                                Prob > chi2   =   0.2338
Log likelihood = -279.21922                     Pseudo R2     =   0.0025
```

```
------------+----------------------------------------------------------
  avoidscale | Coefficient  Std. err.     z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
    worry_fam |  .1668949    .140825    1.19   0.236    -.1091169    .4429068
------------+----------------------------------------------------------
        /cut1 |  .4251592    .2862891                   -.1359572    .9862756
        /cut2 |  .9537505    .2944466                    .3766458    1.530855
        /cut3 |  1.595198    .3107284                    .986182     2.204215
        /cut4 |  1.994593    .3257025                    1.356228    2.632958
        /cut5 |  2.944012    .389683                     2.180247    3.707776
        /cut6 |  3.617086    .4712655                    2.693422    4.540749
------------------------------------------------------------------------
```

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

```
                    ON       OFF     Change    95% CI for Change
     Pr(y=0|x):   0.4811    0.6047   -0.1236   [-0.3252,   0.0780]
     Pr(y=1|x):   0.1302    0.1172    0.0131   [-0.0116,   0.0378]
     Pr(y=2|x):   0.1379    0.1095    0.0284   [-0.0199,   0.0767]
     Pr(y=3|x):   0.0674    0.0489    0.0186   [-0.0132,   0.0503]
     Pr(y=4|x):   0.1034    0.0698    0.0337   [-0.0222,   0.0895]
     Pr(y=5|x):   0.0375    0.0239    0.0136   [-0.0104,   0.0377]
     Pr(y=6|x):   0.0424    0.0262    0.0163   [-0.0122,   0.0447]

             worry_fam
  Current=          3
    Saved=          0
     Diff=          3
```

p.269

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -838.99597
Iteration 1:   log likelihood = -809.41845
Iteration 2:   log likelihood = -808.77666
Iteration 3:   log likelihood = -808.77605
Iteration 4:   log likelihood = -808.77605

Ordered logistic regression                    Number of obs =     809
                                                LR chi2(1)    =   60.44
                                                Prob > chi2   =  0.0000
Log likelihood = -808.77605                     Pseudo R2     =  0.0360

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam | .5838935    .0781783    7.47   0.000    .4306668    .7371203
-------------+----------------------------------------------------------
       /cut1 | 1.824606    .157159                      1.51658     2.132632
       /cut2 | 2.574919    .1716592                      2.238473    2.911365
       /cut3 | 3.138039    .1866591                      2.772194    3.503884
       /cut4 | 3.871188    .2161178                      3.447605    4.294772
       /cut5 | 4.581236    .262724                       4.066306    5.096165
       /cut6 | 5.251979    .332376                       4.600534    5.903424
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

               ON      OFF     Change    95% CI for Change
  Pr(y=0|x):  0.5182   0.8611   -0.3429  [-0.4258,  -0.2600]
  Pr(y=1|x):  0.1767   0.0681    0.1086  [ 0.0775,   0.1396]
  Pr(y=2|x):  0.1051   0.0292    0.0759  [ 0.0498,   0.1020]
  Pr(y=3|x):  0.0928   0.0212    0.0716  [ 0.0450,   0.0983]
  Pr(y=4|x):  0.0515   0.0103    0.0412  [ 0.0217,   0.0607]
  Pr(y=5|x):  0.0264   0.0049    0.0215  [ 0.0078,   0.0352]
  Pr(y=6|x):  0.0293   0.0052    0.0241  [ 0.0092,   0.0389]

            worry_fam
Current=       3
  Saved=       0
   Diff=       3

(sum of wgt is 202.5986081957817)
Iteration 0:   log likelihood = -279.92812
Iteration 1:   log likelihood = -275.81461
Iteration 2:   log likelihood =  -275.8015
Iteration 3:   log likelihood =  -275.8015

Ordered logistic regression                    Number of obs =     191
                                                LR chi2(1)    =    8.25
                                                Prob > chi2   =  0.0041
Log likelihood = -275.8015                      Pseudo R2     =  0.0147

------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+----------------------------------------------------------
   worryscale | .2225444    .0789524    2.82   0.005    .0678004    .3772883
-------------+----------------------------------------------------------
       /cut1 | .8489878    .2982142                      .2644987    1.433477
       /cut2 | 1.398451    .3110855                      .7887349    2.008168
       /cut3 | 2.058293    .3309778                      1.409589    2.706998
       /cut4 | 2.464789    .3469765                      1.784727    3.14485
       /cut5 | 3.423186    .4093652                      2.620845    4.225527
       /cut6 | 4.096089    .4878614                      3.139898    5.052279
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                   ON       OFF     Change    95% CI for Change
    Pr(y=0|x):   0.3808    0.7004   -0.3196   [-0.5255,  -0.1137]
    Pr(y=1|x):   0.1350    0.1016    0.0334   [ 0.0020,   0.0648]
    Pr(y=2|x):   0.1575    0.0848    0.0726   [ 0.0190,   0.1263]
    Pr(y=3|x):   0.0825    0.0349    0.0476   [ 0.0080,   0.0873]
    Pr(y=4|x):   0.1340    0.0468    0.0872   [ 0.0202,   0.1542]
    Pr(y=5|x):   0.0508    0.0152    0.0356   [-0.0003,   0.0715]
    Pr(y=6|x):   0.0595    0.0164    0.0431   [ 0.0005,   0.0857]


             worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 797.4094784259796)
Iteration 0:   log likelihood = -838.99597
Iteration 1:   log likelihood = -786.68348
Iteration 2:   log likelihood = -784.66534
Iteration 3:   log likelihood = -784.66134
Iteration 4:   log likelihood = -784.66134

Ordered logistic regression                  Number of obs =      809
                                             LR chi2(1)    =   108.67
                                             Prob > chi2   =   0.0000
Log likelihood = -784.66134                  Pseudo R2     =   0.0648

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |   .44535    .0450846     9.88   0.000    .3569858   .5337142
------------+-----------------------------------------------------------
      /cut1 |  2.141159   .1622962                      1.823064   2.459254
      /cut2 |  2.939769   .1806045                       2.58579   3.293747
      /cut3 |  3.532441   .1977056                      3.144945   3.919937
      /cut4 |  4.286286   .2275322                      3.840331   4.732241
      /cut5 |  5.005971   .2729124                      4.471073    5.54087
      /cut6 |  5.681904   .3407888                       5.01397   6.349838
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                   ON       OFF     Change    95% CI for Change
    Pr(y=0|x):   0.3703    0.8948   -0.5245   [-0.6130,  -0.4361]
    Pr(y=1|x):   0.1962    0.0549    0.1413   [ 0.1094,   0.1732]
    Pr(y=2|x):   0.1362    0.0218    0.1144   [ 0.0806,   0.1482]
    Pr(y=3|x):   0.1313    0.0148    0.1164   [ 0.0778,   0.1550]
    Pr(y=4|x):   0.0777    0.0069    0.0707   [ 0.0391,   0.1024]
    Pr(y=5|x):   0.0414    0.0033    0.0381   [ 0.0145,   0.0617]
    Pr(y=6|x):   0.0470    0.0034    0.0436   [ 0.0175,   0.0697]


             worryscale
Current=          6
  Saved=          0
   Diff=          6

.
. *bivariate subset by sanctuary city*
. foreach var of varlist av_schools-avoidscale {
  2.          foreach var2 of varlist worry_deport-worryscale {
  3.              version 11: ologit `var' `var2' if sanctuary==0 [aw=weight]
  4.              qui prvalue, x(`var2'=min) save
  5.              prvalue, x(`var2'=max) diff
  6.              version 11: ologit `var' `var2' if sanctuary==1 [aw=weight]
  7.              qui prvalue, x(`var2'=min) save
  8.              prvalue, x(`var2'=max) diff
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
  9.                    version 11: ologit `var' `var2' if sanctuary==2 [aw=weight]
 10.                    qui prvalue, x(`var2'=min) save
 11.                    prvalue, x(`var2'=max) diff
 12.          }
 13. }

(sum of wgt is 336.0499608184814)
Iteration 0:   log likelihood = -99.866509
Iteration 1:   log likelihood = -91.976286
Iteration 2:   log likelihood = -90.763839
Iteration 3:   log likelihood = -90.762833
Iteration 4:   log likelihood = -90.762833

Ordered logistic regression                       Number of obs =    335
                                                  LR chi2(1)    =  18.21
                                                  Prob > chi2   = 0.0000
Log likelihood = -90.762833                       Pseudo R2     = 0.0912

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .7852443   .1927616     4.07   0.000    .4074385    1.16305
------------+-----------------------------------------------------------
      /cut1 |  3.413243   .3856927                      2.657299   4.169187
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
     Pr(y=0|x):   0.7422   0.9681  -0.2259  [-0.3550,  -0.0968]
     Pr(y=1|x):   0.2578   0.0319   0.2259  [ 0.0968,   0.3550]

             worry_deport
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -124.14506
Iteration 1:   log likelihood = -116.77727
Iteration 2:   log likelihood = -116.02978
Iteration 3:   log likelihood = -116.02815
Iteration 4:   log likelihood = -116.02815

Ordered logistic regression                       Number of obs =    414
                                                  LR chi2(1)    =  16.23
                                                  Prob > chi2   = 0.0001
Log likelihood = -116.02815                       Pseudo R2     = 0.0654

------------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |  .6789208   .1732684     3.92   0.000    .339321    1.018521
------------+-----------------------------------------------------------
      /cut1 |  3.291771   .3441203                      2.617307   3.966234
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
     Pr(y=0|x):   0.7782   0.9641  -0.1860  [-0.2932,  -0.0788]
     Pr(y=1|x):   0.2218   0.0359   0.1860  [ 0.0788,   0.2932]

             worry_deport
Current=            3
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
       Saved=              0
        Diff=              3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -106.34011
Iteration 1:   log likelihood = -99.868366
Iteration 2:   log likelihood = -99.528852
Iteration 3:   log likelihood = -99.528138
Iteration 4:   log likelihood = -99.528138

Ordered logistic regression                    Number of obs =     251
                                               LR chi2(1)    =   13.62
                                               Prob > chi2   =  0.0002
Log likelihood = -99.528138                    Pseudo R2     =  0.0641

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .6408501   .1796867    3.57   0.000    .2886706    .9930296
-------------+----------------------------------------------------------
       /cut1 |   2.685189   .3575981                    1.98431    3.386069
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF    Change    95% CI for Change
       Pr(y=0|x):   0.6819    0.9361   -0.2542  [-0.3997,  -0.1087]
       Pr(y=1|x):   0.3181    0.0639    0.2542  [ 0.1087,   0.3997]

             worry_deport
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -99.866509
Iteration 1:   log likelihood = -98.238915
Iteration 2:   log likelihood = -98.204606
Iteration 3:   log likelihood = -98.204589
Iteration 4:   log likelihood = -98.204589

Ordered logistic regression                    Number of obs =     335
                                               LR chi2(1)    =    3.32
                                               Prob > chi2   =  0.0683
Log likelihood = -98.204589                    Pseudo R2     =  0.0166

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |   .3416684   .1909652    1.79   0.074   -.0326166    .7159534
-------------+----------------------------------------------------------
       /cut1 |   2.872566   .3807872                    2.126237   3.618895
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF    Change    95% CI for Change
       Pr(y=0|x):   0.8638    0.9465   -0.0826  [-0.1752,   0.0100]
       Pr(y=1|x):   0.1362    0.0535    0.0826  [-0.0100,   0.1752]

             worry_fam
Current=         3
  Saved=         0
   Diff=         3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -124.14506
Iteration 1:   log likelihood = -121.41031
Iteration 2:   log likelihood = -121.33178
Iteration 3:   log likelihood =  -121.3317
Iteration 4:   log likelihood =  -121.3317

Ordered logistic regression                  Number of obs  =     414
                                             LR chi2(1)     =    5.63
                                             Prob > chi2    =  0.0177
Log likelihood = -121.3317                   Pseudo R2      =  0.0227

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |  .4030813   .1748129     2.31   0.021    .0604543   .7457083
-------------+----------------------------------------------------------
       /cut1 |  3.004685   .3675016                      2.284395   3.724975
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
      Pr(y=0|x):   0.8576    0.9528   -0.0952  [-0.1762,  -0.0142]
      Pr(y=1|x):   0.1424    0.0472    0.0952  [ 0.0142,   0.1762]

             worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -106.34011
Iteration 1:   log likelihood = -104.15486
Iteration 2:   log likelihood = -104.11631
Iteration 3:   log likelihood = -104.11629
Iteration 4:   log likelihood = -104.11629

Ordered logistic regression                  Number of obs  =     251
                                             LR chi2(1)     =    4.45
                                             Prob > chi2    =  0.0349
Log likelihood = -104.11629                  Pseudo R2      =  0.0209

------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |   .374017   .1819325     2.06   0.040    .0174359   .7305981
-------------+----------------------------------------------------------
       /cut1 |  2.381251   .3843583                      1.627923   3.134579
------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                     ON       OFF     Change   95% CI for Change
      Pr(y=0|x):   0.7789    0.9154   -0.1365  [-0.2619,  -0.0111]
      Pr(y=1|x):   0.2211    0.0846    0.1365  [ 0.0111,   0.2619]

             worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -99.866509
Iteration 1:   log likelihood = -94.427613
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -93.991373
Iteration 3:   log likelihood =  -93.99017
Iteration 4:   log likelihood =  -93.99017

Ordered logistic regression                     Number of obs   =      335
                                                LR chi2(1)      =    11.75
                                                Prob > chi2     =   0.0006
Log likelihood = -93.99017                      Pseudo R2       =   0.0588


------------------------------------------------------------------------------
   av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |  .3591166   .1087387     3.30   0.001     .1459927    .5722404
--------------+---------------------------------------------------------------
        /cut1 |  3.393827   .4219497                      2.566821    4.220833
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7754   0.9675   -0.1921   [-0.3225,  -0.0617]
        Pr(y=1|x):  0.2246   0.0325    0.1921   [ 0.0617,   0.3225]

             worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -124.14506
Iteration 1:   log likelihood = -118.28575
Iteration 2:   log likelihood = -117.89427
Iteration 3:   log likelihood =  -117.893
Iteration 4:   log likelihood =  -117.893

Ordered logistic regression                     Number of obs   =      414
                                                LR chi2(1)      =    12.50
                                                Prob > chi2     =   0.0004
Log likelihood = -117.893                       Pseudo R2       =   0.0504


------------------------------------------------------------------------------
   av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |  .3318397   .0968532     3.43   0.001     .1420109    .5216686
--------------+---------------------------------------------------------------
        /cut1 |  3.357194   .3866855                      2.599304    4.115084
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7968   0.9663   -0.1696   [-0.2764,  -0.0628]
        Pr(y=1|x):  0.2032   0.0337    0.1696   [ 0.0628,   0.2764]

             worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -106.34011
Iteration 1:   log likelihood = -101.06049
Iteration 2:   log likelihood = -100.84328
Iteration 3:   log likelihood = -100.84277
Iteration 4:   log likelihood = -100.84277
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                      Number of obs =     251
                                                 LR chi2(1)    =   10.99
                                                 Prob > chi2   =  0.0009
Log likelihood = -100.84277                      Pseudo R2     =  0.0517

-------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
  worryscale |   .3355714   .1055974     3.18   0.001     .1286044    .5425384
-------------+-----------------------------------------------------------
       /cut1 |   2.81661    .4200383                      1.99335     3.63987
-------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
    Pr(y=0|x):  0.6907    0.9436   -0.2529   [-0.4096,  -0.0962]
    Pr(y=1|x):  0.3093    0.0564    0.2529   [ 0.0962,   0.4096]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -128.33955
Iteration 1:   log likelihood = -113.78569
Iteration 2:   log likelihood = -111.76147
Iteration 3:   log likelihood = -111.75565
Iteration 4:   log likelihood = -111.75565

Ordered logistic regression                      Number of obs =     335
                                                 LR chi2(1)    =   33.17
                                                 Prob > chi2   =  0.0000
Log likelihood = -111.75565                      Pseudo R2     =  0.1292

-------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |   .9206572    .172029     5.35   0.000     .5834865    1.257828
-------------+-----------------------------------------------------------
       /cut1 |   3.186768   .3426025                      2.515279    3.858256
-------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                  ON       OFF     Change    95% CI for Change
    Pr(y=0|x):  0.6046    0.9603   -0.3557   [-0.4984,  -0.2130]
    Pr(y=1|x):  0.3954    0.0397    0.3557   [ 0.2130,   0.4984]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -164.77221
Iteration 1:   log likelihood = -153.98219
Iteration 2:   log likelihood = -153.23981
Iteration 3:   log likelihood = -153.23797
Iteration 4:   log likelihood = -153.23797

Ordered logistic regression                      Number of obs =     414
                                                 LR chi2(1)    =   23.07
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                              Prob > chi2   = 0.0000
Log likelihood = -153.23797                   Pseudo R2     = 0.0700


------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |   .6760609   .1450318    4.66   0.000     .3918038    .960318
------------+-----------------------------------------------------------
      /cut1 |    2.78042   .2778596                      2.235826   3.325015
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.6797    0.9416   -0.2619   [-0.3822,  -0.1417]
        Pr(y=1|x):  0.3203    0.0584    0.2619   [ 0.1417,   0.3822]

             worry_deport
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -133.81719
Iteration 1:   log likelihood = -125.63822
Iteration 2:   log likelihood =  -125.4196
Iteration 3:   log likelihood = -125.41941
Iteration 4:   log likelihood = -125.41941

Ordered logistic regression                   Number of obs =      251
                                               LR chi2(1)    =    16.80
                                               Prob > chi2   =   0.0000
Log likelihood = -125.41941                    Pseudo R2     =   0.0628


------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport |   .6117687   .1542549    3.97   0.000     .3094346   .9141028
------------+-----------------------------------------------------------
      /cut1 |   2.110588   .2910289                      1.540182   2.680994
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.5684    0.8919   -0.3235   [-0.4812,  -0.1659]
        Pr(y=1|x):  0.4316    0.1081    0.3235   [ 0.1659,   0.4812]

             worry_deport
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -128.33955
Iteration 1:   log likelihood = -124.00862
Iteration 2:   log likelihood = -123.86477
Iteration 3:   log likelihood = -123.86456
Iteration 4:   log likelihood = -123.86456

Ordered logistic regression                   Number of obs =      335
                                               LR chi2(1)    =     8.95
                                               Prob > chi2   =   0.0028
Log likelihood = -123.86456                    Pseudo R2     =   0.0349
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
  worry_fam |   .483121    .1672325     2.89   0.004     .1553513    .8108907
------------+-----------------------------------------------------------
      /cut1 |  2.692953    .3425869                      2.021495    3.364411
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7762   0.9366  -0.1604  [-0.2705,  -0.0504]
      Pr(y=1|x):   0.2238   0.0634   0.1604  [ 0.0504,   0.2705]

           worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -164.77221
Iteration 1:   log likelihood = -161.38893
Iteration 2:   log likelihood = -161.32461
Iteration 3:   log likelihood = -161.32458
Iteration 4:   log likelihood = -161.32458

Ordered logistic regression                 Number of obs  =     414
                                            LR chi2(1)     =    6.90
                                            Prob > chi2    =  0.0086
Log likelihood = -161.32458                 Pseudo R2      =  0.0209

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
  worry_fam |   .367817    .1433351     2.57   0.010     .0868854    .6487487
------------+-----------------------------------------------------------
      /cut1 |  2.452588    .2941274                      1.876109    3.029067
------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7940   0.9208  -0.1268  [-0.2226,  -0.0309]
      Pr(y=1|x):   0.2060   0.0792   0.1268  [ 0.0309,   0.2226]

           worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -133.81719
Iteration 1:   log likelihood = -130.11512
Iteration 2:   log likelihood = -130.06294
Iteration 3:   log likelihood = -130.06292
Iteration 4:   log likelihood = -130.06292

Ordered logistic regression                 Number of obs  =     251
                                            LR chi2(1)     =    7.51
                                            Prob > chi2    =  0.0061
Log likelihood = -130.06292                 Pseudo R2      =  0.0281

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    worry_fam |   .4170033   .1565587     2.66   0.008     .1101538    .7238527
--------------+----------------------------------------------------------------
        /cut1 |   1.956082   .3266004                      1.315957    2.596207
--------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
     Pr(y=0|x):   0.6693   0.8761   -0.2068   [-0.3509,  -0.0627]
     Pr(y=1|x):   0.3307   0.1239    0.2068   [ 0.0627,   0.3509]

              worry_fam
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -128.33955
Iteration 1:   log likelihood = -117.21001
Iteration 2:   log likelihood = -116.20799
Iteration 3:   log likelihood = -116.20549
Iteration 4:   log likelihood = -116.20549

Ordered logistic regression                     Number of obs =     335
                                                LR chi2(1)    =   24.27
                                                Prob > chi2   =  0.0000
Log likelihood = -116.20549                     Pseudo R2     =  0.0945

--------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
   worryscale |   .4487247   .0972139     4.62   0.000     .2581891    .6392604
--------------+----------------------------------------------------------------
        /cut1 |   3.259918   .3814617                      2.512267    4.007569
--------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON      OFF     Change   95% CI for Change
     Pr(y=0|x):   0.6382   0.9630   -0.3248   [-0.4732,  -0.1765]
     Pr(y=1|x):   0.3618   0.0370    0.3248   [ 0.1765,   0.4732]

              worryscale
Current=         6
 Saved=          0
  Diff=          6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -164.77221
Iteration 1:   log likelihood =  -156.7307
Iteration 2:   log likelihood = -156.36229
Iteration 3:   log likelihood = -156.36161
Iteration 4:   log likelihood = -156.36161

Ordered logistic regression                     Number of obs =     414
                                                LR chi2(1)    =   16.82
                                                Prob > chi2   =  0.0000
Log likelihood = -156.36161                     Pseudo R2     =  0.0510

--------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
   worryscale |    .319736   .0803932     3.98   0.000     .1621682    .4773038
--------------+----------------------------------------------------------------
        /cut1 |   2.815891   .3109905                       2.20636    3.425421
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------------------------------------------------------------------
ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON      OFF    Change   95% CI for Change
        Pr(y=0|x):    0.7104   0.9435  -0.2331  [-0.3538,  -0.1124]
        Pr(y=1|x):    0.2896   0.0565   0.2331  [ 0.1124,   0.3538]

             worryscale
Current=          6
  Saved=          0
  Diff=           6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -133.81719
Iteration 1:   log likelihood = -126.39978
Iteration 2:   log likelihood = -126.20587
Iteration 3:   log likelihood = -126.20558
Iteration 4:   log likelihood = -126.20558

Ordered logistic regression                  Number of obs  =     251
                                             LR chi2(1)     =   15.22
                                             Prob > chi2    =  0.0001
Log likelihood = -126.20558                  Pseudo R2      =  0.0569

--------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+------------------------------------------------------------
  worryscale | .3388954     .0908312    3.73   0.000     .1608696    .5169212
-------------+------------------------------------------------------------
       /cut1 | 2.307547     .3491133                     1.623297    2.991796
--------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                         ON      OFF    Change   95% CI for Change
        Pr(y=0|x):    0.5681   0.9095  -0.3414  [-0.5111,  -0.1716]
        Pr(y=1|x):    0.4319   0.0905   0.3414  [ 0.1716,   0.5111]

             worryscale
Current=          6
  Saved=          0
  Diff=           6

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -109.42053
Iteration 1:   log likelihood = -97.240753
Iteration 2:   log likelihood = -94.867743
Iteration 3:   log likelihood = -94.862986
Iteration 4:   log likelihood = -94.862986

Ordered logistic regression                  Number of obs  =     335
                                             LR chi2(1)     =   29.12
                                             Prob > chi2    =  0.0000
Log likelihood = -94.862986                  Pseudo R2      =  0.1330

--------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+------------------------------------------------------------
worry_deport | .9595338     .1928267    4.98   0.000     .5816005    1.337467
-------------+------------------------------------------------------------
       /cut1 | 3.560549     .3984652                     2.779572    4.341527
--------------------------------------------------------------------------

ologit: Change in Predictions for av_medical
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                     ON       OFF      Change    95% CI for Change
         Pr(y=0|x):  0.6642   0.9724   -0.3082   [-0.4477,  -0.1687]
         Pr(y=1|x):  0.3358   0.0276    0.3082   [ 0.1687,   0.4477]

              worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -159.93021
Iteration 1:   log likelihood =  -152.7083
Iteration 2:   log likelihood = -152.34563
Iteration 3:   log likelihood = -152.34512
Iteration 4:   log likelihood = -152.34512

Ordered logistic regression                    Number of obs  =     414
                                               LR chi2(1)     =   15.17
                                               Prob > chi2    =  0.0001
Log likelihood = -152.34512                    Pseudo R2      =  0.0474

-------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |  .5539837    .1443806     3.84   0.000    .2710029   .8369645
-------------+-----------------------------------------------------------
       /cut1 |  2.643734    .2686316                     2.117225   3.170242
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                     ON       OFF      Change    95% CI for Change
         Pr(y=0|x):  0.7275   0.9336   -0.2062   [-0.3219,  -0.0905]
         Pr(y=1|x):  0.2725   0.0664    0.2062   [ 0.0905,   0.3219]

              worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -114.31665
Iteration 1:   log likelihood = -108.51081
Iteration 2:   log likelihood = -108.29605
Iteration 3:   log likelihood = -108.29582
Iteration 4:   log likelihood = -108.29582

Ordered logistic regression                    Number of obs  =     251
                                               LR chi2(1)     =   12.04
                                               Prob > chi2    =  0.0005
Log likelihood = -108.29582                    Pseudo R2      =  0.0527

-------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+-----------------------------------------------------------
worry_deport |  .5710808    .1689111     3.38   0.001    .2400212   .9021405
-------------+-----------------------------------------------------------
       /cut1 |  2.417387    .3267106                     1.777046   3.057728
-------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.6691   0.9181  -0.2490  [-0.3979,  -0.1002]
         Pr(y=1|x):  0.3309   0.0819   0.2490  [ 0.1002,   0.3979]

              worry_deport
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -109.42053
Iteration 1:   log likelihood = -107.48551
Iteration 2:   log likelihood = -107.44511
Iteration 3:   log likelihood = -107.44509
Iteration 4:   log likelihood = -107.44509

Ordered logistic regression                Number of obs  =    335
                                            LR chi2(1)     =   3.95
                                            Prob > chi2    = 0.0468
Log likelihood = -107.44509                 Pseudo R2      = 0.0181
```

```
------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .3511064    .1801367    1.95   0.051    -.001955    .7041678
------------+-----------------------------------------------------------
       /cut1 | 2.739445    .3589369                    2.035942    3.442949
------------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.8437   0.9393  -0.0956  [-0.1937,   0.0025]
         Pr(y=1|x):  0.1563   0.0607   0.0956  [-0.0025,   0.1937]

              worry_fam
Current=         3
  Saved=         0
   Diff=         3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -159.93021
Iteration 1:   log likelihood = -156.56154
Iteration 2:   log likelihood = -156.49285
Iteration 3:   log likelihood = -156.49281
Iteration 4:   log likelihood = -156.49281

Ordered logistic regression                Number of obs  =    414
                                            LR chi2(1)     =   6.87
                                            Prob > chi2    = 0.0087
Log likelihood = -156.49281                 Pseudo R2      = 0.0215
```

```
------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .37505      .1465117    2.56   0.010    .0878923    .6622077
------------+-----------------------------------------------------------
       /cut1 | 2.520566    .3017914                    1.929066    3.112066
------------------------------------------------------------------------
```

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

```
                       ON      OFF    Change   95% CI for Change
         Pr(y=0|x):  0.8015   0.9256  -0.1241  [-0.2183,  -0.0299]
         Pr(y=1|x):  0.1985   0.0744   0.1241  [ 0.0299,   0.2183]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -114.31665
Iteration 1:   log likelihood = -110.23537
Iteration 2:   log likelihood = -110.12386
Iteration 3:   log likelihood =  -110.1237
Iteration 4:   log likelihood =  -110.1237

Ordered logistic regression                  Number of obs =     251
                                             LR chi2(1)    =    8.39
                                             Prob > chi2   =  0.0038
Log likelihood = -110.1237                   Pseudo R2     =  0.0367

-------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+-----------------------------------------------------
   worry_fam |   .49754     .1788902    2.78   0.005    .1469217   .8481583
-------------+-----------------------------------------------------
       /cut1 |  2.470277    .3862114                    1.713317   3.227238
-------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):  0.7266   0.9220  -0.1954  [-0.3254,  -0.0653]
      Pr(y=1|x):  0.2734   0.0780   0.1954  [ 0.0653,   0.3254]
              worry_fam
Current=           3
  Saved=           0
   Diff=           3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -109.42053
Iteration 1:   log likelihood = -101.53804
Iteration 2:   log likelihood = -100.77784
Iteration 3:   log likelihood = -100.77635
Iteration 4:   log likelihood = -100.77635

Ordered logistic regression                  Number of obs =     335
                                             LR chi2(1)    =   17.29
                                             Prob > chi2   =  0.0000
Log likelihood = -100.77635                  Pseudo R2     =  0.0790

-------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+-----------------------------------------------------
  worryscale |  .4159939    .1055397    3.94   0.000     .20914    .6228479
-------------+-----------------------------------------------------
       /cut1 |  3.437156    .4170206                    2.61981    4.254501
-------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):  0.7193   0.9688  -0.2495  [-0.3895,  -0.1095]
      Pr(y=1|x):  0.2807   0.0312   0.2495  [ 0.1095,   0.3895]
              worryscale
Current=           6
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                  Saved=         0
                   Diff=         6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -159.93021
Iteration 1:   log likelihood = -153.70375
Iteration 2:   log likelihood = -153.46502
Iteration 3:   log likelihood = -153.46472
Iteration 4:   log likelihood = -153.46472

Ordered logistic regression                     Number of obs =     414
                                                LR chi2(1)    =   12.93
                                                Prob > chi2   =  0.0003
Log likelihood = -153.46472                     Pseudo R2     =  0.0404

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |   .2840736   .0808374     3.51   0.000    .1256351   .4425121
-------------+----------------------------------------------------------
       /cut1 |   2.751564   .3085607                     2.146796   3.356332
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
         Pr(y=0|x):   0.7402   0.9400   -0.1998   [-0.3174,  -0.0821]
         Pr(y=1|x):   0.2598   0.0600    0.1998   [ 0.0821,   0.3174]

                   worryscale
Current=            6
 Saved=             0
  Diff=             6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -114.31665
Iteration 1:   log likelihood = -107.98178
Iteration 2:   log likelihood = -107.72941
Iteration 3:   log likelihood = -107.72878
Iteration 4:   log likelihood = -107.72878

Ordered logistic regression                     Number of obs =     251
                                                LR chi2(1)    =   13.18
                                                Prob > chi2   =  0.0003
Log likelihood = -107.72878                     Pseudo R2     =  0.0576

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |   .3514754   .1014638     3.46   0.001     .15261    .5503408
-------------+----------------------------------------------------------
       /cut1 |   2.723637   .4021778                     1.935383   3.511891
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                       ON       OFF     Change    95% CI for Change
         Pr(y=0|x):   0.6490   0.9384   -0.2894   [-0.4508,  -0.1280]
         Pr(y=1|x):   0.3510   0.0616    0.2894   [ 0.1280,   0.4508]

                   worryscale
Current=            6
 Saved=             0
  Diff=             6
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -108.97185
Iteration 1:   log likelihood = -102.49707
Iteration 2:   log likelihood = -101.87469
Iteration 3:   log likelihood = -101.87293
Iteration 4:   log likelihood = -101.87293

Ordered logistic regression                    Number of obs =      335
                                               LR chi2(1)    =    14.20
                                               Prob > chi2   =   0.0002
Log likelihood = -101.87293                    Pseudo R2     =   0.0651

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport|  .6476789    .1761747     3.68   0.000    .302383    .9929749
------------+-----------------------------------------------------------
      /cut1 |  3.037696    .3349898                     2.381128   3.694264
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7493  0.9542  -0.2050  [-0.3323,  -0.0776]
        Pr(y=1|x):  0.2507  0.0458   0.2050  [ 0.0776,   0.3323]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -137.78366
Iteration 1:   log likelihood = -133.99136
Iteration 2:   log likelihood = -133.84593
Iteration 3:   log likelihood = -133.84579
Iteration 4:   log likelihood = -133.84579

Ordered logistic regression                    Number of obs =      414
                                               LR chi2(1)    =     7.88
                                               Prob > chi2   =   0.0050
Log likelihood = -133.84579                    Pseudo R2     =   0.0286

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport|  .4373448    .1563642     2.80   0.005    .1308767   .743813
------------+-----------------------------------------------------------
      /cut1 |  2.731032    .284356                      2.173704   3.288359
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                     ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.8052  0.9388  -0.1337  [-0.2374,  -0.0299]
        Pr(y=1|x):  0.1948  0.0612   0.1337  [ 0.0299,   0.2374]

            worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -84.802132
Iteration 1:   log likelihood = -80.291978
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -79.982856
Iteration 3:   log likelihood = -79.98193
Iteration 4:   log likelihood = -79.98193

Ordered logistic regression                    Number of obs  =     251
                                               LR chi2(1)     =    9.64
                                               Prob > chi2    =  0.0019
Log likelihood = -79.98193                     Pseudo R2      =  0.0568

-----------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+---------------------------------------------------------
worry_deport |   .6229932   .2069773     3.01   0.003    .2173251   1.028661
-------------+---------------------------------------------------------
       /cut1 |   3.077714   .4215379                     2.251515   3.903913
-----------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
       Pr(y=0|x):   0.7701    0.9560   -0.1859   [-0.3169,  -0.0549]
       Pr(y=1|x):   0.2299    0.0440    0.1859   [ 0.0549,   0.3169]

           worry_deport
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -108.97185
Iteration 1:   log likelihood = -105.67092
Iteration 2:   log likelihood = -105.55022
Iteration 3:   log likelihood = -105.55003
Iteration 4:   log likelihood = -105.55003

Ordered logistic regression                    Number of obs  =     335
                                               LR chi2(1)     =    6.84
                                               Prob > chi2    =  0.0089
Log likelihood = -105.55003                    Pseudo R2      =  0.0314

-----------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-------------+---------------------------------------------------------
    worry_fam |   .470295   .1859708     2.53   0.011    .1057989   .8347911
-------------+---------------------------------------------------------
       /cut1 |  2.956515   .3837443                      2.20439   3.70864
-----------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
       Pr(y=0|x):   0.8243    0.9506   -0.1263   [-0.2265,  -0.0261]
       Pr(y=1|x):   0.1757    0.0494    0.1263   [ 0.0261,   0.2265]

           worry_fam
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -137.78366
Iteration 1:   log likelihood = -136.58898
Iteration 2:   log likelihood = -136.57708
Iteration 3:   log likelihood = -136.57708
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                      Number of obs  =    414
                                                 LR chi2(1)     =   2.41
                                                 Prob > chi2    = 0.1203
Log likelihood = -136.57708                      Pseudo R2      = 0.0088

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |   .2418701    .157482    1.54   0.125    -.0667891    .5505292
------------+-----------------------------------------------------------
      /cut1 |   2.546666   .3139748                      1.931287    3.162046
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8607    0.9273   -0.0667   [-0.1516,   0.0183]
        Pr(y=1|x):  0.1393    0.0727    0.0667   [-0.0183,   0.1516]

            worry_fam
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -84.802132
Iteration 1:   log likelihood = -84.364685
Iteration 2:   log likelihood = -84.362102
Iteration 3:   log likelihood = -84.362102

Ordered logistic regression                      Number of obs  =    251
                                                 LR chi2(1)     =   0.88
                                                 Prob > chi2    = 0.3482
Log likelihood = -84.362102                      Pseudo R2      = 0.0052

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam |   .1896141   .2039652    0.93   0.353    -.2101504    .5893787
------------+-----------------------------------------------------------
      /cut1 |   2.452461    .41372                       1.641585    3.263338
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.8680    0.9207   -0.0527   [-0.1621,   0.0567]
        Pr(y=1|x):  0.1320    0.0793    0.0527   [-0.0567,   0.1621]

            worry_fam
Current=         3
 Saved=          0
  Diff=          3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -108.97185
Iteration 1:   log likelihood = -102.99469
Iteration 2:   log likelihood = -102.56391
Iteration 3:   log likelihood = -102.56244
Iteration 4:   log likelihood = -102.56244

Ordered logistic regression                      Number of obs  =    335
                                                 LR chi2(1)     =  12.82
                                                 Prob > chi2    = 0.0003
Log likelihood = -102.56244                      Pseudo R2      = 0.0588
```

p.287

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .354258     .10265      3.45   0.001    .1530677   .5554484
------------+-----------------------------------------------------------
      /cut1 | 3.230554     .3944355                     2.457474   4.003633
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
     Pr(y=0|x):   0.7512   0.9620  -0.2108  [-0.3455, -0.0760]
     Pr(y=1|x):   0.2488   0.0380   0.2108  [ 0.0760,  0.3455]

            worryscale
Current=            6
 Saved=             0
  Diff=             6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -137.78366
Iteration 1:   log likelihood = -134.96481
Iteration 2:   log likelihood = -134.89554
Iteration 3:   log likelihood =  -134.8955
Iteration 4:   log likelihood =  -134.8955

