# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:25-cv-10139 |
| | : |
| DONALD J. TRUMP, *et al.*, | : |
| | : |
| Defendants. | : <br> : |

**SUPPLEMENTAL DECLARATION OF SHELLEY LAPKOFF**

I, Shelley Lapkoff, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am a Senior Demographer at National Demographics Corporation (NDC), which I joined in 2023. Founded in 1979, NDC is a firm dedicated to providing research and analysis services on demographic, districting, and redistricting issues to a variety of governmental and nongovernmental clients. At NDC, as I have for more than 30 years, I specialize in conducting demographic and political redistricting analyses. Within the field of demography, my area of expertise is applied demography, which includes the analysis of client and third-party data, such as Census Bureau counts and estimates, data from state, federal and local governments, and data from other research organizations.

2. Prior to joining NDC, I earned a Ph.D. in Demography in 1988 and an M.A. in Economics from the University of California, Berkeley in 1984. I received a B.A. with Honors in Economics from the University of Maryland, College Park, in 1976. While in graduate school, I founded my own demographic consulting firm, Lapkoff Demographic Research

1

(LDR), in 1985, which provided consulting services and demographic analyses to government and nongovernmental clients. In 1992, LDR subsequently became Lapkoff & Gobalet Demographic Research, Inc. (LDGR). And just recently, in 2023, LDGR merged with NDC. Additionally, I have taught Applied Demography and presented seminars in the U.C. Berkeley Demography Department. I have also been active in the Population Association of America (PAA) and have been Chair of the PAA Committee on Applied Demography.

3. I served as one of the principals of LDGR from its inception until joining NDC. As President of LGDR and as a Senior Demographer with NDC, I have conducted and overseen many demographic research projects. As a consultant and practitioner of applied demographics, I help diverse types of clients. The work includes developing new methods (including mathematical models) to forecast population and housing occupancy; assembling and analyzing demographic data; evaluating demographic trends; preparing written reports on the findings; and making presentations on a variety of matters.

4. At LGDR and now NDC, I have worked with more than 20 school districts, including the large San Francisco and Oakland Unified School Districts, many cities, special districts, and county boards of supervisors. National-level clients have included non-profits (Girl Scouts of the United States, United Way Worldwide) and the U.S. Department of Justice. These projects have often used client and third-party data, such as Census Bureau American Community Survey data, data from state and federal government (especially birth data from the National Center for Health Statistics), and from research organizations like Pew Research Center.

5. I have worked with dozens of clients providing political redistricting services after the 1990, 2000, 2010, and 2020 decennial Censuses. These types of demographic and redistricting

2

analyses have required expert use of Census data, including the American Community Survey, and Geographic Information Systems (GIS) software.

6. Over the years, I have served as an expert witness in several cases that involved demographic analyses, including cases regarding racial and disability discrimination, housing discrimination against households with children, evaluations of school desegregation plans, political redistricting that conforms to civil rights legislation and court decisions, and developer fee justifications for school districts, among others.

7. Attached as **Exhibit 1** is a copy of my curriculum vitae listing my full experience, prior publications, and cases where I have submitted a declaration or participated as a consultant.

## Scope of Work and Findings

8. For purposes of determining the possible impact of an order narrowing the nationwide injunction of Executive Order 14160, concerning birthright citizenship, NDC was retained by the State of New Jersey to estimate the quantity of people who move from states that are neither plaintiffs in the *New Jersey v. Trump* (Case No. 1:25-cv-10139) litigation nor in the similar *Washington v. Trump* (Case No. 2:25-cv-00127) litigation ("non-plaintiff states") into all states that are plaintiffs in the *New Jersey v. Trump* ("plaintiff states"),[1] and if possible, to indicate non-citizenship status of movers with children.

9. To conduct this analysis, we used the American Community Survey (ACS) Public Use Microdata Set (PUMS). This data set is publicly available to download from the U.S. Census

---

[1] The non-plaintiff states are Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, New Hampshire, North Dakota, Ohio, Oklahoma, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, West Virginia, and Wyoming. The plaintiff states are California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Rhode Island, Vermont, and Wisconsin.

3

Bureau.[2] The latest year of data is for 2023. The PUMS data tables are designed for researchers to download the data and construct their own tables.

10. We counted the number of non-citizen adults who moved in the prior year from a non-plaintiff state to a plaintiff state and who have at least one child under the age of 18 in the household.

11. In 2023, for **California**, the total number of non-citizen adults with at least one related child in the household who moved from a non-plaintiff state was 6,585.

12. In 2023, for **Massachusetts**, the total number of non-citizen adults with at least one related child in the household who moved from a non-plaintiff state was 2,324.

13. In 2023, for **New Jersey**, the total number of non-citizen adults with at least one related child in the household who moved from a non-plaintiff state was 2,182.

14. In 2023, considering **all plaintiff states combined**, the number of non-citizen adults with a related child in the household moving from all non-plaintiff states was 26,916.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15 day of July, 2025, in Oakland, California

_____
Shelley Lapkoff, Ph.D., Senior Demographer
National Demographics Corporation

---

[2] https://www.census.gov/programs-surveys/acs/microdata/access.html Accessed 7/14/2025.

# EXHIBIT 1

## TO LAPKOFF

## DECLARATION

## **Curriculum Vitae for Shelley Lapkoff**

**Shelley Lapkoff, Ph.D.**
**Demographer**
National Demographics Corporation/Lapkoff & Gobalet Demographic Research, Inc.
SLapkoff@NDCResearch.com

Senior Demographer at National Demographics Corporation since 2023. President and Principal, Lapkoff & Gobalet Demographic Research, Inc., since 1992, and founder and owner of Lapkoff Demographic Research before that. In 2023, National Demographics Corporation and Lapkoff & Gobalet Demographic Research, Inc. merged.

