# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW JERSEY, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, *et al.*, | : |
| Defendants. | : |

**<u>DECLARATION OF LAUREL LUCIA</u>**

I, Laurel Lucia, declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Deputy Executive Director of Programs at the Center for Labor Research and Education, Institute for Research on Labor and Employment, at the University of California, Berkeley.[1] I have worked at the Center since 2009. I was a Policy Analyst from 2009 to 2015, the Healthcare Program Manager from 2015 to 2017, and the Healthcare Program Director from 2017 to 2025. I began my role as the Deputy Executive Director of Programs in 2025.

3.      I received a Master's in Public Policy from UC Berkeley and a Bachelor's in Public Policy from Stanford University. Prior to obtaining my Master's degree, I was a Healthcare Analyst at Kaiser Permanente for three years.

---

[1] I am providing this declaration in my independent capacity and not as an employee of the University of California, Berkeley.

4.      My research has focused on healthcare policy, with a particular focus on the Affordable Care Act (ACA), Medicaid, uninsured rates, and health care access for immigrants. I have authored and co-authored numerous articles, policy briefs, blog posts, and op-eds on healthcare policy. Attached hereto as Exhibit A is a true and complete copy of my curriculum vitae, which includes a list of all of my recent published work.

5.      That work has included research on the Healthy San Francisco program that makes health care services more available and affordable for uninsured San Francisco residents.

### The Birthright Citizenship Decision

6.      I am aware that the instant case involves plaintiff States' challenge to Executive Order 14160, which seeks to deny birthright citizenship to certain U.S.-born children based on the immigration status of their parents. I am further aware that the district court in this case issued a preliminary injunction on behalf of the plaintiffs which enjoined Executive Order 14160 nationwide. The Supreme Court considered but ultimately did not rule on the scope of the district court's injunction in the consolidated case *Trump v. CASA* and instead remanded the question to the lower courts for further proceedings.

7.      I understand that the federal government has proposed two potential narrower alternative injunctions: (1) that covered children born in or who move into plaintiff states will be considered citizens; or (2) covered children who live in or move into plaintiff states will not be considered citizens but will be eligible for federal benefits.

### Impact on City- and County-Operated Hospitals and County Health Care Programs

8.      Assuming that some immigrant families who decide to live in California as a result of the decision are eligible for Medi-Cal (the California-run Medicaid program) but decide not to

enroll due to concerns about potential deportation, California will have more uninsured children and parents.

9.      An increase in uninsured children and parents in the state will result in an increase in uncompensated care for California's 28 city- and county-operated hospitals, including Zuckerberg San Francisco General Hospital and Trauma Center and Laguna Honda Hospital and Rehabilitation Center, both of which are operated by the city and county of San Francisco. These 28 hospitals are part of city- and county-operated health systems that include general acute care hospitals, psychiatric health facilities, Long Term Care emphasis hospitals, Federally Qualified Health Centers, other clinics, and other provider types.

10.     The increase in uninsured children and parents will also result in increased costs to county indigent care programs. California counties have a responsibility under state law to provide care to low-income uninsured "medically indigent" residents who have no other options.[2] Counties fulfill that obligation in a range of ways. One example is the Healthy San Francisco program that makes health care services more available and affordable for uninsured San Francisco residents.

11.     Hospitals in city- and county-operated health systems serve a disproportionate share of uninsured patients. In 2023, these hospitals had 16 percent of all discharges of uninsured patients in the state, and 23 percent of the discharges of patients enrolled in county indigent programs, compared to 7 percent of all patient discharges in the state, based on my analysis of discharge data reported by hospitals to the state.[3]

12.     Additionally, uninsured non-citizens often rely on safety net providers as their usual source of health care. Data from the UCLA Center for Health Policy Research, California Health

---

[2] Deborah Kelch, Locally Sourced: The Crucial Role of Counties in the Health of Californians, California Health Care Foundation, October 2015.
[3] California Department of Health Care Access and Information, Hospital Inpatient - Characteristics by Facility (Pivot Profile), 2023,

Interview Survey from 2022 through 2023 shows that uninsured non-citizens reported using community clinics, government clinics, and community hospitals as their usual source of care at a higher rate than their low-income U.S.-born citizen counterparts.

### Impact on University of California Hospitals

13.     In my opinion, the increase in uninsured patients will also result in an increase in uncompensated care for the University of California (UC) Health system, which includes approximately 17 acute care hospitals, many outpatient clinics including several Federally Qualified Health Centers, and other health care entities.

14.     Some UC Health facilities are located in regions in which immigrants make up a large share of the county population such as Los Angeles (33 percent) and San Francisco (34 percent), according to 2023 American Community Survey 5-year estimates.

### Research on Medicaid's Financial Impacts on Hospitals

15.     The increase in uninsured children and parents due to this decision is likely to cause financial harm for hospitals. The inverse occurred under the Affordable Care Act (ACA) Medicaid expansion, which has been associated with positive impacts on the financial status of health care providers due to the decrease in uninsured patients.

