# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | : |
| | : |
| NEW JERSEY, *et al*., | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 1:25-cv-10139-LTS |
| | : |
| DONALD J. TRUMP, *et al*., | : |
| Defendants. | : |
| | : |
| | : |

## **<u>DECLARATION OF TOM K. WONG</u>**

I, Tom K. Wong, declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am an Associate Professor with tenure at the University of California, San Diego (UCSD). I work in the political science department, which is consistently ranked by U.S. News & World Report as one of the top ten political science departments nationally. I am the Founding Director of the U.S. Immigration Policy Center (USIPC) at UCSD and I am also the Director of the Human Rights and Migration Program Minor at UCSD.

3.      I am an expert on immigration policy and I use, and have expertise in, quantitative social science research methods. I have written two peer-reviewed books and dozens of peer-reviewed journal articles, book chapters, and reports on immigration policy. For example, my most recent book, which was published by Oxford University Press (2017), analyzes 31,193 roll call votes on immigration-related legislation in Congress from 2005 to present making it the most comprehensive analysis to date on contemporary immigration policies in the United States.

4.      I received a Ph.D. in political science at the end of the 2010-2011 academic year. I was a post-doctoral research fellow during the 2011-2012 academic year. I joined the political science department at UCSD during the 2012-2013 academic year. I served as an advisor to the White House Initiative on Asian Americans and Pacific Islanders (WHIAAPI), where I worked on the immigration portfolio, during the 2015-2016 academic year. I was promoted to the rank of Associate Professor with tenure at UCSD during the 2016-2017 academic year.

5.      In the past ten years, I have testified as an expert at trial in the case of *El Cenizo, Texas, et al. v Texas* and have also testified as an expert by deposition in the case of *United States of America v. California*.

6.      I have attached a true and complete copy of my curriculum vitae as Exhibit 1 to this Declaration, which lists all of my publications over the past decade.

**Scope of Work and Primary Conclusion**

7.      I was asked to evaluate the social science literature on the chilling effects of restrictive state-level immigration laws, as well as the chilling effects of increased immigration enforcement more generally.

8.      I agree that the social science literature on the chilling effects of restrictive state-level immigration laws provides cause to believe that:

    a.   If persons are denied citizenship and the rights and benefits that come with it in one state, this deprivation of rights will negatively affect their help-seeking behaviors even if they were to move to another state where they have access to greater rights and benefits.

    b.   When restrictive state-level immigration laws have been passed, undocumented immigrants face confusion about what rights and benefits they may have access to, and this confusion chills their help-seeking behaviors, which in turn, leads them to not access rights and benefits that they may in fact be eligible for.

    c.   This is exacerbated by the increased threat of immigration enforcement.

## Migration and Restrictive State-Level Immigration Laws

9.      Undocumented immigrants and their families leave states with restrictive state-level immigration laws. For example, Sanchez (2017)[1] analyzed the migratory patterns of the noncitizen Hispanic population in Arizona in the aftermath of the passage of SB 1070, the so-called "show me your papers" law, using Current Population Survey (CPS) data and a synthetic control method. He finds that the passage of SB 1070 caused a ten to fifteen percent decrease in the noncitizen Hispanic population in Arizona.

10.     In examining another restrictive state-level immigration law in Arizona, Bohn, Lofstrom, and Raphael (2014)[2] find similar effects. Using CPS data and a synthetic control method, they find that the Legal Arizona Workers Act (LAWA), which mandated the use of E-Verify, caused a seventeen percent decrease in Arizona's estimated undocumented population.

## Chilling Effects of Restrictive State-Level Immigration Laws on Public Health

11.     How do restrictive state-level immigration laws chill the help-seeking behaviors of undocumented immigrants? On this question, the literature is arguably strongest when it comes to public health services. Indeed, there is a persuasive literature that has uncovered a number of adverse public health effects tied to increased interior immigration enforcement.

## California's Proposition 187

12.     California's Proposition 187 would have made undocumented immigrants ineligible for public services, including publicly-funded health services, and would have also required public employees to report undocumented immigrants to the then-Immigration and Naturalization Service (INS). After the passage of Proposition 187 in 1994, undocumented immigrants were less likely to obtain medical care, including care for infectious diseases,

---

[1] Sánchez, Gonzalo E. "The short-term response of the Hispanic noncitizen population to anti-illegal immigration legislation: The case of Arizona SB 1070." *Journal of Economics, Finance and Administrative Science* 22, no. 42 (2017): 25-36.

[2] Bohn, Sarah, Magnus Lofstrom, and Steven Raphael. "Did the 2007 Legal Arizona Workers Act reduce the state's unauthorized immigrant population?." *Review of Economics and Statistics* 96, no. 2 (2014): 258-269.

because of their immigration status. This was so even though nearly all of the law's provisions were found likely unconstitutional and enjoined within days of its enactment.

13.    Asch, Leake, and Gelberg (1994)[3] find that in the wake of Proposition 187, undocumented tuberculosis patients not only feared that going to a doctor would result in an immigration enforcement action, but were four times more likely to delay seeking care. As the authors conclude, "Any legislation that increases undocumented immigrants' fear that healthcare professionals will report them to immigration authorities may exacerbate the current tuberculosis epidemic" (p. 373).

14.    Moreover, in analyzing administrative data from the San Francisco County Division of Mental Health and Substance Abuse Services (DMS) system, Fenton, Catalano, and Hargreaves (1996)[4] find that Hispanics between the ages of eighteen and forty-five were significantly less likely to use outpatient services and were significantly more likely to use crisis services when comparing the year before and after the passage of Proposition 187. Although it had been enjoined and declared unconstitutional, the deleterious health effects of Proposition 187 were indelible. As the authors write, "Younger Hispanics may have been reluctant to risk deportation or investigation by the INS, even if they had heard of the legal injunction against Proposition 187" (p. 188).

15.    Those effects even extended beyond California. In analyzing survey data from 1996 and 1997, Berk et al. (2000)[5] attribute changes in the health seeking behaviors of undocumented

---

[3] Asch, Steven, Barbara Leake, and Lillian Gelberg. "Does fear of immigration authorities deter tuberculosis patients from seeking care?." *Western Journal of Medicine* 161, no. 4 (1994): 373. See also, Martin, Julia A. "Proposition 187, Tuberculosis, and the Immigration Epidemic." *Stan. L. & Pol'y Rev.* 7 (1995): 89.

