# EXHIBIT N

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     Defendants. | Civil Action No. 1:25-cv-10139-LTS |

## <u>DECLARATION OF DR. KENNETH FINK</u>

I, Dr. Kenneth Fink, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Director of the Hawaiʻi State Department of Health. I have served in this role since 2023. My educational background includes combined Medical Doctor and Master of Government Administration degrees from the University of Pennsylvania and a Master of Public Health degree from the University of North Carolina at Chapel Hill.  Prior to joining the Hawaiʻi State Department of Health, I worked as the Vice President for Medicare and Medicaid Programs at HMSA and as the Director of Student Health Services for Kamehameha Schools.

2. I submit this declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have on Hawaiʻi's federally funded benefits programs, as well as State

1

healthcare providers, in the absence of a nationwide injunction, including if the injunction is narrowed along the lines suggested by the federal government in its recent filing.

3. I have compiled the information in the statements set forth below through personal knowledge.

### Hawai'i State Department of Health

4. The Department of Health's mission is to protect and promote the physical, behavioral, and environmental health for all people in Hawai'i. To support that goal, the Department of Health performs many functions, including regulating healthcare facilities across the State and overseeing the Office of Health Status Monitoring ("OHSM"), which registers vital events such as births.

5. The Department of Health's OHSM routinely gathers information about births, deaths, and marriages that take place in the state. This information is available to the public upon request and is published annually by the Department and other agencies.

### Birth Records

6. OHSM registers vital events and maintains birth records, among other records of vital events that occur in Hawai'i. OHSM does not have a longitudinal data system; it only captures the birth event, and it only does so as to births that occur in Hawai'i or for adoptees born in other jurisdictions but adopted in Hawai'i.

7. OHSM issues certified copies of birth certificates to authorized individuals. Such certified copies issued by OHSM contain a raised seal.

8. The Department of Health's understanding is that each State has its own system of State and local registration of birth events and maintenance of such records.

2

9. OHSM shares information on vital events that occur in Hawai'i with the National Association of Public Health Statistics and Information Systems (NAPHSIS), which inputs that information into the State and Territorial Exchange of Vital Events system (STEVE).

10. STEVE handles births and deaths and is the system that feeds the Social Security Administration's birth and death master files.

11. All 50 states and the District of Columbia contribute vital events data to STEVE, but the degree of information that is shared varies greatly by jurisdiction. Federal law does not require that any jurisdiction share information with STEVE and the State is only able to receive data from states and jurisdictions that have signed an agreement to share such data.

12. Thus, OHSM could query STEVE for any records on vital events from other States pertaining to an individual. But if STEVE produced no responsive records, that would not prove the non-existence of a registered out-of-State birth. It would only show that STEVE lacks the information.

13. Additionally, if STEVE did produce a responsive record, it would only provide information about an out-of-State birth event. STEVE cannot produce a certified copy of a birth record.

14. Based on the limited available information from STEVE, approximately 50 children are born out of state to Hawai'i residents each year. Because the data from STEVE is limited, this number is likely an underestimate.

<u>Community Health Center Special Fund</u>

15. Hawai'i has created a community health center special fund that is funded by cigarette tax revenue and is used to support Federally Qualified Health Centers, including reimbursement for primary care and mental health services provided to uninsured and underinsured patients.

16. Federally Qualified Health Centers are a safety-net provider with co-located services (medical and behavioral health) that makes health care more accessible.

17. The State pays Federally Qualified Health Centers a flat rate of $250 per otherwise uncompensated patient visits for primary care and mental health services.

<u>Impacts on Hospital System of Increased Uninsured Population</u>

18. The Department of Health understands that the narrowed injunction could result in children within its borders who are eligible for federally funded benefits and yet whom the federal government would not otherwise treat as citizens. If this occurs, the Department of Health anticipates that there is a substantial likelihood that the parents of such children would be chilled from accessing federally funded benefits, including medical assistance, because of fear that doing so could subject their children to a heightened risk of deportation.

19. The Department of Health further understands that the narrowed injunction could, alternatively, result in children within its borders who are eligible for federally funded benefits and yet whom the federal government would not otherwise treat as citizens outside of the Plaintiff States' borders. If this occurs, the Department of Health still anticipates that there is some likelihood that the parents of such children would be chilled from accessing federally funded benefits within Hawaiʻi, because of fear that doing so could subject their children to a heightened risk of deportation.

20. In the Department of Health's experience, when parents fear that registering for public benefits carries a risk of immigration consequences for their children, such parents are less likely to enroll their children in public benefits. For example, it's been reported that some individuals impacted by the Lahaina wildfire who may have been eligible for federal benefits did not apply due to concern over immigration consequences.

4

21. To the extent a narrowed injunction of Executive Order 14160 would result in more uninsured children within Hawai'i, the narrowed injunction would have negative consequences for the State's public health system.

22. Specifically, an increase in the uninsured child population would result in greater uncompensated care costs born by Hawai'i's hospitals.

23. An increase in the uninsured child population would also result in greater State expenditures on services provided by Federally Qualified Health Centers to such children.

24. Public health will also suffer. Uninsured individuals are less likely to seek preventive care or attend routine health screenings and may delay necessary medical care due to prohibitive costs. Foregoing such services can result in negative health outcomes, such as emergency medical care with longer hospital stays, increased mortality rates, and higher costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this ____ day of July, 2025, in Honolulu, Hawai'i.
1414

*Kenneth Fink*
_____
Dr. Kenneth Fink
Director
Hawai'i State Department of Health

5