# EXHIBIT T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-10139-LTS |

## SUPPLEMENTAL DECLARATION OF MINNESOTA DEPARTMENT OF HEALTH

I, Wendy Underwood, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Deputy Commissioner at the Minnesota Department of Health ("MDH"). I earned an MBA from Hamline University and a bachelor's degree in government and international studies from Augustana College. I have been employed as Deputy Commissioner at MDH since March 2024. Prior to my employment at MDH, I was a Chief Advancement and Public Engagement Officer at Catholic Charities Twin Cities, and, prior to that, I served as Assistant Commissioner for External Affairs at the Minnesota Department of Human Services.

2. I submit this supplemental declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have on Minnesota's health insurance and other federally funded benefits programs, as well as State healthcare providers, in the absence of a nationwide injunction.

1

3. I have compiled the information in the statements set forth below through personal knowledge, through agency personnel who have assisted me in gathering this information from our agency, and on the basis of documents that have been provided to and/or reviewed by me.

## Minnesota Department of Health

4. MDH's mission is protecting, maintaining and improving the health of all Minnesotans. To support that goal, MDH performs many functions, including regulating hospitals and other types of healthcare facilities across the State and overseeing the Office of Vital Records ("OVR"), which registers vital events such as births.

5. The Center for Health Statistics ("CHS") is a program within MDH. In addition to population health surveillance duties, CHS is responsible for compiling and releasing annual vital statistical files on Minnesota residents for use at the statewide level to ensure consistent denominators. CHS publishes official reports on births, deaths, causes of death, chronic illnesses, injuries, and behavioral risk factors, among other types of information. CHS provides analytical support to state and other governmental agencies to support population health initiatives around vital statistics analysis.

## Birth Records

6. OVR registers vital events and maintains birth records, among other records of vital events that occur in Minnesota.

7. Under OVR's current system, births are registered by hospitals electronically to establish a birth record within five days of the birth. OVR works directly with families and midwives to register home births.

2

8. OVR and Minnesota county vital records offices issue certified copies of birth certificates on special certificate paper with a hologram. OVR and Minnesota county vital records offices will issue a certified copy of a birth certificate and noncertified documents issued from the birth record to individuals and governmental entities who are eligible under the law. Regardless of where the birth occurred in Minnesota, anyone requesting a certified birth certificate must complete an application, provide identification if the request is made in person, or provide a notarized application if the request is not made in person.

9. MDH's understanding is that each State has its own laws and system for the registration, issuance, dissemination, and maintenance of vital records.

10. OVR is a member of the National Association of Public Health Statistics and Information Systems (NAPHSIS). NAPHSIS has a system called the State and Territorial Exchange of Vital Events (STEVE), which OVR uses to transmit Minnesota vital event data to the CDC and other states and jurisdictions in the United States.

11. All 50 states and seven additional jurisdictions use STEVE in a manner similar to how Minnesota uses STEVE. All 50 states and seven jurisdictions sign an agreement for the use, sharing, and protection of data transmitted on STEVE. STEVE transmits only data that Minnesota and other states and jurisdictions send. Federal law does not require that any jurisdiction use STEVE.

12. NAPHSIS also has a system called the Electronic Verification of Vital Events (EVVE). EVVE is an electronic pathway for an authorized government entity to access vital record information from OVR and other states and jurisdictions. EVVE is an efficient method for authorized government entities to verify a birth record, validate a paper birth certificate in

their possession, or search for the existence of a death record. States and jurisdictions are not required to participate in EVVE.

13. OVR uses STEVE to gain information about Minnesota residents who have vital events outside of Minnesota. OVR uses STEVE to transmit vital record information about vital events that occur in Minnesota to other states and jurisdictions about their residents. STEVE is limited to the data that is transmitted. If STEVE does not provide information about a vital event, that does not mean a vital event did not occur to a Minnesota resident outside of Minnesota. It would only show that STEVE lacks the information.

14. Neither STEVE nor EVVE are systems that hold vital records or data, nor can they produce a certified copy of a birth record or any vital record.

15. Based on the information that OVR received through STEVE from other states and jurisdictions, around 2,500 children are born out of state to Minnesota residents each year. Because the data from STEVE is limited to what is shared, this number is likely an underestimate.

Impacts of Increased Uninsured Population

16. The rate of foregone care is significantly higher among uninsured people as compared to those with health insurance coverage. When people do not seek needed health care because of a lack of insurance, it creates public health issues. As recognized in the public-health field, the harms of foregone care can impact the individual and their family, such as longer duration of illness, lost work time and income, and increased risk of disease progression. The harms of foregone care can also impact the broader population, as increased risk of spread of undiagnosed or untreated infectious diseases can impact a workplace, school or community.

17. An increase in the number of people without health insurance is likely to result in an increase in uncompensated care and financial strain on healthcare providers. The State of Minnesota has historically helped defray the burden of uncompensated care through various grant programs and provider subsidies that benefit eligible healthcare providers. But those programs are funded only if the Minnesota legislature chooses to fund them, and nonetheless leave a significant portion of the costs of providing uncompensated care unfunded. Without increased State assistance to support the provision of care to an increasing number of uninsured Minnesotans, care providers would have to cover the gap themselves. If so, care providers might be forced to reduce services or even go out of business, which would endanger public health in Minnesota.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July, 2025, in St. Paul, Minnesota.

By:_____
Wendy Underwood
Deputy Commissioner of Health
Minnesota Department of Health

5