# EXHIBIT U

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-10139-LTS |

## DECLARATION OF NATASHA ASHMONT

I, Natasha Ashmont, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Division Director at the North Carolina Department of Health and Human Services (NC DHHS), Division of State Operated Healthcare Facilities (DSOHF). My educational background is in Human Development and Family Studies and I have over 25 years progressive work experience in behavioral health. I have been working with DSOHF as an Assistant Division Director since December, 17, 2017 and as the Acting Director for DSOHF since February 1, 2025. Prior to employment with DSOHF, I worked as a provider, public agent guardian, and on behalf of a managed care organization in support of people with disabilities.

2. I submit this Declaration to explain certain impacts on the State of North Carolina resulting from the potential narrowing of the current injunction from Executive Order 14160.

3. I have compiled the information in the statements set forth below through personal knowledge, through agency personnel who have assisted me in gathering this information

1

from our agency, and on the basis of documents that have been provided to and/or reviewed by me.

4. NC DHHS oversees and operates three state psychiatric hospitals (SPHs) in North Carolina, which include Cherry Hospital in Goldsboro, Central Regional Hospital in Butner, and Broughton Hospital in Morganton. Each of the three SPHs serves a specific catchment area of the state in order to provide adequate coverage across the entire state.

5. The SPHs are an integral part of the North Carolina continuum of mental health service delivery. The three hospitals provide comprehensive inpatient mental health services, including but not limited to nursing, psychiatric, medical, psychological, and social work, to individuals who cannot be safely treated at a lower level of care. The SPHs serve voluntary admissions, involuntary commitment referrals, and other individuals presenting to the SPHs, including walk-ins, as required by state and federal law.

6. As an instrumentality of the State of North Carolina, the SPHs treat uninsured patients and/or patients that cannot afford the full cost of urgent and/or acute care treatments, services, and procedures.

7. The cost of care at the SPHs is based on rates fixed by NC DHHS on an annual basis, pursuant to N.C.G.S. § 143-118. The amount of uncompensated care is a factor in determining these rates.

8. The State of North Carolina does not generally cover or reimburse the cost to acute care hospitals, including the SPHs, for providing care to uninsured individuals who cannot afford to pay out of pocket for that care.

9. For example, the SPHs provided care to approximately 749 uninsured individuals for a total of 131,607 bed days in State Fiscal Year 2023,[1] at cost to the State of North Carolina of approximately $235,323,634. Of this amount, approximately $235,225,635 in care was unreimbursed.

10. The SPHs provided care to approximately 854 uninsured individuals for a total of 146,287 bed days in State Fiscal Year 2022, at cost to the State of North Carolina of approximately $249,599,528. Of this amount, approximately $248,225,635 in care was unreimbursed.

11. The SPHs provide care to patients without regard to immigration status.

12. More uninsured individuals receiving treatment at SPHs who cannot afford to pay for their care translates to higher costs to the SPHs, its patients, and, ultimately, to the State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July, 2025, in Raleigh, North Carolina.

Natasha (Niki) Ashmont
Director
Division of State Operated Healthcare Facilities
North Carolina Department of Health and Human Services

---

[1] North Carolina State Fiscal Year runs from July 1st to June 30th. Data for State Fiscal Year 2024 is not yet available.

3