# EXHIBIT W

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF NEW JERSEY, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-10139-LTS

## SUPPLEMENTAL DECLARATION OF KELLY KIMPLE

I, Kelly Kimple, M.D., M.P.H., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Division Director at the North Carolina Department of Health and Human Services (NC DHHS), Division of Public Health (DPH). My educational background includes a Doctor of Medicine, M.D., and Master of Public Health, M.P.H. I have been employed as the Director of the Division of Public Health and State Health Officer at the NC DHHS since July 1, 2024. I have been with the NC DHHS since 2016, also serving as the Women and Children's Section Chief and the Senior Medical Director for Health Promotion. Prior to NCDHHS, I was on faculty at the University of North Carolina-Chapel Hill as a clinical professor in the UNC Division of General Pediatrics & Adolescent Medicine from 2014-2016. I am board-certified in both Pediatrics and Preventive Medicine.

1

2. I submit this supplemental declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have on North Carolina's public health system.

3. I have compiled the information in the statements set forth below through personal knowledge, through agency personnel who have assisted me in gathering this information from our agency, and on the basis of documents that have been provided to and/or reviewed by me.

### North Carolina Division of Public Health

4. DPH's mission is to protect public health, promote healthy communities, and continue to improve the quality of health care in the State. To support that goal, DPH performs many functions, including overseeing the North Carolina Office of Vital Records (NCOVR), which registers vital events such as births, and the North Carolina State Center for Health Statistics (SCHS).

5. SCHS is responsible for compiling and releasing statistical information on the health of North Carolina residents. SCHS publishes official reports on vital statistics, such as births, deaths, chronic illnesses, injuries, and behavioral risk factors, among other types of information. SCHS provides analytical support to state and other governmental agencies to support population health initiatives. The North Carolina Database Application for Vital Events (NCDAVE) is maintained by SCHS and provides on-demand access to vital events data.

## Birth Records

6. NCOVR registers vital events and maintains birth records, among other records of vital events that occur in North Carolina. NCOVR does not have a longitudinal data system; it only captures the birth event, and it only does so as to births that occur in North Carolina.

7. Under NCOVR's current system and pursuant to N.C.G.S. § 130A-101, births are filed with a local registrar within ten (10) days after the birth occurs by the hospital where the birth occurred or by other persons authorized by statute to report birth.

8. NCOVR issues certified copies of birth certificates. Such certified copies issued by NCOVR contain a raised seal. NCOVR will issue a certified copy of a birth certificate only to the individual whose birth is recorded by the certificate, to that individual's eligible family member, or to other individuals authorized by North Carolina law. If a government agency requests a certified birth certificate for administrative use, it is furnished. For a family member, or an otherwise authorized person under N.C.G.S. § 130A-93, to obtain a certified copy of a birth certificate, the family member or other authorized person must request the vital record directly through NCOVR or contact the local Register of Deeds of the locality where the birth occurred.

9. DHHS's understanding is that each State has its own system of State and local registration of birth events and maintenance of such records.

10. NCOVR shares information on vital events that occur in North Carolina with the National Association of Public Health Statistics and Information Systems (NAPHSIS), which inputs that information into the State and Territorial Exchange of Vital Events system (STEVE).

11. STEVE handles births and deaths and is the system that feeds the National Center for Health Statistics birth and death master files. Separately, NCOVR shares information with the United States Social Security Administration to update their birth and death master files.

12. All 57 United States vital records jurisdictions contribute vital events data to STEVE, but the degree of information that is shared varies greatly by jurisdiction. Federal law does not require that any jurisdiction share information with STEVE, and the State is only able to receive data from states and jurisdictions that have signed an agreement to share such data.

13. Thus, NCOVR could query STEVE for any records on vital events from other States pertaining to an individual. But if STEVE produced no responsive records, that would not prove the non-existence of a registered out-of-State birth. It would only show that STEVE lacks the information.

14. Additionally, if STEVE did produce a responsive record, it would only provide information about an out-of-State birth event. STEVE cannot produce a certified copy of a birth record.

15. Based on the limited available information from STEVE, a five-year average of 1,709 children are born out of state to North Carolina residents each year. Because the data from STEVE is limited, this number is likely an underestimate.

### Impacts of Increased Population of Infants Who Lacked Access to Prenatal Care

16. To the extent that children who were born out of State were not eligible for publicly funded prenatal care and thus never received such care, such children have an increased risk of preterm births, low birth weight, and other poor pregnancy outcomes.

17. If such children then move into North Carolina, regardless of whether they become insured, the State and its public health system will bear the costs of providing services to such infants—costs that are higher than if the infant had received appropriate prenatal care.

18. Additionally, children with early health issues such as preterm birth are more likely to need early intervention services, which the State is federally required to provide to residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July, 2025, in Raleigh, North Carolina.

Kelly Kimple, MD, MPH
Director, Division of Public Health
North Carolina Department of Health and
Human Services