# EXHIBIT Y

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW JERSEY, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, *et al.*, | : |
| Defendants. | : |

## DECLARATION OF MICHELLE S. DAVIS

I, Michelle S. Davis, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.   I am the Deputy Commissioner of the Office of Public Health within the New York State Department of Health ("NYDOH"). I have held this position since April 10, 2025. I have over thirty (30) years of public health experience serving at the local, county, state and territorial levels. I have held multiple executive public health positions, including Deputy Health Commissioner for Policy and Planning for the City of Philadelphia, Deputy Secretary of Health for Policy and Planning for the Commonwealth of Pennsylvania, Health Commissioner (CEO) for the U.S. Virgin Islands, and Senior Executive Service within the U.S. Department of Health and Human Services ("HHS") for the Office of the Secretary (CEO). While at HHS, I spent ten (10) years with the Centers for Disease Control and Prevention ("CDC") as an epidemiologist and statistician developing surveys and analyzing data.

1

2. In my current role at NYDOH, I manage a broad portfolio of public health areas including the operations of the Bureau of Vital Records. I have knowledge of the matters set forth below based on my review of NYDOH records. I have also familiarized myself with the alternative injunctive scopes proposed by the federal government in order to understand the immediate impact of their implementation on New York State.

3. I submit this supplemental declaration to explain information relevant to impacts that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have in the absence of a nationwide injunction, including if the injunction is narrowed along the lines suggested by the federal government in its recent filing.

New York State Department of Health

4. NYDOH's mission is to protect and promote health and well-being for all, building on a foundation of health equity. To support that goal, DOH performs many functions, including regulating healthcare facilities and overseeing the registration of vital events such as births.

Birth Records

5. New York State Bureau of Vital Records (NYSBVR) registers vital events and maintains birth records, among other records of vital events that occur in New York State, excluding those occurring within the five boroughs of New York City.[1] NYSBVR does not constitute a longitudinal data system; it only captures the birth event, at the time the event occurs in New York State or for adoptees born in other jurisdictions but adopted in New York.[2]

---

[1] The New York State Department of Health files and maintains records of births, deaths, and marriages that occur within the State of New York, excluding those occurring within the five boroughs of New York City. The Department does, however, files and maintains records of marriage dissolutions and foreign adoptions by all New York State residents.

[2] Through a cooperative agreement, the DOH Bureau of Vital Records receives data on vital events recorded in New York City from the New York City Department of Health and Mental Hygiene's Bureau of Vital Statistics.

6. Under NYSBVR's current system, births are filed within three weeks of the completion of a certificate by the hospital where the birth occurred.

7. NYSBVR issues certified copies of birth certificates. Such certified copies issued by NYSBVR contain a raised seal. NYSBVR will issue a certified copy of a birth certificate only to the individual whose birth is recorded by the certificate, to that individual's parent or legal guardian, or to their lawful representative, or upon request therefor by a department of a state or the federal government. For a parent, legal guardian or their lawful representative to obtain a certified copy of a birth certificate, they must request the vital record directly through NYSBVR or contact the local registrar office of the municipality where the birth occurred.

8. NYDOH's understanding is that each State has its own system of State and local registration of birth events and maintenance of such records.

9. NYSBVR shares information on vital events that occur in New York with the National Association of Public Health Statistics and Information Systems (NAPHSIS), and through the State and Territorial Exchange of Vital Events system (STEVE).

10. All 57 U.S. vital records jurisdictions, which includes the 50 states, Washington D.C., New York City, and five territories, send vital events data to STEVE, but the degree of information that is shared varies greatly by jurisdiction. Federal law does not require that any jurisdiction share information with STEVE and the jurisdiction is only able to receive data from jurisdictions that have signed an agreement to share such data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of July, 2025, in Albany, New York.

*Michelle S. Davis*
_____
Michelle S. Davis
Deputy Commissioner of the Office of Public Health

New York State Department of Health

4