# EXHIBIT AA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, *et al.*, | : |
| Defendants. | : |

**DECLARATION OF ANN BARONE**

I, Ann Barone, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Chief for the Rhode Island Supplemental Nutrition Program for Women, Infants and Children ("WIC") at the Rhode Island Department of Health.

2. I submit this supplemental declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have on Rhode Island's Supplemental Nutrition Program for Women, Infants and Children and other federally funded benefits programs, as well as State healthcare providers, in the absence of a nationwide injunction, including if the injunction is narrowed along the lines suggested by the federal government in its recent filing.

3. I have compiled the information in the statements set forth below through personal knowledge, through agency personnel who have assisted me in gathering this information from our agency, and on the basis of documents that have been provided to and/or reviewed

1

by me. I have also familiarized myself with the alternative injunctive scopes proposed by the federal government to understand the immediate impact of their implementation on Rhode Island.

Supplemental Nutrition Program for Women, Infants and Children ("WIC")

4.  The Department of Health's mission is to prevent disease and protect and promote the health and safety of the people of Rhode Island. To support that goal, the Department of Health performs many functions, including administering the Supplemental Nutrition Program for Women, Infants, and Children ("WIC"), which is a public health program that improves birth outcomes and children's long-term health outcomes.

5.  WIC provides numerous benefits to women and their children, including one-on-one nutrition counseling, access to nutritious foods, health and social service referrals, and breastfeeding support.

6.  Fifty-three (53) percent of children born in the United States are born into WIC-eligible families.

7.  WIC has been shown to save up to $4.00 in Medicaid for each dollar spent in WIC, typically within the first sixty (60) days of life. WIC improves birth outcomes by reducing the number of premature and low birthweight babies, coordinating care with medical providers, increasing immunization rates, and reducing the number of sick visits for children. The program provides the opportunity to help children reach their optimal development and growth.

Impact of Narrowed Injunction on WIC

8.  The Department of Health understands that the narrowed injunction could result in children within its borders who are eligible for federally funded benefits and yet deportable. If this

occurs, the Department of Health anticipates that there is a substantial likelihood that the parents of such children would be chilled from accessing federally funded benefits, including WIC, because of fear that doing so could subject their children to a heightened risk of deportation.

9.  The Department of Health further understands that the narrowed injunction could result in children within its borders who are eligible for federally funded benefits and yet would be deportable outside of the Plaintiff States' borders. If this occurs, the Department of Health still anticipates that there is some likelihood that the parents of such children would be chilled from accessing federally funded benefits within Rhode Island, because of fear that doing so could subject their children to a heightened risk of deportation.

10. In the Department of Health's experience, when parents fear that registering for public benefits carries a risk of immigration consequences for their children, such parents are less likely to enroll their children in public benefits.

11. To the extent a narrowed injunction of Executive Order 14160 would result in fewer families enrolled in WIC, the narrowed injunction would have negative consequences for the State's public health system and endanger the health and well-being of its mothers and children. For example, a mother who is legally in the country, even a mother naturalized or born in the United States, may refuse to enter a WIC clinic for fear of deportation. In the past, mothers who skip WIC appointments have watered down the formula they have on hand, leading to children receiving insufficient calories and nutrients. In essence, when mothers miss their WIC appointments, children starve. Malnourished children have a host of negative medical outcomes—some lifelong—which then burden the State's medical system.

3

12. Children born out of state may also impact Rhode Island healthcare systems if they move into the state after suffering the ill effects of malnourishment because they were not able to access adequate nutrition. If such children then move into Rhode Island, regardless of whether they become eligible for WIC, the State and its public health system will bear the costs of providing services to such children—costs that are higher than if the children had received appropriate nutrition from birth.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July, 2025, in Providence, Rhode Island.

/s/ Ann Barone
Ann Barone
Chief
Rhode Island Supplemental Nutrition Program for
Women, Infants and Children

4