# EXHIBIT CC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-10139-LTS |

### DECLARATION OF ZUHEIL AMORESE FIGUEROA

I, Zuheil Amorese Figueroa, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Vital Records State Registrar at the Rhode Island Department of Health. My educational background includes a Master of Business Administration in Computerized Information Systems, Bachelor of Science in Business Administration Major in Finance and a Bachelor of Arts in Economics.

2. I submit this supplemental declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have on Rhode Island's health insurance and other federally funded benefits programs, as well as State healthcare providers, in the absence of a nationwide injunction, including if the injunction is narrowed along the lines suggested by the federal government in its recent filing.

1

3. I have compiled the information in the statements set forth below through personal knowledge, and on the basis of documents that have been provided to and/or reviewed by me. I have also familiarized myself with the alternative injunctive scopes proposed by the federal government to understand the immediate impact of their implementation on Rhode Island.

## Department of Health

4. The Rhode Island Department of Health's mission is to prevent disease and protect and promote the health and safety of the people of Rhode Island. To support that goal, the Department of Health performs many functions, including the administration of the Center for Vital Records, which registers vital events such as births. Data collected and maintained by the Center for Vital Records informs and drives public health decisions.

## Birth Records

5. The Center for Vital Records ("the Center") registers vital events and maintains birth records, among other records of vital events that occur in Rhode Island. The Center does not have a longitudinal data system; it only captures the birth event, and it only does so as to births that occur in Rhode Island or for adoptees born in other jurisdictions but adopted in Rhode Island.

6. Under Rhode Island law, a certificate of birth for each live birth which occurs in Rhode Island shall be field with the state registrar of vital records, or as otherwise directed by the state registrar, within four (4) days after that birth. R.I. Gen. Laws § 23-3-10. New certificates of birth are issued for persons born in Rhode Island upon the receipt of an adoption report or a request that a new certificate be established along with evidence of legitimization or genetic parentage in accordance with R.I. Gen. laws § 23-3-15.

2

7. The Center's understanding is that each State has its own system of State and local registration of birth events and maintenance of such records.

8. The Center shares information on vital events that occur in Rhode Island with the National Association of Public Health Statistics and Information Systems (NAPHSIS), which inputs that information into the State and Territorial Exchange of Vital Events system (STEVE).

9. STEVE handles births and deaths and is the system that feeds the National Center for Health Statistics (NCHS) birth and death master files.

10. All 50 states and the District of Columbia, New York City, Puerto Rico, Guam, American Samoa, the U.S. Virgin Islands, and the Northern Marianas Islands contribute vital events data to STEVE, but the degree of information that is shared varies greatly by jurisdiction. Federal law does not require that any jurisdiction share information with STEVE and the State is only able to receive data from states and jurisdictions that have signed an agreement to share such data.

11. Thus, the Center could query STEVE for any records on vital events from other States pertaining to an individual. But if STEVE produced no responsive records, that would not prove the non-existence of a registered out-of-State birth. It would only show that STEVE lacks the information.

12. Additionally, if STEVE did produce a responsive record, it would only provide information about an out-of-State birth event. STEVE cannot produce a certified copy of a birth record.

13. Based on the limited available information from STEVE, on average there are 429 children born out of state to Rhode Island residents each year. Because the data from STEVE is limited, this number is likely an underestimate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July, 2025, in Cranston, Rhode Island.

>   _____
>   */s/ Zuheil Amorese Figueroa*
>   Zuheil Amorese Figueroa
>   State Registrar
>   Center for Vital Records
>   Rhode Island Department of Health

4