# EXHIBIT DD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEW JERSEY, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-10139-LTS

## DECLARATION OF BRETT JOHNSON, IN HIS CAPACITY AS CHAIRMAN AND CHIEF EXECUTIVE OFFICER OF THE ELEANOR SLATER HOSPITAL, RHODE ISLAND DEPARTMENT OF BEHAVIORAL HEALTHCARE, DEVELOPMENTAL DISABILITIES AND HOSPITALS

I, Brett Johnson, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge:

1. I am the Chairman and Chief Executive Officer at the Eleanor Slater Hospital of the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals. My educational background includes a Post-Graduate Certificate in Elder Law from the University of Toledo, in Toledo, Ohio; a Master of Business Administration from the University of Findaly, in Findlay, Ohio; a Bachelor of Health Care Administration from the University of Wisconsin – Eau Claire, in Eau Claire, Wisconsin and an Associate of Arts and Sciences from the University of Wisconsin Centers – Barron County, in Rice Lake, Wisconsin. I have been employed as Chairman and Chief Executive Officer since June 22, 2022. Previously, I served as the Chief Executive Officer of the Northwest Ohio Psychiatric Hospital for the State of Ohio, Department of Mental Health and Addiction Services in Toledo, Ohio; Chief Executive Officer of Vibra Hospital in Springfield, Illinois; Chief

Executive Officer of Regency Hospital in Toledo, Ohio; Administrative Director of Senior Services and Palliative Medicine at ProMedica in Toledo, Ohio and 18+ years as Administrator of various long-term care facilities throughout Ohio, Michigan, Iowa and Wisconsin.

2. I submit this Declaration at the request of the Office of the Attorney General for the State of Rhode Island in response to Executive Order 14160.

3. I have compiled the information in the statements set forth below through personal knowledge, through agency personnel who have assisted me in gathering this information from our agency, and on the basis of documents that have been provided to and/or reviewed by me.

4. [Eleanor Slater Hospital (hereinafter "ESH") is one of the State's public hospitals. ESH is licensed as a Long-Term Acute Care Hospital with the medical unit located on the Zambarano campus and the psychiatric unit located on the Pastore campus.

5. ESH patients include those who are uninsured.

6. The State subsidizes a portion of these costs through its Patient Financial Assistance Program and/or through the State Medicaid program.

7. ESH provided care to approximately 10 uninsured individuals in SFY2025, at a cost to the State of approximately $8,147,000.00 in unreimbursed costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July, 2025, in Cranston, Rhode Island.

_____

Brett Johnson, MBA
Chairman and Chief Executive Officer
Eleanor Slater Hospital
Rhode Island Department of Behavioral
Healthcare, Disabilities and Hospitals