# EXHIBIT HH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEW JERSEY *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-10139-LTS

# **DECLARATION OF GINA M. DEBLASSIE**

I, Gina M. DeBlassie, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Cabinet Secretary of the New Mexico Department of Health ("NMDOH"). The information in the statements set forth below were compiled through personal knowledge, through NMDOH personnel who have assisted in gathering this information, or from documents that have been provided to and reviewed by me.

2. I submit this declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship" ("Executive Order 14160") will have on public health in New Mexico in the absence of a nationwide injunction, including if the injunction is narrowed along the lines suggested by the federal government in its recent filing.

3. I have been serving as the Cabinet Secretary since January 30, 2025. Prior to becoming DOH's Cabinet Secretary, I served for two-and-a-half years as the Health Policy Advisor in the Office

1

of the Governor of the State of New Mexico. I have over 30 years of health care operational experience in the national health care private sector.

New Mexico Department of Health

4. NMDOH's mission is to promote health and wellness, improve health outcomes, and assure safety net services for all people in New Mexico.

5. Multiple entities within NMDOH perform functions in furtherance of this mission, such as the Public Health Division, which operates public health offices statewide and provides various services aimed at protecting the health of the community, and the Bureau of Vital Records and Health Statistics ("BVRHS"), which collects vital statistics data, such as births, deaths, and other life events of New Mexico residents, for public health purposes.

6. The NMDOH Public Health Division (PHD) is responsible for compiling and releasing statistical information on the health of New Mexico residents. PHD publishes official reports on births, deaths, chronic illnesses, injuries, and behavioral risk factors, among other types of information, through the New Mexico Indicator-Based Information System (NM-IBIS) website. PHD also provides analytical support to state and other governmental agencies to support population health initiatives. NM-IBIS is maintained by PHD and provides on-demand access to deidentified public health datasets, statistics, and information on the health status of New Mexicans.

7. BVRHS registers vital events and maintains birth records, among other records of vital events that occur in New Mexico. BVRHS system captures cohort data from registered events for births that occur in New Mexico.

8. Pursuant to the New Mexico Vital Records Act, births are statutorily required to be filed within ten days of a birth by the designated person from the birthing facility or certified midwife. N.M.S.A. 1978, § 24-14-13.

9. BVRHS issues certified copies of birth certificates. Such certified copies issued by BVRH contain a seal. BVRHS will issue a certified copy of a birth certificate only to the individual whose birth is recorded by the certificate or to an eligible requester who demonstrates a tangible and direct interest in the document. N.M.S.A. 1978, § 24-14-28. For an eligible requester to obtain a certified copy of a birth certificate, the requester must either request the vital record directly through BVRH or contact a local Public Health office.

10. NMDOH's understanding is that each State has its own system of state and local registration of birth events and maintenance of such records.

11. BVRHS registers vital events and maintains death records, among other records of vital events that occur in New Mexico. BVRHS system captures cohort data from registered death events that occur in New Mexico.

12. Pursuant to the New Mexico Vital Records Act, certificates of death are statutorily required to be filed within five days of a death by a funeral director or person acting as such and medical certification must be filed within forty-eight hours by the medical certifier. N.M.S.A. § 24-14-20.

13. BVRHS issues certified copies of death certificates. Such certified copies issued by BVRH contain a seal. BVRHS will issue a certified copy of a death certificate only to a person who has a demonstrated tangible and direct interest. N.M.S.A. 1978, § 24-14-28. For an eligible requester to obtain a certified copy of a death certificate, the requester must request the vital record directly through BVRHS.

14. NMDOH's understanding is that each State has its own system of state and local registration of death events and maintenance of such records.

15. BVRHS electronically shares information on vital events that occur in New Mexico via the State and Territorial Exchange of Vital Events system (STEVE).

16. STEVE handles births and deaths and is the system that feeds the Social Security Administration's enumeration at birth so social security numbers can be issued to the newborn and death master files to alert Social Security Administration of a death to stop any relevant payments to the decedent.

17. STEVE is administered by the National Association for Public Health Statistics and Information Systems (NAPHSIS) as a way for States to share information about vital events in their borders so other States may have a sense of events occurring outside of their borders. However, STEVE is not a verification system; STEVE cannot be used to verify information because it is often variable or incomplete which makes verification impossible.

18. My understanding is that the degree of information that is entered and shared by states opting to utilize STEVE varies greatly by jurisdiction. Federal law does not require that any jurisdiction share information with STEVE, and New Mexico is only able to receive data from states and jurisdictions with whom we have a signed agreement to share such data.

19. Based on the limited available information from STEVE, 2340 children were born out of state to New Mexico residents in 2024. Because the data from STEVE is limited, this number is likely an underestimate.

20. STEVE is also used to send files to National Center of Health Statistics (NCHS) and Center of Disease Control (CDC) to provide data for national trends.

21. The NM Secretary of State receives a file via STEVE for the use of voter purge.

22. In addition to compiling and releasing statistical information, the NMDOH Public Health Division is responsible for epidemiological data and implementing programs for the prevention and treatment of infectious diseases, responding to public health emergencies, and addressing other public health concerns.

23. A reduction in population level data would hinder NMDOH's ability to prevent, identify, and respond to infectious disease outbreaks.

24. The executive order would have a chilling effect on individuals seeking preventive care and early diagnosis and treatment. Pregnant women may delay critical prenatal care leading to increased maternal and child morbidity and mortality. These adverse outcomes will lead to costlier and longer stays in hospitals and other birthing facilities. Individuals impacted by the order may be reticent to seek immunization services, which would lead to a rise in vaccine preventable illnesses across communities in New Mexico.

25. Individuals will also face significant barriers in accessing treatment services for infectious disease.

26. A delay in accessing treatment services will lead to increased community-spread of disease and more complex and costly treatment services in facilities.

27. This delay in care-seeking will also delay epidemiological data and contact tracing efforts, putting communities at greater risk for contracting illness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of July, 2025, in Santa Fe, New Mexico.

*[signature]*
Gina M. DeBlassie
Cabinet Secretary, New Mexico Department of Health