# EXHIBIT II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW JERSEY *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF ELIZABETH GROGINSKY

I, Elizabeth Groginsky, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Cabinet Secretary of the New Mexico Early Childhood Education and Care Department (NMECECD), a position I have held since 2019. As Cabinet Secretary, I have oversight of all NMECECD's program operations.

3. The information in the statements set forth below were compiled through personal knowledge, through NMECECD personnel who have assisted in gathering this information, or from documents that have been provided to and reviewed by me.

4. I submit this supplemental declaration to explain the harmful impact that the January 20, 2025, executive order titled "Protecting the Meaning and Value of American Citizenship"

1

("Executive Order 14160") will have on New Mexico's federally funded Early Childhood benefits programs, as well as State early intervention service and home visiting providers, in the absence of a nationwide injunction, including if the injunction is narrowed along the lines suggested by the federal government in its recent filing.

### New Mexico Early Childhood Education and Care Department

5. NMECECD's mission is to optimize the health, development, education, and well-being of babies, toddlers, and preschoolers in New Mexico through a family-driven, equitable, community-based system of high-quality prenatal and early childhood programs and services. Multiple entities within NMECECD perform functions in furtherance of this mission, such as the Family Services and Early Intervention Division, which includes the Family, Infant, Toddler Program that provides early intervention services to children ages 0-3 who have or are at risk for developmental delays, and the Home Visting Program, which provides vital services to families before and after a child is born.

### Impacts to the Early Childhood Education and Care System

6. NMECECD understands that the narrowed injunction could result in children and families within the State who are eligible for federally funded benefits and yet whom the federal government otherwise would not treat as citizens. If this occurs, NMECED anticipates that there is a substantial likelihood that the families and the parents of such children would be chilled from accessing federally funded benefits, including health insurance, Early Intervention Services, and Home Visiting services because of fear that doing so could subject their children or themselves to a heightened risk of deportation.

7. NMECECD further understands that the narrowed injunction could, alternatively, result in New Mexicans within the State who are eligible for federally funded benefits and yet whom

2

the federal government otherwise would not treat as citizens outside of the Plaintiff States' borders. If this occurs, NMECECD still anticipates that there is some likelihood that these families and children would be chilled from accessing federally funded benefits within New Mexico, because of fear that doing so could subject their children or themselves to a heightened risk of deportation.

### Impacts of Increased Population of Infants Who Lacked Access to Prenatal Care

8. To the extent that children who were born out of State were not eligible for publicly funded prenatal care and thus never received such care, such children have an increased risk of preterm births, low birth weight infants, and congenital defects.

9. If such children then move into New Mexico, regardless of whether they become insured, the State and its public health system will bear the costs of providing services to such infants—costs that are higher than if the infant had received appropriate prenatal care.

10. Additionally, children with early health issues, such as preterm birth, are more likely to need early intervention services (EIS), which the State is federally required to provide to residents. Providing EIS services for eligible children results in costs to the State.

### Early Intervention Services

11. As required by state and federal law, New Mexico provides access to EIS to all children aged 0-3 in New Mexico. Under either proposed narrowed injunction, NMECECD anticipates that there is a likelihood that the parents of covered children would be chilled from accessing federally funded benefits within New Mexico including EIS, because of fear that doing so could subject their children to a heightened risk of deportation.

12. To provide access to EIS services to all eligible children in New Mexico, regardless of immigration status, as required by federal and state laws, New Mexico will have to spend

3

additional funds on outreach and education. New Mexico has an obligation under federal law to ensure that infants and toddlers are appropriately identified for services as to "reduce the need for future services." 20 U.S.C. § 1435.

13. NMECECD is substantially likely to have to spend more money on outreach if eligible children are chilled from accessing EIS. NMECECD committed $253,985.00 in state fiscal year 2025 (July 1, 2024, to June 30, 2025) for outreach under current conditions. Under the narrowed injunctions, there is a substantial likelihood that there will be a decline in the number of referrals of children for services. In that situation, NMECECD will need to enhance outreach efforts to meet the federal and State law requirements—particularly under a new and confusing legal framework.

14. Further, if children who are otherwise eligible for EIS are chilled from accessing those services, they are more likely to experience more severe issues with cognitive and physical development. Early intervention is designed to provide early care to mitigate longer term issues. Support and education for children with more severe cognitive and physical developmental issues is more expensive for the State than if the State was able to administer early preventative and intervening care.

15. Alternatively, NMECECD provides access to care regardless of ability to provide verification of citizenship. Therefore, if individuals are not chilled from receiving EIS but cannot be enrolled in Medicaid due to administrative complexities or for other reasons, the State would have to provide those services entirely covered by state funds and without federal reimbursement.

16. Currently, approximately 69% of EIS in New Mexico are funded by Medicaid. Without this reimbursement, costs to the State would increase dramatically.

## Home Visiting Services

17. As required by state law, New Mexico provides Home Visiting services to all families in New Mexico with children age prenatal to five regardless of their citizenship status.

18. Home Visiting reduces the likelihood of need for Early Intervention Services by providing periodic home visits to improve the health, well-being and self-sufficiency of eligible families. Home Visting programs work to improve prenatal, maternal, infant or child health outcomes, including reducing preterm births, enhancing children's social-emotional and language development, supporting children's cognitive and physical development, and improving coordination of referrals for, and the provision of, other community resources and supports for New Mexican families.

19. Qualified children and families moving to New Mexico would be eligible for these home visiting services, the majority of which are approved Medicaid funded services.

20. If individuals receiving Home Visiting services cannot be enrolled in Medicaid due to administrative complexities or for other reasons, the State would have to provide those services entirely covered by state funds and without federal Medicaid reimbursement, leading to a significant increase in cost to the State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of July, 2025.

_____
Elizabeth Groginsky
Cabinet Secretary
New Mexico Early Childhood Education and Care Department

5