UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10139-LTS |

**"ASSENTED-TO" MOTION FOR A 30-DAY EXTENSION
OF DEFENDANTS' RESPONSE DEADLINE TO OCTOBER 22, 2025**

Defendants hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 30-day extension of their September 22, 2025 deadline to respond to Plaintiffs' Complaint, thus making their response due on or before October 22, 2025. In support thereof, Defendants state:

1. This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2. Plaintiffs' Complaint and Motion for a Preliminary Injunction were filed on January 21, 2025. ECF Nos. 1, 3. This Court granted a motion to extend the deadline to respond to that complaint on August 19. *See* ECF No. 207. Pursuant to that order, Defendants' response to the Complaint is currently due on September 22, 2025. *See Id.*

3. As relevant here, this Court issued an order retaining the scope of the original preliminary injunction on July 25, 2025. *See* ECF No. 203.

4. There are multiple other lawsuits challenging the same Executive Order that is

being challenged in this case. To that end, the Solicitor General of the United States plans to seek certiorari expeditiously to enable the Supreme Court to settle the lawfulness of the Executive Order next Term, but he has not yet determined which case or combination of cases to take to the Court. In light of these and other developments, Defendants seek another short extension of the existing response deadline in this case.

5. Plaintiffs, through counsel, consent to this relief.

6. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiffs consent to the same.

7. Accordingly, Defendants request a 30-day extension of the response deadline, until October 22, 2025.

Dated: September 19, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LEAH B. FOLEY
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Email: kathleen.c.jacobs@usdoj.gov
*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated: September 19, 2025

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: September 19, 2025

                                               */s/ Kathleen C. Jacobs*
                                               Kathleen C. Jacobs
                                               Trial Attorney