# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10139-LTS |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that the Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Court's Order on Scope of Preliminary Injunction (ECF No. 203).

Dated: September 22, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

LEAH B. FOLEY
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Kathleen C. Jacobs*
R. CHARLIE MERRITT
KATHLEEN C. JACOBS (TX Bar No. 24091154)
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Phone:  202-598-7615
Email: kathleen.c.jacobs@usdoj.gov
*Attorneys for Defendant*