UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: State of New Jersey et al v. Trump et al

District Court Number: 25cv10139-LTS

Fee: Paid? Yes ____ No ____   Government filer  X    In Forma Pauperis Yes ____ No ____

Motions Pending      Yes ____ No  X    Sealed documents    Yes  X  No ____
If yes, document #                      If yes, document #   189

Ex parte documents   Yes  X  No ____   Transcripts         Yes  X  No ____
If yes, document #   141                If yes, document #   142, 201

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#203 Order On Scope of Preliminary Injunction

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#203 and #210

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 210 filed on September 22, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 22, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**