UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10139-LTS |

## ASSENTED-TO MOTION TO STAY DISTRICT COURT PROCEEDINGS

Defendants respectfully move to stay all district court proceedings in this case. In support thereof, Defendants state:

1. This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2. Plaintiffs' Complaint was filed on January 21, 2025. *See* ECF No. 1. Plaintiffs immediately sought a preliminary injunction, which this Court granted on February 13, 2025. *See* ECF No. 145. Defendants appealed the injunction to the First Circuit on February 19, 2025. *See* ECF No. 154. On July 3, 2025, the First Circuit issued an order remanding the case to this Court for consideration of the scope of the injunction in light of *Trump v. CASA, Inc*, 606 U.S. 831 (2025). *See* ECF No. 188. On July 25, 2025, this Court issued an order declining to narrow the scope of the injunction originally issued in this case. *See* ECF No. 203. On October 3, 2025, the First Circuit affirmed the scope of the injunction with limited remand regarding the application of the injunction against agencies themselves. *See* ECF No. 213 n.2. Otherwise, the scope of the preliminary injunction remains the same as first issued.

3.      In the meantime, numerous other courts have issued preliminary injunctions regarding the same Executive Order being challenged in this case. The United States District Court for the District of New Hampshire granted provisional class certification and issued a preliminary injunction in *"Barbara" v. Trump*, No. 25-cv-244-JL-AJ, ECF Nos. 64, 65. The United States appealed that preliminary injunction, *see id.*, ECF No. 70, and shortly thereafter filed a petition for a writ of certiorari with the Supreme Court. *See Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025). The United States has also sought certiorari in *State of Washington v. Trump*. *See Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025).

4.      Because the United States is now seeking certiorari in both *Barbara* and *State of Washington*, there is no need at this time for there to be any further proceedings in this case.

5.      For these reasons, Defendants request a stay of all district court proceedings pending the Supreme Court's disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted. A stay would preserve the resources of both the parties and the Court while the Supreme Court considers these issues.

6.      Defendants' counsel have conferred with counsel for Plaintiffs regarding this motion. Plaintiffs assent to the motion.

Accordingly, Defendants request that all district court proceedings be stayed pending the Supreme Court's disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted.

| | |
|---|---|
| Dated: October 22, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>*s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG<br>(D.C. Bar No. 467513)<br>Special Counsel<br>R. CHARLIE MERRITT<br>Senior Counsel<br>KATHLEEN C. JACOBS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: 202-514-3374<br>Fax: 202-616-8460<br>Email: brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendants* |

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Plaintiffs and that the parties were able to resolve the issues presented by this motion.

Dated:  October 22, 2025

                                                         */s/ Brad P. Rosenberg*
                                                         BRAD P. ROSENBERG
                                                         Special Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.

Dated: October 22, 2025

                                                    */s/ Brad P. Rosenberg*
                                                    BRAD P. ROSENBERG
                                                    Special Counsel