UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>                 *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                 *Defendants*. | Case No. 1:25-cv-10139-LTS |

**[PROPOSED] ORDER**

Defendants have moved to stay all district court proceedings pending the disposition of petitions for writs of certiorari filed in *Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025), and *Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025). Plaintiffs assent to the motion. For good cause shown, Defendants' motion shall be, and hereby is, GRANTED, and all proceedings in this case are hereby STAYED pending the disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted. Defendants shall notify the Court within 14 days of the disposition of the petitions for writs of certiorari or, if certiorari is granted, within 14 days of the Supreme Court's resolution of merits proceedings in either case, whichever is later. IT IS SO ORDERED.

 

_____
Leo T. Sorokin
United States District Judge

_____
Date