UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10139-LTS |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that undersigned counsel, R. Charlie Merritt, Senior Counsel at the Department of Justice, hereby withdraws as counsel for Defendants in the above-captioned case. Defendants will continue to be represented in this case by other attorneys from the Department of Justice who have entered appearances.

Dated: November 10, 2025            Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Senior Counsel (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*