AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of New Jersey, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10139-LTS |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maine, Plaintiff.

Date: 11/14/2025

/s/ Paul E. Suitter
*Attorney's signature*

Paul E. Suitter, 694876
*Printed name and bar number*
Office of the Maine Attorney General
111 Sewall Street
6 State House Station
Augusta, ME 04333-0006
*Address*

paul.suitter@maine.gov
*E-mail address*

(207) 626-8800
*Telephone number*

(207) 287-3145
*FAX number*