UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10139-LTS |

### REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF STATE OF MAINE

Sean D. Magenis hereby provides notice, pursuant to LR 83.5.2(c), of his withdrawal as counsel for Plaintiff State of Maine in the above-captioned matter. Plaintiff will continue to be represented by Assistant Attorney General Paul E. Suitter, who has entered his appearance on behalf of Plaintiff.

Dated: November 14, 2025

Respectfully submitted,

/s/ Sean D. Magenis
Sean D. Magenis
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800
sean.d.magenis@maine.gov
Attorney for Plaintiff State of Maine

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2025, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, and that the document will be sent electronically to all registered participants identified in the CM/ECF electronic filing system for this matter.

Date: November 14, 2025

/s/ Sean D. Magenis
Sean D. Magenis
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04330
(207)-626-8830
Sean.D.Magenis@maine.gov