**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW JERSEY, *et al.,* | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-10139-LTS |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,* | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), James Matthew Rice, Office of the Tennessee Attorney General and Reporter, notices his withdrawal as counsel for amicus curiae the State of Tennessee in the above-captioned matter and respectfully requests that he be terminated from the electronic docket. Mr. Rice is departing his position at the Office of the Tennessee Attorney General and will no longer be associated with this case. Attorney Andrew C. Coulam, who has previously appeared in this case on behalf of the State of Tennessee, will continue to represent the State of Tennessee as successor counsel.

To effectuate notice to the State of Tennessee, Mr. Rice orally notified the Chief Deputy Attorney General of his withdrawal; the State of Tennessee consents.

[Remainder of page intentionally left blank]

DATED: May 6, 2026

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ James Matthew Rice*
James Matthew Rice (TN Bar 040032)
Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
matt.rice@ag.tn.gov

*Pro Hac Vice Counsel for the State of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ James Matthew Rice
James Matthew Rice (TN Bar 040032)
Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
matt.rice@ag.tn.gov

*Pro Hac Vice Counsel for the State of Tennessee*