UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>    *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, et al.,<br><br>    *Defendants.* | No. 1:25-cv-10139 |

## MOTION TO WITHDRAW AS COUNSEL

Viviana M. Hanley, counsel for Plaintiff the State of New Jersey, respectfully moves to withdraw as an attorney of record in this matter and to be terminated from the electronic docket. Good cause exists for this withdrawal because Ms. Hanley is departing her position at the Office of the New Jersey Attorney General and will no longer be associated with this case. Plaintiff the State of New Jersey will continue to be represented by existing counsel of record.

Dated: May 12, 2026   Respectfully Submitted,

      JENNIFER DAVENPORT
      ATTORNEY GENERAL OF NEW JERSEY

      /s/ *Viviana M. Hanley*
      Viviana M. Hanley
      Deputy Attorney General
      Office of the New Jersey Attorney General
      25 Market Street, P.O. Box 080
      Trenton, New Jersey 08625
      viviana.hanley@njoag.gov
      (862) 350-5800

      *Attorney for the State of New Jersey*

1