**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF NEW JERSEY, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-10139 |
| DONALD J. TRUMP, et al., | |
| *Defendants*. | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration, the motion to withdraw Attorney Viviana M. Hanley as counsel for Plaintiff State of New Jersey is granted. Attorney Hanley is hereby withdrawn as counsel of record, and Plaintiff State of New Jersey will continue to be represented by the remaining counsel of record.

SO ORDERED this ___ day of May, 2026

By:  _____
The Honorable Leo T. Sorokin
United States District Judge

1