AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| NEW JERSEY, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-CV-10139 |
| DONALD TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico.

Date:    07/31/2026

/s/ Amy Senier
*Attorney's signature*

Amy Senier, MA BBO # 672912
*Printed name and bar number*

408 Galisteo Street
Santa Fe, NM  87501
*Address*

asenier@nmdoj.gov
*E-mail address*

(505) 637-1737
*Telephone number*

*FAX number*