IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| vs. | )    Case No. 1:25-cv-10139 |
| | ) |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Please take notice that undersigned counsel hereby withdraws as counsel of record for Plaintiff State of New Mexico in this case.  Plaintiff State of New Mexico will be represented by successor counsel, Amy Senier, who has entered an appearance in this matter.

DATED:  July 31, 2026

Respectfully submitted,

**RAÚL TORREZ**
**ATTORNEY GENERAL OF NEW MEXICO**

 */s/ James W. Grayson*
James W. Grayson
Chief Deputy Attorney General
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo St.
Santa Fe, New Mexico 87501
Tel: (505) 490-4060
jgrayson@nmdoj.gov

*Attorney for State of New Mexico*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.


<u>*/s/ James W. Grayson*</u>
James W. Grayson