**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-10139-LTS |

**NOTICE OF WITHDRAWAL**

Pursuant to L.R. 83.5.2, and having provided notice to the State of Hawai‘i, the undersigned attorney, David D. Day, is hereby withdrawn as counsel for Plaintiff State of Hawai‘i in the above-captioned matter. The State of Hawai‘i will continue to be represented by counsel of record State of Hawai‘i Solicitor General Kaliko‘onālani D. Fernandes.

DATED: August 19, 2026

Respectfully submitted

/s/ *David D. Day*
DAVID D. DAY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system.

DATED: August 19, 2026.

/s/ *David D. Day*
DAVID D. DAY

Counsel for Plaintiff STATE OF HAWAI‘I