**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW JERSEY, *et al.*

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*

*Defendants.*

No. 1:25-cv-10139-LTS

**MOTION FOR ADMISSION PRO HAC VICE OF MARK NOFERI**

Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Mark Noferi, member of the bar of the District of New Mexico, to serve as counsel for Plaintiff State of New Mexico in this matter. As set forth in the accompanying certification, Mark Noferi (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Mark Noferi *pro hac vice* to the bar of this Court.

August 26, 2026

Respectfully submitted.

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ *Gerard J. Cedrone*

Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of Massachusetts*