**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW JERSEY, *et al.*

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*

*Defendants.*

No. **1:25-cv-10139**

**CERTIFICATE OF MARK NOFERI**

In Support of my application for admission pro hac vice in this matter, I, Mark Noferi, hereby certify that:

1. I am Senior Litigation Counsel at the New Mexico Department of Justice. I represent the State of New Mexico in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of New Mexico (in the form of a conditional limited license to practice on behalf of the New Mexico Department of Justice), the State of New York, the State of Massachusetts (in which I am currently inactive), the District of New Mexico, the Southern District of New York, the Eastern District of New York, and the U.S. Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro hac vice admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

*/s/ Mark Noferi*
Mark Noferi
Senior Litigation Counsel
New Mexico Department of Justice
P. O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
mnoferi@nmdoj.gov