AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

STATE OF NEW JERSEY, et al.,
*Plaintiff*
v.
DONALD J. TRUMP, et al.,
*Defendant*

Case No. 1:25-cv-10139

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico .

Date: 08/27/2026

/s/ Mark Noferi
*Attorney's signature*

Mark Noferi, DNM Bar # 8061666
*Printed name and bar number*

408 Galisteo Street
Santa Fe, New Mexico 87501
*Address*

mnoferi@nmdoj.gov
*E-mail address*

(505) 640-2891
*Telephone number*

(505) 318-1050
*FAX number*