**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF NEW JERSEY, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 1:25-cv-10139-LTS

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.5.2(c), and having provided notice to the State of New Mexico, the undersigned attorney, Amy Senier, is hereby withdrawn as counsel for Plaintiff State of New Mexico in the above-captioned matter. The State of New Mexico will continue to be represented by counsel of record New Mexico Department of Justice Senior Litigation Counsel Mark Noferi.

DATED: August 27, 2026

Respectfully submitted,

*/s/ Amy Senier* MA BBO 672912__
Amy Senier
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, and that the document will be sent electronically to all registered participants identified in the CM/ECF electronic filing system for this matter.

DATED: August 27, 2026

*/s/ Amy Senier*________
AMY SENIER