**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>Defendants. | Case No. 1:25-cv-10139-LTS |

**<u>JOINT STATUS REPORT</u>**

The parties submit this Joint Status Report in response to the Court's electronic order dated September 8, 2026. ECF No. 235. Counsel for the parties have spoken telephonically and are engaged in active discussion regarding certain issues arising from a second executive order concerning birthright citizenship, Executive Order No. 14,418, *Continuing to Protect the Meaning and Value of American Citizenship*, 91 Fed. Reg. 51991 (Aug. 6, 2026). Those discussions directly bear on the questions posed by the Court. Accordingly, the parties respectfully request that the Court set another status-report deadline in 30 days to allow the parties to continue to confer and to update the Court regarding their respective positions on appropriate next steps in this case.

1. As brief background, on January 20, 2025, President Donald J. Trump signed Executive Order No. 14,160, *Protecting the Meaning and Value of American Citizenship*, 90 Fed. Reg. 8449 (2025). The next day, Plaintiffs[1] filed suit in this Court seeking, among other relief, a

---

[1] Plaintiffs include the State of New Jersey; Commonwealth of Massachusetts; State of California; State of Colorado; District of Columbia; State of Connecticut; State of Delaware; State of Hawaiʻi; State of Maine; State of Maryland; Attorney General Dana Nessel, on behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Mexico; State of New

preliminary and permanent injunction barring Defendants[2] from enforcing or implementing E.O. 14,160. ECF No. 1. This Court granted preliminary relief on February 13, 2025, concluding it was "exceedingly likely" that the Executive Order violated both the Citizenship Clause of the Fourteenth Amendment and Immigration and Nationality Act. ECF No. 144 at 24. This Court crafted a nationwide injunction to provide "complete relief" to Plaintiffs. ECF No. 145. With the additional benefit of the Supreme Court's guidance in *Trump v. CASA, Inc.*, 606 U.S. 831 (2025), this Court reaffirmed the nationwide scope of its preliminary injunction on July 25, 2025. ECF No. 203. The First Circuit affirmed this Court's injunction on October 3, 2025. *See Doe v. Trump*, 157 F.4th 36 (1st Cir. 2025). On October 22, 2025, Defendants filed an assented-to motion to stay proceedings in this Court pending the Supreme Court's disposition of the petitions for writs of certiorari in *Trump v. Barbara* and *Trump v. Washington*, including any merits proceedings if one or both petitions were granted. ECF No. 215. The Court granted that motion on October 23, 2025. ECF No. 216. On January 30, 2026, Defendants filed a petition for a writ of certiorari with the Supreme Court seeking review of the First Circuit's affirmance of this Court's injunction. *See* U.S. No. 25-899. On June 30, 2026, the Supreme Court held that E.O. 14,160 is unconstitutional and that the Citizenship Clause's guarantee of birthright citizenship includes "children born of parents unlawfully or temporarily present in the United States." *Trump v. Barbara*, 146 S. Ct. 2438, 2444

---

York; State of North Carolina; State of Rhode Island; State of Vermont; State of Wisconsin; and City and County of San Francisco.

[2] Defendants include Donald J. Trump, President of the United States; U.S. Department of State; Marco Rubio, Secretary of State; U.S. Department of Homeland Security; Markwayne Mullin, Secretary of Homeland Security; U.S. Department of Health and Human Services; Robert F. Kennedy, Secretary of Health and Human Services; U.S. Social Security Administration; Frank J. Bisignano, Commissioner of Social Security; and the United States of America.

(2026). The Supreme Court then denied Defendants' petition for a writ of certiorari arising from this case. U.S. No. 25-899, June 30, 2026 Docket Entry ("Petition DENIED.").

2. Following the Supreme Court's ruling in *Barbara*, the President issued E.O. 14,418 on August 6, 2026. This new Executive Order states that it is the policy of the United States that the executive branch shall not issue or accept documents "purporting to recognize United States citizenship" for certain categories of individuals "when neither parent of that person is a citizen." E.O. 14,418 § 2. To enforce this policy, the Executive Order directs the "heads of all executive departments and agencies" to "issue public guidance within 30 days of the date of th[e] order regarding th[e] order's implementation with respect to their operations and activities." *Id.*, § 3(b). Various executive agencies, including Defendants in this action, have recently issued documents implementing E.O. 14,418, several of which identify eligibility verification procedures that States must undertake in administering certain federally-funded programs.[3]

