**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-10139-LTS |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report in compliance with the Court's electronic order dated October 23, 2026. ECF No. 239. As indicated in the parties' previous Status Report, Plaintiffs had raised a series of questions to Defendants regarding the scope and meaning of various agency documents implementing Executive Order 14,418, including as to the timing and effect of the Executive Order on state operations. Defendants provided initial answers to Plaintiffs' questions on October 16, 2026. The parties then conferred telephonically and Plaintiffs sent a series of follow-up questions on October 26, 2026. Defendants sent their answers to those follow-up questions on November 17, 2026. Plaintiffs wrote on November 19, 2026, to seek clarification of those answers. The parties agree that further conferral on these issues is needed to inform their positions on the questions raised by the Court regarding proposed next steps in this litigation, ECF No. 235. The parties therefore jointly and respectfully request that the Court provide them with an additional 30 days to continue conferring and set a December 23, 2026 deadline for the parties to submit a further joint status report to the Court.

Dated: November 23, 2026

***For Plaintiffs:***

**JENNIFER DAVENPORT**
*Attorney General of New Jersey*

By: /s/ Shankar Duraiswamy
Shankar Duraiswamy*
*Deputy Solicitor General*
Shefali Saxena*
*Deputy Attorney General*
Office of the New Jersey
Attorney General
25 Market Street, Box 080
Trenton, NJ 08625
(862) 350-5800
shankar.duraiswamy@njoag.gov

**ANDREA JOY CAMPBELL**
*Attorney General of Massachusetts*

David C. Kravitz (BBO No. 565688)
*State Solicitor*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
*Assistant Attorney General*
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

**ROB BONTA**
*Attorney General of California*

Michael L. Newman
*Senior Assistant Attorney General*
Marissa Malouff*
Irina Trasovan*
*Supervising Deputy Attorneys General*
Denise Levey*
Delbert Tran*
*Deputy Attorneys General*
Office of the California Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
(213) 269-6269
marissa.malouff@doj.ca.gov

**PHILIP J. WEISER**
*Attorney General of Colorado*

**WILLIAM M. TONG**
*Attorney General of Connecticut*

**KATHLEEN JENNINGS**
*Attorney General of Delaware*

**BRIAN L. SCHWALB**
*Attorney General of District of Columbia*

**ANNE E. LOPEZ**
*Attorney General of Hawaiʻi*

**AARON M. FREY**
*Attorney General of Maine*

**ANTHONY G. BROWN**
*Attorney General of Maryland*

**DANA NESSEL**
*Attorney General of Michigan on behalf of the People of Michigan*

**KEITH ELLISON**
*Attorney General of Minnesota*

**AARON D. FORD**
*Attorney General of Nevada*

**LETITIA JAMES**
*Attorney General of New York*

**PETER F. NERONHA**
*Attorney General of Rhode Island*

**JOSHUA L. KAUL**
*Attorney General of Wisconsin*

**RAÚL TORREZ**
*Attorney General of New Mexico*

**JEFF JACKSON**
*Attorney General of North Carolina*

**CHARITY R. CLARK**
*Attorney General of Vermont*

**DAVID CHIU**
*City Attorney of San Francisco*

*Admitted *pro hac vice*

***For Defendants:***

JONATHAN D. GUYNN
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

TY TURLEY TREJO
Counsel to the Acting Attorney General

*s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*