Ordered logistic regression                  Number of obs =     414
                                             LR chi2(1)    =    5.78
                                             Prob > chi2   =  0.0162
Log likelihood = -134.8955                   Pseudo R2     =  0.0210

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+-----------------------------------------------------------
  worryscale |  .2072228    .0870351     2.38   0.017    .0366373   .3778084
------------+-----------------------------------------------------------
      /cut1 | 2.762736     .3224839                     2.130679   3.394792
------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                    ON      OFF    Change   95% CI for Change
     Pr(y=0|x):   0.8204   0.9406  -0.1202  [-0.2251, -0.0152]
     Pr(y=1|x):   0.1796   0.0594   0.1202  [ 0.0152,  0.2251]

            worryscale
Current=            6
 Saved=             0
  Diff=             6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -84.802132
Iteration 1:   log likelihood = -82.216418
Iteration 2:   log likelihood = -82.126103
Iteration 3:   log likelihood = -82.125983
Iteration 4:   log likelihood = -82.125983

Ordered logistic regression                  Number of obs =     251
                                             LR chi2(1)    =    5.35
                                             Prob > chi2   =  0.0207
Log likelihood = -82.125983                  Pseudo R2     =  0.0316

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+----------------------------------------------------------------
 worryscale  |  .2678727   .1189718     2.25   0.024     .0346923    .5010531
-------------+----------------------------------------------------------------
      /cut1  |  2.991514   .4688101                      2.072663    3.910365
-------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):    0.7997   0.9522  -0.1525  [-0.2903,  -0.0148]
      Pr(y=1|x):    0.2003   0.0478   0.1525  [ 0.0148,   0.2903]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -124.00176
Iteration 1:   log likelihood =  -115.8808
Iteration 2:   log likelihood = -115.19248
Iteration 3:   log likelihood = -115.19039
Iteration 4:   log likelihood = -115.19039

Ordered logistic regression                    Number of obs  =     335
                                                LR chi2(1)     =   17.62
                                                Prob > chi2    =  0.0000
Log likelihood = -115.19039                     Pseudo R2      =  0.0711

-------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .6657293   .1630923     4.08   0.000     .3460742    .9853844
-------------+----------------------------------------------------------------
      /cut1  |  2.834982   .3066549                      2.233949    3.436014
-------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
      Pr(y=0|x):    0.6980   0.9445  -0.2465  [-0.3810,  -0.1121]
      Pr(y=1|x):    0.3020   0.0555   0.2465  [ 0.1121,   0.3810]

          worry_deport
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -161.68039
Iteration 1:   log likelihood =  -157.7488
Iteration 2:   log likelihood = -157.64517
Iteration 3:   log likelihood = -157.64512
Iteration 4:   log likelihood = -157.64512

Ordered logistic regression                    Number of obs  =     414
                                                LR chi2(1)     =    8.07
                                                Prob > chi2    =  0.0045
Log likelihood = -157.64512                     Pseudo R2      =  0.0250

-------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |  .3992747    .140837     2.84   0.005     .1232393    .6753101
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
         /cut1 |  2.39298   .2493325                   1.904297   2.881663
--------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.7677   0.9163  -0.1486  [-0.2600,  -0.0372]
        Pr(y=1|x):  0.2323   0.0837   0.1486  [ 0.0372,   0.2600]

            worry_deport
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -123.06453
Iteration 1:   log likelihood =  -112.7074
Iteration 2:   log likelihood = -112.20121
Iteration 3:   log likelihood = -112.19983
Iteration 4:   log likelihood = -112.19983

Ordered logistic regression                    Number of obs =     251
                                                LR chi2(1)    =   21.73
                                                Prob > chi2   =  0.0000
Log likelihood = -112.19983                     Pseudo R2     =  0.0883

--------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+------------------------------------------------------------
worry_deport |  .7456821   .1682683     4.43   0.000    .4158823   1.075482
-------------+------------------------------------------------------------
       /cut1 |  2.542886   .3326242                     1.890955   3.194818
--------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF     Change    95% CI for Change
        Pr(y=0|x):  0.5759   0.9271  -0.3512  [-0.5048,  -0.1976]
        Pr(y=1|x):  0.4241   0.0729   0.3512  [ 0.1976,   0.5048]

            worry_deport
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -124.00176
Iteration 1:   log likelihood = -121.55581
Iteration 2:   log likelihood = -121.50676
Iteration 3:   log likelihood = -121.50673
Iteration 4:   log likelihood = -121.50673

Ordered logistic regression                    Number of obs =     335
                                                LR chi2(1)    =    4.99
                                                Prob > chi2   =  0.0255
Log likelihood = -121.50673                     Pseudo R2     =  0.0201

--------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+------------------------------------------------------------
    worry_fam |  .3636401   .1661718     2.19   0.029    .0379493   .6893309
-------------+------------------------------------------------------------
       /cut1 |  2.545738   .3302679                     1.898425   3.193051
--------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
         Pr(y=0|x):   0.8107    0.9273   -0.1165   [-0.2225,  -0.0106]
         Pr(y=1|x):   0.1893    0.0727    0.1165   [ 0.0106,   0.2225]

                   worry_fam
Current=                   3
  Saved=                   0
   Diff=                   3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -161.68039
Iteration 1:   log likelihood = -158.50733
Iteration 2:   log likelihood = -158.44808
Iteration 3:   log likelihood = -158.44806
Iteration 4:   log likelihood = -158.44806

Ordered logistic regression                 Number of obs  =      414
                                             LR chi2(1)     =     6.46
                                             Prob > chi2    =   0.0110
Log likelihood = -158.44806                  Pseudo R2      =   0.0200

--------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-------------------------------------------------------
   worry_fam |  .3603904   .1449363     2.49   0.013    .0763204   .6444603
------------+-------------------------------------------------------
      /cut1 |  2.474364   .2971639                     1.891934   3.056795
--------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
         Pr(y=0|x):   0.8011    0.9223   -0.1212   [-0.2159,  -0.0265]
         Pr(y=1|x):   0.1989    0.0777    0.1212   [ 0.0265,   0.2159]

                   worry_fam
Current=                   3
  Saved=                   0
   Diff=                   3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -123.06453
Iteration 1:   log likelihood =  -121.0629
Iteration 2:   log likelihood = -121.04226
Iteration 3:   log likelihood = -121.04225

Ordered logistic regression                 Number of obs  =      251
                                             LR chi2(1)     =     4.04
                                             Prob > chi2    =   0.0443
Log likelihood = -121.04225                  Pseudo R2      =   0.0164

--------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-------------------------------------------------------
   worry_fam |  .3205645   .1624233     1.97   0.048    .0022207   .6389082
------------+-------------------------------------------------------
      /cut1 |  1.979224   .3351905                     1.322263   2.636185
--------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7345  0.8786  -0.1441  [-0.2823,  -0.0059]
      Pr(y=1|x):   0.2655  0.1214   0.1441  [ 0.0059,   0.2823]

            worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -124.00176
Iteration 1:   log likelihood = -117.81155
Iteration 2:   log likelihood = -117.47839
Iteration 3:   log likelihood = -117.47765
Iteration 4:   log likelihood = -117.47765

Ordered logistic regression              Number of obs =    335
                                          LR chi2(1)    =  13.05
                                          Prob > chi2   = 0.0003
Log likelihood = -117.47765              Pseudo R2     = 0.0526

------------------------------------------------------------------
   av_bank | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------
 worryscale |  .3271131   .0934278   3.50   0.000    .1439979   .5102283
-----------+------------------------------------------------------
     /cut1 |  2.911752   .3498472                    2.226064    3.59744
------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method
                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7209  0.9484  -0.2275  [-0.3670,  -0.0880]
      Pr(y=1|x):   0.2791  0.0516   0.2275  [ 0.0880,   0.3670]

            worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -161.68039
Iteration 1:   log likelihood = -157.38768
Iteration 2:   log likelihood = -157.27809
Iteration 3:   log likelihood = -157.27803
Iteration 4:   log likelihood = -157.27803

Ordered logistic regression              Number of obs =    414
                                          LR chi2(1)    =   8.80
                                          Prob > chi2   = 0.0030
Log likelihood = -157.27803              Pseudo R2     = 0.0272

------------------------------------------------------------------
   av_bank | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------
 worryscale |  .2310561   .0789392   2.93   0.003    .0763381   .3857742
-----------+------------------------------------------------------
     /cut1 |  2.557483   .2931277                    1.982963   3.132003
------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method
                    ON      OFF    Change   95% CI for Change
      Pr(y=0|x):   0.7634  0.9281  -0.1647  [-0.2805,  -0.0489]
      Pr(y=1|x):   0.2366  0.0719   0.1647  [ 0.0489,   0.2805]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
              worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -123.06453
Iteration 1:   log likelihood = -116.03243
Iteration 2:   log likelihood = -115.78968
Iteration 3:   log likelihood = -115.78916
Iteration 4:   log likelihood = -115.78916

Ordered logistic regression                    Number of obs =    251
                                               LR chi2(1)    =  14.55
                                               Prob > chi2   = 0.0001
Log likelihood = -115.78916                    Pseudo R2     = 0.0591

------------------------------------------------------------------------
      av_bank | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
--------------+---------------------------------------------------------
    worryscale |  .3516229   .0966421    3.64   0.000    .1622078   .5410381
--------------+---------------------------------------------------------
       /cut1 |  2.559086   .3787576                     1.816735   3.301437
------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON      OFF    Change    95% CI for Change
       Pr(y=0|x):  0.6105  0.9282  -0.3177  [-0.4831,  -0.1523]
       Pr(y=1|x):  0.3895  0.0718   0.3177  [ 0.1523,   0.4831]

              worryscale
Current=          6
  Saved=          0
   Diff=          6

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -112.69231
Iteration 1:   log likelihood = -100.99886
Iteration 2:   log likelihood = -99.021397
Iteration 3:   log likelihood = -99.018062
Iteration 4:   log likelihood = -99.018062

Ordered logistic regression                    Number of obs =    335
                                               LR chi2(1)    =  27.35
                                               Prob > chi2   = 0.0000
Log likelihood = -99.018062                    Pseudo R2     = 0.1213

------------------------------------------------------------------------
   av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
--------------+---------------------------------------------------------
  worry_deport |  .9054385   .1856475    4.88   0.000    .5415761   1.269301
--------------+---------------------------------------------------------
       /cut1 |  3.409765   .3771207                     2.670622   4.148908
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                    ON      OFF    Change    95% CI for Change
       Pr(y=0|x):  0.6667  0.9680  -0.3013  [-0.4400,  -0.1625]
       Pr(y=1|x):  0.3333  0.0320   0.3013  [ 0.1625,   0.4400]

              worry_deport
Current=          3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Saved=              0
         Diff=              3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -174.22061
Iteration 1:   log likelihood = -163.30597
Iteration 2:   log likelihood = -162.67196
Iteration 3:   log likelihood = -162.67077
Iteration 4:   log likelihood = -162.67077

Ordered logistic regression                     Number of obs =     414
                                                LR chi2(1)    =   23.10
                                                Prob > chi2   =  0.0000
Log likelihood = -162.67077                     Pseudo R2     =  0.0663

------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
--------------+---------------------------------------------------------
 worry_deport |   .6517503   .1393767    4.68   0.000    .378577   .9249237
--------------+---------------------------------------------------------
        /cut1 |   2.630699   .2629109                    2.115403  3.145995
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
       Pr(y=0|x):   0.6627   0.9328  -0.2701  [-0.3921,  -0.1480]
       Pr(y=1|x):   0.3373   0.0672   0.2701  [ 0.1480,   0.3921]

             worry_deport
Current=              3
 Saved=               0
  Diff=               3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -124.41238
Iteration 1:   log likelihood = -114.00178
Iteration 2:   log likelihood = -113.51331
Iteration 3:   log likelihood = -113.51204
Iteration 4:   log likelihood = -113.51204

Ordered logistic regression                     Number of obs =     251
                                                LR chi2(1)    =   21.80
                                                Prob > chi2   =  0.0000
Log likelihood = -113.51204                     Pseudo R2     =  0.0876

------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
--------------+---------------------------------------------------------
 worry_deport |   .7412967   .1669133    4.44   0.000    .4141526  1.068441
--------------+---------------------------------------------------------
        /cut1 |   2.508915   .3287613                    1.864555  3.153276
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
       Pr(y=0|x):   0.5708   0.9248  -0.3540  [-0.5080,  -0.2000]
       Pr(y=1|x):   0.4292   0.0752   0.3540  [ 0.2000,   0.5080]

             worry_deport
Current=              3
 Saved=               0
  Diff=               3
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -112.69231
Iteration 1:   log likelihood = -105.44986
Iteration 2:   log likelihood = -104.88145
Iteration 3:   log likelihood = -104.88029
Iteration 4:   log likelihood = -104.88029

Ordered logistic regression                     Number of obs  =     335
                                                LR chi2(1)     =   15.62
                                                Prob > chi2    =  0.0001
Log likelihood = -104.88029                     Pseudo R2      =  0.0693

-------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------
     worry_fam |  .7249452   .1975046     3.67   0.000    .3378434   1.112047
--------------+----------------------------------------------------------
        /cut1 |   3.38334   .4328858                      2.534899    4.23178
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7700   0.9672  -0.1971  [-0.3044,  -0.0899]
        Pr(y=1|x):  0.2300   0.0328   0.1971  [ 0.0899,   0.3044]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -174.22061
Iteration 1:   log likelihood = -165.33596
Iteration 2:   log likelihood =  -164.9402
Iteration 3:   log likelihood = -164.93886
Iteration 4:   log likelihood = -164.93886

Ordered logistic regression                     Number of obs  =     414
                                                LR chi2(1)     =   18.56
                                                Prob > chi2    =  0.0000
Log likelihood = -164.93886                     Pseudo R2      =  0.0533

-------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------
     worry_fam |  .6016126   .1474709     4.08   0.000    .3125749   .8906504
--------------+----------------------------------------------------------
        /cut1 |   2.78121    .318601                      2.156763   3.405656
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON      OFF    Change   95% CI for Change
        Pr(y=0|x):  0.7264   0.9417  -0.2153  [-0.3154,  -0.1152]
        Pr(y=1|x):  0.2736   0.0583   0.2153  [ 0.1152,   0.3154]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -124.41238
Iteration 1:   log likelihood = -118.46706
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -118.28446
Iteration 3:   log likelihood = -118.28407
Iteration 4:   log likelihood = -118.28407

Ordered logistic regression                    Number of obs  =     251
                                               LR chi2(1)     =   12.26
                                               Prob > chi2    =  0.0005
Log likelihood = -118.28407                    Pseudo R2      =  0.0493

-------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
--------------+----------------------------------------------------------
     worry_fam |  .5741239   .1724336     3.33   0.001    .2361603   .9120876
--------------+----------------------------------------------------------
        /cut1 |  2.431757   .3741104                      1.698514    3.165
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                   ON      OFF     Change    95% CI for Change
      Pr(y=0|x):  0.6703   0.9192  -0.2490  [-0.3845,  -0.1134]
      Pr(y=1|x):  0.3297   0.0808   0.2490  [ 0.1134,   0.3845]

              worry_fam
Current=          3
 Saved=           0
  Diff=           3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -112.69231
Iteration 1:   log likelihood = -100.98556
Iteration 2:   log likelihood = -99.370379
Iteration 3:   log likelihood = -99.366319
Iteration 4:   log likelihood = -99.366319

Ordered logistic regression                    Number of obs  =     335
                                               LR chi2(1)     =   26.65
                                               Prob > chi2    =  0.0000
Log likelihood = -99.366319                    Pseudo R2      =  0.1183

-------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
--------------+----------------------------------------------------------
    worryscale |  .5219359   .1103046     4.73   0.000    .3057429   .7381289
--------------+----------------------------------------------------------
        /cut1 |  3.770078   .4526915                      2.882819   4.657337
-------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                   ON      OFF     Change    95% CI for Change
      Pr(y=0|x):  0.6544   0.9775  -0.3231  [-0.4715,  -0.1746]
      Pr(y=1|x):  0.3456   0.0225   0.3231  [ 0.1746,   0.4715]

              worryscale
Current=          6
 Saved=           0
  Diff=           6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -174.22061
Iteration 1:   log likelihood = -162.26351
Iteration 2:   log likelihood = -161.56972
Iteration 3:   log likelihood = -161.56738
Iteration 4:   log likelihood = -161.56738
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                    Number of obs  =      414
                                               LR chi2(1)     =    25.31
                                               Prob > chi2    =   0.0000
Log likelihood = -161.56738                    Pseudo R2      =   0.0726

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |  .3833438    .0798563     4.80   0.000     .2268282    .5398594
-------------+----------------------------------------------------------
       /cut1 |  2.926397    .3148042                      2.309392    3.543402
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
       Pr(y=0|x):  0.6517    0.9491   -0.2975   [-0.4228,  -0.1722]
       Pr(y=1|x):  0.3483    0.0509    0.2975   [ 0.1722,   0.4228]

            worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -124.41238
Iteration 1:   log likelihood = -114.00017
Iteration 2:   log likelihood = -113.48308
Iteration 3:   log likelihood = -113.48141
Iteration 4:   log likelihood = -113.48141

Ordered logistic regression                    Number of obs  =      251
                                               LR chi2(1)     =    21.86
                                               Prob > chi2    =   0.0000
Log likelihood = -113.48141                    Pseudo R2      =   0.0879

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |  .4383882    .10064      4.36   0.000     .2411374    .6356389
-------------+----------------------------------------------------------
       /cut1 |  2.844792    .4036073                     2.053736    3.635848
------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                     ON       OFF     Change    95% CI for Change
       Pr(y=0|x):  0.5534    0.9450   -0.3916   [-0.5562,  -0.2270]
       Pr(y=1|x):  0.4466    0.0550    0.3916   [ 0.2270,   0.5562]

            worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -336.46376
Iteration 1:   log likelihood = -312.56549
Iteration 2:   log likelihood = -311.41592
Iteration 3:   log likelihood = -311.41393
Iteration 4:   log likelihood = -311.41393

Ordered logistic regression                    Number of obs  =      335
                                               LR chi2(1)     =    50.10
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                          Prob > chi2    = 0.0000
Log likelihood = -311.41393               Pseudo R2      = 0.0745


------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .8352175    .1236435     6.76   0.000    .5928807   1.077554
-------------+----------------------------------------------------------
       /cut1 |  1.974421    .2154725                     1.552103   2.396739
       /cut2 |  2.58547     .2373227                     2.120326   3.050614
       /cut3 |  3.3216      .2715992                     2.789275   3.853924
       /cut4 |  4.175465    .332465                      3.523846   4.827085
       /cut5 |  4.732698    .3925667                     3.963281   5.502114
       /cut6 |  5.366311    .4920012                     4.402007   6.330616
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                     ON       OFF      Change    95% CI for Change
      Pr(y=0|x):    0.3702   0.8781   -0.5079   [-0.6393,  -0.3764]
      Pr(y=1|x):    0.1497   0.0518    0.0979   [ 0.0584,   0.1374]
      Pr(y=2|x):    0.1734   0.0352    0.1382   [ 0.0814,   0.1949]
      Pr(y=3|x):    0.1482   0.0197    0.1285   [ 0.0637,   0.1932]
      Pr(y=4|x):    0.0611   0.0064    0.0547   [ 0.0109,   0.0985]
      Pr(y=5|x):    0.0432   0.0041    0.0391   [ 0.0012,   0.0770]
      Pr(y=6|x):    0.0541   0.0046    0.0495   [ 0.0053,   0.0937]

              worry_deport
Current=            3
  Saved=            0
   Diff=            3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -462.70714
Iteration 1:   log likelihood = -442.48619
Iteration 2:   log likelihood = -442.03274
Iteration 3:   log likelihood = -442.03252
Iteration 4:   log likelihood = -442.03252

Ordered logistic regression               Number of obs  =     414
                                          LR chi2(1)     =   41.35
                                          Prob > chi2    =  0.0000
Log likelihood = -442.03252               Pseudo R2      =  0.0447


------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .6414028    .1021693     6.28   0.000    .4411546   .8416509
-------------+----------------------------------------------------------
       /cut1 |  1.502836    .1763946                     1.157109   1.848563
       /cut2 |  2.388315    .2041993                     1.988092   2.788538
       /cut3 |  2.872079    .2233666                     2.434288   3.309869
       /cut4 |  3.442594    .2523352                     2.948027   3.937162
       /cut5 |  4.646907    .3639781                     3.933523   5.360291
       /cut6 |  5.835234    .5948525                     4.669344   7.001123
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                     ON       OFF      Change    95% CI for Change
      Pr(y=0|x):    0.3962   0.8180   -0.4218   [-0.5425,  -0.3011]
      Pr(y=1|x):    0.2178   0.0979    0.1199   [ 0.0783,   0.1615]
      Pr(y=2|x):    0.1067   0.0305    0.0762   [ 0.0408,   0.1116]
      Pr(y=3|x):    0.0996   0.0226    0.0771   [ 0.0384,   0.1157]
      Pr(y=4|x):    0.1181   0.0215    0.0966   [ 0.0479,   0.1452]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Pr(y=5|x):      0.0420     0.0066     0.0354  [ 0.0070,   0.0638]
        Pr(y=6|x):      0.0196     0.0029     0.0167  [-0.0025,   0.0359]

              worry_deport
Current=              3
  Saved=              0
   Diff=              3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood =   -328.844
Iteration 1:   log likelihood = -306.40729
Iteration 2:   log likelihood = -305.87245
Iteration 3:   log likelihood = -305.87176
Iteration 4:   log likelihood = -305.87176

Ordered logistic regression                   Number of obs =     251
                                               LR chi2(1)    =   45.94
                                               Prob > chi2   =  0.0000
Log likelihood = -305.87176                    Pseudo R2     =  0.0699

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport | .8580068   .1332468     6.44   0.000    .5968478   1.119166
------------+-----------------------------------------------------------
      /cut1 |  1.622657   .2414715                     1.149382   2.095933
      /cut2 |  2.282375   .2663226                     1.760392   2.804358
      /cut3 |  2.980417   .2968936                     2.398516   3.562318
      /cut4 |  3.522923   .3239158                     2.888059   4.157786
      /cut5 |  4.146584   .3655015                     3.430214   4.862954
      /cut6 |  4.617931   .41082                       3.812739   5.423124
------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                        ON       OFF     Change   95% CI for Change
        Pr(y=0|x):    0.2786    0.8352   -0.5566  [-0.6907,  -0.4224]
        Pr(y=1|x):    0.1490    0.0722    0.0767  [ 0.0378,   0.1157]
        Pr(y=2|x):    0.1726    0.0443    0.1283  [ 0.0736,   0.1831]
        Pr(y=3|x):    0.1207    0.0197    0.1010  [ 0.0475,   0.1545]
        Pr(y=4|x):    0.1073    0.0131    0.0942  [ 0.0384,   0.1499]
        Pr(y=5|x):    0.0572    0.0058    0.0514  [ 0.0085,   0.0942]
        Pr(y=6|x):    0.1147    0.0098    0.1049  [ 0.0376,   0.1722]

              worry_deport
Current=              3
  Saved=              0
   Diff=              3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -336.46376
Iteration 1:   log likelihood = -327.51814
Iteration 2:   log likelihood = -327.36346
Iteration 3:   log likelihood = -327.36336
Iteration 4:   log likelihood = -327.36336

Ordered logistic regression                   Number of obs =     335
                                               LR chi2(1)    =   18.20
                                               Prob > chi2   =  0.0000
Log likelihood = -327.36336                    Pseudo R2     =  0.0270

------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
   worry_fam | .5083388   .1231319     4.13   0.000    .2670047    .749673
------------+-----------------------------------------------------------
      /cut1 |  1.773585   .2428029                       1.2977    2.24947
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        /cut2 |   2.334327    .2581171                    1.828426    2.840227
        /cut3 |   3.016854    .2843714                    2.459497    3.574212
        /cut4 |   3.823875     .338249                    3.160919    4.48683
        /cut5 |   4.365235    .3963203                    3.588461    5.142009
        /cut6 |   4.989383    .4945245                    4.020133    5.958633
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.5618    0.8549    -0.2931   [-0.4251,   -0.1611]
        Pr(y=1|x):    0.1301    0.0568     0.0734   [ 0.0347,    0.1121]
        Pr(y=2|x):    0.1244    0.0416     0.0827   [ 0.0374,    0.1281]
        Pr(y=3|x):    0.0924    0.0253     0.0671   [ 0.0253,    0.1090]
        Pr(y=4|x):    0.0360    0.0088     0.0272   [ 0.0032,    0.0512]
        Pr(y=5|x):    0.0248    0.0058     0.0191   [-0.0007,    0.0388]
        Pr(y=6|x):    0.0303    0.0068     0.0236   [ 0.0009,    0.0463]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -462.70714
Iteration 1:   log likelihood = -451.84627
Iteration 2:   log likelihood = -451.71796
Iteration 3:   log likelihood = -451.71793

Ordered logistic regression                     Number of obs  =     414
                                                LR chi2(1)     =   21.98
                                                Prob > chi2    =  0.0000
Log likelihood = -451.71793                     Pseudo R2      =  0.0237

------------------------------------------------------------------------------
   avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .4659149    .1021226     4.56   0.000     .2657583    .6660716
-------------+----------------------------------------------------------------
        /cut1 |   1.455721    .2041378                     1.055618    1.855823
        /cut2 |   2.295223    .2251984                     1.853842    2.736604
        /cut3 |   2.759508    .2411853                     2.286794    3.232223
        /cut4 |   3.319938    .2675617                     2.795527    3.844349
        /cut5 |    4.51611     .374316                     3.782464    5.249756
        /cut6 |   5.701155    .6011278                     4.522966    6.879344
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                        ON       OFF     Change    95% CI for Change
        Pr(y=0|x):    0.5145    0.8109    -0.2964   [-0.4153,   -0.1775]
        Pr(y=1|x):    0.1959    0.0976     0.0983   [ 0.0538,    0.1429]
        Pr(y=2|x):    0.0856    0.0320     0.0536   [ 0.0245,    0.0828]
        Pr(y=3|x):    0.0763    0.0247     0.0517   [ 0.0222,    0.0811]
        Pr(y=4|x):    0.0853    0.0241     0.0612   [ 0.0266,    0.0957]
        Pr(y=5|x):    0.0290    0.0075     0.0215   [ 0.0035,    0.0395]
        Pr(y=6|x):    0.0133    0.0033     0.0100   [-0.0017,    0.0218]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood =   -328.844
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 1:   log likelihood = -320.11213
Iteration 2:   log likelihood = -320.02908
Iteration 3:   log likelihood = -320.02906

Ordered logistic regression                          Number of obs =     251
                                                     LR chi2(1)    =   17.63
                                                     Prob > chi2   =  0.0000
Log likelihood = -320.02906                          Pseudo R2     =  0.0268

------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
  worry_fam |   .5309562   .1304103     4.07   0.000     .2753567    .7865556
------------+-----------------------------------------------------------------
      /cut1 |   1.346057   .266141                       .8244302    1.867684
      /cut2 |   1.92794    .2817186                      1.375782    2.480099
      /cut3 |   2.562723   .3047359                      1.965451    3.159994
      /cut4 |   3.079296   .3289611                      2.434544    3.724048
      /cut5 |   3.686689   .3685088                      2.964425    4.408953
      /cut6 |   4.153351   .4129575                      3.343969    4.962732
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                ON       OFF     Change    95% CI for Change
  Pr(y=0|x):  0.4386    0.7935   -0.3549   [-0.5080,  -0.2017]
  Pr(y=1|x):  0.1444    0.0795    0.0648   [ 0.0268,   0.1029]
  Pr(y=2|x):  0.1421    0.0554    0.0867   [ 0.0384,   0.1350]
  Pr(y=3|x):  0.0905    0.0276    0.0628   [ 0.0228,   0.1029]
  Pr(y=4|x):  0.0748    0.0195    0.0552   [ 0.0174,   0.0930]
  Pr(y=5|x):  0.0380    0.0090    0.0290   [ 0.0029,   0.0551]
  Pr(y=6|x):  0.0717    0.0155    0.0563   [ 0.0156,   0.0969]

              worry_fam
Current=          3
  Saved=          0
   Diff=          3

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -336.46376
Iteration 1:   log likelihood = -316.94483
Iteration 2:   log likelihood = -316.23362
Iteration 3:   log likelihood = -316.23211
Iteration 4:   log likelihood = -316.23211

Ordered logistic regression                          Number of obs =     335
                                                     LR chi2(1)    =   40.46
                                                     Prob > chi2   =  0.0000
Log likelihood = -316.23211                          Pseudo R2     =  0.0601