Lecturer, *University of California, Berkeley,* Demography Department, 1995 and 2001.

**Education and Honors**

Ph.D.    Demography, *University of California, Berkeley*, 1988

M.A.     Economics, *University of California, Berkeley*

A.B.     Economics, With Honors, *University of Maryland*

Guest Lecturer, Business School, University of California, Berkeley

NICHHD Training Grant, University of California, Berkeley, 1984-86

University of California Graduate Fellowship, 1982-84


**Professional Experience**

Dr. Lapkoff has provided demographic services to school districts, cities, and other local government agencies since 1985. In 1989 she founded Lapkoff Demographic Research, and since 1992 she has been the President and a Principal of Lapkoff & Gobalet Demographic Research, Inc. In 2023, her company merged with National Demographics Corporation (NDC), and she became Senior Demographer at NDC.

She has provided consulting and research services to local government agencies throughout the San Francisco Bay Area and California. Also, she has served as an expert witness to the U.S. Department of Housing and Urban Development, and the U.S. Department of Justice. She has provided expert testimony in several court cases involving political redistricting, school desegregation, developer fee challenges, and housing discrimination. Most recently, she provided expert demographic testimony on the lawsuit regarding birthright citizenship. Dr. Lapkoff is recognized as a national leader in the field of school district demography, and she is a past Chair of the Applied Demography Committee of the Population Association of America.

**Papers and Professional Presentations**

*Political Districting*

"Who Must Elect by District in California? A Demographer's Perspective on Methods for Assessing Racially Polarized Voting," with Shelley Lapkoff. Chapter 18 in *Emerging Techniques in Applied Demography,* Hoque, M. Nazrul, Potter, Lloyd B. (Eds.), 2015.

"How much is enough and how much is too much?  Measuring Hispanic political strength for redistricting purposes," with Jeanne Gobalet, 2012 Population Association of America Annual Meeting.

"Voting Rights Act Issues in Political Redistricting," with Jeanne Gobalet, 1993 Population Association of America Annual Meeting.

Invited Speaker, "Demographers and the Legal System," International Conference on Applied Demography, Bowling Green University, 1992.

"Changing from At-large to District Election of Trustees in Two California Community College Districts: A Study of Contrasts," with Jeanne G. Gobalet, *Applied Demography*, August 1991.

*School and Child Demography*

"Who Attends Private Schools?" with Magali Barbieri and Jeanne Gobalet, 2014 Applied Demography Conference, San Antonio, TX.

"Measuring Variations in Private School Enrollment Rates Using ACS Estimates," with Magali Barbieri and Jeanne Gobalet, 2014 American Community Survey Users Conference, Washington, DC.

"Five Trends for Schools," Educational Leadership, March 2007, Volume 64, No. 6, Association for Supervision and Curriculum Development (with Rose Maria Li).

"Studies in Applied Demography," Session Organizer at the 2006 Population Association of America Annual Meeting.

"California's Changing Demographics: How New Population Trends Can Affect Your District," 2004 California School Boards Association Annual Meeting.

Panelist, "School Demography" session, 2004 Southern Demographic Association Annual Meeting.

"Where Have All the Children Gone?" Poster, 2004 Population Association of America Annual Meeting.

"Using Child-Adult Ratios for Estimating Census Tract Populations," 1996 Population Association of America Annual Meeting.

"How to Figure Kids," *American Demographics*, January 1994.

"Neighborhood Life Cycles," 1994 Population Association of America Annual Meeting.

"Enrollment Projections for School Districts," *Applied Demography*, Spring 1993.

"Projecting Births in a California School District," 1993 Population Association of America Annual Meeting.

"School District Demography," Session Organizer and Chair, 1994 Population Association of America Annual Meeting.

"School District Demography," Roundtable Luncheon Organizer, 1992 Population Association of America Annual Meeting.

"National Demographic Trends," presentation to the National Association of Business Economists, 1990.

"Demographic Trends and Long-range Enrollment Forecasting," presentation at the Redwood Leadership Institute, Sonoma County, California, 1990.

"Projections of Student Enrollment in the Pleasanton Unified School District," 1989 Population Association of America Annual Meeting.

### *General Demography*

"Forecast of Emeritus Faculty/Staff Households on a University Campus," with Jeanne Gobalet, 2000 Population Association of America Annual Meeting.

"Communicating Results: Practical Approaches Suited to Decision-Oriented Audiences," Panelist. 2000 Population Association of America Annual Meeting.

"Fiscal Impacts of Demographic Change: Focus on California," Session Organizer and Chair. 1995 Population Association of America Annual Meeting.

Discussant for "Evaluating the Accuracy of Population Estimates and Projections," 1992 Population Association of America Annual Meeting.

"Intergenerational Flows of Time and Goods: Consequences of Slowing Population Growth," with Ronald Lee, *Journal of Political Economy*, March 1988.

"A Research Note on Keyfitz' 'The Demographics of Unfunded Pension'," *European Journal of Population*, July 1991.

"Pay-as-you-go Retirement Systems in Nonstable Populations," Working Paper, U.C. Berkeley Demography Group, 1985.

"Assessing Long-run Migration Policy as a Solution to the Old Age Dependency Problem," paper presented at the 1985 Population Association of America Annual Meeting