16.     Research has found that the expansion of Medicaid under the ACA and the resulting decrease in uninsured patients was associated with decreased uncompensated care for hospitals.[4] One study found that Medicaid expansion was associated with lower likelihood of hospital closures.[5]

---

[4] Meghana Ammula and Madeline Guth, KFF, What Does the Recent Literature Say About Medicaid Expansion?: Economic Impacts on Providers, January 18, 2023.
[5] Richard C. Lindrooth et al., Understanding The Relationship Between Medicaid Expansions And Hospital Closures, *Health Affairs* 37(1), January 2018.

17.    Due to the ACA Medi-Cal expansion that began in 2014, California hospitals saw a substantial decrease in uncompensated care. My analysis of statewide hospital financial data indicates that uncompensated care costs, including charity care, bad debt, and costs related to county indigent care programs, decreased by 65 percent at city- and county-operated hospitals and 47 percent at UC hospitals between 2013 and 2017.[6]

18.    In a study published in Health Affairs, Ken Jacobs and I found that when the uninsured rate in San Francisco fell from 12 percent in 2013 to 4 percent in 2016 under the ACA, the enrollment in the Healthy San Francisco program fell significantly, reducing costs for the county program.[7]

19.    It is my opinion that the decision will not only harm the health and well-being of immigrant families but will also result in increased uncompensated care for public hospitals in California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2025, in Martinez, California.

_____

Laurel Lucia

---

[6] California Department of Health Care Access and Information, Pivot Table - Hospital Annual Selected File, 2013 and 2017.
[7] Ken Jacobs and Laurel Lucia, Universal Health Care: Lessons From San Francisco, *Health Affairs* 37(8), September 2018.

# EXHIBIT 1

## TO LUCIA

## DECLARATION

**CURRICULUM VITAE**
**LAUREL LUCIA**

**July 2025**

Center for Labor Research and Education
Institute for Research on Labor and Employment
University of California, Berkeley
2521 Channing Way #5555
Berkeley, CA 94702
510-642-1851
laurel.lucia@berkeley.edu

## CURRENT POSITION

**2025 - ___**    Deputy Executive Director of Programs, Center for Labor Research and Education, Institute for Research on Labor and Employment, University of California, Berkeley**.**

## EDUCATION

**2005**    University of California, Berkeley. Masters in Public Policy.

**2000**    Stanford University.  B.A. in Public Policy.

## EMPLOYMENT

**2009 - ___**    Center for Labor Research and Education, Institute for Research on Labor and Employment, University of California, Berkeley, *Deputy Executive Director of Programs (Jul. 2025 - ___), Health Care Program Director (Apr.2017- Jun. 2025), Health Care Program Manager (Jul. 2015-Mar. 2017), Policy Analyst (Oct. 2009-Jun. 2015).*

**2005 - 2009**    Service Employees International Union, *Senior Researcher/Policy Analyst (2009), Researcher/Policy Analyst (2005-2009).*

**2000 - 2003**    Kaiser Permanente, *Senior Healthcare Analyst (2002-2003), Healthcare Analyst (2000-2002).*

## PUBLICATIONS

*Refereed*

1.  Marissa Raymond-Flesch, Laurel Lucia, Ken Jacobs, and Claire Brindis (2019). Improving Medicaid Access in Times of Health Policy Change: Solutions from Focus Groups with

Frontline Enrollment Workers. *Journal of Health Care for the Poor and Underserved*, Volume 30, Number 1, 280-296.

2. Ken Jacobs and Laurel Lucia (2018). Universal Health Care: Lessons from San Francisco. *Health Affairs*, Volume 37, Number 9, 1375-1382.

3. Laurel Lucia, Xiao Chen, Ken Jacobs, and Nadereh Pourat (2016). "Health Insurance and Demographics of California Immigrants Eligible for Deferred Action." UCLA Luskin School of Public Affairs: *California Policy Options 2016*, Daniel J. B. Mitchell (editor), Chapter 4, 93-108.

4. Ann O'Leary, Elizabeth A. Capell, Ken Jacobs, and Laurel Lucia (2011). The Promise of Affordable Care: Maintaining Coverage During Life Transitions. California Journal of Politics and Policy, 3(4). DOI: 10.2202/1944-4370.1194

### *Non-Refereed*

5. Laurel Lucia, Miranda Dietz, and Alexis Manzanilla (2025). The Importance of Comprehensive Health Benefits for All Low-Income Californians. UC Berkeley Labor Center.

6. Laurel Lucia. California Could Lose Up to 217,000 Jobs if Congress Cuts Medicaid. UC Berkeley Labor Center.

7. Nari Rhee, Ken Jacobs, Laurel Lucia, Enrique Lopezlira, Alexis Manzanilla, Savannah Hunter, and Kelly Quinn (2025). Analysis of the Potential Impacts of Statewide or Regional Collective Bargaining for In-Home Supportive Services Providers. UC Berkeley Labor Center.