[4] Fenton, Joshua J., Ralph Catalano, and William A. Hargreaves. "Effect of Proposition 187 on mental health service use in California: A case study." *Health Affairs* 15, no. 1 (1996): 182-190.

[5] Berk, Marc L., Claudia L. Schur, Leo R. Chavez, and Martin Frankel. "Health Care Use Among Undocumented Latino Immigrants: Is free health care the main reason why Latinos come to the United States? A unique look at the facts." *Health Affairs* 19, no. 4 (2000): 51-64

immigrants, not just in California, but also in Texas, to the chilling effects of Proposition 187. Indeed, this study shows that the chilling effects of restrictive state-level immigration laws can reverberate across state boundaries. They asked undocumented persons in California and Texas if they were afraid they would not receive care because of their immigration status. Similar proportions of the respondents in both California and Texas answered affirmatively: 33 percent of the undocumented persons in Houston, 36 percent of those in Los Angeles, 47 percent of those in Fresno, and 50 percent of persons in El Paso.

16.     Spetz et al. (2000)[6] analyzed birth certificate records in California to examine trends in the use of prenatal care among pregnant foreign-born women in the wake of Proposition 187. For every birth recorded in California, the Birth Public Use Tape provides information on the birthplace of the mother, age, education, race, Hispanic origin, county of residence, and Zip Code. The Birth Public Use Tape also provides information on whether the mother received prenatal care and, if it was received, the month it began, the number of visits, and the source of payment for prenatal care and for delivery. They find that Proposition 187 caused a decline in the use of prenatal care among foreign-born women and that this effect was more pronounced among foreign-born women with less than twelve years of education. These women had fewer prenatal care visits and were significantly less likely to receive at least seventy percent of the recommended number of visits after the proposition passed. As the authors write, even though it was enjoined, "Some undocumented immigrants may have been unaware that the proposition was not being enforced and thus avoided contact with health providers" (p. 203).

**Arizona's SB 1070, Alabama's HB 56, and Georgia's HB 87**

17.     Over a decade later, research on similar restrictive state-level immigration laws, e.g., Arizona's Senate Bill 1070 (SB 1070), Alabama's House Bill 56 (HB 56), and Georgia's House Bill 87 (HB 87), has found similar deleterious public health effects. Arizona's SB 1070 allows

---

[6] Spetz, Joanne, Laurence Baker, Ciaran Phibbs, Roderick Pedersen, and Sonya Tafoya. "The effect of passing an "anti-immigrant" ballot proposition on the use of prenatal care by foreign-born mothers in California." *Journal of Immigrant Health* 2 (2000): 203-212.

state and local law enforcement to check the immigration status of individuals if they have reasonable suspicion to think they are in the country without authorization. Alabama's HB 56 also contained a "show me your papers" provision, but also would have prohibited undocumented immigrants from receiving public benefits, required schools to determine the immigration status of students, and prohibited landlords from knowingly renting to undocumented immigrants, among other restrictive measures. Georgia's HB 87 also contained a "show me your papers" provision, and also mandated the use of E-Verify to check the legal status of prospective employees.

18.    In Arizona, Hardy et al. (2012)[7] find that SB 1070 changed the health-seeking behaviors of residents of a predominately Latino neighborhood by increasing fear, limiting residents' mobility, and diminishing trust in officials (p. 1250).

19.    As the passage of SB 1070 coincided with their longitudinal study of the health and development of Mexican-origin adolescent mothers and their infants (March 2007 to December 2011), Toomey et al. (2014)[8] were able to analyze pre- and post-trends, finding that young mothers were less likely to use preventative health care after the passage of SB 1070, among other similar findings.

20.    Using county administrative health data, White et al. (2014)[9] find a significant decline in the use of county public health services among Hispanics when comparing the year

---

[7] Hardy, Lisa J., Christina M. Getrich, Julio C. Quezada, Amanda Guay, Raymond J. Michalowski, and Eric Henley. "A call for further research on the impact of state-level immigration policies on public health." *American journal of public health* 102, no. 7 (2012): 1250-1253.

[8] Toomey, Russell B., Adriana J. Umaña-Taylor, David R. Williams, Elizabeth Harvey-Mendoza, Laudan B. Jahromi, and Kimberly A. Updegraff. "Impact of Arizona's SB 1070 immigration law on utilization of health care and public assistance among Mexican-origin adolescent mothers and their mother figures." *American journal of public health* 104, no. S1 (2014): S28-S34.

[9] White, Kari, Justin Blackburn, Bryn Manzella, Elisabeth Welty, and Nir Menachemi. "Changes in use of county public health services following implementation of Alabama's immigration law." *Journal of health care for the poor and underserved* 25, no. 4 (2014): 1844-1852.

before and after the passage of HB 56. Importantly, this decline in the use of county public health services was documented even for public health services that were exempt from the law (i.e., immunizations and treatment for communicable diseases).

21.     In in-depth interviews conducted in the wake of HB 56, White et al. (2014)[10] find that many Hispanic women expressed confusion over healthcare eligibility, which led to delays in seeking care. As the authors write, "Latinos may be reluctant to seek care because exemptions under the law are not well known, and they may believe they are ineligible for services of any kind at public clinics and hospitals" (p. 398). Moreover, as it relates to confusion over healthcare eligibility, the authors write, "very few women expressed accurate knowledge of the law's specific provisions relating to health care and knew which services were exempt" (p. 400). To complicate things further, for study participants who were aware of the exemptions, "Participants recounted experiences in which administrative staff at local clinics seemed unaware of health service exemptions under the law."

22.     Another study found evidence suggesting that, following the passage of HB 87, Hispanics/Latinos were putting off minor health issues until these issues spiraled, thus resulting in preventable admissions to hospitals, Beniflah et al. (2013).[11]

**Economic Impact of Restrictive State-Level Immigration Laws**

23.     Restrictive state-level immigration laws impose substantial economic costs that extend beyond undocumented immigrants, as they disrupt labor markets, reduce tax revenues, and burden state budgets. Restrictive state-level immigration laws significantly harm state economies by removing or deterring undocumented workers, who make up a critical segment of the labor force in sectors such as agriculture, construction, and hospitality. When these workers

---

[10] White, Kari, Valerie A. Yeager, Nir Menachemi, and Isabel C. Scarinci. "Impact of Alabama's immigration law on access to health care among Latina immigrants and children: implications for national reform." *American journal of public health* 104, no. 3 (2014): 397-405.