---

[3] *See, e.g.*, Social Security Administration, *Guidance on Continuing to Protect the Meaning and Value of American Citizenship (Executive Order 14418)*, https://tinyurl.com/2rrc3seu; Department of State, *Guidance on Executive Order 14418: Continuing to Protect the Meaning and Value of American Citizenship*, https://tinyurl.com/29yu6wye; Department of Homeland Security, *Interim Final Rule: Registration of Lawful Permanent Residence for Children Born to Foreign Government Employees in the United States*, https://tinyurl.com/yw58h2bp; Centers for Medicare & Medicaid Services, *Guidance on Continuing to Protect the Meaning and Value of American Citizenship (Executive Order 14418) for Medicaid and Children's Health Insurance Program (CHIP) Verification Requirements under the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 and other federal statutes*, https://tinyurl.com/muxkdz7j; Department of Agriculture, *Guidance on Continuing to Protect the Meaning and Value of American Citizenship (Executive Order 14418) for Verification Requirements under the Personal Responsibility and Work Opportunity Reconciliation Act of 1996*, https://tinyurl.com/3fn2z383; Administration for Children and Families, *Guidance on Continuing to Protect the Meaning and Value of American Citizenship (Executive Order 14418) for Program Verification Requirements*, https://tinyurl.com/479xymbp; Department of Housing and Urban Development, *Guidance on Continuing to Protect the Meaning and Value of American Citizenship (Executive Order 14418) for Verification Requirements under Section 214 of the Housing and Community Development Act of 1980 and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996*, https://tinyurl.com/4nd6cn3p.

3. To better assess the impact of the E.O. 14,418 implementation documents on state operations, Plaintiffs have raised several questions to counsel for Defendants regarding the scope and meaning of the implementation documents. Further discussions among the parties will inform their positions on the two questions raised by the Court: "what (if anything) remains to be resolved in this case" and "what (if any) further proceedings should occur and on what schedule." ECF No. 235.

4. The parties therefore jointly and respectfully request that the Court provide the parties with 30 days to continue conferring and to submit a further status report updating the Court on their respective positions regarding the appropriate next steps in this case.

Dated: September 22, 2026

***For Plaintiffs:***

**JENNIFER DAVENPORT**
*Attorney General of New Jersey*

By: /s/ Shankar Duraiswamy
Shankar Duraiswamy*
*Deputy Solicitor General*
Shefali Saxena*
*Deputy Attorney General*
Office of the New Jersey
Attorney General
25 Market Street, Box 080
Trenton, NJ 08625
(862) 350-5800
shankar.duraiswamy@njoag.gov

**ANDREA JOY CAMPBELL**
*Attorney General of Massachusetts*

David C. Kravitz (BBO No. 565688)
*State Solicitor*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
*Assistant Attorney General*
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

**ROB BONTA**
*Attorney General of California*

Michael L. Newman
*Senior Assistant Attorney General*
Marissa Malouff*
Irina Trasovan*
*Supervising Deputy Attorneys General*
Denise Levey*
Delbert Tran*
*Deputy Attorneys General*
Office of the California Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
(213) 269-6269
marissa.malouff@doj.ca.gov

**PHILIP J. WEISER**
*Attorney General of Colorado*

**WILLIAM M. TONG**
*Attorney General of Connecticut*

**KATHLEEN JENNINGS**
*Attorney General of Delaware*

**BRIAN L. SCHWALB**
*Attorney General of District of Columbia*

**ANNE E. LOPEZ**
*Attorney General of Hawaiʻi*

**AARON M. FREY**
*Attorney General of Maine*

**ANTHONY G. BROWN**
*Attorney General of Maryland*

**DANA NESSEL**
*Attorney General of Michigan on behalf of the People of Michigan*

**KEITH ELLISON**
*Attorney General of Minnesota*

**AARON D. FORD**
*Attorney General of Nevada*

**RAÚL TORREZ**
*Attorney General of New Mexico*

**LETITIA JAMES**
*Attorney General of New York*

**JEFF JACKSON**
*Attorney General of North Carolina*

**PETER F. NERONHA**
*Attorney General of Rhode Island*

**CHARITY R. CLARK**
*Attorney General of Vermont*

**JOSHUA L. KAUL**
*Attorney General of Wisconsin*

**DAVID CHIU**
*City Attorney of San Francisco*

*Admitted *pro hac vice*

***For Defendants***

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSHUA HA
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

*s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*