------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
 worryscale |   .427654    .0710914     6.02   0.000     .2883175    .5669906
------------+-----------------------------------------------------------------
      /cut1 |   2.158969   .2543306                       1.66049    2.657448
      /cut2 |   2.752987   .2732211                      2.217483    3.28849
      /cut3 |   3.46586    .3022039                      2.873552    4.058169
      /cut4 |   4.298761   .3567566                      3.599531    4.997991
      /cut5 |   4.850047   .413343                       4.039909    5.660184
      /cut6 |   5.481425   .5089536                      4.483894    6.478955
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method
```

## Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                    ON        OFF      Change    95% CI for Change
    Pr(y=0|x):    0.3996    0.8965    -0.4969   [-0.6394,  -0.3543]
    Pr(y=1|x):    0.1470    0.0436     0.1034   [ 0.0624,   0.1444]
    Pr(y=2|x):    0.1643    0.0296     0.1347   [ 0.0780,   0.1914]
    Pr(y=3|x):    0.1388    0.0169     0.1219   [ 0.0584,   0.1855]
    Pr(y=4|x):    0.0578    0.0056     0.0521   [ 0.0096,   0.0947]
    Pr(y=5|x):    0.0411    0.0036     0.0374   [ 0.0006,   0.0742]
    Pr(y=6|x):    0.0514    0.0041     0.0472   [ 0.0042,   0.0903]


              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -462.70714
Iteration 1:   log likelihood =  -444.1868
Iteration 2:   log likelihood =  -443.8279
Iteration 3:   log likelihood =  -443.8277
Iteration 4:   log likelihood =  -443.8277


Ordered logistic regression                    Number of obs   =     414
                                               LR chi2(1)      =   37.76
                                               Prob > chi2     =  0.0000
Log likelihood = -443.8277                     Pseudo R2       =  0.0408

-------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+------------------------------------------------------------
  worryscale |  .3400266   .0571634     5.95   0.000    .2279884    .4520647
------------+------------------------------------------------------------
       /cut1 |  1.674594   .2059509                     1.270938    2.078251
       /cut2 |  2.548886   .2312614                     2.095622     3.00215
       /cut3 |    3.0272   .2485907                     2.539971    3.514429
       /cut4 |  3.595315    .275068                     3.056192    4.134438
       /cut5 |  4.798446   .3802836                     4.053104    5.543788
       /cut6 |    5.98608   .6050246                     4.800254    7.171907
-------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON        OFF      Change    95% CI for Change
    Pr(y=0|x):    0.4096    0.8422    -0.4326   [-0.5599,  -0.3052]
    Pr(y=1|x):    0.2149    0.0853     0.1296   [ 0.0847,   0.1745]
    Pr(y=2|x):    0.1040    0.0263     0.0777   [ 0.0414,   0.1140]
    Pr(y=3|x):    0.0972    0.0195     0.0777   [ 0.0384,   0.1169]
    Pr(y=4|x):    0.1147    0.0185     0.0962   [ 0.0472,   0.1451]
    Pr(y=5|x):    0.0407    0.0057     0.0350   [ 0.0068,   0.0631]
    Pr(y=6|x):    0.0190    0.0025     0.0165   [-0.0025,   0.0354]


              worryscale
Current=           6
  Saved=           0
   Diff=           6

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood =  -328.844
Iteration 1:   log likelihood = -309.13985
Iteration 2:   log likelihood = -308.63487
Iteration 3:   log likelihood = -308.63398
Iteration 4:   log likelihood = -308.63398


Ordered logistic regression                    Number of obs   =     251
                                               LR chi2(1)      =   40.42
                                               Prob > chi2     =  0.0000
Log likelihood = -308.63398                    Pseudo R2       =  0.0615
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------
avoidscale | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
-----------+------------------------------------------------------
worryscale |  .4728691   .0791525     5.97   0.000    .3177331   .6280051
-----------+------------------------------------------------------
     /cut1 |  1.900769   .2943909                     1.323773   2.477765
     /cut2 |  2.544898   .3176627                     1.92229    3.167505
     /cut3 |  3.237093   .3475758                     2.555857   3.918329
     /cut4 |  3.780708   .3734211                     3.048816   4.512601
     /cut5 |  4.403042   .4110615                     3.597376   5.208708
     /cut6 |  4.872279   .4517939                     3.986779   5.757779
------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                  ON      OFF     Change   95% CI for Change
Pr(y=0|x):     0.2816   0.8700   -0.5884   [-0.7333,  -0.4434]
Pr(y=1|x):     0.1458   0.0573    0.0886   [ 0.0478,   0.1293]
Pr(y=2|x):     0.1712   0.0350    0.1362   [ 0.0789,   0.1936]
Pr(y=3|x):     0.1211   0.0155    0.1057   [ 0.0495,   0.1618]
Pr(y=4|x):     0.1074   0.0102    0.0972   [ 0.0393,   0.1551]
Pr(y=5|x):     0.0572   0.0045    0.0527   [ 0.0086,   0.0969]
Pr(y=6|x):     0.1156   0.0076    0.1080   [ 0.0379,   0.1781]

           worryscale
Current=            6
  Saved=            0
   Diff=            6

.
. *multivariate for worry vars only*
. foreach var of varlist av_schools-avoidscale {
  2.         version 11: ologit `var' worry_dep anykids naturalized age educ7 male mex years knows
[aw=weight]
  3.         qui prvalue, x(worry_dep=min) save
  4.         prvalue, x(worry_dep=max) diff
  5.         version 11: ologit `var' worry_fam anykids naturalized age educ7 male mex years knows
[aw=weight]
  6.         qui prvalue, x(worry_fam=min) save
  7.         prvalue, x(worry_fam=max) diff
  8.         version 11: ologit `var' worryscale anykids naturalized age educ7 male mex years knows
[aw=weight]
  9.         qui prvalue, x(worryscale=min) save
 10.         prvalue, x(worryscale=max) diff
 11. }

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -300.75365
Iteration 2:   log likelihood = -296.33111
Iteration 3:   log likelihood = -296.31522
Iteration 4:   log likelihood = -296.31522

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(9)    =  74.99
                                                Prob > chi2   = 0.0000
Log likelihood = -296.31522                     Pseudo R2     = 0.1123

------------------------------------------------------------------
 av_schools | Coefficient  Std. err.      z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------
worry_deport|  .6160447   .1117451     5.51   0.000    .3970283   .835061
    anykids |  .2565663   .2322695     1.10   0.269   -.1986736   .7118062
 naturalized| -.7328624   .2739603    -2.68   0.007   -1.269815   -.19591
        age | -.1571774   .100864     -1.56   0.119   -.3548673   .0405125
      educ7 | -.0245044   .065701     -0.37   0.709   -.153276    .1042672
       male |  .5435007   .223827      2.43   0.015    .1048079   .9821935
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    mexican |   -.1755451   .2403269    -0.73   0.465    -.6465771    .2954869
    yearsusa |   -.0016045   .0093864    -0.17   0.864    -.0200014    .0167925
   knowsundoc |    .0005954   .2369312     0.00   0.998    -.4637811    .4649719
-------------+----------------------------------------------------------------
       /cut1 |    2.403564   .5435347                      1.338256    3.468873
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                         ON      OFF    Change    95% CI for Change
        Pr(y=0|x):    0.7939   0.9607   -0.1668   [-0.2375,  -0.0961]
        Pr(y=1|x):    0.2061   0.0393    0.1668   [ 0.0961,   0.2375]

              worry_deport    anykids   naturalized       age      educ7      male
mexican       yearsusa   knowsundoc
Current=              3       .549        .462      3.965      3.873      .485
.573       25.446        .578
  Saved=              0       .549        .462      3.965      3.873      .485
.573       25.446        .578
   Diff=              3          0           0          0          0          0
0              0           0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -311.24635
Iteration 2:   log likelihood = -309.22022
Iteration 3:   log likelihood = -309.21579
Iteration 4:   log likelihood = -309.21579

Ordered logistic regression                     Number of obs =   1,000
                                                LR chi2(9)    =   49.19
                                                Prob > chi2   =  0.0000
Log likelihood = -309.21579                     Pseudo R2     =  0.0737

------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |    .2781074   .1135089     2.45   0.014     .0556339    .5005808
     anykids |    .2853904   .2270516     1.26   0.209    -.1596226    .7304034
  naturalized |   -.8266767   .2700238    -3.06   0.002    -1.355914   -.2974398
         age |   -.1993854   .0958659    -2.08   0.038    -.387279    -.0114917
       educ7 |   -.0290008   .0650503    -0.45   0.656    -.156497     .0984955
        male |    .5266976    .220336     2.39   0.017     .094847     .9585482
     mexican |   -.1061585   .2372356    -0.45   0.655    -.5711316    .3588147
    yearsusa |   -.0043564   .0090207    -0.48   0.629    -.0220366    .0133237
  knowsundoc |   -.0051431   .2361112    -0.02   0.983    -.4679127    .4576264
-------------+----------------------------------------------------------------
       /cut1 |    1.754457   .5294134                      .7168257    2.792088
------------------------------------------------------------------------------

ologit: Change in Predictions for av_schools

Confidence intervals by delta method

                         ON      OFF    Change    95% CI for Change
        Pr(y=0|x):    0.8773   0.9428   -0.0654   [-0.1186,  -0.0122]
        Pr(y=1|x):    0.1227   0.0572    0.0654   [ 0.0122,   0.1186]

              worry_fam    anykids   naturalized       age      educ7      male      mexican
yearsusa   knowsundoc
Current=              3       .549        .462      3.965      3.873      .485      .573
25.446        .578
  Saved=              0       .549        .462      3.965      3.873      .485      .573
25.446        .578
   Diff=              3          0           0          0          0          0          0
0              0
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -333.81263
Iteration 1:   log likelihood = -304.89538
Iteration 2:   log likelihood =  -301.6513
Iteration 3:   log likelihood = -301.64157
Iteration 4:   log likelihood = -301.64157
```

```
Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(9)    =   64.34
                                                 Prob > chi2   =  0.0000
Log likelihood = -301.64157                      Pseudo R2     =  0.0964
```

| av_schools | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .2893518 | .0642943 | 4.50 | 0.000 | .1633374 | .4153663 |
| anykids | .2566347 | .2299851 | 1.12 | 0.264 | -.1941279 | .7073973 |
| naturalized | -.7427712 | .2729944 | -2.72 | 0.007 | -1.27783 | -.2077119 |
| age | -.1777599 | .0984758 | -1.81 | 0.071 | -.3707689 | .015249 |
| educ7 | -.0192967 | .0656283 | -0.29 | 0.769 | -.1479258 | .1093324 |
| male | .563645 | .2228166 | 2.53 | 0.011 | .1269325 | 1.000358 |
| mexican | -.1396322 | .2392277 | -0.58 | 0.559 | -.6085099 | .3292454 |
| yearsusa | -.0023484 | .0092314 | -0.25 | 0.799 | -.0204417 | .0157449 |
| knowsundoc | -.0495242 | .2361999 | -0.21 | 0.834 | -.5124676 | .4134192 |
| /cut1 | 2.337598 | .5558297 | | | 1.248192 | 3.427005 |

```
ologit: Change in Predictions for av_schools

Confidence intervals by delta method
```

|  | ON | OFF | Change | 95% CI for Change | |
|---|---|---|---|---|---|
| Pr(y=0\|x): | 0.8143 | 0.9614 | -0.1471 | [-0.2197, | -0.0745] |
| Pr(y=1\|x): | 0.1857 | 0.0386 | 0.1471 | [ 0.0745, | 0.2197] |

| | worryscale | anykids | naturalized | age | educ7 | male | mexican |
|---|---|---|---|---|---|---|---|
| yearsusa | knowsundoc | | | | | | |
| Current= | 6 | .549 | .462 | 3.965 | 3.873 | .485 | .573 |
| 25.446 | .578 | | | | | | |
| Saved= | 0 | .549 | .462 | 3.965 | 3.873 | .485 | .573 |
| 25.446 | .578 | | | | | | |
| Diff= | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | | | | | | |

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -381.68165
Iteration 2:   log likelihood = -376.38087
Iteration 3:   log likelihood =  -376.357
Iteration 4:   log likelihood =  -376.357
```

```
Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(9)    =  112.29
                                                 Prob > chi2   =  0.0000
Log likelihood = -376.357                        Pseudo R2     =  0.1298
```

| av_police | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .6398826 | .0952462 | 6.72 | 0.000 | .4532035 | .8265618 |
| anykids | .2231541 | .1990902 | 1.12 | 0.262 | -.1670556 | .6133638 |
| naturalized | -.3342704 | .2163582 | -1.54 | 0.122 | -.7583247 | .0897838 |
| age | -.0770422 | .0846547 | -0.91 | 0.363 | -.2429623 | .0888779 |
| educ7 | .0351013 | .0558618 | 0.63 | 0.530 | -.0743859 | .1445884 |
| male | .400538 | .191685 | 2.09 | 0.037 | .0248423 | .7762337 |
| mexican | .5075951 | .2144327 | 2.37 | 0.018 | .0873146 | .9278755 |
| yearsusa | -.01486 | .0080743 | -1.84 | 0.066 | -.0306854 | .0009654 |
| knowsundoc | .6034919 | .2132222 | 2.83 | 0.005 | .185584 | 1.0214 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------+---------------------------------------------------------
       /cut1 |   2.981738   .4855501                      2.030077    3.933398
-------------+---------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                     ON        OFF     Change   95% CI for Change
     Pr(y=0|x):   0.6916     0.9386    -0.2470  [-0.3285,  -0.1655]
     Pr(y=1|x):   0.3084     0.0614     0.2470  [ 0.1655,   0.3285]
```

```
              worry_deport    anykids   naturalized        age      educ7       male
mexican       yearsusa    knowsundoc
Current=             3          .549        .462      3.965      3.873       .485
.573        25.446       .578
  Saved=             0          .549        .462      3.965      3.873       .485
.573        25.446       .578
   Diff=             3             0           0          0          0          0
0              0           0
```

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -398.19639
Iteration 2:   log likelihood = -395.30354
Iteration 3:   log likelihood = -395.29726
Iteration 4:   log likelihood = -395.29726

```
Ordered logistic regression                   Number of obs =   1,000
                                              LR chi2(9)    =    74.41
                                              Prob > chi2   =   0.0000
Log likelihood = -395.29726                   Pseudo R2     =   0.0860
```

```
-------------+---------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------
   worry_fam |   .3012645   .0971998     3.10   0.002     .1107564    .4917726
     anykids |   .2668356   .1933284     1.38   0.168    -.1120811    .6457523
 naturalized |  -.4159912   .2111285    -1.97   0.049    -.8297955   -.0021869
         age |  -.1328681   .0799491    -1.66   0.097    -.2895654    .0238292
       educ7 |   .0292635   .0547946     0.53   0.593    -.078132     .136659
        male |   .3916881   .1873996     2.09   0.037     .0243917    .7589845
     mexican |   .562485    .2107722     2.67   0.008     .1493792    .9755909
     yearsusa |  -.0174195   .0077449    -2.25   0.025    -.0325993   -.0022397
  knowsundoc |   .5663333   .2120137     2.67   0.008     .1507942    .9818725
-------------+---------------------------------------------------------
       /cut1 |   2.296692   .4674538                      1.380499    3.212884
-------------+---------------------------------------------------------
```

ologit: Change in Predictions for av_police

Confidence intervals by delta method

```
                     ON        OFF     Change   95% CI for Change
     Pr(y=0|x):   0.8109     0.9137    -0.1028  [-0.1683,  -0.0373]
     Pr(y=1|x):   0.1891     0.0863     0.1028  [ 0.0373,   0.1683]
```

```
              worry_fam     anykids   naturalized       age      educ7       male      mexican
yearsusa    knowsundoc
Current=             3        .549        .462      3.965      3.873      .485        .573
25.446        .578
  Saved=             0        .549        .462      3.965      3.873      .485        .573
25.446        .578
   Diff=             3           0           0          0          0         0           0
0              0
```

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -432.50357
Iteration 1:   log likelihood = -387.95442

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -383.71392
Iteration 3:   log likelihood = -383.69832
Iteration 4:   log likelihood = -383.69832

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  97.61
                                                Prob > chi2   = 0.0000
Log likelihood = -383.69832                     Pseudo R2     = 0.1128

------------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .3097146   .0554365     5.59   0.000     .201061    .4183682
      anykids |   .2240578   .1966532     1.14   0.255    -.1613754    .609491
  naturalized |  -.3364405   .2148153    -1.57   0.117    -.7574707   .0845897
          age |  -.1017184   .0825151    -1.23   0.218    -.263445   .0600083
        educ7 |   .0398991   .0555374     0.72   0.472    -.0689522   .1487505
         male |   .4262922   .1902723     2.24   0.025     .0533653    .799219
      mexican |   .5367108   .2133912     2.52   0.012     .1184718   .9549498
     yearsusa |  -.0155653   .0079334    -1.96   0.050    -.0311146   -.000016
    knowsundoc |   .5349603   .2123045     2.52   0.012     .1188512   .9510694
-------------+----------------------------------------------------------------
        /cut1 |   2.932187   .4947077                      1.962578   3.901796
------------------------------------------------------------------------------

ologit: Change in Predictions for av_police

Confidence intervals by delta method

                    ON        OFF     Change    95% CI for Change
      Pr(y=0|x):  0.7166    0.9419   -0.2253   [-0.3111,  -0.1395]
      Pr(y=1|x):  0.2834    0.0581    0.2253   [ 0.1395,   0.3111]
```

|          | worryscale | knowsundoc | anykids | naturalized | age | educ7 | male | mexican |
|----------|------------|------------|---------|-------------|-----|-------|------|---------|
| yearsusa |            |            |         |             |     |       |      |         |
| Current= | 6          |            | .549    | .462        | 3.965 | 3.873 | .485 | .573 |
| 25.446   | .578       |            |         |             |     |       |      |         |
| Saved=   | 0          |            | .549    | .462        | 3.965 | 3.873 | .485 | .573 |
| 25.446   | .578       |            |         |             |     |       |      |         |
| Diff=    | 6          |            | 0       | 0           | 0   | 0     | 0    | 0 |
| 0        | 0          |            |         |             |     |       |      |         |

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -346.69542
Iteration 2:   log likelihood =  -342.2053
Iteration 3:   log likelihood = -342.18591
Iteration 4:   log likelihood = -342.18591

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  88.64
                                                Prob > chi2   = 0.0000
Log likelihood = -342.18591                     Pseudo R2     = 0.1147

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |   .5460454   .1005015     5.43   0.000     .349066    .7430248
      anykids |   .4534601   .2156439     2.10   0.035     .0308059   .8761143
  naturalized |  -.5543424   .2395343    -2.31   0.021    -1.023821  -.0848639
          age |  -.1132556   .0912402    -1.24   0.214    -.292083   .0655719
        educ7 |  -.0161798   .0600277    -0.27   0.788    -.1338319   .1014724
         male |   .2778582   .2029475     1.37   0.171    -.1199116   .6756279
      mexican |   .2045936   .2239137     0.91   0.361    -.2342692   .6434563
     yearsusa |  -.0089742   .0086352    -1.04   0.299    -.0258988   .0079505
    knowsundoc |   .4743777   .2266027     2.09   0.036     .0302445   .9185109
-------------+----------------------------------------------------------------
        /cut1 |   2.614221   .5063176                      1.621856   3.606585
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                          ON       OFF     Change   95% CI for Change
          Pr(y=0|x):   0.7680    0.9446   -0.1765  [-0.2502,  -0.1029]
          Pr(y=1|x):   0.2320    0.0554    0.1765  [ 0.1029,   0.2502]

               worry_deport     anykids   naturalized        age        educ7       male
mexican      yearsusa    knowsundoc
Current=            3                 .549         .462       3.965       3.873       .485
.573          25.446         .578
 Saved=            0                 .549         .462       3.965       3.873       .485
.573          25.446         .578
  Diff=            3                    0            0           0           0          0
0                0              0


(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood =  -357.1226
Iteration 2:   log likelihood = -354.46582
Iteration 3:   log likelihood = -354.45875
Iteration 4:   log likelihood = -354.45875

Ordered logistic regression                    Number of obs =   1,000
                                               LR chi2(9)    =   64.09
                                               Prob > chi2   =  0.0000
Log likelihood = -354.45875                    Pseudo R2     =  0.0829

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .2534683   .1035679     2.45   0.014     .0504789    .4564577
     anykids |   .4824518    .211657     2.28   0.023     .0676117    .8972919
 naturalized |  -.6325302   .2359321    -2.68   0.007    -1.094949   -.1701118
         age |  -.1587713   .0870871    -1.82   0.068    -.3294589    .0119163
       educ7 |  -.0187242   .0594419    -0.31   0.753    -.1352283    .0977799
        male |   .2754583   .2000941     1.38   0.169    -.1167189    .6676355
     mexican |   .2635382   .2213944     1.19   0.234    -.1703868    .6974632
    yearsusa |  -.0113635   .0083562    -1.36   0.174    -.0277414    .0050143
   knowsundoc |  .4565933    .226787     2.01   0.044     .012099     .9010877
-------------+----------------------------------------------------------------
       /cut1 |    2.04966   .4939355                      1.081564    3.017756
------------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                          ON       OFF     Change   95% CI for Change
          Pr(y=0|x):   0.8531    0.9255   -0.0724  [-0.1310,  -0.0138]
          Pr(y=1|x):   0.1469    0.0745    0.0724  [ 0.0138,   0.1310]

               worry_fam     anykids   naturalized        age        educ7       male     mexican
yearsusa      knowsundoc
Current=            3                 .549         .462       3.965       3.873       .485       .573
25.446         .578
 Saved=            0                 .549         .462       3.965       3.873       .485       .573
25.446         .578
  Diff=            3                    0            0           0           0          0           0
0                0


(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -386.50571
Iteration 1:   log likelihood = -350.72107
Iteration 2:   log likelihood = -347.08798
Iteration 3:   log likelihood = -347.07437
Iteration 4:   log likelihood = -347.07437
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(9)    =  78.86
                                                Prob > chi2   = 0.0000
Log likelihood = -347.07437                     Pseudo R2     = 0.1020

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
  worryscale |   .2614721   .0584424     4.47   0.000     .1469271    .3760171
      anykids |   .4509367   .2139418     2.11   0.035     .0316184     .870255
  naturalized |  -.5612816   .2387083    -2.35   0.019    -1.029141    -.093422
          age |  -.1346655   .0892841    -1.51   0.131    -.3096592    .0403281
        educ7 |  -.0109346   .0599082    -0.18   0.855    -.1283525    .1064833
         male |   .3017122   .2020502     1.49   0.135     -.094299    .6977233
      mexican |   .2337199   .2231608     1.05   0.295    -.2036672     .671107
      yearsusa |  -.0096166   .0085178    -1.13   0.259    -.0263113     .007078
    knowsundoc |   .4213901   .2263339     1.86   0.063    -.0222162    .8649965
-------------+----------------------------------------------------------
        /cut1 |    2.56814   .5169413               1.554954    3.581326
------------------------------------------------------------------------

ologit: Change in Predictions for av_medical

Confidence intervals by delta method

                    ON       OFF      Change    95% CI for Change
      Pr(y=0|x):   0.7872    0.9467   -0.1595  [-0.2365,  -0.0824]
      Pr(y=1|x):   0.2128    0.0533    0.1595  [ 0.0824,   0.2365]

            worryscale    anykids  naturalized      age      educ7      male    mexican
yearsusa    knowsundoc
Current=         6        .549        .462        3.965      3.873      .485      .573
25.446      .578
  Saved=         0        .549        .462        3.965      3.873      .485      .573
25.446      .578
   Diff=         6          0           0            0          0         0         0
0            0
```

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -305.36273
Iteration 2:   log likelihood =  -302.6231
Iteration 3:   log likelihood = -302.61709
Iteration 4:   log likelihood = -302.61709

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(9)    =  57.91
                                                Prob > chi2   = 0.0000
Log likelihood = -302.61709                     Pseudo R2     = 0.0873

------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |   .4271582   .1085151     3.94   0.000     .2144726    .6398439
      anykids |   .2269919   .2294184     0.99   0.322    -.2226598    .6766436
  naturalized |  -.6843724   .2705462    -2.53   0.011    -1.214634   -.1541106
          age |  -.2290847   .1012475    -2.26   0.024    -.4275262   -.0306431
        educ7 |  -.0999531   .0671361    -1.49   0.137    -.2315708    .0316645
         male |   .3621264   .2206251     1.64   0.101    -.0702908    .7945436
      mexican |  -.2167868   .2370894    -0.91   0.361    -.6814735    .2478998
      yearsusa |   .0031123   .0092963     0.33   0.738    -.0151081    .0213327
    knowsundoc |    .102654   .2373598     0.43   0.665    -.3625626    .5678707
-------------+----------------------------------------------------------
        /cut1 |   1.623508   .5309372                .58289    2.664125
------------------------------------------------------------------------

ologit: Change in Predictions for av_work
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.8374   0.9489   -0.1114   [-0.1749,  -0.0480]
        Pr(y=1|x):  0.1626   0.0511    0.1114   [ 0.0480,   0.1749]

             worry_deport    anykids   naturalized        age      educ7      male
mexican        yearsusa   knowsundoc
Current=              3         .549          .462      3.965      3.873      .485
.573         25.446        .578
  Saved=              0         .549          .462      3.965      3.873      .485
.573         25.446        .578
  Diff=              3            0             0          0          0          0
0              0            0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -311.11366
Iteration 2:   log likelihood = -309.43079
Iteration 3:   log likelihood = -309.42738
Iteration 4:   log likelihood = -309.42738


Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  44.29
                                                Prob > chi2   = 0.0000
Log likelihood = -309.42738                     Pseudo R2     = 0.0668

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worry_fam |   .1613266   .1112209     1.45   0.147    -.0566622    .3793155
    anykids |   .2510041   .2267432     1.11   0.268    -.1934044    .6954126
naturalized |  -.7625645   .2685914    -2.84   0.005    -1.288994   -.2361351
        age |  -.2557882   .0979416    -2.61   0.009    -.4477503   -.0638262
      educ7 |  -.1033304   .0669399    -1.54   0.123    -.2345302    .0278695
       male |   .3474068   .2190969     1.59   0.113    -.0820152    .7768289
    mexican |  -.1722583   .2355512    -0.73   0.465    -.6339302    .2894135
    yearsusa |   .0006497    .009037     0.07   0.943    -.0170624    .0183618
 knowsundoc |   .1069357    .238464     0.45   0.654    -.3604452    .5743166
-------------+----------------------------------------------------------------
       /cut1 |   1.138175   .5229785                     .1131562    2.163194
------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                      ON       OFF     Change   95% CI for Change
        Pr(y=0|x):  0.8943   0.9321   -0.0378   [-0.0892,   0.0136]
        Pr(y=1|x):  0.1057   0.0679    0.0378   [-0.0136,   0.0892]

             worry_fam    anykids   naturalized        age      educ7      male    mexican
yearsusa    knowsundoc
Current=            3         .549          .462      3.965      3.873      .485      .573
25.446        .578
  Saved=            0         .549          .462      3.965      3.873      .485      .573
25.446        .578
  Diff=            3            0             0          0          0          0          0
0             0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -331.57147
Iteration 1:   log likelihood = -307.96523
Iteration 2:   log likelihood = -305.77219
Iteration 3:   log likelihood = -305.76767
Iteration 4:   log likelihood = -305.76767


Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  51.61
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                        Prob > chi2   = 0.0000
Log likelihood = -305.76767            Pseudo R2     = 0.0778


------------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
 worryscale |   .1895964   .0623583     3.04   0.002     .0673763    .3118165
    anykids |   .2271481   .2281842     1.00   0.320    -.2200847    .6743808
 naturalized|  -.6993644   .2703004    -2.59   0.010    -1.229143   -.1695854
        age |   -.243259   .0994875    -2.45   0.014    -.4382509   -.0482671
      educ7 |   -.096933   .0671864    -1.44   0.149    -.2286159    .0347499
       male |   .3730035   .2201848     1.69   0.090    -.0585508    .8045578
    mexican |  -.1941668   .2366138    -0.82   0.412    -.6579214    .2695878
   yearsusa |   .0022494   .0091797     0.25   0.806    -.0157425    .0202413
  knowsundoc|   .0699231   .2375154     0.29   0.768    -.3955985    .5354447
------------+-----------------------------------------------------------------
      /cut1 |    1.53736   .5415359               .4759696    2.598751
------------------------------------------------------------------------------

ologit: Change in Predictions for av_work

Confidence intervals by delta method

                   ON       OFF     Change   95% CI for Change
     Pr(y=0|x):  0.8546    0.9483   -0.0937  [-0.1592,  -0.0282]
     Pr(y=1|x):  0.1454    0.0517    0.0937  [ 0.0282,   0.1592]

            worryscale            anykids  naturalized       age      educ7      male    mexican
yearsusa  knowsundoc
Current=            6               .549        .462      3.965      3.873      .485       .573
25.446         .578
  Saved=            0               .549        .462      3.965      3.873      .485       .573
25.446         .578
   Diff=            6                  0           0          0          0         0          0
0              0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -370.71873
Iteration 2:   log likelihood = -366.51006
Iteration 3:   log likelihood = -366.49036
Iteration 4:   log likelihood = -366.49036

Ordered logistic regression                    Number of obs =  1,000
                                                LR chi2(9)    =  90.60
                                                Prob > chi2   = 0.0000
Log likelihood = -366.49036                     Pseudo R2     = 0.1100


------------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
worry_deport|   .4594132    .096299     4.77   0.000     .2706706    .6481559
    anykids |   -.031667   .2000683    -0.16   0.874    -.4237937    .3604596
 naturalized|  -.2482124    .225475    -1.10   0.271    -.6901352    .1937105
        age |  -.2181488   .0855075    -2.55   0.011    -.3857405   -.0505571
      educ7 |  -.0096338   .0578159    -0.17   0.868    -.1229507    .1036832
       male |   .3207217   .1943841     1.65   0.099    -.0602681    .7017116
    mexican |   .1423453   .2136714     0.67   0.505    -.2764429    .5611335
   yearsusa |  -.0223725   .0085213    -2.63   0.009    -.039074   -.0056711
  knowsundoc|   .3775112   .2117512     1.78   0.075    -.0375135    .792536
------------+-----------------------------------------------------------------
      /cut1 |     1.4233   .4647537               .5123997    2.334201
------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                   ON       OFF     Change   95% CI for Change
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                Pr(y=0|x):      0.7673      0.9290     -0.1617  [-0.2362,  -0.0871]
                Pr(y=1|x):      0.2327      0.0710      0.1617  [ 0.0871,   0.2362]

              worry_deport      anykids   naturalized         age        educ7        male
mexican      yearsusa  knowsundoc
Current=            3             .549          .462       3.965        3.873        .485
.573      25.446       .578
  Saved=            0             .549          .462       3.965        3.873        .485
.573      25.446       .578
   Diff=            3                0             0           0            0           0
0             0           0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -378.63709
Iteration 2:   log likelihood = -375.58291
Iteration 3:   log likelihood = -375.57277
Iteration 4:   log likelihood = -375.57277

Ordered logistic regression                    Number of obs =   1,000
                                                LR chi2(9)    =   72.43
                                                Prob > chi2   =  0.0000
Log likelihood = -375.57277                     Pseudo R2     =  0.0879

------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .2220584   .0991556     2.24   0.025     .027717    .4163999
     anykids |   .0038276   .1968561     0.02   0.984    -.3820032   .3896583
 naturalized |  -.3196766   .2229943    -1.43   0.152    -.7567375   .1173843
         age |  -.2529729   .0825308    -3.07   0.002    -.4147303  -.0912155
       educ7 |  -.0136868   .0573907    -0.24   0.812    -.1261705   .0987968
        male |    .327521   .1927776     1.70   0.089    -.0503161    .705358
     mexican |   .1908735   .2116849     0.90   0.367    -.2240213   .6057683
     yearsusa |  -.023866   .0083164    -2.87   0.004    -.0401659  -.0075662
   knowsundoc |  .3631094   .2128708     1.71   0.088    -.0541097   .7803285
-------------+----------------------------------------------------------------
       /cut1 |   1.001561   .4596777               .1006093   1.902513
------------------------------------------------------------------------------

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

                    ON       OFF      Change    95% CI for Change
        Pr(y=0|x):  0.8411    0.9115   -0.0705   [-0.1325,  -0.0084]
        Pr(y=1|x):  0.1589    0.0885    0.0705   [ 0.0084,   0.1325]

              worry_fam      anykids   naturalized         age        educ7        male      mexican
yearsusa   knowsundoc
Current=            3             .549          .462       3.965        3.873        .485       .573
25.446       .578
  Saved=            0             .549          .462       3.965        3.873        .485       .573
25.446       .578
   Diff=            3                0             0           0            0           0           0
0             0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -411.78839
Iteration 1:   log likelihood = -373.76464
Iteration 2:   log likelihood = -370.04925
Iteration 3:   log likelihood = -370.03389
Iteration 4:   log likelihood = -370.03389

Ordered logistic regression                    Number of obs =   1,000
                                                LR chi2(9)    =   83.51
                                                Prob > chi2   =  0.0000
Log likelihood = -370.03389                     Pseudo R2     =  0.1014
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
    av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |   .2207288   .0556636     3.97   0.000     .1116302    .3298275
    anykids | -.0280128    .1988184    -0.14   0.888    -.4176896    .361664
 naturalized | -.2548824   .2252177    -1.13   0.258    -.6963009    .1865361
        age | -.2341486    .084101     -2.78   0.005    -.3989835   -.0693136
      educ7 | -.0075077    .0577435    -0.13   0.897    -.1206828    .1056674
       male |  .3423899    .1939369     1.77   0.077    -.0377194    .7224993
    mexican |  .1653275    .2131045     0.78   0.438    -.2523496    .5830046
   yearsusa | -.02271      .0084396    -2.69   0.007    -.0392513   -.0061686
  knowsundoc |  .3324457   .2121262     1.57   0.117    -.083314     .7482055
------------+-----------------------------------------------------------
      /cut1 |   1.39735    .4755002                      .4653864    2.329313
------------------------------------------------------------------------
```

ologit: Change in Predictions for av_bank

Confidence intervals by delta method

```
                    ON      OFF    Change   95% CI for Change
     Pr(y=0|x):   0.7839   0.9317  -0.1478  [-0.2265,  -0.0691]
     Pr(y=1|x):   0.2161   0.0683   0.1478  [ 0.0691,   0.2265]
```

```
              worryscale   anykids  naturalized      age     educ7    male   mexican
yearsusa  knowsundoc
Current=        6          .549      .462         3.965     3.873   .485     .573
25.446       .578
  Saved=        0          .549      .462         3.965     3.873   .485     .573
25.446       .578
   Diff=        6          0         0            0         0       0        0
0            0
```

(sum of wgt is 1,000.00808662176)
```
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood = -376.81096
Iteration 2:   log likelihood = -373.30986
Iteration 3:   log likelihood = -373.29913
Iteration 4:   log likelihood = -373.29913
```

```
Ordered logistic regression                      Number of obs =   1,000
                                                 LR chi2(9)    =   85.34
                                                 Prob > chi2   =  0.0000
Log likelihood = -373.29913                      Pseudo R2     =  0.1026
```

```
------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.     z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
worry_deport |  .7029572   .0960698     7.32   0.000     .5146438    .8912507
     anykids |  .0436429   .200253      0.22   0.827    -.3488457    .4361316
 naturalized | -.0566098   .2168104    -0.26   0.794    -.4815504    .3683307
         age |  .0528468   .0851059     0.62   0.535    -.1139577    .2196514
       educ7 | -.0484834   .0575148    -0.84   0.399    -.1612104    .0642437
        male | -.0292936   .1928696    -0.15   0.879    -.4073111    .3487239
     mexican |  .1661622   .2108808     0.79   0.431    -.2471564    .5794809
    yearsusa | -.0096143   .0077626    -1.24   0.216    -.0248287    .0056002
  knowsundoc |  .5145036   .2126902     2.42   0.016     .0976384    .9313687
-------------+----------------------------------------------------------
       /cut1 |   2.97345   .4983493                      1.996703    3.950196
------------------------------------------------------------------------
```

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

```
                    ON      OFF    Change   95% CI for Change
     Pr(y=0|x):   0.6707   0.9438  -0.2731  [-0.3547,  -0.1914]
     Pr(y=1|x):   0.3293   0.0562   0.2731  [ 0.1914,   0.3547]
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                  worry_deport       anykids    naturalized            age         educ7          male
mexican          yearsusa     knowsundoc
Current=                 3          .549          .462          3.965         3.873          .485
.573        25.446          .578
 Saved=                  0          .549          .462          3.965         3.873          .485
.573        25.446          .578
 Diff=                   3             0             0              0             0             0
0                0             0


(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood =  -388.1607
Iteration 2:   log likelihood = -386.34804
Iteration 3:   log likelihood = -386.34493
Iteration 4:   log likelihood = -386.34493


Ordered logistic regression                   Number of obs =   1,000
                                               LR chi2(9)    =   59.25
                                               Prob > chi2   =  0.0000
Log likelihood = -386.34493                    Pseudo R2     =  0.0712