8. Miranda Dietz, Srikanth Kadiyala, Annie Rak, Sun-Yin Ho, Laurel Lucia, Dylan H. Roby, and Gerald F. Kominski (2024). All 2.37 Million Californians in the Individual Market will Face Higher Premiums if Congress does not Act by 2025. UC Berkeley Labor Center and UCLA Center for Health Policy Research.

9. Laurel Lucia, Enrique Lopezlira, and Ken Jacobs (2024). California Health Care Minimum Wage: New Estimates for Impacts on Workers, Patients, and the State Budget. UC Berkeley Labor Center.

10. Miranda Dietz and Laurel Lucia (2024). Measuring Consumer Affordability is Integral to Achieving the Goals of the California Office of Health Care Affordability. UC Berkeley Labor Center.

11. Laurel Lucia, Miranda Dietz, and Tynan Challenor (2023). What Can We Afford? Considerations for Aligning Office of Health Care Affordability Spending Target with Californians' Ability to Afford Increases. UC Berkeley Center for Labor Research and Education.

12. Laurel Lucia, Enrique Lopezlira, Ken Jacobs, and Savannah Hunter (2023). Proposed Health Care Minimum Wage Increase: State Costs would be Offset by Reduced Reliance on the Public Safety Net by Health Workers and their Families.

13. Miranda Dietz, Laurel Lucia, Srikanth Kadiyala, Tynan Challenor, Annie Rak, Yupeng Chen, Menbere Haile, Dylan H. Roby, and Gerald F. Kominski (2023). California's Uninsured in 2024: Medi-Cal Expands to All Low-Income Adults, but Half a Million Undocumented Californians Lack Affordable Coverage Options. UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

14. Miranda Dietz, Laurel Lucia, Srikanth Kadiyala, Tynan Challenor, Annie Rak, Dylan H. Roby, and Gerald F. Kominski (2022). California's Biggest Coverage Expansion Since the ACA: Extending Medi-Cal to All Low-Income Adults. UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

15. Miranda Dietz, Laurel Lucia, Srikanth Kadiyala, Tynan Challenor, Annie Rak, Dylan H. Roby, and Gerald F. Kominski (2022). The Threat to Coverage and Affordability Gains in Covered California if Congress Fails to Renew Subsidy Enhancements. UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

16. Katherine Wilson and Laurel Lucia (2020). Hanging On to Coverage? Millions of Californians Have Lost Jobs During the COVID-19 Pandemic. Did They Also Lose Insurance? California Health Care Foundation.

17. Rebecca Catterson, Lucy Rabinowitz, Laurel Lucia, and Kevin Lee (2020). Working Californians Enrolled in Medi-Cal Share Their Stories. California Health Care Foundation.

18. Laurel Lucia, Miranda Dietz, and Ken Jacobs (2020). California's Health Coverage Gains under the Affordable Care Act: What's at Stake in California v. Texas? UC Berkeley Center for Labor Research and Education.

19. William Dow, Laurel Lucia and Kevin Lee (2020). Economic and Health Benefits of a PPE Stockpile. UC Berkeley School of Public Health and UC Berkeley Center for Labor Research and Education.

20. Laurel Lucia, Kevin Lee, Ken Jacobs, and Gerald F. Kominski (2020). Health Coverage of California Workers Most at Risk of COVID-19. UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

21. Miranda Dietz, Xiao Chen, Dave Graham-Squire, Hanqing Yao, Petra W. Rasmussen, Greg Watson, Dylan H. Roby, Ken Jacobs, Srikanth Kadiyala, Gerald F. Kominski, and Laurel Lucia (2019). California's Steps to Expand Health Coverage and Improve Affordability: Who Gains and Who Will Be Uninsured? UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

22. Miranda Dietz, Laurel Lucia, Srikanth Kadiyala, Petra W. Rasmussen, Ken Jacobs, Dylan H. Roby, Dave Graham-Squire, Jason Zhang, Greg Watson, Xiao Chen, and Gerald F. Kominski (2019). 3.6 Million Californians Would Benefit if State Takes Bold Action to Expand Coverage and Improve Affordability. UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

23. Laurel Lucia (2019). Towards Universal Health Coverage: Expanding Medi-Cal to Low-Income Undocumented Adults. UC Berkeley Center for Labor Research.

24. Ninez Ponce, Laurel Lucia, and Tia Shimada (2018). Proposed Changes to Immigration Rules Would Cost California Jobs, Harm Public Health. UCLA Center for Health Policy Research, UC Berkeley Center for Labor Research and Education, and California Food Policy Advocates.

25. Miranda Dietz, Laurel Lucia, Dylan H. Roby, Ken Jacobs, Petra W. Rasmussen, Xiao Chen, Dave Graham-Squire, Greg Watson, Ian Eve Perry, and Gerald F. Kominski (2018). California's Health Coverage Benefits to Erode Without Further State Action. UC Berkeley Center for Labor Research and Education and UCLA Center for Health Policy Research.