[11] Beniflah, Jacob D., Wendalyn K. Little, Harold K. Simon, and Jesse Sturm. "Effects of immigration enforcement legislation on Hispanic pediatric patient visits to the pediatric emergency department." *Clinical Pediatrics* 52, no. 12 (2013): 1122-1126.

exit the workforce, either due to fear of enforcement or outright exclusion, industries face abrupt labor shortages that suppress productivity, reduce output, and weaken state and local tax bases.

24.    For example, Hinojosa-Ojeda & Fitz (2011)[12] estimate that if Arizona's SB 1070 accomplished its goal of removing undocumented workers, it would have reduced the state's economy by $48.8 billion, eliminated 581,000 jobs, and caused more than a ten percent decline in tax revenues. These estimates simulated a full removal of undocumented workers based on population estimates from the Pew Hispanic Center, wage and employment data from the U.S. Census Bureau and Bureau of Labor Statistics, and industry-specific labor distribution from CPS data.

25.    Similarly, Tsoukalas and Santis (2023)[13] estimate that Florida's SB 1718 will lead to a decline in the state's GDP of $12.6 billion and a seven percent loss in state and local tax revenue from undocumented workers. New American Economy (2020) estimated that Kentucky's SB 1, though it never passed, would have reduced the state's GDP by $257.4 million, cut combined federal and local tax income by over $4.7 million, and resulted in 1,558 lost jobs.

26.    In agricultural states, the impact is more severe. Georgia's HB 87 led nearly half the state's agribusinesses to report worker shortages during the 2011 harvest season. According to Wolgin and Kelly (2011),[14] with 11,000 agricultural jobs unfilled, the state's economy suffered estimated losses between $300 million and $1 billion. Similarly, Addy (2012)[15] projected that

---

[12] Hinojosa-Ojeda, Raúl, and Marshall Fitz. *A rising tide or a shrinking pie: The economic impact of legalization versus deportation in Arizona*. 2011.

[13] https://www.floridapolicy.org/posts/florida-hb-1617-sb-1718-potential-economic-and-fiscal-impact

[14] https://www.americanprogress.org/article/your-state-cant-afford-it/

[15] Addy, Samuel. "A cost-benefit analysis of the new Alabama immigration law." *Center for Business and Economic Research, Culverhouse College of Commerce and Business Administration. University of Alabama. http://cber. cba. ua. edu/New% 20AL% 20Immigration% 20Law* (2012).

Alabama's HB 56 would cost the state up to $10.8 billion in GDP, eliminate 140,000 jobs, and shrink state and local tax revenues by over $350 million.

### Chilling Effects of Restrictive Federal Laws

27.    Research also shows how concerns about immigration enforcement not only have negative implications for undocumented immigrants, but can also affect American citizen children who are part of mixed immigration status families.

28.    For example, Watson (2014)[16] finds that after the passage of the Illegal Immigration Reform and Immigrant Responsibility Act (IIRaIRA) in 1996, which increased immigration enforcement expenditures and gave the then-INS expanded authority to locate and remove undocumented immigrants, Medicaid participation among children of noncitizens decreased significantly, even among the American citizen children of noncitizens. She writes, "Immigration enforcement 'chills' would-be Medicaid applicants even when they remain eligible" (p. 28).

29.    Research on the Personal Responsibility and Work Opportunity Reconciliation Act (PRWORA) in 1996, which barred legal immigrants who entered the United States after August 1996 from Medicaid for five years after immigration, has found similar effects.

30.    As Kandula et al. (2004)[17] find, "This legislation intended to bar only new immigrants (post-1996 immigrants) from Medicaid. However it [...] also deterred the enrollment of legal immigrants who immigrated before 1996 (pre-1996 immigrants) and who should have remained Medicaid eligible" (1509). One of the mechanisms that the authors posit for this is misinformation about Medicaid eligibility following passage of PRWORA. Other research on PRWORA finds similar results (see also Borjas 2003[18]).

---

[16] Watson, Tara. "Inside the refrigerator: Immigration enforcement and chilling effects in Medicaid participation." *American Economic Journal: Economic Policy* 6, no. 3 (2014): 313-338.

[17] Kandula, Namratha R., Colleen M. Grogan, Paul J. Rathouz, and Diane S. Lauderdale. "The unintended impact of welfare reform on the Medicaid enrollment of eligible immigrants." *Health services research* 39, no. 5 (2004): 1509-1526.

[18] Borjas, George J. "Welfare reform, labor supply, and health insurance in the immigrant population." *Journal of health economics* 22, no. 6 (2003): 933-958.

**The Chilling Effects of Interior Immigration Enforcement**

31.     In the absence of birthright citizenship, persons born to undocumented parents or those without permanent legal status likely will be subject to interior immigration enforcement. What does the existing literature say about the impact of interior immigration enforcement? How does interior immigration enforcement impact the day-to-day behaviors of undocumented immigrants? Altogether, the literature is clear: increased interior immigration enforcement drives undocumented immigrants deeper into the shadows and causes them to avoid engaging with public institutions and seeking public services.

**Day-to-Day Behaviors of Undocumented Immigrants**

32.     How does interior immigration enforcement affect the day-to-day behaviors of undocumented immigrants? The literature makes clear that, when coupled with an increasingly restrictive federal immigration policy context, increased interior immigration enforcement can have effects that extend beyond interactions with local law enforcement officials and seep into the day-to-day behaviors of undocumented immigrants, which negatively and significantly affects their broader societal incorporation, as they become less likely to engage with public institutions and seek public services.