------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .5512652   .1029613     5.35   0.000     .3494647    .7530657
      anykids |   .0429428   .1955154     0.22   0.826    -.3402603    .426146
  naturalized |  -.1045905   .2127965    -0.49   0.623    -.5216639    .3124829
          age |  -.0150869    .080536    -0.19   0.851    -.1729346    .1427607
        educ7 |  -.0441406   .0570824    -0.77   0.439    -.1560201    .0677388
         male |   .0051522   .1897525     0.03   0.978    -.3667558    .3770602
      mexican |   .2292044   .2086775     1.10   0.272    -.1797959    .6382047
      yearsusa |  -.0111942   .0074851    -1.50   0.135    -.0258648    .0034763
   knowsundoc |   .3821772   .2109795     1.81   0.070     -.031335    .7956894
-------------+----------------------------------------------------------------
        /cut1 |     2.6012   .4903492                      1.640134    3.562267
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                      ON       OFF     Change    95% CI for Change
      Pr(y=0|x):    0.7564    0.9420   -0.1856   [-0.2536,  -0.1175]
      Pr(y=1|x):    0.2436    0.0580    0.1856   [ 0.1175,   0.2536]
                  worry_fam       anykids    naturalized            age         educ7          male       mexican
yearsusa     knowsundoc
Current=                 3          .549          .462          3.965         3.873          .485          .573
25.446          .578
 Saved=                  0          .549          .462          3.965         3.873          .485          .573
25.446          .578
 Diff=                   3             0             0              0             0             0             0
0                0


(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -415.96784
Iteration 1:   log likelihood = -377.18809
Iteration 2:   log likelihood = -373.88945
Iteration 3:   log likelihood = -373.88182
Iteration 4:   log likelihood = -373.88182


Ordered logistic regression                   Number of obs =   1,000
                                               LR chi2(9)    =   84.17
                                               Prob > chi2   =  0.0000
Log likelihood = -373.88182                    Pseudo R2     =  0.1012


------------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
 worryscale |   .4100594   .0574804     7.13   0.000     .2973999    .522719
     anykids |   .0152902   .1994151     0.08   0.939    -.3755562   .4061366
  naturalized | -.0245561   .2170523    -0.11   0.910    -.4499709   .4008586
         age |   .0298688   .0836381     0.36   0.721     -.134059   .1937965
       educ7 |  -.0361636   .0577765    -0.63   0.531    -.1494035   .0770763
        male |   .0234104   .1929726     0.12   0.903    -.3548088   .4016297
     mexican |   .1930053   .2114308     0.91   0.361    -.2213915   .6074021
     yearsusa |  -.0098796   .0077116    -1.28   0.200    -.0249941    .005235
   knowsundoc |   .4194669   .2126349     1.97   0.049     .0027103   .8362236
-------------+----------------------------------------------------------------
       /cut1 |   3.201895   .5184724                       2.185708   4.218082
------------------------------------------------------------------------------

ologit: Change in Predictions for av_pubspace

Confidence intervals by delta method

                    ON      OFF     Change    95% CI for Change
   Pr(y=0|x):     0.6577   0.9574   -0.2997   [-0.3881,   -0.2114]
   Pr(y=1|x):     0.3423   0.0426    0.2997   [ 0.2114,    0.3881]

            worryscale      anykids   naturalized          age        educ7        male      mexican
yearsusa    knowsundoc
Current=             6         .549         .462        3.965        3.873        .485         .573
25.446            .578
  Saved=             0         .549         .462        3.965        3.873        .485         .573
25.446            .578
   Diff=             6            0            0            0            0           0            0
0                   0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood =  -1050.634
Iteration 2:   log likelihood = -1046.612
Iteration 3:   log likelihood = -1046.5974
Iteration 4:   log likelihood = -1046.5974

Ordered logistic regression                     Number of obs  =   1,000
                                                 LR chi2(9)     =  189.29
                                                 Prob > chi2    =  0.0000
Log likelihood = -1046.5974                      Pseudo R2      =  0.0829

------------------------------------------------------------------------------
   avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |   .6540655   .0703788     9.29   0.000     .5161256   .7920055
      anykids |   .2914797   .1489533     1.96   0.050    -.0004635   .5834228
  naturalized |   -.307779   .1599597    -1.92   0.054    -.6212942   .0057362
          age |  -.0914679   .062609     -1.46   0.144    -.2141793   .0312435
        educ7 |  -.0724345   .0428876    -1.69   0.091    -.1564928   .0116237
         male |   .2293948   .1438736     1.59   0.111    -.0525923   .5113819
      mexican |   .0920441   .1570953     0.59   0.558    -.2158571   .3999452
     yearsusa |   -.010729   .0057642    -1.86   0.063    -.0220286   .0005705
   knowsundoc |   .4248246   .1534476     2.77   0.006     .1240729   .7255763
-------------+----------------------------------------------------------------
        /cut1 |   1.130651   .354103                        .4366218   1.82468
        /cut2 |    1.89043   .3587244                       1.187343   2.593516
        /cut3 |   2.525149   .3640937                       1.811539   3.23876
        /cut4 |   3.167905   .3717248                       2.439338   3.896472
        /cut5 |     3.9862   .3910336                       3.219788   4.752612
        /cut6 |   4.664569   .4228003                       3.835895   5.493242
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                    ON      OFF     Change    95% CI for Change
   Pr(y=0|x):     0.4152   0.8347   -0.4196   [-0.5021,   -0.3370]
```

p.315

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
          Pr(y=1|x):      0.1876     0.0805     0.1071   [ 0.0819,   0.1323]
          Pr(y=2|x):      0.1383     0.0380     0.1004   [ 0.0726,   0.1282]
          Pr(y=3|x):      0.1037     0.0216     0.0821   [ 0.0553,   0.1089]
          Pr(y=4|x):      0.0802     0.0139     0.0663   [ 0.0415,   0.0911]
          Pr(y=5|x):      0.0355     0.0055     0.0299   [ 0.0142,   0.0457]
          Pr(y=6|x):      0.0395     0.0057     0.0338   [ 0.0165,   0.0510]
```

```
                worry_deport        anykids   naturalized          age        educ7        male
mexican             yearsusa    knowsundoc
Current=                   3           .549          .462        3.965        3.873        .485
.573              25.446           .578
  Saved=                   0           .549          .462        3.965        3.873        .485
.573              25.446           .578
   Diff=                   3              0             0            0            0           0
0                      0               0
```

```
(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1080.8815
Iteration 2:   log likelihood = -1078.7703
Iteration 3:   log likelihood = -1078.7639
Iteration 4:   log likelihood = -1078.7639
```

```
Ordered logistic regression                     Number of obs =   1,000
                                                 LR chi2(9)    =  124.96
                                                 Prob > chi2   =  0.0000
Log likelihood = -1078.7639                      Pseudo R2     =  0.0547
```

```
------------------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
 worry_fam  |   .3601643   .0720007     5.00   0.000     .2190455    .5012831
    anykids |   .3034364   .1459845     2.08   0.038      .017312    .5895608
naturalized |  -.3705817   .1569259    -2.36   0.018    -.6781508   -.0630126
        age |  -.1396873   .0600547    -2.33   0.020    -.2573925   -.0219822
      educ7 |  -.0700349   .0423956    -1.65   0.099    -.1531288    .0130589
       male |   .2362977   .1413683     1.67   0.095    -.0407791    .5133745
    mexican |   .1424617    .154957     0.92   0.358    -.1612485    .4461718
   yearsusa |  -.0133321   .0055755    -2.39   0.017    -.0242599   -.0024043
 knowsundoc |   .3626148   .1528783     2.37   0.018      .062979    .6622507
------------+-----------------------------------------------------------------
      /cut1 |    .61663   .3490649                      -.0675246    1.300785
      /cut2 |  1.323274   .3517154                       .6339246    2.012624
      /cut3 |  1.921066   .3557856                       1.223739    2.618392
      /cut4 |  2.542198    .362846                       1.831033    3.253363
      /cut5 |  3.348712   .3821753                       2.599662    4.097762
      /cut6 |  4.022991   .4143471                       3.210886    4.835096
------------------------------------------------------------------------------
```

```
ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                      ON        OFF      Change    95% CI for Change
          Pr(y=0|x):   0.5743     0.7990   -0.2247   [-0.3098,  -0.1396]
          Pr(y=1|x):   0.1580     0.0906    0.0673   [ 0.0404,   0.0943]
          Pr(y=2|x):   0.1003     0.0465    0.0538   [ 0.0309,   0.0767]
          Pr(y=3|x):   0.0699     0.0285    0.0414   [ 0.0225,   0.0603]
          Pr(y=4|x):   0.0515     0.0193    0.0322   [ 0.0164,   0.0480]
          Pr(y=5|x):   0.0220     0.0078    0.0142   [ 0.0055,   0.0229]
          Pr(y=6|x):   0.0240     0.0083    0.0157   [ 0.0063,   0.0251]
```

```
               worry_fam      anykids   naturalized          age        educ7        male     mexican
yearsusa     knowsundoc
Current=               3         .549          .462        3.965        3.873        .485        .573
25.446            .578
  Saved=               0         .549          .462        3.965        3.873        .485        .573
25.446            .578
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        Diff=          3          0          0          0          0          0          0
0          0

(sum of wgt is 1,000.00808662176)
Iteration 0:   log likelihood = -1141.2418
Iteration 1:   log likelihood = -1060.4864
Iteration 2:   log likelihood =  -1057.076
Iteration 3:   log likelihood = -1057.0669
Iteration 4:   log likelihood = -1057.0669

Ordered logistic regression                     Number of obs =  1,000
                                                LR chi2(9)    =  168.35
                                                Prob > chi2   = 0.0000
Log likelihood = -1057.0669                     Pseudo R2     = 0.0738

------------------------------------------------------------------------------
  avoidscale | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .332642    .0410572     8.10   0.000     .2521713    .4131126
      anykids |  .2803084    .1479546     1.89   0.058    -.0096772    .570294
  naturalized | -.2928221    .1591395    -1.84   0.066    -.6047299    .0190856
          age | -.1117851    .0615117    -1.82   0.069    -.2323459    .0087756
        educ7 | -.0630187    .0427728    -1.47   0.141    -.1468518    .0208144
         male |  .2574653    .1432249     1.80   0.072    -.0232504    .538181
      mexican |  .1136837    .1567922     0.73   0.468    -.1936234    .4209908
     yearsusa | -.0115825    .0056905    -2.04   0.042    -.0227357   -.0004293
   knowsundoc |  .3424983    .1531337     2.24   0.025     .0423618    .6426349
-------------+----------------------------------------------------------------
       /cut1 |  1.171587    .3625302               .4610407    1.882133
       /cut2 |  1.912705    .3669522               1.193492    2.631918
       /cut3 |  2.533647    .3721621               1.804222    3.263071
       /cut4 |  3.168262    .3796647               2.424133    3.912391
       /cut5 |  3.982243    .3986767               3.200851    4.763635
       /cut6 |   4.65881    .4298428               3.816334    5.501287
------------------------------------------------------------------------------

ologit: Change in Predictions for avoidscale

Confidence intervals by delta method

                 ON       OFF      Change    95% CI for Change
 Pr(y=0|x):    0.4381    0.8516    -0.4135   [-0.5052,  -0.3217]
 Pr(y=1|x):    0.1825    0.0717     0.1108   [ 0.0836,   0.1380]
 Pr(y=2|x):    0.1321    0.0340     0.0981   [ 0.0694,   0.1268]
 Pr(y=3|x):    0.0989    0.0196     0.0793   [ 0.0521,   0.1065]
 Pr(y=4|x):    0.0767    0.0127     0.0639   [ 0.0389,   0.0889]
 Pr(y=5|x):    0.0339    0.0051     0.0288   [ 0.0133,   0.0443]
 Pr(y=6|x):    0.0377    0.0053     0.0324   [ 0.0154,   0.0495]
           worryscale   anykids  naturalized      age     educ7     male    mexican
yearsusa   knowsundoc
Current=            6      .549         .462    3.965     3.873     .485      .573
25.446        .578
  Saved=            0      .549         .462    3.965     3.873     .485      .573
25.446        .578
   Diff=            6         0            0        0         0        0         0
0             0

.
. *multivariate for worry vars only -- BY SANCTUARY*
. foreach var of varlist av_schools-avoidscale {
  2.        version 11: bysort sanctuary: ologit  `var' worry_dep anykids naturalized age educ7 male mex
years knows [aw=weight]
  3.        version 11: bysort sanctuary: ologit  `var' worry_fam anykids naturalized age educ7 male mex
years knows [aw=weight]
  4.        version 11: bysort sanctuary: ologit  `var' worryscale anykids naturalized age educ7 male
mex years knows [aw=weight]
  5. }
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -99.866509
Iteration 1:   log likelihood = -90.395697
Iteration 2:   log likelihood = -88.727975
Iteration 3:   log likelihood = -88.724596
Iteration 4:   log likelihood = -88.724596

Ordered logistic regression                     Number of obs =      335
                                                LR chi2(9)    =    22.28
                                                Prob > chi2   =   0.0080
Log likelihood = -88.724596                     Pseudo R2     =   0.1116

-------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------------
worry_deport |   .7359025    .2205064     3.34   0.001     .303718    1.168087
     anykids |   .0077291    .4285566     0.02   0.986    -.8322263    .8476845
  naturalized |  -.6844386    .4765375    -1.44   0.151    -1.618435    .2495578
         age |  -.1629133    .1799892    -0.91   0.365    -.5156857    .1898591
       educ7 |  -.0160572    .1221369    -0.13   0.895    -.2554411    .2233268
        male |   .2499814    .4128666     0.61   0.545    -.5592223    1.059185
     mexican |  -.2980615    .4438468    -0.67   0.502    -1.167985    .5718622
     yearsusa |   .0112545    .0156422     0.72   0.472    -.0194037    .0419126
  knowsundoc |  -.2852458    .4433851    -0.64   0.520    -1.154265     .583773
-------------+-----------------------------------------------------------------
       /cut1 |   2.415496     1.13115                       .198483    4.632509
-------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -124.14506
Iteration 1:   log likelihood = -103.45814
Iteration 2:   log likelihood = -97.604559
Iteration 3:   log likelihood = -97.452942
Iteration 4:   log likelihood = -97.452881
Iteration 5:   log likelihood = -97.452881

Ordered logistic regression                     Number of obs =      414
                                                LR chi2(9)    =    53.38
                                                Prob > chi2   =   0.0000
Log likelihood = -97.452881                     Pseudo R2     =   0.2150

-------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+-----------------------------------------------------------------
worry_deport |   .5600771    .1953343     2.87   0.004     .1772289    .9429253
     anykids |   .4404931     .42189      1.04   0.296    -.3863961    1.267382
  naturalized |  -.5920139    .5775197    -1.03   0.305    -1.723932    .5399038
         age |  -.1896936    .1803703    -1.05   0.293    -.5432129    .1638258
       educ7 |  -.3037678    .1338107    -2.27   0.023    -.5660319   -.0415037
        male |   1.414525    .4022597     3.52   0.000     .6261109    2.20294
     mexican |  -1.021779     .469967     -2.17   0.030    -1.942897   -.1006602
     yearsusa |  -.0178776    .0177141    -1.01   0.313    -.0525965    .0168413
  knowsundoc |   .0905872    .4096416     0.22   0.825    -.7122957    .8934701
-------------+-----------------------------------------------------------------
       /cut1 |   1.543387     .914103                      -.248222    3.334996
-------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -106.34011
Iteration 1:   log likelihood = -95.883256
Iteration 2:   log likelihood = -94.921003
Iteration 3:   log likelihood = -94.918158
Iteration 4:   log likelihood = -94.918158

Ordered logistic regression                    Number of obs =      251
                                                LR chi2(9)    =    22.84
                                                Prob > chi2   =   0.0066
Log likelihood = -94.918158                     Pseudo R2     =   0.1074

------------------------------------------------------------------------------
  av_schools |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .6088779     .19558     3.11   0.002     .2255481    .9922076
      anykids |   .0145232    .4191187    0.03   0.972    -.8069345    .8359808
  naturalized |  -.9705655    .4481741   -2.17   0.030    -1.848971   -.0921604
          age |  -.0469007    .1941729   -0.24   0.809    -.4274727    .3336712
        educ7 |   .1533599    .1131189    1.36   0.175     -.068349    .3750689
         male |  -.0922206    .3829571   -0.24   0.810    -.8428028    .6583615
      mexican |   .7674773    .4625035    1.66   0.097    -.1390129   1.673968
     yearsusa |  -.0049134    .0184858   -0.27   0.790    -.0411449    .0313181
   knowsundoc |   .2259919    .4166253    0.54   0.588    -.5905786   1.042562
-------------+----------------------------------------------------------------
        /cut1 |   3.245651    .9818684                     1.321225    5.170078
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -99.866509
Iteration 1:   log likelihood = -94.462399
Iteration 2:   log likelihood = -94.035171
Iteration 3:   log likelihood = -94.034077
Iteration 4:   log likelihood = -94.034077

Ordered logistic regression                    Number of obs =      335
                                                LR chi2(9)    =    11.66
                                                Prob > chi2   =   0.2329
Log likelihood = -94.034077                     Pseudo R2     =   0.0584

------------------------------------------------------------------------------
  av_schools |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .2421807    .2055785    1.18   0.239    -.1607458    .6451071
      anykids |  -.0076154    .4145559   -0.02   0.985    -.8201301    .8048993
  naturalized |  -.9071605     .464641   -1.95   0.051     -1.81784    .0035191
          age |  -.2417548    .1721936   -1.40   0.160    -.5792482    .0957385
        educ7 |  -.0698787    .1173299   -0.60   0.551     -.299841    .1600836
         male |     .2382     .4036827    0.59   0.555    -.5530035   1.029404
      mexican |  -.1118234    .4306293   -0.26   0.795    -.9558412    .7321945
     yearsusa |   .0054399    .0150077    0.36   0.717    -.0239747    .0348544
   knowsundoc |  -.2803656    .4355784   -0.64   0.520    -1.134084    .5733524
-------------+----------------------------------------------------------------
        /cut1 |   1.104545    1.058897                    -.9708552    3.179945
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -124.14506
Iteration 1:   log likelihood = -105.80739
Iteration 2:   log likelihood = -101.12698
Iteration 3:   log likelihood = -101.02647
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 4:   log likelihood = -101.02623
Iteration 5:   log likelihood = -101.02623

Ordered logistic regression                    Number of obs =    414
                                               LR chi2(9)    =  46.24
                                               Prob > chi2   = 0.0000
Log likelihood = -101.02623                    Pseudo R2     = 0.1862

------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |   .2383823   .2001423     1.19   0.234    -.1538894    .6306539
      anykids |   .4721958   .413097      1.14   0.253    -.3374595   1.281851
  naturalized |  -.7122115   .5743587    -1.24   0.215    -1.837934    .4135108
          age |  -.2103153   .1732577    -1.21   0.225    -.5498941    .1292635
        educ7 |  -.3153955   .1348228    -2.34   0.019    -.5796434   -.0511477
         male |   1.430272   .3989565     3.59   0.000     .6483314    2.212212
      mexican |  -1.006456   .4654135    -2.16   0.031    -1.918649   -.0942619
     yearsusa |  -.0155385   .0170815    -0.91   0.363    -.0490176    .0179405
    knowsundoc |   .086073   .4117305     0.21   0.834    -.720904     .89305
-------------+----------------------------------------------------------------
        /cut1 |   1.065517   .9085102                      -.71513    2.846165
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -106.34011
Iteration 1:   log likelihood = -98.850105
Iteration 2:   log likelihood = -98.281188
Iteration 3:   log likelihood =  -98.27969
Iteration 4:   log likelihood =  -98.27969

Ordered logistic regression                    Number of obs =    251
                                               LR chi2(9)    =  16.12
                                               Prob > chi2   = 0.0644
Log likelihood = -98.27969                     Pseudo R2     = 0.0758

------------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |    .374088   .2050923     1.82   0.068    -.0278855    .7760615
      anykids |   .0887865   .4092021     0.22   0.828     -.713235    .8908079
  naturalized |  -.9183362   .4363802    -2.10   0.035    -1.773626   -.0630467
          age |   -.062592   .1868428    -0.33   0.738    -.4287972    .3036131
        educ7 |   .1898811   .1114596     1.70   0.088    -.0285756    .4083378
         male |  -.1958105   .3735574    -0.52   0.600    -.9279696    .5363486
      mexican |   .7892772   .4596245     1.72   0.086    -.1115703    1.690125
     yearsusa |  -.0132471   .0175835    -0.75   0.451    -.0477102     .021216
    knowsundoc |  .1906037   .4188035     0.46   0.649    -.6302361    1.011443
-------------+----------------------------------------------------------------
        /cut1 |    2.87991   .9672856                      .9840646    4.775755
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -99.866509
Iteration 1:   log likelihood = -92.213318
Iteration 2:   log likelihood = -91.293574
Iteration 3:   log likelihood =  -91.29222
Iteration 4:   log likelihood =  -91.29222

Ordered logistic regression                    Number of obs =    335
                                               LR chi2(9)    =  17.15
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                          Prob > chi2     = 0.0464
Log likelihood = -91.29222                Pseudo R2       = 0.0859

-----------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------------
  worryscale |   .3113993   .1220447     2.55   0.011     .0721961    .5506024
     anykids |  -.0114853   .422229     -0.03   0.978    -.8390388    .8160683
  naturalized|  -.7623574   .4734744    -1.61   0.107    -1.69035     .1656353
         age |  -.2074592   .1763092    -1.18   0.239    -.553019     .1381006
       educ7 |  -.0312334   .1202554    -0.26   0.795    -.2669297    .2044629
        male |   .2774131   .4091917     0.68   0.498    -.5245879    1.079414
     mexican |  -.2348728   .4386598    -0.54   0.592    -1.09463     .6248845
    yearsusa |   .0092066   .0154485     0.60   0.551    -.0210719    .039485
    knowsundoc|  -.3047569   .4388296    -0.69   0.487    -1.164847    .5553334
-------------+---------------------------------------------------------------
       /cut1 |   2.021368   1.143185                     -.2192332    4.261968
-----------------------------------------------------------------------------


-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -124.14506
Iteration 1:   log likelihood = -104.54722
Iteration 2:   log likelihood = -99.208774
Iteration 3:   log likelihood = -99.070503
Iteration 4:   log likelihood = -99.070445
Iteration 5:   log likelihood = -99.070445

Ordered logistic regression               Number of obs   =      414
                                          LR chi2(9)      =    50.15
                                          Prob > chi2     =   0.0000
Log likelihood = -99.070445               Pseudo R2       =   0.2020

-----------------------------------------------------------------------------
  av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+---------------------------------------------------------------
  worryscale |   .2507043   .1103913     2.27   0.023     .0343414    .4670672
     anykids |   .4559679   .4179003     1.09   0.275    -.3631016    1.275037
  naturalized|  -.6186835   .577894     -1.07   0.284    -1.751335    .513968
         age |  -.1921351   .1763841    -1.09   0.276    -.5378415    .1535714
       educ7 |  -.3134656   .1346587    -2.33   0.020    -.5773918   -.0495394
        male |   1.451153   .4018533     3.61   0.000     .6635349    2.238771
     mexican |  -.9904989   .4674354    -2.12   0.034    -1.906656   -.0743423
    yearsusa |  -.0170304   .017422     -0.98   0.328    -.051177     .0171161
    knowsundoc|   .0413362   .4089629     0.10   0.919    -.7602162    .8428887
-------------+---------------------------------------------------------------
       /cut1 |   1.501135   .9322858                     -.3261114    3.328382
-----------------------------------------------------------------------------


-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -106.34011
Iteration 1:   log likelihood = -96.734952
Iteration 2:   log likelihood = -95.866964
Iteration 3:   log likelihood = -95.864737
Iteration 4:   log likelihood = -95.864737

Ordered logistic regression               Number of obs   =      251
                                          LR chi2(9)      =    20.95
                                          Prob > chi2     =   0.0129
Log likelihood = -95.864737               Pseudo R2       =   0.0985

-----------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    av_schools | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
---------------+----------------------------------------------------------------
    worryscale |   .3228113   .1161758     2.78   0.005     .0951109    .5505116
       anykids |   .0246955   .4159363     0.06   0.953    -.7905247    .8399158
    naturalized|  -.9305814   .4430286    -2.10   0.036    -1.798901   -.0622614
           age |  -.0673571    .193185    -0.35   0.727    -.4459927    .3112784
         educ7 |   .1797718   .1124046     1.60   0.110    -.0405371    .4000807
          male |  -.0981375   .3812773    -0.26   0.797    -.8454272    .6491523
       mexican |   .8075407   .4644562     1.74   0.082    -.1027767    1.717858
      yearsusa |  -.0079502   .0181532    -0.44   0.661    -.0435298    .0276294
     knowsundoc|    .146657   .4186679     0.35   0.726    -.6739169    .9672309
---------------+----------------------------------------------------------------
         /cut1 |   3.332985   1.006974                      1.359352    5.306619
```

```
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -128.33955
Iteration 1:   log likelihood = -107.21448
Iteration 2:   log likelihood = -103.40671
Iteration 3:   log likelihood = -103.36979
Iteration 4:   log likelihood = -103.36976
Iteration 5:   log likelihood = -103.36976

Ordered logistic regression                     Number of obs  =     335
                                                 LR chi2(9)     =   49.94
                                                 Prob > chi2    =  0.0000
Log likelihood = -103.36976                      Pseudo R2      =  0.1946
```

```
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+-----------------------------------------------------------------
 worry_deport |   .7566705   .1960119     3.86   0.000     .3724942    1.140847
      anykids |  -.2329059   .3782246    -0.62   0.538    -.9742125    .5084006
   naturalized|  -.7415421   .4151688    -1.79   0.074    -1.555258    .0721739
          age |  -.1005511   .1602589    -0.63   0.530    -.4146528    .2135507
        educ7 |   .0079963   .1080813     0.07   0.941    -.2038392    .2198317
         male |   .8134243   .3817654     2.13   0.033     .0651778    1.561671
      mexican |   .3462188   .4139334     0.84   0.403    -.4650758    1.157513
     yearsusa |  -.0075228   .0147184    -0.51   0.609    -.0363704    .0213249
    knowsundoc|   .6930148   .4303634     1.61   0.107    -.1504819    1.536512
--------------+-----------------------------------------------------------------
        /cut1 |   3.127669   1.043009                      1.083408    5.171929
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -164.77221
Iteration 1:   log likelihood = -145.38409
Iteration 2:   log likelihood = -142.77693
Iteration 3:   log likelihood = -142.75069
Iteration 4:   log likelihood = -142.75068
Iteration 5:   log likelihood = -142.75068

Ordered logistic regression                     Number of obs  =     414
                                                 LR chi2(9)     =   44.04
                                                 Prob > chi2    =  0.0000
Log likelihood = -142.75068                      Pseudo R2      =  0.1336
```

```
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+-----------------------------------------------------------------
 worry_deport |   .6068177   .1571908     3.86   0.000     .2987295     .914906
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      anykids |  .3024347   .3353615    0.90   0.367    -.3548617    .9597311
   naturalized |  .0610042    .386102    0.16   0.874    -.6957418    .8177503
          age |  .0257662   .1366772    0.19   0.850    -.2421161    .2936486
         educ7 | -.0895617   .0997409   -0.90   0.369    -.2850503    .1059268
          male |  .3196251   .3192624    1.00   0.317    -.3061178     .945368
       mexican |  .3501097   .3640991    0.96   0.336    -.3635116    1.063731
      yearsusa | -.0337626   .0134933   -2.50   0.012     -.060209   -.0073163
     knowsundoc |  .8188212   .3546533    2.31   0.021     .1237136    1.513929
--------------+----------------------------------------------------------------
         /cut1 |  2.795272   .7757353                      1.274859    4.315685
--------------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -133.81719
Iteration 1:   log likelihood = -121.60988
Iteration 2:   log likelihood = -121.01707
Iteration 3:   log likelihood = -121.01562
Iteration 4:   log likelihood = -121.01562

Ordered logistic regression                     Number of obs   =      251
                                                LR chi2(9)      =    25.60
                                                Prob > chi2     =   0.0024
Log likelihood = -121.01562                     Pseudo R2       =   0.0957

-------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
  worry_deport |  .5788542   .1665959    3.47   0.001     .2523323     .905376
      anykids |  .3585489   .364155     0.98   0.325    -.3551817    1.07228
   naturalized | -.3806301   .3608862   -1.05   0.292    -1.087954    .3266938
          age | -.1660335   .166248    -1.00   0.318    -.4918736    .1598067
         educ7 |  .1074689   .0950689    1.13   0.258    -.0788627    .2938005
          male |  .0225602   .3318357    0.07   0.946    -.6278257    .6729462
       mexican |  .5777841   .3901158    1.48   0.139    -.1868288    1.342397
      yearsusa |  .0030656   .0158767    0.19   0.847    -.0280522    .0341834
     knowsundoc |  .3408261   .357776     0.95   0.341    -.3604019    1.042054
--------------+----------------------------------------------------------------
         /cut1 |  2.657471   .8326364                      1.025533    4.289408
-------------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -128.33955
Iteration 1:   log likelihood = -112.57126
Iteration 2:   log likelihood = -110.44131
Iteration 3:   log likelihood = -110.42865
Iteration 4:   log likelihood = -110.42865

Ordered logistic regression                     Number of obs   =      335
                                                LR chi2(9)      =    35.82
                                                Prob > chi2     =   0.0000
Log likelihood = -110.42865                     Pseudo R2       =   0.1396

-------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
    worry_fam |  .2768168   .1880492    1.47   0.141    -.0917529    .6453865
      anykids | -.2320427   .3624497   -0.64   0.522    -.9424312    .4783457
   naturalized | -.9576723   .4036882   -2.37   0.018    -1.748887    -.166458
          age | -.1887696   .1514057   -1.25   0.212    -.4855194    .1079802
         educ7 |   -.04435   .1033301   -0.43   0.668    -.2468732    .1581733
          male |  .7791991   .3686807    2.11   0.035     .0565982     1.5018
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    mexican |   .504468    .4062502     1.24    0.214    -.2917677    1.300704
    yearsusa | -.0138345    .0141335    -0.98    0.328    -.0415356    .0138665
   knowsundoc |  .6332023    .4247361     1.49    0.136    -.1992652     1.46567
------------+----------------------------------------------------------------
       /cut1 |  1.770032    .9648774                     -.1210932    3.661157
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -164.77221
Iteration 1:   log likelihood = -151.30815
Iteration 2:   log likelihood = -149.86413
Iteration 3:   log likelihood = -149.85947
Iteration 4:   log likelihood = -149.85947

Ordered logistic regression                     Number of obs  =      414
                                                 LR chi2(9)     =    29.83
                                                 Prob > chi2    =   0.0005
Log likelihood = -149.85947                      Pseudo R2      =   0.0905

------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |  .1894394    .1590175     1.19    0.234    -.1222292    .5011081
      anykids |  .3923148    .3266634     1.20    0.230    -.2479336    1.032563
   naturalized | -.015521    .3793295    -0.04    0.967    -.7589931    .7279511
          age | -.050858    .1305659    -0.39    0.697    -.3067624    .2050464
        educ7 | -.109351    .0991711    -1.10    0.270    -.3037228    .0850209
         male |  .370292    .312551      1.18    0.236    -.2422967    .9828808
      mexican |  .326918    .3568101     0.92    0.360    -.3724169    1.026253
     yearsusa | -.0295498   .0127654    -2.31    0.021    -.0545695    -.00453
   knowsundoc |  .8243725    .3553717     2.32    0.020    .1278569    1.520888
-------------+----------------------------------------------------------------
        /cut1 |  2.040725    .7441023                     .5823117    3.499139
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -133.81719
Iteration 1:   log likelihood = -124.56347
Iteration 2:   log likelihood = -124.16258
Iteration 3:   log likelihood = -124.16148
Iteration 4:   log likelihood = -124.16148

Ordered logistic regression                     Number of obs  =      251
                                                 LR chi2(9)     =    19.31
                                                 Prob > chi2    =   0.0227
Log likelihood = -124.16148                      Pseudo R2      =   0.0722

------------------------------------------------------------------------------
    av_police | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
    worry_fam |  .431206     .1748566     2.47    0.014    .0884933    .7739187
      anykids |  .3847437    .357986      1.07    0.282    -.3168959    1.086383
   naturalized | -.3472227    .3531752    -0.98    0.326    -1.039433    .344988
          age | -.1809146    .1616357    -1.12    0.263    -.4977147    .1358855
        educ7 |  .1531826    .0946848     1.62    0.106    -.0323962    .3387613
         male | -.0631108    .324163     -0.19    0.846    -.6984586    .572237
      mexican |  .6233637    .390115      1.60    0.110    -.1412477    1.387975
     yearsusa | -.005184     .0150711    -0.34    0.731    -.0347228    .0243549
   knowsundoc |  .2496444    .3617246     0.69    0.490    -.4593227    .9586116
-------------+----------------------------------------------------------------
        /cut1 |  2.455513    .8263164                     .8359628    4.075063
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-------------------------------------------------------------------------
--------------------------------------------------------------------------------
---------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -128.33955
Iteration 1:   log likelihood = -109.41411
Iteration 2:   log likelihood = -106.45613
Iteration 3:   log likelihood = -106.43159
Iteration 4:   log likelihood = -106.43158
Iteration 5:   log likelihood = -106.43158

Ordered logistic regression                     Number of obs =    335
                                                 LR chi2(9)    =  43.82
                                                 Prob > chi2   = 0.0000
Log likelihood = -106.43158                      Pseudo R2     = 0.1707

-------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
  worryscale |   .3461594   .1124746     3.08   0.002    .1257133    .5666056
      anykids |  -.2431209   .3713102    -0.65   0.513   -.9708755    .4846337
  naturalized |  -.7908683   .4125214    -1.92   0.055   -1.599395    .0176588
          age |  -.1450915   .1563863    -0.93   0.354   -.4516031    .1614201
        educ7 |  -.0055162   .1062774    -0.05   0.959    -.213816    .2027836
         male |   .8267938    .376729     2.19   0.028    .0884186    1.565169
      mexican |   .3738682   .4120169     0.91   0.364     -.43367    1.181406
      yearsusa |  -.0094346   .0145048    -0.65   0.515   -.0378634    .0189942
   knowsundoc |   .6316314   .4270399     1.48   0.139   -.2053515    1.468614
-------------+-----------------------------------------------------------
        /cut1 |   2.799564   1.054055              .7336536    4.865474
-------------------------------------------------------------------------


---------------------------------------------------------------------------
----------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -164.77221
Iteration 1:   log likelihood = -148.28074
Iteration 2:   log likelihood = -146.27333
Iteration 3:   log likelihood = -146.25589
Iteration 4:   log likelihood = -146.25589

Ordered logistic regression                     Number of obs =    414
                                                 LR chi2(9)    =  37.03
                                                 Prob > chi2   = 0.0000
Log likelihood = -146.25589                      Pseudo R2     = 0.1124

-------------------------------------------------------------------------
   av_police | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-------------+-----------------------------------------------------------
  worryscale |   .2593201     .08986     2.89   0.004    .0831979    .4354424
      anykids |    .332104   .3312276     1.00   0.316   -.3170903    .9812982
  naturalized |   .0623161   .3833816     0.16   0.871   -.6890979    .8137302
          age |  -.0080701   .1331203    -0.06   0.952    -.268981    .2528408
        educ7 |  -.1014365   .0995994    -1.02   0.308   -.2966478    .0937948
         male |   .3767706   .3156054     1.19   0.233   -.2418047     .995346
      mexican |   .3526395   .3607819     0.98   0.328   -.3544801    1.059759
      yearsusa |  -.0313952   .0131203    -2.39   0.017   -.0571104     -.00568
   knowsundoc |    .763886   .3531246     2.16   0.031    .0717744    1.455998
-------------+-----------------------------------------------------------
        /cut1 |   2.638142   .7817345               1.10597    4.170313
-------------------------------------------------------------------------


---------------------------------------------------------------------------
----------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -133.81719
Iteration 1:   log likelihood = -121.94776
Iteration 2:   log likelihood = -121.30595
Iteration 3:   log likelihood = -121.30506
Iteration 4:   log likelihood = -121.30506

Ordered logistic regression                    Number of obs =    251
                                                LR chi2(9)    =  25.02
                                                Prob > chi2   = 0.0029
Log likelihood = -121.30506                     Pseudo R2     = 0.0935

------------------------------------------------------------------------
  av_police | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
 worryscale |  .3332868    .0995367    3.35   0.001    .1381984   .5283752
    anykids |  .3449843    .363301     0.95   0.342   -.3670726   1.057041
 naturalized| -.3476975    .3594177   -0.97   0.333   -1.052143   .3567482
        age | -.1888847    .1665467   -1.13   0.257   -.5153103   .1375408
      educ7 |  .1368663    .0949267    1.44   0.149   -.0491866   .3229192
       male |  .0322848    .3318444    0.10   0.922   -.6181184   .682688
    mexican |  .611342     .3946378    1.55   0.121   -.1621339   1.384818
    yearsusa |  .0005417    .0156282    0.03   0.972   -.0300889   .0311724
 knowsundoc |  .2325791    .3609255    0.64   0.519   -.4748218   .9399801
------------+-----------------------------------------------------------
      /cut1 |  2.816781    .8533421                     1.144261   4.4893
------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -109.42053
Iteration 1:   log likelihood = -93.207783
Iteration 2:   log likelihood = -89.276957
Iteration 3:   log likelihood = -89.231099
Iteration 4:   log likelihood = -89.231015
Iteration 5:   log likelihood = -89.231015

Ordered logistic regression                    Number of obs =    335
                                                LR chi2(9)    =  40.38
                                                Prob > chi2   = 0.0000
Log likelihood = -89.231015                     Pseudo R2     = 0.1845

------------------------------------------------------------------------
 av_medical | Coefficient  Std. err.     z    P>|z|   [95% conf. interval]
------------+-----------------------------------------------------------
worry_deport|  .8078671    .2119058    3.81   0.000    .3925394   1.223195
    anykids |  .5907438    .4298363    1.37   0.169   -.2517199   1.433208
 naturalized| -.2101038    .4469833   -0.47   0.638   -1.086175   .6659673
        age | -.3223605    .1922704   -1.68   0.094   -.6992035   .0544826
      educ7 | -.0781003    .1220439   -0.64   0.522   -.317302    .1611014
       male |  .2703296    .4048647    0.67   0.504   -.5231907   1.06385
    mexican |  .7649687    .4905533    1.56   0.119   -.1964981   1.726436
    yearsusa |  .0082089    .0170021    0.48   0.629   -.0251146   .0415323
 knowsundoc | -.4032833    .4382691   -0.92   0.357   -1.262275   .4557083
------------+-----------------------------------------------------------
      /cut1 |  2.649796    1.12191                      .4508926   4.848699
------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -159.93021
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 1:   log likelihood = -141.61005
Iteration 2:   log likelihood = -139.34217
Iteration 3:   log likelihood = -139.32736
Iteration 4:   log likelihood = -139.32735

Ordered logistic regression                    Number of obs =    414
                                                LR chi2(9)    =  41.21
                                                Prob > chi2   = 0.0000
Log likelihood = -139.32735                     Pseudo R2     = 0.1288
```