26. Laurel Lucia and Ken Jacobs (2018). Towards Universal Health Coverage: California Policy Options for Improving Individual Market Affordability and Enrollment. UC Berkeley Center for Labor Research and Education.

27. Rachel Siemons, Laurel Lucia and Ken Jacobs (2017). California's Self-Employed and Small Business Employees Experienced Large Health Coverage Gains under ACA. UC Berkeley Center for Labor Research and Education.

28. Laurel Lucia, Ken Jacobs and Andrew Bindman (2017). Medi-Cal Expansion under AHCA: Severe Coverage and Funding Loss unless State Backfills Billions in Federal Cuts. UC Berkeley Center for Labor Research and Education.

29. Laurel Lucia, Miranda Dietz and Ken Jacobs (2017). Which California Industries would be Most Affected by ACA Repeal and Cuts to Medi-Cal? UC Berkeley Center for Labor Research and Education.

30. Laurel Lucia, Miranda Dietz, Gerald F. Kominski and Ken Jacobs (2017). Fact Sheets: What do California Counties Stand to Lose under ACA Repeal? UCLA Center for Health Policy Research, UC Berkeley Center for Labor Research and Education.

31. Laurel Lucia and Ken Jacobs (2016). California's Projected Economic Losses under ACA Repeal. UC Berkeley Center for Labor Research and Education.

32. Miranda Dietz, Laurel Lucia, Gerald F. Kominski and Ken Jacobs (2016). ACA Repeal in California: Who Stands to Lose? UCLA Center for Health Policy Research, UC Berkeley Center for Labor Research and Education.

33. Miranda Dietz, Dave Graham-Squire, Tara Becker, Xiao Chen, Laurel Lucia and Ken Jacobs (2016). Preliminary Regional Remaining Uninsured 2017 Data Book, California Simulation of Insurance Markets (CalSIM) version 2.0. UCLA Center for Health Policy Research, UC Berkeley Center for Labor Research and Education.

34. Laurel Lucia (2016). Balancing the Books: How Affordable is Health Insurance through Covered California When Local Cost of Living is Taken into Account? California Health Care Foundation.

35. Miranda Dietz, Nadereh Pourat, Max W. Hadler, Laurel Lucia, Dylan H. Roby and Ken Jacobs (2016). Affordability and Eligibility Barriers Remain for California's Uninsured. UCLA Center for Health Policy Research, UC Berkeley Center for Labor Research and Education.

36. Miranda Dietz, Nadereh Pourat, Max W. Hadler, Laurel Lucia, Dylan H. Roby and Ken Jacobs (2016). Who Had Medi-Cal and Who Remained Uninsured in the First Year of Expansion? UCLA Center for Health Policy Research, UC Berkeley Center for Labor Research and Education.

37. Marissa Raymond-Flesch, Laurel Lucia, Ken Jacobs, and Claire Brindis (2015). Lessons from the Medi-Cal Expansion Frontlines. UCSF Philip R. Lee Institute for Health Policy Studies, UC Berkeley Center for Labor Research and Education.

38. Mary June Flores and Laurel Lucia (2015). Maximizing Health Insurance Enrollment through Covered California during Work and Life Transitions. UC Berkeley Center for Labor Research and Education.

39. Laurel Lucia, Miranda Dietz, Ken Jacobs, Xiao Chen, and Gerald F. Kominski (2015). Which Californians will Lack Health Insurance under the Affordable Care Act? UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research.

40. Laurel Lucia, Ken Jacobs, Dave Graham-Squire, Greg Watson, Dylan H. Roby, Nadereh Pourat, and Gerald F. Kominski (2014). A Little Investment Goes a Long Way: Modest Cost to Expand Preventive and Routine Health Services to All Low-Income Californians. UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research.

41. Joanne Spetz, Bianca K. Frogner, Laurel Lucia, and Ken Jacobs (2014). The Impact of the Affordable Care Act on New Jobs. Big Ideas for Job Creation, UC Berkeley Institute for Research on Labor and Employment.

42. Claire D. Brindis, Max W. Hadler, Ken Jacobs, Laurel Lucia, Nadereh Pourat, Marissa Raymond-Flesch, Rachel Siemons, and Efrain Talamantes (2014). Realizing the Dream for Californians Eligible for Deferred Action for Childhood Arrivals (DACA): Health Needs and Access to Health Care. UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research, UCSF Philip R. Lee Institute for Health Policy Studies.

43. Claire D. Brindis, Max W. Hadler, Ken Jacobs, Laurel Lucia, Nadereh Pourat, Marissa Raymond-Flesch, Rachel Siemons, and Efrain Talamantes (2014). Realizing the Dream for Californians Eligible for Deferred Action for Childhood Arrivals (DACA): Demographics and Health Coverage. UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research, UCSF Philip R. Lee Institute for Health Policy Studies.