33.     My own research shows this to be the case. Wong and Shklyan (2024)[19] provide evidence of this by embedding an experiment in a survey (n = 594) drawn from a probability-based sample of undocumented immigrants in order to better understand how the behaviors of undocumented immigrants change when local law enforcement officials are working with U.S. Immigration and Customs Enforcement (ICE) on federal immigration enforcement. I show that when local law enforcement officials are working with ICE on federal immigration enforcement, respondents are significantly less likely to report crimes to the police, participate in public events where the police may be present, engage in activities, including help-seeking activities, that

---

[19] Wong, Tom K., and Karina Shklyan. "The Impact of Interior Immigration Enforcement on the Lives of Undocumented Immigrants." *The Journal of Race, Ethnicity, and Politics* 9, no. 3 (2024): 668–88. https://doi.org/10.1017/rep.2024.19.

requires them to disclose their personal contact information, place their children in after-school or day-care programs, and look for a new job.

    a.   Regarding interactions with the police, 60.8 percent of respondents say they would be less likely to report a crime that they witnessed to the police when local law enforcement officials work with ICE on federal immigration enforcement. Moreover, 42.9 percent of respondents say they would be less likely to report a crime that they were a victim of to the police when local law enforcement officials work with ICE on federal immigration enforcement.

    b.   The data show similar chilling effects when it comes to undocumented immigrants' reported interactions with institutions that require them to disclose their personal contact information. 69.6 percent of respondents say they would be less likely to use public services (e.g., go to City Hall) that require them to disclose their personal contact information when local law enforcement officials work with ICE on federal immigration enforcement. Moreover, 63.9 percent say they would be less likely to do business (e.g., open a bank account, get a loan) that requires them to disclose their personal contact information when local law enforcement officials work with ICE on federal immigration enforcement.

    c.   Moreover, 68.3 percent of respondents say they would be less likely to participate in public events where police may be present if local law enforcement officials work with ICE on federal immigration enforcement; among respondents with children, 42.9 percent report they would be less likely to place their children in an after-school or day-care program if local law enforcement officials work with ICE on federal immigration enforcement; and 52.1 percent of respondents report they would be less likely to look for a new job if local law enforcement officials work with ICE on federal immigration enforcement.

**Broader Impact of Interior Immigration Enforcement**

34.     Research has also shown that increased interior immigration enforcement can negatively impact children and schools. According to the Pew Research Center,[20] approximately 5.25 million children under the age of eighteen live with an undocumented parent. These children can experience family separation if their parent is apprehended, detained, or deported, which can cause housing instability, food insecurity, poverty,[21] and post-traumatic stress disorder,[22] among other severe consequences.

35.     When it comes to housing instability, Rugh and Hall (2016)[23] examine county participation in the 287(g) program, which allows local law enforcement to act as federal immigration enforcement agents, and foreclosures among Hispanic homeowners. They find that in the two years following the adoption of a 287(g) program, Hispanic foreclosure rates were 0.68 percentage points higher for Hispanics in 287(g) counties when compared to comparable non-287(g) counties.

36.     Regarding food insecurity, Potochnick et al. (2017)[24] find in another study of the 287(g) program that 287(g) adoption is associated with a ten percent increase in the food

---

[20] https://www.pewresearch.org/short-reads/2024/07/22/what-we-know-about-unauthorized-immigrants-living-in-the-us

[21] Amuedo-Dorantes, Catalina, Esther Arenas-Arroyo, and Almudena Sevilla. "Immigration enforcement and economic resources of children with likely unauthorized parents." *Journal of Public Economics* 158 (2018): 63-78.

[22] Rojas-Flores, Lisseth, Mari L. Clements, J. Hwang Koo, and Judy London. "Trauma and psychological distress in Latino citizen children following parental detention and deportation." *Psychological Trauma: Theory, Research, Practice, and Policy* 9, no. 3 (2017): 352.

[23] Rugh, Jacob S., and Matthew Hall. "Deporting the American dream: Immigration enforcement and Latino foreclosures." *Sociological Science* 3 (2016): 1053-1076.

[24] Potochnick, Stephanie, Jen-Hao Chen, and Krista Perreira. "Local-level immigration enforcement and food insecurity risk among Hispanic immigrant families with children: National-level evidence." *Journal of immigrant and minority health* 19 (2017): 1042-1049. As the authors write, food insecurity is "a severe health risk that increases children's susceptibility to infections and chronic diseases, slows physical growth, and reduces health into adulthood."

insecurity risk, defined as not having access to nutritionally adequate food because of financial constraints, of Mexican non-citizen households with children.

37.    But even if their parent is not apprehended, detained, or deported, these children still face increased anxiety and fear as the result of increased interior immigration enforcement. As it relates to school, this increased anxiety and fear can result in difficulties concentrating, as well as behavioral and/or emotional problems that make school difficult. Consequently, attendance and academic performance suffers with increased interior immigration enforcement, which causes some students to repeat grades or even drop out of school altogether.

38.    Regarding attendance, increased interior immigration enforcement has been linked to increased absenteeism from schools, even though children, including undocumented children, are eligible to attend public schools. For example, Kirksey (2024)[25] uses a geographically defined measure of immigration arrests and school-district level data on absences in a California school district and finds that in the weeks during which immigration arrests occurred in the school district boundaries, school attendance dropped by between two to nine percentage points. Importantly, this drop in attendance occurred for small-scale and large-scale enforcement actions. Moreover, Kirksey finds, "When looking more closely at which student demographics appeared to be most impacted, the analyses demonstrated that the attendance rates of students who were Latinx, socioeconomically disadvantaged, English learners, migrant, and had a disability were disproportionately absent following incidents when 30 or more individuals were arrested."[26]

39.    This study builds upon a handful of other studies that come to similar conclusions. For example, Kirksey et al. (2020)[27] use national data on proximity to deportations and chronic

---

[25] Kirksey, J. Jacob. "Weeks after the raid: The immediate and sustained changes in student attendance rates following immigration arrests." *Educational Evaluation and Policy Analysis* (2024): 01623737241288838.

[26] *Ibid*.

[27] Kirksey, J. Jacob, Carolyn Sattin-Bajaj, Michael A. Gottfried, Jennifer Freeman, and Christopher S. Ozuna. "Deportations near the schoolyard: Examining immigration enforcement

absenteeism and finds that as the number of deportations increases, so too does chronic absenteeism in school districts within 25 miles of where deportations occur.

40.    Moreover, Kirksey and Sattin-Bajaj (2021)[28] use data on immigration arrests at the county level and data on absences from seven of the eight largest school districts in California[29] and find three statistically significant relationships between immigration arrests and student absenteeism. More specifically, "a standard deviation increase in county-level immigration arrests corresponded to a 5 percentage point increase in student absenteeism among Latinx students. Similarly, for Latinx students who were ever English learners, we find that a one standard deviation increase in immigration arrests is associated with a 5 percentage point increase absenteeism rates for the elementary sample and an 8 percentage point increase for the secondary sample."[30]

41.    Bellows (2021) uses data on 287(g) agreements and absenteeism and finds that attendance decreased significantly among Hispanic students who were ever classified as limited English proficient before and after the signing of a 287(g) agreement. This result is driven by chronic absenteeism among some students, which leads to the conclusion, "that a small number of students dramatically reduce attendance in areas with 287(g) programs. These students may be dealing with the consequences of a household immigration arrest or removal. Alternatively, they may be avoiding school due to harassment or fear of apprehension at school."[31]

42.    Focusing on the impact of a large-scale immigration raid in Morristown, Tennessee in April 2018, Heinrich et al. (2023)[32] find multiple negative educational consequences caused

---

and racial/ethnic gaps in educational outcomes." *Aera Open* 6, no. 1 (2020): 2332858419899074.