| av_medical | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .4503785 | .1591132 | 2.83 | 0.005 | .1385223 | .7622347 |
| anykids | .345071 | .3388895 | 1.02 | 0.309 | -.3191403 | 1.009282 |
| naturalized | -.0798161 | .4131221 | -0.19 | 0.847 | -.8895205 | .7298882 |
| age | -.0112425 | .13851 | -0.08 | 0.935 | -.282717 | .2602321 |
| educ7 | -.088403 | .1011849 | -0.87 | 0.382 | -.2867218 | .1099158 |
| male | .6559729 | .323268 | 2.03 | 0.042 | .0223792 | 1.289567 |
| mexican | -.6674728 | .3739063 | -1.79 | 0.074 | -1.400316 | .06537 |
| yearsusa | -.0255381 | .0135704 | -1.88 | 0.060 | -.0521355 | .0010593 |
| knowsundoc | .7044647 | .3490041 | 2.02 | 0.044 | .0204293 | 1.3885 |
| /cut1 | 2.235538 | .7592988 | | | .7473403 | 3.723737 |

```
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -114.31665
Iteration 1:   log likelihood = -98.279218
Iteration 2:   log likelihood = -96.166629
Iteration 3:   log likelihood = -96.141733
Iteration 4:   log likelihood = -96.141729

Ordered logistic regression                    Number of obs =    251
                                                LR chi2(9)    =  36.35
                                                Prob > chi2   = 0.0000
Log likelihood = -96.141729                     Pseudo R2     = 0.1590
```

| av_medical | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_deport | .5144858 | .1933109 | 2.66 | 0.008 | .1356034 | .8933681 |
| anykids | .5288456 | .4209192 | 1.26 | 0.209 | -.296141 | 1.353832 |
| naturalized | -1.338069 | .4571871 | -2.93 | 0.003 | -2.234139 | -.4419982 |
| age | -.0869195 | .1917274 | -0.45 | 0.650 | -.4626983 | .2888593 |
| educ7 | .0745696 | .1119337 | 0.67 | 0.505 | -.1448164 | .2939556 |
| male | -.2664626 | .3765395 | -0.71 | 0.479 | -1.004467 | .4715412 |
| mexican | .9340862 | .4572688 | 2.04 | 0.041 | .0378559 | 1.830317 |
| yearsusa | .0057858 | .0181596 | 0.32 | 0.750 | -.0298064 | .0413781 |
| knowsundoc | 1.266606 | .482453 | 2.63 | 0.009 | .321015 | 2.212196 |
| /cut1 | 3.782933 | .9903889 | | | 1.841806 | 5.724059 |

```
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -109.42053
Iteration 1:   log likelihood = -98.470823
Iteration 2:   log likelihood = -97.005057
Iteration 3:   log likelihood = -96.996282
Iteration 4:   log likelihood =  -96.99628
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Ordered logistic regression                    Number of obs   =     335
                                               LR chi2(9)      =   24.85
                                               Prob > chi2     =  0.0031
Log likelihood = -96.99628                     Pseudo R2       =  0.1135

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |   .1575732   .1979353     0.80   0.426    -.2303728    .5455192
     anykids |   .5296222   .4123378     1.28   0.199    -.2785449   1.337789
  naturalized|  -.5565962   .4216631    -1.32   0.187    -1.383041    .2698483
         age |  -.3854265   .1801607    -2.14   0.032    -.7385351   -.032318
       educ7 |  -.1349729   .1170085    -1.15   0.249    -.3643053   .0943094
        male |    .248093   .3887758     0.64   0.523    -.5138935   1.010079
     mexican |    .970506   .4801505     2.02   0.043     .0294284   1.911584
    yearsusa |  -.0007887   .0160155    -0.05   0.961    -.0321784   .0306011
   knowsundoc|  -.3852373   .4239289    -0.91   0.363    -1.216123   .4456481
-------------+----------------------------------------------------------
       /cut1 |   1.004447   1.039747                     -1.03342    3.042315
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -159.93021
Iteration 1:   log likelihood = -144.45629
Iteration 2:   log likelihood = -142.79431
Iteration 3:   log likelihood =  -142.7867
Iteration 4:   log likelihood =  -142.7867

Ordered logistic regression                    Number of obs   =     414
                                               LR chi2(9)      =   34.29
                                               Prob > chi2     =  0.0001
Log likelihood = -142.7867                     Pseudo R2       =  0.1072

------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
   worry_fam |   .1813507   .1626392     1.12   0.265    -.1374164   .5001177
     anykids |   .3939443   .3345131     1.18   0.239    -.2616893   1.049578
  naturalized|  -.1600984   .4108721    -0.39   0.697    -.965393    .6451961
         age |  -.0568622   .1340161    -0.42   0.671    -.319529    .2058045
       educ7 |  -.1014422   .1015596    -1.00   0.318    -.3004953   .0976109
        male |   .6997413   .3210166     2.18   0.029     .0705603   1.328922
     mexican |  -.6589795   .370369     -1.78   0.075    -1.384889   .0669304
    yearsusa |  -.0227338   .0131479    -1.73   0.084    -.0485032   .0030355
   knowsundoc|   .6835267   .3530059     1.94   0.053    -.0083522   1.375406
-------------+----------------------------------------------------------
       /cut1 |   1.781082   .747372                       .3162599   3.245904
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -114.31665
Iteration 1:   log likelihood =  -99.771449
Iteration 2:   log likelihood =  -97.870918
Iteration 3:   log likelihood =  -97.85096
Iteration 4:   log likelihood =  -97.850946
Iteration 5:   log likelihood =  -97.850946

Ordered logistic regression                    Number of obs   =     251
                                               LR chi2(9)      =   32.93
                                               Prob > chi2     =  0.0001
Log likelihood = -97.850946                    Pseudo R2       =  0.1440
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------------
  av_medical |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |    .397566   .2058751     1.93   0.053    -.0059417    .8010737
      anykids |   .5721923   .4173118     1.37   0.170    -.2457238    1.390108
  naturalized |  -1.312924   .4521192    -2.90   0.004    -2.199061   -.4267868
          age |  -.0947987   .1886018    -0.50   0.615    -.4644514    .2748541
        educ7 |   .1175691   .1112592     1.06   0.291     -.100495    .3356332
         male |  -.3224465   .3706094    -0.87   0.384    -1.048828    .4039346
      mexican |   .9925945   .4604324     2.16   0.031     .0901637    1.895025
      yearsusa |  -.0033724   .0174301    -0.19   0.847    -.0375347    .0307899
    knowsundoc |   1.188268   .4837601     2.46   0.014     .2401152     2.13642
-------------+----------------------------------------------------------------
        /cut1 |    3.65728    .990181                      1.716561    5.597999
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -109.42053
Iteration 1:   log likelihood = -95.946872
Iteration 2:   log likelihood = -93.622359
Iteration 3:   log likelihood =   -93.6052
Iteration 4:   log likelihood = -93.605189
Iteration 5:   log likelihood = -93.605189

Ordered logistic regression                     Number of obs =      335
                                                LR chi2(9)    =    31.63
                                                Prob > chi2   =   0.0002
Log likelihood = -93.605189                     Pseudo R2     =   0.1445

------------------------------------------------------------------------------
  av_medical |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale |   .3063507    .115795     2.65   0.008     .0793967    .5333048
      anykids |   .5405473   .4197179     1.29   0.198    -.2820848    1.363179
  naturalized |  -.3538932   .4365311    -0.81   0.418    -1.209479    .5016921
          age |  -.3535428   .1856201    -1.90   0.057    -.7173516     .010266
        educ7 |  -.0922015    .119317    -0.77   0.440    -.3260585    .1416555
         male |   .2898104   .3965844     0.73   0.465    -.4874808    1.067102
      mexican |   .8401495   .4844635     1.73   0.083    -.1093816    1.789681
      yearsusa |   .0039423   .0164803     0.24   0.811    -.0283585    .0362431
    knowsundoc |  -.4364848   .4290221    -1.02   0.309    -1.277353    .4043832
-------------+----------------------------------------------------------------
        /cut1 |   2.074554   1.122893                     -.1262761    4.275383
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -159.93021
Iteration 1:   log likelihood =  -142.9018
Iteration 2:   log likelihood = -140.90209
Iteration 3:   log likelihood = -140.89025
Iteration 4:   log likelihood = -140.89025

Ordered logistic regression                     Number of obs =      414
                                                LR chi2(9)    =    38.08
                                                Prob > chi2   =   0.0000
Log likelihood = -140.89025                     Pseudo R2     =   0.1191

------------------------------------------------------------------------------
  av_medical |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
 worryscale |   .2019051   .0908627     2.22   0.026     .0238176    .3799927
     anykids |    .361722   .3370392     1.07   0.283    -.2988627    1.022307
  naturalized | -.0883631   .4133658    -0.21   0.831    -.8985452     .721819
         age |   -.029827   .1359796    -0.22   0.826    -.2963421    .2366881
       educ7 |  -.0960248   .1015898    -0.95   0.345    -.2951372    .1030876
        male |   .6961202   .3223127     2.16   0.031     .0643989    1.327841
     mexican |  -.6521308    .372139    -1.75   0.080     -1.38151    .0772483
     yearsusa |  -.0239991   .0133625    -1.80   0.072     -.050189    .0021909
   knowsundoc |   .6500071   .3493975     1.86   0.063    -.0347995    1.334814
-------------+----------------------------------------------------------------
       /cut1 |    2.16776   .7716754                       .6553044    3.680216
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -114.31665
Iteration 1:   log likelihood = -98.422285
Iteration 2:   log likelihood = -96.232297
Iteration 3:   log likelihood = -96.206489
Iteration 4:   log likelihood = -96.206467
Iteration 5:   log likelihood = -96.206467

Ordered logistic regression                     Number of obs   =        251
                                                LR chi2(9)      =      36.22
                                                Prob > chi2     =     0.0000
Log likelihood = -96.206467                     Pseudo R2       =     0.1584

------------------------------------------------------------------------------
  av_medical | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .3019338   .1161376     2.60   0.009     .0743084    .5295592
     anykids |   .5229161   .4202548     1.24   0.213    -.3007682    1.346601
  naturalized | -1.330598   .4566421    -2.91   0.004      -2.2256   -.4355957
         age |  -.1057402   .1930373    -0.55   0.584    -.4840863    .2726059
       educ7 |   .1001562   .1115289     0.90   0.369    -.1184366    .3187489
        male |  -.2544661   .3762961    -0.68   0.499    -.9919929    .4830608
     mexican |    .990119    .461705     2.14   0.032     .0851937    1.895044
     yearsusa |   .0026806   .0179147     0.15   0.881    -.0324316    .0377928
   knowsundoc |   1.180419   .4833227     2.44   0.015     .2331242    2.127714
-------------+----------------------------------------------------------------
       /cut1 |    3.95503   1.016743                        1.96225     5.94781
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -108.97185
Iteration 1:   log likelihood =   -98.798
Iteration 2:   log likelihood =  -97.33512
Iteration 3:   log likelihood = -97.332138
Iteration 4:   log likelihood = -97.332138

Ordered logistic regression                     Number of obs   =        335
                                                LR chi2(9)      =      23.28
                                                Prob > chi2     =     0.0056
Log likelihood = -97.332138                     Pseudo R2       =     0.1068

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
 worry_deport |   .4644594   .2001078     2.32   0.020     .0722553    .8566635
     anykids |   .0942005   .4008476     0.24   0.814    -.6914463    .8798473
  naturalized | -.1113591   .4302255    -0.26   0.796    -.9545855    .7318673
         age |  -.3480803   .1756279    -1.98   0.047    -.6923046   -.0038559
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        educ7 |  -.1782564   .1203223    -1.48   0.138    -.4140838    .057571
         male |   .3382629   .3903917     0.87   0.386    -.4268908   1.103417
      mexican |  -.0434061    .422124    -0.10   0.918    -.8707539   .7839418
     yearsusa |   .0020018   .0158268     0.13   0.899    -.0290182   .0330218
    knowsundoc |   .1652502   .4325424     0.38   0.702    -.6825174   1.013018
--------------+----------------------------------------------------------------
        /cut1 |   1.065841   1.040698                     -.9738896   3.105572
-------------------------------------------------------------------------------


-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -137.78366
Iteration 1:   log likelihood = -125.35901
Iteration 2:   log likelihood = -123.85287
Iteration 3:   log likelihood = -123.84888
Iteration 4:   log likelihood = -123.84888

Ordered logistic regression                     Number of obs =      414
                                                LR chi2(9)    =    27.87
                                                Prob > chi2   =   0.0010
Log likelihood = -123.84888                     Pseudo R2     =   0.1011

-------------------------------------------------------------------------------
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
 worry_deport |    .290974   .1675458     1.74   0.082    -.0374098   .6193577
       anykids |   .3514141   .3672482     0.96   0.339    -.3683792   1.071207
   naturalized |  -.7064673   .4800036    -1.47   0.141    -1.647257   .2343224
          age |  -.0521192   .1566198    -0.33   0.739    -.3590883   .2548499
        educ7 |   -.222581   .1161306    -1.92   0.055    -.4501928   .0050308
         male |   .6416753   .3474697     1.85   0.065    -.0392316   1.322582
      mexican |  -1.004334   .4015333    -2.50   0.012    -1.791325   -.2173437
     yearsusa |   .0025573   .0139088     0.18   0.854    -.0247034    .029818
    knowsundoc |   .0134173   .3602107     0.04   0.970    -.6925827   .7194173
--------------+----------------------------------------------------------------
        /cut1 |   1.528775   .8182606                     -.0749868   3.132536
-------------------------------------------------------------------------------


-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -84.802132
Iteration 1:   log likelihood = -73.208581
Iteration 2:   log likelihood = -70.650541
Iteration 3:   log likelihood = -70.614951
Iteration 4:   log likelihood = -70.614931
Iteration 5:   log likelihood = -70.614931

Ordered logistic regression                     Number of obs =      251
                                                LR chi2(9)    =    28.37
                                                Prob > chi2   =   0.0008
Log likelihood = -70.614931                     Pseudo R2     =   0.1673

-------------------------------------------------------------------------------
      av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+----------------------------------------------------------------
 worry_deport |   .5887291   .2342757     2.51   0.012     .1295572   1.047901
       anykids |   .1196933    .502171     0.24   0.812    -.8645438    1.10393
   naturalized |  -1.778586   .6360876    -2.80   0.005    -3.025295   -.5318776
          age |  -.5390477   .2684217    -2.01   0.045    -1.065145   -.0129508
        educ7 |   .1468294   .1384176     1.06   0.289    -.1244643    .418123
         male |   .0510075   .4537966     0.11   0.911    -.8384176   .9404325
      mexican |    .810548   .5487091     1.48   0.140    -.2649021   1.885998
     yearsusa |    .008583   .0247644     0.35   0.729    -.0399544   .0571204
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
knowsundoc |   .5125727    .5241265     0.98   0.328    -.5146964    1.539842
-----------+----------------------------------------------------------------
     /cut1 |   2.468183    1.094218                      .3235555     4.61281
----------------------------------------------------------------------------


----------------------------------------------------------------------------
----------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -108.97185
Iteration 1:   log likelihood = -99.827101
Iteration 2:   log likelihood = -98.781055
Iteration 3:   log likelihood = -98.779161
Iteration 4:   log likelihood = -98.779161

Ordered logistic regression                     Number of obs  =      335
                                                LR chi2(9)     =    20.39
                                                Prob > chi2    =   0.0157
Log likelihood = -98.779161                     Pseudo R2      =   0.0935

----------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+---------------------------------------------------------------
   worry_fam |   .320937    .2019804     1.59   0.112    -.0749372    .7168113
     anykids |  .0371491    .3977635     0.09   0.926    -.7424531    .8167513
  naturalized| -.2472438    .4210239    -0.59   0.557    -1.072435    .5779477
         age | -.3991769    .1713134    -2.33   0.020    -.7349449   -.0634088
       educ7 | -.1920388     .118424    -1.62   0.105    -.4241455    .0400678
        male |  .3554692    .3886582     0.91   0.360    -.4062868    1.117225
     mexican |  .0121398    .4183202     0.03   0.977    -.8077528    .8320323
     yearsusa | -.0014958   .0154747    -0.10   0.923    -.0318256     .028834
  knowsundoc |  .1009803    .4327014     0.23   0.815    -.7470989    .9490596
------------+---------------------------------------------------------------
       /cut1 |  .5461595    1.007137                     -1.427793    2.520113
----------------------------------------------------------------------------


----------------------------------------------------------------------------
----------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -137.78366
Iteration 1:   log likelihood = -126.50503
Iteration 2:   log likelihood = -125.24589
Iteration 3:   log likelihood = -125.24263
Iteration 4:   log likelihood = -125.24263

Ordered logistic regression                     Number of obs  =      414
                                                LR chi2(9)     =    25.08
                                                Prob > chi2    =   0.0029
Log likelihood = -125.24263                     Pseudo R2      =   0.0910

----------------------------------------------------------------------------
    av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+---------------------------------------------------------------
   worry_fam |  .0823664    .1707939     0.48   0.630    -.2523835    .4171163
     anykids |  .3757619    .3657976     1.03   0.304    -.3411882    1.092712
  naturalized| -.7914904    .4814021    -1.64   0.100    -1.735021    .1520404
         age | -.0673412    .1541065    -0.44   0.662    -.3693844    .2347019
       educ7 | -.2342234    .1166498    -2.01   0.045    -.4628529   -.0055939
        male |   .655653    .3467488     1.89   0.059    -.0239621    1.335268
     mexican | -1.030632     .400542    -2.57   0.010    -1.815679   -.2455836
     yearsusa |  .0036071     .013628     0.26   0.791    -.0231033    .0303175
  knowsundoc |  .0102467    .3652488     0.03   0.978    -.7056278    .7261211
------------+---------------------------------------------------------------
       /cut1 |   1.18856    .8153545                     -.4095054    2.786626
----------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -84.802132
Iteration 1:   log likelihood = -75.518799
Iteration 2:   log likelihood = -73.78716
Iteration 3:   log likelihood = -73.759303
Iteration 4:   log likelihood = -73.759296

Ordered logistic regression                      Number of obs =     251
                                                 LR chi2(9)    =   22.09
                                                 Prob > chi2   =  0.0086
Log likelihood = -73.759296                      Pseudo R2     =  0.1302

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worry_fam |   .1344022    .240263     0.56   0.576    -.3365046    .6053091
      anykids |   .2638083   .4921768     0.54   0.592    -.7008406    1.228457
  naturalized |  -1.720146   .6221602    -2.76   0.006    -2.939558   -.5007349
          age |  -.4692969   .2507572    -1.87   0.061     -.960772    .0221783
        educ7 |   .1701844   .1343702     1.27   0.205    -.0931764    .4335452
         male |  -.0942871   .4439431    -0.21   0.832    -.9643995    .7758253
      mexican |   .8110042   .5445152     1.49   0.136    -.2562259    1.878234
      yearsusa |  -.0036269   .0234436    -0.15   0.877    -.0495754    .0423217
   knowsundoc |   .5595062   .5247929     1.07   0.286    -.4690689    1.588081
-------------+----------------------------------------------------------------
        /cut1 |   1.916157   1.084242              -.2089186    4.041232
------------------------------------------------------------------------------


----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0499608184814)
Iteration 0:   log likelihood = -108.97185
Iteration 1:   log likelihood = -98.850835
Iteration 2:   log likelihood = -97.537854
Iteration 3:   log likelihood = -97.535134
Iteration 4:   log likelihood = -97.535134

Ordered logistic regression                      Number of obs =     335
                                                 LR chi2(9)    =   22.87
                                                 Prob > chi2   =  0.0065
Log likelihood = -97.535134                      Pseudo R2     =  0.1050

------------------------------------------------------------------------------
     av_work | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
   worryscale |   .2561837   .1155501     2.22   0.027     .0297098    .4826577
      anykids |   .0538342   .4003242     0.13   0.893    -.7307868    .8384552
  naturalized |  -.1349774   .4292271    -0.31   0.753    -.9762471    .7062922
          age |  -.3708557   .1740802    -2.13   0.033    -.7120466   -.0296647
        educ7 |  -.1750986   .1198881    -1.46   0.144     -.410075    .0598778
         male |   .3644424   .3909329     0.93   0.351     -.401772    1.130657
      mexican |   -.052332   .4222071    -0.12   0.901    -.8798427    .7751788
      yearsusa |    .001004   .0157481     0.06   0.949    -.0298617    .0318696
   knowsundoc |   .1184095    .432708     0.27   0.784    -.7296826    .9665017
-------------+----------------------------------------------------------------
        /cut1 |   1.050876   1.063832              -1.034196    3.135947
------------------------------------------------------------------------------


----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 0:   log likelihood = -137.78366
Iteration 1:   log likelihood = -125.97579
Iteration 2:   log likelihood = -124.60255
Iteration 3:   log likelihood = -124.59901
Iteration 4:   log likelihood = -124.59901
```

```
Ordered logistic regression                    Number of obs  =    414
                                               LR chi2(9)     =  26.37
                                               Prob > chi2    = 0.0018
Log likelihood = -124.59901                    Pseudo R2      = 0.0957
```

| av_work | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .1153968 | .0938637 | 1.23 | 0.219 | -.0685728 | .2993663 |
| anykids | .3587731 | .366516 | 0.98 | 0.328 | -.3595851 | 1.077131 |
| naturalized | -.728938 | .4818529 | -1.51 | 0.130 | -1.673352 | .2154763 |
| age | -.058911 | .1549352 | -0.38 | 0.704 | -.3625784 | .2447565 |
| educ7 | -.2284293 | .1166193 | -1.96 | 0.050 | -.456999 | .0001403 |
| male | .6611441 | .346967 | 1.91 | 0.057 | -.0188988 | 1.341187 |
| mexican | -1.012038 | .4014037 | -2.52 | 0.012 | -1.798775 | -.225301 |
| yearsusa | .0032205 | .0137555 | 0.23 | 0.815 | -.0237398 | .0301808 |
| knowsundoc | -.0144358 | .3613851 | -0.04 | 0.968 | -.7227376 | .693866 |
| /cut1 | 1.44022 | .8310946 | | | -.1886959 | 3.069135 |

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -84.802132
Iteration 1:   log likelihood = -74.483393
Iteration 2:   log likelihood = -72.324381
Iteration 3:   log likelihood = -72.305063
Iteration 4:   log likelihood = -72.305058
```

```
Ordered logistic regression                    Number of obs  =    251
                                               LR chi2(9)     =  24.99
                                               Prob > chi2    = 0.0030
Log likelihood = -72.305058                    Pseudo R2      = 0.1474
```

| av_work | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .23895 | .13582 | 1.76 | 0.079 | -.0272523 | .5051524 |
| anykids | .1812758 | .4959939 | 0.37 | 0.715 | -.7908545 | 1.153406 |
| naturalized | -1.740586 | .6292541 | -2.77 | 0.006 | -2.973901 | -.5072707 |
| age | -.5252152 | .2631785 | -2.00 | 0.046 | -1.041036 | -.0093948 |
| educ7 | .1667825 | .1357432 | 1.23 | 0.219 | -.0992693 | .4328342 |
| male | .0089502 | .4491381 | 0.02 | 0.984 | -.8713442 | .8892446 |
| mexican | .8453852 | .5465839 | 1.55 | 0.122 | -.2258996 | 1.91667 |
| yearsusa | .0032247 | .024221 | 0.13 | 0.894 | -.0442476 | .050697 |
| knowsundoc | .475503 | .5236438 | 0.91 | 0.364 | -.55082 | 1.501826 |
| /cut1 | 2.371578 | 1.108173 | | | .199599 | 4.543557 |

```
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -124.00176
Iteration 1:   log likelihood = -104.10731
Iteration 2:   log likelihood = -100.06113
Iteration 3:   log likelihood = -99.963127
Iteration 4:   log likelihood = -99.963108
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 5:   log likelihood = -99.963108

Ordered logistic regression                     Number of obs  =     335
                                                LR chi2(9)     =   48.08
                                                Prob > chi2    =  0.0000
Log likelihood = -99.963108                     Pseudo R2      =  0.1939

------------------------------------------------------------------------------
     av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .4315036   .1926092     2.24   0.025     .0539966    .8090107
     anykids |  -.5114842   .3816429    -1.34   0.180    -1.259491    .236522
  naturalized |   .2735692   .402915      0.68   0.497    -.5161298   1.063268
         age |   -.330122   .1637885    -2.02   0.044    -.6511415   -.0091024
       educ7 |   .0547507   .1120663     0.49   0.625    -.1648953    .2743966
        male |   .2888525   .3753563     0.77   0.442    -.4468323   1.024537
     mexican |   .8601921   .4365557     1.97   0.049     .0045587   1.715826
    yearsusa |   -.034027   .0165579    -2.06   0.040    -.0664799   -.0015742
   knowsundoc |   1.364418   .4822865     2.83   0.005     .4191536   2.309682
-------------+----------------------------------------------------------------
       /cut1 |   2.205003   1.050702                      .1456653   4.264341
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -161.68039
Iteration 1:   log likelihood = -141.59987
Iteration 2:   log likelihood = -138.63435
Iteration 3:   log likelihood = -138.59123
Iteration 4:   log likelihood = -138.59117
Iteration 5:   log likelihood = -138.59117

Ordered logistic regression                     Number of obs  =     414
                                                LR chi2(9)     =   46.18
                                                Prob > chi2    =  0.0000
Log likelihood = -138.59117                     Pseudo R2      =  0.1428

------------------------------------------------------------------------------
     av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
worry_deport |   .2782364   .1592123     1.75   0.081     -.033814    .5902869
     anykids |  -.2418562   .3286309    -0.74   0.462    -.8859611   .4022486
  naturalized |  -.3800984   .4228293    -0.90   0.369    -1.208829   .4486319
         age |  -.2706623   .1371703    -1.97   0.048    -.5395111   -.0018136
       educ7 |  -.1331421   .1046294    -1.27   0.203    -.3382119   .0719278
        male |   .8715349   .325248      2.68   0.007     .2340604   1.509009
     mexican |  -.2955907   .3722435    -0.79   0.427    -1.025174   .433993
    yearsusa |  -.0360476   .0142968    -2.52   0.012    -.0640689   -.0080264
   knowsundoc |  -.1604498   .3258547    -0.49   0.622    -.7991132   .4782136
-------------+----------------------------------------------------------------
       /cut1 |   -.012249   .7161126                     -1.415804   1.391306
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -123.06453
Iteration 1:   log likelihood =  -109.3576
Iteration 2:   log likelihood = -108.34517
Iteration 3:   log likelihood = -108.34278
Iteration 4:   log likelihood = -108.34278