44. Dave Graham-Squire, Ken Jacobs, and Laurel Lucia (2013). Predicted Medi-Cal Enrollment Among Californians Working for Large Firms. UC Berkeley Center for Labor Research and Education.

45. Elizabeth C. Lytle, Dylan H. Roby, Laurel Lucia, Ken Jacobs, Livier Cabezas, and Nadereh Pourat (2013). Smooth Transitions into Medi-Cal: Ensuring Continuity of Coverage for Low Income Health Program Enrollees. UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research.

46. Elizabeth C. Lytle, Dylan H. Roby, Laurel Lucia, Ken Jacobs, Livier Cabezas, and Nadereh Pourat (2013). Promoting Enrollment of Low Income Health Program Participants in Covered California. UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research.

47. Laurel Lucia, Ken Jacobs, Greg Watson, Miranda Dietz, and Dylan H Roby (2013). Medi-Cal Expansion under the Affordable Care Act: Significant Increase in Coverage with Minimal Cost to the State. UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research.

48. Laurel Lucia, Ken Jacobs, Miranda Dietz, Dave Graham-Squire, Nadereh Pourat, and Dylan H. Roby (2012). After Millions of Californians Gain Health Coverage Under the Affordable Care Act, Who Will Remain Uninsured? UC Berkeley Center for Labor Research and Education, UCLA Center for Health Policy Research.

49. Sylvia A. Allegretto, Ken Jacobs, and Laurel Lucia (2011). The Wrong Target: Public Sector Unions and State Budget Deficits. UC Berkeley Center on Wage and Employment Dynamics.

50. Ken Jacobs, Laurel Lucia, Ann O'Leary, and Ann Marie Marciarille (2011). Maximizing Health Care Enrollment through Seamless Coverage for Families in Transition: Current Trends and Policy Implications. UC Berkeley Center for Labor Research and Education, UC Berkeley Center on Health, Economic & Family Security.

51. Laurel Lucia (2011). Economic Impact of Low Income Health Program Spending on Select California Counties. UC Berkeley Center for Labor Research and Education.

52. Jenifer MacGillvary and Laurel Lucia (2011). Economic Impacts of Early Care and Education in California. UC Berkeley Center for Labor Research and Education.

53. Laurel Lucia (2011). Fact Sheet: Analysis of Domestic Workers Bill of Rights (AB 889). UC Berkeley Center for Labor Research and Education.

54. Sylvia A. Allegretto and Laurel Lucia (2011). Unemployment Benefits Critical to Jobless Workers and Economic Recovery in California. UC Berkeley Center on Wage and Employment Dynamics.

55. Ken Jacobs, Laurel Lucia, and Dave Graham-Squire (2010). Eligibility for Medi-Cal and the Health Insurance Exchange in California under the Affordable Care Act. UC Berkeley Center for Labor Research and Education.

56. Ken Jacobs, Laurel Lucia, and T. William Lester (2010). Regional Economic Impacts of Proposed Health and Human Services Cuts. UC Berkeley Center for Labor Research and Education.

57. Laurel Lucia, Ken Jacobs, and Dave Graham-Squire (2010). Federal Health Reform: Impact on California Small Businesses, Their Employees and the Self-Employed. UC Berkeley Center for Labor Research and Education.

58. Ken Jacobs, Laurel Lucia, and T. William Lester (2010). The Economic Consequences of Proposed California Budget Cuts. UC Berkeley Center for Labor Research and Education.

59. Ken Jacobs, T. William Lester, and Laurel Tan (2010). Budget Solutions and Jobs. UC Berkeley Center for Labor Research and Education.

60. Ken Jacobs, Laurel Lucia (formerly Tan), Dave Graham-Squire, Jon Gabel, and Roland McDevitt (2010). The President's Health Reform Proposal: Impact on Access and Affordability in California. UC Berkeley Center for Labor Research and Education, NORC, Towers Watson.

61. Ken Jacobs, William H. Dow, Dave Graham-Squire, and Laurel Lucia (formerly Tan) (2010). Who Benefits from the Proposed Amendment to the Senate Excise Tax on Employer Health Premiums? UC Berkeley Center for Labor Research and Education.

62. Jon Gabel, Ken Jacobs, Laurel Lucia (formerly Tan), Roland McDevitt, Jeremy Pickreign, and Shova KC (2009). National Health Reform Requirements and California Employers. UC Berkeley Center for Labor Research and Education, NORC, Towers Watson.

63. Ken Jacobs, Laurel Lucia (formerly Tan), Roland McDevitt, Jon Gabel, and Ryan Lore (2009). How Would Health Care Reforms Change the Spending of California Families Without an Employer Plan? UC Berkeley Center for Labor Research and Education, NORC, Towers Watson.