[28] Kirksey, J. Jacob, and Carolyn Sattin-Bajaj. "Immigration arrests and educational impacts: Linking ICE arrests to declines in achievement, attendance, and school climate and safety in California." *AERA Open* 7 (2021): 23328584211039787.

[29] The authors are not allowed to disclose which districts were included in the study.

[30] Kirksey, J. Jacob, and Carolyn Sattin-Bajaj, 2021.

[31] *Ibid.*

[32] Heinrich, Carolyn, Mónica Hernández, and Mason Shero. "Repercussions of a raid: health and education outcomes of children entangled in immigration enforcement." *Journal of Policy*

by the raid, including a 400 percent increase in absenteeism among children of immigrants in the aftermath of the enforcement action.

43.     In studying the impact of another large-scale worksite enforcement operation in August 2018, Kirksey and Sattin-Bajaj (2023)[33] use student-level data before and after the enforcement action and find "student absenteeism increased markedly following the raid, reading and math test scores declined, and there were sharp increases in the number of students leaving their school districts."[34] More specifically, the authors find that absenteeism increased by 20 percent for Latinx students and by 7 percent for English learner students in the six-week period immediately following the raid.

44.     I note here that a related indicator to attendance is enrollment. In another study, Dee and Murphy (2020)[35] use data on 287(g) partnerships and Hispanic school enrollment and find that local cooperation with federal immigration enforcement officials reduced Hispanic student enrollment in a county by 7.3 percent overall and by 10 percent within two years. These results can be explained by increased interior immigration enforcement forcing "families to leave a community, [students] dropping out of school, and [the threat of enforcement] discouraging other families from entering."[36]

---

*Analysis and Management* 42, no. 2 (2023): 350-392.

[33] Kirksey, J. Jacob, and Carolyn Sattin-Bajaj. "Immigration and Customs Enforcement Raids the Pillar of a Community: Student Achievement, Absenteeism, and Mobility Following a Large Worksite Enforcement Operation in North Texas." *American Behavioral Scientist* (2023): 00027642231215992.

[34] *Ibid.*

[35] Dee, Thomas S., and Mark Murphy. "Vanished classmates: The effects of local immigration enforcement on school enrollment." *American Educational Research Journal* 57, no. 2 (2020): 694-727.

[36] *Ibid.* I note here that Bucheli et al (2021) use data on immigration arrests at the Metropolitan Statistical Area (MSA) level and school enrollment data from the Current Population Survey (CPS) and find that increased arrests are correlated with decreased school enrollment among Hispanic youth between the ages of nineteen and twenty-four.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2025, in San Diego, California.

_____

Tom K. Wong, Ph.D.

# EXHIBIT 1

## TO WONG

## DECLARATION

# TOM K. WONG, PH.D.

Email: tomkwong@ucsd.edu | Cell: (951) 907-9989

## APPOINTMENTS

| | |
|---|---|
| 2019 - | **DIRECTOR, U.S. IMMIGRATION POLICY CENTER (USIPC)**<br>University of California, San Diego |
| 2018 - 2021 | **APPOINTED MEMBER (GUBERNATORIAL APPOINTMENT)**<br>**STATE OF CALIFORNIA CENSUS COMPLETE COUNT COMMITTEE** |
| 2017 - | **ASSOCIATE PROFESSOR (W/TENURE), POLITICAL SCIENCE**<br>University of California, San Diego |
| 2016 | **ADVISOR, IMMIGRATION PORTFOLIO**<br>**WHITE HOUSE INITIATIVE ON ASIAN AMERICANS AND PACIFIC ISLANDERS** |
| 2016 - | **SENIOR FELLOW**<br>**CENTER FOR AMERICAN PROGRESS** |
| 2013 - | **DIRECTOR, INTERNATIONAL MIGRATION STUDIES PROGRAM MINOR**<br>**CO-DIRECTOR, HUMAN RIGHTS AND MIGRATION PROGRAM MINOR**<br>University of California, San Diego |
| 2012 - 2017 | **ASSISTANT PROFESSOR, POLITICAL SCIENCE**<br>University of California, San Diego |

## EDUCATION

| | |
|---|---|
| 2011 | **PH.D. IN POLITICAL SCIENCE**<br>University of California, Riverside |
| 2005 | **B.A. IN POLITICAL SCIENCE**<br>University of California, Riverside<br>*Magna Cum Laude* |

## BOOKS

(2) Tom K. Wong. 2017. *The Politics of Immigration: Partisanship, Changing Demographics, and American National Identity.* Oxford University Press.
NPR, ABC News/Yahoo.com, LA Times, Univision, Monkey Cage

(1) Tom K. Wong. 2015. *Rights, Deportation, and Detention in the Age of Immigration Control.* Stanford University Press.

## JOURNAL ARTICLES

(11) Tom K. Wong and Karina Shklyan. 2024. "The Impact of Interior Immigration Enforcement on the Day-to-Day Behaviors of Undocumented Immigrants," *Journal of Race, Ethnicity, and Politics*. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, KS]

(10) Tom K. Wong, Andrea Silva, and Karina Shklyan. 2022. "The Effect of Intergovernmental Policy Conflict on Immigrants' Behavior: Evidence from a Survey Experiment in California," *Publius* vol. 52 no. 1: 107-132. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, AS, KS]

(9) Tom K. Wong, S. Deborah Kang, Carolina Valdivia, Josefina Espino, Michelle Gonzalez, and Elia Peralta. 2021. "How Interior Immigration Enforcement Affects Trust in Law Enforcement," *Perspectives on Politics* vol. 19 no. 2: 357-370. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, SDK, CV, JE, MG, EP]

(8) Justin Gest, Ian M. Keysil, and Tom K. Wong. 2019. "Protecting and Benchmarking Migrants' Rights: An Analysis of the Global Compact for Safe, Orderly and Regular Migration," *International Migration* https://doi.org/10.1111/imig.12635 [Equal contributions from all authors]

(7) Tom K. Wong, Angela Garcia, and Carolina Valdivia. 2018. "The Political Incorporation of Undocumented Youth," *Social Problems* vol. 66 no. 3: 356-372. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, AG, CV]