Ordered logistic regression                     Number of obs  =     251
                                                LR chi2(9)     =   29.44
```

p.335

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                           Prob > chi2   = 0.0005
Log likelihood = -108.34278               Pseudo R2     = 0.1196

------------------------------------------------------------------------------
   av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------------
worry_deport |  .6884738   .1816095     3.79   0.000     .3325258    1.044422
   anykids |   .5005389   .3904898     1.28   0.200    -.2648071    1.265885
naturalized |  -.6799609   .4010396    -1.70   0.090    -1.465984    .1060622
       age |  -.0801037   .1771502    -0.45   0.651    -.4273117    .2671043
     educ7 |  -.0105073   .102844     -0.10   0.919    -.2120778    .1910632
      male |  -.282638    .3486795    -0.81   0.418    -.9660373    .4007612
   mexican |  -.0181896   .4005486    -0.05   0.964    -.8032503    .7668711
  yearsusa |   .0085467   .0167193     0.51   0.609    -.0242226    .041316
 knowsundoc |   .430828    .3932234     1.10   0.273    -.3398757    1.201532
-----------+------------------------------------------------------------------
     /cut1 |   2.536614   .8829207                      .8061207    4.267106
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -124.00176
Iteration 1:   log likelihood = -105.80822
Iteration 2:   log likelihood = -102.40584
Iteration 3:   log likelihood = -102.34023
Iteration 4:   log likelihood = -102.34022
Iteration 5:   log likelihood = -102.34022

Ordered logistic regression                Number of obs =    335
                                           LR chi2(9)    =  43.32
                                           Prob > chi2   = 0.0000
Log likelihood = -102.34022               Pseudo R2     = 0.1747

------------------------------------------------------------------------------
   av_bank |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-----------+------------------------------------------------------------------
 worry_fam |   .1209005   .1956725     0.62   0.537    -.2626106    .5044117
   anykids |  -.518331    .3783503    -1.37   0.171    -1.259884    .223222
naturalized |  .1015561   .3947324     0.26   0.797    -.6721052    .8752174
       age |  -.3712862   .1588991    -2.34   0.019    -.6827226   -.0598497
     educ7 |   .0165662   .1093575     0.15   0.880    -.1977705    .230903
      male |   .3007363   .3710439     0.81   0.418    -.4264964    1.027969
   mexican |   .9289255   .4343659     2.14   0.032     .0775841    1.780267
  yearsusa |  -.0378648   .0161344    -2.35   0.019    -.0694875   -.006242
 knowsundoc |  1.338668    .4824843     2.77   0.006     .393016     2.28432
-----------+------------------------------------------------------------------
     /cut1 |   1.38061    .9936488                     -.5669057    3.328126
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -161.68039
Iteration 1:   log likelihood = -141.98788
Iteration 2:   log likelihood = -139.04298
Iteration 3:   log likelihood = -138.99874
Iteration 4:   log likelihood = -138.99868
Iteration 5:   log likelihood = -138.99868

Ordered logistic regression                Number of obs =    414
                                           LR chi2(9)    =  45.36
                                           Prob > chi2   = 0.0000
Log likelihood = -138.99868               Pseudo R2     = 0.1403
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
------------------------------------------------------------------------
   av_bank |  Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------------
  worry_fam |    .2440953   .1648837     1.48   0.139   -.0790708    .5672614
    anykids |   -.2254158   .3275873    -0.69   0.491    -.867475    .4166434
 naturalized |  -.4076886   .4230091    -0.96   0.335   -1.236771    .421394
        age |   -.2831438   .1349888    -2.10   0.036    -.547717   -.0185706
      educ7 |    -.137189   .1053458    -1.30   0.193   -.3436631    .0692851
       male |    .9160048   .3267548     2.80   0.005    .2755771   1.556432
    mexican |   -.2881334   .3728689    -0.77   0.440   -1.018943    .4426762
   yearsusa |   -.0347181    .014159    -2.45   0.014   -.0624693   -.0069669
  knowsundoc |   -.221152   .3329546    -0.66   0.507    -.873731    .4314269
-----------+------------------------------------------------------------
      /cut1 |   -.0108565   .7311756                    -1.443934    1.422221
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -123.06453
Iteration 1:   log likelihood = -115.80441
Iteration 2:   log likelihood = -115.47324
Iteration 3:   log likelihood = -115.47242
Iteration 4:   log likelihood = -115.47242

Ordered logistic regression                     Number of obs   =     251
                                                LR chi2(9)      =   15.18
                                                Prob > chi2     =  0.0860
Log likelihood = -115.47242                     Pseudo R2       =  0.0617
```

```
------------------------------------------------------------------------
   av_bank |  Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------------
  worry_fam |    .1946373     .18021     1.08   0.280   -.1585679    .5478424
    anykids |    .5327685   .3751764     1.42   0.156   -.2025637   1.268101
 naturalized |  -.6603412   .3850449    -1.71   0.086   -1.415015    .0943328
        age |   -.0666377   .1664581    -0.40   0.689   -.3928895    .2596142
      educ7 |    .0303903   .0999951     0.30   0.761   -.1655966    .2263772
       male |   -.4418074   .3358163    -1.32   0.188   -1.099995    .2163804
    mexican |    .0208049   .3872394     0.05   0.957   -.7381703    .7797802
   yearsusa |   -.0020699    .015466    -0.13   0.894   -.0323826    .0282428
  knowsundoc |    .4718741   .3918866     1.20   0.229   -.2962095   1.239958
-----------+------------------------------------------------------------
      /cut1 |    1.785788   .8511535                     .117558    3.454018
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -124.00176
Iteration 1:   log likelihood = -104.87513
Iteration 2:   log likelihood = -101.17931
Iteration 3:   log likelihood = -101.10116
Iteration 4:   log likelihood = -101.10115
Iteration 5:   log likelihood = -101.10115

Ordered logistic regression                     Number of obs =       335
                                                LR chi2(9)      =   45.80
                                                Prob > chi2     =  0.0000
Log likelihood = -101.10115                     Pseudo R2       =  0.1847
```

```
------------------------------------------------------------------------
   av_bank |  Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
-----------+------------------------------------------------------------
 worryscale |   .1901841   .1135979     1.67   0.094   -.0324636    .4128318
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
     anykids |  -.5296423   .3805063    -1.39   0.164    -1.275421    .2161364
  naturalized |   .2244613   .4026743     0.56   0.577    -.5647659    1.013688
         age |  -.3514729   .1616847    -2.17   0.030    -.6683691   -.0345768
       educ7 |   .0422921    .111398     0.38   0.704    -.1760439    .2606281
        male |   .3028631   .3732453     0.81   0.417    -.4286843    1.03441
     mexican |   .8639294   .4361512     1.98   0.048     .0090887    1.71877
    yearsusa |  -.0354599   .0163844    -2.16   0.030    -.0675728    -.003347
   knowsundoc |   1.320873   .4814847     2.74   0.006     .3771805    2.264566
-------------+----------------------------------------------------------------
        /cut1 |   1.970306   1.064498                     -.116071    4.056683
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -161.68039
Iteration 1:   log likelihood = -141.57442
Iteration 2:   log likelihood = -138.54032
Iteration 3:   log likelihood = -138.49355
Iteration 4:   log likelihood = -138.49349
Iteration 5:   log likelihood = -138.49349

Ordered logistic regression                     Number of obs =    414
                                                LR chi2(9)    =  46.37
                                                Prob > chi2   = 0.0000
Log likelihood = -138.49349                     Pseudo R2     = 0.1434

------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .1613197   .0899993     1.79   0.073    -.0150757    .3377151
     anykids |  -.2385706    .328492    -0.73   0.468    -.8824129    .4052717
  naturalized |  -.3734085   .4241664    -0.88   0.379    -1.204759    .4579424
         age |  -.2714718   .1362923    -1.99   0.046    -.5386017   -.0043419
       educ7 |  -.1349322   .1050366    -1.28   0.199    -.3408001    .0709358
        male |   .8990105   .3261015     2.76   0.006     .2598633    1.538158
     mexican |  -.2841647   .3730335    -0.76   0.446    -1.015297    .4469675
    yearsusa |   -.035629   .0142705    -2.50   0.013    -.0635987   -.0076593
   knowsundoc |  -.2113292   .3292713    -0.64   0.521    -.8566891    .4340307
-------------+----------------------------------------------------------------
        /cut1 |   .0954984   .7375377                    -1.350049    1.541046
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -123.06453
Iteration 1:   log likelihood = -112.58222
Iteration 2:   log likelihood = -111.92243
Iteration 3:   log likelihood = -111.92137
Iteration 4:   log likelihood = -111.92137

Ordered logistic regression                     Number of obs =    251
                                                LR chi2(9)    =  22.29
                                                Prob > chi2   = 0.0080
Log likelihood = -111.92137                     Pseudo R2     = 0.0905

------------------------------------------------------------------------------
     av_bank | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .2920898   .1045339     2.79   0.005     .0872071    .4969725
     anykids |   .4924816   .3822992     1.29   0.198     -.256811    1.241774
  naturalized |  -.6346357   .3915669    -1.62   0.105    -1.402093    .1328214
         age |  -.0906563   .1729891    -0.52   0.600    -.4297087     .248396
       educ7 |    .022348   .1010668     0.22   0.825    -.1757394    .2204353
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        male |  -.3279709    .3430937    -0.96   0.339    -1.000422    .3444804
     mexican |   .0202966    .3964216     0.05   0.959    -.7566754    .7972686
    yearsusa |    .003163    .0160615     0.20   0.844    -.028317     .034643
   knowsundoc |   .3680006     .391521     0.94   0.347    -.3993664   1.135368
-------------+----------------------------------------------------------------
       /cut1 |   2.371646    .8846964                      .6376727    4.105619
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -112.69231
Iteration 1:   log likelihood =  -98.747493
Iteration 2:   log likelihood =  -95.99357
Iteration 3:   log likelihood =  -95.97933
Iteration 4:   log likelihood =  -95.979325

Ordered logistic regression                     Number of obs   =     335
                                                LR chi2(9)      =   33.43
                                                Prob > chi2     =  0.0001
Log likelihood = -95.979325                     Pseudo R2       =  0.1483

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worry_deport |   .8252899   .2061833     4.00   0.000     .421178    1.229402
       anykids |  -.1453013   .4013957    -0.36   0.717    -.9320224    .6414198
    naturalized |  -.067513   .4283932    -0.16   0.875    -.9071483    .7721222
          age |  -.2045347   .1815516    -1.13   0.260    -.5603693    .1512998
        educ7 |   -.028393   .1178993    -0.24   0.810    -.2594715    .2026854
         male |   .2679463   .3918922     0.68   0.494    -.5001483    1.036041
      mexican |   .5489064   .4525209     1.21   0.225    -.3380183    1.435831
     yearsusa |   .0122172     .01556     0.79   0.432    -.0182799    .0427142
    knowsundoc |   .4626901   .4441582     1.04   0.298    -.4078441    1.333224
-------------+----------------------------------------------------------------
        /cut1 |   3.389273   1.116504                      1.200965    5.577582
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -174.22061
Iteration 1:   log likelihood = -154.77537
Iteration 2:   log likelihood = -152.76641
Iteration 3:   log likelihood = -152.75929
Iteration 4:   log likelihood = -152.75929

Ordered logistic regression                     Number of obs   =     414
                                                LR chi2(9)      =   42.92
                                                Prob > chi2     =  0.0000
Log likelihood = -152.75929                     Pseudo R2       =  0.1232

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worry_deport |   .6517073   .1498715     4.35   0.000     .3579645      .94545
       anykids |   .1366972   .3238625     0.42   0.673    -.4980734    .7714677
    naturalized |   .3536033   .3672551     0.96   0.336    -.3662035     1.07341
          age |   .3457468   .1359358     2.54   0.011     .0793175    .6121761
        educ7 |  -.2341077   .0996335    -2.35   0.019    -.4293858   -.0388296
         male |   .0626029   .3087442     0.20   0.839    -.5425247    .6677305
      mexican |  -.4486192   .3469218    -1.29   0.196    -1.128573     .231335
     yearsusa |  -.0272591   .0118813    -2.29   0.022    -.0505459   -.0039722
    knowsundoc |   .7057814   .3306355     2.13   0.033     .0577477    1.353815
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
        /cut1 |  3.068331   .7763602                      1.546693    4.589969
------------------------------------------------------------------------------


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -124.41238
Iteration 1:   log likelihood = -111.77025
Iteration 2:   log likelihood = -110.97792
Iteration 3:   log likelihood = -110.97578
Iteration 4:   log likelihood = -110.97578

Ordered logistic regression                    Number of obs =     251
                                                LR chi2(9)    =   26.87
                                                Prob > chi2   =  0.0015
Log likelihood = -110.97578                     Pseudo R2     =  0.1080

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
 worry_deport |   .6763343   .1755462     3.85   0.000     .3322701    1.020398
       anykids |  -.0125953   .3751234    -0.03   0.973    -.7478236     .722633
   naturalized |  -.3120771   .3833273    -0.81   0.416    -1.063385    .4392306
           age |  -.0515892   .1724751    -0.30   0.765    -.3896343    .2864558
         educ7 |   .0774152   .1020327     0.76   0.448    -.1225652    .2773955
          male |  -.4822111   .3432233    -1.40   0.160    -1.154916    .1904943
       mexican |   .4439368   .4033352     1.10   0.271    -.3465857    1.234459
      yearsusa |  -.0034762   .0164626    -0.21   0.833    -.0357423    .0287899
    knowsundoc |   .3844123   .3812822     1.01   0.313     -.362887    1.131712
--------------+---------------------------------------------------------------
         /cut1 |   2.592609   .8756461                      .8763742    4.308844
------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -112.69231
Iteration 1:   log likelihood = -101.56261
Iteration 2:   log likelihood = -100.13872
Iteration 3:   log likelihood = -100.13378
Iteration 4:   log likelihood = -100.13378

Ordered logistic regression                    Number of obs =     335
                                                LR chi2(9)    =   25.12
                                                Prob > chi2   =  0.0028
Log likelihood = -100.13378                     Pseudo R2     =  0.1114

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
     worry_fam |   .6221114   .2147565     2.90   0.004     .2011965    1.043026
       anykids |  -.1931713   .3919277    -0.49   0.622    -.9613356    .5749929
   naturalized |  -.2749034   .4153132    -0.66   0.508    -1.088902    .5390952
           age |  -.2701368   .1731951    -1.56   0.119     -.609593    .0693193
         educ7 |  -.0486046   .1138240    -0.43   0.669    -.2716884    .1744792
          male |   .3106321   .3850631     0.81   0.420    -.4440777    1.065342
       mexican |   .6452562   .4477069     1.44   0.150    -.2322333    1.522746
      yearsusa |   .0056615    .015041     0.38   0.707    -.0238184    .0351413
    knowsundoc |   .3142686   .4384869     0.72   0.474    -.5451499    1.173687
--------------+---------------------------------------------------------------
         /cut1 |   2.648446   1.100566                       .491377    4.805515
------------------------------------------------------------------------------


-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -174.22061
Iteration 1:   log likelihood = -157.96478
Iteration 2:   log likelihood =  -156.5405
Iteration 3:   log likelihood = -156.53695
Iteration 4:   log likelihood = -156.53695

Ordered logistic regression                    Number of obs =     414
                                               LR chi2(9)    =   35.37
                                               Prob > chi2   =  0.0001
Log likelihood = -156.53695                     Pseudo R2     =  0.1015

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |   .5458381   .1609933     3.39   0.001     .230297    .8613791
      anykids |   .1660876   .3190269     0.52   0.603    -.4591937   .7913689
   naturalized |  .3489751   .3650048     0.96   0.339    -.3664211   1.064371
          age |   .2732873   .1295647     2.11   0.035     .0193451   .5272294
        educ7 |  -.2659057   .1007008    -2.64   0.008    -.4632758  -.0685357
         male |   .1986443   .3054995     0.65   0.516    -.4001237   .7974122
      mexican |  -.4708742   .3443386    -1.37   0.171    -1.145765   .2040169
      yearsusa |  -.0219238   .0113863    -1.93   0.054    -.0442405   .0003928
    knowsundoc |   .5429897   .3277864     1.66   0.098    -.0994597   1.185439
-------------+----------------------------------------------------------
         /cut1 |   2.808745   .7645526                     1.310249   4.30724
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -124.41238
Iteration 1:   log likelihood = -114.73805
Iteration 2:   log likelihood = -114.16474
Iteration 3:   log likelihood = -114.16406
Iteration 4:   log likelihood = -114.16406

Ordered logistic regression                    Number of obs =     251
                                               LR chi2(9)    =   20.50
                                               Prob > chi2   =  0.0151
Log likelihood = -114.16406                     Pseudo R2     =  0.0824

------------------------------------------------------------------------
 av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------
    worry_fam |   .5623766   .1899955     2.96   0.003     .1899922   .9347609
      anykids |   .0086171   .3662513     0.02   0.981    -.7092223   .7264564
   naturalized |  -.2713684   .3736053    -0.73   0.468    -1.003621   .4608845
          age |  -.0754283   .1668988    -0.45   0.651    -.402544    .2516874
        educ7 |   .1310259   .1014733     1.29   0.197    -.0678581   .3299099
         male |  -.5605116   .3352981    -1.67   0.095    -1.217684   .0966606
      mexican |   .4902188   .4038154     1.21   0.225    -.3012448   1.281683
      yearsusa |  -.0119926   .0156162    -0.77   0.443    -.0425997   .0186145
    knowsundoc |   .2390355   .3847347     0.62   0.534    -.5150306   .9931016
-------------+----------------------------------------------------------
         /cut1 |   2.428422   .8745017                     .7144298   4.142413
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -112.69231
Iteration 1:   log likelihood =  -98.578172
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -96.134836
Iteration 3:   log likelihood =  -96.11779
Iteration 4:   log likelihood = -96.117781

Ordered logistic regression                      Number of obs =    335
                                                  LR chi2(9)    =  33.15
                                                  Prob > chi2   = 0.0001
Log likelihood = -96.117781                       Pseudo R2     = 0.1471

------------------------------------------------------------------------------
 av_pubspace |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |    .483152    .1238312     3.90   0.000     .2404473    .7258567
      anykids |   -.1961651   .4000586    -0.49   0.624    -.9802656    .5879355
  naturalized |   -.0793015   .4280935    -0.19   0.853    -.9183495    .7597464
         age |   -.2273174   .1800701    -1.26   0.207    -.5802483    .1256135
        educ7 |    -.014334   .1172931    -0.12   0.903    -.2442242    .2155561
        male |    .3257431   .3924417     0.83   0.407    -.4434285    1.094915
      mexican |    .5403802    .453184     1.19   0.233    -.3478442    1.428605
     yearsusa |    .0106344   .0155716     0.68   0.495    -.0198853    .0411542
   knowsundoc |    .4036496   .4450231     0.91   0.364    -.4685797    1.275879
-------------+----------------------------------------------------------------
       /cut1 |    3.615632   1.179999                       1.302877    5.928387
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -174.22061
Iteration 1:   log likelihood = -154.63922
Iteration 2:   log likelihood = -152.60763
Iteration 3:   log likelihood = -152.59907
Iteration 4:   log likelihood = -152.59907

Ordered logistic regression                      Number of obs =    414
                                                  LR chi2(9)    =  43.24
                                                  Prob > chi2   = 0.0000
Log likelihood = -152.59907                       Pseudo R2     = 0.1241

------------------------------------------------------------------------------
 av_pubspace |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |    .3811496   .0880205     4.33   0.000     .2086327    .5536666
      anykids |    .1240172   .3236714     0.38   0.702     -.510367    .7584014
  naturalized |     .413167   .3699352     1.12   0.264    -.3118926    1.138227
         age |    .3253815   .1333467     2.44   0.015     .0640268    .5867361
        educ7 |   -.2439821   .1007651    -2.42   0.015     -.441478   -.0464862
        male |    .1453059     .30841      0.47   0.638    -.4591666    .7497784
      mexican |   -.4444497   .3480508    -1.28   0.202    -1.126617    .2377174
     yearsusa |   -.0253597     .01178    -2.15   0.031     -.048448   -.0022714
   knowsundoc |    .6057226   .3300662     1.84   0.066    -.0411952     1.25264
-------------+----------------------------------------------------------------
       /cut1 |    3.281025   .7999062                       1.713237    4.848812
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood = -124.41238
Iteration 1:   log likelihood = -111.71769
Iteration 2:   log likelihood =  -110.8678
Iteration 3:   log likelihood = -110.86615
Iteration 4:   log likelihood = -110.86615

Ordered logistic regression                      Number of obs =    251
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                        LR chi2(9)      =   27.09
                                        Prob > chi2     =  0.0014
Log likelihood = -110.86615             Pseudo R2       =  0.1089

------------------------------------------------------------------------------
  av_pubspace | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
   worryscale |   .4041538   .1062557     3.80   0.000     .1958964    .6124112
      anykids |  -.0275368   .3746815    -0.07   0.941    -.7618991    .7068255
   naturalized|  -.2731746   .3822084    -0.71   0.475    -1.022289    .4759401
          age |  -.0776845   .1729525    -0.45   0.653    -.4166653    .2612962
        educ7 |   .1088482    .102149     1.07   0.287    -.0913602    .3090565
         male |  -.4599169   .3438565    -1.34   0.181    -1.133863    .2140294
      mexican |   .4853348   .4095235     1.19   0.236    -.3173166    1.287986
      yearsusa |  -.0059362   .0162782    -0.36   0.715    -.037841    .0259686
    knowsundoc |   .2487013   .3848805     0.65   0.518    -.5056505   1.003053
--------------+---------------------------------------------------------------
        /cut1 |   2.831097   .9057344                       1.05589    4.606304
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -336.46376
Iteration 1:   log likelihood = -304.52697
Iteration 2:   log likelihood = -302.43831
Iteration 3:   log likelihood = -302.43021
Iteration 4:   log likelihood = -302.43021

Ordered logistic regression             Number of obs   =     335
                                        LR chi2(9)      =   68.07
                                        Prob > chi2     =  0.0000
Log likelihood = -302.43021             Pseudo R2       =  0.1012

------------------------------------------------------------------------------
  avoidscale  | Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
--------------+---------------------------------------------------------------
 worry_deport |   .6658783   .1351583     4.93   0.000     .400973    .9307837
      anykids |  -.0158606   .2752378    -0.06   0.954    -.5553168    .5235956
   naturalized|  -.3109336   .2818774    -1.10   0.270    -.863403    .2415359
          age |  -.2326679   .1139009    -2.04   0.041    -.4559096   -.0094261
        educ7 |  -.1170914   .0797366    -1.47   0.142    -.2733722    .0391895
         male |   .2637305   .2674985     0.99   0.324    -.2605569    .7880179
      mexican |   .3831164    .291557     1.31   0.189    -.1883248    .9545576
     yearsusa |  -.0005278   .0101317    -0.05   0.959    -.0204836    .019428
   knowsundoc |   .3964319   .2971576     1.33   0.182    -.1859864    .9788501
--------------+---------------------------------------------------------------
        /cut1 |   .8154231   .7406179                      -.6361614   2.267008
        /cut2 |   1.451873   .7458631                      -.0099921   2.913738
        /cut3 |   2.214666   .7545012                       .7358711   3.693461
        /cut4 |   3.104913   .7749947                       1.585951   4.623875
        /cut5 |   3.676952   .8021799                       2.104708   5.249195
        /cut6 |   4.320786   .8553739                       2.644283   5.997288
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -462.70714
Iteration 1:   log likelihood =  -424.2892
Iteration 2:   log likelihood = -422.41587
Iteration 3:   log likelihood = -422.41122
Iteration 4:   log likelihood = -422.41122

Ordered logistic regression             Number of obs =     414
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
                                        LR chi2(9)      =   80.59
                                        Prob > chi2     =  0.0000
Log likelihood = -422.41122             Pseudo R2       =  0.0871

-----------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
worry_deport|  .5396198    .107877     5.00   0.000    .3281849    .7510548
    anykids |  .2338016    .2351481    0.99   0.320   -.2270802    .6946835
 naturalized| -.2369021    .2747335   -0.86   0.389   -.7753699    .3015657
        age |  .0164066    .0983745    0.17   0.868   -.1764039    .2092172
      educ7 | -.2219799    .0740759   -3.00   0.003   -.367166    -.0767938
       male |  .4906195    .2291494    2.14   0.032    .0414949    .9397441
    mexican | -.4072657    .2534046   -1.61   0.108   -.9039296    .0893982
   yearsusa | -.0223619    .0089294   -2.50   0.012   -.0398633   -.0048605
  knowsundoc |  .3743133    .2342734    1.60   0.110   -.0848542    .8334808
------------+----------------------------------------------------------
      /cut1 |  .414489     .5321127                   -.6284327    1.457411
      /cut2 | 1.362836     .5383126                    .3077626    2.417909
      /cut3 | 1.8788       .5444791                    .8116409    2.94596
      /cut4 | 2.484076     .5544716                   1.397332    3.570821
      /cut5 | 3.721418     .6097701                   2.526291    4.916546
      /cut6 | 4.916493     .7693651                   3.408565    6.424421
-----------------------------------------------------------------------


-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood =  -328.844
Iteration 1:   log likelihood = -300.03848
Iteration 2:   log likelihood = -298.96053
Iteration 3:   log likelihood = -298.95601
Iteration 4:   log likelihood = -298.95601

Ordered logistic regression              Number of obs =      251
                                          LR chi2(9)      =   59.78
                                          Prob > chi2     =  0.0000
Log likelihood = -298.95601               Pseudo R2       =  0.0909

-----------------------------------------------------------------------
 avoidscale | Coefficient  Std. err.      z    P>|z|    [95% conf. interval]
------------+----------------------------------------------------------
worry_deport|  .7851022    .1401979    5.60   0.000    .5103193    1.059885
    anykids |  .4995002    .301711     1.66   0.098   -.0918425    1.090843
 naturalized| -.4666516    .30316     -1.54   0.124   -1.060834    .127531
        age | -.0564499    .1318335   -0.43   0.669   -.3148388    .2019391
      educ7 |  .0692483    .0804374    0.86   0.389   -.0884062    .2269028
       male | -.1784077    .2718347   -0.66   0.512   -.7111938    .3543785
    mexican |  .3904555    .3205389    1.22   0.223   -.2377892    1.0187
   yearsusa | -.0016731    .0129096   -0.13   0.897   -.0269755    .0236292
  knowsundoc |  .5812876    .3004717    1.93   0.053   -.0076261    1.170201
------------+----------------------------------------------------------
      /cut1 | 2.204937     .6869216                    .8585955    3.551279
      /cut2 | 2.887577     .6990464                   1.517471    4.257682
      /cut3 | 3.611875     .7135288                   2.213384    5.010366
      /cut4 | 4.173159     .7269951                   2.748275    5.598044
      /cut5 | 4.814184     .747979                    3.348172    6.280196
      /cut6 | 5.294129     .7718082                   3.781413    6.806845
-----------------------------------------------------------------------


-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -336.46376
Iteration 1:   log likelihood = -313.54408
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
Iteration 2:   log likelihood = -312.44517
Iteration 3:   log likelihood = -312.44158
Iteration 4:   log likelihood = -312.44158

Ordered logistic regression                      Number of obs   =    335
                                                 LR chi2(9)      =  48.04
                                                 Prob > chi2     = 0.0000
Log likelihood = -312.44158                      Pseudo R2       = 0.0714


------------------------------------------------------------------------------
 avoidscale |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
   worry_fam |   .309601    .1345952     2.30   0.021     .0457993    .5734026
     anykids | -.0286692    .269013     -0.11   0.915    -.5559251    .4985867
  naturalized | -.4956218   .2745422    -1.81   0.071    -1.033715    .0424711
         age | -.2885208    .1098258    -2.63   0.009    -.5037754   -.0732661
       educ7 | -.1407198    .0779293    -1.81   0.071    -.2934585    .0120189
        male |  .2468297    .2613193     0.94   0.345    -.2653466    .7590061
     mexican |  .4381299    .2885933     1.52   0.129    -.1275027    1.003762
    yearsusa | -.0064907    .0098046    -0.66   0.508    -.0257073     .012726
  knowsundoc |  .3512048    .2923073     1.20   0.230    -.2217069    .9241165
------------+-----------------------------------------------------------------
       /cut1 | -.0735844    .7140982                     -1.473191    1.326022
       /cut2 |  .5249948    .7158185                     -.8779837    1.927973
       /cut3 |  1.244241    .7207062                     -.1683174    2.656799
       /cut4 |  2.090608    .7384272                      .6433178    3.537899
       /cut5 |  2.647416    .7654802                      1.147102    4.147729
       /cut6 |  3.282035    .820403                       1.674074    4.889995
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------

-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -462.70714
Iteration 1:   log likelihood = -432.66387
Iteration 2:   log likelihood = -431.43246
Iteration 3:   log likelihood = -431.42933
Iteration 4:   log likelihood = -431.42933

Ordered logistic regression                      Number of obs   =    414
                                                 LR chi2(9)      =  62.56
                                                 Prob > chi2     = 0.0000
Log likelihood = -431.42933                      Pseudo R2       = 0.0676


------------------------------------------------------------------------------
 avoidscale |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
------------+-----------------------------------------------------------------
   worry_fam |  .3030644    .1104636     2.74   0.006     .0865597    .5195691
     anykids |  .2657184    .2333135     1.14   0.255    -.1915676    .7230045
  naturalized | -.2862673   .2736102    -1.05   0.295    -.8225334    .2499988
         age |  -.022312    .0959983    -0.23   0.816    -.2104652    .1658412
       educ7 | -.2376646    .0741452    -3.21   0.001    -.3829865   -.0923427
        male |  .541427     .2271494     2.38   0.017     .0962223    .9866317
     mexican | -.3989345    .2511515    -1.59   0.112    -.8911824    .0933133
    yearsusa |  -.01967     .0086505    -2.27   0.023    -.0366423   -.0026978
  knowsundoc |  .3143463    .2360782     1.33   0.183    -.1483586    .7770511
------------+-----------------------------------------------------------------
       /cut1 |  .079247     .5331042                     -.9656181    1.124112
       /cut2 |  .9795746    .5368498                     -.0726318    2.031781
       /cut3 |  1.474152    .5419444                      .4119607    2.536344
       /cut4 |  2.066304    .5515825                      .9852219    3.147386
       /cut5 |  3.293755    .6072314                      2.103603    4.483907
       /cut6 |  4.487291    .7670426                      2.983915    5.990666
------------------------------------------------------------------------------


------------------------------------------------------------------------------
------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood =   -328.844
Iteration 1:   log likelihood = -310.59846
Iteration 2:   log likelihood = -310.07827
Iteration 3:   log likelihood = -310.07786
Iteration 4:   log likelihood = -310.07786

Ordered logistic regression                    Number of obs =    251
                                               LR chi2(9)    =  37.53
                                               Prob > chi2   = 0.0000
Log likelihood = -310.07786                    Pseudo R2     = 0.0571
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worry_fam | .4690341 | .1419148 | 3.31 | 0.001 | .1908863 | .7471819 |
| anykids | .5017863 | .2936832 | 1.71 | 0.088 | -.0738223 | 1.077395 |
| naturalized | -.4276811 | .2932968 | -1.46 | 0.145 | -1.002532 | .14717 |
| age | -.0728475 | .1261293 | -0.58 | 0.564 | -.3200563 | .1743614 |
| educ7 | .133567 | .0800475 | 1.67 | 0.095 | -.0233232 | .2904572 |
| male | -.2656137 | .2662255 | -1.00 | 0.318 | -.7874061 | .2561787 |
| mexican | .4428653 | .3170947 | 1.40 | 0.163 | -.1786288 | 1.06436 |
| yearsusa | -.0142726 | .0120608 | -1.18 | 0.237 | -.0379113 | .0093661 |
| knowsundoc | .4726555 | .3005663 | 1.57 | 0.116 | -.1164436 | 1.061755 |
| /cut1 | 1.734305 | .6720763 | | | .4170601 | 3.051551 |
| /cut2 | 2.354718 | .6806056 | | | 1.020756 | 3.688681 |
| /cut3 | 3.024705 | .6920092 | | | 1.668392 | 4.381018 |
| /cut4 | 3.558161 | .7032065 | | | 2.179902 | 4.936421 |
| /cut5 | 4.180553 | .7227737 | | | 2.763943 | 5.597164 |
| /cut6 | 4.656259 | .7469004 | | | 3.192361 | 6.120156 |

```
-> sanctuary = 0

(sum of wgt is 336.0497608184814)
Iteration 0:   log likelihood = -336.46376
Iteration 1:   log likelihood = -307.87264
Iteration 2:   log likelihood = -306.25241
Iteration 3:   log likelihood = -306.24751
Iteration 4:   log likelihood = -306.24751