**OP-EDS**

1. Eight Million Medi-Cal Enrollees at Risk of Losing Health Coverage If Congress Imposes Work Requirements. Raising the Bar: UC Berkeley Labor Center blog, March 25, 2025. With Nari Rhee and Miranda Dietz,

2. Expanding Covered California for All by Ending Immigration Status-Based Exclusions. Raising the Bar: UC Berkeley Labor Center blog, April 3, 2024. With Alexis Manzanilla.

3. Why are Health Care Prices So High for Workers in Monterey County? Raising the Bar: UC Berkeley Labor Center blog, September 18, 2023.

4. Extending Covered California Subsidies to DACA Recipients would Fill Coverage Gap for 40,000 Californians. Raising the Bar: UC Berkeley Labor Center blog, June 6, 2023. With Miranda Dietz and Srikanth Kadiyala.

5. Many California Family Child Care Providers Will Now be Better Able to Afford Health Care, Raising the Bar: UC Berkeley Labor Center blog, January 23, 2023.

6. What's at Stake for California Health Care Affordability in the Inflation Reduction Act? Raising the Bar: UC Berkeley Labor Center blog, August 4, 2022. With Miranda Dietz.

7. How will Californians' Health Coverage Sources Change When the Public Health Emergency Ends? Raising the Bar: UC Berkeley Labor Center blog, April 28, 2022. With Miranda Dietz and Tynan Challenor.

8. California's Biggest Coverage Expansion Since the ACA: Extending Medi-Cal to All Low-Income Adults. Raising the Bar: UC Berkeley Labor Center blog, April 14, 2022. With Miranda Dietz, Srikanth Kadiyala, Tynan Challenor, Annie Rak, Dylan H. Roby, and Gerald F. Kominski.

9. The Threat to Coverage and Affordability Gains in Covered California if Congress Fails to Renew Subsidy Enhancements. Raising the Bar: UC Berkeley Labor Center blog, April 14, 2022. With Srikanth Kadiyala, Tynan Challenor, Annie Rak, Dylan H. Roby, Gerald F. Kominski, and Miranda Dietz.

10. Proposed Office of Health Care Affordability: An Important Step Towards Addressing the Health Care Cost Problem for California Workers. Raising the Bar: UC Berkeley Labor Center blog, May 4, 2021.

11. American Rescue Plan Improvements to Covered California Affordability: Who Gains? Raising the Bar: UC Berkeley Labor Center blog, April 13, 2021. With Miranda Dietz, Srikanth Kadiyala, Tynan Challenor, Annie Rak, Dylan H. Roby, and Gerald F. Kominski.

12. Undocumented Californians Projected to Remain the Largest Group of Uninsured in the State in 2022. Raising the Bar: UC Berkeley Labor Center blog, April 13, 2021. With Miranda Dietz, Srikanth Kadiyala, Tynan Challenor, Annie Rak, Dylan H. Roby, and Gerald F. Kominski.

13. California Could Lose 269,000 Jobs if the ACA is Overturned. Raising the Bar: UC Berkeley Labor Center blog, October 15, 2020.

14. Overturning the ACA would reverse health coverage gains for low-income Californians. Raising the Bar: UC Berkeley Labor Center blog, October 15, 2020. With Srikanth Kadiyala, Miranda Dietz, and Gerald F. Kominski.

15. Racial and ethnic health coverage inequities in California would widen if ACA is overturned. Raising the Bar: UC Berkeley Labor Center blog, October 15, 2020. With Miranda Dietz, Srikanth Kadiyala, Tynan Challenor, and Gerald F. Kominski.

16. Time to Act for Workers: Critical State and Local Policies to Respond to the COVID-19 Pandemic. Raising the Bar: UC Berkeley Labor Center blog, March 24, 2020. With Nari Rhee, Annette Bernhardt, and Ken Jacobs.

17. High Health Care Prices are the Primary Driver of California Workers' Health Care Cost Problems. Raising the Bar: UC Berkeley Labor Center blog, February 20, 2020.

18. Increases in health care costs are coming out of workers' pockets one way or another: The tradeoff between employer premium contributions and wages. Raising the Bar: UC Berkeley Labor Center blog, January 29, 2020. With Ken Jacobs.

19. High out-of-pocket costs contribute to poor access to care and financial hardships for California workers. Raising the Bar: UC Berkeley Labor Center blog, December 18, 2019. With Kevin Lee.

20. Low-income workers and families struggle with premium contributions. Raising the Bar: UC Berkeley Labor Center blog, December 12, 2019. With Alex Matthews.

21. Health care costs under job-based plans have grown rapidly, while wages remained flat. Raising the Bar: UC Berkeley Labor Center blog, December 3, 2019. With Alex Matthews and Dave Graham-Squire.

22. Job-based coverage is less common among workers who are black or Latino, low-wage, immigrants, and young adults. Raising the Bar: UC Berkeley Labor Center blog, November 22, 2019. With Kevin Lee, Dave Graham-Squire, and Miranda Dietz.

23. More than half of California adults have job-based coverage. Raising the Bar: UC Berkeley Labor Center blog, November 14, 2019. With Kevin Lee and Dave Graham-Squire.