(6) Tom K. Wong and Hillary Kosnac. 2017. "Does the Legalization of Undocumented Immigrants in the US Encourage Unauthorized Immigration from Mexico? An Empirical Analysis of the Moral Hazard of Legalization," *International Migration* vol. 55 no. 2: 159-173. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, HK]

(5) Tom K. Wong and Angela Garcia. 2016. "Does Where I Live Affect Whether I Apply? The Contextual Determinants of Applying for Deferred Action for Childhood Arrivals (DACA)," *International Migration Review* vol. 50 no. 3: 699-727. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, AG]
C-Span, Associated Press

(4) Tom K. Wong, Donald Kerwin, Jeanne M. Atkinson, and Mary Meg McCarthy. 2014. "Paths to Lawful Immigration Status: Results and Implications from the PERSON Survey," *Journal of Migration and Human Security* vol. 2 no 4: 287-304. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, DW, JMA, MMM]
NBC News.com

(3) Tom K. Wong. 2014. "The Politics of Interior Immigration Enforcement," *California Journal of Politics and Policy* vol. 6 no 3: 381-399.

(2) Tom K. Wong and Justin Gest. 2013. "Organizing Disorder: Indexing Migrants' Rights and International Migration Policy," *Georgetown Immigration Law Journal* vol. 28 no 1: 257-269. [Equal contributions from all authors]

(1) Tom K. Wong. 2012. "The Politics of Interior Immigration Control in the United States: Explaining Local Cooperation with Federal Immigration Authorities," *Journal of Ethnic and Migration Studies* vol. 38 no. 5: 737-756.

## POLICY REPORTS

(23) Tom K. Wong. 2024. *Expanded Legal Pathways to Enter the U.S. Reduce Irregular Migration.* Washington D.C.: Center for American Progress.

(22) Tom K. Wong. 2023. *Lives in Danger: Seeking Asylum Against the Backdrop of Increased Border Enforcement.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego.

(21) Tom K. Wong, Maya Lu, and Lily Amirjavadi. 2022. *New American Voters 2022: Harnessing the Power of Naturalized Citizens.* Chicago, IL and La Jolla, CA: National Partnership for New Americans (NPNA) and U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW, ML, LA; Literature Review: TKW]

(20) Tom K. Wong, et al. 2022. *Survey of DACA Recipients Underscores the Importance of a Pathway to Citizenship.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(19) Tom K. Wong, et al. 2020. *Do TPS Designations Increase Irregular Migration to the United States?* Washington, D.C.: Center for American Progress.

(18) Tom K. Wong, et al. 2020. *Nepali TPS Holders Make Significant Contributions to America.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(17) Tom K. Wong et al. 2020. *Amid Changes to the DACA Program and COVID-19, DACA Recipients are Fired Up and Civically Engaged.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(16) Tom K. Wong. 2020. *COVID-19 and the Remaking of U.S. Immigration Policy? Empirically Evaluating the Myth of Immigration and Disease.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego

(15) Tom K. Wong et al. 2019. *DACA Recipients' Livelihoods, Families, and Sense of Security Are at Stake This November.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(14) Tom K. Wong and Vanessa Ceceña. 2019. *Seeking Asylum: Part 2.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW; Literature Review: TKW]

(13) Tom K. Wong, Sebastian Bonilla, and Anna Coleman. 2019. *Seeking Asylum: Part 1.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW; Literature Review: TKW]

(12) Tom K. Wong, Jeremiah Cha, and Erika Villareal-Garcia. 2019. *The Impact of Changes to the Public Charge Rule on Undocumented Immigrants Living in the U.S.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, JC]

(11) Tom K. Wong, et al. 2019. *Deterrence, Displacement, and Death: The Impact of the Border Wall on Undocumented Immigration.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(10) Tom K. Wong, et al. 2019. *Fractured Federalism: How Dissonant Immigration Enforcement Policies Affect Undocumented Immigrants.* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

Wong: CV (1/2024)

(9) Tom K. Wong, et al. 2019. *How Interior Immigration Enforcement Affects Trust in Law Enforcement* La Jolla, CA: U.S. Immigration Policy Center (USIPC) at UC San Diego. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(8) Tom K. Wong. 2018. *Do Family Separation and Detention Deter Immigration?* Washington, D.C.: Center for American Progress.

(7) Tom K. Wong et al. 2018. *Amid Legal and Political Uncertainty DACA Remains More Important Than Ever.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(6) Tom K. Wong et al. 2017. *DACA Recipients' Economic and Educational Gains Continue to Grow.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(5) Tom K. Wong. 2017. *The Effects of Sanctuary Policies on Crime and the Economy.* Washington, D.C.: Center for American Progress.

(4) Tom K. Wong et al. 2016. *New Study of DACA Beneficiaries Shows Positive Economic and Educational Outcomes.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(3) Tom K. Wong et al. 2015. *Results from a Nationwide Survey of DACA Recipients Illustrate the Program's Impact.* Washington, D.C.: Center for American Progress. [Research Design: TKW; Analysis: TKW; Literature Review: TKW, et al.]

(2) Tom K. Wong. 2014. *Statistical Analysis Shows that Violence, Not Deferred Action, Is Behind the Surge of Unaccompanied Children Crossing the Border.* Washington, D.C.: Center for American Progress.

(1) Tom K. Wong. 2013. *Undocumented No More: A Nationwide Analysis of Deferred Action for Childhood Arrivals (DACA).* Washington, D.C.: Center for American Progress.

## BOOK CHAPTERS

(5) James Hollifield and Tom K. Wong. 2022. "The Politics of International Migration." In *Migration Theory: Talking Across Disciplines* (4th edition), edited by Caroline B. Brettell and James F. Hollifield. Routledge.

(4) Tom K. Wong. 2014. "Conceptual Challenges and Contemporary Trends in Immigration Control." In *Controlling Immigration: A Global Perspective* (3rd edition), edited by James F. Hollifield, Philip Martin, and Pia Orrenius. Stanford University Press.

(3) Tom K. Wong. 2014. "Nation of Immigrants or Deportation Nation? Analyzing Deportations and Returns in the United States, 1892-2010." In *The Nation and Its Peoples: Citizens, Denizens, and Migrants*, edited by John S.W. Park and Shannon Gleeson. Routledge.