Ordered logistic regression                    Number of obs =    335
                                               LR chi2(9)    =  60.43
                                               Prob > chi2   = 0.0000
Log likelihood = -306.24751                    Pseudo R2     = 0.0898
```

| avoidscale | Coefficient | Std. err. | z | P>\|z\| | [95% conf. interval] | |
|---|---|---|---|---|---|---|
| worryscale | .3218146 | .0782696 | 4.11 | 0.000 | .168409 | .4752202 |
| anykids | -.0291781 | .2731332 | -0.11 | 0.915 | -.5645093 | .5061531 |
| naturalized | -.3503935 | .2802209 | -1.25 | 0.211 | -.8996164 | .1988294 |
| age | -.2576928 | .1120896 | -2.30 | 0.022 | -.4773844 | -.0380011 |
| educ7 | -.115754 | .0791301 | -1.46 | 0.144 | -.2708482 | .0393401 |
| male | .2775938 | .2655539 | 1.05 | 0.296 | -.2428823 | .7980699 |
| mexican | .3778686 | .2914984 | 1.30 | 0.195 | -.1934578 | .9491949 |
| yearsusa | -.0028364 | .0100094 | -0.28 | 0.777 | -.0224545 | .0167816 |
| knowsundoc | .3369375 | .2950486 | 1.14 | 0.253 | -.2413471 | .915222 |
| /cut1 | .687792 | .7532867 | | | -.7886228 | 2.164207 |
| /cut2 | 1.308747 | .7575461 | | | -.1760162 | 2.79351 |
| /cut3 | 2.049777 | .7647447 | | | .5509045 | 3.548649 |
| /cut4 | 2.91672 | .7839739 | | | 1.380159 | 4.45328 |
| /cut5 | 3.480988 | .8106048 | | | 1.892232 | 5.069745 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    /cut6 |   4.121582   .8632865                     2.429571    5.813592
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 1

(sum of wgt is 414.0920281410217)
Iteration 0:   log likelihood = -462.70714
Iteration 1:   log likelihood = -427.25478
Iteration 2:   log likelihood =  -425.5719
Iteration 3:   log likelihood = -425.56829
Iteration 4:   log likelihood = -425.56829

Ordered logistic regression                     Number of obs =     414
                                                LR chi2(9)    =   74.28
                                                Prob > chi2   =  0.0000
Log likelihood = -425.56829                     Pseudo R2     =  0.0803

------------------------------------------------------------------------------
  avoidscale |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .2663822   .0614252     4.34   0.000     .145991    .3867734
      anykids |   .2374687   .2347227     1.01   0.312    -.2225794   .6975168
  naturalized |  -.2193642   .2758531    -0.80   0.426    -.7600264    .321298
         age |    .004147   .0972916     0.04   0.966    -.1865411   .1948351
       educ7 |  -.2275309   .0742862    -3.06   0.002    -.3731292   -.0819326
        male |   .5301625   .2285678     2.32   0.020     .0821779   .9781471
     mexican |  -.3957433   .2529008    -1.56   0.118    -.8914198   .0999331
     yearsusa |  -.0211727    .008832    -2.40   0.017    -.038483   -.0038624
    knowsundoc |   .3023729   .2347007     1.29   0.198    -.1576321   .7623779
-------------+----------------------------------------------------------------
       /cut1 |   .4530108   .5442043                    -.6136101   1.519632
       /cut2 |   1.382463   .5502712                     .3039514   2.460975
       /cut3 |   1.889005   .5562018                     .7988696   2.979141
       /cut4 |   2.48807    .5660015                     1.378727   3.597412
       /cut5 |   3.721402   .6206584                     2.504934   4.93787
       /cut6 |   4.915062   .7779449                     3.390318   6.439806
------------------------------------------------------------------------------


------------------------------------------------------------------------------------
------------------------------------------------------------------------------------
-> sanctuary = 2

(sum of wgt is 249.8662976622581)
Iteration 0:   log likelihood =  -328.844
Iteration 1:   log likelihood = -302.73748
Iteration 2:   log likelihood = -301.72414
Iteration 3:   log likelihood = -301.72105
Iteration 4:   log likelihood = -301.72105

Ordered logistic regression                     Number of obs =     251
                                                LR chi2(9)    =   54.25
                                                Prob > chi2   =  0.0000
Log likelihood = -301.72105                     Pseudo R2     =  0.0825

------------------------------------------------------------------------------
  avoidscale |  Coefficient  Std. err.      z    P>|z|     [95% conf. interval]
-------------+----------------------------------------------------------------
  worryscale |   .4232686   .0832663     5.08   0.000     .2600697   .5864675
      anykids |   .4729728   .2996538     1.58   0.114    -.1143377   1.060283
  naturalized |  -.4096402   .2987162    -1.37   0.170    -.9951132   .1758329
         age |  -.0828034   .1305613    -0.63   0.526    -.338699   .1730921
       educ7 |   .1094108   .0800194     1.37   0.172    -.0474244    .266246
        male |  -.1689083   .2707135    -0.62   0.533    -.6994971   .3616804
     mexican |   .4293619   .3231666     1.33   0.184    -.204033   1.062757
     yearsusa |   -.006736   .0125307    -0.54   0.591    -.0312957   .0178237
    knowsundoc |   .4324067   .3007332     1.44   0.150    -.1570196   1.021833
-------------+----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
/cut1 |   2.301548    .6978078              .9338703    3.669227
/cut2 |   2.969658    .7101437              1.577802    4.361514
/cut3 |   3.685514    .7255629              2.263437    5.107591
/cut4 |    4.24212     .738884              2.793934    5.690306
/cut5 |   4.877076    .7591633              3.389143    6.365009
/cut6 |   5.354322    .7824222              3.820803    6.887842
-----------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
.
. *** TABULATIONS ***
.
. tab avoidscale worryscale [aw=weight], col nof
```

| avoidscale | worryscale 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 85.12 | 82.48 | 73.23 | 77.54 | 53.45 | 40.49 | 35.77 | 67.54 |
| 1 | 7.45 | 9.46 | 11.34 | 11.07 | 15.43 | 15.99 | 19.62 | 12.23 |
| 2 | 3.84 | 3.31 | 2.81 | 4.34 | 13.99 | 16.39 | 15.15 | 7.53 |
| 3 | 2.41 | 0.00 | 5.29 | 4.01 | 4.18 | 15.44 | 13.21 | 5.24 |
| 4 | 0.55 | 3.54 | 2.33 | 2.54 | 5.51 | 10.41 | 8.91 | 3.92 |
| 5 | 0.00 | 0.00 | 3.10 | 0.50 | 2.25 | 1.28 | 5.02 | 1.70 |
| 6 | 0.64 | 1.20 | 1.90 | 0.00 | 5.18 | 0.00 | 2.31 | 1.86 |
| Total | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
. tab avoidscale worryscale [aw=weight] if anykids==0, col nof
```

| avoidscale | worryscale 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 90.06 | 82.82 | 79.36 | 83.30 | 56.48 | 46.13 | 42.00 | 74.79 |
| 1 | 3.00 | 9.04 | 11.66 | 9.89 | 14.39 | 4.20 | 20.14 | 9.74 |
| 2 | 4.42 | 1.33 | 0.00 | 1.56 | 17.80 | 15.95 | 16.76 | 6.39 |
| 3 | 2.52 | 0.00 | 5.31 | 0.00 | 2.43 | 11.13 | 3.02 | 2.86 |
| 4 | 0.00 | 4.80 | 0.00 | 4.17 | 3.33 | 18.57 | 12.79 | 3.54 |
| 5 | 0.00 | 0.00 | 1.76 | 1.08 | 1.47 | 4.01 | 1.66 | 1.08 |
| 6 | 0.00 | 2.01 | 1.90 | 0.00 | 4.11 | 0.00 | 3.64 | 1.60 |
| Total | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
. tab avoidscale worryscale [aw=weight] if anykids==1, col nof
```

| avoidscale | worryscale 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 78.67 | 81.98 | 67.78 | 72.62 | 51.35 | 37.86 | 32.31 | 61.16 |
| 1 | 13.27 | 10.09 | 11.05 | 12.08 | 16.16 | 21.50 | 19.33 | 14.43 |
| 2 | 3.09 | 6.29 | 5.31 | 6.72 | 11.35 | 16.60 | 14.26 | 8.53 |
| 3 | 2.25 | 0.00 | 5.26 | 7.44 | 5.40 | 17.45 | 18.88 | 7.32 |
| 4 | 1.26 | 1.64 | 4.41 | 1.14 | 7.03 | 6.60 | 6.76 | 4.25 |
| 5 | 0.00 | 0.00 | 4.29 | 0.00 | 2.79 | 0.00 | 6.88 | 2.24 |
| 6 | 1.47 | 0.00 | 1.89 | 0.00 | 5.93 | 0.00 | 1.57 | 2.08 |
| Total | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
. tab avoidscale worryscale [aw=weight] if natural==0, col nof
```

| avoidscale | worryscale 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 74.07 | 73.26 | 68.71 | 80.13 | 50.38 | 45.21 | 28.39 | 60.10 |
| 1 | 13.37 | 13.39 | 10.75 | 10.76 | 15.71 | 15.24 | 23.39 | 14.32 |
| 2 | 2.65 | 4.77 | 4.02 | 2.19 | 14.43 | 12.38 | 16.02 | 8.24 |
| 3 | 6.65 | 0.00 | 5.42 | 3.64 | 4.80 | 14.36 | 12.29 | 6.50 |
| 4 | 1.51 | 5.27 | 2.57 | 3.28 | 6.88 | 11.13 | 10.16 | 5.43 |
| 5 | 0.00 | 0.00 | 5.29 | 0.00 | 1.56 | 1.68 | 6.68 | 2.47 |
| 6 | 1.76 | 3.31 | 3.24 | 0.00 | 6.24 | 0.00 | 3.08 | 2.93 |
| Total | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
. tab avoidscale worryscale [aw=weight] if natural==1, col nof
```

| avoidscale | worryscale 0 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | 91.39 | 87.77 | 79.63 | 73.99 | 59.31 | 25.57 | 58.03 | 77.02 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
      1 |    4.09     7.20    12.18    11.49    14.91    18.35     8.28 |    9.56
      2 |    4.52     2.48     1.10     7.30    13.16    29.08    12.53 |    6.62
      3 |    0.00     0.00     5.10     4.52     2.99    18.87    15.99 |    3.62
      4 |    0.00     2.55     2.00     1.52     2.90     8.14     5.17 |    1.98
      5 |    0.00     0.00     0.00     1.18     3.56     0.00     0.00 |    0.71
      6 |    0.00     0.00     0.00     0.00     3.17     0.00     0.00 |    0.49
----------+------------------------------------------------------------------+----------
  Total |  100.00   100.00   100.00   100.00   100.00   100.00   100.00 |  100.00

. tab avoidscale worryscale [aw=weight] if anyraid==0, col nof

 Q q

.
. ** TWO WAY **
. * KIDS BY NON CITZ
. bysort natural: tab avoidscale worryscale [aw=weight] if anykids==0, col nof

-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> naturalized = 0

            |                            worryscale
avoidscale |      0        1        2        3        4        5        6 |    Total
----------+------------------------------------------------------------------+----------
      0 |   83.31    65.93    80.90    76.89    44.24    44.33    30.19 |   63.91
      1 |    4.14    17.19     9.51    15.53    17.77     4.96    23.68 |   13.09
      2 |    3.32     4.13     0.00     2.72    20.46    10.93    17.30 |    8.12
      3 |    9.23     0.00     3.06     0.00     3.75    13.14     4.98 |    4.24
      4 |    0.00     6.52     0.00     4.86     5.15    21.91    15.13 |    5.54
      5 |    0.00     0.00     3.14     0.00     2.28     4.73     2.74 |    1.87
      6 |    0.00     6.22     3.39     0.00     6.36     0.00     5.99 |    3.23
----------+------------------------------------------------------------------+----------
  Total |  100.00   100.00   100.00   100.00   100.00   100.00   100.00 |  100.00


-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> naturalized = 1

            |                            worryscale
avoidscale |      0        1        2        3        4        5        6 |    Total
----------+------------------------------------------------------------------+----------
      0 |   92.60    90.86    77.41    91.92    78.88    56.13    60.23 |   85.53
      1 |    2.57     5.16    14.40     2.30     8.20     0.00    14.68 |    6.43
      2 |    4.83     0.00     0.00     0.00    12.93    43.87    15.92 |    4.68
      3 |    0.00     0.00     8.19     0.00     0.00     0.00     0.00 |    1.50
      4 |    0.00     3.99     0.00     3.25     0.00     0.00     9.16 |    1.56
      5 |    0.00     0.00     0.00     2.53     0.00     0.00     0.00 |    0.30
----------+------------------------------------------------------------------+----------
  Total |  100.00   100.00   100.00   100.00   100.00   100.00   100.00 |  100.00

. bysort natural: tab avoidscale worryscale [aw=weight] if anykids==1, col nof

-------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------
-> naturalized = 0

            |                            worryscale
avoidscale |      0        1        2        3        4        5        6 |    Total
----------+------------------------------------------------------------------+----------
      0 |   67.17    81.58    58.73    82.84    54.56    45.69    27.66 |   57.40
      1 |   20.26     9.09    11.76     6.77    14.31    20.91    23.27 |   15.20
      2 |    2.15     5.49     7.32     1.75    10.34    13.18    15.50 |    8.33
      3 |    4.72     0.00     7.35     6.70     5.51    15.03    15.26 |    8.10
      4 |    2.63     3.84     4.68     1.95     8.06     5.18     8.14 |    5.35
      5 |    0.00     0.00     7.05     0.00     1.07     0.00     8.29 |    2.90
      6 |    3.07     0.00     3.11     0.00     6.16     0.00     1.89 |    2.72
----------+------------------------------------------------------------------+----------
  Total |  100.00   100.00   100.00   100.00   100.00   100.00   100.00 |  100.00
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> naturalized = 1

           |                              worryscale
avoidscale |     0       1       2       3       4       5       6  |    Total
-----------+--------------------------------------------------------+----------
         0 | 89.18   82.28   81.84   58.23   45.05   17.83   55.19  |   67.19
         1 |  6.87   10.83    9.95   19.56   19.81   22.99    0.00  |   13.18
         2 |  3.95    6.89    2.19   13.71   13.33   25.34    8.15  |    8.86
         3 |  0.00    0.00    2.02    8.49    5.18   23.64   36.66  |    6.07
         4 |  0.00    0.00    3.99    0.00    5.01   10.20    0.00  |    2.48
         5 |  0.00    0.00    0.00    0.00    6.15    0.00    0.00  |    1.17
         6 |  0.00    0.00    0.00    0.00    5.48    0.00    0.00  |    1.05
-----------+--------------------------------------------------------+----------
     Total | 100.00  100.00  100.00  100.00  100.00  100.00  100.00 |  100.00


.
. * KIDS BY RAIDS
. bysort anyraid: tab avoidscale worryscale [aw=weight] if anykids==0, col nof

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> anyraid = 0

           |                              worryscale
avoidscale |     0       1       2       3       4       5       6  |    Total
-----------+--------------------------------------------------------+----------
         0 | 91.79   86.48   84.06   83.01   60.11   31.13   48.31  |   78.08
         1 |  2.55    6.85   11.13    9.27   11.62    7.48    8.36  |    7.93
         2 |  3.76    0.00    0.00    2.99   14.74   21.91   20.82  |    5.84
         3 |  1.91    0.00    2.11    0.00    2.12   10.29    0.00  |    1.75
         4 |  0.00    3.83    0.00    2.66    5.03   22.05   14.84  |    3.37
         5 |  0.00    0.00    1.31    2.07    2.23    7.14    2.40  |    1.32
         6 |  0.00    2.84    1.40    0.00    4.17    0.00    5.27  |    1.71
-----------+--------------------------------------------------------+----------
     Total | 100.00  100.00  100.00  100.00  100.00  100.00  100.00 |  100.00

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> anyraid = 1

           |                              worryscale
avoidscale |     0       1       2       3       4       5       6  |    Total
-----------+--------------------------------------------------------+----------
         0 | 83.49   74.02   54.37   83.62   49.35   65.37   27.92  |   66.63
         1 |  4.72   14.28   14.52   10.56   19.82    0.00   46.43  |   14.24
         2 |  6.93    4.54    0.00    0.00   23.80    8.31    7.69  |    7.74
         3 |  4.86    0.00   22.39    0.00    3.03   12.22    9.76  |    5.64
         4 |  0.00    7.16    0.00    5.83    0.00   14.11    8.20  |    3.94
         5 |  0.00    0.00    4.15    0.00    0.00    0.00    0.00  |    0.48
         6 |  0.00    0.00    4.57    0.00    4.00    0.00    0.00  |    1.33
-----------+--------------------------------------------------------+----------
     Total | 100.00  100.00  100.00  100.00  100.00  100.00  100.00 |  100.00


. bysort anyraid: tab avoidscale worryscale [aw=weight] if anykids==1, col nof

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
-> anyraid = 0

           |                              worryscale
avoidscale |     0       1       2       3       4       5       6  |    Total
-----------+--------------------------------------------------------+----------
         0 | 79.50   85.73   74.71   74.90   64.28   60.44   44.62  |   71.34
         1 | 13.90    8.49    9.23   11.91   10.40   15.38   17.36  |   11.84
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
    2 |     0.92      5.78      3.92      7.19      7.50     15.67     13.09 |     6.30
    3 |     1.92      0.00      3.98      6.01      6.03      4.61     13.12 |     4.68
    4 |     1.74      0.00      4.08      0.00      6.75      3.91      7.54 |     3.32
    5 |     0.00      0.00      1.10      0.00      1.31      0.00      4.27 |     0.82
    6 |     2.02      0.00      2.98      0.00      3.73      0.00      0.00 |     1.69
------------+--------------------------------------------------------------------+----------
 Total |   100.00    100.00    100.00    100.00    100.00    100.00    100.00 |   100.00
```

```
------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------
-> anyraid = 1
```

```
            |                           worryscale
avoidscale |      0         1         2         3         4         5         6 |    Total
------------+--------------------------------------------------------------------+----------
    0 |    76.48     71.08     55.79     68.82     40.68     15.01     22.17 |    46.85
    1 |    11.61     14.72     14.21     12.37     20.92     27.69     20.95 |    18.05
    2 |     8.79      7.79      7.72      5.93     14.52     17.54     15.22 |    11.67
    3 |     3.12      0.00      7.48      9.84      4.87     30.44     23.63 |    11.03
    4 |     0.00      6.41      4.99      3.04      7.26      9.32      6.12 |     5.55
    5 |     0.00      0.00      9.81      0.00      4.00      0.00      9.04 |     4.22
    6 |     0.00      0.00      0.00      0.00      7.74      0.00      2.86 |     2.62
------------+--------------------------------------------------------------------+----------
 Total |   100.00    100.00    100.00    100.00    100.00    100.00    100.00 |   100.00
```

```
.
. * NON-CITZ BY RAIDS
. bysort anyraid: tab avoidscale worryscale [aw=weight] if natural==0, col nof
```

```
------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------
-> anyraid = 0
```

```
            |                           worryscale
avoidscale |      0         1         2         3         4         5         6 |    Total
------------+--------------------------------------------------------------------+----------
    0 |    71.94     77.28     76.77     79.68     61.15     51.83     40.39 |    67.67
    1 |    15.93     14.36     11.27     10.74     11.16     10.65     13.46 |    12.22
    2 |     1.98      3.66      2.02      3.65      8.19     15.67     17.89 |     6.36
    3 |     5.62      0.00      2.93      4.09      5.27      7.49      7.73 |     4.61
    4 |     2.10      0.00      1.27      1.84      7.88     11.56     12.18 |     4.67
    5 |     0.00      0.00      2.09      0.00      1.75      2.79      4.90 |     1.61
    6 |     2.45      4.70      3.65      0.00      4.60      0.00      3.47 |     2.85
------------+--------------------------------------------------------------------+----------
 Total |   100.00    100.00    100.00    100.00    100.00    100.00    100.00 |   100.00
```

```
------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------
-> anyraid = 1
```

```
            |                           worryscale
avoidscale |      0         1         2         3         4         5         6 |    Total
------------+--------------------------------------------------------------------+----------
    0 |    79.52     63.77     47.28     80.80     38.45     35.22     16.44 |    47.75
    1 |     6.85     11.12      9.35     10.81     20.75     22.18     33.27 |    17.75
    2 |     4.36      7.39      9.36      0.00     21.35      7.41     14.16 |    11.31
    3 |     9.27      0.00     12.04      2.97      4.28     24.72     16.84 |     9.57
    4 |     0.00     17.72      6.04      5.43      5.77     10.47      8.14 |     6.67
    5 |     0.00      0.00     13.81      0.00      1.35      0.00      8.46 |     3.88
    6 |     0.00      0.00      2.13      0.00      8.05      0.00      2.68 |     3.05
------------+--------------------------------------------------------------------+----------
 Total |   100.00    100.00    100.00    100.00    100.00    100.00    100.00 |   100.00
```

```
. bysort anyraid: tab avoidscale worryscale [aw=weight] if natural==1, col nof
```

```
------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------
```

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
-> anyraid = 0
```

|              |        |        |        | worryscale |        |        |        |        |
|-------------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|
| avoidscale   | 0      | 1      | 2      | 3      | 4      | 5      | 6      | Total  |
| 0            | 94.38  | 91.07  | 83.95  | 76.16  | 64.01  | 40.17  | 59.98  | 83.21  |
| 1            | 2.72   | 3.77   | 8.84   | 10.92  | 10.75  | 26.95  | 12.70  | 7.00   |
| 2            | 2.90   | 1.68   | 1.48   | 8.14   | 16.44  | 32.88  | 13.77  | 5.71   |
| 3            | 0.00   | 0.00   | 3.02   | 2.62   | 1.90   | 0.00   | 5.62   | 1.46   |
| 4            | 0.00   | 3.49   | 2.70   | 0.00   | 2.30   | 0.00   | 7.93   | 1.80   |
| 5            | 0.00   | 0.00   | 0.00   | 2.16   | 1.81   | 0.00   | 0.00   | 0.47   |
| 6            | 0.00   | 0.00   | 0.00   | 0.00   | 2.79   | 0.00   | 0.00   | 0.36   |
| Total        | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
-> anyraid = 1
```

|              |        |        |        | worryscale |        |        |        |        |
|-------------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|
| avoidscale   | 0      | 1      | 2      | 3      | 4      | 5      | 6      | Total  |
| 0            | 80.29  | 78.77  | 67.39  | 71.36  | 53.28  | 20.18  | 54.37  | 64.13  |
| 1            | 9.20   | 16.56  | 21.61  | 12.18  | 20.26  | 15.18  | 0.00   | 14.91  |
| 2            | 10.51  | 4.67   | 0.00   | 6.29   | 8.94   | 27.68  | 10.22  | 8.50   |
| 3            | 0.00   | 0.00   | 11.00  | 6.81   | 4.40   | 25.82  | 35.41  | 8.13   |
| 4            | 0.00   | 0.00   | 0.00   | 3.36   | 3.66   | 11.14  | 0.00   | 2.37   |
| 5            | 0.00   | 0.00   | 0.00   | 0.00   | 5.80   | 0.00   | 0.00   | 1.20   |
| 6            | 0.00   | 0.00   | 0.00   | 0.00   | 3.66   | 0.00   | 0.00   | 0.76   |
| Total        | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
.
. * KIDS BY RAIDS BY CITZ
. bysort anyraid: tab avoidscale worryscale [aw=weight] if anykids==0 & natural==1, col nof
```

```
-> anyraid = 0
```

|              |        |        |        | worryscale |        |        |        |        |
|-------------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|
| avoidscale   | 0      | 1      | 2      | 3      | 4      | 5      | 6      | Total  |
| 0            | 95.09  | 91.85  | 84.89  | 95.39  | 76.20  | 39.13  | 53.32  | 87.24  |
| 1            | 1.47   | 2.65   | 11.94  | 0.00   | 5.13   | 0.00   | 17.23  | 4.85   |
| 2            | 3.44   | 0.00   | 0.00   | 0.00   | 18.67  | 60.87  | 18.69  | 5.35   |
| 3            | 0.00   | 0.00   | 3.17   | 0.00   | 0.00   | 0.00   | 0.00   | 0.60   |
| 4            | 0.00   | 5.50   | 0.00   | 0.00   | 0.00   | 0.00   | 10.76  | 1.56   |
| 5            | 0.00   | 0.00   | 0.00   | 4.61   | 0.00   | 0.00   | 0.00   | 0.41   |
| Total        | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

```
-> anyraid = 1
```

|              |        |        |        | worryscale |        |        |        |        |
|-------------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|
| avoidscale   | 0      | 1      | 2      | 3      | 4      | 5      | 6      | Total  |
| 0            | 80.74  | 88.26  | 52.42  | 87.70  | 84.90  | 100.00 | 100.00 | 80.41  |
| 1            | 7.80   | 11.74  | 22.64  | 5.10   | 15.10  | 0.00   | 0.00   | 11.16  |
| 2            | 11.46  | 0.00   | 0.00   | 0.00   | 0.00   | 0.00   | 0.00   | 2.67   |
| 3            | 0.00   | 0.00   | 24.94  | 0.00   | 0.00   | 0.00   | 0.00   | 4.20   |
| 4            | 0.00   | 0.00   | 0.00   | 7.19   | 0.00   | 0.00   | 0.00   | 1.56   |
| Total        | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |

Appendix A: Auxiliary Data Tables From 2025 LINAS Analysis

```
. bysort anyraid: tab avoidscale worryscale [aw=weight] if anykids==1 & natural==0, col nof
```

---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
-> anyraid = 0

|            |       |       |       | worryscale |       |       |       |        |
| avoidscale |   0   |   1   |   2   |   3   |   4   |   5   |   6   | Total  |
|-----------|-------|-------|-------|-------|-------|-------|-------|--------|
| 0          | 65.16 | 80.36 | 68.32 | 83.83 | 71.49 | 62.25 | 38.75 | 67.57  |
| 1          | 23.07 | 12.24 | 12.14 | 6.98  | 6.96  | 11.26 | 20.36 | 12.92  |
| 2          | 0.00  | 7.40  | 4.56  | 2.57  | 3.99  | 17.16 | 15.35 | 6.34   |
| 3          | 3.98  | 0.00  | 4.86  | 6.62  | 7.15  | 5.05  | 11.69 | 5.92   |
| 4          | 3.60  | 0.00  | 2.87  | 0.00  | 7.80  | 4.28  | 8.84  | 4.06   |
| 5          | 0.00  | 0.00  | 1.96  | 0.00  | 0.00  | 0.00  | 5.01  | 0.99   |
| 6          | 4.19  | 0.00  | 5.30  | 0.00  | 2.62  | 0.00  | 0.00  | 2.21   |
| Total      | 100.00| 100.00| 100.00| 100.00| 100.00| 100.00| 100.00| 100.00 |

---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
-> anyraid = 1

|            |       |       |       | worryscale |       |       |       |        |
| avoidscale |   0   |   1   |   2   |   3   |   4   |   5   |   6   | Total  |
|-----------|-------|-------|-------|-------|-------|-------|-------|--------|
| 0          | 72.66 | 85.08 | 45.16 | 80.71 | 41.04 | 16.39 | 18.07 | 43.37  |
| 1          | 12.59 | 0.00  | 11.22 | 6.30  | 20.18 | 37.99 | 25.78 | 18.35  |
| 2          | 8.01  | 0.00  | 11.23 | 0.00  | 15.41 | 6.14  | 15.63 | 11.09  |
| 3          | 6.73  | 0.00  | 10.88 | 6.87  | 4.20  | 32.69 | 18.35 | 11.10  |
| 4          | 0.00  | 14.92 | 7.25  | 6.12  | 8.26  | 6.79  | 7.53  | 7.13   |
| 5          | 0.00  | 0.00  | 14.26 | 0.00  | 1.93  | 0.00  | 11.12 | 5.53   |
| 6          | 0.00  | 0.00  | 0.00  | 0.00  | 8.98  | 0.00  | 3.52  | 3.42   |
| Total      | 100.00| 100.00| 100.00| 100.00| 100.00| 100.00| 100.00| 100.00 |

**Appendix B:**

**Barreto CV July 2025**



## MATT A. BARRETO – BARRETOM@UCLA.EDU
### UNIVERSITY OF CALIFORNIA, LOS ANGELES, 3345 BUNCHE HALL, LOS ANGELES CA 90095 / 909.489.2955

**EMPLOYMENT:**

**Professor**, Political Science, University of California Los Angeles (2015 – present)
**Professor,** Chicana/o & Central American Studies, University of California Los Angeles (2015 – present)
**Lecturer,** School of Law, University of California Los Angeles (2018 – present)
**Co-Founder & Faculty Director**, UCLA Voting Rights Project (VRP) (2018 – present)
**Co-Founder & Faculty Director**, Latino Policy & Politics Institute (LPPI) (2017-2024)

Dept. Political Science, University of Washington
**Professor** (2014 – 2015)
**Associate Professor** (2009 – 2014)
**Assistant Professor** (2005 – 2009)
**Co-Founder & Director,** Washington Institute for the Study of Ethnicity and Race
**Founding Director,** Center for Democracy and Voting Rights, UW School of Law

Affiliated Research Centers

Chicano Studies Research Center (CSRC), University of California, Los Angeles

Center for the Study of Los Angeles (CSLA), Loyola Marymount University

**PERSONAL:**

Born: San Juan, Puerto Rico

High School: Washburn Rural HS, Topeka, KS

**EDUCATION:**

**Ph.D., Political Science**
University of California – Irvine
Sub Fields: American Politics / Race, Ethnicity and Politics / Methodology
Thesis: Ethnic Cues: The Role of Shared Ethnicity in Latino Political Participation
Thesis Committee: Bernard Grofman (chair), Louis DeSipio, Katherine Tate, Carole Uhlaner
Thesis Awards: *Ford Foundation Dissertation Fellowship for Minorities, 04-05*
        *University of California President's Dissertation Fellowship, 04-05*
        *University of California Institute for Mexico & the U.S. Dissertation Grant, 04-05*

**Master of Science, Social Science**
University of California – Irvine

**Bachelor of Science, Political Science**
Eastern New Mexico University, Portales, NM
Minor: English.  Cumulative GPA: 3.9, *Summa Cum Laude*

**M.A. BARRETO / UCLA / CURRICULUM VITAE / JULY 2025**

## PUBLICATION RECORD

Google Scholar citation indices:    Cites: 6,660    h-index: 39    i10-index: 72    i100-index: 19    Cites/year: 333

### BOOK MANUSCRIPTS:

Barreto, Matt and Christopher Parker. nd. The Great White Hope: Donald Trump, Race, and the Crisis of American Politics. Under Contract, University of Chicago Press. *expected Fall 2024*

Barreto, Matt and Gary Segura. 2014. Latino America: How America's Most Dynamic Population is Poised to Transform the Politics of the Nation. Public Affairs Books. (Sept)

Barreto, Matt and David Leal, editors. 2018. Race, Class, and Precinct Quality in American Cities. Springer Press.

Christopher Parker and Matt Barreto. 2013. Change They Can't Believe In: The Tea Party and Reactionary Politics in America. Princeton University Press. *Winner: APSA Best Book Award for Race, Ethnicity, Politics, 2014*

Barreto, Matt. 2010. Ethnic Cues: The Role of Shared Ethnicity in Latino Political Participation. University of Michigan Press

### PEER-REVIEWED ARTICLES

87. Rush, Tye, C. Jones, M. Herndon and MA Barreto. 2025. "Catalysts of Insurrection: How White Racial Antipathy Influenced Beliefs of Voter Fraud and Support for the January 6th Insurrection." *Journal of Race, Ethnicity and Politics.*

86. Haro-Ramos, AY, G Sanchez and MA Barreto. 2024. "Immigration Concerns and Social Program Avoidance: The Roles of Legal Status and Family Composition Among Asian and Latino Communities." *Journal of Migration and Health*, 100275

85. Rush, Tye, S. Hall and MA Barreto. 2024. "The Importance of Counting All Immigrants for Apportionment and Redistricting." *University of California Law Journal*, 75 (6)

84. Haro-Ramos, AY, G Sanchez and MA Barreto. 2024. "Health Care Discrimination and Immigration Fears: Unpacking COVID-19 Vaccine Hesitancy in Latino Adults." American *Journal of Public Health*, 114 (S6)

83. Vargas, Edward, Gabriel Sanchez, Barbara Gomez-Aguinaga, and Matt Barreto. 2024. "How Latinos' Perceptions of Environmental Health Threats Impact Policy Preferences." *Social Science Quarterly.* 105(1).

82. Leslie, GJ, T Rush, J Collins, MA Barreto. 2024. "Perceived racial efficacy and voter engagement among African Americans." *Politics, Groups, and Identities.* 12(4)

81. Barreto, Matt, Claudia Alegre, Isaiah Bailey, Alexandria Davis, Joshua Ferrer, Joyce Nguy, Christopher Palmisano, and Crystal Robertson. 2023. "Black Lives Matter and the Racialized Support for the January 6 Insurrection" *The Annals of the American Academy of Political and Social Science.*

80. Decter-Frain, A, P Sachdeva, L Collingwood, H Murayama, J Burke, MA Barreto, S Henderson, S Wood, J Zingher. 2023. "Comparing Methods for Estimating Demographics in Racially Polarized Voting Analyses" *Sociological Methods & Research.*

79. MA Barreto, M Cohen, L Collingwood, CW Dunn, S Waknin. 2022. "A Novel Method for Showing Racially Polarized Voting: Bayesian Improved Surname Geocoding" *New York University Review of Law & Social Change.*

78. MA Barreto, GR Sanchez, HL Walker. 2022. "Battling the Hydra: the disparate impact of voter ID requirements in North Dakota." *Journal of Race, Ethnicity, and Politics*, 1-22

77. M Roman, H Walker, M Barreto. 2022. "How Social Ties with Undocumented Immigrants Motivate Latinx Political Participation." *Political Research Quarterly*, 10659129211019473

76. Gomez-Aguinaga, Barbara, Ana Oaxaca, Matt Barreto, and Gabriel Sanchez. 2021. "Spanish-Language News Consumption and Latino Reactions to COVID-19" *International Journal of Environmental Research and Public Health.*

75. B Gomez-Aguinaga, GR Sanchez, MA Barreto. 2021. "Importance of State and Local Variation in Black–Brown Attitudes: How Latinos View Blacks and How Blacks Affect Their Views" *Journal of Race, Ethnicity, and Politics* 6 (1), 214-252

74. H Walker, M Roman, MA Barreto. 2020. "The Ripple Effect: The Political Consequences of Proximal Contact with Immigration Enforcement" *Journal of Race, Ethnicity and Politics* 5 (3), 537-572.

73. CW Dunn, MA Barreto, M Acevedo, M Cohen, S Waknin. Legal Theories to Compel Vote-by-Mail in Federal Court" *Calif. L. Rev.* 11, 166

72. Reny, Tyler and Matt A. Barreto. 2020. "Xenophobia in the time of pandemic: othering, anti-Asian attitudes, and COVID-19 " *Politics, Groups, and Identities*. 8(2).

71. Flores, Lucy and Matt A. Barreto. 2020. "Latina Voters: The key electoral force" *Journal of Cultural Marketing Strategy*. 4(2).

70. Frasure-Yokley, Lorrie, Janelle Wong, Edward Vargas and Matt A. Barreto 2020. "THE COLLABORATIVE MULTIRACIAL POST-ELECTION SURVEY (CMPS): BUILDING THE ACADEMIC PIPELINE THROUGH DATA ACCESS, PUBLICATION, AND NETWORKING OPPORTUNITIES" *PS: Political Science & Politics.* 53(1)

69. Barreto, Matt, Loren Collingwood, Sergio Garcia-Rios and Kassra Oskooii. 2019. "Estimating Candidate Support: Comparing Iterative EI and EI-RxC Methods" *Sociological Methods and Research*. 48(4).

68. Gonzalez-OBrien, Benjamin, Matt Barreto and Gabriel Sanchez. 2019. "They're All Out to Get Me! Assessing Inter-Group Competition Among Multiple Populations." *Politics, Groups and Identities*. 7(4).

67. Oskooii, Kassra, Karam Dana and Matt Barreto. 2019. "Beyond generalized ethnocentrism: Islam-specific beliefs and prejudice toward Muslim Americans." *Politics, Groups and Identities* 7(3)

66. Walker, Hannah, Marcel Roman and Matt Barreto. 2019. "The Direct and Indirect Effects of Immigration Enforcement on Latino Political Engagement." *UCLA Law Review.* 67.

65. Gutierrez, Angela, Angela Ocampo, Matt Barreto, and Gary Segura. 2019. "Somos Más : How Racial Threat and Anger Mobilized Latino Voters in the Trump Era" *Political Research Quarterly.* 72(4)

64. Chouhoud, Youssef, Karam Dana, and Matt Barreto. 2019. "American Muslim Political Participation: Between Diversity and Cohesion." *Politics and Religion.* 12(S3).

63. Barreto, Matt, Stephen Nuño, Gabriel Sanchez, and Hannah Walker. 2019. "Race, Class and Barriers to Voting in the 21st Century: The Unequal Impact of Voter ID Laws." *American Politics Research*

62. Barreto, Matt. 2018. "The cycle of under-mobilization of minority voters: A comment on 'Selective recruitment of voter neglect?'" *Journal of Race, Ethnicity, and Politics.* 3(1).

61. Ocampo, Angela, Karam Dana and Matt Barreto. 2018. "The American Muslim Voter: Community Belonging and Political Participation." *Social Science Research.* 69(4).

60. Barreto, Matt, Lorrie Frasure-Yokley, Edward Vargas, Janelle Wong. 2018. "Best practices in collecting online data with Asian, Black, Latino, and White respondents: evidence from the 2016 Collaborative Multiracial Post-election Survey." *Politics, Groups & Identities.* 6(1).

59. Barreto, Matt, Tyler Reny and Bryan Wilcox-Archuleta. 2017. "A debate about survey research methodology and the Latina/o vote: why a bilingual, bicultural, Latino-centered approach matters to accurate data." *Aztlán: A Journal of Chicano Studies.* 42(2).

M.A. Barreto / UCLA / Curriculum Vitae / July 2025

58. Barreto, Matt and Gary Segura.  2017. "Understanding Latino Voting Strength in 2016 and Beyond: Why Culturally Competent Research Matters." *Journal of Cultural Marketing Strategy*. 2:2

57. Dana, Karam, Bryan Wilcox-Archuleta and Matt Barreto.  2017. "The Political Incorporation of Muslims in America: The Mobilizing Role of Religiosity in Islam." *Journal of Race, Ethnicity & Politics*.

56. Collingwood, Loren, Kassra Oskooii, Sergio Garcia-Rios, and Matt Barreto.  2016. "eiCompare: Comparing Ecological Inference Estimates across EI and EI: RxC." *The R Journal*. 8:2 (Dec).

55. Garcia-Rios, Sergio I. and Matt A. Barreto. 2016. "Politicized Immigrant Identity, Spanish-Language Media, and Political Mobilization in 2012" *RSF: The Russell Sage Foundation Journal of the Social Sciences*, 2(3): 78-96.