24. New blog post series on the problem of rising health care costs for California families with job-based coverage. Raising the Bar: UC Berkeley Labor Center blog, November 14, 2019.

25. ACA Excise Tax Likely to Further Shift Health Costs to Workers. Raising the Bar: UC Berkeley Labor Center blog, July 15, 2019.

26. More than 500,000 Californians Estimated to be Eligible for Medi-Cal but Uninsured in 2015-2016. Raising the Bar: UC Berkeley Labor Center blog, March 19, 2019.

27. California's Policy Options: Making Individual Market Coverage More Affordable. California Health Care Foundation blog, March 5, 2018.

28. 550,000 fewer California jobs projected under last-ditch GOP health bill in 2027. Raising the Bar: UC Berkeley Labor Center blog, September 26, 2017. With Ian Eve Perry and Ken Jacobs.

29. The GOP's last-ditch effort to repeal the Affordable Care Act is the worst one yet for California. Raising the Bar: UC Berkeley Labor Center blog, September 18, 2017. With Ian Eve Perry and Ken Jacobs.

30. Which Congressional Districts Face the Largest Medi-Cal Coverage Losses under the Senate Bill? Raising the Bar: UC Berkeley Labor Center blog, July 20, 2017. With Ian Eve Perry and Ken Jacobs.

31. How Big are the Projected Medi-Cal Cuts under the Senate Bill in Context of the State Budget? Raising the Bar: UC Berkeley Labor Center blog, July 5, 2017. With Ken Jacobs.

32. Senate Republicans' Health Bill Especially Hurts the Lowest-Income Californians. Raising the Bar: UC Berkeley Labor Center blog, June 22, 2017. With Ken Jacobs.

33. Californians with Employer-Sponsored Insurance would Lose Protections under ACA Repeal. Raising the Bar: UC Berkeley Labor Center blog, February 23, 2017. With Rachel Siemons.

34. ACA Repeal: Worse than the Drought for San Joaquin Valley Jobs. Raising the Bar: UC Berkeley Labor Center blog, January 13, 2017. With Ken Jacobs.

35. Hundreds of Thousands of Californians could Gain Health Insurance if Supreme Court Upholds Obama's Executive Action on Immigration. Raising the Bar: UC Berkeley Labor Center blog, June 9, 2016. With Miranda Dietz and Ken Jacobs.

36. How Do We Make Special Enrollment Periods Work? Health Affairs blog, February 16, 2016.

37. The ACA Excise Tax is not a Progressive Tax Policy. Raising the Bar: UC Berkeley Labor Center blog, December 21, 2015.

38. The ACA Excise Tax will Promote Cost Shift to Workers not Cost-Effectiveness. Raising the Bar: UC Berkeley Labor Center blog, December 2, 2015.

39. The ACA Excise Tax Targets Where You Live and Other Factors More than Benefit Levels. Raising the Bar: UC Berkeley Labor Center blog, November 17, 2015.

40. As Wages Go Up, State Health Care Spending will Decrease. Raising the Bar: UC Berkeley Labor Center blog, July 1, 2015.

41. Los Angeles Times Calls Out Fight for 15 Guy and Gets it All Wrong. Capital and Main, June 10, 2015.

42. The Market for Local Health Plans is Getting Bigger. Zocalo Public Square, November 10, 2014.

43. Medi-Cal Expansion: Covered More Californians for Less. Labor's Edge Blog, January 28, 2013.

44. AB101 Would Help Stabilize the Child Care System. San Francisco Chronicle, September 22, 2011.

45. Study: Early Care and Education Industry Strengthens Entire California Economy. Labor's Edge Blog, August 8, 2011.

46. Study: Unemployment Benefits Critical to California's Economic Recovery. Labor's Edge Blog, April 26, 2011.

47. Benefits Could Go Beyond Small Businesses. California HealthLine, July 1, 2010. With Ken Jacobs.


**SELECTED PRESENTATIONS**

1. Health Care Affordability for California Workers and Consumers, *California Assembly Budget Subcommittee Number 1 on Health*, April 2024.

2. Current Health Coverage System and Key Challenges, *League of Women Voters and Contra Costa County Library,* March and April 2023.

3. Undocumented and Uninsured: The Road Towards Equitable Health Insurance for Undocumented Immigrants, *Congressional Hispanic Caucus Institute Policy Briefing Series*, March 2022.

4. Affordability of Out-of-Pocket Expenses in Covered California: Current Challenges and Options for Measuring Change, *Covered California AB 133 Health Care Affordability Working Group*, October 2021.

5. Health Care Affordability for California Workers and Consumers, State of Reform Conference, September 2021.

6.  Expanding Medi-Cal to All Low-Income Adults, *California Assembly Budget Committee*, March 2021.

7.  Health Care Affordability for California Workers, Consumers, and Employers, *California Assembly Health Committee*, October 2020.