(2) James F. Hollifield and Tom K. Wong. 2014. "The Politics of International Migration: How Can We 'Bring the State Back In'?" In *Migration Theory: Talking Across Disciplines* (3rd edition), edited by Caroline B. Brettell and James F. Hollifield. Routledge.

(1) Karthick Ramakrishnan and Tom K. Wong. 2010. "Partisanship, Not Spanish: Explaining Municipal Ordinances Affecting Undocumented Immigrants." In *Taking Local Control: Immigration Policy Activism in U.S. Cities and States*, edited by Monica W. Varsanyi. Stanford University Press.

## WORKS UNDER REVIEW/IN PROGRESS (SELECTED LIST)

(Book Project) DACA: Undocumented Youth and the Politics of Immigrant Illegality
>This project leverages nearly a decade of surveying DACA recipients about their economic, societal, and civic integration. These surveys span the Obama, Trump, and Biden administrations, and include both the periods before and after the rescission of DACA. NPR, CNN, Washington Post, New York Times, NBC News, CNBC, Atlantic, Vox, Forbes, 538, Politifact, WNYC, C-Span, Associated Press

(Book Project) The Impact of Immigration Enforcement on Undocumented Immigrants.
>This project draws from a first-of-its-kind probability-based survey of undocumented immigrants. This project includes several survey experiments that uncover how the day-to-day behaviors of undocumented immigrants, as well as the trust that they have in public institutions, is affected by differential levels of local law enforcement cooperation with federal immigration enforcement officials. Washington Post, NPR, KPBS, USA Today, City Lab, Chicago Tribune, Factcheck.org

(Book Project) Tom K. Wong. "Immigration, White Nationalism, and the Great Replacement Theory: Who Believes, Why do They Believe, and What Can be Done."
>The Great Replacement Theory is a conspiracy theory subscribed to be White nationalists that states that immigration is being used to replace the native-born White population in the U.S. with people of color (i.e., "White genocide"). Previously relegated to the fringes of American society,
>the Great Replacement Theory has emerged as a serious threat to pluralistic values, as recent mass shootings wherein shooters have left manifestos espousing the Great Replacement Theory have made clear. News media and other polling suggest that as many as one-third of Republicans (Washington Post) or one-half of native-born White Americans (SPLC) believe in some variant of the Great Replacement Theory. This book project examines the determinants of belief in the Great Replacement Theory, explores why individuals believe that immigration is being weaponized to replace native-born Whites, the extent to which those who believe are willing to resort to political violence, and what can be done to stop this.

## RESEARCH GRANTS (AS FACULTY MEMBER)

- $800,000, Coulter Foundation, "U.S. Immigration Policy Center," 2021-2024
- $150,000, Private Donor, "U.S. Immigration Policy Center," 2021-2023
- $820,000, Multiple Funders, "U.S. Immigration Policy Center," 2019-2021
- $341,127, Multiple Funders, "U.S. Immigration Policy in the 21st Century," 2017-2019
- $22,500, UCSD USMEX Fellowship, 2016-2017
- $16,000, UCLA Institute for Research on Labor and Employment, 2015-2016
- $365,000, MacArthur Foundation, 2015-2017 (partially awarded, terminated after the DAPA program was enjoined by the U.S. Supreme Court)
- $25,000, UCSD Frontiers of Innovation Scholars Program Grant, 2015-2016
- $15,000, UCSD Faculty Career Development Program Grant, 2014-2015
- $30,000, Unbound Philanthropy, 2014
- $100,000, U.S. Department of Homeland Security (DACA), 2013
- $30,000, Center for American Progress, 2013
- $10,000, UCSD Center for International, Comparative, and Area Studies Grant, 2013
- $10,000, UCSD Academic Senate, 2013
- $1,500, UCSD Diversity, Equity, and Inclusion Grant, 2013

## TEACHING AT UCSD

- Diversity, Equity, and Inclusion Teaching Award, 2014-2015
- The Politics of Immigration (upper-division, 280 students)
- International Human Rights Law: Rights of Migrants (upper-division, 200 students)
- The Politics of Multiculturalism (upper-division, 100 students)
- Immigration Politics and Policy (graduate seminar, 4 students)
- Undergraduate Honors Seminar (upper-division, 15 students)

## INVITED PRESENTATIONS — (LAST UPDATED 6/2018)

**2018** |    "Surveying Undocumented Immigrants." UC Berkeley, June 12, 2018.

"The Integration of DACA Recipients." Scripps College, May 3, 2018.

"The Impact of the Trump Administration's Immigration Policies on Undocumented Immigrants: Evidence from Survey Experiments." Race, Ethnicity, and Politics Workshop, Northwestern University, April 13, 2018.

"Immigrant Political Incorporation." UC Migration Conference, UCSD, March 2, 2018.

"The Future of DACA." Columbia University, February 22, 2018.

"Immigration and DACA in the Age of Uncertainty, Middlebury College, February 20, 2018.

**2017** |    "The Future of U.S. Immigration Policy in the Age of Trump." Citizenship and Equality Colloquium, University of Colorado, November 16, 2017.

"The Determinants and Effects of Sanctuary Policies." Cornell University, November 9-10, 2017.

"The Determinants and Effects of Sanctuary Policies." Presentation at the 2017 APPAM Fall Research Conference, Chicago, IL, November 2-4, 2017.

"Immigration and the U.S. Constitution." Seminar at the Robert H. Smith Center for the Constitution at James Madison's Montpelier, Orange, VA, July 31-August 2, 2017.

"The Determinants of U.S. Immigration Policy." University of California, Santa Barbara, June 1, 2017.

"Paths to Legal Status for Undocumented Immigrants." Presentation at the CLINIC annual conference, Atlanta, GA, May 25, 2017.

"The Effects of Sanctuary Policies on Crime and the Economy." Presentation at the Sanctuary Cities Convening, New York City Council, New York, NY, March 27-28, 2017.

"The Future of U.S. Immigration Policy in the Age of Trump." Yankelovich Center for Social Science Research, University of California, San Diego, March 15, 2017.

"Child Migration." World Migration Report workshop, International Organization for Migration (IOM) Geneva, Switzerland, March 9-10, 2017.

"The Politics of Immigration." American Academy of Arts and Sciences, San Diego Program Committee, University of California, San Diego, February 9, 2017.

**2016 |** "Post-Election Panel." Center for Comparative Immigration Studies (CCIS), University of California, San Diego, November 21, 2016.

"Mobilizing Immigrant Communities in the Age of Trump." Tulane University, October 14, 2016.