54. Barreto, Matt, Collingwood, Loren, Christopher Parker, and Francisco Pedraza.  2015. "Racial Attitudes and Race of Interviewer Item Non-Response." *Survey Practice*. 8:3.

53. Barreto, Matt and Gary Segura 2015. "Obama y la seducción del voto Latino." *Foreign Affairs Latinoamérica*. 15:2 (Jul).

52. Barreto, Matt and Loren Collingwood 2015. "Group-based appeals and the Latino vote in 2012: How immigration became a mobilizing issue." *Electoral Studies*. 37 (Mar).

51. Collingwood, Loren, Matt Barreto and Sergio García-Rios. 2014. "Revisiting Latino Voting: Cross-Racial Mobilization in the 2012 Election" *Political Research Quarterly*. 67:4 (Sep).

50. Bergman, Elizabeth, Gary Segura and Matt Barreto. 2014. "Immigration Politics and Electoral Consequences: Anticipating the Dynamics of Latino Vote in the 2014 Election" *California Journal of Politics and Policy*. (Feb)

49. Barreto, Matt and Sergio García-Rios. 2012. "El poder del voto latino en Estados Unidos en 2012" *Foreign Affairs Latinoamérica*. 12:4 (Nov).

48. Collingwood, Loren, Matt Barreto and Todd Donovan. 2012. "Early Primaries, Viability and Changing Preferences for Presidential Candidates." *Presidential Studies Quarterly*. 42:1(Mar).

47. Barreto, Matt, Betsy Cooper, Ben Gonzalez, Chris Towler, and Christopher Parker. 2012. "The Tea Party in the Age of Obama: Mainstream Conservatism or Out-Group Anxiety?." *Political Power and Social Theory*. 22:1(Jan).

46. Dana, Karam, Matt Barreto and Kassra Oskoii. 2011. "Mosques as American Institutions: Mosque Attendance, Religiosity and Integration into the American Political System." *Religions*. 2:2 (Sept).

45. Barreto, Matt, Christian Grose and Ana Henderson. 2011. "Redistricting: Coalition Districts and the Voting Rights Act." *Warren Institute on Law and Social Policy*. (May)

44. Barreto, Matt and Stephen Nuño. 2011. "The Effectiveness of Co-Ethnic Contact on Latino Political Recruitment." *Political Research Quarterly*. 64 (June). 448-459.

43. Garcia-Castañon, Marcela, Allison Rank and Matt Barreto. 2011 "Plugged in or tuned out? Youth, Race, and Internet Usage in the 2008 Election." *Journal of Political Marketing*. 10:2 115-138.

42. Barreto, Matt, Victoria DeFrancesco, and Jennifer Merolla 2011 "Multiple Dimensions of Mobilization: The Impact of Direct Contact and Political Ads on Latino Turnout in the 2000 Presidential Election." *Journal of Political Marketing*. 10:1

41. Barreto, Matt, Loren Collingwood, and Sylvia Manzano. 2010. "Measuring Latino Political Influence in National Elections" *Political Research Quarterly*. 63:4 (Dec)

40. Barreto, Matt, and Francisco Pedraza. 2009. "The Renewal and Persistence of Group Identification in American Politics."  *Electoral Studies*. 28 (Dec) 595-605

39. Barreto, Matt and Dino Bozonelos. 2009. "Democrat, Republican, or None of the Above? Religiosity and the Partisan Identification of Muslim Americans" *Politics & Religion* 2 (Aug). 1-31

38. Barreto, Matt, Sylvia Manzano, Ricardo Ramírez and Kathy Rim. 2009. "Immigrant Social Movement Participation: Understanding Involvement in the 2006 Immigration Protest Rallies." *Urban Affairs Review*. 44: (5) 736-764

37. Grofman, Bernard and Matt Barreto. 2009. "A Reply to Zax's (2002) Critique of Grofman and Migalski (1988): Double Equation Approaches to Ecological Inferences." *Sociological Methods and Research*. 37 (May)

36. Barreto, Matt, Stephen Nuño and Gabriel Sanchez. 2009. "The Disproportionate Impact of Voter-ID Requirements on the Electorate – New Evidence from Indiana." *PS: Political Science & Politics*. 42 (Jan)

35. Barreto, Matt, Luis Fraga, Sylvia Manzano, Valerie Martinez-Ebers, and Gary Segura. 2008. "Should they dance with the one who brung 'em? Latinos and the 2008 Presidential election" *PS: Political Science & Politics*. 41 (Oct).

34. Barreto, Matt, Mara Marks and Nathan Woods. 2008. "Are All Precincts Created Equal? The Prevalence of Low- Quality Precincts in Low-Income and Minority Communities." *Political Research Quarterly*. 62

33. Barreto, Matt. 2007. "*Sí Se Puede!* Latino Candidates and the Mobilization of Latino Voters." *American Political Science Review*. 101 (August): 425-441.

32. Barreto, Matt and David Leal. 2007. "Latinos, Military Service, and Support for Bush and Kerry in 2004." *American Politics Research*. 35 (March): 224-251.

31. Barreto, Matt, Mara Marks and Nathan Woods. 2007. "Homeownership: Southern California's New Political Fault Line?" *Urban Affairs Review*. 42 (January). 315-341.

30. Barreto, Matt, Matt Streb, Fernando Guerra, and Mara Marks. 2006. "Do Absentee Voters Differ From Polling Place Voters? New Evidence From California." *Public Opinion Quarterly*. 70 (Summer): 224-34.

29. Barreto, Matt, Fernando Guerra, Mara Marks, Stephen Nuño, and Nathan Woods. 2006. "Controversies in Exit Polling: Implementing a racially stratified homogenous precinct approach." *PS: Political Science & Politics*. 39 (July) 477-83.

28. Barreto, Matt, Ricardo Ramírez, and Nathan Woods. 2005. "Are Naturalized Voters Driving the California Latino Electorate? Measuring the Impact of IRCA Citizens on Latino Voting." *Social Science Quarterly*. 86 (December): 792-811.

27. Barreto, Matt. 2005. "Latino Immigrants at the Polls: Foreign-born Voter Turnout in the 2002 Election." *Political Research Quarterly*. 58 (March): 79-86.

26. Barreto, Matt, Mario Villarreal and Nathan Woods. 2005. "Metropolitan Latino Political Behavior: Turnout and Candidate Preference in Los Angeles." *Journal of Urban Affairs*. 27(February): 71-91.

25. Leal, David, Matt Barreto, Jongho Lee and Rodolfo de la Garza. 2005. "The Latino Vote in the 2004 Election." *PS: Political Science & Politics*. 38 (January): 41-49.

24. Marks, Mara, Matt Barreto and Nathan Woods. 2004. "Harmony and Bliss in LA? Race and Racial Attitudes a Decade After the 1992 Riots." *Urban Affairs Review*. 40 (September): 3-18.

23. Barreto, Matt, Gary Segura and Nathan Woods. 2004. "The Effects of Overlapping Majority-Minority Districts on Latino Turnout." *American Political Science Review*. 98 (February): 65-75.

22. Barreto, Matt and Ricardo Ramírez. 2004. "Minority Participation and the California Recall: Latino, Black, and Asian Voting Trends 1990 – 2003." *PS: Political Science & Politics*. 37 (January): 11-14.

21. Barreto, Matt and José Muñoz. 2003. "Reexamining the 'politics of in-between': political participation among Mexican immigrants in the United States." *Hispanic Journal of Behavioral Sciences*. 25 (November): 427-447.

20. Barreto, Matt. 2003. "National Origin (Mis)Identification Among Latinos in the 2000 Census: The Growth of the "Other Hispanic or Latino" Category." *Harvard Journal of Hispanic Policy*. 15 (June): 39-63.

*Edited Volume Book Chapters*

19. Barreto, Matt and Gary Segura. 2020. "Latino Reaction and Resistance to Trump: Lessons learned from Pete Wilson and 1994." In Raul Hinojosa and Edward Telles (eds.) <u>Equitable Globalization: Expanding Bridges, Overcoming Walls</u>. Oakland: University of California Press.

18. Barreto, Matt, Albert Morales and Gary Segura. 2019. "The Brown Tide and the Blue Wave in 2018" In Larry Sabato, Kyle Kondik, Geoffrey Skelley (eds.) <u>The Blue Wave</u>.  New York: Rowman & Littlefield.

17. Gutierrez, Angela, Angela Ocampo and Matt Barreto. 2018. "Obama's Latino Legacy: From Unknown to Never Forgotten" In Andrew Rudalevige and Bert Rockman (eds.) <u>The Obama Legacy</u>. Lawrence, KS: University of Kansas Press.

16. Barreto, Matt, Thomas Schaller and Gary Segura. 2017. "Latinos and the 2016 Election: How Trump Lost Latinos on Day 1" In Larry Sabato, Kyle Kondik, Geoffrey Skelley (eds.) <u>Trumped: The 2016 Election that Broke All the Rules</u>.  New York: Rowman & Littlefield.

15. Walker, Hannah, Gabriel Sanchez, Stephen Nuño, Matt Barreto 2017. "Race and the Right to Vote: The Modern Barrier of Voter ID Laws" In Todd Donovan (ed.) <u>Election Rules and Reforms</u>. New York: Rowman & Littlefield.

14. Barreto, Matt and Christopher Parker. 2015. "Public Opinion and Reactionary Movements: From the Klan to the Tea Party" In Adam Berinsky (ed.) <u>New Directions in Public Opinion</u>. 2nd edition. New York: Routledge Press.

13. Barreto, Matt and Gabriel Sanchez. 2014. "A 'Southern Exception' in Black-Latino Attitudes?." In Anthony Affigne, Evelyn Hu-Dehart, Marion Orr (eds.) <u>Latino Politics en Ciencia Política</u>. New York: New York University Press.

12. Barreto, Matt, Ben Gonzalez, and Gabriel Sanchez. 2014. "Rainbow Coalition in the Golden State? Exposing Myths, Uncovering New Realities in Latino Attitudes Towards Blacks." In Josh Kun and Laura Pulido (eds.) <u>Black and Brown in Los Angeles: Beyond Conflict and Coalition</u>. Berkeley, CA: University of California Press.

11. Barreto, Matt, Loren Collingwood, Ben Gonzalez, and Christopher Parker. 2011. "Tea Party Politics in a Blue State:  Dino Rossi and the 2010 Washington Senate Election" In William Miller and Jeremy Walling (eds.) <u>Stuck in the Middle to Lose: Tea Party Effects on 2010 U.S. Senate Elections</u>. Rowman & Littlefield Publishing Group.

10. Jason Morin, Gabriel Sanchez and Matt Barreto. 2011. "Perceptions of Competition Between Latinos and Blacks: The Development of a Relative Measure of Inter-Group Competition." In Edward Telles, Gaspar Rivera-Salgado and Mark Sawyer (eds.) <u>Just Neighbors? Research on African American and Latino Relations in the US</u>. New York: Russell Sage Foundation.

9. Grofman, Bernard, Frank Wayman and Matt Barreto. 2009. "Rethinking partisanship: Some thoughts on a unified theory." In John Bartle and Paolo Bellucci (eds.) <u>Political Parties and Partisanship: Social identity and individual attitudes</u>. New York: Routledge Press.

8. Barreto, Matt, Ricardo Ramírez, Luis Fraga and Fernando Guerra. 2009. "Why California Matters: How California Latinos Influence the Presidential Election." In Rodolfo de la Garza, Louis DeSipio and David Leal (eds.) <u>Beyond the Barrio: Latinos in the 2004 Elections</u>. South Bend, ID: University of Notre Dame Press.

7. Francisco Pedraza and Matt Barreto. 2008. "Exit Polls and Ethnic Diversity: How to Improve Estimates and Reduce Bias Among Minority Voters." In Wendy Alvey and Fritz Scheuren (eds.) <u>Elections and Exit Polling</u>. Hoboken, NJ: Wiley and Sons.

6. Adrian Pantoja, Matt Barreto and Richard Anderson. 2008. "Politics *y la Iglesia*: Attitudes Toward the Role of Religion in Politics Among Latino Catholics" In Michael Genovese, Kristin Hayer and Mark J. Rozell (eds.) <u>Catholics and Politics</u>. Washington, D.C: Georgetown University Press..

5. Barreto, Matt. 2007. "The Role of Latino Candidates in Mobilizing Latino Voters: Revisiting Latino Vote Choice." In Rodolfo Espino, David Leal and Kenneth Meier (eds.) <u>Latino Politics: Identity, Mobilization, and Representation</u>. Charlottesville: University of Virginia Press.

4. Abosch, Yishaiya, Matt Barreto and Nathan Woods. 2007. "An Assessment of Racially Polarized Voting For and Against Latinos Candidates in California."  In Ana Henderson (ed.) Voting Rights Act Reauthorization of 2006: Perspectives on Democracy, Participation, and Power:. Berkeley, CA: UC Berkeley Public Policy Press.

3. Barreto, Matt and Ricardo Ramírez. 2005. "The Race Card and California Politics: Minority Voters and Racial Cues in the 2003 Recall Election." In Shaun Bowler and Bruce Cain (eds.) Clicker Politics: Essays on the California Recall. Englewood-Cliffs: Prentice-Hall.

2. Barreto, Matt and Nathan Woods.  2005. "The Anti-Latino Political Context and its Impact on GOP Detachment and Increasing Latino Voter Turnout in Los Angeles County."  In Gary Segura and Shawn Bowler (eds.) Diversity in Democracy: Minority Representation in the United States. Charlottesville: University of Virginia Press.

1. Pachon, Harry, Matt Barreto and Frances Marquez. 2004. "Latino Politics Comes of Age in the Golden State."  In Rodolfo de la Garza and Louis DeSipio (eds.)  Muted Voices: Latino Politics in the 2000 Election. New York: Rowman & Littlefield

M.A. BARRETO / UCLA / CURRICULUM VITAE / JULY 2025

### *RESEARCH AWARDS AND FELLOWSHIPS*

| | | |
|---|---|---|
| Apr 2025 | Haas Jr. Foundation<br>UCLA Voting Rights Project | *$325,000 – 24 months* |
| Apr 2025 | Levi Strauss Foundation<br>UCLA Voting Rights Project [With Sonni Waknin] | *$150,000 – 24 months* |
| Jan 2024 | Four Freedoms Foundation<br>UCLA Voting Rights Project [With Sonni Waknin] | *$105,000 – 12 months* |
| Jan 2023 | Open Societies Foundation<br>UCLA Voting Rights Project [With Arturo Vargas Bustamante] | *$2,500,000 – 36 months* |
| Jan 2022 | California Secretary of State<br>UCLA Voting Rights Project [With Michael Rios] | *$550,000 – 12 months* |
| June 2020 | WK Kellogg Foundation<br>UCLA Latino Policy & Politics Initiative [With Sonja Diaz] | *$2,500,000 – 24 months* |
| June 2020 | Casey Family Foundation<br>UCLA Latino Policy & Politics Initiative [With Sonja Diaz] | *$900,000 – 18 months* |
| Aug 2018 | Provost Initiative for Voting Rights Research<br>UCLA Latino Policy & Politics Initiative [With Chad Dunn] | *$90,000 – 24 months* |
| April 2018 | Democracy Fund & Wellspring Philanthropic<br>UCLA Latino Policy & Politics Initiative [With Sonja Diaz] | *$200,000 – 18 months* |
| March 2018 | AltaMed California<br>UCLA Latino Policy & Politics Initiative [With Sonja Diaz] | *$250,000 – 12 months* |
| Dec 2017 | California Community Foundation<br>UCLA Latino Policy & Politics Initiative [With Sonja Diaz] | *$100,000 – 12 months* |
| July 2013 | Ford Foundation<br>UW Center for Democracy and Voting Rights | *$200,000 – 12 months* |
| April 2012 | American Values Institute [With Ben Gonzalez]<br>Racial Narratives and Public Response to Racialized Moments | *$40,000 – 3 months* |
| Jan 2012 | American Civil Liberties Union Foundation [With Gabriel Sanchez]<br>Voter Identification Laws in Wisconsin | *$60,000 – 6 months* |
| June 2011 | State of California Citizens Redistricting Commission<br>An Analysis of Racial Bloc Voting in California Elections | *$60,000 – 3 months* |
| Apr 2011 | Social Science Research Council (SSRC) [With Karam Dana]<br>Muslim and American? A national conference on the political and social<br>incorporation of American Muslims | *$50,000 – 18 months* |
| Jan 2011 | impreMedia [With Gary Segura]<br>Latino public opinion tracking poll of voter attitudes in 2011 | *$30,000 – 6 months* |
| Oct 2010 | National Council of La Raza (NCLR) [With Gary Segura]<br>Measuring Latino Influence in the 2010 Elections | *$128,000 – 6 months* |

M.A. BARRETO / UCLA / CURRICULUM VITAE / JULY 2025

*RESEARCH GRANTS AND FELLOWSHIPS CONTINUED…*

| | | |
|---|---|---|
| Oct 2010 | We Are America Alliance (WAAA) [With Gary Segura]<br>Latino and Asian American Immigrant Community Voter Study | *$79,000 – 3 months* |
| May 2010 | National Council of La Raza (NCLR) [With Gary Segura]<br>A Study of Latino Views Towards Arizona SB1070 | *$25,000 – 3 months* |
| Apr 2010 | Social Science Research Council (SSRC) [With Karam Dana]<br>Muslim and American? The influence of religiosity in Muslim political incorporation | *$50,000 – 18 months* |
| Oct 2009 | American Association of Retired Persons (AARP) [With Gary Segura]<br>Health care reform and Latino public opinion | *$25,000 – 3 months* |
| Nov 2008 | impreMedia & National Association of Latino Elected Officials (NALEO)<br>[With Gary Segura] 2008 National Latino Post-Election Survey, Presidential Election | *$46,000 – 3 months* |
| July 2008 | National Association of Latino Elected Officials (NALEO) [With Gary Segura]<br>Latino voter outreach survey – an evaluation of Obama and McCain | *$72,000 – 3 months* |
| June 2008 | The Pew Charitable Trusts, Make Voting Work Project<br>[with Karin MacDonald and Bonnie Glaser] Evaluating Online Voter Registration<br>(OVR) Systems in Arizona and Washington | *$220,000 – 10 months* |
| April 2008 | National Association of Latino Elected Officials (NALEO) &<br>National Council of La Raza (NCLR), 2008 Latino voter messaging survey | *$95,000 – 6 months* |
| Dec. 2007 | Research Royalty Fund, University of Washington<br>2008 Latino national post-election survey | *$39,000 – 12 months* |
| Oct. 2007 | Brenan Center for Justice, New York University<br>[with Stephen Nuño and Gabriel Sanchez]  Indiana Voter Identification Study | *$40,000 – 6 months* |
| June 2007 | National Science Foundation, Political Science Division [with Gary Segura]<br>American National Election Study – Spanish translation and Latino oversample | *$750,000 – 24 months* |
| Oct. 2006 | University of Washington, Vice Provost for Undergraduate Education<br>Absentee voter study during the November 2006 election in King County, WA | *$12,000 – 6 months* |
| Mar. 2006 | Latino Policy Coalition Public Opinion Research Grant [with Gary Segura]<br>Awarded to the Washington Institute for the Study of Ethnicity and Race | *$40,000 – 18 months* |
| 2005 – 2006 | University of Washington, Institute for Ethnic Studies, Research Grant | *$8,000 – 12 months* |
| Mar. 2005 | Thomas and Dorothy Leavey Foundation Grant [with Fernando Guerra]<br>Conduct Exit Poll during Los Angeles Mayoral Election, Mar. 8 & May 17, 2005<br>Awarded to the Center for the Study of Los Angeles | *$30,000 – 6 months* |
| 2004 – 2005 | Ford Foundation Dissertation Fellowship for Minorities | *$21,000 – 12 months* |
| 2004 – 2005 | University of California President's Dissertation Fellowship | *$14,700 – 9 months* |
| 2004 – 2005 | University of California Mexico-US (UC MEXUS) Dissertation Grant | *$12,000 – 9 months* |
| Apr – 2004 | UC Regents pre-dissertation fellowship, University of California, Irvine, | *$4,700 – 3 months* |
| 2003 – 2004 | Thomas and Dorothy Leavey Foundation Grant [with Fernando Guerra]<br>Awarded to the Center for the Study of Los Angeles | *$20,000 – 12 months* |

**M.A. BARRETO / UCLA / CURRICULUM VITAE / JULY 2025**

| | | |
|---|---|---|
| 2002 – 2003 | Ford Foundation Grant on Institutional Inequality [with Harry Pachon]<br>Conducted longitudinal study of Prop 209 on Latino and Black college admittance<br>Awarded to Tomás Rivera Policy Institute | *$150,000 – 12 months* |
| 2002 – 2003 | Haynes Foundation Grant on Economic Development [with Louis Tornatzky]<br>Knowledge Economy in the Inland Empire region of Southern California<br>Awarded to Tomás Rivera Policy Institute | *$150,000 – 18 months* |
| 2001 – 2002 | William F Podlich Graduate Fellowship, Center for the Study of Democracy,<br>University of California, Irvine | *$24,000 – 9 months* |

### *EXPERT REPORTS:*

- Orange County, NY, 2024, Newburgh town council, under NYVRA

- Florida 2024, State Senate districts, *Nord Hodges v. Passidomo and Byrd*

- North Carolina 2024, *North Carolina NAACP v. Hirsch*, SB 824 Voter ID law

- North Carolina 2023, State Senate redistricting, *Democracy Project II.  Pierce v. NC State Board of Elections*

- Dodge City, Kansas 2022-23, city redistricting, *Coca et al. vs. Dodge City, KS.*

- Florida 2022-23, Statewide redistricting, *Common Cause et al. vs. Byrd*

- Galveston County, Texas 2022-23, county redistricting, *Petteway et al. v. Galveston County, TX.*

- Benton, Chelan, Yakima counties signature rejection, 2022-23, *Reyes et al. v. Chilton et al.*

- San Juan County, New Mexico 2022-23, county redistricting, *Navajo Nation v. San Juan County, NM*

- Texas Statewide redistricting, 2022, *LULAC v. Abbott* (on behalf of Mexican American Legislative Caucus)

- Franklin County, WA, 2021-22, county redistricting, rebuttal expert for Plaintiffs, *Portugal et al. vs. Franklin County*

- Texas Statewide redistricting, 2021-22, *Brooks v. Abbott* Senate District 10 (Tarrant County)

- Baltimore County Council, 2021-22, *NAACP v. Baltimore County*, (on behalf of NAACP and ACLU-MD)

- Maryland Office of Attorney General, 2021-22, racially polarized voting analysis as part of statewide redistricting

- Pennsylvania House Democrats, 2021-22, racially polarized voting analysis as part of statewide redistricting

- Washington State Senate Democrats, 2021-22, racially polarized voting analysis as part of statewide redistricting

- City of San Jose, 2021, racially polarized voting analysis as part of city redistricting

- Santa Clara County, 2021, racially polarized voting analysis as part of county redistricting

- Pennsylvania, 2020, Boockvar v. Trump, Expert for Intervenors, (Perkins Coie) related to voter intimidation

- Missouri, 2020, Missouri NAACP vs. State of Missouri, Expert for plaintiffs related to vote by mail

- Georgia, 2020, Black Voters Matter vs. Raffesnsperger, Expert for plaintiffs related to vote by mail

- New York, 2019, Expert for NYAG New York v. U.S. Immigration and Customs Enforcement 1:19-cv-08876

- North Carolina, 2019, Expert for Plaintiffs in North Carolina voter ID lawsuit, NAACP v. Cooper

- East Ramapo CSD, 2019, Expert for Plaintiffs in Section 2 VRA lawsuit, assessed polarized voting

- New York, 2018, Expert for Plaintiffs in Census Citizenship Lawsuit, New York v. U.S. Dept of Commerce (also an expert related cases: *California v. Ross* and *Kravitz v. Dept of Commerce*)

- Dallas County, TX, 2017, Expert for Defense in Section 2 VRA lawsuit, Harding v. Dallas County

- Kansas, 2016, Expert for Plaintiffs in Kansas voter registration lawsuit, Fish v. Kobach 2:16-cv-02105-JAR

- North Dakota, 2015, Expert for Plaintiffs in North Dakota voter ID lawsuit, Brakebill v. Jaeger 1:16-cv-00008-CSM

- Alabama, 2015, Expert for Plaintiffs in Alabama voter ID lawsuit, Birmingham Ministries v. State of Alabama 2:15-cv-02193-LSC

- Texas, 2014, Testifying Expert for Plaintiffs in Texas voter ID lawsuit, Veasey v. Perry 2:13-cv-00193

- Galveston County, TX Redistricting, 2013, Expert report for Dunn & Brazil, LLC, Demographic analysis, vote dilution analysis, and racially polarized voting analysis for Section 2 lawsuit Galveston County JP/Constable districting

- Pasadena, TX Redistricting, 2013, Expert report for Dunn & Brazil, LLC, Demographic analysis, voter registration analysis, and racially polarized voting analysis for Section 2 lawsuit within Pasadena School District

- Harris County, TX Redistricting, 2011, Testifying Expert for Dunn & Brazil, LLC, Demographic analysis, voter registration analysis, and racially polarized voting analysis for Section 2 lawsuit within Harris County

- Pennsylvania, 2012, Testifying Expert for ACLU Foundation of Pennsylvania in voter ID lawsuit, Applewhite v. Commonwealth of Pennsylvania No. 330 MD 2012

- Milwaukee County, WI, 2012, Testifying Expert for ACLU Foundation of Wisconsin in voter ID lawsuit, Frank v. Walker 2:11-cv-01128(LA)

- Orange County, FL, 2012, Consulting Expert for Latino Justice/PRLDEF, Racially polarized voting analysis in Orange County, Florida

- Anaheim, CA, 2012, Consulting Expert for Goldstein, Demchak & Baller Legal, Racially polarized voting analysis for CVRA redistricting case Anaheim, CA

- Los Angeles County, CA, 2011, Consulting Expert for Goldstein, Demchak & Baller Legal, Racially polarized voting analysis for three redistricting cases in L.A.: Cerritos Community College Board; ABC Unified Schools; City of West Covina

- Harris County, TX Redistricting, 2011, Consulting Expert for Dunn & Brazil, LLC, Demographic analysis, voter registration analysis, for Section 5 objection within Harris County

- Monterey County, CA Redistricting, 2011, Consulting Expert for City of Salinas, Demographic analysis, creation of alternative maps, and racially polarized Voting analysis within Monterey County

- Los Angeles County Redistricting Commission, 2011, Consulting Expert for Supervisor Gloria Molina, Racially Polarized voting analysis within L.A. County

- State of California, Citizens Redistricting Commission, 2011, Consulting Expert, Racially Polarized Voting analysis throughout state of California

- Asian Pacific American Legal Center, 2011, Racially Polarized Voting analysis of Asian American candidates in Los Angeles for APALC redistricting brief

- Lawyers' Committee for Civil Rights and Arnold & Porter, LLP, 2010-12, Racially Polarized Voting analysis of Latino and Asian candidates in San Mateo County, concerning San Mateo County Board of Supervisors

- ACLU of Washington, 2010-11, preliminary analysis of Latino population patterns in Yakima, Washington, to assess ability to draw majority Latino council districts

- State of Washington, 2010-11, provided expert analysis and research for *State of Washington v. MacLean* in case regarding election misconduct and voting patterns

- Los Angeles County Chicano Employees Association, 2008-10, Racially Polarized Voting analysis of Latino candidates in L.A. County for VRA case, concerning L.A. County Board of Supervisors redistricting (6 reports issued 08-10)

- Brennan Center for Justice and Fried, Frank, Harris, Shriver & Jacobson LLP, 2009-10 Amicus Brief submitted to Indiana Supreme Court, *League of Women Voters v. Rokita*, regarding access to voter identification among minority and lower resource citizens

- State of New Mexico, consulting expert for state in *AAPD v. New Mexico*, 2008,

- District of Columbia Public Schools (DCPS), statistical consultant for survey methodology of opinion survey of parents in DCPS district (for pending suit), 2008,

- Brennan Center for Justice, 2007-08, Amicus Brief submitted to U.S. Supreme Court, and cited in Supreme Court decision, *Crawford v. Marion County*, regarding access to voter identification among minority and lower-resource citizens

- Los Angeles County Chicano Employees Association, 2002-07, Racially Polarized Voting analysis of Latino candidates in L.A. County for VRA case, concerning L.A. County Board of Supervisors redistricting (12 + reports issued during 5 years)

- Monterrey County School Board, 2007, demographic and population analysis for VRA case

- Sweetwater Union School District, 2007-08, Racially Polarized Voting analysis, and demographic and population analysis for VRA case

- Mexican American Legal Defense Fund, 2007-08, Racially Polarized Voting analysis for Latino candidates, for City of Whittier city council races, for VRA case

- ACLU of Washington, 2008, preliminary analysis of voting patterns in Eastern Washington, related to electability of Latino candidates

- Nielsen Media Research, 2005-08, with Willie C. Velasquez Institute, assessed the methodology of Latino household recruitment in Nielsen sample

| | | |
|---|---|---|
| ***TEACHING EXPERIENCE:*** | UCLA & UW | 2005 – Present |

- Minority Political Behavior (Grad Seminar)
- Politics of Immigration in the U.S. (Grad Seminar)
- Introduction to Empirical/Regression Analysis (Grad Seminar)
- Advanced Empirical/Regression Analysis (Grad Seminar)
- Qualitative Research Methods (Grad Seminar)
- Political Participation & Elections (Grad Seminar)
- The Voting Rights Act (Law School seminar)
- Research methodology II  (Law School Ph.D. program seminar)
- U.S. Latino Politics
- Racial and Ethnic Politics in the U.S.
- Politics of Immigration in the U.S.
- Introduction to American Government
- Public Opinion Research
- Campaigns and Elections in the U.S.
- Presidential Primary Elections

**Teaching Assistant**
University of California, Irvine                                              2002 – 2005

- Intro to American Politics (K. Tate)
- Intro to Minority Politics (L. DeSipio)
  **Recognized as Outstanding Teaching Assistant, Winter 2002**
- Statistics and Research Methods (B. Grofman)
  **Recognized as Outstanding Teaching Assistant, Winter 2003**

***BOARD & RESEARCH APPOINTMENTS***

**Founder and President**
Barreto Segura Partners (BSP) Research, LLC                    2021 - Present

**Founding Partner**
Latino Decisions                                                              2007 – 2020

**Board of Advisors**
American National Election Study, University of Michigan       2010 – 2017

**Advisory Board**
States of Change: Demographics & Democracy Project            2014 – 2021
*CAP, AEI, Brookings Collaborative Project*

**Research Advisor**
American Values Institute / Perception Institute               2009 – 2014

**Expert Consultant**
State of California, Citizens Redistricting Committee          2011 – 2012

**Senior Scholar & Advisory Council**
Latino Policy Coalition, San Francisco, CA                    2006 – 2008

**Board of Directors**
CASA Latina, Seattle, WA                                      2006 – 2009

**Faculty Research Scholar**
Tomás Rivera Policy Institute, University of Southern California   1999 – 2009

M.A. Barreto / UCLA / Curriculum Vitae / July 2025

### *PHD STUDENTS*

**Committee Chair or Co-Chair**
- Francisco I. Pedraza – University of California, Riverside (UW Ph.D. 2009)
- Loren Collingwood – University of California, Riverside (UW Ph.D. 2012)
- Betsy Cooper – Public Religion Research Institute, Washington DC (UW Ph.D. 2014)
- Sergio I. Garcia-Rios – Cornell University (UW Ph.D. 2015)
- Hannah Walker – Rutgers University (UW Ph.D. 2016)
- Kassra Oskooii – University of Delaware (UW Ph.D. 2016)
- Angela Ocampo – Arizona State University (UCLA Ph.D. 2018)
- Ayobami Laniyonu – University of Toronto (UCLA Ph.D. 2018)
- Bryan Wilcox-Archuleta – Facebook Analytics (UCLA 2019)
- Tyler Reny – Claremont Graduate University (UCLA 2020)
- Adria Tinin – Environmental Policy Analyst (UCLA Ph.D. 2020)
- Angie Gutierrez – University of Texas (UCLA Ph.D. 2021)
- Vivien Leung – Bucknell University (UCLA Ph.D. 2021)
- Marcel Roman – Harvard University (UCLA Ph.D. 2021)
- Ana Oaxaca – University of Texas (UCLA Ph.D. 2022)
- Estefania Castañeda-Perez – University of Pennsylvania (UCLA Ph.D. 2022)
- Tye Rush - University of California, Davis (UCLA Ph.D. 2023)
- Shakari Byerly-Nelson – *in progress* (UCLA)
- Jessica Cobian – *in progress* (UCLA)
- Michael Herndon – *in progress* (UCLA)

**Committee Member**
- Alexandra Davis – *in progress* (UCLA, 2025)
- Erik Hanson – University of Southern California (UCLA Ph.D. 2022)
- Joy Wilke – Director of Polling, Blue Labs (UCLA Ph.D. 2021)
- Christine Slaughter – Boston University (UCLA Ph.D. 2021)
- Barbara Gomez-Aguinaga – University of Nebraska (UNM Ph.D. 2020)
- Bang Quan Zheng – Florida International University (UCLA Ph.D. 2020)
- Jessica Stewart – Emory University (UCLA Ph.D. 2018)
- Jonathan Collins – Brown University (UCLA Ph.D., 2017)
- Lisa Sanchez – University of Arizona (UNM Ph.D., 2016)
- Nazita Lajevardi – Michigan State University (UC San Diego Ph.D., 2016)
- Kiku Huckle – Pace University (UW Ph.D. 2016)
- Patrick Rock (Social Psychology) – (UCLA Ph.D. 2016)
- Raynee Gutting – Loyola Marymount University (Stony Brook Ph.D. 2015)
- Christopher Towler – Sacramento State University (UW Ph.D. 2014)
- Benjamin F. Gonzalez – San Diego State University (UW Ph.D. 2014)
- Marcela Garcia-Castañon – San Francisco State University (UW Ph.D. 2013)
- Justin Reedy (Communications) – University of Oklahoma (UW Ph.D. 2012)
- Dino Bozonelos – Cal State San Marcos (UC Riverside Ph.D. 2012)
- Brandon Bosch – University of Nebraska (UW Ph.D. 2012)
- Karam Dana (Middle East Studies) – UW Bothell (UW Ph.D. 2010)
- Lauren Goldstein (Social Psychology) – *in progress* (UCLA)