*8.* Preparing for the Wave in Medi-Cal, *Northern California State of Reform Virtual Health Policy Conference,* State of Reform Conference, August 2020.

9.  Democratic Presidential Candidates' Health Care Proposals, *Berkeley Indivisible*, February 2020.

10. Workers' Rights and the Promise of Medicare for All, *United Auto Workers Local 2865*, November 2019.

11. Uninsurance in California, *California Senate Budget Subcommittee 3*, March 2019.

12. Universal Coverage: Is 'Medicare for All' the Answer? *UC Berkeley School of Public Health panel*, March 2019.

13. California's Health Care Landscape, *USC Center for Health Journalism 2019 California Fellowship Program*, March 2019.

14. Expanding Medi-Cal to Undocumented Adults, *California Senate Budget Committee hearing*, February 2019.

15. Individual Market Affordability: Progress under ACA and Remaining Challenges, *California Senate-Assembly Informational/ Oversight hearing*, February 2019.

16. California's Uninsured: The Past, the Present, and the Future, *USC Center for Health Journalism Collaborative on the Uninsured*, January 2019.

17. California's Remaining Health Coverage Gaps: Causes and State Solutions, *UC Center Sacramento Lunchtime Speaker Series*, January 2019.

18. How Proposed Changes to the 'Public Charge' Rule Will Affect Health, Hunger, and the Economy in California, *UCLA Center for Health Policy Research Seminar*, November 2018.

19. Take-Up Among Individuals Eligible for Covered California and Affordability Challenges, *Covered California AB 1810 Affordability Workgroup Meeting*, October 2018.

*20.* Coverage Gaps in California and Health Care Cost Trends, *California State Association of Counties Health and Human Services Policy Committee Meeting*, May 2018.

21. Eligibility and Affordability Gaps for California's Uninsured, *California Budget and Policy Center Conference*, March 2018.

22. Uninsurance in California, *Insure the Uninsured Project Conference,* February 2018.

23. Uninsured in California, *California Assembly Select Committee on Healthcare Delivery Systems and Universal Coverage*, October 2017.

24. Economic Effects of Repeal and Replace, *UC Berkeley Public Health Course 290.8, Implementing Health Reform*, September 2017.

25. Health Care Reform: How Questions of Shared Risk and Responsibility Underlie the Current Federal Debates, *National Academy of Social Insurance, California Discussion Forum on Social Insurance and Inequality*, April 2017.

26. Loss of Coverage and Economic Impact under AHCA, *Joint Hearing: California Assembly Health and Assembly Budget Subcommittee 1*, March 2017.

27. Coverage and Economic Gains in California under ACA, *USC Center for Health Journalism Fellows*, March 2017

28. Presentation on ACA Repeal, *Affordable Care Act Town Hall with U.S. Reps. DeSaulnier, McNerney, and Thompson*, February 2017.

29. Cost Drivers in Health Care, *California Labor Federation Annual Legislative Conference*, March 2016.

30. Health Benefit Cost Trends and Impact, *Alameda Labor Council and the County of Alameda Public Sector Health Care Task Force*, February 2016.

31. Panelist: Transitions from Existing Programs, *Packard Foundation convening: Connecting Newly Eligible Immigrant Children to Medi-Cal*, November 2015.

32. Remaining Uninsured under the ACA & Health Coverage Implications of Minimum Wage Policies, *California Legislative Staff Education Institute*, November 2015.

33. Addressing Affordability of Health Insurance at the Local Level, *California Health Care Foundation webinar*, October 2015.

34. Undocumented Californians' Access to Health Care, *Latino Medical Students' Association*, June 2015.

35. California Low-Income Workers Projected to Lack Insurance, *California Program on Access to Care Legislative Briefing*, May 2015.

36. Health Coverage for Undocumented Californians, *Speaker's Commission on Labor Education*, May 2015.

37. Immigration Policy Changes and Their Effect on Medi-Cal and SB 4. Panelist, *California Latino Legislative Caucus Policy Conference,* February 2015.

38. Undocumented and Uninsured. Panelist, *Commonwealth Club,* November 2014.

39. Affordable Care Act: Latest updates, how it affects labor, you, and your retirement. *Working Assembly of Governmental Employees annual conference*, January 2014.

40. The Affordable Care Act in California. *Organizing for America – East Bay*, November 2013.

41. Testimony on the impact of child care on the California economy. *California Senate Committee on Business, Professions, & Economic Development Hearing*, May 2013.

42. The Affordable Care Act in California: What to Expect in 2014. *Berkeley Hillside Club*, April 2013.

43. The Affordable Care Act and Job-Based Coverage. *Jobs with Justice San Francisco forum*, January 2013.

44. Economic impacts of early care and education in California. *Child Care Planning Council of Alameda County meeting*, March 2012.

45. Maximizing Enrollment in Medicaid and the Exchange: Examples from California. *Economic Analysis and Research Network annual conference,* December 2012.