"Immigrant Integration and the Obama Administration: DACA, DAPA, and Implications for the 2016 Presidential Election." Institute for Research on Labor and Employment, UCLA, April 28, 2016.

"Mobilizing Low-Propensity Voters of Color: Towards an Electorate That Reflects a Changing America." Presentation at the Asian Americans Advancing Justice conference, Los Angeles, CA, March 31, 2016.

"Immigrants in American Society." Presentation at KPBS, San Diego, CA, March 21, 2016.

"Immigration Policy." Presentation to Mi Familia Vota, Riverside, CA, January 14, 2016.

**2015 |** "The European Refugee Crisis." Center for Comparative Immigration Studies (CCIS), the European Studies Program, the Lifelong Learning Program of the EU, and the Scholars Strategy Network (SSN), University of California, San Diego, October 27, 2015.

"U.S. Immigration Politics and the 2016 Presidential Election." Presentation at the Wilson Center, Washington DC, October 26, 2015.

"The Political Incorporation of Undocumented Youth." Presentation at the "Challenging Borders" conference, University of California, Riverside, October 23, 2015.

"The Consequences of Inequality: Why Does it Matter and How." Symposium on Capital in the 21st Century with Thomas Piketty, University of California, San Diego, October 22, 2015.

"U.S. Immigration Politics and Policy." Presentation at the U.S. Consulate in Tijuana, October 13, 2015.

"UC National Summit on Undocumented Students." University of California Office of the President, May 7-8, 2015.

"Irregular Migration." Presentation at the "Politics and Policies of International Migration: Europe and the U.S." conference, Université Libre de Bruxelles, Belgium, April 28-29, 2015.

"Opportunities and Limits of the Executive Actions Proposed by President Obama." Presentation at the Mexican Ministry of Foreign Affairs, Mexico City, Mexico, April 13-14, 2015.

"Administrative Relief Implementation and Impact Project." Presentation at the Center for Migration Studies (CMS), New York, NY, March 25, 2015.

"Research Roundtable." Presentation at the "Ready America: Implementing Immigration Action" conference, Washington DC, February 9-11, 2015.

2014 | "Insights from Implementing DACA for Administrative Relief." Presentation at the National Immigrant Integration Conference, Los Angeles, CA, December 16, 2014.

"Deferred Action for Childhood Arrivals." American Immigration Council (AIC), Washington, D.C., November 7, 2014.

"Immigration Policy and the November 2014 Midterm Elections." California Immigrant Policy Center (CIPC), October 29, 2014.

"The Many Paths to Legal Status: Results and Implications from the PERSON Survey." Presentation to the Center for Migration Studies (CMS), New York, NY, September 29, 2014.

"The Congressional Politics of Interior Immigration Enforcement." Presentation at the "Migration During Economic Downturns" workshop, German Historical Institute, Washington, DC, April 4-5, 2014.

"Mapping DACA Renewals." Presentation to U.S. Citizenship and Immigration Services (USCIS), March 13, 2014.

"Latino Politics: Left, Right, or Down the Middle?" Presentation at the Hispanic Radio annual conference, San Diego, CA, March 10, 2014.

2013 | "Undocumented No More: A Nationwide Analysis of Deferred Action for Childhood Arrivals." Center for Comparative Immigration Studies (CCIS), University of California, San Diego, October 2, 2013.

"DACA Turns 1." Presentation at the Center for American Progress, Washington, DC, August 15, 2013. **[Televised on CSPAN]**

"The Prospects for Comprehensive Immigration Reform." Presentation at the Mexican Ministry of Foreign Affairs, Mexico City, Mexico, August 12, 2013.

"A Look at the Stats: How Will Congressional Representatives Vote on Comprehensive Immigration Reform?" Presentation at the "Changing Face of America" conference, University of California, Berkeley, May 3, 2013.

"Will Comprehensive Immigration Reform Pass? Predicting Legislative Support and Opposition to CIR." Center for Comparative Immigration Studies (CCIS), Univeristy of California, San Diego, April 29, 2013.

"Race, Ethnicity, the 2012 Elections, and the Politics of Comprehensive Immigration Reform." Presentation at the *Beyond the Headlines* speaker series, UCLA, February 26, 2013.

"International Migrants Bill of Rights (IMBR) Initiative." Georgetown Law School, Washington, DC, February 8-9, 2013.

## PROFESSIONAL ACTIVITIES

- Reviewer: *American Journal of Political Science, American Political Science Review, American Politics Research, American Sociological Review, British Journal of Political Science, Citizenship Studies, Du Bois Review, International Migration, International Migration Review, International Studies Quarterly, Journal of Ethnic & Migration Studies, Journal of Peace Research, Journal of Politics, Journal of Race, Ethnicity, and Politics, Law & Social Inquiry, Migration Studies, National*

*Science Foundation, Oxford University Press, Perspectives on Politics, Politics, Groups, and Identities, Political Research Quarterly, Proceedings of the National Academies of Sciences, Russell Sage Foundation, Social Identities, Social Problems*

- Advisory Board, Center for Comparative Immigration Studies (CCIS), 2012-2018
- Advisory Board, Integrated Voter Engagement study, 2016
- Advisory Board, Unbound Philanthropy, 2015-2017
- APSA, Executive Committee, Migration and Citizenship Section, Treasurer, 2012-2015
- APSA, Migration and Citizenship Section Program Co-Chair, 2018
- Editorial Board, *Journal of Ethnic and Migration Studies* (JEMS), 2024-2028
- Editorial Board, *Journal of Migration and Human Security* (JMHS), 2014-present
- Editorial Board, *Politics, Groups, and Identities* (PGI), 2016-present
- Editorial Board, *Polity*, 2016-present
- Editorial Search Committee, *Perspectives on Politics* Editor-in-Chief search committee, 2022-2023
- Executive Committee, Center for Comparative Immigration Studies (CCIS), 2015-2018
- MPSA, International Relations and Domestic Politics Section Program Chair, 2016
- WPSA, (Im)Migration and Citizenship Section Program Chair, 2015, 2017
- WPSA, Dissertation award committee, 2016

## PUBLIC SCHOLARSHIP

Wong is one of the country's top experts on immigration politics and policy. Wong and his work have been covered by The *New York Times*, The *Los Angeles Times*, The *Washington Post*, NPR and major media outlets across the country in hundreds of articles. A sample can be found here: https://usipc.ucsd.edu/media/index.html